# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS; | ) |
| STATE OF ALABAMA; | ) |
| STATE OF GEORGIA; | ) |
| STATE OF IDAHO; | ) |
| STATE OF INDIANA; | ) |
| STATE OF KANSAS; | ) |
| STATE OF LOUISIANA; | ) |
| STATE OF MONTANA; | ) |
| STATE OF NEBRASKA; | ) |
| STATE OF SOUTH CAROLINA; | ) |
| STATE OF SOUTH DAKOTA; | ) |
| STATE OF UTAH; | ) |
| STATE OF WEST VIRGINIA; | ) |
| STATE OF WISCONSIN; | ) |
| GOVERNOR PHIL BRYANT, State of Mississippi; | ) |
| GOVERNOR PAUL R. LEPAGE, State of Maine; | ) |
| GOVERNOR PATRICK L. MCCRORY, State of North Carolina; and | ) |
| GOVERNOR C.L. "BUTCH" OTTER, State of Idaho, | ) |
| *Plaintiffs,* | ) |
| vs. | ) Case No. 1:14-cv-254 |

| | |
|---|---|
| UNITED STATES OF AMERICA; | ) |
| | ) |
| JEH JOHNSON, Secretary of the Department of Homeland Security; | ) ) |
| | ) |
| R. GIL KERLIKOWSKE, Commissioner of U.S. Customs and Border Protection; | ) ) |
| | ) |
| RONALD D. VITIELLO, Deputy Chief of U.S. Border Patrol, U.S. Customs and Border Protection; | ) ) |
| | ) |
| THOMAS S. WINKOWSKI, Acting Director of U.S. Immigration and Customs Enforcement; and | ) ) |
| | ) |
| LEÓN RODRÍGUEZ, Director of U.S. Citizenship and Immigration Services, | ) ) |
| | ) |
| *Defendants.* | ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for plaintiffs. I would like to request that a copy of all future papers served or filed in this action be forwarded to the undersigned attorney.

>   Arthur C. D'Andrea
>   Assistant Solicitor General
>   State Bar No. 24050471
>
>   OFFICE OF THE ATTORNEY GENERAL
>   P.O. Box 12548 (MC 059)
>   Austin, Texas 78711-2548
>   [Tel.] (512) 936-1700
>   [Fax] (512) 474-2697
>   E-mail: arthur.dandrea@texasattorneygeneral.gov

Date: December 3, 2014                Respectfully submitted.

                                                                                             GREG ABBOTT
*Attorney General of Texas*

DANIEL T. HODGE
*First Assistant Attorney General*

JAMES D. BLACKLOCK
*Deputy Attorney General for Legal Counsel*

ANDREW S. OLDHAM
*Deputy Solicitor General*
   Attorney-in-Charge


<u>/s/ Arthur C. D'Andrea</u>
Assistant Solicitor General
State Bar No. 24050471

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
512-936-1700

## CERTIFICATE OF SERVICE

    I certify that on December 3, 2014, this document was served to counsel of record, via the Court's CM/ECF Document Filing System.

                    /s/ Arthur C. D'Andrea
                    Arthur C. D'Andrea
                    Assistant Solicitor General