THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS; ET AL. ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| vs. ) | Case No. 1:14-cv-254 |
| ) | |
| UNITED STATES OF AMERICA; ET AL. ) | |
| ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

On December 4, 2014, Plaintiffs filed a Motion For Preliminary Injunction. Plaintiffs' motion is hereby GRANTED. Because the Court finds that the DHS Directive of November 20, 2014, likely will be declared unlawful and vacated, the Defendants are hereby enjoined from all enforcement or implementation of the directive, nationwide, pending the resolution of this lawsuit.

SO ORDERED.

Date: _____

_____

The Honorable Andrew S. Hanen
United States District Judge