# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS; | ) |
| STATE OF ALABAMA; | ) |
| STATE OF GEORGIA; | ) |
| STATE OF IDAHO; | ) |
| STATE OF INDIANA; | ) |
| STATE OF KANSAS; | ) |
| STATE OF LOUISIANA; | ) |
| STATE OF MONTANA; | ) |
| STATE OF NEBRASKA; | ) |
| STATE OF SOUTH CAROLINA; | ) |
| STATE OF SOUTH DAKOTA; | ) |
| STATE OF UTAH; | ) |
| STATE OF WEST VIRGINIA; | ) |
| STATE OF WISCONSIN; | ) |
| GOVERNOR PHIL BRYANT, State of Mississippi; | ) |
| GOVERNOR PAUL R. LEPAGE, State of Maine; | ) |
| GOVERNOR PATRICK L. MCCRORY, State of North Carolina; and | ) |
| GOVERNOR C.L. "BUTCH" OTTER, State of Idaho, | ) |
| *Plaintiffs,* | ) |
| vs. | )  Case No. 1:14-cv-254 |

| | |
|---|---|
| UNITED STATES OF AMERICA; | ) |
| | ) |
| JEH JOHNSON, Secretary of the Department of Homeland Security; | ) ) |
| | ) |
| R. GIL KERLIKOWSKE, Commissioner of U.S. Customs and Border Protection; | ) ) |
| | ) |
| RONALD D. VITIELLO, Deputy Chief of U.S. Border Patrol, U.S. Customs and Border Protection; | ) ) |
| | ) |
| THOMAS S. WINKOWSKI, Acting Director of U.S. Immigration and Customs Enforcement; and | ) ) |
| | ) |
| LEÓN RODRÍGUEZ, Director of U.S. Citizenship and Immigration Services, | ) ) |
| | ) |
| *Defendants.* | ) ) |

## PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS

Plaintiffs respectfully ask the Court for permission to exceed the 20-page limit by 13 pages in their Motion For Preliminary Injunction. Plaintiffs' motion raises complex issues in a case of national importance, and Plaintiffs need these extra pages to adequately present these issues to the Court. The United States does not oppose this motion.

## CONCLUSION

Plaintiffs' motion to exceed the page limit should be granted.

Respectfully submitted.

| | |
|---|---|
| LUTHER STRANGE<br>*Attorney General of Alabama* | GREG ABBOTT<br>*Attorney General of Texas* |
| SAMUEL S. OLENS<br>*Attorney General of Georgia* | DANIEL T. HODGE<br>*First Assistant Attorney General* |
| LAWRENCE G. WASDEN<br>*Attorney General of Idaho* | JAMES D. BLACKLOCK<br>*Deputy Attorney General for Legal Counsel* |
| JOSEPH C. CHAPELLE<br>*Counsel for the State of Indiana* | ANDREW S. OLDHAM<br>*Deputy Solicitor General*<br>      Attorney-in-Charge |
| DEREK SCHMIDT<br>*Attorney General of Kansas* | Office of the Attorney General of Texas<br>P.O. Box 78711 |
| JAMES D. "BUDDY" CALDWELL<br>*Attorney General of Louisiana* | Austin, Texas 78711-2548<br>512-936-1700 |

TIMOTHY C. FOX
*Attorney General of Montana*

JON C. BRUNING
*Attorney General of Nebraska*

ALAN WILSON
*Attorney General of South Carolina*

MARTY J. JACKLEY
*Attorney General of South Dakota*

SEAN D. REYES
*Attorney General of Utah*

PATRICK MORRISEY
*Attorney General of West Virginia*

J.B. VAN HOLLEN
*Attorney General of Wisconsin*
          *additional counsel on the following page*

DREW SNYDER
*Counsel for the Governor of Mississippi*

PAUL LEPAGE
*Governor of Maine*

ROBERT C. STEPHENS
*Counsel for the Governor of North
    Carolina*

TOM C. PERRY
CALLY YOUNGER
*Counsel for the Governor of Idaho*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the Defendants and they do not oppose this motion.

                                            __/s/ Andrew S. Oldham_____
                                            Andrew S. Oldham

## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on the following counsel for the Defendants via federal express, next day service:

Adam D. Kirschner
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7126
Washington D.C. 20001

Counsel for Defendants


__/s/ Andrew S. Oldham_____
Andrew S. Oldham