THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS; ET AL. | ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| vs. | ) ) ) | Case No. 1:14-cv-254 |
| UNITED STATES OF AMERICA; ET AL. | ) ) ) ) | |
| *Defendants*. | ) ) | |

**ORDER ON PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS**

On December 4, 2014, Plaintiffs filed a motion seeking to exceed the page limits on their Motion For Preliminary Injunction. Plaintiffs motion is hereby GRANTED.

SO ORDERED.


Date: _____, 2014


_____

The Honorable Andrew S. Hanen
United States District Judge