UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|
| | State of Texas, et al. | | United States District Court Southern District of Texas FILED DEC 5 2014 David J. Bradley, Clerk of Court |
| | *versus* | | |
| | United States of America | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel P. Lennington, Assist. Dep. Attorney General<br>Wisconsin Department of Justice<br>17 West Main Street<br>Madison, WI 53707-7857<br>608-267-8901 // lenningtondp@doj.state.wi.us<br>Wisconsin: 1088694 |

| Name of party applicant seeks to appear for: | State of Wisconsin |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/3/2014 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active. |
|---|
| Dated: 12-5-14   Clerk's signature *Balrina Campos* |

**Order**         This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                              United States District Judge