UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **State of Texas,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **United States of America,** et al., <br><br> Defendants | Civil Action No. 1:14-cv-00254 |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record.

I am admitted to practice in this court, and I appear in this case as additional counsel on behalf of the plaintiffs. I request that a copy of all papers served or filed in this action be forwarded to:

Jonathan F. Mitchell
Solicitor General
State Bar No. 24075463
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700
jonathan.mitchell@texasattorneygeneral.gov

Respectfully submitted.

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JAMES D. BLACKLOCK
Deputy Attorney General for Legal Counsel

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Solicitor General
State Bar No. 24075463

ANDREW S. OLDHAM
Deputy Solicitor General
   Attorney-in-Charge

209 West 14th Street
P.O. Box 12548 (MC-059)
Austin, Texas 78711-2548
(512) 936-1700 (phone)
(512) 474-2697 (fax)
jonathan.mitchell@texasattorneygeneral.gov

COUNSEL FOR PLAINTIFFS

Dated: December 3, 2014

## CERTIFICATE OF SERVICE

    I certify that on December 3, 2014, this document was served to counsel of record through the Court's CM/ECF Document Filing System.

                                    <u>/s/ Jonathan F. Mitchell</u>
                                    Jonathan F. Mitchell
                                    Solicitor General