THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS; ET AL. | ) |
| *Plaintiffs,* | ) |
| vs. | ) Case No. 1:14-cv-254 |
| UNITED STATES OF AMERICA; ET AL. | ) |
| *Defendants.* | ) |

**ORDER ON PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS**

On December 4, 2014, Plaintiffs filed a motion seeking to exceed the page limits on their Motion For Preliminary Injunction. Plaintiffs motion is hereby GRANTED.

SO ORDERED.

Date: December 5, 2014

The Honorable Andrew S. Hanen
United States District Judge