| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|
| | State of Texas, et al. | | United States District Court Southern District of Texas FILED DEC 5 2014 David J. Bradley, Clerk of Court |
| | versus | | |
| | United States of America | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel P. Lennington, Assist. Dep. Attorney General<br>Wisconsin Department of Justice<br>17 West Main Street<br>Madison, WI 53707-7857<br>608-267-8901 // lenningtondp@doj.state.wi.us<br>Wisconsin: 1088694 |
|---|---|

| Name of party applicant seeks to appear for: | State of Wisconsin |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

United States District Court
Southern District of Texas
ENTERED
DEC 0 9 2014
David J. Bradley, Clerk of Court

| Dated: 12/3/2014 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Active. | |
|---|---|
| Dated: 12-5-14 | Clerk's signature: Balvina Campos |

### Order

Dated: 12/5/14

This lawyer is admitted *pro hac vice*.

_____
United States District Judge