UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Bronsville | Case Number | 1:14-cv-254 |
|---|---|---|---|
| | State of Texas, et al. | | |
| | *versus* | | |
| | United States of America | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joseph C. Chapelle<br>Barnes & Thornburg<br>11 South Meridian Street<br>Indianapolis, Indiana  46204<br>(317) 231-7209 // joe.chapelle@btlaw.com<br>Indiana:  14798-49 |
|---|---|

| Name of party applicant seeks to appear for: | State of Indiana |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/8/2014 | Signed: *[signature] Jos. C. Chapelle* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:            Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____           _____
                                          United States District Judge