UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Bronsville | Case Number | 1:14-cv-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joseph C. Chapelle<br>Barnes & Thornburg<br>11 South Meridian Street<br>Indianapolis, Indiana  46204<br>(317) 231-7209 // joe.chapelle@btlaw.com<br>Indiana:  14798-49 |
|---|---|

| Name of party applicant seeks to appear for: | State of Indiana |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/8/2014 | Signed: *[signature] J. C. Chapelle* |
|---|---|

| The state bar reports that the applicant's status is: Active, in Good Standing |
|---|
| Dated: Dec. 10, 2014 | Clerk's signature  *[signature]* |

**Order**                                This lawyer is admitted *pro hac vice*.

Dated: _____

United States District Judge