UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Peter J. Rusthoven<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>(317) 231-7299 // Peter.Rusthoven@btlaw.com<br>Indiana: 6247-98 |
|---|---|

| Name of party applicant seeks to appear for: | State of Indiana |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   12/8/2014 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____        _____

United States District Judge