IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

Case No. 1:14-cv-00254

UNITED STATES OF AMERICA, et al.

    Defendants.

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Plaintiff, State of Wisconsin, appears in this matter by its attorney, Assistant Deputy Attorney General Daniel P. Lennington, and requests that service of all pleadings and other papers be made upon Assistant Deputy Attorney General Lennington as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857.

- 2 –

Dated this 10th day of December, 2014.

                         Respectfully submitted,

                         J.B. VAN HOLLEN
                         Attorney General

                         s/ Daniel P. Lennington
                         DANIEL P. LENNINGTON
                         Assistant Deputy Attorney General
                         State Bar #1088694

                         Attorney for Plaintiff, State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8901
(608) 267-2223 (Fax)
*lenningtondp@doj.state.wi.us*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2014, I electronically filed the foregoing with the clerk of court for the United States Court of the Southern District of Texas by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served through the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing documents by First-Class mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

> United States of America
> Jef Johnson
> R. Gil Kerlikowske
> Ronald D. Vitiello
> Thomas S. Winkowski
> Leon Rodriguez

>> s/ Daniel P. Lennington____
>> DANIEL P. LENNINGTON
>> Assistant Deputy Attorney General