United States District Court
Southern District of Texas
ENTERED

DEC 1 0 2014

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Bronsville | Case Number | 1:14-cv-254 |
|---|---|---|---|
| State of Texas, et al. ||||
| *versus* ||||
| United States of America ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joseph C. Chapelle<br>Barnes & Thornburg<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>(317) 231-7209 // joe.chapelle@btlaw.com<br>Indiana: 14798-49 |
|---|---|

| Name of party applicant seeks to appear for: | State of Indiana |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/8/2014 | Signed: *[signature] Jos. C. Chapelle* |
|---|---|

| The state bar reports that the applicant's status is: Active, in Good Standing |
|---|
| Dated: Dec. 10, 2014   Clerk's signature   *[signature]* |

**Order**

Dated: 12/10/14

This lawyer is admitted *pro hac vice.*

*[signature]*
United States District Judge