United States District Court
Southern District of Texas
**ENTERED**

**DEC 1 1 2014**

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Peter J. Rusthoven<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>(317) 231-7299 // Peter.Rusthoven@btlaw.com<br>Indiana: 6247-98 |
|---|---|

| Name of party applicant seeks to appear for: | State of Indiana |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No __✓__

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/8/2014   Signed: *[signature]*

The state bar reports that the applicant's status is: Active In Good Standing

Dated: Dec. 10, 2014   Clerk's signature: *[signature]*

**Order**

Dated: 12/11/14

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge