| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric E. Murphy<br>State Solicitor<br>Ohio Attorney General Mike DeWine's Office<br>30 E. Broad Street, 17th Floor<br>Columbus, OH 43215<br>614-466-8980<br>eric.murphy@ohioattorneygeneral.gov<br>Ohio Reg. #0083284 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff State of Ohio |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/10/2014 | Signed: *Eric Murphy* |
|---|---|

| The state bar reports that the applicant's status is:  Active |
|---|
| Dated: 12/11/14 | Clerk's signature |

**Order**   This lawyer is admitted *pro hac vice.*

Dated: _____    _____
United States District Judge