UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al.

United States District Court
Southern District of Texas
ENTERED
DEC 12 2014
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric E. Murphy<br>State Solicitor<br>Ohio Attorney General Mike DeWine's Office<br>30 E. Broad Street, 17th Floor<br>Columbus, OH 43215<br>614-466-8980<br>eric.murphy@ohioattorneygeneral.gov<br>Ohio Reg. #0083284 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff State of Ohio |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/10/2014          Signed: *E. Murphy*

The state bar reports that the applicant's status is: Active

Dated: 12/11/14          Clerk's signature: _____

### Order

Dated: 12/12/14

This lawyer is admitted *pro hac vice*.

_____
United States District Judge