UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-CV-00254 |
|---|---|---|---|

STATE OF TEXAS, et al.

versus

UNITED STATES OF AMERICA, et al.

United States District Court
Southern District of Texas
ENTERED
DEC 12 2014
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jay Alan Sekulow<br>American Center for Law & Justice<br>201 Maryland Ave., NE<br>Washington, DC 20002<br>(202) 546-8890; sekulow@aclj.org<br>District of Columbia - 496335<br>U.S. Court of Appeals for the First Circuit - 17457 |
|---|---|
| Name of party applicant seeks to appear for: | American Center for Law & Justice, Committee to Defend the Separation of Powers, and Select Members of Congress |

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12-12-14   Signed: *Jay Alan Sekulow*

The state bar reports that the applicant's status is: Active

Dated: 12-12-14   Clerk's signature: *[signature]*

**Order**

Dated: 12/12/14

This lawyer is admitted *pro hac vice*.

_____
United States District Judge