

DEC 15 2014

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1: 14-cv-254 |
|---|---|---|---|
| | State of Texas, et al. | | |
| | *versus* | | |
| | U.S.A. | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Patrick R. Wyrick<br>Oklahoma Attorney General's Office<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405) 522-4448; patrick.wyrick@oag.ok.gov<br>OK Bar #21874<br>U.S. DC Circuit Bar #53947 |

| Name of party applicant seeks to appear for: | State of Oklahoma |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____    No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/11/2014 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 12-15-14 | Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                                                        United States District Judge