**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | ) | No. 14-cv-254 |

**PLAINTIFFS' ADVISORY REGARDING**
**UNCONSTITUTIONALITY OF THE DHS DIRECTIVE**

Earlier today, the United States District Court for the Western District of Pennsylvania held that the DHS Directive[1] is unconstitutional. *See United States v. Juarez-Escobar*, No. 2:14-cv-180-AJS (W.D. Pa. Dec. 16, 2014) (attached as Ex. A).

In *Juarez-Escobar*, the defendant pleaded guilty to unlawful re-entry under 8 U.S.C. § 1326. While he was awaiting sentencing, the President announced the unilateral creation of a deferred action program that would afford substantive rights to approximately 40% of the Nation's undocumented immigrants, and Jeh Johnson promulgated the DHS Directive. The district court then asked both sides to brief the relevance, if any, of the President's unilateral action and the DHS Directive. After receiving briefs from both sides — including the United States Department of Justice — the district court held in a 38-page memorandum opinion

[1] Memorandum from Jeh Charles Johnson, Secretary, Department of Homeland Security, *Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children and with Respect to Certain Individuals Who Are the Parents of U.S. Citizens or Permanent Residents* (Nov. 20, 2014) ("DHS Directive" or "Directive") (First Amended Complaint Ex. A).

that the DHS Directive violates the Constitution's Take Care Clause, U.S. CONST. art. II, § 3, cl. 5. *See* Ex. A at 18-22.

In reaching that conclusion, the court agreed with the Plaintiff States' constitutional arguments.[2] For example, the *Juarez-Escobar* court held that "Congressional inaction does not endow the legislative power with the Executive." *Id*. at 18; *compare* Mot. for Prelim. Inj. [ECF No. 5] ("PI Mot.") at 17-18. And the court held that the President can no more suspend the Nation's immigration laws than he can suspend the tax rate on capital gains. Ex. A at 19; *compare* PI Mot. at 32. The court concluded that the DHS Directive is unconstitutional because it eschews case-by-case determinations and instead adopts "arbitrary," "systematic," and "rigid" eligibility criteria. Ex. A at 21; *compare* PI Mot. at 10-12. Finally, the *Juarez-Escobar* court concluded that the DHS Directive is unconstitutional because it affords "substantive rights" to undocumented immigrants. Ex. A at 21; *compare* PI Mot. at 12-13.

*Juarez-Escobar* further underscores the Plaintiff States' likelihood of success on the merits. Moreover, given that one federal court already has concluded that the DHS Directive is unconstitutional, Plaintiffs respectfully request that this Court preserve the status quo and the full panoply of remedial options by scheduling a preliminary injunction hearing and enjoining the Directive.

---

[2] The *Juarez-Escobar* court did not reach the Plaintiff States' arguments under the Administrative Procedure Act. *See* Ex. A at 37 n.13.

Respectfully submitted.

GREG ABBOTT
*Attorney General of Texas*

DANIEL T. HODGE
*First Assistant Attorney General*

JAMES D. BLACKLOCK
*Deputy Attorney General for Legal Counsel*

/s/ Andrew S. Oldham
ANDREW S. OLDHAM
*Deputy Solicitor General*
Attorney-in-Charge
State Bar No. 24081616

Office of the Attorney General of Texas
P.O. Box 78711
Austin, Texas 78711-2548
512-936-1700

LUTHER STRANGE
*Attorney General of Alabama*

THOMAS C. HORNE
*Attorney General of Arizona*

DUSTIN MCDANIEL
*Attorney General of Arkansas*

PAMELA JO BONDI
*Attorney General of Florida*

SAMUEL S. OLENS
*Attorney General of Georgia*

LAWRENCE G. WASDEN
*Attorney General of Idaho*

JOSEPH C. CHAPELLE
PETER J. RUSTHOVEN
*Counsel for the State of Indiana*

DEREK SCHMIDT
*Attorney General of Kansas*

JAMES D. "BUDDY" CALDWELL
*Attorney General of Louisiana*

TIMOTHY C. FOX
*Attorney General of Montana*

JON C. BRUNING
*Attorney General of Nebraska*

WAYNE STENEHJEM
*Attorney General of North Dakota*

MICHAEL DEWINE
*Attorney General of Ohio*
ERIC E. MURPHY
*Co-counsel for the State of Ohio*

E. SCOTT PRUITT
*Attorney General of Oklahoma*

ALAN WILSON
*Attorney General of South Carolina*

MARTY J. JACKLEY
*Attorney General of South Dakota*

SEAN D. REYES
*Attorney General of Utah*

PATRICK MORRISEY
*Attorney General of West Virginia*

J.B. VAN HOLLEN
*Attorney General of Wisconsin*

BILL SCHUETTE
*Attorney General for the People of Michigan*

DREW SNYDER
*Counsel for the Governor of Mississippi*

PAUL R. LEPAGE
*Governor of Maine*

ROBERT C. STEPHENS
*Counsel for the Governor of North Carolina*

TOM C. PERRY
CALLY YOUNGER
*Counsel for the Governor of Idaho*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this pleading on the following counsel for the Defendants via Federal Express, next-day service:

Adam Kirschner
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7126
Washington D.C. 20001

/s/ Andrew S. Oldham
ANDREW S. OLDHAM