United States District Court
Southern District of Texas
ENTERED
DEC 17 2014
David J. Bradley, Clerk of Court



DEC 15 2014

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1: 14-cv-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| U.S.A. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Patrick R. Wyrick<br>Oklahoma Attorney General's Office<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405) 522-4448; patrick.wyrick@oag.ok.gov<br>OK Bar #21874<br>U.S. DC Circuit Bar #53947 |
|---|---|

| Name of party applicant seeks to appear for: | State of Oklahoma |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/11/2014     Signed: [signature]

The state bar reports that the applicant's status is: Active

Dated: 12-15-14     Clerk's signature: [signature]

### Order

Dated: 12/17/14

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge