# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>United States of America, *et al.*,<br><br>　　　　　*Defendants*. | No. 14-cv-254 |

## NOTICE OF APPEARANCE OF COUNSEL

To:　　The clerk of court and all parties of record.

　　　I am admitted to practice in this court, and I appear in this case as additional counsel on behalf of the plaintiffs. I request that a copy of all papers served or filed in this action be forwarded to:

　　　Adam N. Bitter
　　　Assistant Attorney General
　　　Special Litigation Division
　　　State Bar No. 24085070
　　　Office of the Attorney General
　　　P.O. Box 12548 (MC 009)
　　　Austin, Texas 78711-2548
　　　(512) 936-2422
　　　adam.bitter@texasattorneygeneral.gov

Date: December 18, 2014                     Respectfully submitted.

G<span>REG</span> A<span>BBOTT</span>
*Attorney General of Texas*

D<span>ANIEL</span> T. H<span>ODGE</span>
*First Assistant Attorney General*

J<span>AMES</span> D. B<span>LACKLOCK</span>
*Deputy Attorney General for Legal Counsel*

A<span>NDREW</span> S. O<span>LDHAM</span>
*Deputy Solicitor General*
     Attorney-in-Charge


<u>/s/ Adam N. Bitter</u>
Adam N. Bitter
Assistant Attorney General
Special Litigation Division
Office of the Attorney General
P.O. Box 12548 (MC 009)
Austin, Texas 78711-2548
(512) 936-2422 (phone)
(512) 936-0545 (fax)
adam.bitter@texasattorneygeneral.gov

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

 I certify that on December 18, 2014, this document was served to counsel of record through the Court's CM/ECF Document Filing System.

       <u>/s/ Adam N. Bitter</u>
       Adam N. Bitter
       Assistant Attorney General