UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> United States of America, *et al.*, <br><br> *Defendants*. | No. 14-cv-254 |

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record.

I am admitted to practice in this court, and I appear in this case as additional counsel on behalf of the plaintiffs. I request that a copy of all papers served or filed in this action be forwarded to:

Angela V. Colmenero
Assistant Attorney General
Special Litigation Division
State Bar No. 24048399
Office of the Attorney General
P.O. Box 12548 (MC 009)
Austin, Texas 78711-2548
(512) 475-4071
angela.colmenero@texasattorneygeneral.gov

| | |
|---|---|
| Date: December 18, 2014 | Respectfully submitted. |

GREG ABBOTT
*Attorney General of Texas*

DANIEL T. HODGE
*First Assistant Attorney General*

JAMES D. BLACKLOCK
*Deputy Attorney General for Legal Counsel*

ANDREW S. OLDHAM
*Deputy Solicitor General*
     Attorney-in-Charge


<u>/s/ Angela V. Colmenero</u>
Angela V. Colmenero
Assistant Attorney General
Special Litigation Division
Office of the Attorney General
P.O. Box 12548 (MC 009)
Austin, Texas 78711-2548
(512) 475-4071 (phone)
(512) 474-2697 (fax)
angela.colmenero@texasattorneygeneral.gov

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

  I certify that on December 18, 2014, this document was served to counsel of record through the Court's CM/ECF Document Filing System.

          <u>/s/ Angela V. Colmenero</u>
          Angela V. Colmenero
          Assistant Attorney General