UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>Defendants. )<br>) | No. 1:14-cv-254 |

NOTICE OF APPEARANCE

Please enter the appearance of Kyle R. Freeny as counsel for the Defendants in the above-captioned matter.

Dated: December 19, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

KENNETH MAGIDSON
United States Attorney

DANIEL DAVID HU
Assistant United States Attorney

DIANE J. KELLEHER
Assistant Branch Director,
Federal Programs Branch

 /s/ Kyle R. Freeny
KYLE R. FREENY (CA Bar No. 247857)
Attorney-in-charge
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-5108
Fax: (202) 616-8470
Email: kyle.freeny@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been delivered electronically on December 19, 2014, to counsel for Plaintiffs via the District's ECF system.

                                              <u>/s/ Kyle R. Freeny</u>
                                              Counsel for Defendants