UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas, et al.

v.  Case No.: 1:14−cv−00254

United States of America, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S. Hanen

**PLACE:**
Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 1/9/2015

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Injunction Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   December 19, 2014

David J. Bradley, Clerk