IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
|    *Defendants*. | § | |
| | § | |

### ORDER

Before the Court is a Motion for Leave to Participate as Amici Curiae in Support of Plaintiffs by Members of Congress, the American Center for Law & Justice, and the Committee to Defend the Separation of Powers. The Court hereby grants leave for the aforementioned movants to participate as amici curiae and file a brief in support of Plaintiffs' motion for preliminary injunction.

Signed this 19th day of December, 2014.

                                                                      Andrew S. Hanen
                                                                      United States District Judge