IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:14-CV-00254 |
| v. | § § | JUDGE ANDREW S. HANEN |
| UNITED STATES OF AMERICA, Et al | § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF LOCAL COUNSEL

Assistant United States Attorney Daniel David Hu enters his appearance as local counsel in this action. Kyle Freeny remains attorney in charge for defendants.

        Respectfully submitted,

        KENNETH MAGIDSON
        United States Attorney

By:   /s/__Daniel Hu_____
        DANIEL DAVID HU
        Assistant United States Attorney
        State Bar No. 10131415
        S.D. I.D. 7959
        Southern District of Texas
        1000 Louisiana, Suite 2300
        Houston, TX 77002
        713-567-9000 (PHONE)
        713-718-3300 (FAX)
        E-mail: Daniel.Hu@usdoj.gov

## Certificate of Service

On December 19, 2014, all counsel of record were served via ECF with this document.

/s/ Daniel Hu
Daniel Hu, AUSA