IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| vs. ) | No. 14-cv-254 |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

ORDER

Before the Court is Plaintiffs' motion to extend time to file their reply brief from January 2, 2015, to January 7, 2015, and to continue the hearing, currently set for January 9, 2015, until January 14, 2015. The motion to extend time and continue the hearing is GRANTED. All other deadlines remain in place.

So ordered.

December ___, 2014          _____

The Honorable Andrew S. Hanen