UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

DEC 2 2 2014

David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David A. Lopez, Assistant Attorney General<br>Office of the Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>402-471-2682 // Dave.Lopez@nebraska.gov<br>Nebraska #24947<br>U.S. District Court-Nebraska (no bar number) |
|---|---|

| Name of party applicant seeks to appear for: | State of Nebraska |
|---|---|

| Has applicant been sanctioned by any bar association or court?　Yes _____　No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/17/2014 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 12-22-14 | Clerk's signature [signature] |

**Order**　　　　　This lawyer is admitted *pro hac vice*.

Dated: _____　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge

United States District Court for the Southern District of Texas
Attorney Registration Form for District Electronic Filing
(Please print or type)

Date: Dec 17, 2014

First/ Middle/ Last name: DAVID ANDREW LOPEZ

State Bar Number: 24947      Licensing State: Nebraska

Admitted to Practice in the Southern District of Texas: ☐ Yes  or  ☒ Pro Hac Vice

Firm: OFFICE OF THE NEBRASKA ATTORNEY GENERAL

Street and Suite: 2115 STATE CAPITOL

City  LINCOLN      State  NE    Zip Code 68509

Phone Number:   (402) 471-2682

Fax Number:    (402) 471-3297

E-mail for electronic service: DAVE.LOPEZ@NEBRASKA.GOV

If you have already attended ECF training or are registered for ECF in another U. S. Bankruptcy or District Court, give us the court and district:
U.S. DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

By submitting this form, I agree to abide by these rules:

1. I will maintain familiarity with the technical and procedural requirements as they are adopted by the court.

2. Use of my login and password constitutes my signature on documents filed electronically for purposes of the Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure.

3. I am responsible for all use of my login and password, authorized or not.

4. By registering, I consent to electronic service of documents and notices through the court's Electronic Filing System and waive service by other means.

Applicant's Signature: _____

**Print, sign, scan, then e-mail this form
in PDF format to :**           Houston-Atty-Adm@txs.uscourts.gov

---

Court Use Only: The state bar reports that the applicant's status is: _____.

Dated: _____    Signed: _____
                                   Deputy Clerk