

*District of Columbia Office:*
201 Maryland Avenue, N.E.
Washington, D.C. 20002
Office (202) 546-8890
Fax:  (202) 564-9309

December 24, 2014

The Honorable Andrew S. Hanen
United States Courthouse
600 East Harrison, #301
Brownsville, Texas 78520-7114

    Re:  *Texas et al. v. United States*, No. 1:14-cv-00254

Dear Judge Hanen:

Following the filing of the *amici brief* on behalf of members of Congress (Docket No. 31), several additional members have expressed interest in joining as *amici*. At the instruction of your case manager, I file this letter to provide your honor with a list of additional members of Congress who wish to add their names to the *amici brief*.  These members share the interest articulated in the motion for leave (Docket No. 22) and the *amici brief* (Docket No. 31):

    Lou Barletta, Gus Bilirakis, Marsha Blackburn, Charles Boustany, Mo Brooks, Michael Burgess, Bradley Byrne, Steve Chabot, Curt Clawson, Tom Cotton, Kevin Cramer, John Culberson, Scott DesJarlais, John Duncan, Louie Gohmert, Paul Gosar, Lynn Jenkins, Walter Jones, Steve King, James Lankford, Doug Lamborn, Leonard Lance, Billy Long, Tom Marino, Kevin McCarthy, Michael McCaul, Tom McClintock, Steven Palazzo, Robert Pittenger, Tom Rice, Mike D. Rogers, Dana Rohrabacher, Keith Rothfus, Matt Salmon, David Schweikert, Pete Sessions, Jason Smith, Steve Stockman, Randy Weber, Rob Woodall, and Ted Yoho.

All parties have received a copy of this letter by virtue of the CM/ECF system.

                Respectfully,

                */s/* Jay Alan Sekulow
                JAY ALAN SEKULOW
                  *Attorney-in-Charge*
                  DC Bar No. 496335
                AMERICAN CENTER FOR
                  LAW & JUSTICE
                201 Maryland Ave., N.E.
                Washington, D.C. 20002
                Phone: (202) 546-8890
                Fax: (202) 546-9309
                sekulow@aclj.org