**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

_____

STATE OF TEXAS, *et al.*

             Plaintiffs,

          v.

UNITED STATES OF AMERICA, *et al.*

             Defendants.
_____

No. 1:14-cv-254

**UNOPPOSED MOTION TO FILE EXCESS PAGES**

Defendants hereby move, unopposed, for leave to exceed the 20-page limit for their opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 5), and to file a brief up to and including 55 pages. The requested extension of pages is warranted and necessary to allow Defendants to respond to Plaintiffs' brief, which was itself 33 pages, as well as to address the additional serious jurisdictional issues presented by this action.

Dated:  December 24, 2014          Respectfully submitted,

KENNETH MAGIDSON          JOYCE R. BRANDA
United States Attorney          Acting Assistant Attorney General

DANIEL DAVID HU          KATHLEEN R. HARTNETT
Assistant United States Attorney          Deputy Assistant Attorney General
Deputy Chief, Civil Division

                                      DIANE KELLEHER
                                      Assistant Branch Director,
                                      Federal Programs Branch

                               */s/ Kyle R. Freeny*
                                      KYLE R. FREENY (Cal. Bar No. 247857)
                                      Attorney-in-Charge
                                      Civil Division, Federal Programs Branch
                                        U.S. Department of Justice
                                        P.O. Box 883

Washington, D.C.  20044
Tel.: (202) 514-5108
Fax: (202) 616-8470
Kyle.Freeny@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF CONFERRAL

Pursuant to Local Civil Rule 7.1.D, undersigned counsel hereby certifies that on the morning of December 19, 2014, she contacted counsel for Plaintiffs, Arthur C. D'Andrea, for Plaintiffs' position on the foregoing Motion to File Excess Pages, who indicated that Plaintiffs do not oppose the relief sought in this Motion.

*/s/ Kyle R. Freeny*
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to File Excess Pages has been delivered electronically on December 24, 2014, to counsel for Plaintiffs via the District's ECF system.


*/s/ Kyle R. Freeny*
Counsel for Defendants