UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**[Proposed] Order**

Upon consideration of Defendants' Unopposed Motion to File Excess Pages, it is hereby

ORDERED that Defendants' Motion to File Excess Pages is GRANTED.

Signed on December _____, 2014.

_____
The Honorable Andrew S. Hanen
United States District Judge