EXHIBIT 3

Annual Report  SEPTEMBER 2014

# Immigration Enforcement Actions: 2013

JOHN F. SIMANSKI

Each year, the Department of Homeland Security (DHS) undertakes immigration enforcement actions involving hundreds of thousands of aliens who may be or are in violation of U.S. immigration laws. These actions include the apprehension or arrest, detention, return, and removal from the United States of aliens (see Box 1). Aliens may be removable from the United States for violations including illegally entering the United States, failing to abide by the terms and conditions of admission, or committing crimes. Primary responsibility for the enforcement of immigration law within DHS rests with U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE) and U.S. Citizenship and Immigration Services (USCIS). CBP is generally responsible for immigration enforcement at and between the ports of entry, and ICE is generally responsible for interior enforcement, and detention and removal operations. USCIS is generally responsible for the administration of immigration and naturalization functions (see **APPENDIX**).

This Office of Immigration Statistics (OIS) Annual Report presents information on aliens determined inadmissible, apprehended, arrested, detained, returned, or removed, during 2013.[1] Key findings in this report include:

- CBP determined approximately 204,000 aliens were inadmissible.
- DHS apprehended approximately 662,000 aliens; 64 percent were citizens of Mexico.
- ICE detained nearly 441,000 aliens.
- Approximately 178,000 aliens were returned to their home countries through processes that did not require a removal order.
- DHS removed approximately 438,000 aliens from the United States.[2] The leading countries of origin for those removed were Mexico (72 percent), Guatemala (11 percent), Honduras (8.3 percent), and El Salvador (4.8 percent).
- Expedited removal orders accounted for 44 percent, of all removals.
- Reinstatements of final orders accounted for 39 percent, of all removals.
- ICE removed approximately 198,000 known criminal aliens from the United States.[3]

## ENFORCEMENT ACTIONS PROCESS

### Inspection Process

All aliens who are applicants for admission or otherwise seeking admission or readmission to or transit through the United States are inspected. CBP officers within the Office of Field Operations (OFO) determine the admissibility of aliens who are applying for admission to the United States at designated ports of entry. Applicants for admission determined to be inadmissible may be, as appropriate, permitted to voluntarily withdraw their application for admission and return to their home country, processed for expedited removal or referred to an immigration judge for removal proceedings. CBP officers may transfer aliens issued a charging document (e.g., Notice to Appear (NTA), Notice of Referral to an Immigration Judge) to ICE for detention and custody determinations. Aliens who apply under the Visa Waiver Program (VWP) who are found to be inadmissible are refused admission without referral to an immigration judge, per Section 217 of the Immigration and Nationality Act (INA), unless the alien requests asylum.

### Apprehension Process

Aliens who enter without inspection between ports of entry and are apprehended by U.S. Border Patrol (USBP) of CBP may be, as appropriate, removed, permitted to return to their country, or issued a NTA to commence proceedings before the immigration court. Aliens issued a charging document are either transferred to ICE for detention and custody determinations pending a hearing or

---
[1] In this report, years refer to fiscal years (October 1 to September 30).
[2] Includes removals, counted in the year the events occurred, by both ICE and CBP. Removals and returns are reported separately.
[3] Refers to persons removed who have a prior criminal conviction.


Homeland Security

Office of Immigration Statistics
POLICY DIRECTORATE

067

released on their own recognizance. Beginning in FY12, USBP implemented the Consequence Delivery System (CDS) across all sectors. CDS guides USBP agents through a process designed to uniquely evaluate each subject and identify the ideal consequences to deliver to impede and deter further illegal activity. CDS consequences can include administrative, criminal, or programmatic actions.

Aliens unlawfully present in the United States and those lawfully present who are subject to removal may be identified and apprehended by ICE within the interior of the United States. The agency's two primary operating components are Homeland Security Investigations (HSI) and Enforcement and Removal Operations (ERO). ICE may identify aliens in violation of their status for removal while they are incarcerated, during worksite enforcement operations, or through other means. Aliens apprehended by ICE are generally subject to the same consequences as aliens who are apprehended by USBP.

### Benefit Denial

USCIS has authority to issue an NTA or otherwise refer an alien for removal proceedings upon determining that an alien is inadmissible or has violated immigration law pursuant to INA Sections 212 and 237. USCIS will also issue an NTA when required by statute or regulation,[4] e.g., termination of conditional permanent resident status, denial of asylum application, termination of refugee status, or positive credible fear determination.

### Detention Process

Following arrest or transfer of custody from CBP, ICE ERO makes custody redeterminations, which may result in detention or release on bond, orders of supervision, or orders of recognizance. An alien may be detained during the pendency of removal proceedings, and, if an alien is ordered removed, the alien may be detained for a certain period of time pending repatriation.

### Removal Process

Removal proceedings include the administrative process that leads to the removal of an alien pursuant to Sections 237 or 212 of the INA.

Unless eligible for relief, the most common dispositions for aliens found within the United States, are returns, expedited removals, reinstatements of final orders and removal obtained through removal proceedings.

