EXHIBIT 13

# INTERIM RELIEF FOR CERTAIN FOREIGN ACADEMIC STUDENTS ADVERSELY AFFECTED BY HURRICANE KATRINA
## Frequently Asked Questions (FAQ)

On November 25, 2005. U.S. Citizenship and Immigration Services (USCIS) published a [Federal Register Notice (Notice)](), which temporarily suspended the applicability of certain requirements related to on-campus and off-campus employment for a specifically designated group of F-1 students. This temporary relief enables qualified F-1 students, who were adversely affected by Hurricane Katrina, to work additional hours on-campus, or work off-campus if employment authorization is granted.  F-1 students who are granted employment authorization pursuant to the Notice may likewise reduce their course load for the duration of their employment authorization to the minimum course load requirement set forth in the Notice.

Since the Notice does not cover Katrina-impacted foreign academic students who have failed to maintain their F-1 status, such persons, and their F-2 dependents, may request a grant of deferred action and short-term employment authorization based on economic necessity.

**Q.  Why is USCIS taking this action?**

**A.**  Hurricane Katrina caused severe loss of life and extensive property damage, and disrupted normal activities, in the states of Alabama, Louisiana, and Mississippi.  As a result of this catastrophic natural disaster, many of the approximately 5,500 F-1 students, who were enrolled in DHS-approved academic institutions located in the areas adversely affected by Hurricane Katrina, have been suffering severe economic hardship and have been experiencing difficulty in satisfying the normal regulatory requirements for maintaining valid F-1 status, which include the pursuit of a "full course of study."  See 8 CFR 214.2(f)(6).  USCIS is taking action to provide temporary relief to these F-1 students.

**Q.  For whom specifically is USCIS taking this action?**

**A.**  The interim relief covered in this FAQ was developed specifically for F-1 students who: (1) on August 29, 2005, were lawfully present in the United States in F-1 status and were enrolled in a DHS-approved institution located in an area adversely affected by Hurricane Katrina; and (2) are experiencing severe economic hardship as direct result of Hurricane Katrina.  Hereinafter, this group will be referred to as "*Affected F-1 Students.*"

**Q.  Which DHS-approved academic institutions have been deemed to be located in the areas adversely affected by Hurricane Katrina?**

**A.**  Following is a list of the specific campuses of DHS-approved academic institutions that have been deemed to be located in the areas adversely affected by Hurricane Katrina.

