EXHIBIT 28



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Washington, DC  20529

**U.S. Citizenship and Immigration Services**

## Current Statistics: Deferred Action for Childhood Arrivals: Countries of Birth (as of December 19, 2014)

| COB | Receipts | Approvals | Denials |
|---|---|---|---|
| MEXICO | 557,957 | 495,111 | 25,271 |
| EL SALVADOR | 27,298 | 22,983 | 2,325 |
| GUATEMALA | 18,976 | 15,592 | 1,675 |
| HONDURAS | 18,267 | 15,059 | 1,756 |
| PERU | 8,612 | 7,963 | 300 |
| BRAZIL | 7,316 | 6,407 | 491 |
| KOREA, SOUTH | 6,875 | 6,338 | 205 |
| ECUADOR | 6,511 | 5,693 | 404 |
| COLOMBIA | 6,504 | 5,919 | 299 |
| PHILIPPINES | 4,409 | 4,015 | 154 |
| ARGENTINA | 4,267 | 3,848 | 146 |
| JAMAICA | 3,706 | 2,953 | 498 |
| INDIA | 3,334 | 2,810 | 310 |
| DOMINICAN REPUBLIC | 3,034 | 2,526 | 276 |
| VENEZUELA | 3,014 | 2,693 | 165 |
| TRINIDAD AND TOBAGO | 2,660 | 2,268 | 251 |
| URUGUAY | 2,023 | 1,831 | 70 |
| COSTA RICA | 2,000 | 1,797 | 98 |
| BOLIVIA | 1,945 | 1,795 | 62 |
| PAKISTAN | 1,727 | 1,500 | 114 |
| CHILE | 1,656 | 1,540 | 62 |
| POLAND | 1,655 | 1,463 | 71 |
| KOREA | 1,581 | 1,480 | 49 |
| UNKNOWN | 1,531 | 997 | 128 |
| NICARAGUA | 1,500 | 1,255 | 122 |
| NIGERIA | 1,345 | 1,119 | 138 |

| COB | Receipts | Approvals | Denials |
|---|---|---|---|
| GUYANA | 1,303 | 1,134 | 123 |
| CHINA, PEOPLE'S REPUBLIC OF | 1,059 | 888 | 114 |
| CANADA | 954 | 741 | 128 |
| BELIZE | 948 | 788 | 76 |
| KENYA | 868 | 746 | 75 |
| INDONESIA | 756 | 663 | 38 |
| GHANA | 653 | 509 | 101 |
| UNITED KINGDOM | 625 | 514 | 64 |
| BANGLADESH | 623 | 559 | 42 |
| HAITI | 570 | 146 | 370 |
| MONGOLIA | 566 | 497 | 24 |
| PANAMA | 542 | 467 | 35 |
| PORTUGAL | 519 | 456 | 23 |
| BAHAMAS | 443 | 301 | 80 |
| ISRAEL | 437 | 370 | 28 |
| ITALY | 402 | 343 | 29 |
| ST. LUCIA | 375 | 317 | 33 |
| JORDAN | 320 | 270 | 27 |
| ALBANIA | 318 | 278 | 21 |
| TAIWAN | 318 | 287 | 22 |
| TURKEY | 314 | 274 | 24 |
| ARMENIA | 257 | 208 | 34 |
| GERMANY | 253 | 208 | 28 |
| EGYPT | 251 | 211 | 22 |
| PARAGUAY | 248 | 223 | 11 |
| SAUDI ARABIA | 248 | 210 | 22 |
| THAILAND | 246 | 224 | 13 |
| ZAMBIA | 244 | 202 | 25 |
| SOUTH AFRICA | 239 | 202 | 15 |
| HONG KONG | 232 | 215 | 12 |
| SENEGAL | 231 | 171 | 39 |
| UKRAINE | 225 | 197 | 18 |
| GRENADA | 219 | 188 | 21 |
| LITHUANIA | 218 | 186 | 11 |
| UNITED ARAB EMIRATES | 218 | 190 | 10 |
| FRANCE | 214 | 167 | 25 |
| GUINEA | 210 | 165 | 28 |
| RUSSIA | 205 | 174 | 21 |
| LIBERIA | 202 | 147 | 37 |
| MOROCCO | 202 | 173 | 22 |
| ST. VINCENT/GRENADINES | 191 | 153 | 24 |

