EXHIBIT 29

1300 Pennsylvania Avenue NW
Washington, DC 20229



U.S. Customs and Border Protection

## USBP Nationwide Apprehensions by Requested Citizenship
### FY2010 - FY2014

*Data includes Deportable Aliens Only*
Data Source: Enforcement Integrated Database as of End of Year Dates

| Citizenship | FY2010 | FY2011 | FY2012 | FY2013 | FY2014 |
|---|---|---|---|---|---|
| EL SALVADOR | 13,723 | 10,874 | 22,158 | 37,149 | 66,638 |
| GUATEMALA | 18,406 | 19,061 | 35,204 | 54,692 | 81,116 |
| HONDURAS | 13,580 | 12,197 | 30,953 | 46,865 | 91,475 |
| MEXICO | 404,365 | 286,154 | 265,755 | 267,734 | 229,178 |
| Total | 450,074 | 328,286 | 354,070 | 406,440 | 468,407 |