EXHIBIT 30

# Meet the Press Transcript - December 7, 2014

MEET THE PRESS -- SUNDAY, DECEMBER 7, 2014

CHUCK TODD:

This Sunday, anger and disbelief across the country after a grand jury decides not to indict a police officer in a chokehold death.

HILLARY CLINTON:

Each of us has to grapple with some hard truths about race and justice in America.

CHUCK TODD:

Is the criminal justice system failing African Americans? Also, America in black and white. Our new poll on how differently African Americans and whites view the police. Plus, the fight within the Republican party over immigration.

JOHN BOEHNER:

We have limited options in terms of how we can deal with this.

CHUCK TODD:

How far will Republicans go to block President Obama's executive action?

TED CRUZ:

What I'm here urging my fellow Republicans to do is very, very simple. Do what you said you'd do.

CHUCK TODD:

And how rich is your member of Congress? A breakdown how Washington politicians are doing very well this last decade while ordinary Americans continue to tread water. I'm Chuck Todd and joining me to provide insight and analysis this morning are CNBC's Rick Santelli, Amy Walter of the Cook Political Report, John Stanton of BuzzFeed, and Kasim Reed, mayor of Atlanta. Welcome to Sunday. It's Meet the Press.

ANNOUNCER:

From NBC News in Washington, this is Meet the Press with Chuck Todd.

LINDSEY GRAHAM:

If we don't pass immigration reform, if we don't get it off the table in a reasonable, practical way, it doesn't matter who you run in 2016, we're in a demographic death spiral as a party.

LUKE RUSSERT:

For Meet the Press, Luke Russert.

(END TAPE)

CHUCK TODD:

Joining me now is the next governor of Texas and the current attorney general, Greg Abbott. Mr. Abbott, thanks for coming on Meet The Press.

GREG ABBOTT:

My honor. Great to be with you. Thanks.

CHUCK TODD:

All right. Let's start with the lawsuit. Standing requires you to show harm. Now, you argue the president's actions are going to inspire a fresh wave of illegal immigration. That that's the harm you're going to show. But we've seen other attempts at this before where courts have thrown out lawsuits like this because you can't quantify the harm. Are you gonna quantify the harm?

GREG ABBOTT:

First, this is growing much the same way that the lawsuit concerning Obamacare grew from 13 to 26 or 27 states. As to the standing issue, understand this. Texas has been at the epicenter of the 2012 DACA.

You all saw more than a 1,000 people crossing our board each and every day. Texas has come out of pocket to the tune of more than $100 million in law enforcement, education and healthcare because of what has happened. And understand this, the president's agencies' memos themselves have indicated that there will be more problems like this resulting from the next presidential order, or the most recent presidential order.

CHUCK TODD:

But many of those, and the children that came across in that wave, and I understand there's a lot of people that say that that wave was started, and some people believe it was

424

inspired by, the DACA order on children that were brought here by parents illegally. But a lot of those folks were deported. Most of those folks were deported.

GREG ABBOTT:

Well, as we speak right now some of those children are in Texas schools. Some of the people who came here across the border are accessing--

CHUCK TODD:

But most of them--

(OVERTALK)

GREG ABBOTT:

--health--

CHUCK TODD:

--deported, right? Fair enough?

GREG ABBOTT:

I don't know the raw number.

CHUCK TODD:

Okay.

GREG ABBOTT:

All I do know is the absolute fact. And that is Texas has incurred taxpayer dollars out of pocket as a result of the prior executive order. It's also been stated by members of the Obama administration that this new executive order will lead to same results.

CHUCK TODD:

Now, when we talk about harm, I want to get into this financial issue here, because you talk about the issue of social services. How much money you have to spend to deal with these undocumented folks. But illegal immigrants that are working in Texas do participate in the economy. There have been some estimates that if you deported everybody who was in Texas illegally it would actually be create an economic recession for the state of Texas. How do you separate those two facts?

