EXHIBIT 31



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Washington, DC 20529

# Current Statistics: Deferred Action for Childhood Arrivals: Pending, Receipts, Rejected, Approvals, and Denials

| U.S. Citizenship & Immigration Services<br>Deferred Action for Childhood Arrivals<br>Receipts, Rejections, Approvals, and Denials from<br>August 15, 2012 - December 19, 2014 | | | | | | |
|---|---|---|---|---|---|---|
| **Type of Filing** | **Total Filed** | **Rejections** | **Receipts** | **Pending** | **Approvals** | **Denials** |
| Initials | 766,277 | 42,919 | 723,358 | 48,954 | 636,324 | 38,080 |
| Renewals | 230,050 | 11,658 | 218,392 | 86,893 | 131,445 | 54 |
| **Grand Total** | **996,327** | **54,577** | **941,750** | **135,847** | **767,769** | **38,134** |

1) The report reflects the most up-to-date data available at the time the report is generated.
2) The duplicates and rejected cases have been removed.

Database Queried December 19, 2014

Report Created: December 19, 2014

System: CIS Consolidated Operational Repository (CISCOR)

By: Office of Performance and Quality (OPQ), Performance Analysis & External Reporting
   (PAER), DL

**Parameter**
   Date: Pending, Receipts, Rejections, Approvals and Denials from 08/01/2012 to 12/19/2014

   Form Type(s): I-821D

   Data Type: Pending, Receipts, Rejections, Approvals and Denials

www.uscis.gov