UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:14-cv-254 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.* | ) ) | |
| Defendants. | ) ) | |

**[Proposed] Order**

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, Defendants' Opposition thereto, and any other replies or responses thereto, it is

HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction is DENIED.

It is FURTHER ORDERED that the above-captioned matter is DISMISSED.


Signed on January _____, 2015.


_____
The Honorable Andrew S. Hanen
United States District Judge

-1-