IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

_____  )
**STATE OF TEXAS**, *et al.*,                   )
                                    )
      **Plaintiffs**,                        )
                                    )  **CASE No. 1:14-CV-00254**
**v.**                                 )
                                    )
**UNITED STATES OF AMERICA**, *et al.*, )
                                    )
      **Defendants.**                       )
_____  )

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS BY AMERICAN IMMIGRATION COUNCIL, AMERICAN IMMIGRATION LAWYERS ASSOCIATION, DEFINE AMERICAN, NATIONAL IMMIGRANT JUSTICE CENTER, NATIONAL IMMIGRATION LAW CENTER, NEW ORLEANS WORKERS' CENTER FOR RACIAL JUSTICE, SERVICE EMPLOYEES INTERNATIONAL UNION, SOUTHERN POVERTY LAW CENTER, AND UNITED WE DREAM**

    Before the Court is a Motion for Leave to Participate as *Amici Curiae* in Support of Defendants by American Immigration Council, American Immigration Lawyers Association, Define American, National Immigrant Justice Center, National Immigration Law Center, New Orleans Workers' Center For Racial Justice, Service Employees International Union, Southern Poverty Law Center, and United We Dream.  The Court hereby grants leave for the aforementioned movants to participate as *amici curiae* and file a brief in opposition to Plaintiffs' motion for a preliminary injunction.

    Signed this __ day of _____, 20__.

                                                                                                _____
                                                                                            Hon. Andrew S. Hanen
                                                                                            United States District Judge