United States District Court
Southern District of Texas
FILED

DEC 2 9 2014

David J. Bradley, Clerk of Court

UNITED STATES FEDERAL COURT

BROWNSVILLE, TEXAS

STATE OF TEXAS, et al,
       Plaintiffs

vs                            Case Number B14-cv 254

UNITED STATES, et al.,
       Defendents
----------------------------/

## MOTION TO INTERVENE BY MITCHELL WILLIAMS

     Mitchell Williams, above named, motions this Court for an order allowing him to intervene in this case to protect his private intrests and in partial support of the Defendents. In support of this motion Intervenor states as follows;

1.        The intrest that the Intervenor seeks to protect are sales and potential sales from his GOAT FARM, Business ID 11136 that the Intervenor has been sole owner of since 2002.

### DEFINITION OF TERMS

1. NEO-NAZI(s)  These are persons that live under the delusion that they are some sort of superior group or race of human that should get special protection and some sort of unique consideration in regards to the Laws of the United States. Many persons that claim to be Tea Party Republicans show these traits. They often believe that ANY law (including the Constitution of the United States) can be used to harass and intimidate undocumented migrants and other persons that are not U.S. citizen, but are living in this country.

2. Tea DRINKERS Party Republicans  These are non-Nazi members of the Republican Party that are not fools, and can read and write, and chew gum at the same time.

1.

## ARGUMENT

1.      In the many years that the Intervenor has been raising goats
he has sold them to many persons that might not have been documented
migrants. Since the Intervenor is not a fool and can think and chew
gum at the same time, he does not ask to see peoples documents before
he  sells a goat to them. Persons from abroad are much more likely to
want to buy a goat for special occasions or feasts than long resident
Americans. They are often surprised to find that the Intervenor can
use a few terms in; Dutch,Hebrew, Arabic,, Turkish,Italian, Japanese,
Tagalig,and Greek. He has sold goats to persons from every continent
except  Australia   and Antarctica.

2.      Should the helpful new rules to allow undocumented migrants
to remain in the country be ruled unconstitutional this would be
likely to reduce possible goat sales to the Intervenors disadvantage.

3.      The Intervenor does not dispute the fact that the large
number of undocumented migrants is sometimes a problem. But they are
a problem for just that.. they are undocumented. The solution to
this problem is to offer them a valid identification card(at a low
price) that will be a complete barrier to deportation as long as it
is truthful,and the holder has not been convicted of a felony. This
would allow them to get a drivers license and freely come and go
home to visit family. Many migrants don't really want to be citizens
here but just want to work. They should be allowed to do so and after
five years allowed to apply for citizenship if they want to.

4.      The Court needs to remember that there was once another
large minority in this country that thought that they would stop
people from coming here and kill those that were already here. They
wound up on indian reservations where they could hoot and hollar

to their hearts content. Should the Neo-Nazis become violent trying to protect the Constitution by exercising their Second Amendment rights to shoot any person that gets in their way, it may be necessary to open Tea Party Reservations. Here they can be safely allowed to wander around in their three cornered hats with their flintlock rifles shooting blanks at the Hispanics they hire to play Indians. The basic rules for this 100% American Paradise is no plastics, gasoline, electricity or stainless steel. Children of these brave pioneers can be expected to invent wooden wheel bicycles and goatcycles.

5.        The Intervenor does not claim to have actually READ the B.S. complaint filed by the Plaintiffs, and probably won't. He has no taste for B.S. legal briefs whether it comes out of a bull or a cow.

6.        The Intervenor does hold a belief that the Complaint filed by the Plaintiffs in this case has a signature of one Gregory Abbot (and others). The Court can correct this belief if it is not so. If it is so the Court should examine the moral character of the person seeking to argue a legal complaint cooked up in the Attorney General's office of Texas. This person has spent the last year or so urging and cajoling the Witch Doctors and Warlock Doctors in the Abortion Death Camps of Texas that if they will get admitting privileges at area hospitals then their murders and assassinations will be beautifully sweet and legal in Texas. See PLANNED PARENTHOOD et al vs GREG ABBOTet a U.S.D.C. Austin 1-13-CV-862 LY. His patience and tender compassion with these loathsome "Doctors", hereinafter the Cannibals, makes a person want to puke.

7.        It would seem that the Complaint seeks to make sure

3.

that the United States Imigration and Naturalization Service continues
to massively deport undocumented migrants from this country. The Court
needs to have a look at exactly HOW the INS is doing this, Recently
the Intervenor heard a report on the radio of just how this is being
done. After the undocumented migrant is caught everything that he
owns is taken away from him, but the cloths he is wearing. This in-
cludes cell phone,money, identification,address books, jewlry, watchs
chewing gum and Yo-Yo. When he is put on a bus to go back to Mexico
he is only given a check for the money he had. Without any kind of
identification it is nearly impossible to cash the check.As well,the
loss of the chewing gum and Yo-Yo are a great embarasment.

8.        The Intervenor suggests that the best way of disposing
of this case (after granting the motion) is to inform the INS that
NEVER AGAIN are they to fail to return all property and all officers
of the INS are required to give out 100 green cards a month until
there are no more undocumented migrants in the country. Failure to
fulfill  their monthly quota is grounds for imediate firing. Any
person that signed his or her name as Plaintiff or CO-Plaintiff to
this case should be very quietly arrested by the U.S. Marshalls,
chained together and marched off to Alaska to pick up trash on the
Alaskan Highway. In their spare time they will be allowed  to build
(with hand tools) Americas first Tea Party Paradise.

CONCLUSION

The Intervenor has an important financial intrest in the
outcome of this case and can give valuable    advise to the Court
on how to treat the Neo-Nazis. The country is very fortunate to have
the undocumented migrants here and they help to make up for the losses
(50 million plus) caused by the Cannibals and their pals in high

4.

legal offices. In addition the Intervenor makes the statement that he is now a Tea Drinkers Party Republican write-in candidate for U.S. President in the 2016 election. This statement and motion is made without needing to chew any gum whatsoever.

*Mitchell Williams*

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above Motion to Intervene to; Attorney General of the United States Erich Holder Washington,D.C. 20500., Attorney General's Office of Texas, 209 W. 14th Street,Austin,Texas 78701, Clerks Office,Federal Courthouse,600 Harrison Street,Brownsville Texas 78520 This _____19_____ day of December,2014. By U.S. Mail.

*Mitchell Williams*

Mitchell Williams
POB 33
Palatka,Fl 32178
386 329-8603



DON'T waste your valuable presidential vote on your <u>DOG OR CAT</u>. They <u>cannot serve</u> if elected. Providentially; Palatka's own MITCHELL WILLIAMS is the Republican <u>WRITE-IN</u> candidate for U.S. President. And he is <u>no fool</u>.

Mitchell Williams
POB 33
Palatka, FL 32178

MAIL

United States District Court
Southern District of Texas

DEC 29 2014

RECEIVED
David J. Bradley, Clerk of Court

Clerks Office
Federal Courthouse
600 Harrison Street
Brownsville, Tx 78520

