IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
|     Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
|     Defendants. | § | |

# ORDER

Before the Court is Plaintiffs' unopposed motion to extend time to file their reply brief [Doc. No. 32] from January 2, 2015, to January 7, 2015, and to continue the hearing currently set for January 9, 2015, until January 15, 2015, at 10:00 a.m. The motion to extend time and continue the hearing is granted. All other deadlines remain in place.

Signed this 5th day of January, 2015.

_____
Andrew S. Hanen
United States District Judge