| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-CV-00254 |
|---|---|---|---|

| STATE OF TEXAS, et al. |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al. |

United States District Court
Southern District of Texas
FILED

DEC 3 0 2014

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael M Hethmon<br>Immigration Reform Law Institute<br>25 Massachusetts Avenue NW, Suite 335<br>Washington, DC  20001<br>202-232-5590   mhethmon@irli.org<br>Maryland Court of Appeals - admitted 1999<br>US District Court for Maryland - 15719 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amicus Curiae<br>Immigration Reform Law Institute |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12-23-2014 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active. |
|---|
| Dated: 12-30-14   Clerk's signature *[signature]* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                                                                United States District Judge