IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.                                                   Case No. 1:14-cv-00254

UNITED STATES OF AMERICA, et al.,

    Defendants.

### AMENDED NOTICE OF APPEARANCE OF COUNSEL

Plaintiff, State of Wisconsin, appears by its attorney, Assistant Attorney General Daniel P. Lennington, and requests that service of all pleadings and other papers be made upon him as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857.

Dated this 6th day of January, 2015.

                                                Respectfully submitted,

                                                BRAD D. SCHIMEL
                                                Attorney General

                                                <u>s/Daniel P. Lennington</u>
                                                DANIEL P. LENNINGTON
                                                Assistant Attorney General
                                                State Bar #1088694

                                                Attorney for Plaintiff, State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8901
(608) 267-2223 (Fax)
*lenningtondp@doj.state.wi.us*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2015, I electronically filed the foregoing with the clerk of court for the United States Court of the Southern District of Texas by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served through the CM/ECF system.

s/Daniel P. Lennington
DANIEL P. LENNINGTON
Assistant Attorney General
