UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-CV-00254 |
|---|---|---|---|

| STATE OF TEXAS, et al. |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al. |

United States District Court
Southern District of Texas
ENTERED
JAN 0 6 2015
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jonathan Weissglass<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>(415) 421-7151; jweissglass@altber.com<br>California State Bar No. 185008 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amicus<br>Service Employees International Union |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ____   No  X

On a separate sheet for each sanction, please supply the full particulars.

| Dated: December 23, 2014 | Signed: /s/ Jonathan Weissglass |
|---|---|

The state bar reports that the applicant's status is:   active

| Dated: 12/24/14 | Clerk's signature  Dahlia Ahumada |
|---|---|

### Order

Dated: 1/6/15

This lawyer is admitted *pro hac vice*.

_____
United States District Judge