UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § § **Plaintiffs,** § § § **VS.** § § UNITED STATES OF AMERICA, § et al., § § **Defendants.** § | CASE NO. 1:14-CV-00254 (The Hon. Andrew S. Hanen) |

## ORDER

Before the Court is a Motion for Leave to Participate as Amicus Curiae and file a brief in Opposition to Plaintiffs' Motion for Preliminary Injunction by Congressman Filemon Vela in his official capacity. The Court hereby grants leave for the aforementioned movant to participate as amicus curiae and file a brief in opposition to Plaintiffs' motion for preliminary injunction.

Signed this _____ day of January, 2015.

_____
Andrew S. Hanen
United States District Judge