UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants | Civil Action No. 1:14-cv-00254 |

# **NOTICE OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record.

I am admitted to practice in this court, and I appear in this case as additional counsel on behalf of all plaintiffs. I request that a copy of all papers served or filed in this action be forwarded to:

    J. Campbell Barker
    Texas State Bar No. 24049125
    S.D. Tex. Bar No. 1421893
    Deputy Solicitor General
    Office of the Attorney General
    P.O. Box 12548 (MC 059)
    Austin, Texas 78711-2548
    (512) 936-1700 phone
    (512) 474-2697 fax
    cam.barker@texasattorneygeneral.gov

Respectfully submitted.

Ken Paxton
*Attorney General of Texas*

Charles E. Roy
*First Assistant Attorney General*

Jonathan F. Mitchell
*Solicitor General*

Andrew S. Oldham
*Deputy Solicitor General*
   Attorney-in-Charge

/s/ J. Campbell Barker
J. Campbell Barker
Texas State Bar No. 24049125
S.D. Tex. Bar No. 1421893
*Deputy Solicitor General*

Office of the Attorney General
P.O. Box 12548 (MC-059)
Austin, Texas 78711-2548
(512) 936-1700

Counsel for Plaintiffs

Dated: January 6, 2015

## CERTIFICATE OF SERVICE

    I certify that on January 6, 2015, this document was served to counsel of record through the Court's CM/ECF Document Filing System.

                                                 /s/ J. Campbell Barker
                                                 J. Campbell Barker