IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
| Defendants. | § | |

# ORDER

Upon consideration of Defendants' Unopposed Motion to File Excess Pages [Doc. No. 37], it is hereby ordered that said Motion is granted.

Signed this 7th day of January, 2015.

_____
Andrew S. Hanen
United States District Judge