UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

**United States District Court
Southern District of Texas
FILED
DEC 2 2 2014
David J. Bradley, Clerk of Court**

**United States District Court
Southern District of Texas
ENTERED
JAN - 7 2015
David J. Bradley, Clerk of Court**

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ryan S. Post, Assistant Attorney General<br>Office of the Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>402-471-2682 // ryan.post@nebraska.gov<br>Nebraska #24714<br>U.S. District Court - Nebraska (no bar number) |
|---|---|

| Name of party applicant seeks to appear for: | State of Nebraska |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/17/2014 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 12-22-14 | Clerk's signature: *Rnieto* |

**Order**

Dated: 1/7/15

This lawyer is admitted *pro hac vice*.

_____
United States District Judge