United States District Court
Southern District of Texas
ENTERED
JAN - 7 2015
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
FILED
DEC 2 2 2014
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David A. Lopez, Assistant Attorney General<br>Office of the Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>402-471-2682 // Dave.Lopez@nebraska.gov<br>Nebraska #24947<br>U.S. District Court-Nebraska (no bar number) |
|---|---|

| Name of party applicant seeks to appear for: | State of Nebraska |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes ____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/17/2014 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 12-22-14 | Clerk's signature: [signature] |

**Order**

Dated: 1/7/15

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge