UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-CV-00254 |
|---|---|---|---|

United States District Court
Southern District of Texas
FILED
JAN 0 7 2015
David J. Bradley, Clerk of Court

STATE OF TEXAS, et al.

versus

UNITED STATES OF AMERICA, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Dale L Wilcox<br>Immigration Reform Law Institute<br>25 Massachusetts Avenue NW, Suite 335<br>Washington, DC  20001<br>202-232-5590  dwilcox@irli.org<br>Indiana - 19627-10 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amicus Curiae<br>Immigration Reform Law Institute |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 1/5/15        Signed: [signature]

The state bar reports that the applicant's status is:   Active.

Dated: 1-7-15        Clerk's signature [signature]

**Order**                    This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                              United States District Judge