**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JAN − 7 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **STATE OF TEXAS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CASE NO. 1:14-CV-00254** |
| **VS.** | § | **(The Hon. Andrew S. Hanen)** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is a Motion for Leave to Participate as Amicus Curiae and file a brief in Opposition to Plaintiffs' Motion for Preliminary Injunction by Congressman Filemon Vela in his official capacity. The Court hereby grants leave for the aforementioned movant to participate as amicus curiae and file a brief in opposition to Plaintiffs' motion for preliminary injunction.

Signed this ___7___ day of January, 2015.

Andrew S. Hanen
United States District Judge
