

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Case No. 1:14-cv-00254 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the motion of Immigration Reform Law Institute, Inc. for Leave to File an Overlength *Amicus Curiae* Brief in Support of Plaintiffs Motion for Preliminary Injunction, it is hereby ORDERED that the motion is GRANTED.

Signed on January __7__, 2015.

Hon. Andrew S. Hanen
United States District Judge