UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JAN - 7 2015

David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Anne E. Egeler, Deputy Solicitor General<br>Washington Office of Attorney General<br>1125 Washington Street SE<br>Olympia, WA 98504-0100<br>360-753-7085 : anneE1@atg.wa.gov<br>Wash. State Bar Ass'n No. 20258 |
|---|---|

| Name of party applicant seeks to appear for: | State of Washington |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/6/2015 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: 1-7-15 | Clerk's signature: RNieto |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
                                                         United States District Judge