IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
| Defendants. | § | |

# ORDER

On this day came to be considered the Motion to Consolidate 14-CV-254 and 14-CV-119 Under Rule 42(A) F.R.Civ.P. filed by Dr. Orly Taitz, and this Court, having considered the Motion, hereby denies it.

Signed this 7th day of January, 2015.

_____
Andrew S. Hanen
United States District Judge