United States District Court
Southern District of Texas
Brownsville Division

STATE OF TEXAS, *et al.*

v.

UNITED STATES OF AMERICA, *et al.*

Case 1:14-cv-254

### Order Granting Leave

On their motion, the Cato Institute and Professors Josh Blackman and Jeremy Rabkin may file their brief as friends of the Court supporting the plaintiffs' request for a preliminary injunction.

Signed on _____, 2015, at Brownsville, Texas.

_____
Andrew S. Hanen
United States District Judge