UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-CV-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Prof. Peter Margulies<br>Roger Williams University School of Law<br>Bristol, RI 02806<br>(401)254-4564; pmargulies@rwu.edu<br>Rhode Island 6261<br>D. R.I. 6261 |
|---|---|

| Name of party applicant seeks to appear for: | Texas |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ___✓___   No _____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/6/2015 | Signed: Peter Margulies |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:       Clerk's signature |

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                                  United States District Judge

United States District Court                Southern District of Texas

## Supplement to Motion for Admission Pro Hac Vice

State of Texas

v.                                          1:14-CV-254

United States of America

    I failed to timely pay dues in Florida in 1999 or timely submit CLE affidavit to Florida in 2001. In each instance, I was suspended for 60 days, and then paid penalty (as well as submitting CLE information in 2001 matter). I was then duly readmitted to Florida bar, where I am currently a member in good standing, under Bar No. 0023663.