# EXHIBIT 6

# DACA AT THE TWO-YEAR MARK
## A NATIONAL AND STATE PROFILE OF YOUTH ELIGIBLE AND APPLYING FOR DEFERRED ACTION



By Jeanne Batalova, Sarah Hooker, and Randy Capps
with James D. Bachmeier



MIGRATION POLICY INSTITUTE

App. 0088

NATIONAL CENTER ON IMMIGRANT INTEGRATION POLICY

# DACA AT THE TWO-YEAR MARK
## A National and State Profile of Youth Eligible and Applying for Deferred Action

Jeanne Batalova, Sarah Hooker, and Randy Capps with James D. Bachmeier

August 2014



MIGRATION POLICY INSTITUTE

App. 0089

# Acknowledgments

The authors acknowledge the Bill & Melinda Gates Foundation for its generous support of this research. They also wish to thank Michael Fix, President of the Migration Policy Institute (MPI), Margie McHugh, Director of MPI's National Center on Immigrant Integration Policy, and Marc Rosenblum, Deputy Director of MPI's U.S. Immigration Policy Program for their numerous contributions during the process of conceptualizing, writing, and revising this report; Jennifer Van Hook, Director of the Population Research Institute at The Pennsylvania State University for her valuable guidance on the methodology; Audrey Singer of the Brookings Institution for her critical insights; and Chiamaka Nwosu and Hataipreuk Rkasnuam of MPI for their excellent research support. The authors are also grateful to Michelle Mittelstadt, MPI's Director of Communications and Public Affairs, and the Communications Team for their invaluable assistance with editing, layout, and publication of this report.

© 2014 Migration Policy Institute.
All Rights Reserved.

Cover Design and Typesetting: Marissa Esthimer, MPI
Cover Photos: Deferred action workshop photo courtesy of Neighborhood Centers Inc.; DACA application photo, MPI

No part of this publication may be reproduced or transmitted in any form by any means, electronic or mechanical, including photocopy, or any information storage and retrieval system, without permission from the Migration Policy Institute. A full-text PDF of this document is available for free download from www.migrationpolicy.org.

Information for reproducing excerpts from this report can be found at www.migrationpolicy.org/about/copyright-policy. Inquiries can also be directed to: Permissions Department, Migration Policy Institute, 1400 16th Street, NW, Suite 300, Washington, DC 20036, or by contacting communications@migrationpolicy.org.

Suggested citation: Batalova, Jeanne, Sarah Hooker, and Randy Capps with James D. Bachmeier. 2014. *DACA at the Two-Year Mark: A National and State Profile of Youth Eligible and Applying for Deferred Action*. Washington, DC: Migration Policy Institute.



App. 0090

# Table of Contents

**Executive Summary**....................................................................................................1

**I.   Introduction**........................................................................................................3

   A.   Assessing DACA at the Two-Year Mark ............................................................4

   B.   Report Purpose and New Analysis ....................................................................5

**II.   The Immediately and Potentially Eligible DACA Population** ..............7

**III.  National Application Rates**....................................................................9

**IV.  Application Rates by State, Country of Origin,**

     **Sex, and Age**....................................................................................................11

   A.   State of Residence ...........................................................................................11

   B.   Country of Origin.............................................................................................13

   C.   Sex and Age.....................................................................................................14

**V.   Characteristics of the Immediately Eligible Population** .......................15

   A.   Region of Birth ................................................................................................15

   B.   Educational Attainment....................................................................................16

   C.   English Proficiency and Language Spoken at Home ........................................16

   D.   Poverty Status and Labor Force Participation ..................................................17

**VI.  Characteristics of Youth Who Did Not Meet DACA's Education**

     **Requirements at Program Launch**....................................................................18

**VII. Characteristics of Children Eligible in the Future**....................................20

**VIII. Characteristics of DACA-Eligible Population in Selected States**....20

   A.   Countries of Origin..........................................................................................21

   B.   Educational Attainment ...................................................................................21

   C.   Poverty Levels .................................................................................................22

**IX.  Conclusion**.......................................................................................................22

**Appendix: Data and Methodology**..........................................................25

**Works Cited**............................................................................................................26

**About the Authors**..................................................................................................28

App. 0091



# Executive Summary

Fifty-five percent of the 1.2 million unauthorized immigrant youth who met the criteria for the Obama administration's Deferred Action for Childhood Arrivals (DACA) program at its launch in 2012 had applied for relief from deportation as of July 20, 2014, according to new estimates by the Migration Policy Institute (MPI).

Implemented in August 2012, the DACA program offers a two-year reprieve from deportation and provides temporary work authorization for many unauthorized immigrants who were brought to the United States as children. The program's goals are to free up Department of Homeland Security (DHS) resources to focus on more high-priority enforcement cases, and to raise these young immigrants' economic prospects by encouraging them to remain in school and by providing them with work permits. As of July 20, 2014, U.S. Citizenship and Immigration Services (USCIS) had accepted 681,189 initial DACA applications for processing and granted approval to 587,366 individuals.[1] Those who were approved near the beginning of the program's implementation in August 2012 are now able to apply to renew their DACA status for an additional two years.

Beyond the 1.2 million *immediately eligible* youth at the DACA's launch, MPI estimates there were 426,000 youth who met the program's age criteria at that time but lacked a high school diploma or were not enrolled in school. Employing this more inclusive definition of the *potentially eligible* population of 1.7 million, MPI estimates that only 41 percent had applied as of July 20, 2014. Regardless of the approach one uses for calculating the share of eligible youth who have applied for DACA, a substantial number of potentially eligible youth have not yet applied and thus represent an important target for the program's protections.

## *This analysis provides a mixed picture of DACA's first two years.*

MPI estimates there were 473,000 children under age 15 at DACA launch who met the program's year and age-of-entry requirements but had yet to age into eligibility. Due to the nature of DACA's requirements, children under age 15 will keep "aging in" to eligibility as of their 15th birthday, provided that they stay enrolled in school. MPI estimates that 80,000 to 90,000 unauthorized youth will age into eligibility each year through 2015, after which the numbers will begin to decline until the last group of potentially eligible children reaches age 15 in 2022.[2]

Taking the immediately and potentially eligible groups together with children who will age into eligibility, the total DACA-eligible population is 2.1 million. Compared to their share among the total DACA-eligible population, Mexican, Central American, and Peruvian youth were more likely to apply for the program, while Asian youth were less likely to do so. Males submitted fewer applications than females, despite comprising a majority of the potentially eligible population. Older youth were also less likely to apply than their younger counterparts who were still in the traditional high school age range. Eligible youth were most likely to apply for the program in the Southern and Western states of Arizona, Texas, Nevada, Colorado, and North Carolina—most of which have seen rapid increases in their immigrant populations in recent decades.

This analysis provides a mixed picture of DACA's first two years. On the one hand, the sheer volume of

---

1   U.S. Citizenship and Immigration Services (USCIS), "DACA I-821D Accepted, Rejected, Receipts, Approvals, Denials from August 15, 2012 to July 20, 2014," unpublished data, on file with authors.
2   This cutoff will occur because individuals eligible for the Deferred Action for Childhood Arrivals (DACA) program must have lived in the United States continuously since June 15, 2007. The Migration Policy Institute (MPI) estimates that 178,000 children in the DACA target population were ages 13-14 in 2012, and have since turned 15. Including this group in the calculation of DACA application rates produces a national application rate of 48 percent for the immediately eligible population, or 37 percent for the entire group of potentially eligible youth ages 15 and older. For a broader discussion of the issues related to "aging forward" the DACA-eligible population estimates, see Section III.

App. 0092

 MIGRATION POLICY INSTITUTE

applicants is impressive: more than 681,000 initial applications had been accepted for processing by USCIS by July 20, 2014, and approximately 587,000 individuals had been granted deferred action.[3] Moreover, between June 5, 2014 (when USCIS posted instructions for DACA renewals) and July 20, 2014, USCIS had accepted nearly 25,000 renewal applications. The number of initial and renewal applicants are the product of a remarkable mobilization by immigrant youth groups, community organizations, legal and social service providers, educators, funders, and local government agencies that guided individuals through the application process. USCIS undertook an extensive informational campaign on DACA, worked with stakeholders, incorporated feedback to improve the application process, and regularly published data on the number of requests received and approved. On the other hand, hundreds of thousands of eligible youth still have not come forward to apply, many facing barriers with respect to educational attainment and access, and the $465 application cost.

For many young adults, DACA has changed their lives in measurable ways. According to a recent survey of selected DACA beneficiaries, 60 percent of respondents secured a new job since receiving deferred action, 57 percent obtained a driver's license, and 49 percent opened their first bank account.[4] These achievements represent significant milestones on the path to economic self-sufficiency that previously had been closed to most unauthorized immigrant youth. However, even for those who have been able to obtain temporary relief from deportation and work authorization under DACA, the path to permanent legal status remains uncertain. Completing high school and pursuing postsecondary education is critical not just for career and economic advancement, but also for meeting the likely criteria for citizenship under potential immigration legislation. Previous versions of the *Development, Relief, and Education for Alien Minors Act* (DREAM Act) introduced in Congress would require a postsecondary degree (or at least two years of postsecondary education in a program for a bachelor's degree or higher) as conditions for permanent residency and eventual citizenship—a significantly higher threshold than the DACA educational criteria (enrollment in school or attainment of a high school diploma or equivalent).

> ## *For many young adults, DACA has changed their lives in measurable ways.*

Based on MPI analysis, this report identifies policy targets of opportunity for expanding the pool of DACA-eligible youth, including investments in high school retention, dropout recovery, and adult education programs. Many youth who meet DACA's education requirements may not meet the conditions for legal permanent residency and eventual citizenship under potential DREAM Act legislation. Raising the number of youth who reach this threshold will require significant investments to promote college enrollment, retention, and degree completion.

This report provides MPI's most extensive and detailed estimates to date of the numbers of potentially eligible youth in 25 states, along with their countries of origin, educational attainment, and income levels. These estimates do not account for youth who may be ineligible due to criminal history or lack of continuous U.S. residence, nor do they account for those who may be eligible because they are enrolled in adult education programs. As described in the Appendix, these eligibility criteria are not available in the Census Bureau data employed here, and so eligible populations may be slightly over- or underestimated.

---

3   USCIS, unpublished data on initial (first-time) applications.
4   Roberto G. Gonzales and Angie M. Bautista-Chavez, *Two Years and Counting: Assessing the Growing Power of DACA* (Washington, DC: American Immigration Council, 2014), www.immigrationpolicy.org/special-reports/two-years-and-counting-assessing-growing-power-daca.

App. 0093


# I.    Introduction

The Obama administration's Deferred Action for Childhood Arrivals (DACA) program, unveiled in June 2012 and implemented in August 2012, provides a temporary reprieve from deportation and work permits for qualified unauthorized immigrants who entered the United States as children. Some proponents of more restrictive immigration policies object to granting legal status—even temporarily—to unauthorized immigrants; other people argue that unauthorized immigrants who were brought to the United States as children should not be punished for decisions made by their parents. The DACA program is also seen as supporting a broad set of U.S. interests because it permits the Department of Homeland Security (DHS) to focus its enforcement resources on higher- priority cases, and because it encourages young immigrants to obtain formal education and job skills, thereby boosting their earning power and strengthening the U.S. economy. The success of the program depends on eligible unauthorized immigrants meeting DACA requirements and enrolling in the program.

