# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 1:14-cv-00254

## DECLARATION OF MICHAEL BERNDT

I, Michael Berndt, have personal knowledge of the following facts and declare:

1. I am the Chief Legal Counsel for the Wisconsin Department of Safety and Professional Services. I provide legal representation to the Department and provide legal advice to the Department on legal issues, including licensure eligibility.

2. The Wisconsin Department of Safety and Professional Services is an agency of the State of Wisconsin. The Department protects the citizens of Wisconsin by the ensuring safe and competent practice of licensed professionals and safe and sanitary conditions in public and private buildings. The Department and the attached professional licensing

- 2 –

boards credential and regulate more than 200 different types of credentials. The total number of active professional and trades credentials issued by the Department is nearly 400,000 with approximately 70,000 new applications received every two years.

3. Applicants for professional credentials must certify that they are lawfully present in the United States as determined under federal law. If an applicant is not lawfully present in the United States, then they are not eligible for a professional credential.

4. If the federal government determines an individual is lawfully present in the United States, then the person is lawfully present for purposes of the Department of Safety and Professional Services and may be issued a professional license. The Executive Order expanding deferred action makes individuals covered by the Executive Order lawfully present in the United States and therefore eligible for a professional license issued by the Department.

5. The standard new application fee for a professional credential is $75.00. This is the approximate amount it costs the Department to process a new application and is the approximate amount the Department will bear for each applicant made lawfully present by the Executive Order who submits an application for a professional credential.

- 3 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2014.

*/s/ Michael Berndt*

Michael Berndt, Chief Legal Counsel
Department of Safety and Professional Services