# EXHIBIT 8

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: !!!IMPORTANT DACA MESSAGE!!! |
| **Date:** | Wednesday, November 14, 2012 12:03:41 PM |
| **Importance:** | High |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, (b) (6)
Bloomington, MN 55425
(b) (6)        (b) (6)        ✉ (b) (6)

**From:** Dooley, Sharon V
**Sent:** Friday, November 09, 2012 12:07 PM
**To:** # SPM Field Office
**Subject:** FW: !!!IMPORTANT DACA MESSAGE!!!
**Importance:** High

FYI

*Sharon Dooley*
Sharon Dooley
Field Office Director
U.S. Citizenship and Immigration Services
Saint Paul
Office:    (b) (6)    // BB:    (b) (6)

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO)  It contains information that may be exempt from public release under the Freedom of Information Act (5 U S C  552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator  If you are not the intended recipient please contact the originator for disposition instructions

🌱 **Go Green!  Please do not print this e-mail unless it is completely necessary.**

**From:** Gallagher, Kevin E
**Sent:** Friday, November 09, 2012 11:22 AM
**To:** Langton, Lynn M; Brecht, Jeffrey T; Dedvukaj, Mick; Douglas, David M; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Mather, Robert B; Ortiz, Mario R; Pietropaoli, Lori A; Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dooley, Sharon V; Hamilton, Ricky W; Kammerer, Larry B; Kent, Jeanne M; Klinger, Michael J; Lambrecht, Andrew M; Lee, Kamsing V; Leopold, Kay F; Lopez, Antonio; McNeer, Laura K; Medina-Maltes, Martha E; Moyer, Chester S; Perry, Michelle C; Pratt, Caroline R; Reynolds, Patti J; Siegl, Mark T; Tarango, Tracy; Tasch, Helaine S
**Cc:** Habtu, Gebre E; Dyer, LaToya S; Watkins, Jay C; Hawthorne, Thomas E; Smith, John H; Russell, Jacquelyn B; Quarantillo, Andrea J; Garman, Gary G
**Subject:** FW: !!!IMPORTANT DACA MESSAGE!!!
**Importance:** High

All,

Please hold all DACA cases until further notice.

App. 0127

Obtained via FOIA by Judicial Watch, Inc.

**Kevin E. Gallagher** | **Assistant Regional Director, Adjudications** | DHS|USCIS|Central Regional Office| ☎ : (b) (6)
📠: (b) (6)    ✉: (b) (6) , WARNING: This message is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552) This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.

**From:** Harrison, Julia L
**Sent:** Friday, November 09, 2012 11:05 AM
**To:** Renaud, Tracy L; Goodwin, Shelley M; Redman, Kathy A; Tierney, Terry; Quarantillo, Andrea J; Garman, Gary G; Gallagher, Kevin E; Muzyka, Carolyn L; Woo, Ellen Y; Cowan, Robert M; Robinson, Terri A; Tauchen, Robert B
**Cc:** Monica, Donald J; Campagnolo, Donna P
**Subject:** !!!IMPORTANT DACA MESSAGE!!!

Hi Everyone. ==Please put DACA work on hold until further notice.== Field Office should not conduct training or schedule any cases & NBC should not send any more cases to the field.

[ (b) (5) ]

Julia L. Harrison
Chief, Operations Division
Field Operations Directorate
111 Massachusetts Ave.
(b) (6)

App. 0128

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| From: | Dooley, Sharon V |
| To: | #_SPM ISO |
| Subject: | FW: Changes to NBC Process |
| Date: | Thursday, October 25, 2012 5:39:31 PM |

Please see the link below. The NBC Connect page is an excellent resource for obtaining the latest information on their "lean & lite" process and what you may expect to find when files are received at our office. As you are already aware they will not be as complete and interview ready as we are used to seeing. This is a temporary situation – I just can't tell you when things will revert back to the way they used to be.

*Sharon Dooley*
Sharon Dooley
Field Office Director
U.S. Citizenship and Immigration Services
Saint Paul
Office: (b) (6)   // BB: (b) (6)

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO) It contains information that may be exempt from public release under the Freedom of Information Act (5 U S C 552) This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator If you are not the intended recipient please contact the originator for disposition instructions

🌱 **Go Green! Please do not print this e-mail unless it is completely necessary.**

---

**From:** Douglas, David M
**Sent:** Tuesday, October 23, 2012 9:59 AM
**To:** Moyer, Chester S; Pratt, Caroline R; Perry, Michelle C; Coates, Timothy S
**Cc:** Webb, Russell L; Dooley, Sharon V; Zarybnicky, Kenneth A
**Subject:** Changes to NBC Process

The NBC Connect page has a good description of how their process has changed recently to accomodate the additional work coming in from DACA-related shifts of resources. Please ensure that your staff are familiar with these changes so that you can anticipate cases that may not appear to be as complete and interview-ready as what we have seen in the past. Please stress that this is a temporary condition until the NBC staffs up and they can resume some of the pre-interview work they have done traditionally.