*Return.* Certain apprehended aliens who appear to be inadmissible or deportable may be offered the opportunity to *voluntarily* return to their home country in lieu of formal removal proceedings before an immigration judge.[5] Generally, aliens waive their right to a hearing, remain in custody, and, if applicable, agree to depart the United States under supervision. Some aliens apprehended within the United States may agree to *voluntarily depart* and pay the expense of departing. Voluntary departure may be granted by an immigration judge, during an immigration hearing or prior to an immigration hearing by certain DHS officials.

*Expedited Removal.* DHS officers and agents may order the expedited removal of certain aliens who are inadmissible because they do not possess valid entry documents or are inadmissible for fraud or misrepresentation of material fact; or because the alien, who has not been admitted or paroled in the United State, has not affirmatively shown to the satisfaction of an immigration officer, that the alien had been physically present in the United States for the immediately preceding 2-year period. Aliens placed in expedited removal proceedings are generally not entitled to immigration proceedings before an immigration judge unless the alien is

---

> **BOX 1.**
>
> **Definitions of Immigration Enforcement Terms**
>
> **Administrative Removal:** The removal of an alien not admitted for permanent residence, or of an alien admitted for permanent residence on a conditional basis pursuant to section 216 of the INA, under a DHS order based on the determination that the individual has been convicted of an aggravated felony (INA § 238(b)(1)). The alien may be removed without a hearing before an immigration judge.
>
> **Alien:** A person who is not a citizen or national of the United States.
>
> **Deportable Alien:** An alien inspected and admitted into the United States but who is subject to removal under INA § 237(a).
>
> **Detention:** The physical custody of an alien in order to hold him/her, pending a determination on whether the alien is to be removed from the United States or awaiting return transportation to his/her country of citizenship after a final order of removal has been entered.
>
> **Expedited Removal:** The removal without a hearing before an immigration judge of an alien arriving in the United States who is inadmissible because the individual does not possess valid entry documents or is inadmissible for fraud or misrepresentation of material fact; or the removal of an alien who has not been admitted or paroled in the United States and who has not affirmatively shown to the satisfaction of an immigration officer, that the alien had been physically present in the United States for the immediately preceding 2-year period (INA § 235(b)(1)(A)).
>
> **Inadmissible Alien:** An alien who is ineligible to receive a visa and ineligible to be admitted to the United States, according to the provisions of INA § 212(a).
>
> **Reinstatement of Final Removal Orders:** The removal of an alien on the reinstatement of a prior removal order, where the alien departed the United States under an order of removal and illegally re-entered the United States (INA § 241(a)(5)). The alien may be removed without a hearing before an immigration judge.
>
> **Removable Alien:** An alien who is inadmissible or deportable (INA § 240(e)(2)).
>
> **Removal:** The compulsory and confirmed movement of an inadmissible or deportable alien out of the United States based on an order of removal. An alien who is removed has administrative or criminal consequences placed on subsequent reentry.
>
> **Return:** The confirmed movement of an inadmissible or deportable alien out of the United States not based on an order of removal.

---

[4] As authorized by Revised Guidance for the Referral of Cases and Issuance of Notices to Appear (NTAs) in Cases Involving Inadmissible and Removable Aliens, PM 602-0050, November 7, 2011. http://www.uscis.gov/sites/default/files/USCIS/Laws/Memoranda/Static_Files_Memoranda/NTA%20PM%20%28Approved%20as%20final%2011-7-11%29.pdf

[5] Examples include voluntary departure under INA § 240B, VWP returns under INA § 217(b), crewmembers under INA § 252(b) and stowaways under INA § 217(b).

seeking asylum or makes a claim to legal status in the United States. An expedited removal order issued by a DHS officer is equivalent to a removal order issued by an immigration judge.

*Reinstatement of Final Removal Orders.* Section 241(a)(5) of the INA permits DHS to reinstate final removal orders, without further hearing or review, for aliens who were removed or departed voluntarily under an order of removal and who illegally re-entered the United States.

*Removal Proceedings.* Aliens not immediately returned or processed for removal by a DHS officer, e.g. due to a fear of return or because the alien has applied for certain forms of adjustment of status, may be issued an NTA for an immigration hearing and may be transferred to ICE for a custody determination, which may result in detention or release on bond, orders of supervision, or orders of recognizance. Removal hearings before an immigration court may result in a variety of outcomes including an order of removal; a grant of voluntary departure at the alien's expense (considered a "return"); a grant of certain forms of relief or protection from removal, which could include adjustment to lawful permanent resident status; or termination of proceedings. Decisions of immigration judges can be appealed to the Board of Immigration Appeals.

The penalties associated with removal include not only the removal itself but also possible fines, imprisonment for up to ten years for those who fail to appear at hearings or who fail to depart, and a bar to future legal entry.[6] The imposition and extent of these penalties depend upon the individual circumstances of the case.

[6] The bar is permanent for aggravated felons and up to 20 years for certain other aliens.

**Figure 1.**
**Apprehensions by the U.S. Border Patrol: Fiscal Years 1965 to 2013**

Millions

Source: U.S. Department of Homeland Security.