1

205

| SCHOOL NAME | CAMPUS NAME | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Archdiocese of New Orleans | Academy of the Sacred Heart | New Orleans | LA | 70115 |
| Archdiocese of New Orleans | Christian Brothers School | New Orleans | LA | 70124 |
| Archdiocese of New Orleans | Henriette DeLille | New Orleans | LA | 70126 |
| Archdiocese of New Orleans | Holy Cross | New Orleans | LA | 70117 |
| Archdiocese of New Orleans | Holy Ghost | New Orleans | LA | 70115 |
| Archdiocese of New Orleans | Holy Name of Jesus | New Orleans | LA | 70118 |
| Archdiocese of New Orleans | Holy Rosary Academy | New Orleans | LA | 70119 |
| Archdiocese of New Orleans | House of the Holy Family | New Orleans | LA | 70126 |
| Archdiocese of New Orleans | Immaculate Heart of Mary | New Orleans | LA | 70126 |
| Archdiocese of New Orleans | Marian Central Catholic Middle School | New Orleans | LA | 70122 |
| Archdiocese of New Orleans | Our Lady of Lourdes | New Orleans | LA | 70115 |
| Archdiocese of New Orleans | Resurrection of Our Lord | New Orleans | LA | 70127 |
| Archdiocese of New Orleans | St. Alphonsus | New Orleans | LA | 70130 |
| Archdiocese of New Orleans | St. Anthony of Padua | New Orleans | LA | 70119 |
| Archdiocese of New Orleans | St. Benedict the Moor | New Orleans | LA | 70126 |
| Archdiocese of New Orleans | St. David | New Orleans | LA | 70117 |
| Archdiocese of New Orleans | St. Dominic | New Orleans | LA | 70124 |
| Archdiocese of New Orleans | St. Frances Xavier Cabrini | New Orleans | LA | 70122 |
| Archdiocese of New Orleans | St. Joan of Arc | New Orleans | LA | 70118 |
| Archdiocese of New Orleans | St. Joseph Central Catholic Elementary | New Orleans | LA | 70122 |
| Archdiocese of New Orleans | St. Leo the Great | New Orleans | LA | 70119 |
| Archdiocese of New Orleans | St. Mary of the Angels | New Orleans | LA | 70117 |
| Archdiocese of New Orleans | St. Paul the Apostle | New Orleans | LA | 70126 |
| Archdiocese of New Orleans | St. Pius X | New Orleans | LA | 70124 |
| Archdiocese of New Orleans | St. Raymond | New Orleans | LA | 70122 |
| Archdiocese of New Orleans | St. Stephen | New Orleans | LA | 70115 |
| Archdiocese of New Orleans | Stuart Hall School for Boys | New Orleans | LA | 70118 |
| Archdiocese of New Orleans | Ursuline Academy | New Orleans | LA | 70118 |
| Archdiocese of New Orleans | All Saints | New Orleans | LA | 70114 |
| Archdiocese of New Orleans | Holy Name of Mary | New Orleans | LA | 70114 |
| Archdiocese of New Orleans | Our Lady of Divine Providence | Metairie | LA | 70003 |
| Archdiocese of New Orleans | Our Lady of Perpetual Help | Kenner | LA | 70062 |
| Archdiocese of New Orleans | St. Angela Merici | Metairie | LA | 70002 |
| Archdiocese of New Orleans | St. Benilde | Metairie | LA | 70001 |
| Archdiocese of New Orleans | St. Catherine of Siena | Metairie | LA | 70005 |
| Archdiocese of New Orleans | St. Christopher | Metairie | LA | 70001 |
| Archdiocese of New Orleans | St. Clement of Rome | Metairie | LA | 70002 |
| Archdiocese of New Orleans | St. Edward the Confessor | Metairie | LA | 70001 |
| Archdiocese of New Orleans | St. Elizabeth Ann Seton | Kenner | LA | 70065 |
| Archdiocese of New Orleans | St. Francis Xavier | Metairie | LA | 70005 |
| Archdiocese of New Orleans | St. Louis King of France | Metairie | LA | 70005 |
| Archdiocese of New Orleans | St. Mary Magdalen | Metairie | LA | 70003 |
| Archdiocese of New Orleans | St. Matthew the Apostle | River Ridge | LA | 70123 |