| COB | Receipts | Approvals | Denials |
|---|---|---|---|
| MALAYSIA | 189 | 167 | 9 |
| CAMEROON | 188 | 140 | 37 |
| COTE D'IVOIRE | 176 | 130 | 32 |
| SIERRA LEONE | 173 | 120 | 33 |
| GAMBIA | 173 | 143 | 21 |
| ZIMBABWE | 162 | 142 | 13 |
| LEBANON | 158 | 140 | 14 |
| SURINAME | 157 | 126 | 20 |
| JAPAN | 151 | 129 | 11 |
| SRI LANKA | 151 | 134 | 10 |
| ROMANIA | 134 | 118 | 10 |
| DOMINICA | 133 | 95 | 27 |
| BARBADOS | 129 | 113 | 13 |
| CZECH REPUBLIC | 124 | 108 | 5 |
| FIJI | 122 | 103 | 12 |
| SPAIN | 122 | 106 | 10 |
| GREECE | 115 | 101 | 4 |
| ANTIGUA-BARBUDA | 113 | 86 | 19 |
| TANZANIA | 107 | 82 | 15 |
| HUNGARY | 105 | 96 | 4 |
| MALAWI | 99 | 87 | 5 |
| IRAN | 96 | 79 | 11 |
| VIETNAM | 96 | 65 | 19 |
| NEW ZEALAND | 93 | 71 | 11 |
| MACEDONIA | 92 | 74 | 9 |
| NEPAL | 87 | 80 | 6 |
| CAPE VERDE | 84 | 72 | 6 |
| UGANDA | 82 | 68 | 7 |
| BULGARIA | 82 | 74 | 4 |
| KUWAIT | 80 | 64 | 11 |
| TONGA | 78 | 56 | 12 |
| MALI | 74 | 49 | 20 |
| ANGOLA | 73 | 62 | 8 |
| USA | 70 | 47 | 8 |
| UZBEKISTAN | 68 | 56 | 4 |
| NETHERLANDS | 66 | 52 | 8 |
| SLOVAK REPUBLIC | 63 | 54 | 7 |
| AUSTRALIA | 60 | 51 | 5 |
| Montenegro | 60 | 52 | 5 |
| NETHERLANDS ANTILLES | 57 | 41 | 8 |
| YEMEN-SANAA | 56 | 37 | 11 |

| COB | Receipts | Approvals | Denials |
| --- | --- | --- | --- |
| CAMBODIA | 56 | 47 | 6 |
| SYRIA | 55 | 38 | 16 |
| YUGOSLAVIA | 53 | 46 | 5 |
| ETHIOPIA | 53 | 43 | 7 |
| DEMOCRATIC REPUBLIC OF CONGO | 53 | 39 | 5 |
| TOGO | 46 | 37 | 5 |
| SINGAPORE | 45 | 37 | 5 |
| ST. KITTS-NEVIS | 43 | 29 | 9 |
| ESTONIA | 41 | 37 | 0 |
| BRITISH VIRGIN ISLANDS | 39 | 32 | 6 |
| SWEDEN | 39 | 30 | 3 |
| QATAR | 38 | 35 | 2 |
| TURKS AND CAICOS ISLANDS | 37 | 29 | 5 |
| Serbia | 36 | 30 | 3 |
| GABON | 35 | 24 | 9 |
| AUSTRIA | 34 | 28 | 4 |
| BELGIUM | 34 | 28 | 5 |
| GEORGIA | 33 | 26 | 3 |
| Samoa | 30 | 23 | 6 |
| WESTERN SAMOA | 29 | 24 | 4 |
| BOTSWANA | 28 | 25 | 3 |
| USSR | 28 | 21 | 6 |
| LATVIA | 27 | 19 | 6 |
| CONGO | 26 | 22 | 3 |
| IRELAND | 25 | 22 | 1 |
| CAYMAN ISLANDS | 25 | 17 | 5 |
| BAHRAIN | 25 | 21 | 0 |
| BENIN | 24 | 19 | 4 |
| LAOS | 23 | 19 | 3 |
| SWITZERLAND | 22 | 17 | 4 |
| Kosovo | 22 | 16 | 6 |
| BELARUS | 21 | 16 | 0 |
| BERMUDA | 21 | 10 | 7 |
| NIGER | 19 | 14 | 4 |
| ALGERIA | 19 | 14 | 0 |
| AFGHANISTAN | 17 | 14 | 1 |
| BURUNDI | 17 | 13 | 1 |
| MACAU | 16 | 15 | 1 |
| AZERBAIJAN | 16 | 10 | 2 |
| FRENCH GUIANA | 16 | 12 | 2 |