GREG ABBOTT:

425

Sure. Because we're not suing for that economic harm. It's the way that Texas has been impacted that gives us standing. What we're suing for is actually the greater harm, and that is harm to the constitution by empowering the president of the United States to enact legislation on his own without going through Congress.

CHUCK TODD:

I want to play for you a clip that you've heard from a previous governor of Texas and what he has said about immigration. Here it is.

GEORGE W. BUSH (ON TAPE):

I want to remind people that family values do not stop at the Rio Grande River. People are coming to our country to do jobs that Americans won't do to be able to feed their families. And I think there's a humane way to recognize that and at the same time protect our borders and at the same way to make sure that we don't disadvantage those who have stood in line for years to become a legal citizen.

CHUCK TODD:

Do you agree with that statement?

GREG ABBOTT:

Well, in a way I understand this even more powerfully because my wife is going to be the first Hispanic first lady in the history of Texas. And Texas has had a long tradition of uniting the Hispanic culture with Texas values. But remember this, there is a reason why people come from across the world to the United States and that is because of the power of what the Constitution has enabled this country to be.

It's the Constitution itself that is under assault by the president of the United States by this executive order. Chuck, what we are doing is this issue and this lawsuit is not about immigration. The issue in this lawsuit is about abuse of executive power. And if this abuse is not stopped it will erode the constitution that has attracted so many people to this country for generations.

CHUCK TODD:

Let me ask a basic question, though. Illegal immigration. Good for bad for the state of Texas? Bottom line.

GREG ABBOTT:

Legal immigration is great for the United States of America. Any illegal activity is not good anywhere.

CHUCK TODD:

And yet it's been good for the Texas economy. Right?

GREG ABBOTT:

Legal immigration has been great for America. And if bringing more immigrants here is the appropriate thing to do then what Congress needs to do and what the president needs to do is to figure out a way to improve our immigration system. In fact Americans are tired of both Congress and the president failing to act. It is time for Washington, D.C. to stop talking about this and take action. And that begins with securing our borders.

CHUCK TODD:

And let me ask you that on securing the border. Define that. Can you give me a metric that says, "Border's secure."

GREG ABBOTT:

Sure. I've been involved in these border surge operations where we see people crossing the border. Securing the border means ensuring that you don't have people who are crossing the border illegally. And that is through modern technology, through the technology that we are deploying right now, you can have monitors and cameras and see whether or not people are crossing the border. You want to see that grow to zero, would be the perfect metric. Congress has the power--

CHUCK TODD:

Is that realistic?

GREG ABBOTT:

Congress has the power and the resources to decide whether or not that metric will be zero or 10% or 20%.

CHUCK TODD:

Come 2016 you may be a popular figure inside the Republican party. Rick Perry, Ted Cruz, two Texas officials running for president. Rand Paul, born in Texas. Jeb Bush, his son is serving in Texas. Do you have a favorite?

GREG ABBOTT:

I will be strongly supportive of the Republican nominee--

CHUCK TODD:

427

Do you--

GREG ABBOTT:

--to be the next president of the United States.

CHUCK TODD:

You are staying out of the primarily totally?

GREG ABBOTT:

I'm staying out of the primary.

CHUCK TODD:

All right. Greg Abbott, we'll be watching you when you're governor of Texas. Thanks for coming on Meet The Press.

GREG ABBOTT:

Thank you, Chuck.

CHUCK TODD:

You got it.

Now the lawsuit guys, we're going to find out a lot about before the end of the year. Here's a map of the 20 states. Rick Santelli, governor of Texas also told me that he thinks they filed a preliminary, try to get a preliminary injunction as you would, if you believe there's harm done, then you immediately want the law not enacted until you get your day in court. How should Congressional Republicans be responding? We know how they're going to respond, but how should they be responding to this?

RICK SANTELLI:

Well, listen, it's a complicated issue. I come from immigrant grandparents. The country would not be what it is if it wasn't for the immigrants in this country. The border, it's important to some conservatives. I understand that. Outsource it to the likes of Google. You could work through this problem. Why do we need this--

 (OVERTALK)

CHUCK TODD:

You'd do a technology thing, huh?

428