More than 681,000 young adults had applied for the program as of July 20, 2014.[5] DACA links immigration relief to educational attainment and school enrollment, drawing on the conceptual approach introduced in the *Development, Relief, and Education for Alien Minors Act* (DREAM Act) legislation that has been debated in Congress repeatedly since 2001.[6] Beyond deferral of deportation, DACA beneficiaries receive temporary work authorization, which opens the door to better employment and a range of other

---

**Box 1. Eligibility Requirements for First-Time Applicants and Renewals**

According to the guidelines established by USCIS, **first-time DACA applicants** must demonstrate that they:

- are age 15 or older;
- were under age 31 at the time of the program's announcement (June 15, 2012);
- came to the United States before the age of 16;
- were physically present in the United States as of June 15, 2012;
- had lived in the United States continuously for at least five years at the time of DACA's announcement (i.e., since June 15, 2007);
- are currently in school, have earned a high school diploma or its equivalent, or are honorably discharged veterans of the U.S. armed forces or Coast Guard; and
- have not been convicted of a felony, significant misdemeanor, or three or more misdemeanors, and do not otherwise pose a threat to public safety or national security.

**DACA renewal applicants** will need to demonstrate that they:

- have not left the United States since August 15, 2012, without advance parole;
- have continuously resided in the United States since submitting their most recent request for DACA; and
- have not been convicted of a felony, significant misdemeanor, or three or more misdemeanors, and do not otherwise pose a threat to public safety or national security.

*Source:* U.S. Citizenship and Immigration Services (USCIS), "Frequently Asked Questions," updated June 5, 2014, www.uscis.gov/humanitarian/consideration-deferred-action-childhood-arrivals-process/frequently-asked-questions.

---

5   This figure refers to initial applications accepted for USCIS processing between August 15, 2012 and July 20, 2014. USCIS, "DACA I-821D Accepted, Rejected, Receipts, Approvals, Denials from August 15, 2012 to July 20, 2014," unpublished data, on file with authors.

6   The *Development, Relief, and Education for Alien Minors Act* (DREAM Act) would provide a path to lawful permanent residence (e.g. a green card) for eligible unauthorized youth and young adults. The legislation was first introduced in 2001 by Senators Orrin Hatch (R-UT) and Richard Durbin (D-IL), and since then has been introduced regularly both as a stand-alone bill and as part of major comprehensive immigration reform bills. Previous versions would also have allowed applicants to substitute two years of U.S. military service for the postsecondary education requirement.

App. 0094

 MIGRATION POLICY INSTITUTE

opportunities to participate more fully in the country's economic, civic, and social life. Applying for DACA requires the financial resources to pay the program's $465 fee, along with the social capital and legal knowledge to navigate the application process and provide the necessary documentation. Moreover, many unauthorized immigrant youth face challenges meeting the program's education criteria because they lack a high school diploma or equivalent and are not enrolled in school.  This group, which could qualify for DACA by enrolling in an adult education or workforce training program, represents a significant target of opportunity for stakeholders interested in expanding DACA's reach.

The initial two-year DACA eligibility period is drawing to a close for those who submitted applications near the beginning of the program's implementation in August 2012, and U.S. Citizenship and Immigration Service (USCIS) has been accepting applications for renewal since June 5, 2014. As of July 20, 2014, USCIS had already accepted for processing nearly 25,000 renewal applications.[7] From this point forward, DACA applicants represent two distinct groups: initial (first-time) applicants and renewal applicants (see Box 1 for key requirements for each group).

## A.    Assessing DACA at the Two-Year Mark

DACA's second anniversary represents an opportunity to reflect on initial achievements and shortcomings, with an eye to lessons that can be applied to the program's renewal phase.[8] The success of DACA also holds implications for potential future executive actions to defer deportation for broader segments of the estimated 11 million to 12 million unauthorized immigrants[9]—a prospect currently under consideration by the Obama administration. On June 30, 2014, President Obama declared his intention to issue new executive actions on immigration in the near future.[10] Nonetheless, at present DACA remains the only significant opportunity for unauthorized immigrants to receive protection from deportation.

*DACA's second anniversary represents an opportunity to reflect on initial achievements and shortcomings, with an eye to lessons that can be applied to the program's renewal phase.*

To put the number of DACA applicants into perspective, we compare the volume of applications received by USCIS to the size of the DACA-eligible population—a group that is difficult to measure due to its fluid characteristics. At the time of DACA's launch in 2012, there were 1.2 million *immediately eligible* youth who met the program's multiple requirements, including age, and education criteria.[11] We estimate that

7   USCIS, "DACA I-821D Accepted, Rejected, Receipts, Approvals, Denials from August 15, 2012 to July 20, 2014."
8   This report provides an update of MPI's 2013 analysis of potential DACA beneficiaries. Jeanne Batalova, Sarah Hooker, and Randy Capps with James D. Bachmeier and Erin Cox, *Deferred Action for Childhood Arrivals at the One-Year Mark: A Profile of Currently Eligible Youth and Applicants* (Washington, DC: MPI, 2013), www.migrationpolicy.org/research/deferred-action-childhood-arrivals-one-year-mark-profile-currently-eligible-youth-and.
9   Department of Homeland Security (DHS) Office of Immigration Statistics, *Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2012* (Washington, DC: DHS Office of Immigration Statistics, 2013), www.dhs.gov/sites/default/files/publications/ois_ill_pe_2012_2.pdf; Jeffrey S. Passel, D'Vera Cohn, and Ana Gonzalez-Barrera, *Population Decline of Unauthorized Immigrants Stalls, May Have Reversed* (Washington, DC: Pew Research Hispanic Trends Project, 2013), www.pewhispanic.org/2013/09/23/population-decline-of-unauthorized-immigrants-stalls-may-have-reversed/.
10  The White House, Office of the Press Secretary, "Remarks by the President on Border Security and Immigration Reform" (remarks, June 30, 2014), www.whitehouse.gov/the-press-office/2014/06/30/remarks-president-border-security-and-immigration-reform.
11  The definition of "school enrollment" used in the Census Bureau's American Community Survey (ACS) does not include adult education, literacy, or career training programs—though these programs, in many cases, meet DACA's education requirements. Due to this discrepancy, MPI estimates of the population that did not meet DACA education requirements at program launch are likely somewhat inflated, since they do not account for those who were enrolled in a qualifying adult education, literacy, or career training program.

App. 0095



55 percent of this group had applied by July 20, 2014, which is the most recent date for which USCIS had provided application data at the writing of this report. Thus, 45 percent of immediately eligible youth had not applied.

An alternative lens through which to view DACA uptake encompasses the entire *potentially eligible* population of 1.7 million individuals ages 15 to 30: both youth who met and did not appear to meet the program's education criteria at its launch. This approach acknowledges that at any point in time unauthorized immigrants ages 15 and older who met year and age-of-entry criteria could become eligible by enrolling in school or obtaining a high school diploma or equivalent. Conversely, some of those who were enrolled in school as of 2012 could have dropped out without obtaining a high school diploma or equivalent, rendering them ineligible to apply for DACA. Adding all youth who were ages 15 to 30 at the time of DACA's launch yields an application rate of just 41 percent.

As our own and other studies[12] have found, there are a variety of reasons why eligible youth may not have applied for DACA. Among them, the program's application fee is frequently cited as a barrier—a concern that remains salient as renewal applicants are required to pay the same $465 fee as first-time applicants. Additionally, some youth do not qualify—or fear they might not qualify—due to criminal history or inability to prove continuous presence in the United States. For those who lack a high school diploma or its equivalent and are already beyond the traditional high school age range, the pathway to DACA eligibility requires enrolling in an adult education or workforce training program—a challenging proposition for many given the extremely low system capacity in most parts of the United States, as well as individual barriers to program participation such as work and family responsibilities.

## B.    Report Purpose and New Analysis

Public understanding of a key immigration initiative and national and local efforts to provide services for the DACA-eligible population rely, in part, on demographic data of the initiative's target population. Such data enhance stakeholders' understanding of the size and characteristics of a group that has, until recently, remained in the shadows and therefore has been relatively challenging to study.

This report updates MPI's 2013 analysis of the potential universe eligible for DACA,[13] using more recent data as well as a refined methodology to estimate legal status of respondents in population surveys. The data sources used in this report include: (1) the most recent USCIS statistics on DACA applicants (available at the national level through July 20, 2014 and by state and origin country through March 31, 2014) and (2) MPI estimates of the DACA-eligible population. The estimates in this report are drawn from the most recent American Community Survey (ACS) for 2012—with immigration status assigned based on responses to another national survey: the 2008 Survey of Income and Program Participation (SIPP).[14] While the methodology employed in this and our 2013 brief is similar, there are three major differences. First, the 2012 ACS data used in this report have been weighted by race, ethnicity, and other factors to the 2010 Census, while the 2011 ACS data used in our previous brief were weighted to the 2000 Census.[15] Second, we assumed that the overall number of unauthorized immigrants was 11.7 million in 2012,[16] up from 11.1 million in 2011;[17] the estimates of subgroups within the overall unauthorized population are thus based on these respective totals in each year. Third, we refined our estimates to exclude more foreign students and temporary workers from the youth population because they are not eligible for DACA. All

---

12  Gonzales and Bautista-Chavez, *Two Years and Counting.*
13  Batalova, Hooker, and Capps with Bachmeier and Cox, *Deferred Action for Childhood Arrivals at the One-Year Mark.*
14  James D. Bachmeier, Jennifer Van Hook, and Frank D. Bean, "Can We Measure Immigrants' Legal Status? Lessons from Two U.S. Surveys," *International Migration Review* 48, no. 2 (2014): 538-66.
15  For more about how weighting may affect population estimates, see Jeffrey S. Passel and D'Vera Cohn, *U.S. Foreign-Born Population: How Much Change from 2009 to 2010?* (Washington, DC: Pew Hispanic Center, 2012), www.pewhispanic. org/2012/01/09/u-s-foreign-born-population-how-much-change-from-2009-to-2010/.
16  Passel, Cohn, and Gonzalez-Barrera, *Population Decline of Unauthorized Immigrants Stalls, May Have Reversed.*
17  Jeffrey Passel and D'Vera Cohn, *Unauthorized Immigrants: 11.1 Million in 2011* (Washington, DC: Pew Research Center, 2012), www.pewhispanic.org/2012/12/06/unauthorized-immigrants-11-1-million-in-2011/.

 MIGRATION POLICY INSTITUTE

three of these factors affected our estimates of the size of the total DACA-eligible population as well as subgroups within this population.[18]

Our methodology allows us to present detailed information on three groups of potential DACA beneficiaries: (1) immediately eligible youth who met DACA's age, age-at-arrival, and education requirements as of the program's 2012 launch; (2) youth ages 15-30 who met the age and age-at-arrival requirements but appear, based on the analysis of 2012 ACS data, not to have met the education requirements (subsequently referred to throughout this report as "youth who did not meet education requirements"); and (3) children under 15 at the time of DACA's launch who would or have already "aged in" to eligibility, provided that they met the program's education requirements (referred to as "children eligible in the future").

The ACS data do not include measures for criminal history or continuous U.S. presence, and so we are unable to model these factors—leading us to potentially overestimate the eligible population. On the other hand we may *underestimate* the eligible population because we do not model enrollment in qualifying adult education programs—also due to lack of data. Because the most recently available ACS data are from 2012, a significant number of youth have aged into the program since that time (i.e., by reaching the minimum age of 15), and an additional unknown number may have gone back to school or enrolled in qualifying adult education programs—also leading to potential underestimation.

After describing our new estimates of the size of each of these three key groups within the DACA population, we provide updated estimates of application rates nationally, as well as by state, country of origin, sex, and age. These application rates are computed by comparing the number of applications accepted by USCIS for processing to MPI's estimates of the immediately eligible population. We then summarize the latest findings on the sociodemographic and economic characteristics of immediately eligible youth and those who did not meet education requirements, as well as children eligible in the future.