Here is the link:

(b) (7)(E)

DD.

Obtained via FOIA by Judicial Watch, Inc.

Newman, Edward A

| | |
|---|---|
| **From:** | Saucier, Shawn A |
| **Sent:** | Wednesday, October 03, 2012 1:41 PM |
| **To:** | #NER-ASCM-LIST |
| **Cc:** | #NER-DD-FOD-COS; #NER SISOs and Section Managers; Goodwin, Shelley M; Kern, Suzanne C; Maxim, Melissa W; Bibona, Lisa M; O'Neill, Anne M |
| **Subject:** | Reminder - Processed DACA Requestors as Code-3 |

ASC ISO,

This is a reminder that, with the exception of those under the age of 14, individuals appearing for biometric processing based on a pending Form I-821D, Consideration of Deferred Action for Childhood Arrivals (DACA) will be processed for biometrics as a Code – 3 in accordance with the Application Support Center Standard Operating Procedures (ASC SOP).

DACA requestors under the age of 14 will be processed for biometrics as a Code – 2 in accordance with the ASC SOP.

**Background**
The USCIS Service Centers responsible determining requests for consideration of DACA requests continue to report that some requestors are being processed for biometrics as Code – 2 instead of Code - 3.

The procedures and requirements for processing Code - 3 and Code – 2 biometric appointments are provided in Chapter 5 and Chapter 4 of the ASC SOP, respectively. The ASC SOP is available at the following link:

(b) (7)(E)

Please let me know if you have any questions or concerns. Thank you.

**Shawn Saucier**
Immigration Services Officer
U.S. Citizenship and Immigration Services
Northeast Regional Office - Adjudications
Tele: (b) (6)
Fax: (b) (6)

1

App. 0130

Obtained via FOIA by Judicial Watch, Inc.

Jeffers, Lee B

**Subject:** FW: Identification for I-821D/DACA appointments at an ASC FOIA
**Attachments:** Redacted 821D Notice.pdf

**From:** Jafer, Halide (Holly)
**Sent:** Wednesday, October 03, 2012 11:16 AM
**To:** Kern, Suzanne C; Goodwin, Shelley M; #NER-ASCM-LIST; Tierney, Terry; Bace, Philip; #SER-ASCM-LIST; Gallagher, Kevin E; Watkins, Jay C; #CRO-ASCM-LIST; Woo, Ellen Y; Cone, Richard K; #WRO-ASCM-LIST
**Cc:** Hope, Leslie K; Campagnolo, David; Weidemann, James A; Sartini, Ronald; Munoz-Lair, Anna; James, Ja-Nel C; Harrison, Julia L
**Subject:** Identification for I-821D/DACA appointments at an ASC

**_Please be reminded of the identification guidance/requirements as stated in Section 2.B of the ASC ISO SOP and on the I-821D appointment notice._** _For your convenience, a copy of the I-821D appointment notice is attached._

### Section 2.B: Applicant Identification, Name Guidance, and Forms

*Applicant Identification:* The following table provides a matrix of identification requirements for various applications and the actions to be taken if the applicant cannot provide acceptable identification.

| Application Type | Acceptable ID without ASC ISO Approval | Action to be taken if no acceptable ID |
|---|---|---|
| N – 400* | • Form I – 551 Permanent Resident Card or,<br>• Passport with ADIT stamp. | Refer to ASC ISO |
| All Others to include I-821D | • USCIS-issued photo ID or,<br>• State-issued driver's license or,<br>• State-issued ID card or,<br>• Any country's official ID (passport, driver's license) or,<br>• Military photo identification. | Refer to ASC ISO |

\* See Chapter 7, Benefit Procedure – Special Cases, for N - 400 applicant supplemental processing requirements.