### DATA[7]

Apprehension and inadmissibility data are collected in the Enforcement Integrated Database (EID) using Form I-213, Seized Asset and Case Tracking System (SEACATS), and EID Arrest Graphical User Interface for Law Enforcement (EAGLE). Data on individuals detained are collected through the ICE ENFORCE Alien Detention Module (EADM) and the ENFORCE Alien Removal

[7] CBP data (apprehensions, inadmissible aliens, removals, and returns) are current as of November 2013. ICE ERO apprehension data are current as of October 2013. ICE HSI data are current as of October 2013. ICE removal and return data are current as of January 2014. USCIS NTA data current as of May 2014.

**Table 1.**
**Apprehensions by Program and Country of Nationality: Fiscal Years 2011 to 2013**
(Countries ranked by 2013 apprehensions)

| Program and country of nationality | 2013 Number | 2013 Percent | 2012 Number | 2012 Percent | 2011 Number | 2011 Percent |
|---|---:|---:|---:|---:|---:|---:|
| **PROGRAM** | | | | | | |
| Total | 662,483 | 100.0 | 671,327 | 100.0 | 678,606 | 100.0 |
| CBP U.S. Border Patrol | 420,789 | 63.5 | 364,768 | 54.3 | 340,252 | 50.1 |
| Southwest sectors (sub-total) | 414,397 | 62.6 | 356,873 | 53.2 | 327,577 | 48.3 |
| ICE Enforcement and Removal Operations | 229,698 | 34.7 | 290,622 | 43.3 | 322,093 | 47.5 |
| ICE Homeland Security Investigations | 11,996 | 1.8 | 15,937 | 2.4 | 16,261 | 2.4 |
| **COUNTRY OF NATIONALITY** | | | | | | |
| Total | 662,483 | 100.0 | 671,327 | 100.0 | 678,606 | 100.0 |
| Mexico | 424,978 | 64.1 | 468,766 | 69.8 | 517,472 | 76.3 |
| Guatemala | 73,208 | 11.1 | 57,486 | 8.6 | 41,708 | 6.1 |
| Honduras | 64,157 | 9.7 | 50,771 | 7.6 | 31,189 | 4.6 |
| El Salvador | 51,226 | 7.7 | 38,976 | 5.8 | 27,652 | 4.1 |
| Ecuador | 5,680 | 0.9 | 4,374 | 0.7 | 3,298 | 0.5 |
| Dominican Republic | 3,893 | 0.6 | 4,506 | 0.7 | 4,433 | 0.7 |
| Cuba | 2,809 | 0.4 | 4,121 | 0.6 | 4,801 | 0.7 |
| Nicaragua | 2,712 | 0.4 | 2,532 | 0.4 | 2,278 | 0.3 |
| Jamaica | 2,147 | 0.3 | 2,655 | 0.4 | 2,862 | 0.4 |
| Haiti | 1,992 | 0.3 | 1,492 | 0.2 | 1,351 | 0.2 |
| All other countries, including unknown | 29,681 | 4.5 | 35,648 | 5.3 | 41,562 | 6.1 |

Source: U.S. Department of Homeland Security, Enforcement Integrated Database (EID); Seized Asset and Case Tracking System (SEACATS); EID Arrest Graphical User Interface for Law Enforcement (EAGLE); CBP U.S. Border Patrol data for 2013 are current as of November 2013, 2012 are current as of November 2012, 2011 are current as of December 2011; ICE Enforcement and Removal Operations data for 2013 are current as of October 2013, 2012 are current as of October 2012, 2011 are current as of January 2012; Homeland Security Investigations data for 2013 are current as of October 2013, 2012 are current as of October 2012, 2011 are current as of June 2012.

Module (EARM). Data on USCIS NTAs are collected using the USCIS NTA Database. Data on individuals removed or returned are collected through both EARM and EID.

The data on enforcement actions (e.g., inadmissible aliens, apprehensions, NTAs, and removals) relate to events. For example, an alien may be apprehended more than once, and each apprehension would count as a separate record. Removals and returns are reported separately and counted in the years the events occurred. Data appearing for a given year may change in subsequent years due to updating of the data series.[8]

### TRENDS AND CHARACTERISTICS OF ENFORCEMENT ACTIONS

#### Apprehensions

DHS made 662,483 apprehensions in 2013 (see Table 1). The U.S. Border Patrol was responsible for 420,789 or 64 percent (see Figure 1) of all apprehensions. Ninety-eight percent of USBP apprehensions occurred along the Southwest border. ICE ERO made 229,698 administrative arrests and ICE HSI made 11,996 administrative arrests.[9]

*Nationality of All Apprehended Aliens.* In 2013, Mexican nationals accounted for 64 percent of all aliens apprehended by Immigration and Customs Enforcement or the U.S. Border Patrol, down from 70 percent in 2012. The next leading countries were Guatemala (11 percent), Honduras (9.7 percent), and El Salvador (7.7 percent). These four countries accounted for 93 percent of all apprehensions.

*Nationality of Aliens Apprehended by Border Patrol.* Non-Mexican aliens accounted for 36 percent of all USBP apprehensions in 2013, up from 27 percent in 2012. USBP apprehensions of non-Mexican aliens increased 182 percent from 2011 to 2013.

[8] Arrests under INA § 287(g) are included in ICE ERO apprehension data for 2011 to 2013.