| Archdiocese of New Orleans | St. Philip Neri | Metairie | LA | 70003 |
|---|---|---|---|---|
| Archdiocese of New Orleans | St. Rita | Harahan | LA | 70123 |
| Archdiocese of New Orleans | Immaculate Conception | Marrero | LA | 70072 |
| Archdiocese of New Orleans | Our Lady of Prompt Succor | Westwego | LA | 70094 |
| Archdiocese of New Orleans | St. Anthony | Gretna | LA | 70053 |
| Archdiocese of New Orleans | St. Cletus | Gretna | LA | 70053 |
| Archdiocese of New Orleans | St. Joseph the Worker | Marrero | LA | 70072 |
| Archdiocese of New Orleans | St. Rosalie | Harvey | LA | 70058 |
| Archdiocese of New Orleans | Visitation of Our Lady | Marrero | LA | 70072 |
| Archdiocese of New Orleans | Our Lady of Perpetual Help | Belle Chasse | LA | 70037 |
| Archdiocese of New Orleans | Our Lady of Prompt Succor | Chalmette | LA | 70043 |
| Archdiocese of New Orleans | St. Louise DeMarillac | Arabi | LA | 70032 |
| Archdiocese of New Orleans | St. Mark | Chalmette | LA | 70043 |
| Archdiocese of New Orleans | St. Robert Bellarmine | Arabi | LA | 70032 |
| Archdiocese of New Orleans | Sacred Heart of Jesus | Norco | LA | 70079 |
| Archdiocese of New Orleans | St. Charles Borromeo | Destrehan | LA | 70047 |
| Archdiocese of New Orleans | Ascension of Our Lord | LaPlace | LA | 70068 |
| Archdiocese of New Orleans | Our Lady of Grace | Reserve | LA | 70084 |
| Archdiocese of New Orleans | St. Joan of Arc | LaPlace | LA | 70068 |
| Archdiocese of New Orleans | St. Peter | Reserve | LA | 70084 |
| Archdiocese of New Orleans | Mary, Queen of Peace | Mandeville | LA | 70471 |
| Archdiocese of New Orleans | Our Lady of Lourdes | Slidell | LA | 70458 |
| Archdiocese of New Orleans | St. Margaret Mary | Slidell | LA | 70458 |
| Archdiocese of New Orleans | St. Peter | Covington | LA | 70433 |
| Archdiocese of New Orleans | Annunciation | Bogalusa | LA | 70427 |
| Archdiocese of New Orleans | Brother Martin | New Orleans | LA | 70122 |
| Archdiocese of New Orleans | Cabrini | New Orleans | LA | 70119 |
| Archdiocese of New Orleans | DeLaSalle | New Orleans | LA | 70115 |
| Archdiocese of New Orleans | Jesuit | New Orleans | LA | 70119 |
| Archdiocese of New Orleans | Mount Carmel Academy | New Orleans | LA | 70124 |
| Archdiocese of New Orleans | Redeemer-Seton | New Orleans | LA | 70122 |
| Archdiocese of New Orleans | St. Augustine | New Orleans | LA | 70119 |
| Archdiocese of New Orleans | St. Gerard Majella Alternative School | New Orleans | LA | 70122 |
| Archdiocese of New Orleans | St. Mary's Academy | New Orleans | LA | 70126 |
| Archdiocese of New Orleans | Xavier University Prep | New Orleans | LA | 70115 |
| Archdiocese of New Orleans | Archbishop Chapelle | Metairie | LA | 70003 |
| Archdiocese of New Orleans | Archbishop Rummel | Metairie | LA | 70001 |
| Archdiocese of New Orleans | Archbishop Blenk | Gretna | LA | 70053 |
| Archdiocese of New Orleans | Archbishop Shaw | Marrero | LA | 70072 |
| Archdiocese of New Orleans | Immaculata | Marrero | LA | 70072 |
| Archdiocese of New Orleans | Archbishop Hannan | Meraux | LA | 70075 |
| Archdiocese of New Orleans | St. Charles Catholic | LaPlace | LA | 70068 |
| Archdiocese of New Orleans | Pope John Paul II | Slidell | LA | 70461 |
| Archdiocese of New Orleans | The Saint Paul's School | Covington | LA | 70433 |
| Archdiocese of New Orleans | St. Scholastica Academy | Covington | LA | 70433 |

| | | | | |
|---|---|---|---|---|
| Bass Memorial Academy | Bass Memorial Academy | Lumberton | MS | 39455 |
| Delgado Community College | Delgado Community College | New Orleans | LA | 70119 |
| Dillard University | Dillard University | New Orleans | LA | 70122 |
| East Central Community College | East Central Community College | Decatur | MS | 39327 |
| East Mississippi Community College | Scooba Campus | Scooba | MS | 39358 |
| Ecole Classique | Ecole Classique | New Orleans | LA | 70112 |
| English Language Center | University of South Alabama | Mobile | AL | 36688 |
| Faulkner State Community College | Faulkner State Community College | Bay Minette | AL | 36507 |
| Faulkner University | Faulkner University at Mobile | Mobile | AL | 36609 |
| John Curtis Christian School | John Curtis Christian School | River Ridge | LA | 70123 |
| Kaplan Test Prep, a division of Kaplan, Inc. | Kaplan Test Prep - New Orleans, LA | New Orleans | LA | 70118 |
| Louisiana State University Health Sciences Center | Louisiana State University Health Sciences Center | New Orleans | LA | 70006 |
| Loyola University New Orleans | Loyola University New Orleans | New Orleans | LA | 70118 |
| Lutheran High School | Lutheran High School | Metairie | LA | 70002 |
| Meridian Community College | Meridian Community College | Meridian | MS | 39307 |
| Metairie Park Country Day School | Metairie Park Country Day School | Metairie | LA | 70005 |
| Mississippi Gulf Coast Community College | Perkinston Campus | Perkinston | MS | 39573 |
| Mississippi Gulf Coast Community College | Jefferson Davis Campus | Gulfport | MS | 39507 |
| Mississippi Gulf Coast Community College | Jackson County Campus | Gautier | MS | 39553 |
| Mobile County Public Schools | Division Of Student Support Services | Mobile | AL | 36602 |
| Mobile County Public Schools | Baker High | Mobile | AL | 36608 |
| Mobile County Public Schools | Blount High | Prichard | AL | 36610 |
| Mobile County Public Schools | Bryant High | Irvington | AL | 36544 |
| Mobile County Public Schools | Citronelle High | Citronelle | AL | 36522 |
| Mobile County Public Schools | Davidson High | Mobile | AL | 36609 |
| Mobile County Public Schools | Montgomery High | Semmes | AL | 36575 |
| Mobile County Public Schools | Murphy High | Mobile | AL | 36606 |
| Mobile County Public Schools | Rain High | Mobile | AL | 36605 |
| Mobile County Public Schools | Satsuma High | Satsuma | AL | 36572 |
| Mobile County Public Schools | Shaw High | Mobile | AL | 36608 |
| Mobile County Public Schools | Theodore High | Theodore | AL | 36582 |
| Mobile County Public Schools | Vigor High | Prichard | AL | 36610 |
| Mobile County Public Schools | Williamson High | Mobile | AL | 36605 |
| Modern Languages Institute | Modern Languages Institute | New Orleans | LA | 70130 |
| New Orleans Baptist Theological Seminary | New Orleans Baptist Theological Seminary | New Orleans | LA | 70126 |
| Nicholls State University | Nicholls State University | Thibodaux | LA | 70301 |
| Notre Dame Seminary | Notre Dame Seminary | New Orleans | LA | 70118 |
| Nunez Community College | Nunez Community College | Chalmette | LA | 70043 |
| Our Lady Holy Cross College | Our Lady Holy Cross College | New Orleans | LA | 70131 |
| Picayune School District | Picayune Memorial High School | Picayune | MS | 39466 |
| Remington College | Remington College | Metairie | LA | 70005 |
| Reserve Christian School | Reserve Christian School | Reserve | LA | 70084 |
| Ridgewood Preparatory School | Ridgewood Preparatory School | Metairie | LA | 70001 |
| Riverside Academy Corporation | Riverside Academy | Reserve | LA | 70084 |