| COB | Receipts | Approvals | Denials |
|---|---|---|---|
| MONTSERRAT | 15 | 13 | 2 |
| BURKINA FASO | 15 | 13 | 1 |
| #N/A | 15 | 13 | 2 |
| KAZAKHSTAN | 15 | 11 | 1 |
| MOLDOVA | 15 | 13 | 2 |
| NORTH VIETNAM | 14 | 12 | 1 |
| SLOVENIA | 14 | 11 | 3 |
| NAMIBIA | 13 | 12 | 1 |
| LIBYA | 13 | 13 | 0 |
| GUADELOUPE | 13 | 7 | 6 |
| DENMARK | 13 | 9 | 2 |
| SOMALIA | 12 | 8 | 2 |
| IRAQ | 12 | 9 | 1 |
| CROATIA | 12 | 10 | 1 |
| NORWAY | 11 | 11 | 0 |
| KYRGYZSTAN | 11 | 10 | 1 |
| OMAN | 11 | 10 | 0 |
| LESOTHO | 10 | 7 | 1 |
| SUDAN | 9 | 5 | 3 |
| CYPRUS | 9 | 7 | 2 |
| CENTRAL AFRICAN REPUBLIC | 9 | 7 | 1 |
| MOZAMBIQUE | 8 | 6 | 1 |
| CUBA | 8 | 5 | 2 |
| MADAGASCAR | 8 | 7 | 1 |
| BOSNIA-HERZEGOVINA | 7 | 6 | 1 |
| CHAD | 7 | 6 | 0 |
| TUNISIA | 7 | 7 | 0 |
| MARTINIQUE | 6 | 2 | 2 |
| ZAIRE | 6 | 4 | 0 |
| MAURITANIA | 6 | 5 | 1 |
| BHUTAN | 6 | 5 | 1 |
| GUINEA-BISSAU | 6 | 5 | 1 |
| ERITREA | 5 | 2 | 2 |
| BRUNEI | 5 | 5 | 0 |
| MAURITIUS | 5 | 4 | 1 |
| TAJIKISTAN | 5 | 5 | 0 |
| ARUBA | 5 | 5 | 0 |
| EQUATORIAL GUINEA | 4 | 2 | 2 |
| ANGUILLA | 4 | 2 | 2 |
| LUXEMBOURG | 4 | 4 | 0 |
| RWANDA | 4 | 4 | 0 |

5

420

| COB | Receipts | Approvals | Denials |
|---|---|---|---|
| GERMANY, WEST | 3 | 2 | 0 |
| ICELAND | 3 | 2 | 1 |
| IVORY COAST | 3 | 2 | 1 |
| TUVALU | 3 | 3 | 0 |
| PALAU | 3 | 2 | 0 |
| U. S. VIRGIN ISLANDS | 3 | 1 | 1 |
| EAST TIMOR | 3 | 3 | 0 |
| BURMA | 3 | 2 | 0 |
| SERBIA AND MONTENEGRO | 2 | 2 | 0 |
| SWAZILAND | 2 | 1 | 0 |
| MONACO | 2 | 2 | 0 |
| MARSHALL ISLANDS | 2 | 2 | 0 |
| STATELESS | 2 | 2 | 0 |
| PAPUA NEW GUINEA | 2 | 1 | 0 |
| FINLAND | 2 | 1 | 1 |
| KOREA, NORTH | 2 | 2 | 0 |
| MALTA | 1 | 1 | 0 |
| COMOROS | 1 | 1 | 0 |
| NEW CALEDONIA | 1 | 1 | 0 |
| TURKMENISTAN | 1 | 0 | 0 |
| Mayotte | 1 | 1 | 0 |
| FRENCH POLYNESIA | 1 | 1 | 0 |
| NORTHERN IRELAND | 1 | 1 | 0 |
| FEDERATED STATES OF MICRONESIA | 1 | 1 | 0 |
| **Grand Total** | **723,358** | **636,324** | **38,080** |

1) The report reflects the most up-to-date data available at the time the report is generated.
2) The duplicates and rejected cases have been removed.

Database Queried December 19, 2014
Report Created: December 19, 2014
System: CIS Consolidated Operational Repository (CISCOR)
By: Office of Performance and Quality (OPQ), Performance Analysis & External Reporting (PAER), DL

Parameter
 Date: Pending, Receipts, Rejections, Approvals and Denials from 08/01/2012 to 12/19/2014
 Form Type(s): I-821D
 Data Type: COB, Receipts, Approvals and Denials

6

421