In addition to our topline analysis based on 2012 ACS data, we are also able for the first time, using pooled ACS data for 2008-12, to provide more detailed estimates of the DACA-eligible population in 25 states, such as information on educational attainment and school enrollment. This information is critical to understanding the adult education needs of the group that did not meet DACA's high-school graduation requirement at program launch, as well as the scale of the task facing school districts and colleges if today's DACA-eligible youth are to meet more rigorous postsecondary education requirements under future DREAM Act legislation. Acknowledging that DACA's implementation depends in large part on the success of state and local efforts, these data should inform stakeholders' outreach to first-time applicants as well as renewal applicants. The state-level analysis in this report offers a preview of detailed state profiles of the DACA population that are now available through a data tool that can be accessed at: www. migrationpolicy.org/programs/data-hub/deferred-action-childhood-arrivals-daca-profiles.

---

18  We do not model the number of unauthorized immigrants who might qualify for DACA based on military service alone; we believe this number to be very small given that military service in virtually all cases requires legal status. We also do not model how many potential DACA beneficiaries might not satisfy the criminal background requirement, given the lack of authoritative data on criminal violations in this population. For further details on the data and methodology used in this report, see the Appendix.

App. 0097



# II.    The Immediately and Potentially Eligible DACA Population

We estimate that more than 2.1 million[19] unauthorized youth could potentially benefit from DACA because they meet key program criteria: they entered the United States before age 16, have resided in the United States since June 2007, and were under age 31 on the date the program was announced in June 2012 (see Figure 1). Within this total potentially eligible universe, we estimate the size and characteristics of three subgroups, based on age and educational attainment at the time of DACA's launch in 2012:

- *Immediately eligible youth.* About 58 percent (or more than 1.2 million) of all potentially eligible youth met DACA's age and educational eligibility criteria at program launch (i.e., were ages 15 to 30 and were either enrolled in school or had at least a high school diploma or its equivalent).

- *Youth who did not meet education requirements at program launch.* Twenty percent (426,000) of the potentially eligible population met all DACA requirements except for education because they lacked a high school degree or its equivalent and were not enrolled in school. Unauthorized youth in this group may become eligible if they enroll in an education, literacy, or career training program leading to a high school equivalency diploma or placement in postsecondary education, job training, or employment. Some of these youth may have been enrolled in such a program at DACA's launch, and others have likely enrolled since 2012. The size of this group is difficult to measure, however, because the definition of school enrollment used in the ACS does not include adult education programs, though many of these programs satisfy DACA education requirements.

- *Children eligible in the future.* About 22 percent (473,000) were children under age 15 who could become eligible once they reach age 15, if they stay in school or obtain a high school degree or equivalent.[20] Given the age distribution of this group, the number of children aging into eligibility annually will range from 80,000 to 90,000 between 2013 and 2016, and then decline dramatically after that. Barring any further changes in program rules, the last cohort of DACA-eligible children will reach age 15 in 2022. USCIS may continue accepting initial DACA applications past 2022, however, because there is no sunset date for the program.

---

19   Ranges for MPI estimates based on ACS sampling and legal status imputation methods are available at www.migrationpolicy. org/sites/default/files/publications/DACAyouth_EstimatesRangesACS2012-SEC.xlsx.
20   At the time of this writing, there is no expiration date for individuals to apply for DACA.

App. 0098

MIGRATION POLICY INSTITUTE

**Figure 1. Total Potential DACA Population, 2012**



Notes: Percentages shown are based on an estimated total of 2,136,000 unauthorized immigrant youth who arrived in the United States before June 2007, were under the age of 16 at arrival, and were under the age of 31 as of 2012. *Immediately eligible youth* met both age and educational criteria as of 2012 (i.e., they were ages 15 to 30 and were either enrolled in school or had at least a high school diploma or its equivalent). *Youth who did not meet educational requirements* are those ages 15 to 30 who did not have a high school diploma or equivalent and were not enrolled in school. *Children eligible in the future* met the age-at-arrival requirements but were not yet 15 years old as of 2012, and will age into eligibility provided they stay in school. Eligibility due to adult education enrollment and ineligibility due to criminal history or lack of continuous U.S. presence were not modeled.
Source: Migration Policy Institute (MPI) analysis of U.S. Census Bureau data from the 2012 American Community Survey (ACS) and the 2008 Survey of Income and Program Participation (SIPP) by James Bachmeier of Temple University and Jennifer Van Hook of The Pennsylvania State University, Population Research Institute (PRI). See Appendix for more information about the data and methods.

Even though the total universe of potential DACA beneficiaries has not changed since 2012, the relative composition of its three subgroups has shifted to some extent. For instance, the immediately eligible youth group is larger in 2014, as children who were 13 and 14 as of the program's launch have aged into eligibility, provided they remained enrolled in school. Similarly, some of the youth ages 15 and above who did not have educational credentials needed to qualify for the program as of 2012 might have since enrolled in high school or an adult education program and thus become eligible to apply. Meanwhile, some of those in the immediately eligible group will have dropped out of school without obtaining a high school diploma or equivalent.

It is important to note that although only youth who were younger than 31 at the time DACA was announced may qualify, they do not need to *apply* for the program's benefits by age 31. In other words, individuals will not age out of eligibility. These terms broaden DACA's reach considerably. For instance, potential DACA beneficiaries who did not meet the educational requirements at program launch can enroll in an educational institution and qualify for the program at any age, assuming there is no expiration date for DACA. Additionally, eligible individuals who have not applied could still choose to do so defensively if they are apprehended by immigration enforcement authorities. The success of DACA continues to depend on outreach and assistance in the years to come for first-time applicants, including adults over age 30, as well as children aging into eligibility.

App. 0099



# III.   National Application Rates

USCIS regularly reports statistics on the number of DACA applications accepted for processing, approvals, and denials, along with the states of residence and countries of origin of applicants. At the time of this writing, the most recent data at the national level reflect applications accepted for USCIS processing through July 20, 2014; however, the most recent statistics on applications by state and origin country correspond to applications through March 31, 2014. We used the most recently available data for each respective indicator.[21]

Between August 15, 2012 and July 20, 2014, USCIS accepted for processing 681,189 initial (first-time) applications.[22] During the same period, 86 percent (587,366) were approved, and fewer than 4 percent (25,029) were denied, with the remainder awaiting a decision.[23] As Figure 2 shows, the numbers of accepted and approved applications have fallen below the peaks reached in the first quarter of fiscal year (FY) 2013 (for accepted applications) and the second quarter of FY 2013 (for approved applications). At the same time, the number of denied applications remains relatively small and consistent over time.[24]

**Figure 2. DACA First-Time Applications Accepted for Processing, Approved, and Denied, FY 2012 Quarter 4 through FY 2014 Quarter 3**



*Notes*: * Q4, FY 2012 refers to the period between August 15, 2012 (when DACA applications were first accepted) and September 30, 2012. ** Q3, FY 2014 refers to the period between April 1, 2014 and July 20, 2014, (slightly beyond the end of the third quarter of FY 2014.) Overall, the data in this chart represent initial (first-time) applications accepted, approved, or denied between August 15, 2012 and July 20, 2014. Approximately 38,000 additional applications were received but were not accepted for processing by USCIS, chiefly as a result of incomplete filings or failure to pay the requisite fee.
*Sources*: U.S. Citizenship and Immigration Services (USCIS) application data, "Number of I-821D, Consideration of Deferred Action for Childhood Arrivals by Fiscal Year, Quarter, Intake, Biometrics and Case Status: 2012-2014," www.uscis.gov/sites/default/files/USCIS/Resources/Reports%20and%20Studies/Immigration%20Forms%20Data/All%20Form%20Types/DACA/I821d_daca_fy2014qtr2.pdf; USCIS, "Number of I-821D, Consideration of Deferred Action for Childhood Arrivals by Fiscal Year, Quarter, Intake, Biometrics and Case Status: 2012-2013," www.uscis.gov/sites/default/files/USCIS/Resources/Reports%20and%20Studies/Immigration%20Forms%20Data/Static_files/DACA-FY13Q4.pdf; USCIS, "DACA I-821D Accepted, Rejected, Receipts, Approvals, Denials from August 15, 2012 to July 20, 2014," unpublished data, on file with authors.

---

21   The analysis of estimated application rates by country of origin and state of residence will be updated when USCIS releases updated data later in August 2014.

22   Initial (first-time) applications are distinguished from renewal applications in USCIS statistics. USCIS, "DACA I-821D Accepted, Rejected, Receipts, Approvals, Denials from August 15, 2012 to July 20, 2014."

23   Ibid.

24   Based on the current approval rate, it is likely that the majority of pending applications will be eventually approved.

MIGRATION POLICY INSTITUTE

Comparing our estimates of the immediately eligible population to the USCIS data on initial applications (681,189 applications accepted) allows us to gain insights into the extent of DACA uptake and how applicants' characteristics compare to those of the larger eligible population. Using our estimate of 1.2 million immediately eligible youth at the program's launch in 2012 and assuming that only this group was able to apply, we calculate that 55 percent nationwide have applied. When considering the entire *potentially eligible* population of 1.7 million, we estimate that only 41 percent had applied.

DACA's target population has continued to grow since the program's launch, however, since younger children have continued to age in to the immediately eligible group. To take into account these children who were on the cusp of DACA eligibility in 2012, we use a different methodology. We can calculate an alternative application rate if we age forward unauthorized immigrant children who were ages 13 and 14 in 2012, resulting in an additional 178,000 meeting the eligibility criteria. Adding this group would increase the number of immediately eligible youth from 1.2 million to 1.4 million (see Table 1)—producing an application rate of 48 percent.

The application rate can also be calculated by comparing the USCIS number of 681,189 accepted applications to *all youth* ages 15 to 30 in the MPI estimates, including those who did not meet education requirements at DACA's launch but could meet these requirements in the future by enrolling in an adult education, literacy, or career training program. This calculation yields a national application rate of 37 percent. Table 1 presents four different approaches for estimating national DACA application rates and illustrates how various estimates of potential DACA beneficiaries can affect the application rate.

**Table 1. Application Rates for Immediately Eligible and Potentially Eligible Youth (Age 15 and Over), 2012 and 2014**

| | Immediately Eligible Youth (Ages 15 and Over) | Potentially Eligible Youth (Ages 15 and Over) |
|---|---|---|
| **In 2012 (at DACA launch)** | | |
| Estimate of eligible population | 1,236,000 | 1,662,000 |
| Application rate as of July 20, 2014 | 55% | 41% |
| **In 2014 (including children who were ages 13 and 14 in 2012)** | | |
| Estimate of eligible population | 1,414,000 | 1,840,000 |
| Application rate as of July 20, 2014 | 48% | 37% |

*Notes: Immediately eligible youth* met both age and educational criteria (i.e., they were ages 15 to 30 and were either enrolled in school or had at least a high school diploma or its equivalent). *Potentially eligible* youth refer to both youth who met and who did not appear to meet the program's education criteria. *Application rate* refers to the ratio of initial applications accepted for processing by USCIS as of July 20, 2014 for the immediately eligible population or potentially eligible youth. Eligibility due to adult education enrollment and ineligibility due to criminal history or lack of continuous U.S. presence were not modeled.
*Sources:* MPI analysis of Bachmeier and Van Hook data from 2012 ACS and 2008 SIPP; and USCIS "DACA I-821D Accepted, Rejected, Receipts, Approvals, Denials from August 15, 2012 to July 20, 2014."