Biometric processing should **not** be refused solely because an applicant does not present an acceptable ID. The ASC ISO may accept secondary forms of identification as proof of identity. Using Fraudulent Document Detection techniques and years of immigration experience, an ASC ISO can usually discern the validity of the applicant's identification. ASC ISOs shall conduct Central Index System (CIS) and/or Computer Linked Application Information Management System, version 4.0 (CLAIMS-4) and CLAIMS Mainframe checks to verify the identity of applicants that present questionable identification. ASC ISOs may also question applicants about their immigration history and biographical background. If the ASC ISO is unavailable and a questionable identity document arises, the Site Supervisor shall inform the applicant that s/he can either wait until the ASC ISO returns to be processed, or s/he may return at a later time. The ASC ISO shall **not** approve

1

Obtained via FOIA by Judicial Watch, Inc.

the processing of applicants presenting questionable identity documents without <u>personally inspecting the original documents</u>.

If the ASC ISO is able to confirm the applicant's identity, s/he should write "Identity Confirmed" and place her/his initials in the top left hand margin of the applicant's AIW and return all documents to the Guard/Receptionist. Once the ASC ISO has confirmed the applicant's identity, there is no requirement to repeat the process. The ASC ISO's initials on the applicant's AIW will serve as notice to the receptionist, biometrics technician, and Site Supervisor that the ASC ISO is aware of the applicant's ID and that the ASC ISO has confirmed the applicant's identity. If the ASC ISO is unable to confirm the applicant's identity, the ASC ISO should dismiss the applicant and instruct her/him to return to the ASC with valid ID. Alternatively, the ASC ISO may refer the applicant to the Local Field Office (LFO) for resolution.

**See Chapter 7 for applicant identification guidance for Asylum, I-360, I-914, and I-918 applicants.**

Obtained via FOIA by Judicial Watch, Inc.

| ASC Appointment Notice | APPLICATION NUMBER (b) (6) | | NOTICE DATE (b) (6) |
|---|---|---|---|
| CASE TYPE I821D Consideration of Deferred Action for Childhood Arrivals | SOCIAL SECURITY NUMBER | USCIS A# (b) (6) | CODE 3 |
| | TCR | SERVICE CENTER (b) (6) | PAGE 1 of 1 |

(b) (6)

To process your request, U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR REQUEST WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS FAIRFAX
5949 W. PICO BLVD.
LOS ANGELES, CA 90035

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
(b) (6)

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other requestors must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**
☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, (b) (6) 8850 Richmond Hwy, Alexandria, VA 22309-1586

**APPLICATION NUMBER I**
I821D (b) (6)

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**
Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.
If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

App. 0133

Newman, Edward A

**From:** Wilson, Gwendolyn E
**Sent:** Tuesday, October 02, 2012 9:40 AM
**To:** Bessette, Richard W; Newman, Edward A; Flanagan, Joan M; Delmonte, Aaron J
**Subject:** RE: Report Due COB 10/02/2012 - DACA ASC Turned Away

Same here

---

**From:** Bessette, Richard W
**Sent:** Tuesday, October 02, 2012 8:22 AM
**To:** Newman, Edward A; Wilson, Gwendolyn E; Flanagan, Joan M; Delmonte, Aaron J
**Subject:** RE: Report Due COB 10/02/2012 - DACA ASC Turned Away

We haven't had any turn-aways at Syracuse. I have already responded to the survey with a negative report for us....rb

---

**From:** Newman, Edward A
**Sent:** Tuesday, October 02, 2012 8:18 AM
**To:** Wilson, Gwendolyn E; Flanagan, Joan M; Delmonte, Aaron J; Bessette, Richard W
**Subject:** FW: Report Due COB 10/02/2012 - DACA ASC Turned Away
**Importance:** High

Gwen / Rick:

Please coordinate with contractors – I would like to be first advised before we turn anyone away. Has anyone been turned away during the period described below?

Deadline for report is COB today so please let me know as soon as possible.

Thanks.

Edward A. Newman
Field Office Director
U.S. Citizenship and Immigration Services
Buffalo Field Office
130 Delaware Avenue
Buffalo, New York 14202
 (phone)
(b)(6) (fax)

---

**From:** Saucier, Shawn A **On Behalf Of** NERADJ-REPORTS
**Sent:** Monday, October 01, 2012 4:42 PM
**To:** #NER-DD-FOD-COS
**Cc:** #NER-ASCM-LIST; Goodwin, Shelley M; Kern, Suzanne C; Weber, Jean B; Bibona, Lisa M; O'Neill, Anne M; Maxim, Melissa W; Wells, Vicki L; Cutler, Maegan M
**Subject:** Report Due COB 10/02/2012 - DACA ASC Turned Away
**Importance:** High

Field Leadership,

The USCIS Biometrics Division is requesting field offices continue to provide information on Deferred Action for Childhood Arrival (DACA) requestors who have been turned away from Application Support Center (ASC) on a biweekly basis.