[9] An administrative arrest refers to the arrest of an alien who is charged with an immigration violation. Administrative arrests are included in the DHS apprehension totals.

Table 2.

### Apprehensions by U.S. Border Patrol Sector: Fiscal Years 2011 to 2013

(Sectors ranked by 2013 apprehensions)

| U.S. Border Patrol Sector | 2013 Number | 2013 Percent | 2012 Number | 2012 Percent | 2011 Number | 2011 Percent |
|---|---|---|---|---|---|---|
| Total | 420,789 | 100.0 | 364,768 | 100.0 | 340,252 | 100.0 |
| Rio Grande Valley, TX | 154,453 | 36.7 | 97,762 | 26.8 | 59,243 | 17.4 |
| Tucson, AZ | 120,939 | 28.7 | 120,000 | 32.9 | 123,285 | 36.2 |
| Laredo, TX | 50,749 | 12.1 | 44,872 | 12.3 | 36,053 | 10.6 |
| San Diego, CA | 27,496 | 6.5 | 28,461 | 7.8 | 42,447 | 12.5 |
| Del Rio, TX | 23,510 | 5.6 | 21,720 | 6.0 | 16,144 | 4.7 |
| EL Centro, CA | 16,306 | 3.9 | 23,916 | 6.6 | 30,191 | 8.9 |
| EL Paso, TX | 11,154 | 2.7 | 9,678 | 2.7 | 10,345 | 3.0 |
| Yuma, AZ | 6,106 | 1.5 | 6,500 | 1.8 | 5,833 | 1.7 |
| Big Bend, TX* | 3,684 | 0.9 | 3,964 | 1.1 | 4,036 | 1.2 |
| Miami, FL | 1,738 | 0.4 | 2,509 | 0.7 | 4,401 | 1.3 |
| All other sectors | 4,654 | 1.1 | 5,386 | 1.5 | 8,274 | 2.4 |

* Formerly known as Marfa, TX.

Source: U.S. Department of Homeland Security, Customs and Border Protection (CBP) U.S Border Patrol (USBP), Enforcement Integrated Database (EID), November 2013.

Table 3.

### Aliens Determined Inadmissible by Mode of Travel, Country of Citizenship, and Field Office: Fiscal Years 2011 to 2013

(Ranked by 2013 inadmissible aliens)

| Characteristic | 2013 Number | 2013 Percent | 2012 Number | 2012 Percent | 2011 Number | 2011 Percent |
|---|---|---|---|---|---|---|
| **MODE OF TRAVEL** | | | | | | |
| Total | 204,108 | 100.0 | 193,606 | 100.0 | 212,234 | 100.0 |
| Land | 103,480 | 50.7 | 100,341 | 51.8 | 107,205 | 50.5 |
| Sea | 51,568 | 25.3 | 52,509 | 27.1 | 66,227 | 31.2 |
| Air | 49,060 | 24.0 | 40,756 | 21.1 | 38,802 | 18.3 |
| **COUNTRY** | | | | | | |
| Total | 204,108 | 100.0 | 193,606 | 100.0 | 212,234 | 100.0 |
| Mexico | 56,267 | 27.6 | 58,658 | 30.3 | 67,410 | 31.8 |
| Canada | 29,387 | 14.4 | 30,731 | 15.9 | 32,141 | 15.1 |
| Philippines | 23,389 | 11.5 | 22,486 | 11.6 | 25,197 | 11.9 |
| Cuba | 17,679 | 8.7 | 12,253 | 6.3 | 7,759 | 3.7 |
| China, People's Republic | 13,552 | 6.6 | 12,888 | 6.7 | 16,931 | 8.0 |
| India | 11,815 | 5.8 | 6,907 | 3.6 | 5,983 | 2.8 |
| Ukraine | 2,882 | 1.4 | 2,928 | 1.5 | 4,359 | 2.1 |
| Russia | 2,618 | 1.3 | 2,946 | 1.5 | 3,905 | 1.8 |
| Spain | 2,423 | 1.2 | 1,717 | 0.9 | 988 | 0.5 |
| El Salvador | 2,194 | 1.1 | 1,028 | 0.5 | 853 | 0.4 |
| All other countries, including unknown | 41,902 | 20.5 | 41,064 | 21.2 | 46,708 | 22.0 |
| **FIELD OFFICE** | | | | | | |
| Total | 204,108 | 100.0 | 193,606 | 100.0 | 212,234 | 100.0 |
| Laredo, TX | 31,781 | 15.6 | 28,005 | 14.5 | 25,790 | 12.2 |
| San Diego, CA | 25,632 | 12.6 | 26,889 | 13.9 | 33,719 | 15.9 |
| New Orleans, LA | 21,011 | 10.3 | 20,204 | 10.4 | 20,855 | 9.8 |
| San Francisco, CA | 14,939 | 7.3 | 9,832 | 5.1 | 6,954 | 3.3 |
| Buffalo, NY | 13,425 | 6.6 | 14,050 | 7.3 | 15,712 | 7.4 |
| Houston, TX | 10,909 | 5.3 | 12,706 | 6.6 | 19,528 | 9.2 |
| Tucson, AZ | 9,991 | 4.9 | 7,612 | 3.9 | 7,951 | 3.7 |
| Pre-Clearance* | 9,695 | 4.7 | 8,559 | 4.4 | 8,586 | 4.0 |
| Seattle, WA | 9,343 | 4.6 | 10,529 | 5.4 | 10,650 | 5.0 |
| Miami, FL | 8,684 | 4.3 | 7,593 | 3.9 | 6,896 | 3.2 |
| All other field offices, including unknown | 48,698 | 23.9 | 47,627 | 24.6 | 55,593 | 26.2 |

*Refers to field offices abroad.