4

| Saint Joseph Seminary College | St. Benedict | St. Benedict | LA | 70457 |
|---|---|---|---|---|
| School of Urban Missions | New Orleans School of Urban Missions | Gretna | LA | 70053 |
| Southeastern Baptist College | Southeastern Baptist College | Laurel | MS | 39440 |
| Southeastern Louisiana University | Southeastern Louisiana University | Hammond | LA | 70402 |
| Southern University at New Orleans | Southern University at New Orleans | New Orleans | LA | 70126 |
| Spring Hill College | Spring Hill College | Mobile | AL | 36608 |
| St. Paul's Episcopal School | St. Paul's Episcopal School | Mobile | AL | 36608 |
| St. Stanislaus College Prep | St. Stanislaus College Prep | Bay St. Louis | MS | 39520 |
| St. Stanislaus College Prep | Mercy Cross High School | Biloxi | MS | 39530 |
| St. Stanislaus College Prep | St. John High School | Gulfport | MS | 39501 |
| St. Stanislaus College Prep | Resurrection Catholic School | Pascagoula | MS | 39567 |
| St. Stanislaus College Prep | Nativity, B. V. M. | Biloxi | MS | 39530 |
| St. Stanislaus College Prep | Sacred Heart | Hattiesburg | MS | 39401 |
| The University of Southern Mississippi | Hattiesburg Campus | Hattiesburg | MS | 39406 |
| The University of Southern Mississippi | English Language Institute | Hattiesburg | MS | 39406 |
| Top Garden School | Top Garden School | Irvington | AL | 36544 |
| Tulane University | Tulane University | New Orleans | LA | 70118 |
| United States Sports Academy | United States Sports Academy | Daphne | AL | 36526 |
| University of Mobile | University of Mobile | Mobile | AL | 36613 |
| University of New Orleans | University of New Orleans | New Orleans | LA | 70148 |
| University of New Orleans | UNO Intensive English Language Program | New Orleans | LA | 70148 |
| University of South Alabama | University of South Alabama | Mobile | AL | 36688 |
| William Carey College | William Carey College | Hattiesburg | MS | 39401 |
| Xavier University of Louisiana | Xavier University of Louisiana | New Orleans | LA | 70125 |

**Q. Will *Affected F-1 Students* who have since transferred to other DHS-approved institutions still qualify for the interim relief discussed in this FAQ?**

**A.** *Affected F-1 Students*, who have since transferred to another DHS-approved institution, but who otherwise satisfy the eligibility criteria listed above in this FAQ under the section *"For whom specifically is DHS taking this action,"* remain eligible for the interim relief discussed in this FAQ.