App. 0101



# IV.    Application Rates by State, Country of Origin, Sex, and Age

In order to calculate application rates based on state of residence, country of origin, sex, and age, we rely on 2012 ACS population estimates. We are not able to age forward the various subpopulations of DACA-eligible youth due to sample size limitations, and we therefore use the population that was immediately eligible at DACA's launch population (i.e., 1.2 million nationally) as the denominator for these rates. It is important to keep in mind these rates do not include those 13- and 14-year olds who became eligible for DACA since the program's launch. In order to use the most recently available USCIS application data for each indicator, our estimates of application rates by state and origin country are based on data through March 30, 2014, while estimates of application rates by sex and age correspond to USCIS data through September 30, 2013.

## A.    State of Residence

Traditional immigrant-destination states such as California, Illinois, Texas, New York, and Florida are home to the largest numbers of potential DACA beneficiaries (see Figure 3), as well as the largest numbers of applicants. Together, these five states accounted for 60 percent of all immediately eligible youth as of 2012.

**Figure 3. Top 15 States of Residence for Immediately Eligible Youth, 2012**



**State Share of U.S. Immediately Eligible Youth Population (%)**

*Notes: Immediately eligible youth* met both age and educational criteria at the time of DACA's launch (i.e., were ages 15 to 30 and were either enrolled in school or had at least a high school diploma or its equivalent); this group does not include those potential beneficiaries who may have become eligible since then by enrolling in an adult education, literacy, or training program, nor those ages 13 or 14 in 2012 who have since aged into eligibility.
*Source:* MPI analysis of Bachmeier and Van Hook data from 2012 ACS and 2008 SIPP.

The top 15 states of residence of immediately eligible youth have significant variance in application rates (see Table 2).

MIGRATION POLICY INSTITUTE

**Table 2. Estimates of Immediately and Potentially Eligible Youth and Their Application Rates, Top 15 States of Residence**

| State of Residence | Applications Accepted for Processing (as of March 31, 2014) | Immediately Eligible Youth (Ages 15-30) | | Potentially Eligible Youth (Ages 15-30) | |
|---|---|---|---|---|---|
| | | Estimate | Application Rate (%) | Estimate | Application Rate (%) |
| Total | 643,000 | 1,236,000 | 52 | 1,662,000 | 39 |
| California | 183,000 | 371,000 | 49 | 507,000 | 36 |
| Texas | 105,000 | 164,000 | 64 | 223,000 | 47 |
| Illinois | 36,000 | 71,000 | 50 | 92,000 | 39 |
| Florida | 27,000 | 69,000 | 39 | 90,000 | 30 |
| New York | 34,000 | 69,000 | 49 | 91,000 | 37 |
| New Jersey | 18,000 | 49,000 | 37 | 60,000 | 30 |
| Georgia | 21,000 | 39,000 | 54 | 57,000 | 37 |
| North Carolina | 22,000 | 38,000 | 59 | 56,000 | 40 |
| Arizona | 23,000 | 34,000 | 66 | 47,000 | 48 |
| Virginia | 10,000 | 26,000 | 38 | 31,000 | 32 |
| Colorado | 14,000 | 24,000 | 61 | 30,000 | 48 |
| Washington | 14,000 | 24,000 | 58 | 33,000 | 43 |
| Maryland | 8,000 | 20,000 | 41 | 28,000 | 29 |
| Massachusetts | 7,000 | 18,000 | 37 | 20,000 | 32 |
| Nevada | 11,000 | 17,000 | 61 | 25,000 | 43 |

*Notes: Immediately eligible youth* met both age and educational criteria at the time of DACA's launch (i.e., were ages 15 to 30 and were either enrolled in school or had at least a high school diploma or its equivalent); this group does not include those potential beneficiaries who may have since become eligible by enrolling in an adult education, literacy, or training program, nor those ages 13 or 14 in 2012 who have since aged into eligibility. *Potentially eligible youth* refer to both youth who met and who did not appear to meet the program's education criteria. *Application rate* refers to the ratio of initial applications accepted for processing (as of March 31, 2014) to the immediately eligible or potentially eligible DACA populations. Eligibility due to adult education enrollment and ineligibility due to criminal history or lack of continuous U.S. presence were not modeled. We limit our analysis to the 15 states with the largest immediately eligible populations in 2012 because sample sizes for other states are too small to generate reliable estimates. Ranges for estimates based on ACS sampling and our legal status imputation methods are available at www.migrationpolicy.org/sites/default/files/publications/ DACAyouth_EstimatesRangesACS2012-SEC.xlsx.
*Sources:* USCIS, "Number of I-821D, Consideration of Deferred Action for Childhood Arrivals by Fiscal Year, Quarter, Intake, Biometrics and Case Status: 2012-2014;" MPI analysis of Bachmeier and Van Hook data from 2012 ACS and 2008 SIPP.

About half of California's immediately eligible youth had applied for relief from deportation and work authorization as of March 2014. Among the other top states with the largest number of immediately eligible youth in 2012, five states had application rates of about 60 percent or more: Arizona (66 percent), Texas (64 percent), Nevada and Colorado (each 61 percent), and North Carolina (60 percent). These high-application rate states experienced a rapid rise in their immigrant populations during the past 10-15 years; they were also in the Southwest except for North Carolina.

Illinois and New York resembled California in that about half of their immediately eligible youth had applied. Application rates were lower in the East Coast states of Massachusetts, New Jersey, Virginia, Florida, and Maryland, at around 40 percent. Differences in state application rates in part reflect differences in population composition, language diversity, access to information, state policies, and the climate of reception for immigrants. For instance, states with more restrictive policies affecting immigrants' access to postsecondary education, drivers' licenses, and other benefits—as well as those that have higher levels of immigration enforcement—may have higher DACA application rates because the burdens and risks of unauthorized status are especially high in these states.

If we include all potentially eligible youth ages 15 to 30 (see Table 2), all estimated state-level application rates are lower, with state variations following a similar pattern. The application rates are lowest for New

App. 0103



Jersey and Florida (30 percent each), and higher for Arizona (48 percent) and Texas (47 percent).

## B.    Country of Origin

According to our estimates, Mexico accounted for a lion's share—65 percent—of the 1.2 million immediately eligible DACA youth, followed with a large gap by El Salvador (4 percent), Guatemala and Korea (each 3 percent), Honduras (2 percent), and then by Colombia, the Philippines, Peru, China, and India (each accounting for 1 percent of the total).

Mexicans represented an even greater share of DACA *applicants*: 77 percent or 494,000 applications. Mexico and the next top four origin countries—El Salvador, Guatemala, Korea, and Honduras—accounted for 77 percent of all immediately eligible youth and for 87 percent of those who had applied for DACA benefits by March 31, 2014. The application rates among youth from the top five origins varied significantly by individual country, however: from 68 percent of eligible Hondurans to 62 percent of Mexicans, 45 percent of Guatemalans, 44 percent of Salvadorans, and 24 percent of Koreans (see Table 3).

Among the other top 10 origin countries, more than 60 percent of immediately eligible Peruvians applied versus 26 percent of those from the Philippines. As discussed in our 2013 analysis, Chinese youth were notably absent among DACA applicants; although China ranked ninth among the top ten countries of origin of the immediately eligible population, it was not among the top 20 countries of origin for DACA applicants in the program's first two years.[25]

**Table 3. Estimates of Immediately and Potentially Eligible Youth and Their Application Rates, Top 10 Origin Countries, 2012**

| Origin Country | Applications Accepted for Processing (as of March 31, 2014) | Immediately Eligible Youth (Ages 15-30) | | Potentially Eligible Youth (Ages 15-30) | |
|---|---|---|---|---|---|
| | | Estimate | Application Rate (%) | Estimate | Application Rate (%) |
| **Total** | **643,000** | **1,236,000** | **52** | **1,662,000** | **39** |
| Mexico | 494,000 | 800,000 | 62 | 1,131,000 | 44 |
| El Salvador | 24,000 | 55,000 | 44 | 84,000 | 29 |
| Guatemala | 16,000 | 37,000 | 45 | 67,000 | 25 |
| Korea | 8,000 | 33,000 | 24 | 33,000 | 24 |
| Honduras | 16,000 | 24,000 | 68 | 34,000 | 47 |
| Colombia | 6,000 | 18,000 | 34 | 19,000 | 32 |
| Philippines | 4,000 | 15,000 | 26 | 16,000 | 25 |
| Peru | 8,000 | 13,000 | 61 | 13,000 | 60 |
| China | n/a | 12,000 | n/a | 13,000 | n/a |
| India | 3,000 | 11,000 | 28 | 11,000 | 28 |

Notes: *Immediately eligible youth* met both age and educational criteria at the time of DACA's launch (i.e., they were ages 15 to 30 and were either enrolled in school or had at least a high school diploma or its equivalent); this group does not include those potential beneficiaries who may have since become eligible by enrolling in an adult education, literacy, or training program, nor those ages 13 or 14 in 2012 who have since aged into eligibility. *Potentially eligible youth* refer to both youth who met and who did not appear to meet the program's education criteria. *Application rate* refers to the ratio of initial applications accepted for processing (as of March 31, 2014) to the immediately eligible or potentially eligible DACA populations. Eligibility due to adult education enrollment and ineligibility due to criminal history or lack of continuous U.S. presence were not modeled. We limit our analysis to the top 10 origin countries for immediately eligible youth in 2012 for which USCIS released application data and for which we have sufficient sample sizes to generate reliable estimates. Ranges for estimates based on ACS sampling and our legal status imputation methods are available at www. migrationpolicy.org/sites/default/files/publications/DACAyouth_EstimatesRangesACS2012-SEC.xlsx.
Sources: USCIS, "Number of I-821D, Consideration of Deferred Action for Childhood Arrivals by Fiscal Year, Quarter, Intake, Biometrics and Case Status: 2012-2014;" MPI analysis of Bachmeier and Van Hook data from 2012 ACS and 2008 SIPP.

---

25  Generally, USCIS reports quarterly data on the top 20 origin countries of DACA applicants. In a recent report, USCIS showed the top 25 countries of origin, and China was not among them.

App. 0104

 MIGRATION POLICY INSTITUTE

When examining the application rates of all potentially eligible youth ages 15-30 at the time of DACA's launch, an interesting pattern emerged: Application rates for Peruvians and Koreans changed little from the immediately eligible cohort to the larger potentially eligible cohort (60 percent for Peruvians and 24 percent for Koreans). But when youth who did not meet DACA's education requirements in 2012 are included in the denominator, application rates for youth ages 15-30 from Mexico and Central America dropped significantly from 62 percent to 44 percent for Mexicans, from 68 percent to 47 percent for Hondurans, from 45 percent to 25 percent for Guatemalans, and from 44 percent to 29 percent for Salvadorans. DACA application rates for youth from these four countries fell, when considering the broader pool, because large shares of potentially eligible youth had not completed a high school degree and were not enrolled in a college. Thus, youth from Mexico and the Northern Triangle of Central America display the greatest need for adult education programs to help them qualify for DACA.

## C.    Sex and Age

In July 2014, USCIS released its first demographic report on DACA applicants. This report, *Characteristics of Individuals Requesting and Approved for Deferred Action for Childhood Arrivals (DACA)*,[26] provides more detailed information on those who submitted applications from August 2012 to September 2013 (the program's first 13.5 months). These data allow us to make additional comparisons between applicants and our estimates of the currently eligible population, including comparisons based on sex and age.