1

App. 0134

Obtained via FOIA by Judicial Watch, Inc.

Every two weeks field offices will report the number of DACA requestors who appear for biometrics collection at an ASC during the previous two week period, but were turned away without fingerprints or photographs being taken. Field offices will also need to provide the reason why the DACA requestor was turned away by the ASC ISO.

## Background

Recently USCIS has begun granting requests for deferred action from certain people who came to the United States as children and meet several key guidelines. As part of the process for requesting deferred action consideration, requestors are asked to appear at an ASC for biometric services.

## Request

Using the attached spreadsheet, *10022012 – DACA ASC Turned Away Report*, please provide information on the DACA requestors turned away from ASCs associated with your field office during the two week period beginning on September 13, 2012 and ending on October 2, 2012. Incidents that occurred on those dates should be included in this report.

Please provide the number of DACA requestors turned away and the reason why in the fields of the attached spreadsheet associated with the ASC where the incident took place.

## Deadline

Please submit the completed spreadsheet via email to the NERADJ-REPORTS Outlook account by **Close of Business (COB) Tuesday, October 2, 2012**. When submitting your response, add the three letter code associated with your field office to the name of the completed spreadsheet and to the subject line of the email. Responses for each ASC are required.

Please let me know if you have any questions or concerns. Thank you.

**Shawn Saucier**
Immigration Services Officer
U.S. Citizenship and Immigration Services
Northeast Regional Office - Adjudications
Tele: (b) (6)
Fax: (b) (6)

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: 2012 ASC ISO Standard Operating Procedure |
| **Date:** | Wednesday, November 14, 2012 12:10:11 PM |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, (b) (6)
Bloomington, MN 55425
(b) (6)       (b) (6)      ✉ (b) (6)

---

**From:** Borges, Luis R
**Sent:** Friday, September 21, 2012 9:12 AM
**To:** # SPM ISO
**Subject:** FW: 2012 ASC ISO Standard Operating Procedure

FYI – ASC SOP changes.

*Luis R. Borges*
**Supervisory Immigration Service Officer**
**U.S. Citizenship and Immigration Services**
**St. Paul Field Office**
2901 Metro Drive (b) (6)
Bloomington, MN 55425
Office (b) (6)
Fax (b) (6)

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO)  It contains information that may be exempt from public release under the Freedom of Information Act (5 U S C  552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator  If you are not the intended recipient please contact the originator for disposition instructions

---

**From:** Watkins, Jay C
**Sent:** Friday, September 21, 2012 9:06 AM
**To:** Adams, Willie R; Barbour, Terrence E; Borges, Luis R; Cannizzaro, Anthony C; Coburn, Fred R; Cook, Bridges; Cox, Mark; Craft, Rory; Cruz, Andres; Davis, Dawn N; Dobbs, Deborah D; Durand, Rissel; Gardner, David J; Garza-McGannon, Rose M; Goetsch, Thomas M; Griffen, Scott A; Hertzing, Ronald L; Hughes, James S; Jansen, Joseph M; Jones, Andre P; Keiss, Cynthia; Kennon, Sheila M; Kilburg-Dagitz, Amy L; Kirschman, Erminia C; Kugler, Nancy L; Markovic-Wolter, Maja; Micks, Elizabeth; Morton, Darrell W; Ortiz, Jose L; Pabon-Martinez, Carlos A; Perez, Jaime V; Phillips, Christopher M; Picazo, Eduardo; Ramos-Reyes, Emily; Rosenthal, Julie M; Saunders, Diana L; Scruggs, Karen D; Sheffield, Trendel M; Shirah, Ross P; Silen, Maria; Steitzer, Angela M; Stephens, Thomas; Tonkovich, Georgeann S; Uithoven, Duane K; Urias, Maria P; Venegas, Arthur; Wilkerson, Robyn S; Wilson, James W; Young, Ruth N
**Cc:** Hawthorne, Thomas E; Gallagher, Kevin E; Garman, Gary G; Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dooley, Sharon V; Gallegos, Cheryl L; Hamilton, Ricky W; Kent, Jeanne M; Klinger, Michael J; Lambrecht, Andrew M; Lee, Kamsing V; Leopold, Kay F; Lindauer, Dana J; Lopez, Antonio; Loutas, Aphrodite G; McNeer, Laura K; Medina-Maltes, Martha E; Moyer, Chester S; Mueller-Cantu, Elaine M; Nicholas, Tommie; Perry, Michelle C; Pratt, Caroline R; Reynolds, Patti J; Siegl, Mark T; Tarango, Tracy; Tasch, Helaine S; Verderosa, Geoffrey J
**Subject:** FW: 2012 ASC ISO Standard Operating Procedure

fyi

**App. 0136**

Obtained via FOIA by Judicial Watch, Inc.