Source: U.S. Department of Homeland Security, Customs and Border Protection, Office of Field Operations. Enforcement Integrated Database (EID), October 2013.

Table 4.

Notices to Appear Issued by Homeland Security Office: Fiscal Years 2011 to 2013

(Ranked by 2013 notices to appear)

| Homeland Security office | 2013 | | 2012 | | 2011 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Total............................ | 224,185 | 100.0 | 235,687 | 100.0 | 250,127 | 100.0 |
| ICE Enforcement and Removal Operations ......... | 101,571 | 45.3 | 140,707 | 59.7 | 156,208 | 62.5 |
| United States Citizenship and Immigration Services ... | 56,896 | 25.4 | 41,778 | 17.7 | 44,638 | 17.8 |
| CBP U.S. Border Patrol....................... | 42,078 | 18.8 | 31,506 | 13.4 | 31,739 | 12.7 |
| CBP Office of Field Operations.................. | 23,640 | 10.5 | 21,696 | 9.2 | 17,542 | 7.0 |

Source: U.S. Department of Homeland Security, Customs and Border Protection, U.S. Border Patrol, November 2013; ICE Enforcement and Removal Operations, October 2013; CBP Office of Field Operations, October 2013, United States Citizenship and Immigration Services, NTA Database, May 2014.

*Southwest Border Apprehensions.* Apprehensions by the USBP along the Southwest border increased 16 percent from 356,873 in 2012 to 414,397 in 2013. Rio Grande Valley was the leading sector for apprehensions (154,453) and displayed the highest increase from 2012 to 2013 (56,691 or 58 percent) (see Table 2). The next leading sectors in 2013 were Tucson (120,939) Laredo (50,749), San Diego (27,496), and Del Rio (23,510).

### Inadmissible Aliens

CBP Office of Field Operations (OFO) determined 204,108 aliens arriving at a port of entry were inadmissible in 2013, up 5.4 percent from 193,606 in 2012 (See Table 3). Fifty-one percent of all inadmissible aliens in 2013 were processed at land ports, followed by 25 percent at sea ports, and 24 percent at airports.

*Nationality of Inadmissible Aliens.* Mexican nationals accounted for 28 percent of inadmissible aliens in 2013, followed by Canada (14 percent) and the Philippines (12 percent). Other leading countries included Cuba, China, India, Ukraine, Russia, Spain and El Salvador. The greatest increases from 2012 to 2013 were for nationals of El Salvador (113 percent) and India (71 percent) (see Table 3).

### Notices to Appear

DHS issued 224,185 NTAs in 2013, down from 235,687 in 2012 (see Table 4). ICE ERO issued 101,571 or 45 percent of all NTAs in 2013, down from 140,707 or 60 percent in 2012. NTAs issued by USCIS accounted for 25 percent of all NTAs in 2013, up from 18 percent in 2012, partly due to an increase in the number of

Table 5.

Initial Admissions to ICE Detention Facilities by Country of Nationality: Fiscal Years 2011 to 2013

(Ranked by 2013 detention admissions)

| Country of nationality | 2013 | | 2012 | | 2011 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Total.................. | 440,557 | 100.0 | 477,523 | 100.0 | 429,247 | 100.0 |
| Mexico ................. | 244,585 | 55.5 | 307,523 | 64.4 | 288,581 | 67.2 |
| Guatemala................ | 59,189 | 13.4 | 50,723 | 10.6 | 38,450 | 9.0 |
| Honduras................. | 50,609 | 11.5 | 40,469 | 8.5 | 26,416 | 6.2 |
| El Salvador ............... | 40,261 | 9.1 | 31,286 | 6.6 | 23,792 | 5.5 |
| Ecuador.................. | 4,716 | 1.1 | 3,856 | 0.8 | 2,957 | 0.7 |
| India .................... | 4,057 | 0.9 | 1,522 | 0.3 | 3,438 | 0.8 |
| Dominican Republic ......... | 3,537 | 0.8 | 4,265 | 0.9 | 4,201 | 1.0 |
| Haiti .................... | 2,382 | 0.5 | 1,609 | 0.3 | 1,775 | 0.4 |
| Nicaragua ................ | 2,323 | 0.5 | 2,131 | 0.4 | 2,015 | 0.5 |
| Jamaica.................. | 1,933 | 0.4 | 2,365 | 0.5 | 2,597 | 0.6 |
| All other countries, including unknown ................ | 26,965 | 6.1 | 31,774 | 6.7 | 35,025 | 8.2 |

Note: Excludes Office of Refugee Resettlement and Mexican Interior Repatriation Program facilities.