**Q. Which *Affected F-1 Students* are covered by the Notice and what relief is available to these students?**

**A.** To be covered by the Notice, an *Affected F-1 Student* must be maintaining valid F-1 status, which includes pursuing a full course of study. *Affected F-1 Students* covered by the Notice may obtain short-term employment authorization for off-campus employment or additional hours of on-campus employment. Furthermore, *Affected F-1 Students* who are granted employment authorization pursuant to the Notice may consequently reduce their course load to no less than the minimum course load requirement set forth in the Notice for the duration of their employment authorization.

F-2 dependents (spouse or minor children) of *Affected F-1 Students* who are covered by the Notice would be considered, if otherwise eligible, to be maintaining valid F-2 status, provided the *Affected F-1 Student* continues to maintain valid F-1 status. F-2 dependents of *Affected F-1 Students* covered by the Notice, however, are not authorized to engage in employment in the United States, irrespective of whether the *Affected F-1 Student* has been granted employment authorization.

**Q. How do *Affected F-1 Students* covered by the Notice apply for on-campus employment authorization pursuant to the Notice?**

**A.** *Affected F-1 Students* covered by the Notice, who wish to pursue more than 20 hours per week of on-campus employment pursuant to the Notice, must obtain permission from their current Designated School Official (DSO). Complete instructions can be found in the Notice under the section entitled, *"How may F-1 students covered by this Notice obtain employment authorization pursuant to this Notice?"*

**Q. How do *Affected F-1 Students* covered by the Notice apply for off-campus employment authorization pursuant to the Notice?**

**A.** *Affected F-1 Students* covered by the Notice, who wish to obtain off-campus employment authorization pursuant to the Notice, must file a complete Form I-765, Application for Employment Authorization, with required supporting documentation and prescribed fee, with the USCIS Texas Service Center at:

> U.S. Citizenship and Immigration Services
> Texas Service Center
> P.O. Box 853062
> Mesquite, TX  75815-3062

The front of the envelope, on the bottom right-hand side, should include the following notation: "HURRICANE KATRINA SPECIAL STUDENT RELIEF."  Complete instructions can be found in the Notice under the section entitled, *"How may F-1 students covered by this Notice obtain employment authorization pursuant to this Notice?"*

**Q. What is the minimum course load requirement set forth in the Notice for *Affected F-1 Students* who are granted employment authorization pursuant to the Notice?**

**A.** *Affected F-1 Students* engaged in undergraduate studies and who are granted employment authorization pursuant to the Notice must remain registered for a minimum of six (6) semester/quarter hours of instruction per academic term. *Affected F-1 Students* engaged in graduate studies and who are granted employment authorization pursuant to the Notice must remain registered for a minimum of three (3) semester/quarter hours of instruction per academic term.

6

**Q. How is off-campus employment authorization granted pursuant to the Notice different from off-campus employment authorization granted pursuant to the existing provision [See 8 CFR 214.2(f)(9)(ii)]?**

**A.** One key difference between off-campus employment authorization provided by the Notice and off-campus employment authorization under the existing provision is that *Affected F-1 Students* who are granted employment authorization pursuant to the Notice may reduce their course load for the duration of their employment authorization.

**Q. What relief is available to *Affected F-1 Students* not covered by the Notice?**

**A.** *Affected F-1 Students* not covered by the Notice may request deferred action and employment authorization based on economic necessity. A grant of deferred action in this context means that, during the period that the grant of deferred action remains in effect, DHS will not seek the removal of the *Affected F-1 Student* (or his or her F-2 dependents) based on the fact that the *Affected F-1 Student's* failure to maintain status is directly due to Hurricane Katrina. A grant of deferred action, however, does not provide an alien any legal immigration status in the United States. *Affected F-1 Students* who are granted deferred action are eligible to apply for short-term employment authorization, provided they demonstrate economic necessity.

F-2 dependents of *Affected F-1 Students* who are granted deferred action would also be eligible for deferred action for the period granted to the *Affected F-1 Student*. Although F-2 dependents are not authorized to engage in employment in the United States, F-2 dependents who are granted deferred action are eligible to apply for short-term employment authorization, provided they likewise demonstrate economic necessity.