Using these new data, it appears that women were more likely than men to apply for DACA, even though they made up a smaller share of the immediately eligible population. Women accounted for 47 percent of immediately eligible youth, while men made up 53 percent. When comparing the number of applications received through September 2013 to these estimates, the application rate was 51 percent for females and 43 percent for males.[27] If we compare applicants to the larger population of potentially eligible youth ages 15-30 (including those who did and did not appear to meet the education requirements), the application rate is 40 percent for females and 31 percent for males. Young men may face additional eligibility restrictions that could affect their application rate, as they are far more likely than women to have committed crimes that would disqualify them from DACA.[28] Compared to their female counterparts, males are also more likely to drop out of high school.[29]

We also find that younger DACA youth were more likely to apply than older youth. Comparing our estimates to the data on applications in the USCIS report, we find that 53 percent of the immediately eligible youth in the 15-19 age group[30] had applied, compared to 46 percent of those between ages 20 and 24, and only 33 percent of those ages 25 and over. If we compare applicants to the broader group of potentially eligible youth (i.e., those who did and did not meet the education requirements), the application rates decrease across all three age groups, with the sharpest drop among the older age bands. More specifically, only 19 percent of the potentially eligible youth ages 25 and over had applied, compared to 33 percent of those between ages 20 and 24, and 48 percent among 15- to 19-year-olds. Youth ages

---

26   USCIS, *Characteristics of Individuals Requesting and Approved for Deferred Action for Childhood Arrivals (DACA)* (Washington, DC: USCIS, 2014), www.uscis.gov/sites/default/files/USCIS/Humanitarian/Deferred%20Action%20for%20Childhood%20 Arrivals/USCIS-DACA-Characteristics-Data-2014-7-10.pdf.

27   Note that both of these application rates would be higher if more recent data had been included. Unlike the data reported for applicants' states of residence and country of birth, data on applicants' sex and age are not available beyond September 30, 2013.

28   Howard N. Snyder, Arrest in the United States, 1980-2009 (Washington, DC: U.S. Department of Justice, 2011), www.bjs.gov/content/pub/pdf/aus8009.pdf.

29   U.S. Department of Education, National Center for Education Statistics, Institute of Education Sciences, *Public High School Four-Year On-Time Graduation Rates and Event Dropout Rates: School Years 2010-11 and 2011-12* (Washington, DC: U.S. Department of Education, 2014), http://nces.ed.gov/pubs2014/2014391.pdf.

30   The USCIS report included four age groups: 19 and under; 20 to 24; 25 to 29; and 30 and over. We combined the data into three groups: 15 to 19; 20 to 24, and 25 and above. It is important to note that certain children under age 15 can apply for DACA (i.e., if they are in removal proceedings, have a final removal order, or have a voluntary departure order). We do not have data on the number of younger children who applied for DACA relief due to these circumstances, but we assumed that it is very small.

---

App. 0105

MIGRATION POLICY INSTITUTE 

15-19 may experience fewer barriers to applying for DACA because they are more likely to still be in school, and thus will have fewer barriers to documenting their eligibility and length of residence in the United States. This group may also have greater exposure to counseling and informational resources on DACA, as they are preparing for postsecondary education and the workforce; conversely, older youth may have fewer connections to organizations that could help them apply for DACA.

# V.     Characteristics of the Immediately Eligible Population

This section describes the key characteristics of immediately eligible DACA youth (those who were ages 15-30 and met the program's education requirements as of 2012). This profile describes their regions of birth, educational attainment, English proficiency, languages spoken at home, poverty status, and labor force participation. The characteristics examined shed light on the obstacles and opportunities available to these youth as they apply or consider applying for DACA.

## A.     Region of Birth

Sixty-five percent, or 800,000 of the 1.2 million immediately eligible DACA youth, were from Mexico. Mexico and the Central American countries accounted for 76 percent (or 935,000) of all immediately eligible youth (see Figure 4).

**Figure 4. Regions of Birth of Immediately Eligible DACA Youth, 2012**



Regions of Birth of Immediately Eligible DACA Youth

*Notes: Immediately eligible youth* met both age and educational criteria at the time of DACA's launch (i.e., were ages 15 to 30 and were either enrolled in school or had at least a high school diploma or its equivalent); this group does not include those potential beneficiaries who may since have become eligible by enrolling in an adult education, literacy, or training program, nor those ages 13 or 14 in 2012 who have since aged into eligibility.
* "Europe" includes countries in Europe as well as "Oceania" (primarily Australia and New Zealand) and Canada, per the U.S. Census Bureau's breakdown.
*Source:* MPI analysis of Bachmeier and Van Hook data from 2012 ACS and 2008 SIPP.

App. 0106

MIGRATION POLICY INSTITUTE

The countries in the Americas[31] altogether represented 83 percent of the immediately eligible population; 10 percent came from Asia, 4 percent from Europe, and 3 percent from Africa.

## B.    Educational Attainment

Educational attainment is central to DACA and, potentially, to DREAM Act legislation that has been previously introduced in Congress. We divided the 1.2 million immediately eligible DACA youth into four categories based on educational attainment and school enrollment, i.e., youth who had:

- Completed associate's, bachelor's, or advanced degrees (99,000 or 8 percent of all immediately eligible youth). This group included young adults with an associate's degree (43,000 or 4 percent), a bachelor's degree (48,000 or 3 percent), or an advanced degree (9,000 or 1 percent)[32]

- Completed high school or equivalent (but with no college degree) and were enrolled in postsecondary education (247,000 or 20 percent)

- Completed high school or equivalent (but with no college degree) and were not enrolled in school (510,000 or 41 percent)

- Had not completed high school and were still enrolled in school (grades K-12) (380,000 or 31 percent).

All four groups met DACA's education requirement. However, it appears that only the first group (those with at least an associate's degree) would be certain to benefit from potential DREAM Act legislation if it were to include past proposals' requirement of a degree from an institution of higher education as a condition for permanent legal status. An additional subset of the second group (those who were still enrolled in postsecondary education) would also meet the DREAM Act qualifications because they have completed at least two years in a bachelor's degree program.[33]

## C.    English Proficiency and Language Spoken at Home

DACA was designed to provide relief from deportation for those who were brought to the United States by their parents when they were children, and who have grown up in this country. Our data indicate that the overwhelming majority of immediately eligible youth had strong English language skills, reflecting their long-term residence and schooling in the United States. Approximately 8 percent spoke only English at home and 63 percent were bilingual, i.e., they spoke a language other than English at home but reported that they speak English "very well" (see Figure 5). The remaining 28 percent were Limited English Proficient (LEP, or speak English "less than very well"), including 10 percent who reported speaking English "not well" or "not at all."

Given the predominance of youth from Mexico, Central America, and other Latin American countries among immediately eligible DACA youth, it is not surprising that the majority of them (78 percent) spoke Spanish at home. The other top non-English home languages were Korean (3 percent), Hindi and related languages (1 percent), and Chinese (1 percent).

---

31   This estimate includes Mexico, Central America, South America, and the Caribbean. It does not include Canada, which is classified with Europe and Oceania.

32   Of the 99,000 immediately eligible DACA youth with at least an associate's degree, approximately 40 percent were enrolled in postsecondary education, according to the 2012 ACS.

33   Among youth who are enrolled in college, our data do not allow us to identify those who have at least two years of postsecondary education in a program for a bachelor's degree or higher. Similarly, some youth would be able to meet DREAM Act requirements by substituting two years of honorable U.S. military service.

App. 0107



**Figure 5. English Proficiency of Immediately Eligible DACA Youth, 2012**



*Notes: Immediately eligible youth* met both age and educational criteria (i.e., they were ages 15 to 30 and were either enrolled in school or had at least a high school diploma or its equivalent at the time of DACA's launch); this group does not include those potential beneficiaries who may have become eligible by enrolling in an adult education, literacy, or training program since the ACS data were collected in 2012, nor those ages 13 or 14 in 2012 who have since aged into eligibility. The *bilingual* population includes those who report speaking English "very well" and who also speak another language at home. The *Limited English Proficient (LEP)* population includes those who speak a language other than English at home and who speak English "less than very well."
*Source:* MPI analysis of Bachmeier and Van Hook data from 2012 ACS and 2008 SIPP.

## D.    Poverty Status and Labor Force Participation

DACA-eligible youth are by and large a low-income population. According to our estimates, 34 percent of immediately eligible youth lived in families with annual incomes below 100 percent of the federal poverty level (FPL).[34] Another 18 percent lived in families with annual incomes between 100 and 150 percent FPL. For low-income individuals, the $465 DACA application fee, for first-time applicants and renewals, may pose a significant barrier to participation. USCIS offers a limited number of fee exemptions for an exceptionally disadvantaged subset of DACA youth. To request an exemption, an applicant's income must fall below 150 percent FPL—a threshold that over half of immediately eligible youth would meet—and he or she must also face unique hardship including: being under age 18 and homeless or in foster care, having a chronic disability, or incurring at least $10,000 in debt from medical expenses.[35] Still, individuals living in poverty have much to gain from the program, as approval for DACA would allow them to obtain lawful employment.

> *We estimate that 53 percent of immediately eligible youth were either employed or actively looking for employment.*

Regarding labor force participation, we estimate that 53 percent of immediately eligible youth were either employed or actively looking for employment. The work authorization component of DACA reduces

---

34   These may include families in which eligible youth are children, one-person families, or couples that include DACA youth, or families headed by DACA youth who are adults. The federal poverty level for a family of four was $23,492 in 2012. See U.S. Census Bureau, "Poverty Thresholds by Size of Family and Number of Children," www.census.gov/hhes/www/poverty/data/threshld/.

35   USCIS, "Consideration of Deferred Action for Childhood Arrivals Fee Exemption Guidance," www.uscis.gov/forms/forms-and-fees/consideration-deferred-action-childhood-arrivals-fee-exemption-guidance.

App. 0108

MIGRATION POLICY INSTITUTE

employment barriers and therefore improves the likelihood that young adults can find legitimate, better-paying jobs.

## VI.   Characteristics of Youth Who Did Not Meet DACA's Education Requirements at Program Launch

We estimate that one in five (or 426,000) potentially eligible DACA youth met all requirements except for education criteria at the time of the program's launch in 2012. A small but potentially significant number of these 15- to 30-year-olds may have enrolled in high school or adult education programs since 2012. The ACS data do not, however, allow us to assess adult education program enrollment at the time of the survey in 2012, or subsequent school enrollment of any kind.

DACA's eligibility requirements carve out a critical role for the adult education system, as literacy, basic skills, and career training programs hold the key to eligibility for older youth, especially those who are beyond the age limits of traditional high schools. However, DACA implementation coincided with a steep decline in adult education capacity due to federal and state funding cuts. For instance, federally funded Adult Secondary Education (i.e., high school equivalency) programs lost 35 percent of their capacity from the 2007-08 through the 2012-13 school years.[36] In California, the state with the largest DACA population, the scale of these losses was even greater: federally funded Adult Secondary Education and English as a Second Language (ESL) enrollment each fell by more than 55 percent.[37] In many regions, service providers and immigrant youth have reported challenges in finding courses that meet DACA eligibility requirements, due to program closures and long waiting lists.[38]

> *DACA's eligibility requirements carve out a critical role for the adult education system, as literacy, basic skills, and career training programs hold the key to eligibility for older youth.*

Youth not meeting DACA's education requirements differed substantially from those immediately eligible for the program across several characteristics. Those who were ineligible due to education were likely to be older and had lower English proficiency. They were also more likely to be employed and to struggle financially compared to their immediately eligible peers. More specifically:

*More than nine in ten were from Mexico and Central America.* While youth from Mexico, El Salvador, Guatemala, and Honduras accounted for approximately three-quarters of the immediately DACA-eligible population, these four countries accounted for nearly all—94 percent—of the youth who did not meet DACA's educational criteria.