Regards,

Jay Watkins|DHS-USCIS|Central Regional Office|
4500 Fuller Drive
Irving, TX 75038

(b) (6)

---

**From:** Weidemann, James A
**Sent:** Thursday, September 20, 2012 2:34 PM
**To:** Santos-Krider, JesseLee A; Kern, Suzanne C; Maxim, Melissa W; Bace, Philip; Tierney, Terry; Watkins, Jay C; Cone, Richard K; Woo, Ellen Y; White, Carla; Dickson, Bruce
**Cc:** Jafer, Halide (Holly); Campagnolo, David; Hope, Leslie K; Munoz-Lair, Anna; Harrison, Julia L; Boyajian, Michael; Gatlin, Jesse C (CTR)
**Subject:** 2012 ASC ISO Standard Operating Procedure

Regional POC's,

The revised 2012 ASC ISO Standard Operating Procedures is posted and ready for dissemination on the USCIS Biometrics Division Connect site. You will find changes listed below in regards to sections that have received major revisions. BD Operations has also worked the SOP in terms of minor revisions, word-smithing, and changes based on Field Office Directorate feedback and comments.

(b) (7)(E).

Please disseminate accordingly.

**2012 SOP Major Changes**



(b) (5)

App. 0137

Obtained via FOIA by Judicial Watch, Inc.



Best Regards,

James

James Weidemann
Adjudications Officer
Biometrics Division, Enterprise Services Directorate
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
Office: (b) (6)

App. 0138

| | |
|---|---|
| From: | Muzyka, Carolyn L |
| To: | Corsano, Anne Arries; Looney, Robert V; Jordan, Mari D; Pierre, Paul M; Kramar, John; Gulick, David G |
| Cc: | Woo, Ellen Y; Valeika, Richard T; Rust, Maureen |
| Subject: | FW: SOP |
| Date: | Friday, September 07, 2012 1:00:39 AM |
| Attachments: | DACA_SOP_8-30-2012_1149am.pdf |

WR Team,

We had a chance to meet with Rosemary and the CSC staff yesterday to chat about DACA. They are in the process of training their staff on the new SOP and are continuing to work on their existing workload pending the arrival of the DACA cases which can start to appear as soon as September 20. Ten thousand have been uploaded into SNAP of which 5830 are scheduled for ASC appointments for September 17.

Here are some additional tidbits of info:


(b) (5)

I asked Rosemary if she or a member of her staff would like to join a conference call with all of you. She has assigned one of her staff to participate on the weekly Adjudications call to be available to answer questions.

Jerry Rigdon, HQ SCOPS, was kind enough to forward to me the draft DACA SOP as it was provided to those attending the "train the trainer" workshop in DC last week. He cautioned that tweaks and minor edits for clarity are being made as a result of questions/concerns they are encountering as they train officers at the four Service Centers this week and next.

I also had a chance to chat with Terri Robinson from the NBC today. She shared the following info:


(b) (5)

Obtained via FOIA by Judicial Watch, Inc.



(b) (5)

We can discuss all this a little more on Tuesday's call.

Carolyn

---

**From:** Rigdon, Jerry L
**Sent:** Wednesday, September 05, 2012 6:09 PM
**To:** Muzyka, Carolyn L
**Cc:** Melville, Rosemary; Velarde, Barbara Q
**Subject:** Fw: SOP

Hello Carolyn:

It was nice meeting you this afternoon.

As you review the document, please don't hesitate to let me know if you have any questions.

Jerry

---

**From**: Roman-Riefkohl, Guillermo
**Sent**: Wednesday, September 05, 2012 02:06 PM
**To**: Rigdon, Jerry L
**Subject**: RE: SOP

Jerry,

I've attached the SOP from last Friday. Let me know if you need anything else.

Thank you.

**App. 0140**

Obtained via FOIA by Judicial Watch, Inc.

guillermo

Guillermo Roman-Riefkohl
Adjudications Officer
Family and Status Branch
SCOPS/USCIS/DHS
20 Massachusetts Avenue NW
Washington, DC 20529
T:　　(b) (6)
BlackBerry:　　(b) (6)

---

**From:** Rigdon, Jerry L
**Sent:** Wednesday, September 05, 2012 2:04 PM
**To:** Roman-Riefkohl, Guillermo
**Subject:** SOP

Guillermo:

Will you please e-mail me the version of the SOP from last Friday?

Thanks!