Source: U.S. Department of Homeland Security, ENFORCE Alien Detention Module (EADM), October 2013.

Table 6.

Aliens Removed by Component: Fiscal Years 2011 to 2013

| Component | 2013 | | 2012 | | 2011 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Total.................. | 438,421 | 100.0 | 418,397 | 100.0 | 387,134 | 100.0 |
| ICE .................... | 330,651 | 75.4 | 345,628 | 82.6 | 314,453 | 81.2 |
| CBP U.S. Border Patrol ...... | 86,253 | 19.7 | 51,012 | 12.2 | 42,952 | 11.1 |
| CBP Office of Field Operations.. | 21,517 | 4.9 | 21,757 | 5.2 | 29,729 | 7.7 |

Note: OIS and ICE totals may differ. See footnote 2 on page 1.

Source: U.S. Department of Homeland Security, ENFORCE Alien Removal Module (EARM), January 2014, Enforcement Integrated Database (EID), November 2013.

Table 7.

Trends in Total Removals, Expedited Removals, and Reinstatements of Final Removal Orders: Fiscal Years 2011 to 2013

| Removals | 2013 | | 2012 | | 2011 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Total.................. | 438,421 | 100.0 | 418,397 | 100.0 | 387,134 | 100.0 |
| Expedited Removals......... | 193,032 | 44.0 | 163,308 | 39.0 | 122,236 | 31.6 |
| Reinstatements ........... | 170,247 | 38.8 | 146,044 | 34.9 | 124,784 | 32.2 |
| All other removals.......... | 75,142 | 17.1 | 109,045 | 26.1 | 140,114 | 36.2 |

Source: U.S. Department of Homeland Security, ENFORCE Alien Removal Module (EARM), January 2014, Enforcement Integrated Database (EID), November 2013.

"Credible Fear" issued NTAs. USBP issued NTAs accounted for 19 percent of all NTAs in 2013, up from 14 percent in 2012. OFO issued 11 percent of NTAs in 2013 and 9 percent in 2012.

### Detentions

ICE detained 440,557 aliens during 2013, a decrease of 8 percent from 2012 (See Table 5). Mexican nationals accounted for 56 percent of total detainees in 2013, down from 64 percent in 2012. The next leading countries in 2013 were Guatemala (13 percent), Honduras (12 percent) and El Salvador (9 percent). These four countries accounted for 90 percent of all detainees in 2013.

### Removals and Returns

*Total Removals.* The number of removals increased from 418,397 in 2012 to an all-time high of 438,421 in 2013 (see Tables 6, 7 and Figure 2). ICE accounted for 75 percent of all removals in 2013, down from 83 percent in 2012. USBP accounted for 20 percent of all removals in 2013, up from 12 percent in 2012. OFO performed 4.9 percent of removals in 2013 and 5.2 percent in 2012 (see table 6). Mexican nationals accounted for 72 percent of all aliens removed in 2013. The next leading countries were Guatemala (11 percent), Honduras (8.3 percent) and El Salvador (4.7 percent). These four countries accounted for 96 percent of all removals in 2012 (see Table 8).

*Expedited Removals.* Expedited removals represented 44 percent of all removals in 2013, up from 39 percent in 2012 but down from an all-time high of 49 percent in 1999. Aliens from Mexico accounted for 75 percent of expedited removals in 2013. The next leading countries were Guatemala, Honduras, and El Salvador. Nationals from these four countries accounted for 98 percent of all expedited removals in 2013.



Figure 2.
**Total Removals, Expedited Removals and Reinstatements: Fiscal Years 2004 to 2013**

Source: U.S. Department of Homeland Security.

Table 8.

**Aliens Removed by Criminal Status and Country of Nationality: Fiscal Years 2011 to 2013**
(Ranked by 2013 aliens removed)

| Country of nationality | 2013 | | | 2012 | | | 2011 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Criminal* | Non-Criminal | Total | Criminal* | Non-Criminal | Total | Criminal* | Non-Criminal |
| Total . . . . . . . . . . . . . . . . . . . . . . | 438,421 | 198,394 | 240,027 | 418,397 | 200,143 | 218,254 | 387,134 | 188,964 | 198,170 |
| Mexico . . . . . . . . . . . . . . . . . . . . . | 314,904 | 146,298 | 168,606 | 303,745 | 151,444 | 152,301 | 288,078 | 145,133 | 142,945 |
| Guatemala. . . . . . . . . . . . . . . . . . . | 46,866 | 15,365 | 31,501 | 38,900 | 13,494 | 25,406 | 30,343 | 11,718 | 18,625 |
| Honduras. . . . . . . . . . . . . . . . . . . . | 36,526 | 16,609 | 19,917 | 31,740 | 13,815 | 17,925 | 22,027 | 10,825 | 11,202 |
| El Salvador . . . . . . . . . . . . . . . . . . | 20,862 | 9,440 | 11,422 | 18,993 | 8,674 | 10,319 | 17,381 | 8,507 | 8,874 |
| Dominican Republic . . . . . . . . . . . . . | 2,278 | 1,805 | 473 | 2,868 | 2,182 | 686 | 2,893 | 2,142 | 751 |
| Ecuador. . . . . . . . . . . . . . . . . . . . . | 1,491 | 580 | 911 | 1,763 | 706 | 1,057 | 1,716 | 704 | 1,012 |
| Colombia. . . . . . . . . . . . . . . . . . . . | 1,421 | 956 | 465 | 1,591 | 1,055 | 536 | 1,899 | 1,048 | 851 |
| Brazil. . . . . . . . . . . . . . . . . . . . . . . | 1,411 | 366 | 1,045 | 2,397 | 424 | 1,973 | 3,350 | 550 | 2,800 |
| Nicaragua . . . . . . . . . . . . . . . . . . . | 1,337 | 691 | 646 | 1,400 | 731 | 669 | 1,502 | 696 | 806 |
| Jamaica. . . . . . . . . . . . . . . . . . . . . | 1,101 | 993 | 108 | 1,319 | 1,150 | 169 | 1,474 | 1,225 | 249 |
| All other countries, including unknown . . | 10,224 | 5,291 | 4,933 | 13,681 | 6,468 | 7,213 | 16,471 | 6,416 | 10,055 |