**Q. Will *Affected F-1 Students* not covered by the Notice who are granted deferred action be required to file for reinstatement?**

**A.** Yes. Since deferred action does not confer any lawful status on an alien, *Affected F-1 Students* who were granted deferred action must apply and be approved for reinstatement in order to resume their F-1 status. See 8 CFR 214.2(f)(16). F-2 dependents, who were granted deferred action, are not required to apply for reinstatement, but would be considered, if otherwise eligible, to be maintaining valid F-2 status, provided the *Affected F-1 Student* is approved for reinstatement to valid F-1 status.

**Q. How may *Affected F-1 Students* not covered by the Notice and their F-2 dependents (spouse and minor children) request deferred action and employment authorization based on economic necessity?**

**A.** *Affected F-1 Students* not covered by the Notice and their F-2 dependents (spouse and minor children) may individually request deferred action by submitting a letter requesting consideration. The letter must contain the name and the SEVIS ID number of the applicant, and a written affidavit or unsworn declaration confirming that the applicant meets the eligibility criteria listed above in this FAQ under the section *"For whom*

*specifically is DHS taking this action."* Since individuals who are granted deferred action are eligible to apply for employment authorization, *Affected F-1 Students* and their F-2 dependents who are applying for deferred action, may apply concurrently for employment authorization by filing a Form I-765, Application for Employment Authorization, with required supporting documentation and prescribed fee. Both letter requesting deferred action and the completed Form I-765 should be mailed to the USCIS Texas Service Center at:

> U.S. Citizenship and Immigration Services
> Texas Service Center
> P.O. Box 853062
> Mesquite, TX  75815-3062

The front of the envelope, on the bottom right-hand side, should include the following notation: "HURRICANE KATRINA SPECIAL STUDENT RELIEF."

**Q.  How may *Affected F-1 Students* request a waiver of the Form I-765 filing fee?**

**A.**  An *Affected F-1 Student* who is unable to pay the prescribed Form I-765 filing fee should include with the application package a written affidavit or unsworn declaration, requesting a fee waiver and explaining the reasons why s/he is unable to pay the prescribed fee.

**Q.  How long will the interim relief discussed in this FAQ remain in effect?**

**A.**  The interim relief discussed in this FAQ will remain in effect until February 1, 2006. Following February 1, 2006, *Affected F-1 Students* will again be subject to the normal regulatory requirements, including those related to employment authorization and maintenance of a full course of study.  DHS will continue to monitor the adverse impact of Hurricane Katrina in the affected areas to determine if modification of the interim relief is warranted and will announce any such modifications in the *Federal Register*.

**Q.  Is there a cut-off date for filing for the interim relief discussed in this FAQ?**

**A.**  No.  USCIS has not established a cut-off date for filing for the interim relief discussed in this FAQ.  However, any benefits granted pursuant to the interim relief discussed herein will expire no later than February 1, 2006.  While USCIS will exercise its best efforts to process such applications in as prompt a manner as possible, *Affected F-1 Students* (and their F-2 dependents) applying for such benefits should bear in mind this expiration date when submitting their application packages.

**Q.  Are *Affected F-1 Students* (both those covered by the Notice and those who are not) required to report their current address to DHS?**

**A.**  Yes. All aliens who are required to be registered with DHS also are required to inform DHS of their current address. F-1 students (and their F-2 dependents) are among

the aliens who are required to be registered. Section 265 of the INA requires aliens to report a change of address within 10 days of such change. If the alien fails to comply with the change of address requirements, s/he may be removable under Section 237(a)(3)(A) of the INA and subject to criminal or monetary penalties under Section 266(b) of the INA. Under 8 CFR 214.2(f)(17), F-1 students can satisfy this requirement by providing notice of a change of address within 10 days to their DSO, provided the DSO enters this information in SEVIS within 21 days of notification by the student. F-1 students who are subject to NSEERS must provide required updated information, including any change of address, pursuant to the terms of that program. See 8 CFR 264.1(f).

**Q. Where are the cited Forms and additional information available?**

**A.** Individuals may obtain the cited Forms from the USCIS website at http://uscis.gov/ or by contacting the USCIS Forms Line at 1-800-870-3676. Additional information is through the USCIS National Customer Service Center at 1-800-375-5283.

See the November 25, 2005 Press Release

Rev: November 25, 2005

Back to USCIS.gov