---

36   Nationally Adult Secondary Education programs are operating at approximately 100,000 fewer seats annually than their pre-recession level. Office of Career, Technical and Adult Education, National Reporting System, cited in Margie McHugh, *Supporting DACA- and Potential DREAM-Act Eligible Youth in Meeting Education and Training Requirements* (Washington, DC: Migration Policy Institute, 2014, forthcoming). Similarly, ESL programs receiving funds from Title II of the *Workforce Investment Act* (WIA) shrank by 36 percent from 2007-08 to 2012-13.

37   Sarah Hooker, Margie McHugh, and Michael Fix, *Critical Choices in Post-Recession California: Investing in the Educational and Career Success of Immigrant Youth* (Washington, DC: Migration Policy Institute, 2014), www.migrationpolicy.org/research/critical-choices-post-recession-california-educational-career-success-immigrant-youth.

38   Margie McHugh, *Adult Education Needs of U.S. Immigrants and Refugees and Recommendations to Improve the Federal Government's Response in Meeting Them* (Washington, DC: MPI, 2014 unpublished).

App. 0109



*Nearly one-third were older than 26.* Approximately 29 percent of those not meeting education requirements were between ages 15 and 21, 42 percent were 22 to 26, and another 30 percent were older than 26.[39] The latter group is past the typical college-going age and is likely to face substantial barriers enrolling in school to obtain a high school equivalency diploma.

*Men account for 62 percent among youth who did not meet education requirements.* That compares to 53 percent among their immediately eligible counterparts. As mentioned earlier, women were more likely to apply for DACA then men. Previous MPI research also found that immigrant women, especially Latinas, were more likely to complete high school and enroll in college than immigrant men.[40]

*Thirty-eight percent had less than a 9th grade education.* This group faces particular barriers because of very low levels of education. About 62 percent had some high school education, but were not enrolled at the time of DACA's launch. Some of these young adults may have never enrolled in U.S. schools, going directly into the labor market upon arrival.

*Nearly half reported having very low English proficiency.* Forty-six percent reported speaking English "not well" or "not at all," and another 23 percent reported speaking English "well." Only 31 percent reported speaking English "very well" or exclusively—a much lower share than the 71 percent of immediately eligible youth meeting this threshold. Our findings about these youth's low educational attainment and low English skills point to a significant need for ESL and career training that can lead to jobs paying family-sustaining wages.

*High levels of poverty despite high levels of employment.* We found that 72 percent of the youth who did not meet DACA's education requirements were engaged in the civilian labor force, compared to 53 percent of immediately eligible youth. At the same time, this group was more likely to live in low-income families than their immediately eligible peers: 40 percent of youth not meeting the education requirement lived in families with incomes below 100 percent of FPL and another 36 percent lived in families with incomes between 100 and 199 percent of FPL.

---

*These findings paint a worrisome picture for these working-poor young adults, as the qualifications needed for them to participate in DACA remain difficult to acquire.*

---

These findings paint a worrisome picture for these working-poor young adults, as the qualifications needed for them to participate in DACA remain difficult to acquire. The success of this population depends on access to free or low-cost adult education programs that do not conflict with their work schedules, along with child care and other wrap-around social supports—all of which vary significantly across states. In a few states, immigration status represents an additional hurdle, as unauthorized immigrants are required to pay higher fees or are barred altogether from enrolling in publicly funded adult education programs.[41]

---

39   In comparison, among the immediately eligible group, 58 percent were between ages 15 and 21, 29 percent between 22 and 26, and 12 percent were older than 26.

40   Jeanne Batalova and Michael Fix, *Up for Grabs: The Gains and Prospects of First- and Second-Generation Young Adults* (Washington, DC: MPI, 2011), www.migrationpolicy.org/research/prospects-first-second-generation-young-adults-up-for-grabs.

41   In Florida, for instance, unauthorized immigrants were required to pay a higher, out-of-state tuition rate for adult education classes, though this requirement was repealed in July 2014. In both Arizona and Georgia, proof of legal residency is required to participate in adult education programs; State of Arizona Department of Education, "Implementation of Proposition 300 With Regard to Adult Education Services," April 11, 2007, www.azed.gov/wp-content/uploads/PDF/Proposition300PolicyMemo.pdf; House Bill 2, State of Georgia, 150th Legislature, May 11, 2009, www.legis.ga.gov/Legislation/20092010/96748.pdf.

App. 0110

# VII.  Characteristics of Children Eligible in the Future

As mentioned earlier, a substantial number of potentially eligible DACA youth (473,000 or 22 percent) were children under age 15 as of DACA's launch. Because the program currently has no expiration date, these children will age into eligibility over time. We estimate that 38 percent of this group was 13 or 14 in 2012, which means that they became eligible to apply for DACA by 2014 provided that they remained enrolled in school. Another 49 percent were between ages 9 and 12 in 2012, and thus will age into eligibility over the 2015-to-2018 period. The majority of children eligible in the future are from Mexico (69 percent). Those from El Salvador account for 4 percent, followed by Guatemala, Honduras, and India (2 percent each), and then the Philippines, Colombia, Korea, China, and Peru (1 percent each).

The principal challenge for this group is to remain in school—and eventually complete at least a high school diploma or its equivalent—in order to achieve DACA eligibility. According to our estimates:

***Twenty-three percent of children eligible in the future have limited English proficiency.*** While many of these students are likely to achieve English proficiency by the time they graduate from high school, some will still have insufficient academic English skills. In nearly all states, graduation rates of English Language Learners (ELLs) are much lower than those of their English proficient peers.[42] In the secondary grades, many immigrant children are long-term ELLs, meaning that they have been in U.S. schools for six years or more but have not gained sufficient English skills to be reclassified as fluent English proficient. The remaining academic language challenges of these students often go unaddressed until the postsecondary level, where many immigrant students are required to take remedial courses. Remediation, in turn, adds time and financial costs and reduces the likelihood of college completion.[43]

***A large majority of children eligible in the future live in low-income families.*** We estimate that 50 percent live in families with incomes below 100 percent of FPL, 20 percent in families with incomes between 100 and 149 percent of FPL, and another 11 percent in families with incomes between 150 and 199 percent of FPL. An extensive literature has documented persistent educational disadvantages experienced by students from poor and low-income families—across all educational levels.[44]

# VIII.  Characteristics of DACA-Eligible Population in Selected States

For the first time, our analysis of Census data permits us to profile DACA's target population across the 25 states with the largest numbers of potentially eligible youth.[45] The section below offers a preview of the state-level information available through a new data tool on the MPI website at: www.migrationpolicy. org/programs/data-hub/deferred-action-childhood-arrivals-daca-profiles.

It is important to note that while the estimates of the potentially eligible DACA population used in earlier sections of this report are based on a single year (2012) of ACS data, the estimates in this section are

---

42  U.S. Department of Education, National Center for Education Statistics, Institute of Education Sciences, *Public High School Four-Year On-Time Graduation Rates and Event Dropout Rates: School Years 2010-11 and 2011-12* (Washington, DC: U.S. Department of Education, 2014), http://nces.ed.gov/pubs2014/2014391.pdf.
43  Hooker, McHugh, and Fix, *Critical Choices in Post-Recession California*.
44  Greg Duncan, and Jeanne Brooks-Gunn, eds., *Consequences of Growing Up Poor* (New York, NY: Russell Sage Foundation, 1997).
45  These 25 states are those with sufficient samples to analyze characteristics of DACA-eligible youth on multiple indicators: Arizona, California, Colorado, Connecticut, Florida, Georgia, Illinois, Indiana, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New York, North Carolina, Oklahoma, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Virginia, and Washington. Comparisons among individual states should be viewed with caution as error ranges may overlap across states with similar characteristics. Ranges of error are available at www.migrationpolicy.org/sites/default/files/publications/DACAyouth_EstimatesRanges_ACS2008-12_SEC.xlsx.

App. 0111



based upon five years of pooled ACS data (2008-12).[46] Using the larger, pooled data set was necessary to obtain adequate sample sizes for all 25 states, and to allow us to create a detailed profile of the educational attainment, poverty, and other sociodemographic characteristics of the potentially eligible population. For this reason, the figures in this section will differ somewhat from the 2012 ACS-based statistics described earlier in this report and should be used only to examine variations in the DACA population across states.

Among the states with the largest DACA populations, we found substantial variations in the relative shares of youth who were immediately eligible at DACA's launch, youth ages 15-30 who did not meet DACA's education requirements, and children under age 15 who could be eligible in the future. Immediately eligible youth comprised the largest shares of the potentially eligible populations (59 percent or higher) in the Northeastern and Mid-Atlantic states of Massachusetts, Connecticut, Virginia, New Jersey, New York, and Pennsylvania. As demonstrated later in this section, DACA youth in these states also generally have higher levels of educational attainment and lower levels of poverty, compared to U.S. averages.

In contrast, youth ages 15 to 30 who did not meet DACA's education requirements comprised the largest shares (23 percent or more) in the Southern states of Tennessee, North Carolina, Georgia, and Oklahoma. The share of children eligible in the future ranged from 23 percent in Connecticut and Massachusetts, to 34 percent of the total potentially eligible population in Indiana and Utah.

> *Among the states with the largest DACA populations, we found substantial variations in the relative shares of youth who were immediately eligible at DACA's launch.*

## A.   Countries of Origin

Mexico was the most common country of origin for potentially eligible youth nationally and in 22 of the top 25 states. In Maryland and Virginia, however, youth from El Salvador comprised the largest shares of the DACA population, and in Massachusetts the most common country of origin was Brazil. The high prevalence of Brazilian youth in Massachusetts is unique, and has implications for the types of language assistance and outreach needed in largely Portuguese-speaking communities.

## B.   Educational Attainment

Our estimates suggest there is considerable state variation in the share of the immediately eligible population that had a high school diploma or equivalent *and* was enrolled in postsecondary education— but did not yet have a postsecondary degree. This college-going group is a critical population for educators and advocates, as they are on the pathway to completing the educational requirements for permanent legal status under possible DREAM Act legislation.

Nationwide, 19 percent of immediately eligible youth fell into this category in the 2008-12 period. The share of college-going youth was substantially higher in several states, including Massachusetts, Michigan, and Pennsylvania (27 percent each), followed by Connecticut (25 percent), and New York

---

46   As expected, our national and state-level estimates based on the one-year 2012 ACS and on five-year 2008-12 ACS highlight similar trends but not the exactly same. Changes in the DACA population that occurred between 2008 and 2012 due to emigration and mortality as well as different population weights used in the 2008-11 ACS years versus the 2012 ACS are averaged out in the five-year pooled data file. The five-year ACS data allow us to produce reliable estimates at a greater geographic level, but they represent an average of five years of data and thus are less current than the one-year data.

App. 0112

 MIGRATION POLICY INSTITUTE

(24 percent). Meanwhile, immediately eligible youth were considerably *less* likely to be enrolled in college in Arizona (13 percent), Washington (14 percent), North Carolina (15 percent), and Georgia (16 percent). Potential reasons for differences among states in the share of DACA-eligible youth enrolled in postsecondary education may include state policies regarding college enrollment and tuition rates for unauthorized immigrants, as well as variations in labor market opportunities for immigrant youth and underlying differences in high school graduation and college enrollment rates for the broader young adult population.

As mentioned previously, fewer than 10 percent of immediately eligible youth nationwide have an associate's degree or higher. Due to small sample sizes, we were not able examine this level of educational attainment across all 25 states. Among the four states with the largest DACA-eligible populations, however, we found that immediately eligible youth in Florida and New York were more likely to have earned an associate's degree or higher, and youth in California and Texas were less likely to have met this threshold.