* Refers to persons removed who have a prior criminal conviction.
Note: Excludes criminals removed by Customs and Border Protection (CBP). CBP EID does not identify if aliens removed were criminals.
Source: U.S. Department of Homeland Security, ENFORCE Alien Removal Module (EARM), January 2014, Enforcement Integrated Database (EID), November 2013.

*Reinstatements.* Reinstatements of previous removal orders accounted for 39 percent of all removals in 2013. The number of removals based on a reinstatement of final orders increased every year between 2005 and 2013. In 2013, aliens from Mexico accounted for 75 percent of all reinstatements. Other leading countries included Guatemala, Honduras, and El Salvador. These four countries accounted for 99 percent of all reinstatements in 2013.

*Criminal Activity.* Approximately 198,000 aliens removed in 2013 had a prior criminal conviction.[10] The most common categories of crime were immigration-related offenses, dangerous drugs, criminal traffic offenses, and assault. Immigration-related offenses increased 31 percent from 2012 to 2013 and 65 percent between 2011 and 2013. Dangerous drugs and criminal traffic offenses decreased 28 and 35 percent respectively from 2012 to 2013. These four leading categories accounted for 72 percent of all criminal alien removals in 2013 (see Table 9).

---

[10] Excludes criminals removed by CBP; CBP EID data do not identify if aliens removed were criminals.

*Returns.* In 2013, 178,371 aliens were returned to their home countries without an order of removal, a decline of 23 percent from 2012 and the lowest number since 1967 (see Table 10). 2013 was the ninth consecutive year in which returns declined. Fifty-nine percent of returns were performed by OFO in 2013, up from 48 percent in 2012. USBP accounted for 22 percent of all returns in 2013, down from 25 percent in 2012. From 2011 to 2013, returns by USBP decreased 66 percent. ICE accounted for the remaining 20 percent of returns in 2013, down from 27 percent in 2012. Mexican nationals accounted for 49 percent of all returns in 2013, down from 57 percent in 2012. The next leading countries of nationality for returns in 2013 were Canada (13 percent), the Philippines (12 percent) and China (6.6 percent) (see Table 11).

### FOR MORE INFORMATION

For more information about immigration and immigration statistics, visit the Office of Immigration Statistics Website at www.dhs.gov/immigration-statistics.

**Table 9.**

**Criminal Aliens Removed by Crime Category: Fiscal Years 2011 to 2013**

(Ranked by 2013 criminal aliens removed)

| Crime Category | 2013 | | 2012 | | 2011 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Total | 198,394 | 100.0 | 200,143 | 100.0 | 188,964 | 100.0 |
| Immigration* | 62,194 | 31.3 | 47,616 | 23.8 | 37,606 | 19.9 |
| Dangerous Drugs** | 30,603 | 15.4 | 42,679 | 21.3 | 43,378 | 23.0 |
| Criminal Traffic Offenses† | 29,844 | 15.0 | 46,162 | 23.1 | 43,154 | 22.8 |
| Assault | 20,181 | 10.2 | 13,045 | 6.5 | 12,783 | 6.8 |
| Burglary | 5,505 | 2.8 | 3,569 | 1.8 | 3,808 | 2.0 |
| Weapon Offenses | 5,296 | 2.7 | 2,513 | 1.3 | 2,730 | 1.4 |
| Larceny | 5,290 | 2.7 | 5,428 | 2.7 | 5,728 | 3.0 |
| Fraudulent Activities | 5,179 | 2.6 | 3,879 | 1.9 | 4,232 | 2.2 |
| Sexual Assault | 3,166 | 1.6 | 3,353 | 1.7 | 3,576 | 1.9 |
| Forgery | 3,032 | 1.5 | 2,430 | 1.2 | 2,858 | 1.5 |
| All other categories, including unknown | 28,104 | 14.2 | 29,469 | 14.7 | 29,111 | 15.4 |

\* Including entry and reentry, false claims to citizenship, and alien smuggling.
\*\* Including the manufacturing, distribution, sale, and possession of illegal drugs.
† Including hit and run and driving under the influence.
Notes: Data refers to persons removed who have a prior criminal conviction. Excludes criminals removed by Customs and Border Protection (CBP). CBP EID does not identify if aliens removed were criminals.
Source: U.S. Department of Homeland Security, ENFORCE Alien Removal Module (EARM), January 2014.