## C.    Poverty Levels

When comparing immediately eligible youth (those who met DACA's age and education requirements as of the 2008-12 period) across states, we found that more than 40 percent of youth in Arizona, Minnesota, and North Carolina had family incomes below 100 percent FPL. The national average was 32 percent among immediately eligible youth.

> *Family income—along with educational attainment—strongly affects youths' ability to apply for DACA or renew DACA status.*

When broadening the analysis to include youth in families with incomes below 200 percent FPL, the national average among immediately eligible youth increased to 63 percent. The share was substantially higher in North Carolina (77 percent), Arizona (74 percent), and South Carolina and Tennessee (73 percent each). Meanwhile, the share with family incomes below 200 percent FPL was much lower in Maryland (42 percent), New Jersey (45 percent), Virginia (49 percent), and Connecticut (50 percent). These patterns match trends of overall poverty rates as well as costs of living—as Maryland, New Jersey, Virginia, and Connecticut are among the highest-income states in the nation.

Family income—along with educational attainment—strongly affects youths' ability to apply for DACA or renew DACA status. The data presented here demonstrate that the incomes of DACA-youth vary greatly across states, presumably making the application fee relatively more affordable in some states than others. Moving into the next two years of DACA implementation and looking ahead to potential DREAM Act legislation, advocates, funders, and educators may wish to target resources to the states and jurisdictions where DACA-eligible youth exhibit the greatest financial need.

# IX.   Conclusion

At its second anniversary, the Deferred Action for Childhood Arrivals (DACA) program remains the only recent, large-scale initiative to extend some relief to the more than 11 million unauthorized immigrants residing in the United States. As of this writing, more than 680,000 unauthorized youth have applied for deferral of deportation and work permits. The first wave of DACA beneficiaries have now become eligible

App. 0113



to renew for a second two-year period, and nearly 25,000 DACA renewal applications have already been accepted for processing by U.S. Citizenship and Immigration Services. Nonetheless, our analysis indicates that a significant share of potentially eligible youth has still not applied. More specifically, we estimate the national application rate to be 55 percent for the population meeting DACA's age, age-at-arrival, and education requirements as of 2012, with significant variation among the states we studied. The estimated application rate is 41 percent when we include the broader population of potentially eligible youth ages 15 and over, acknowledging that some youth who did not meet DACA's education requirements at the time of the program's launch may have since enrolled in an adult education, literacy, or training program, just as some who appeared to meet the requirements at that time now may not. While it is important to acknowledge that the data presented in this report are comprised of estimates based on certain assumptions about the population eligible for DACA, they nonetheless provide a methodologically innovative, highly detailed portrait of a population that has traditionally remained in the shadows.

## *Mexican and Central American youth are especially important targets of opportunity for investments in high school retention, dropout recovery, and adult education.*

Children under the age of 15 are aging into DACA eligibility at an annual rate of more than 80,000-90,000 in the 2013-15 period, provided they stay in school. This rate of expansion will decline after 2015—as the number of future-eligible children who were under age 12 at the program's launch was relatively small—and the last wave of children will age into eligibility in 2022. However, there are a number of risk factors that are likely to influence the share of these children who eventually meet DACA's requirements and apply for the program, including poverty and limited English proficiency. Dropout rates are relatively high for English Language Learners, Latinos, and low-income students—and those who fail to stay in school will be unable to participate in an immigration program linked to education. It is important for these children to have access to quality instruction and support services to help them graduate from high school, along with targeted outreach to help them understand DACA's incentives.

The program continues to serve a disproportionate number of Mexican and Central American youth, as eligible youth from other origins are generally less likely to apply. But Mexican and Central American youth are also over-represented among those not meeting DACA's education criteria, as these youth are less likely to complete high school than youth from most other backgrounds. Thus Mexican and Central American youth are especially important targets of opportunity for investments in high school retention, dropout recovery, and adult education, which would likely expand the pool meeting DACA education requirements.

DACA also appears to have disproportionately served women versus men. Women comprise the majority of program applicants, though men represented a larger share of program-eligible youth at the time of DACA's launch, and an even larger majority of the group without the necessary educational credentials. Part of the explanation for the over-representation of women in the program lies in the fact that men are much more likely to be disqualified due to criminal convictions (though we could not measure the share of men with disqualifying convictions in the data we analyzed).

Challenges with Latino males' school attendance, retention, and completion have been well documented, and it appears that these difficulties also translate to lower rates of DACA participation. Tailored DACA application assistance and dropout prevention for boys in the secondary grades may therefore allow more young males to benefit from the program.

Low incomes may also deter DACA participation for some, as a majority of eligible youth lives in families with incomes below twice the poverty level. The share of DACA-eligible youth who are poor or near-poor

App. 0114

 MIGRATION POLICY INSTITUTE

varies widely by state, affecting the number of youth who are likely to have difficulty paying DACA's $465 fee. DACA's fee has been cited as a significant application barrier in surveys of DACA-eligible populations. Nonetheless, the fee is critical to operating the program, as all of USCIS's application processing costs statutorily must be covered by fees. Assistance with the fees, however, targeted to the poorest unauthorized immigrant communities could help raise DACA participation. In turn, receiving deferred action and temporary employment authorization is likely to boost immigrants' earnings, as they will be able to get better jobs.

One policy issue discussed in this report is the relatively small share of DACA beneficiaries who could qualify for a pathway to permanent residency via potential DREAM Act legislation, due to the legislation's more rigorous education requirements. Our estimates suggest that less than 10 percent of DACA-eligible youth (about 100,000 individuals) have completed at least a two-year college degree. Significantly raising the number of DACA youth who meet this threshold will depend on the success of efforts to improve college access through academic preparation, financial assistance, and counseling. College access does not automatically translate to degree completion, however, and students from immigrant families often face challenges related to remaining gaps in their academic English skills, lengthy remedial course requirements, confusing institutional policies and procedures, and the need to work and care for family members while in school.[47] Wraparound support services and innovative academic programs remain essential for the 247,000 DACA-eligible youth who have completed high school and are enrolled in college but do not have a postsecondary degree.

> *Receiving deferred action and temporary employment authorization is likely to boost immigrants' earnings, as they will be able to get better jobs.*

Our analyses also make clear that there is a substantial number of youth who are potentially eligible for DACA but have limited English proficiency and comparatively few years of secondary education. For many members of this group access to adult education programs, including English as a Second Language and basic skills instruction, is critical to meeting DACA's education requirements. However, as we also note, the scope of these programs was sharply curtailed during the recession. Many out-of-school youth also face competing work and family responsibilities that affect their opportunities to continue their education. Increased policy attention to adult education program capacity, outreach, and the availability of support services for working students could also expand participation in DACA over time.

Finally, it is important to bear in mind that the DACA program does not confer legal permanent residency or a path to citizenship. DACA and any expansions that might be implemented administratively represent only temporary solutions to the long-term problem of illegal immigration. Moreover, even if all current and future potentially eligible youth participated in the program, this would represent a small fraction of the unauthorized population: about 2 million out of 11 million to 12 million. Congress and the administration—along with the American public—remain as divided as ever about policies for the broader unauthorized immigrant population, and until consensus can be achieved, DACA will remain an important but controversial program.

---

47   Hooker, McHugh, and Fix, *Critical Choices in Post-Recession California*; Sarah Hooker, Michael Fix, and Margie McHugh, *Education Reform in a Changing Georgia* (Washington, DC: MPI, 2014), www.migrationpolicy.org/research/education-reform-changing-georgia-promoting-high-school-and-college-success-immigrant-youth; Sarah Hooker, Margie McHugh, Michael Fix, and Randy Capps, *Shaping Our Futures: The Educational and Career Success of Washington State's Immigrant Youth* (Washington, DC: MPI, 2013), www.migrationpolicy.org/research/shaping-our-futures-educational-and-career-success-washington-state%E2%80%99s-immigrant-youth.

App. 0115



# Appendix: Data and Methodology

In August 2012, the Migration Policy Institute (MPI) released a profile of the total population that potentially could be eligible for the Deferred Action for Childhood Arrivals (DACA) program.[48] The analysis was based on pooled U.S. Census Bureau 2006-08 Current Population Survey (CPS) data with assignments of legal status to noncitizens by Jeffrey S. Passel of the Pew Hispanic Center, and updated with the pooled 2008-10 CPS data. We found that overall an estimated 1.76 million unauthorized immigrant youth could potentially benefit from the DACA initiative.

In August 2013, we updated these estimates, finding that about 1.9 million youth could apply for DACA, if not immediately then as they meet the age and education criteria. These estimates were based on a new methodology, developed by James Bachmeier of Temple University, Jennifer Van Hook of The Pennsylvania State University, and Frank D. Bean of the University of California, Irvine, that uses answers about respondents' lawful permanent resident (LPR) status (i.e., whether or not they have a green card) in the national 2008 Survey of Income and Program Participation (SIPP) and carries them forward to produce estimates from the 2011 American Community Survey (ACS).[49] The newer methodology has advantages in that it relies on self-reported LPR status based on the SIPP data and that it uses the ACS' relatively large sample to generate more reliable estimates than the smaller CPS sample.

The estimates in the current (2014) report were generated by James Bachmeier using a similar methodology but are further updated to employ the 2012 ACS, the most recent available data from the Census Bureau with large samples at the national, state, and local levels. The 2012 ACS microdata analyzed in this report[50] were weighted based on the race, ethnicity and other characteristics of respondents to the 2010 Census. These weights differ significantly from the weights assigned to microdata of 2011 and earlier years of the ACS—which were based on 2000 Census counts carried forward using assumptions about population growth dynamics during the 2000s. The 2010 Census weights resulted in a substantial increase in our estimated DACA-eligible population between the 2011 and 2012 ACS. A second factor leading to a higher estimated DACA-eligible population is our use of an updated control total for the total number of unauthorized immigrants (11.1 million in 2011 and 11.7 million in 2012)—based on the most recent estimates published by the Pew Research Center.[51] Both of these factors increased our estimates of the total population potentially eligible for DACA, which reached 2.1 million in 2012

A third methodological difference between our 2011 and 2012 estimates lies in treatment of individuals with temporary legal status. The 2008 SIPP data used as the source for self-reported legal status do not differentiate between legal temporary residents ("nonimmigrants" in official U.S. government terminology) and unauthorized immigrants; both are coded as foreign-born individuals without U.S. citizenship or legal permanent residency. For the 2012 estimates, we subtracted a significant number of young adults who were foreign students (with F, J, and similar visas) or foreign workers (with H-1B, L-1, or similar visas) from the pool of potentially unauthorized individuals; we did not perform this step in preparing the 2011 estimates. This third factor could move our estimates of the DACA-eligible population in either direction.

For a more detailed explanation of our SIPP-ACS based methodology, see Randy Capps, James D. Bachmeier, Michael Fix, and Jennifer Van Hook, *A Demographic, Socioeconomic, and Health Care Profile of Unauthorized Immigrants in the United States*, Appendix (Washington, DC: Migration Policy Institute, 2013), www.migrationpolicy.org/sites/default/files/publications/CIRbrief-Profile-Unauthorized_1.pdf.

48  Jeanne Batalova and Michelle Mittelstadt, *Relief from Deportation: Demographic Profile of the DREAMers Potentially Eligible under the Deferred Action Policy* (Washington, DC: Migration Policy Institute. 2012), www.migrationpolicy.org/pubs/FS24_deferredaction.pdf.
49  Bachmeier, Van Hook, and Bean, "Can We Measure Immigrants' Legal Status?"
50  Authors' analysis of ACS Integrated Public Use Microdata Series (IPUMS) accessed from Steven Ruggles, J. Trent Alexander, Katie Genadek, Ronald Goeken, Matthew B. Schroeder, and Matthew Sobek. *Integrated Public Use Microdata Series*: Version 5.0 [Machine-readable database]. Minneapolis: University of Minnesota, 2014, https://usa.ipums.org/usa/.
51  Passel and Cohn, *Unauthorized Immigrants: 11.1 Million in 2011*; Passel, Cohn, and Gonzales-Barrera, *Population Decline of Unauthorized Immigrants Stalls, May Have Reversed*.