**Table 10.**

**Aliens Returned by Component: Fiscal Years 2011 to 2013**

| Component | 2013 | | 2012 | | 2011 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Total | 178,371 | 100.0 | 230,386 | 100.0 | 322,124 | 100.0 |
| CBP Office of Field Operations | 104,300 | 58.5 | 109,468 | 47.5 | 130,996 | 40.7 |
| CBP U.S. Border Patrol | 38,779 | 21.7 | 58,197 | 25.3 | 113,886 | 35.4 |
| ICE | 35,292 | 19.8 | 62,721 | 27.2 | 77,242 | 24.0 |

Note: OIS and ICE totals may differ. See footnote 2 on page 1.
Source: U.S. Department of Homeland Security, ENFORCE Alien Removal Module (EARM), January 2014, Enforcement Integrated Database (EID), November 2013.

Table 11.

## Aliens Returned by Country of Nationality: Fiscal Years 2011 to 2013

(Ranked by 2013 aliens returned)

| Country of nationality | 2013 | | 2012 | | 2011 | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Total | 178,371 | 100.0 | 230,386 | 100.0 | 322,124 | 100.0 |
| Mexico | 88,042 | 49.4 | 131,983 | 57.3 | 205,158 | 63.7 |
| Canada | 23,963 | 13.4 | 27,039 | 11.7 | 28,274 | 8.8 |
| Philippines | 21,523 | 12.1 | 20,903 | 9.1 | 23,150 | 7.2 |
| China, People's Republic | 11,684 | 6.6 | 11,780 | 5.1 | 16,234 | 5.0 |
| Ukraine | 2,604 | 1.5 | 2,589 | 1.1 | 4,111 | 1.3 |
| India | 2,462 | 1.4 | 3,273 | 1.4 | 4,136 | 1.3 |
| Russia | 1,991 | 1.1 | 2,464 | 1.1 | 3,512 | 1.1 |
| Burma | 1,920 | 1.1 | 2,337 | 1.0 | 2,582 | 0.8 |
| Guatemala | 1,347 | 0.8 | 2,332 | 1.0 | 3,026 | 0.9 |
| Korea, South | 1,259 | 0.7 | 1,191 | 0.5 | 1,619 | 0.5 |
| All other countries, including unknown | 21,576 | 12.1 | 24,495 | 10.6 | 30,322 | 9.4 |

Note: Returns are the confirmed movement of an inadmissible or deportable alien out of the United States not based on an order of removal.

Source: U.S. Department of Homeland Security, ENFORCE Alien Removal Module (EARM), January 2014, Enforcement Integrated Database (EID), November 2013.

# APPENDIX

## ENFORCEMENT PROGRAM OFFICES

### U.S. Customs and Border Protection (CBP)

*Office of Field Operations*

CBP's Office of Field Operations (OFO) is responsible for securing the U.S. border at ports of entry while facilitating lawful trade and travel. CBP officers determine the admissibility of aliens who are applying for admission to the United States at designated ports of entry.

*U.S. Border Patrol*

The primary mission of the U.S. Border Patrol (USBP) is to secure approximately 7,000 miles of international land border with Canada and Mexico and 2,600 miles of coastal border of the United States. Its major objectives are to deter, detect, and interdict the illegal entry of aliens, terrorists, terrorist weapons, and other contraband into the United States. USBP operations are divided into geographic regions referred to as sectors.

### U.S. Immigration and Customs Enforcement (ICE)

*Homeland Security Investigations*

The U.S. Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) Directorate is a critical asset in the ICE mission, responsible for disrupting and dismantling transnational criminal threats facing the United States. HSI uses its legal authorities to investigate immigration and customs violations such as: human rights violations; narcotics; weapons smuggling and the smuggling of other types of contraband; financial crimes; cyber crimes; human trafficking; child pornography; intellectual property violations; commercial fraud; export violations; and identity and benefit fraud. HSI special agents also conduct national security investigations aimed at protecting critical infrastructure vulnerable to sabotage, attack, or exploitation. In addition to domestic HSI criminal investigations, HSI oversees ICE's international affairs operations and intelligence functions.

*Enforcement and Removal Operations*

Officers and agents of ICE Enforcement and Removal Operations (ERO) serve as the primary enforcement arm within ICE for the identification, apprehension, and removal of certain aliens from the United States. ERO transports removable aliens, manages aliens in custody or subject in conditions of release, and removes individuals ordered to be removed from the United States.

### U.S. Citizenship and Immigration Services (USCIS)

U.S. Citizenship and Immigration Services (USCIS) oversees lawful immigration to the United States and processes applications for immigration benefits within the United States. USCIS provides accurate and useful information to its customers, granting immigration and citizenship benefits, promoting an awareness and understanding of citizenship, and ensuring the integrity of the immigration system.