App. 0116

MIGRATION POLICY INSTITUTE

# Works Cited

Arizona Department of Education. 2007. Implementation of Proposition 300 With Regard to Adult Education Services, April 11, 2007. www.azed.gov/wp-content/uploads/PDF/Proposition300PolicyMemo.pdf.

Bachmeier, James D., Jennifer Van Hook, and Frank D. Bean. 2014. Can We Measure Immigrants' Legal Status? Lessons from Two U.S. Surveys. *International Migration Review* 48, no. 2: 538-66.

Batalova, Jeanne and Michael Fix. 2011. *Up for Grabs: The Gains and Prospects of First- and Second-Generation Young Adults.* Washington, DC: Migration Policy Institute. www.migrationpolicy.org/research/prospects-first-second-generation-young-adults-up-for-grabs.

Batalova, Jeanne and Michelle Mittelstadt. 2012. *Relief from Deportation: Demographic Profile of the DREAMers Potentially Eligible under the Deferred Action Policy.* Washington, DC: Migration Policy Institute. www.migrationpolicy.org/pubs/FS24_deferredaction.pdf.

Batalova, Jeanne, Sarah Hooker, and Randy Capps with James D. Bachmeier and Erin Cox. 2013. *Deferred Action for Childhood Arrivals at the One-Year Mark: A Profile of Currently Eligible Youth and Applicants.* Washington, DC: Migration Policy Institute. www.migrationpolicy.org/research/deferred-action-childhood-arrivals-one-year-mark-profile-currently-eligible-youth-and.

Capps, Randy, James D. Bachmeier, Michael Fix, and Jennifer Van Hook. 2013. *A Demographic, Socioeconomic, and Health Care Profile of Unauthorized Immigrants in the United States*, Appendix (Washington, DC: Migration Policy Institute, 2013), www.migrationpolicy.org/sites/default/files/publications/CIRbrief-Profile-Unauthorized_1.pdf.

Duncan, Greg and Jeanne Brooks-Gunn, eds. 1997. *Consequences of Growing Up Poor.* New York: Russell Sage Foundation.

Florida Department of Education. 2011. Adult General Education – Questions and Answers on 2011 Florida Statutory Changes. www.fldoe.org/workforce/pdf/AGE-statutorychanges-qa.pdf.

Gonzales, Roberto G. and Angie M. Bautista-Chavez. 2014. *Two Years and Counting: Assessing the Growing Power of DACA.* Washington, DC: American Immigration Council. www.immigrationpolicy.org/special-reports/two-years-and-counting-assessing-growing-power-daca.

Hooker, Sarah, Michael Fix, and Margie McHugh. 2014. *Education Reform in a Changing Georgia.* Washington, DC: Migration Policy Institute. www.migrationpolicy.org/research/education-reform-changing-georgia-promoting-high-school-and-college-success-immigrant-youth.

Hooker, Sarah, Margie McHugh, and Michael Fix. 2014. *Critical Choices in Post-Recession California: Investing in the Educational and Career Success of Immigrant Youth.* Washington, DC: Migration Policy Institute. www.migrationpolicy.org/research/critical-choices-post-recession-california-educational-career-success-immigrant-youth.

Hooker, Sarah, Margie McHugh, Michael Fix, and Randy Capps. 2013. *Shaping Our Futures: The Educational and Career Success of Washington State's Immigrant Youth.* Washington, DC: Migration Policy Institute. www.migrationpolicy.org/research/shaping-our-futures-educational-and-career-success-washington-state%E2%80%99s-immigrant-youth.

McHugh, Margie. 2014. *Adult Education Needs of U.S. Immigrants and Refugees and Recommendations to Improve the Federal Government's Response in Meeting Them.* Washington, DC: Migration Policy Institute. Unpublished.

App. 0117



_____. 2014. *Supporting DACA- and Potential DREAM-Act Eligible Youth in Meeting Education and Training Requirements.* Washington, DC: Migration Policy Institute. Forthcoming.

Passel, Jeffrey S. and D'Vera Cohn. 2012. *U.S. Foreign-Born Population: How Much Change from 2009 to 2010?* Washington, DC: Pew Hispanic Center. www.pewhispanic.org/2012/01/09/u-s-foreign-born-population-how-much-change-from-2009-to-2010/.

_____. 2012. *Unauthorized Immigrants: 11.1 Million in 2011.* Washington, DC: Pew Research Center. www.pewhispanic.org/2012/12/06/unauthorized-immigrants-11-1-million-in-2011/.

Passel, Jeffrey S., D'Vera Cohn, and Ana Gonzalez-Barrera. 2013. *Population Decline of Unauthorized Immigrants Stalls, May Have Reversed.* Washington, DC: Pew Research Hispanic Trends Project. www.pewhispanic.org/2013/09/23/population-decline-of-unauthorized-immigrants-stalls-may-have-reversed/.

Snyder, Howard N. 2011. *Arrest in the United States, 1980-2009.* Washington, DC: U.S. Department of Justice. www.bjs.gov/content/pub/pdf/aus8009.pdf.

State of Georgia. House Bill 2, 150th Legislature, May 11, 2009. www.legis.ga.gov/Legislation/20092010/96748.pdf.

U.S. Census Bureau. Undated. Poverty Thresholds by Size of Family and Number of Children. www.census.gov/hhes/www/poverty/data/threshld/.

U.S. Citizenship and Immigration Services (USCIS). 2014. DACA I-821D Accepted, Rejected, Receipts, Approvals, Denials from August 15, 2012 to July 20, 2014. Unpublished data, on file with authors.

_____. 2014. Frequently Asked Questions, updated June 5, 2014. www.uscis.gov/humanitarian/consideration-deferred-action-childhood-arrivals-process/frequently-asked-questions.

_____. 2014. *Characteristics of Individuals Requesting and Approved for Deferred Action for Childhood Arrivals (DACA).* Washington, DC: USCIS. www.uscis.gov/sites/default/files/USCIS/Humanitarian/Deferred%20Action%20for%20Childhood%20Arrivals/USCIS-DACA-Characteristics-Data-2014-7-10.pdf.

_____. Consideration of Deferred Action for Childhood Arrivals Fee Exemption Guidance, last updated July 10, 2014. www.uscis.gov/forms/forms-and-fees/consideration-deferred-action-childhood-arrivals-fee-exemption-guidance.

U.S. Department of Education, National Center for Education Statistics, Institute of Education Sciences. 2014. *Public High School Four-Year On-Time Graduation Rates and Event Dropout Rates: School Years 2010-11 and 2011-*12. Washington, DC: U.S. Department of Education. http://nces.ed.gov/pubs2014/2014391.pdf.

U.S. Department of Homeland Security, Office of Immigration Statistics. 2013. *Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2012.* Washington, DC: DHS Office of Immigration Statistics. www.dhs.gov/sites/default/files/publications/ois_ill_pe_2012_2.pdf.

U.S. Department of Homeland Security (DHS) Ombudsman. 2012. Ombudsman Update: Advance Parole Tips, last updated July 16, 2012. www.dhs.gov/ombudsman-update-advance-parole-tips.

White House, Office of the Press Secretary. 2014. Remarks by the President on Border Security and Immigration Reform, June 30, 2014. www.whitehouse.gov/the-press-office/2014/06/30/remarks-president-border-security-and-immigration-reform.

**MIGRATION POLICY INSTITUTE**

# About the Authors



**Jeanne Batalova** is a Senior Policy Analyst at the Migration Policy Institute. Her areas of expertise include the impacts of immigrants on society and labor markets; social and economic mobility of first- and second-generation youth and young adults; and the policies and practices regulating immigration and integration of highly skilled workers and foreign students in the United States and other countries. She is also Manager of MPI's Data Hub, a one-stop, web-based resource that provides instant access to the latest facts, statistics, and maps covering US and global data on immigration and immigrant integration.

Dr. Batalova co-authored *Up for Grabs: The Gains and Prospects of First- and Second-Generation Young Adults*; *DREAM vs. Reality: An Analysis of Potential DREAM Act Beneficiaries*; *Uneven Progress: The Employment Pathways of Skilled Immigrants in the United States*; *Immigration: Data Matters*; and *Measures of Change: The Demography and Literacy of Adolescent English Learners*, among other publications. Her book, *Skilled Immigrant and Native Workers in the United States*, was published in 2006.

She earned her PhD in sociology, with a specialization in demography, from the University of California, Irvine; an MBA from Roosevelt University; and bachelor of the arts in economics from the Academy of Economic Studies, Chisinau, Moldova.



**Sarah Hooker** is a Policy Analyst at the Migration Policy Institute's National Center on Immigrant Integration Policy, where she focuses on research and policy analysis related to education, workforce development, and language acquisition. She manages MPI's field-based research on efforts to promote the high school completion, postsecondary success, and economic advancement of English Language Learners (ELLs) and immigrant youth.

Prior to joining MPI, she worked with the American Youth Policy Forum on issues and policies related to college- and career readiness, education access, and success for students from under-represented groups. She focused on the education of ELLs and facilitated the dissemination of research and policy recommendations for better serving this population.

Ms. Hooker holds a master's degree from the University of Chicago's School of Social Service Administration and a bachelor's degree in Latin American studies from Pomona College in Claremont, CA.

**Randy Capps** is Director of Research for U.S. Programs at the Migration Policy Institute. His areas of expertise include immigration trends, the unauthorized population, immigrants in the U.S. labor force, the children of immigrants and their well-being, and immigrant health-care and public benefits access and use.

Dr. Capps, a demographer, has published widely on immigrant integration at the state and local level, including profiles of immigrant populations in Arkansas, Connecticut, and Maryland, as well as Los Angeles, Washington, DC, Louisville, KY, and Napa County, CA. He also has examined the impact of the detention and deportation of immigrant parents on children.

Prior to joining MPI, Dr. Capps was a researcher in the Immigration Studies Program at the Urban Institute (1993-96, and 2000-08).

He received his PhD in sociology from the University of Texas in 1999 and his master of public affairs degree, also from the University of Texas, in 1992.

App. 0119



 **James D. Bachmeier** is an Assistant Professor of Sociology at Temple University. His research focuses on the social and economic incorporation of immigrants in the United States and other major immigrant-receiving countries. His research has primarily concentrated on assessing and interpreting the integration of the U.S. Mexican-origin population using social-demographic methods and data.

Dr. Bachmeier has been published in journals such as *Social Forces*, *Social Science Research*, and *International Migration Review*.

He received his bachelor's in philosophy and literature from St. Mary's University in Texas, and master's and PhD degrees in sociology from the University of California, Irvine.



The Migration Policy Institute is a nonprofit, nonpartisan think tank dedicated to the study of the movement of people worldwide. MPI provides analysis, development, and evaluation of migration and refugee policies at the local, national, and international levels. It aims to meet the rising demand for pragmatic and thoughtful responses to the challenges and opportunities that large-scale migration, whether voluntary or forced, presents to communities and institutions in an increasingly integrated world.

# www.migrationpolicy.org

1400 16th Street NW
Suite 300
Washington, DC 20036

Tel: 001 202-266-1940
Fax: 001 202-266-1900



App. 0121