# EXHIBIT 9

App. 0142

Obtained via FOIA by Judicial Watch, Inc.

**From:** Woo, Ellen Y
**Sent:** Monday, November 05, 2012 5:45 PM
**To:** Alby, Nancy J; Barrett, Robin L; Bawden, Kenneth D; Biggs, Michael C; Bilello, Michael; Brown, Keith M; Cass, William R; Castillo, Ramon; Charbonneau, Terry J; Chau, Anna K; Chiang, James Y; Corsano, Anne Arries; Coven, Phyllis A; Crawford, Jonathan E; Doody, Bernadette A; Dougherty, Linda M; Erfan, Anita C; Flores, Martha V; Gallmann, Al III; Garcia, Anita E; Green, Stephen P; Guadamuz, Carlos A Jr; Guerra, Juan J; Gulick, David G; Harrell, Charles B; Holston, Leander B; Jordan, Mari D; Kahren, Elizabeth M; Keller, Carol L; Killian-Larios, Maureen E; Kramar, John; Langlais, Shelly E; Leigh, Leanne J; Lester, David; Looney, Robert V; Lu, Daphne M; Lyons, Roland E; Martin, Irene; Materne, Rose G; Miramontes, Joel; Muzyka, Carolyn L; Pierre, Paul M; Prater, Preston W; Ramirez, John M; Rasmusson, Peter L; Rhodie, Richard S; Rust, Maureen; Sahli, Evelyn R; Sherman, Kenneth J; Toro, Monica E; Uribe, Dolores L; Valeika, Richard T; Villasenor, Elizabeth; Walls, Joyce; Weirich, Darvin L; Williams, Rachel; Wolder, Diana M; Wong, Jackie W; Wyrough, James T
**Cc:** Muzyka, Carolyn L; Rust, Maureen; Sanders, Robert A; Duvall, James; Campos, Linda J; Cone, Richard K; Dickson, Bruce; Franklin, Shelia D; Gaggiano, Michael J; Grewal, Jasbir S; Kentfield, Lynn; Peeples, Shirley F; Soo, Cyndie R; Tang, Michael W; UM, Tae H; VanDenBergh, Rebecca; White, Carla; Young, Korie A; Zug, Renee H
**Subject:** DACA Cases from the NBC

**Importance:** High

**Attachments:** I-821 DACA Coversheet.docx.docx; 10-26-12 Final DACA to Field (3).xlsx.xlsx
Good Evening DDs and FODs,

As discussed during last Wednesday's Operations Conference call, the NBC began shipping the sample DACA cases to the field for interview. These files should be arriving in your field offices this week if they haven't already.

- ASC appointments were scheduled for these cases and the results should be posted by the time the files arrive in the field.
- Each case will have a coversheet indicating it is a DACA file (example attached).

**(b) (7)(E)**

The attached "10-26-2012 Final DACA to Field" Excel spreadsheet contains the number of DACA cases each field office should expect to receive.

Field Offices will be expected to stage 1821D requests transferred to them by the NBC in the following NFTS Section Code ranges:

- AQ 0000 – 3999  Pre Decisional
- AQ 4000 – 5999  3rd Agency
- AQ 6000 – 7999  Decisional
- AQ 8000 – 9999  Post Decisional

Please hold these cases until you receive further guidance on how to proceed with the interviews.

**(b) (7)(E)**

Obtained via FOIA by Judicial Watch, Inc.

adjudication and reporting of these cases in ePAS and the PRT.

We expect to issue guidance to the field early this week.

Questions and concerns may be directed to me and Robert Sanders via email or at ▓▓ (b) (6) ▓▓ or ▓▓ (b) (6) ▓▓ respectively.

Thank you,

Ellen

*Ellen Y. Woo*
Associate Regional Director, Operations
DHS/USCIS, Western Region
24000 Avila Road ▓▓ (b) (6) ▓▓
Laguna Niguel, CA 92677
▓▓ (b) (6) ▓▓  desk
▓▓ (b) (6) ▓▓  fax
▓▓ (b) (6) ▓▓

Obtained via FOIA by Judicial Watch, Inc.

**Adams, Kim**

| | |
|---|---|
| **From:** | Garman, Gary G |
| **Sent:** | Friday, August 10, 2012 3:13 PM |
| **To:** | Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Connor, William; Conway, Michael J; Dedvukaj, Mick; Dooley, Sharon V; Douglas, David M; Enis, Jill S; Garman, Gary G; Hamilton, Ricky W; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Klinger, Michael J; Lambrecht, Andrew M; Lee, Kamsing V; Leopold, Kay F; Lopez, Antonio; Loutas, Aphrodite G; Mather, Robert B; McNeer, Laura K; Medina-Maltes, Martha E; Moyer, Chester S; Mueller-Cantu, Elaine M; Olivares, Jose R; Ortiz, Mario R; Perry, Michelle C; Pietropaoli, Lori A; Pratt, Caroline R; Reynolds, Patti J; Sheive, Kristy A; Stark, Laura; Tarango, Tracy; Tasch, Helaine S; Verderosa, Geoffrey J; Webb, Russell L; Zarybnicky, Kenneth A |
| **Cc:** | Cowan, Robert M; Langton, Lynn M; Brecht, Jeffery T; Gallagher, Kevin E; Habtu, Gebre E; Watkins, Jay C; Russell, Jacquelyn B; Hawthorne, Thomas E |
| **Subject:** | FBI Name Check and DACA |

(b) (7)(E)

Regards,

**Gary Garman|Associate Regional Director, Operations|**DHS|USCIS|Central Regional Office| ☎: (b) (6) 🖨: (b) (6) | ✉:
(b) (6) WARNING: This message is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552) This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.



**From:** Harrison, Julia L
**Sent:** Friday, August 10, 2012 12:45 PM
**To:** Woo, Ellen Y; Campagnolo, Donna P; Robinson, Terri A; Renaud, Tracy L; Redman, Kathy A; Cowan, Robert M; Muzyka, Carolyn L
**Cc:** Tauchen, Robert B; Garman, Gary G; Goodwin, Shelley M; Dean, Kimberly D; Clum, Teresa; Blackwood, Robert L
**Subject:** RE: DACA G-56 Call-in letter

(b) (7)(E)

Julia L. Harrison
Chief, Operations Division
Field Operations Directorate
111 Massachusetts Ave.

(b) (6)

App. 0145

Obtained via FOIA by Judicial Watch, Inc.

**From:** Woo, Ellen Y
**Sent:** Friday, August 10, 2012 1:35 PM
**To:** Campagnolo, Donna P; Robinson, Terri A; Renaud, Tracy L; Redman, Kathy A; Cowan, Robert M; Muzyka, Carolyn L
**Cc:** Harrison, Julia L; Tauchen, Robert B; Garman, Gary G; Goodwin, Shelley M; Dean, Kimberly D; Clum, Teresa; Blackwood, Robert L
**Subject:** RE: DACA G-56 Call-in letter

I have one question for the group. I am not sure if this has been discussed or addressed in any of the documents we have seen to date.

**(b) (5)**

Thanks,

Ellen


*Ellen Y. Woo*
Associate Regional Director, Operations
DHS/USCIS Western Region
24000 Avila Road **(b) (6)**
Laguna Niguel, CA 92677
**(b) (6)** desk
**(b) (6)** fax
**(b) (6)**

2

App. 0146

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Rucienski, Jason S |
| **To:** | Valeika, Richard T |
| **Subject:** | DACA Background Checks |
| **Date:** | Wednesday, November 14, 2012 2:21:17 PM |
| **Attachments:** | DACA Background Checks.pdf |

Rich,

Attached is the outline of our training materials on Background/Security checks.

**Jason S. Rucienski**
**Senior Immigration Services Officer**
**USCIS San Francisco Field Office**
**(b) (6)**

Obtained via FOIA by Judicial Watch, Inc.

Deferred Action for Childhood Arrivals

## VII. Background & Security Checks



(b) (7)(C), (b) (7)(E)

App. 0148

Obtained via FOIA by Judicial Watch, Inc.

Deferred Action for Childhood Arrivals

### 99 – BCU FlowChart

Flow chart indicates overview of the background check process once potentially derogatory information has been identified as a result of the security checks or from other sources.



(b) (7)(E)

### 100 - Alias and Date of Birth Search



(b) (7)(C), (b) (7)(E)

App. 0149

Obtained via FOIA by Judicial Watch, Inc.

Deferred Action for Childhood Arrivals

**101, 102 - Background & Security Checks (Continued)**
Does the Information Belong to the Requestor?



(b) (7)(C), (b) (7)(E)

App. 0150

Obtained via FOIA by Judicial Watch, Inc.

Deferred Action for Childhood Arrivals

106 - Types of TECS Hits

(b) (7)(C), (b) (7)(E)

| From: | Yeager-Bowser, Keri |
|---|---|
| To: | Basurto, Malu; Campbell, Marcella V; Charles, Deborah L; Diaz, Marianela; Dlugoszewski, Carly L; Freitas, Gary S; Hinds, Mary L; Marmar, Bruce L; McCrary, Cassandra E; Melton, K E; Miller, Bertha A; Modrell, Teresa A; Munroe, Alison L; Olson, Susan W; Reiff, William I; Sandino, Karina T; Velez, Leida V |
| Cc: | Allain, Jeannie L; Ashley, Tina J; Bae, Connie J; Baranowski, Katherine L; Barnes, Judith L; Black, Stephanie G; Borjal, Ely P; Brinkworth, Gerry J; Bryan, Sherecia D; Buono, Paul M; Cassidy, Berta M; Castro, Anouchka; Cavanaugh, Daniel M; Cintron, Roberto; Coca, Maria B; Collins, Roxroy A; Conner, Lorelie C; Cordero, Angelica; Crockett, Stanley W; Dalziel, Karen L; Dang, Tuan; De Jesus, Elba M; Dean, Kimberly D; DeBoe, Mayburn E; Dennis, Lynuel W; Diaz, Marta M; Diaz, Natalie; Espinosa-Garcia, Juliette; Fernandez, Lourdes M; Fernandez, Rosalinda; Finnerty, Meryl M; Fletcher, James C; Flint, Donna K; Garcia, Iris M; Gonzalez-Ferrer, Deliana; Guerrero, Geraldine C; Hackbarth, Joseph M; Harrison, Haydee M; Hesles, Monica M; Hill, Robert O; Iglesias, Margaret; Iniguez, Nancy M; Janssen, Warren; Johnson, Cheryl L; Jordan-Starks, Ann Marie; Karabiyik, Elva A; Kernan, Joseph E; Kerns, Kevin J; Killian, Scott S; Koch, Steven P; Krawczyk, Michael A; Lassen, Brett H; Lopez-Tome, Eileen E; Magana, Erma C; Mansfield, Roketa E; Marmar, Bruce L; Marzewski, Kim R; Maus, Maria J; Meeker, Leslie A; Mendez, Gladys M; Morrow, Meredith A; Muirhead, Suzanne A; Muttuswamy, Sivaloganathan L; Naranjo, Maria; Nunez, Rodolfo P; Olguin, Christina; Olson, Susan W; Onyango, Paul O; Ortiz, Joyce M; Ow, Alanna; Pecinovsky, Steven; Pimentel, Fausto; Ramos, Michelle O; Randall, Shelly D; Rinehart, Brett R; Robertson, Lisa J; Rodriguez, Ileana; Rodriguez, Luis A; Rodriguez, Marcia P; Ruggiero, Phyllis; Sandino, Karina T; Sankar, Gina M; Sapko, Jeffrey M; Sewall, Amanda F; Seymour-Carter, Elvira T; Smith, Kristen J; Soto, Maritza P; Stulz, Enid; Tavel, Maria; Thornton, Bobby C; Tilley, Peter S; Veiga, Ashtin M; Verderosa, Geoffrey J; Weselmann, Jay; Whaling, Carmen M; Wilcox, Wendy M; Dorochoff, Ruth A; Frazier, Denise M; Gomez, Cindy N; Swacina, Linda; Tierney, Terry; Iglesias, Margaret; Carson, Darren P |
| Subject: | Field Operations DACA SOP and training materials |
| Date: | Monday, November 05, 2012 12:59:42 PM |

DACA POCS and Field Leadership—

The Field Operations DACA SOP and training presentation are now available on (b) (7)(E)   When you click on this link you will see the DACA SOP and training presentation links on the right hand side of the page.

The entire DACA process is captured in this SOP; however, Chapter 3 (Page 19) begins the summary of the process flow for the DACA Filings.  On page 22 (Step 10) there is an explanation of the responsibilities of the field offices in this process.  Once field offices receive the files they will manually schedule the cases for an interview within a week of their arrival for 45 days out.  If an RFE needs to be issued, then the officer will do so following established RFE procedures.  DACA requests will be adjudicated within ICMS.

Chapter 8 (beginning on Page 44) discusses the adjudication of a DACA request including evaluating the evidence to determine if the guidelines have been met, RFE and NOID procedures, what to do if an A-file is unobtainable, mandatory system searches, as well as adjudicating the DACA request in light of criminal, fraud and TECS issues.

Chapter 9 (beginning on Page 96) highlights the steps to be followed when issuing an RFE, NOID, approvals and denials including when to access and update ICMS.  Please pay close attention to page 100 and review those DACA denials that require supervisory review (i.e. for criminal issues, trips out of the US that were not brief and casual, and if the requestor did not meet the educational requirement).  A supervisory hold must be placed in ICMS on these cases prior to giving the case to a supervisor for review.

Chapter 10 (Page 105) discusses the post denial process and how a field office should hold a case for 45 days prior to sending the file to the NRC in case the requestor asks for a review of the decision through the SRMT process (discussed in Chapter 13, beginning on page 116).

Obtained via FOIA by Judicial Watch, Inc.

Chapter 12 (beginning on Page 107) discusses the adjudication of the I-765 employment authorization form.  If the DACA request is approved then the EAD should be issued as a C33 and the "valid from" date is the date of approval and the "valid to" date is 2 years minus one day from the date of approval or to the end date of the deferred removal date under DACA, whichever is earlier.

Chapter 14 (beginning on Page 127) discusses the process for terminating a DACA request and Chapter 15 (beginning on Page 130) discusses the adjudication of the I-131 advance parole request.

I am the SER Adjudications POC for DACA issues.  Please contact me if you have any questions.  Thank you.

*Keri Yeager-Bowser*
*Regional Immigration Services Officer*
*390 N. Orange Avenue* (b) (6)
*Orlando, FL 32801*
(b) (6)

---

**From:** Harrison, Julia L
**Sent:** Monday, November 05, 2012 11:30 AM
**To:** Goodwin, Shelley M; Garman, Gary G; Gallagher, Kevin E; Tierney, Terry; Woo, Ellen Y; Upchurch, Evelyn M
**Cc:** Renaud, Tracy L; Muzyka, Carolyn L; Redman, Kathy A; Quarantillo, Andrea J; Robinson, Terri A; Cowan, Robert M; Tauchen, Robert B; Campagnolo, Donna P; Monica, Donald J
**Subject:** DACA material

Good morning everyone.  The DACA SOP & training presentation are now available on Connect.

Julia L. Harrison
Chief, Operations Division
Field Operations Directorate
111 Massachusetts Ave.
(b) (6)

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Bryce, Bunnie |
| **To:** | Campagnolo, Donna P |
| **Cc:** | Benavides, Jaime L |
| **Subject:** | FW: DACA Policy Memo Draft |
| **Date:** | Monday, July 30, 2012 1:14:30 PM |
| **Attachments:** | DACA Memo AFM Draft 7-27-12 (CLEAN).docx |

Donna and Jaime,

Please see attached with comments. ████████████████  (b) (5)  ███████████
████████████

Thank you,

*Bunnie*

*Bunnie Bryce, Esquire*
*Department of Homeland Security*
*United States Citizenship and Immigration Services*
*Field Operations Directorate*
*Fraud Detection & National Security Operations*
*111 Massachusetts Avenue, N.W.*
*Washington, D.C. 20529*

*Telephone*   ██ (b) (6) ████████
*E-Mail*   ████ (b) (6) ████████

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this transmittal in error, please reply immediately to the sender and delete this message. Thank you.*
(\___/)
(='.'=)
(")_(")
~~~~

---

**From:** Benavides, Jaime L
**Sent:** Monday, July 30, 2012 9:06 AM
**To:** Benton, Shelia G; Bryce, Bunnie
**Cc:** Benavides, Jaime L; Harrison, Julia L; Campagnolo, Donna P
**Subject:** FW: DACA Policy Memo Draft

Sheila, Bunnie,

Please review the attached DACA AFM draft memo ████████ (b) (5) ████████
████████████  Please send your comments back to Donna by NLT 2pm.  Thanks.

Obtained via FOIA by Judicial Watch, Inc.

## Jaime

**From:** Campagnolo, Donna P
**Sent:** Monday, July 30, 2012 8:46 AM
**To:** Benavides, Jaime L
**Cc:** Harrison, Julia L
**Subject:** DACA Policy Memo Draft

Jaime:  As discussed, attached is the DACA draft memo.  If you could have some folks take a look and let me know by 2 pm today if we have any concerns.

Thanks

*Donna Campagnolo*
Deputy Associate Director, Field Operations
US Citzenship and Immigration Services
Department of Homeland Security
Phone: (b) (6)
Email: (b) (6)

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Muzyka, Carolyn L |
| **To:** | Corsano, Anne Arries; Looney, Robert V; Jordan, Mari D; Pierre, Paul M; Kramar, John; Gulick, David G |
| **Cc:** | Woo, Ellen Y; Valeika, Richard T; Rust, Maureen |
| **Subject:** | FW: SOP |
| **Date:** | Friday, September 07, 2012 1:00:39 AM |
| **Attachments:** | DACA_SOP_8-30-2012_1149am.pdf |

WR Team,

We had a chance to meet with Rosemary and the CSC staff yesterday to chat about DACA. They are in the process of training their staff on the new SOP and are continuing to work on their existing workload pending the arrival of the DACA cases which can start to appear as soon as September 20. Ten thousand have been uploaded into SNAP of which 5830 are scheduled for ASC appointments for September 17.

Here are some additional tidbits of info:



(b) (5)

I asked Rosemary if she or a member of her staff would like to join a conference call with all of you. She has assigned one of her staff to participate on the weekly Adjudications call to be available to answer questions.

Jerry Rigdon, HQ SCOPS, was kind enough to forward to me the draft DACA SOP as it was provided to those attending the "train the trainer" workshop in DC last week. He cautioned that tweaks and minor edits for clarity are being made as a result of questions/concerns they are encountering as they train officers at the four Service Centers this week and next.

I also had a chance to chat with Terri Robinson from the NBC today. She shared the following info:

(b) (5)

Obtained via FOIA by Judicial Watch, Inc.



(b) (5)

We can discuss all this a little more on Tuesday's call.


Carolyn




**From:** Rigdon, Jerry L
**Sent:** Wednesday, September 05, 2012 6:09 PM
**To:** Muzyka, Carolyn L
**Cc:** Melville, Rosemary; Velarde, Barbara Q
**Subject:** Fw: SOP

Hello Carolyn:

It was nice meeting you this afternoon.

As you review the document, please don't hesitate to let me know if you have any questions.

Jerry

**From**: Roman-Riefkohl, Guillermo
**Sent**: Wednesday, September 05, 2012 02:06 PM
**To**: Rigdon, Jerry L
**Subject**: RE: SOP

Jerry,

I've attached the SOP from last Friday.  Let me know if you need anything else.

Thank you.

Obtained via FOIA by Judicial Watch, Inc.

guillermo

Guillermo Roman-Riefkohl
Adjudications Officer
Family and Status Branch
SCOPS/USCIS/DHS
20 Massachusetts Avenue NW
Washington, DC 20529
T:      (b) (6)
BlackBerry:      (b) (6)

---

**From:** Rigdon, Jerry L
**Sent:** Wednesday, September 05, 2012 2:04 PM
**To:** Roman-Riefkohl, Guillermo
**Subject:** SOP

Guillermo:

Will you please e-mail me the version of the SOP from last Friday?

Thanks!

Obtained via FOIA by Judicial Watch, Inc.

**From:**      Douglas, David M
**To:**        Coates, Timothy S; Dooley, Sharon V; Moyer, Chester S; Perry, Michelle C; Pratt, Caroline R; Webb, Russell L
**Cc:**        Webb, Russell L; Connor, William; Pratt, Charles E
**Subject:**   Deferred Action Q&A
**Date:**      Monday, June 18, 2012 4:23:41 PM
**Attachments:**  Deferred Action Q&A.pdf

Directors,

Please let me know if you have fielded questions in your information rooms about this new process. The region is conducting a call tomorrow morning to discuss.  Apparently, some of the districts closer to the U.S. / Mexico border have been inundated.

Please take a look at these Q & A if you have not already seen them.

DD.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: !!!IMPORTANT DACA MESSAGE!!! |
| **Date:** | Wednesday, November 14, 2012 12:03:41 PM |
| **Importance:** | High |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive,  (b) (6)
Bloomington, MN 55425
(b) (6)       (b) (6)     ✉      (b) (6)

---

**From:** Dooley, Sharon V
**Sent:** Friday, November 09, 2012 12:07 PM
**To:** # SPM Field Office
**Subject:** FW: !!!IMPORTANT DACA MESSAGE!!!
**Importance:** High

FYI

*Sharon Dooley*
Sharon Dooley
Field Office Director
U.S. Citizenship and Immigration Services
Saint Paul
Office:    (b) (6)     // BB:    (b) (6)

---

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO)  It contains information that may be exempt from public release under the Freedom of Information Act (5 U S C  552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator  If you are not the intended recipient please contact the originator for disposition instructions
♻ **Go Green!  Please do not print this e-mail unless it is completely necessary.**

---

**From:** Gallagher, Kevin E
**Sent:** Friday, November 09, 2012 11:22 AM
**To:** Langton, Lynn M; Brecht, Jeffrey T; Dedvukaj, Mick; Douglas, David M; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Mather, Robert B; Ortiz, Mario R; Pietropaoli, Lori A; Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dooley, Sharon V; Hamilton, Ricky W; Kammerer, Larry B; Kent, Jeanne M; Klinger, Michael J; Lambrecht, Andrew M; Lee, Kamsing V; Leopold, Kay F; Lopez, Antonio; McNeer, Laura K; Medina-Maltes, Martha E; Moyer, Chester S; Perry, Michelle C; Pratt, Caroline R; Reynolds, Patti J; Siegl, Mark T; Tarango, Tracy; Tasch, Helaine S
**Cc:** Habtu, Gebre E; Dyer, LaToya S; Watkins, Jay C; Hawthorne, Thomas E; Smith, John H; Russell, Jacquelyn B; Quarantillo, Andrea J; Garman, Gary G
**Subject:** FW: !!!IMPORTANT DACA MESSAGE!!!
**Importance:** High

All,

Please hold all DACA cases until further notice.

Obtained via FOIA by Judicial Watch, Inc.

**Kevin E. Gallagher** | **Assistant Regional Director, Adjudications** | DHS | USCIS | Central Regional Office | ☎ : (b) (6)

☎ : (b) (6)    ✉ : (b) (6)    WARNING: This message is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552) This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.

**From:** Harrison, Julia L
**Sent:** Friday, November 09, 2012 11:05 AM
**To:** Renaud, Tracy L; Goodwin, Shelley M; Redman, Kathy A; Tierney, Terry; Quarantillo, Andrea J; Garman, Gary G; Gallagher, Kevin E; Muzyka, Carolyn L; Woo, Ellen Y; Cowan, Robert M; Robinson, Terri A; Tauchen, Robert B
**Cc:** Monica, Donald J; Campagnolo, Donna P
**Subject:** !!!IMPORTANT DACA MESSAGE!!!

Hi Everyone. <mark>Please put DACA work on hold until further notice.</mark> Field Office should not conduct training or schedule any cases & NBC should not send any more cases to the field.

(b) (5)

Julia L. Harrison
Chief, Operations Division
Field Operations Directorate
111 Massachusetts Ave.
(b) (6)

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: 2012 ASC ISO Standard Operating Procedure |
| **Date:** | Wednesday, November 14, 2012 12:10:11 PM |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, ████ (b) (6) ████
Bloomington, MN 55425
(b) (6) ████   (b) (6) ████   ✉ ████ (b) (6) ████

---

**From:** Borges, Luis R
**Sent:** Friday, September 21, 2012 9:12 AM
**To:** # SPM ISO
**Subject:** FW: 2012 ASC ISO Standard Operating Procedure

FYI – ASC SOP changes.

*Luis R. Borges*
Supervisory Immigration Service Officer
U.S. Citizenship and Immigration Services
St. Paul Field Office
2901 Metro Drive ████ (b) (6) ████
Bloomington, MN 55425
Office ████ (b) (6) ████
Fax ████ (b) (6) ████

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO)  It contains information that may be exempt from public release under the Freedom of Information Act (5 U S C  552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator  If you are not the intended recipient please contact the originator for disposition instructions

---

**From:** Watkins, Jay C
**Sent:** Friday, September 21, 2012 9:06 AM
**To:** Adams, Willie R; Barbour, Terrence E; Borges, Luis R; Cannizzaro, Anthony C; Coburn, Fred R; Cook, Bridges; Cox, Mark; Craft, Rory; Cruz, Andres; Davis, Dawn N; Dobbs, Deborah D; Durand, Rissel; Gardner, David J; Garza-McGannon, Rose M; Goetsch, Thomas M; Griffen, Scott A; Hertzing, Ronald L; Hughes, James S; Jansen, Joseph M; Jones, Andre P; Keiss, Cynthia; Kennon, Sheila M; Kilburg-Dagitz, Amy L; Kirschman, Erminia C; Kugler, Nancy L; Markovic-Wolter, Maja; Micks, Elizabeth; Morton, Darrell W; Ortiz, Jose L; Pabon-Martinez, Carlos A; Perez, Jaime V; Phillips, Christopher M; Picazo, Eduardo; Ramos-Reyes, Emily; Rosenthal, Julie M; Saunders, Diana L; Scruggs, Karen D; Sheffield, Trendel M; Shirah, Ross P; Silen, Maria; Steitzer, Angela M; Stephens, Thomas; Tonkovich, Georgeann S; Uithoven, Duane K; Urias, Maria P; Venegas, Arthur; Wilkerson, Robyn S; Wilson, James W; Young, Ruth N
**Cc:** Hawthorne, Thomas E; Gallagher, Kevin E; Garman, Gary G; Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dooley, Sharon V; Gallegos, Cheryl L; Hamilton, Ricky W; Kent, Jeanne M; Klinger, Michael J; Lambrecht, Andrew M; Lee, Kamsing V; Leopold, Kay F; Lindauer, Dana J; Lopez, Antonio; Loutas, Aphrodite G; McNeer, Laura K; Medina-Maltes, Martha E; Moyer, Chester S; Mueller-Cantu, Elaine M; Nicholas, Tommie; Perry, Michelle C; Pratt, Caroline R; Reynolds, Patti J; Siegl, Mark T; Tarango, Tracy; Tasch, Helaine S; Verderosa, Geoffrey J
**Subject:** FW: 2012 ASC ISO Standard Operating Procedure

fyi

Obtained via FOIA by Judicial Watch, Inc.

Regards,


Jay Watkins|DHS-USCIS|Central Regional Office|
4500 Fuller Drive
Irving, TX 75038

(b) (6)

---

**From:** Weidemann, James A
**Sent:** Thursday, September 20, 2012 2:34 PM
**To:** Santos-Krider, JesseLee A; Kern, Suzanne C; Maxim, Melissa W; Bace, Philip; Tierney, Terry; Watkins, Jay C; Cone, Richard K; Woo, Ellen Y; White, Carla; Dickson, Bruce
**Cc:** Jafer, Halide (Holly); Campagnolo, David; Hope, Leslie K; Munoz-Lair, Anna; Harrison, Julia L; Boyajian, Michael; Gatlin, Jesse C (CTR)
**Subject:** 2012 ASC ISO Standard Operating Procedure

Regional POC's,

The revised 2012 ASC ISO Standard Operating Procedures is posted and ready for dissemination on the USCIS Biometrics Division Connect site. You will find changes listed below in regards to sections that have received major revisions. BD Operations has also worked the SOP in terms of minor revisions, word-smithing, and changes based on Field Office Directorate feedback and comments.

(b) (7)(E)

Please disseminate accordingly.

**2012 SOP Major Changes**



Obtained via FOIA by Judicial Watch, Inc.



Best Regards,

James

James Weidemann
Adjudications Officer
Biometrics Division, Enterprise Services Directorate
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
Office:

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Dooley, Sharon V |
| **To:** | # SPM ISO |
| **Subject:** | FW: Changes to NBC Process |
| **Date:** | Thursday, October 25, 2012 5:39:31 PM |

Please see the link below. The NBC Connect page is an excellent resource for obtaining the latest information on their "lean & lite" process and what you may expect to find when files are received at our office. As you are already aware they will not be as complete and interview ready as we are used to seeing. This is a temporary situation – I just can't tell you when things will revert back to the way they used to be.

*Sharon Dooley*
Sharon Dooley
Field Office Director
U.S. Citizenship and Immigration Services
Saint Paul
Office: ████ (b) (6) ████ // BB: ████ (b) (6) ████

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient please contact the originator for disposition instructions.

♻ **Go Green! Please do not print this e-mail unless it is completely necessary.**

**From:** Douglas, David M
**Sent:** Tuesday, October 23, 2012 9:59 AM
**To:** Moyer, Chester S; Pratt, Caroline R; Perry, Michelle C; Coates, Timothy S
**Cc:** Webb, Russell L; Dooley, Sharon V; Zarybnicky, Kenneth A
**Subject:** Changes to NBC Process

The NBC Connect page has a good description of how their process has changed recently to accomodate the additional work coming in from DACA-related shifts of resources. Please ensure that your staff are familiar with these changes so that you can anticipate cases that may not appear to be as complete and interview-ready as what we have seen in the past. Please stress that this is a temporary condition until the NBC staffs up and they can resume some of the pre-interview work they have done traditionally.

Here is the link:

████████████ (b) (7)(E) ████████████

DD.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: Conference Call Invitation re Deferred Action for July 9 |
| **Date:** | Wednesday, November 14, 2012 12:37:21 PM |
| **Attachments:** | image002.jpg |
| | image003.jpg |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, ▮ (b) (6)
Bloomington, MN 55425
(b) (6) ▮         (b) (6) ▮      ✉      (b) (6) ▮

---

**From:** Garman, Gary G
**Sent:** Friday, July 06, 2012 9:49 AM
**To:** Fuentes-Rivera, Luis O; Adams, Kim; Agin, David A; Badgett, Joe R; Bazzi, Majdie; Berdusis, Marilyn; Burke, James E; Cavazos, Rose M; Cordas, Aimee J; Dillon, Marc W; Egli, Nathan C; Elizondo, Ana R; Ellis, Joyce; Falcon, Fernando; Frost, Carmen L; Gossett, Steve; Hardy, Gwendolyn; Hennig, Evelyn M; Hernandez, Dexter; Hodges, Clinton; Jones, Linda L; Kirschman, Erminia C; Lee, Kamsing V; McCann, Charlene A; McNeer, Laura K; Micks, Elizabeth; Nahle, Claudia; Nickols, Marta M; Pratt, Caroline R; Rogers, Richard W; Soria, Adeline L; St. Louis Congressional Unit; Verderosa, Geoffrey J; Zarybnicky, Kenneth A
**Cc:** Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dedvukaj, Mick; Douglas, David M; Gallagher, Kevin E; Hamilton, Ricky W; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Klinger, Michael J; Leopold, Kay F; Lopez, Antonio; Mather, Robert B; Medina-Maltes, Martha E; Mischke, Mary L; Ortiz, Mario R; Perry, Michelle; Reynolds, Patti J; Tarango, Tracy; Tasch, Helaine S
**Subject:** RE: Conference Call Invitation re Deferred Action for July 9

Per Rachel Ellis at CSPE, this engagement has been postponed.  We will let you know once a new date is confirmed.

Regards,

**Gary Garman | Associate Regional Director, Operations** | DHS | USCIS | Central Regional Office | ☎ : (b) (6)
📠 : (b) (6)    ✉ :    (b) (6)    WARNING:  This message is FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.



---

**From:** Fuentes-Rivera, Luis O
**Sent:** Friday, July 06, 2012 9:47 AM
**To:** Adams, Kim; Agin, David A; Badgett, Joe R; Bazzi, Majdie; Berdusis, Marilyn; Burke, James E; Cavazos, Rose M; Cordas, Aimee J; Dillon, Marc W; Egli, Nathan C; Elizondo, Ana R; Ellis, Joyce; Falcon, Fernando; Frost, Carmen L; Gossett, Steve; Hardy, Gwendolyn; Hennig, Evelyn M; Hernandez, Dexter;

Obtained via FOIA by Judicial Watch, Inc.

Hodges, Clinton; Jones, Linda L; Kirschman, Erminia C; Lee, Kamsing V; McCann, Charlene A; McNeer, Laura K; Micks, Elizabeth; Nahle, Claudia; Nickols, Marta M; Pratt, Caroline R; Rogers, Richard W; Soria, Adeline L; St. Louis Congressional Unit; Verderosa, Geoffrey J; Zarybnicky, Kenneth A
**Cc:** Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dedvukaj, Mick; Douglas, David M; Gallagher, Kevin E; Garman, Gary G; Hamilton, Ricky W; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Klinger, Michael J; Leopold, Kay F; Lopez, Antonio; Mather, Robert B; Medina-Maltes, Martha E; Mischke, Mary L; Ortiz, Mario R; Perry, Michelle; Reynolds, Patti J; Tarango, Tracy; Tasch, Helaine S
**Subject:** FW: Conference Call Invitation re Deferred Action for July 9

Good Morning Central Region Liaisons

Please distribute this invite to the congressional delegation in jurisdiction.

V/R



Congressional Liaison Specialist
Central Region Congressional Lead (Acting)
USCIS Office of Legislative Affairs
20 Massachusetts Avenue NW, Suite 4008
Washington, DC 20529
(b) (6)
Fax (b) (6)

*For access to the USCIS Resource Guide for Congress, please visit www.uscis.gov/congressionalresources.*

*Please ensure that you have a Privacy Release from your constituent. Should the constituent require legal advice, it is recommended they contact an accredited legal representative and/or Community Based Organization.*
*WARNING: This document is FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C.552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you have received this document by mistake please contact the originator for specific handling and destruction procedures*

---

**From:** Tintary, Ruth E
**Sent:** Monday, July 02, 2012 5:24 PM
**To:** #USCIS-HQOLA
**Subject:** Conference Call Invitation re Deferred Action for July 9



# Stakeholder Conference Call Invitation

★ ★ ★ ★ ★ ★ ★ ★

Secretary Napolitano's Memorandum Directing Deferred Action For Childhood Arrivals

Obtained via FOIA by Judicial Watch, Inc.

### Monday, July 9, 2012, 4:00 pm (Eastern)

On June 15, 2012, Secretary Janet Napolitano issued a memorandum directing DHS components to exercise prosecutorial discretion on an individualized basis with respect to certain individuals who came to the United States as children.  U.S. Customs and Border Protection (CBP), U.S. Citizenship and Immigration Services (USCIS), and U.S. Immigration and Customs Enforcement (ICE), invite any interested individuals to participate in our second joint national engagement to provide further detail regarding the implementation of Secretary Napolitano's memorandum on **Monday, July 9, 2012 from 4:00 pm to 5:00 pm (Eastern).** Additional information on the announcement can be found here.

Featured speakers will be:
- David Aguilar, Acting Commissioner, CBP
- Alejandro Mayorkas, Director, USCIS
- John Morton, Director, ICE

**To Participate in the July 9 Conference Call**
Please use the information below to join the session. We recommend calling-in 20 minutes prior to the start of the teleconference.

Call-in Number:    (b) (6)

Passcode: DHS

This call is intended for stakeholders only.  Members of the media should call (202)282-8010 with inquiries.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: Congressional Briefings / Meetings |
| **Date:** | Wednesday, November 14, 2012 12:38:20 PM |
| **Importance:** | High |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, ▮ (b) (6) ▮
Bloomington, MN 55425
▮(b) (6)▮   ▮(b) (6)▮   ✉   ▮ (b) (6) ▮

---

**From:** Fuentes-Rivera, Luis O
**Sent:** Tuesday, July 10, 2012 6:59 AM
**To:** Adams, Kim; Agin, David A; Badgett, Joe R; Bazzi, Majdie; Berdusis, Marilyn; Burke, James E; Cavazos, Rose M; Cordas, Aimee J; Dillon, Marc W; Egli, Nathan C; Elizondo, Ana R; Ellis, Joyce; Falcon, Fernando; Frost, Carmen L; Gossett, Steve; Hardy, Gwendolyn; Hennig, Evelyn M; Hernandez, Dexter; Hodges, Clinton; Jones, Linda L; Kirschman, Erminia C; Lee, Kamsing V; McCann, Charlene A; McNeer, Laura K; Micks, Elizabeth; Nahle, Claudia; Nickols, Marta M; Pratt, Caroline R; Rogers, Richard W; Soria, Adeline L; St. Louis Congressional Unit; Verderosa, Geoffrey J; Zarybnicky, Kenneth A
**Subject:** FW: Congressional Briefings / Meetings
**Importance:** High

Good Morning Central Region

The OLA National Coordination Branch would like a list of congressional activity that are currently scheduled or to be scheduled that is combined with a stakeholder/community outreach event within your jurisdiction. In specific, we are looking at the next four-week window.   Please forward this information to me no later than Friday, July 13, 2012.

As a reminder, we are to follow the DHS OLA guidance as it relates to Deferred Action for Childhood Arrivals. Congressional liaisons are to refer all inquiries to HQOLA (Luz/Heather) until further notice.

Thanks for your assistance.

Luis

*Luis O. Fuentes-Rivera*

Congressional Liaison Specialist
Central Region Congressional Lead (Acting)
USCIS Office of Legislative Affairs
20 Massachusetts Avenue NW, ▮ (b) (6) ▮
Washington, DC 20529
▮ (b) (6) ▮
Fax ▮ (b) (6) ▮

*For access to the USCIS Resource Guide for Congress, please visit www.uscis.gov/congressionalresources.*

*Please ensure that you have a Privacy Release from your constituent. Should the constituent require legal advice, it is recommended they contact an accredited legal representative and/or Community Based Organization.*
*WARNING  This document is FOR OFFICIAL USE ONLY.  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C.552).  This document is to be controlled, handled, transmitted, distributed, and disposed of in*

Obtained via FOIA by Judicial Watch, Inc.

*accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you have received this document by mistake please contact the originator for specific handling and destruction procedures*

---

**From:** Irazabal, Luz
**Sent:** Monday, July 09, 2012 3:53 PM
**To:** Rash, Carol A; Duvall, James; Rust, Maureen; Fuentes-Rivera, Luis O; Duell, Kim M
**Cc:** Slattery, Shannon E; Evelyn, Heather; Dacanay, Arthur J; Wooden, Janeen R; Roles, Rebecca J
**Subject:** Congressional Briefings / Meetings

Colleagues –
Per today's external communicator's call, can you please send us a list of congressional activity that currently scheduled or to be scheduled that is combined with a stakeholder/community outreach event? In specific, we are looking at the next four-week window.

As I mentioned on today's call, we are to follow the DHS OLA guidance as it relates to Deferred Action for Childhood Arrivals. Congressional liaisons are to refer all inquiries to HQOLA (Luz/Heather) until further notice.

Thanks for your understanding and patience.

Regards,
Luz

Luz Figuereo Irazábal
Associate Chief (National Coordination)
Office of Legislative Affairs
U.S. Citizenship and Immigration Services
(b) (6)   office
(b) (6)   blackberry
(b) (6)

For access to the USCIS Resource Guide for Congress, please visit www.uscis.gov/congressionalresources.

This e-mail (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, your disclosure, copying, distribution or other use of (or reliance upon) the information contained in this email is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: Deferred Action for Childhood Arrivals |
| **Date:** | Wednesday, November 14, 2012 12:38:56 PM |
| **Attachments:** | image003.gif |
| | image002.jpg |
| | image004.png |

FYI

**Nathan C. Egli | Immigration Services Officer**

DHS | USCIS | Saint Paul Field Office

2901 Metro Drive, ▇▇ (b) (6) ▇▇

Bloomington, MN 55425

▇▇ (b) (6) ▇▇  |  ▇▇ (b) (6) ▇▇  |  ✉ ▇▇ (b) (6) ▇▇

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient please contact the originator for disposition instructions.

♻ **Go Green! Please do not print this e-mail unless it is completely necessary.**

---

**From:** Steele, Heidi S
**Sent:** Friday, August 17, 2012 9:15 AM
**To:** # SPM Field Office
**Subject:** FW: Deferred Action for Childhood Arrivals

FYI – see Bob Clark's message below.

*Heidi Steele*
Immigration Services Analyst
DHS/USCIS
District 15/SPM
v: ▇▇ (b) (6) ▇▇
f: ▇▇ (b) (6) ▇▇
  ▇▇ (b) (6) ▇▇

*FOR OFFICIAL USE ONLY - PRIVACY ACT SENSITIVE :Any misuse or unauthorized disclosure of this information may result in both criminal and civil penalties NOTICE: This e-mail communication is for the sole*

App. 0171

Obtained via FOIA by Judicial Watch, Inc.

*use of the intended recipients and may contain unclassified confidential information. Any unauthorized disclosure, copying or dissemination of this communication is prohibited. If you are not the intended recipient, please notify the sender by e-mail and delete all copies received.*

**♻ Go Green!  Please do not print this e-mail unless it is completely necessary.**

**From:** Clark, Robert P
**Sent:** Friday, August 17, 2012 9:10 AM
**Subject:** Deferred Action for Childhood Arrivals

After a deluge of emails asking about adding the new lines to STAT for the Deferred Action for Childhood Arrivals (DACA), I would like to state that yes, STAT will be adding those lines.  These applications will go to the Lock Box before being sent to the various locations for processing.  That will allow time for the STAT programming team to create the necessary entries as well as add the resultant reports in STAT and to properly test it before release to the field.  At the moment we still do not have a time frame as to when this will be finished.  When we have the project completed we will notify the field.

Please disseminate this information to the lowest level possible to alleviate any concerns.

**Sincerely,**



**Bob Clark**

Those who say it cannot be done shouldn't interrupt the people doing it.
                                    *(Author Unknown)*

Regional Immigration Services Analyst | **Central Region** | USCIS | **DHS** | ☎ ▪ (b) (6)   | ✉ (b) (6)  | ✉
(b) (6)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly proh bited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

Obtained via FOIA by Judicial Watch, Inc.

| From: | Dooley, Sharon V |
|---|---|
| To: | # SPM Field Office |
| Subject: | FW: Deferred Action for Childhood Arrivals--Customer Service/Front Counter information |
| Date: | Friday, November 02, 2012 5:48:24 PM |
| Importance: | High |

If you are asked any questions on Deferred Action for Childhood Arrivals – please provide them a hard copy of the posted FAQs and "How Do I" sheets which may be found at FAQs-Deferred Action for Childhood Arrivals

How Do I? Deferred Action for Childhood Arrivals. We are not at liberty to comment on any of this information beyond what is contained on these sheets or the website.


Thanks,


*Sharon Dooley*

Sharon Dooley
Field Office Director
U.S. Citizenship and Immigration Services
Saint Paul
Office: **(b) (6)** // BB: **(b) (6)**

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO) It contains information that may be exempt from public release under the Freedom of Information Act (5 USC 552) This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator If you are not the intended recipient please contact the originator for disposition instructions

♻ Go Green!  Please do not print this e-mail unless it is completely necessary.

---

**From:** Garman, Gary G
**Sent:** Friday, November 02, 2012 4:30 PM
**To:** Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dedvukaj, Mick; Dooley, Sharon V; Douglas, David M; Garman, Gary G; Hamilton, Ricky W; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Klinger, Michael J; Lambrecht, Andrew M; Lee, Kamsing V; Leopold, Kay F; Lopez, Antonio; Loutas, Aphrodite G; Mather, Robert B; McNeer, Laura K; Medina-Maltes, Martha E; Moyer, Chester S; Mueller-Cantu, Elaine M; Ortiz, Mario R; Perry, Michelle C; Pietropaoli, Lori A; Pratt, Caroline R; Reynolds, Patti J; Sheive, Kristy A; Siegl, Mark T; Stark, Laura; Tarango, Tracy; Tasch, Helaine S; Webb, Russell L; Zarybnicky, Kenneth A
**Cc:** Quarantillo, Andrea J; Langton, Lynn M; Brecht, Jeffrey T; Gallagher, Kevin E; Smith, John H; Penn, Peggy A
**Subject:** FW: Deferred Action for Childhood Arrivals--Customer Service/Front Counter information
**Importance:** High


Field Leadership: FYI and compliance. Please direct any questions on these instructions to Regional ISA Peggy Penn. Thank you.


Regards,

**Gary Garman | Associate Regional Director, Operations | DHS | USCIS | Central Regional Office | ☎ : (b) (6)**
📠: **(b) (6)**    ✉: **(b) (6)**    WARNING: This message is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552) This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.

---

**From:** Tritten, Leslie D

Obtained via FOIA by Judicial Watch, Inc.

**Sent:** Friday, October 26, 2012 3:10 PM
**To:** Cowan, Robert M; Dean, Kimberly D; Fontanez, Andrew V; Garman, Gary G; Goodwin, Shelley M; Langton, Lynn M; Muzyka, Carolyn L; Quarantillo, Andrea J; Redman, Kathy A; Renaud, Tracy L; Robinson, Terri A; Rust, Maureen; Schlesinger, Paul L; Tauchen, Robert B; Woo, Ellen Y
**Cc:** Monica, Donald J; Campagnolo, Donna P; Harrison, Julia L; Dominguez, Kathy P; McCleary, Michael J; Christian, Gregory W; Rawls, Sheila D
**Subject:** Deferred Action for Childhood Arrivals--Customer Service/Front Counter information
**Importance:** High

Regions,

Several have asked about what information the Field Offices' front counter/customer service staff can provide when asked about Deferred Action for Childhood Arrivals. The issue is being actively reviewed by USCIS leadership, who are currently discussing all matters of the program that are relevant to Field Operations. This includes guidance and training for both general and specific case information provided by customer service staff and actual case adjudication procedures for those I-821Ds sent to the field for interview.

In the meantime, please ask your Field Offices to provide requesting customers with hard copies of the posted FAQs and How Do I sheets (links below), as opposed to just directing them to the website for additional information.

FAQs-Deferred Action for Childhood Arrivals
How Do I? Deferred Action for Childhood Arrivals

Please let me know if you have any questions.

Thank you,

**Leslie D Tritten**
Special Assistant, Field Operations Directorate
USCIS, DHS
 (office)
(b) (6) (BlackBerry)

Obtained via FOIA by Judicial Watch, Inc.

**From:** Moyer, Chester S
**To:** Airhart, Adam F
**Subject:** FW: FBI Name Check and DACA
**Date:** Friday, August 10, 2012 4:27:13 PM
**Attachments:** image002.jpg

---

**From:** Moyer, Chester S
**Sent:** Friday, August 10, 2012 3:16 PM
**To:** #STL - CIS
**Subject:** FW: FBI Name Check and DACA

---

**From:** Garman, Gary G
**Sent:** Friday, August 10, 2012 2:13 PM
**To:** Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Connor, William; Conway, Michael J; Dedvukaj, Mick; Dooley, Sharon V; Douglas, David M; Enis, Jill S; Garman, Gary G; Hamilton, Ricky W; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Klinger, Michael J; Lambrecht, Andrew M; Lee, Kamsing V; Leopold, Kay F; Lopez, Antonio; Loutas, Aphrodite G; Mather, Robert B; McNeer, Laura K; Medina-Maltes, Martha E; Moyer, Chester S; Mueller-Cantu, Elaine M; Olivares, Jose R; Ortiz, Mario R; Perry, Michelle C; Pietropaoli, Lori A; Pratt, Caroline R; Reynolds, Patti J; Sheive, Kristy A; Stark, Laura; Tarango, Tracy; Tasch, Helaine S; Verderosa, Geoffrey J; Webb, Russell L; Zarybnicky, Kenneth A
**Cc:** Cowan, Robert M; Langton, Lynn M; Brecht, Jeffery T; Gallagher, Kevin E; Habtu, Gebre E; Watkins, Jay C; Russell, Jacquelyn B; Hawthorne, Thomas E
**Subject:** FBI Name Check and DACA

████████████████ **(b) (7)(E)** ████████████████

Regards,

**Gary Garman | Associate Regional Director, Operations** | DHS | USCIS | Central Regional Office | ☎ : **(b) (6)**
████ **(b) (6)** | ✉ : **(b) (6)** WARNING: This message is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552) This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.



---

**From:** Harrison, Julia L
**Sent:** Friday, August 10, 2012 12:45 PM
**To:** Woo, Ellen Y; Campagnolo, Donna P; Robinson, Terri A; Renaud, Tracy L; Redman, Kathy A; Cowan, Robert M; Muzyka, Carolyn L
**Cc:** Tauchen, Robert B; Garman, Gary G; Goodwin, Shelley M; Dean, Kimberly D; Clum, Teresa; Blackwood, Robert L
**Subject:** RE: DACA G-56 Call-in letter

Obtained via FOIA by Judicial Watch, Inc.

**(b) (7)(E)** .

Julia L. Harrison
Chief, Operations Division
Field Operations Directorate
111 Massachusetts Ave.
**(b) (6)**

---

**From:** Woo, Ellen Y
**Sent:** Friday, August 10, 2012 1:35 PM
**To:** Campagnolo, Donna P; Robinson, Terri A; Renaud, Tracy L; Redman, Kathy A; Cowan, Robert M; Muzyka, Carolyn L
**Cc:** Harrison, Julia L; Tauchen, Robert B; Garman, Gary G; Goodwin, Shelley M; Dean, Kimberly D; Clum, Teresa; Blackwood, Robert L
**Subject:** RE: DACA G-56 Call-in letter

I have one question for the group. I am not sure if this has been discussed or addressed in any of the documents we have seen to date.

**(b) (5)**

Thanks,

Ellen


*Ellen Y. Woo*
Associate Regional Director, Operations
DHS/USCIS Western Region
24000 Avila Road (Room 6200A)
Laguna Niguel, CA 92677
**(b) (6)** desk
**(b) (6)** fax
**(b) (6)** .

App. 0176

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: FOR INTERNAL USE ONLY - Message from the Director: Secretary Napolitano Announcement |
| **Date:** | Wednesday, November 14, 2012 12:36:24 PM |
| **Attachments:** | image001.wmz |
| | image002.gif |
| | image001.wmz |
| | image003.wmz |
| | image001.wmz |
| | image003.jpg |
| | image004.wmz |
| | image004.wmz |
| | image002.png |
| **Importance:** | High |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, ███(b) (6)███
Bloomington, MN 55425
███(b) (6)███  ███(b) (6)███  ✉ ███(b) (6)███

**From:** Dooley, Sharon V
**Sent:** Friday, June 22, 2012 9:08 PM
**To:** Borges, Luis R; Goudge, Laurie A; Kenney, Trudy L; Schweich, Annie; Agin, David A; Egli, Nathan C; Congressional, SPM
**Subject:** Fw: FOR INTERNAL USE ONLY - Message from the Director: Secretary Napolitano Announcement
**Importance:** High

For your review and compliance. Prior to forwarding, please let me know.

Thanks!

Sharon Dooley
Field Office Director
D15/Saint Paul
███(b) (6)███ // ███(b) (6)███

**From:** Garman, Gary G
**Sent:** Friday, June 22, 2012 02:54 PM
**To:** Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dedvukaj, Mick; Dooley, Sharon V; Douglas, David M; Gallegos, Cheryl L; Garcia, Oscar R; Garman, Gary G; Hamilton, Ricky W; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Kirschman, Erminia C; Klinger, Michael J; Lambrecht, Andrew M; Lee, Kamsing V; Leopold, Kay F; Lopez, Antonio; Loutas, Aphrodite G; Mather, Robert B; Medina-Maltes, Martha; Mischke, Mary L; Moyer, Chester S; Mueller-Cantu, Elaine M; Olivares, Jose R; Ortiz, Mario R; Perry, Michelle C; Pratt, Caroline R; Reynolds, Patti J; Sheive, Kristy A; Stark, Laura; Tarango, Tracy; Tasch, Helaine S; Verderosa, Geoffrey J; Webb, Russell L; Zarybnicky, Kenneth A
**Cc:** Cowan, Robert M; Langton, Lynn M; Brecht, Jeffery T; Gallagher, Kevin E; Gonzalez, Alfonso G
**Subject:** FW: FOR INTERNAL USE ONLY - Message from the Director: Secretary Napolitano Announcement

Field Leadership:  Until further notice, direct all congressional inquiries regarding the S1s prosecutorial discretion memo to Luz at HQ OLA, and copy Kevin Gallagher on any such messages.  Thank you.

Regards,


**Gary Garman | Associate Regional Director, Operations** | DHS | USCIS | Central Regional Office | ☎ : ███(b) (6)███ 🖷 : ███(b) (6)███ ✉ :
███(b) (6)███ WARNING:  This message is FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) informat on and is not to be released to the public or other personnel who do not have a val d "need-to-know" w thout pr or approval from the originator.

[?]

**From:** Irazabal, Luz
**Sent:** Friday, June 15, 2012 7:10 AM

Obtained via FOIA by Judicial Watch, Inc.

**To:** #USCIS-OLA LEADS
**Cc:** #USCIS-HQOLA
**Subject:** FOR INTERNAL USE ONLY - Message from the Director: Secretary Napolitano Announcement
**Importance:** High

Colleagues, ███████████████████ (b) (5) ███████████████████

███████████████████████████████████████████████████████

We will continue to keep appraised of any additional information as it becomes available.

Thank you,
Luz

Luz Figuereo Irazábal
Associate Chief (National Coordination)
Office of Legislative Affairs
U.S. Citizenship and Immigration Services
██ (b) (6) ██  office
██ (b) (6) ██  blackberry
███ (b) (6) ███.

For access to the USCIS Resource Guide for Congress, please visit www.uscis.gov/congressionalresources.

This e-mail (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law.  If you are not the intended recipient, your disclosure, copying, distribution or other use of (or reliance upon) the information contained in this email is strictly prohibited.  If you are not the intended recipient, please notify the sender and delete or destroy all copies.

---

**From:** USCIS Director
**Sent:** Friday, June 15, 2012 9:59 AM
**Subject:** Message from the Director: Secretary Napolitano Announcement

June 15, 2012

Colleagues,

Today, Secretary Napolitano issued a memorandum directing that, with respect to individuals who meet the criteria outlined below and are age fifteen or over, USCIS personnel should exercise their discretion, on an individual basis, in order to prevent these low priority individuals from being placed into removal proceedings or removed from the United States.   The criteria are that the individuals:

- came to the United States under the age of sixteen;
- have continuously resided in the United States for at least five years preceding the date of the Secretary's memorandum and are present in the United States on the date of the Secretary's memorandum;
- are currently in school, have graduated from high school, have obtained a general education development certificate, or are honorably discharged veterans of the Coast Guard or Armed Forces of the United States;
- have not been convicted of a felony offense, a significant misdemeanor offense, multiple misdemeanor offenses, or otherwise pose a threat to national security or public safety; and
- are not above the age of thirty.

The memorandum further directs that, for individuals who are granted deferred action by either ICE or USCIS, USCIS shall accept applications to determine whether these individuals qualify for work authorization during the period of deferred action.   Appropriate background checks will be conducted as part of this process.

We have been instructed to implement the Secretary's directive with the utmost speed and consistent with the laws and regulations that govern our work.  I look forward to updating you on our implementation plans.

Thank you.  Ali

App. 0178

Obtained via FOIA by Judicial Watch, Inc.

Disclaimer

As there is no right to the favorable exercise of discretion by the agency, nothing in this memorandum should be construed to prohibit the apprehension, detention, or removal of any alien unlawfully in the United States or to limit the legal authority of DHS or any of its personnel to enforce federal immigration law. Similarly, this memorandum, which may be modified, superseded, or rescinded at any time without notice, is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil, or criminal matter.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: I130s to the field |
| **Date:** | Wednesday, November 14, 2012 12:09:58 PM |
| **Attachments:** | image001.jpg |
| **Importance:** | High |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, ▓▓▓▓ (b) (6)
Bloomington, MN 55425
(b) (6) ▓▓▓▓  ▓▓ (b) (6) ▓▓▓  ✉  ▓▓▓ (b) (6) ▓▓▓

---

**From:** Dooley, Sharon V
**Sent:** Wednesday, September 05, 2012 2:18 PM
**To:** Borges, Luis R; Goudge, Laurie A; Kenney, Trudy L; Schweich, Margaret A; Porche, Sheri L (CTR); Moris, Louis J
**Cc:** # SPM ISO
**Subject:** FW: I130s to the field
**Importance:** High

Due to the volume of DACA work at the Service Center, it has been determined that the field will be sent I-130's to adjudicate.  We should get immediate relatives only.  I do not know how many we will receive but we could see them as early as the week of 9/17/12.  The field will be responsible for requesting the A-files.

Please let me know when you start receiving them in the mailroom.

Thanks,

*Sharon Dooley*
Sharon Dooley
Field Office Director
U.S. Citizenship and Immigration Services
Saint Paul
Office: ▓▓ (b) (6) ▓▓ // BB: ▓▓ (b) (6) ▓▓

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO)  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C  552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator  If you are not the intended recipient please contact the originator for disposition instructions

♺ **Go Green!  Please do not print this e-mail unless it is completely necessary.**

---

**From:** Douglas, David M
**Sent:** Wednesday, September 05, 2012 12:57 PM
**To:** Coates, Timothy S; Dooley, Sharon V; Moyer, Chester S; Perry, Michelle C; Pratt, Caroline R; Webb, Russell L; Connor, William
**Subject:** FW: I130s to the field
**Importance:** High

Obtained via FOIA by Judicial Watch, Inc.

BREAKING NEWS

Expect I-130s from the service centers (via NBC) the week of the 17th.

*David M. Douglas*

District Director
USCIS District 15
*"The Heartland District"*

(b) (6)   (office)

---

**From:** Garman, Gary G
**Sent:** Wednesday, September 05, 2012 12:56 PM
**To:** Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Connor, William; Conway, Michael J; Dedvukaj, Mick; Dooley, Sharon V; Douglas, David M; Enis, Jill S; Hamilton, Ricky W; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Klinger, Michael J; Lambrecht, Andrew M; Lee, Kamsing V; Leopold, Kay F; Lopez, Antonio; Loutas, Aphrodite G; Mather, Robert B; McNeer, Laura K; Medina-Maltes, Martha E; Moyer, Chester S; Mueller-Cantu, Elaine M; Olivares, Jose R; Ortiz, Mario R; Perry, Michelle C; Pietropaoli, Lori A; Pratt, Caroline R; Reynolds, Patti J; Sheive, Kristy A; Siegl, Mark T; Stark, Laura; Tarango, Tracy; Tasch, Helaine S; Verderosa, Geoffrey J; Webb, Russell L; Zarybnicky, Kenneth A
**Cc:** Cowan, Robert M; Brecht, Kevin E; Langton, Lynn M; Hawthorne, Thomas E; Dyer, LaToya S; Smith, John H; Robinson, Terri A
**Subject:** RE: I130s to the field

This just in:  Since the NBC will only serve as a "pass through" it will be up to each field office to request any relating A files for these cases.  It is our understanding that the field should only receive immediate relative I-130s from SCOPS.  Let us know if that is not the case.

Regards,

**Gary Garman** | **Associate Regional Director, Operations** | DHS|USCIS|Central Regional Office | ☎ : (b) (6)

📠 : (b) (6)  | ✉ : (b) (6)  WARNING:  This message is FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.



---

**From:** Garman, Gary G
**Sent:** Wednesday, September 05, 2012 12:09 PM
**To:** Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Connor, William; Conway, Michael J; Dedvukaj, Mick; Dooley, Sharon V; Douglas, David M; Enis, Jill S; Garman, Gary G; Hamilton, Ricky W; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Klinger, Michael J; Lambrecht, Andrew M; Lee, Kamsing V; Leopold, Kay F; Lopez, Antonio; Loutas, Aphrodite G; Mather, Robert B; McNeer, Laura K; Medina-Maltes, Martha E; Moyer, Chester S; Mueller-Cantu, Elaine M; Olivares, Jose R; Ortiz, Mario R; Perry, Michelle C; Pietropaoli, Lori A; Pratt, Caroline R; Reynolds, Patti J; Sheive, Kristy A; Siegl, Mark T; Stark, Laura; Tarango, Tracy; Tasch, Helaine S; Verderosa, Geoffrey J; Webb, Russell L; Zarybnicky, Kenneth A
**Cc:** Cowan, Robert M; Brecht, Jeffery T; Gallagher, Kevin E; Langton, Lynn M; Hawthorne, Thomas E;

Obtained via FOIA by Judicial Watch, Inc.

Dyer, LaToya S; Smith, John H; Robinson, Terri A
**Subject:** FW: I130s to the field

Field Leadership:  FYI.  We just received this update regarding the shipment of I-130s to the field.  More to follow once the NBC publishes their timeline for this work.  As you may recall, this work is transitioning from the Service Centers to the field as a result of the deferred action for childhood arrivals process.  RISO Thomas Hawthorne is available should you have any questions or concerns.

Regards,

**Gary Garman | Associate Regional Director, Operations** | DHS | USCIS | Central Regional Office | ☎ : (b) (6)

✉ : (b) (6) | ✉ : (b) (6) WARNING:  This message is FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.



---

**From:** Robinson, Terri A
**Sent:** Wednesday, September 05, 2012 9:44 AM
**To:** Goodwin, Shelley M; Garman, Gary G; Woo, Ellen Y; Dean, Kimberly D; Muzyka, Carolyn L; Redman, Kathy A; Cowan, Robert M; Renaud, Tracy L
**Cc:** Blackwood, Robert L; Limon, Norma A; Clum, Teresa; Fite, Kenneth M; Tauchen, Robert B; Wright, John L; Campagnolo, Donna P; Monica, Donald J; Harrison, Julia L
**Subject:** RE: I130s to the field

All,
Shelley asked a good question below, so I am taking the liberty to expand the audience to inform all the Regions at the same time.  We received our first I-130 shipment from SCOPS late last week.  We are in the process of ensuring they are all relocated properly and manifesting them for distribution. (b) (5) .  We have committed to providing the Regions with a report prior to any shipments going out that will identify the volumes by FCO.  Additionally the shipments will have a manifest associated in their individual shipments.

Please let me know if you have any questions on the current plan.  Also, I promised in Boston to get you a timeline of sorts to help with communicating with the field and that is still in the works.

Thanks as always for your patience.

*Terri Robinson*
Acting Center Director
USCIS, National Benefits Center

(b) (6)
(b) (6) (office)

App. 0182

Obtained via FOIA by Judicial Watch, Inc.

 (cell)

fax: <span>(b) (6)</span>

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.

**From:** Goodwin, Shelley M
**Sent:** Wednesday, September 05, 2012 8:32 AM
**To:** Robinson, Terri A
**Subject:** I130s to the field

Hi Terri

As I catch up, I wondered if you could give me the latest on the I130s that are going to be sent to the field (to support DACA workload).  Is there a date by which the field will begin getting these? Just checking.  Thnx!

Shelley M. Goodwin
Associate Regional Director, Operations
Northeast Region
U.S. Citizenship & Immigration Services
Department of Homeland Security
Office (b) (6)
Cel (b) (6)

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or coping of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: Latest Happenings on Capitol Hill and related issues -- July 17, 2012 |
| **Date:** | Wednesday, November 14, 2012 12:35:17 PM |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, 
Bloomington, MN 55425

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO)  It contains information that may be exempt from public release under the Freedom of Information Act (5 U S C  552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator  If you are not the intended recipient please contact the originator for disposition instructions

⚡ **Go Green! Please do not print this e-mail unless it is completely necessary.**

---

**From:** Fuentes-Rivera, Luis O
**Sent:** Wednesday, July 18, 2012 9:40 AM
**To:** Adams, Kim; Agin, David A; Bazzi, Majdie; Berdusis, Marilyn; Burke, James E; Cavazos, Rose M; Cordas, Aimee J; Dillon, Marc W; Egli, Nathan C; Elizondo, Ana R; Ellis, Joyce; Falcon, Fernando; Frost, Carmen L; Gossett, Steve; Hardy, Gwendolyn; Hennig, Evelyn M; Hernandez, Dexter; Hodges, Clinton; Jones, Linda L; Kirschman, Erminia C; Lee, Kamsing V; McCann, Charlene A; McNeer, Laura K; Micks, Elizabeth; Nahle, Claudia; Nickols, Marta M; Pratt, Caroline R; Rogers, Richard W; Soria, Adeline L; St. Louis Congressional Unit; Verderosa, Geoffrey J; Zarybnicky, Kenneth A; Zepeda, Laura J
**Cc:** Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dedvukaj, Mick; Douglas, David M; Gallagher, Kevin E; Garman, Gary G; Hamilton, Ricky W; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Klinger, Michael J; Leopold, Kay F; Lopez, Antonio; Mather, Robert B; Medina-Maltes, Martha E; Mischke, Mary L; Ortiz, Mario R; Perry, Michelle; Reynolds, Patti J; Tarango, Tracy; Tasch, Helaine S
**Subject:** FW: Latest Happenings on Capitol Hill and related issues -- July 17, 2012

Good Morning Central Region

The information below is for internal use only.  Please <u>do not</u> forward to congressional staffers.

V/R

*Luis O. Fuentes-Rivera*

Congressional Liaison Specialist
Central Region Congressional Lead (Acting)
USCIS Office of Legislative Affairs
20 Massachusetts Avenue NW, Suite 4008
Washington, DC 20529
(b) (6)
Fax  (b) (6)

*For access to the USCIS Resource Guide for Congress, please visit www.uscis.gov/congressionalresources.*

*Please ensure that you have a Privacy Release from your constituent. Should the constituent require legal advice, it is recommended they contact an accredited legal representative and/or Community Based Organization.*
*WARNING: This document is FOR OFFICIAL USE ONLY.  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C.552).  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.  If you have received this document by mistake please contact the originator for specific handling and destruction procedures*

---

**From:** Irazabal, Luz
**Sent:** Wednesday, July 18, 2012 10:07 AM

Obtained via FOIA by Judicial Watch, Inc.

**To:** #USCIS-OLA LEADS
**Subject:** FW: Latest Happenings on Capitol Hill and related issues -- July 17, 2012

FOR INTERNAL USE ONLY

# HEARINGS:

- **Thursday July 19, 2012, at 10:00am in 2141 RHOB**, Secretary Napolitano will testify before the House Judiciary Committee on "Oversight of the Department of Homeland Security" with emphasis on the recent June 15th announcement on deferred action and the recent SCOTUS decision regarding the AZ immigration law. Please click here to view the webcast.

- **Tuesday, July 24, 2012, at 2:00pm in 2141 RHOB**, USCIS Associate Director Sarah Kendall and ICE Waldemar Rodriguez, Deputy Assistant Director, Transnational Crime and Public Safety Division, HSI will testify before the House Judiciary Immigration Subcommittee on "The Aftermath of Fraud by Immigration Attorneys," the processes in place to review and rescind previously-granted immigration benefits acquired through the acts of fraud.  *Latest Status: Both USCIS's and ICE's testimonies are at OMB for clearance.*

- **Tuesday, July 24, 2012, at 10:00am in 226 DSOB**, ICE John Woods, Assistant Director, National Security Investigations, HSI will testify before the Senate Judiciary Immigration Subcommittee on the GAO Audit Report on the Student and Exchange Visitor Program (SEVP), "Strengthening the Integrity of the Student Visa System by Preventing and Detecting Sham Educational Institutions."

- **Wednesday July 25, 2012, at 10:00am in 311 CHOB**, Secretary Napolitano will testify before the House Homeland Security Committee on counter terrorism, "Understanding the Homeland Threat Landscape."

# NEWS:
# Leahy and Rubio: Putting an End to Human Trafficking
**by Senator Patrick Leahy and Senator Marco Rubio**
Tuesday, July 17, 2012

These days, Congressional focus rightly rests on finding solutions to the nation's unemployment crisis. But while our attention remains on putting Americans back to work, we cannot lose sight of our obligations as the world's leading defender of human rights. That is why we are working in Congress to put an end to human trafficking — one of the great atrocities of our time.

Human trafficking for commercial sexual exploitation, forced labor or fighting wars remains a pervasive form of modern-day slavery in the United States and abroad. Millions of people are estimated to be enslaved by human trafficking around the world. The result is an incalculable amount of physical abuse and trauma and sometimes insurmountable psychological scars. The problem exists internationally and, shockingly, right here in our own backyard. The State Department estimates that thousands of victims are trafficked into the United States every year. Despite concerted federal, state and local efforts to battle this scourge, victims of human trafficking continue to be held against their will.

The United States has long been a beacon of human rights throughout the world, and refugees have sought asylum on our shores and protection under our laws. If we are to continue to be that light of hope to those persecuted around the world, we cannot sit idly by while human trafficking continues. We must take action to combat this problem domestically as well as internationally. And we must raise public awareness of this ravaging crisis.

That is why we have teamed together — a Democrat from Vermont and a Republican from Florida — to advance the Trafficking Victims Protection Reauthorization Act. When this law was first enacted in 2000, it won sweeping approval by both parties in Washington, D.C. Democrats and Republicans alike supported efforts to end this heinous crime. The success of the law has extended through both Republican and Democratic administrations and continues to win bipartisan support in Congress.

Obtained via FOIA by Judicial Watch, Inc.

The law seeks to cut off human trafficking at its roots by supporting international and domestic efforts to fight the causes and punish the perpetrators of trafficking. Many nations around the world are partners in these efforts, and many are not. Those who support trafficking, whether through direct involvement or deliberate inaction, must be held to account. Beyond serving as a chilling reminder of how widespread this dehumanizing practice is around the world, the State Department's annual Trafficking in Persons Report has provided a useful tool to nudge other nations toward action. We need to work with foreign partners to move beyond merely talking and toward enacting laws and resolutely prosecuting these criminal activities and better supporting victims.

Our efforts to reauthorize this important tool to combat trafficking will strengthen law enforcement tools and encourage community cooperation to identify victims, investigate offenses and provide victim services. Like all American families, Washington is tightening its fiscal belt, and our legislation ensures that this important work is done in a cost-effective way with maximum accountability and oversight to ensure that taxpayer money is being well spent. These are priorities with bipartisan support. Congress should act on this legislation to better deal with today's challenges.

Finally, we have an obligation to call public attention to this troubling trend. Committed advocates, religious organizations and human and civil rights associations are finding innovative ways to work with law enforcement, the media and elected officials to elevate awareness of this international crisis. Most importantly, survivors with the courage to speak out and educate the public are telling their stories. These survivors compel us to take action.

We introduced this legislation one year ago, and it is time for Congress to act.

Part of what makes America exceptional is our compassion as a nation and our understanding that our most fundamental freedoms are not uniquely American privileges but are instead universal human rights. Trafficking is an affront to human dignity that we cannot ignore. The United States shines a beacon of hope to so many who face human rights abuses abroad. We cannot sit back idly while this injustice continues not only elsewhere in the world, but also here at home.

Our laws must be renewed and updated to protect victims and improve our government's ability to combat modern-day slavery. No matter where they are in the world, the victims of human trafficking need a strong America to champion their cause as our own.

# # # # #

Obtained via FOIA by Judicial Watch, Inc.

**From:** Egli_Nathan C
**To:** Balcom_Sherrie K
**Subject:** FW: Message from the Director: Secretary Napolitano Announcement
**Date:** Wednesday, November 14, 2012 12:14:27 PM
**Attachments:** image001.wmz
image003.wmz
image004.png

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, ▉ (b) (6)
Bloomington, MN 55425
▉(b) (6)▉   ▉(b) (6)▉   | ✉ ▉        (b) (6)        ▉

**From:** USCIS Director
**Sent:** Friday, June 15, 2012 8:59 AM
**Subject:** Message from the Director: Secretary Napolitano Announcement

June 15, 2012

Colleagues,

Today, Secretary Napolitano issued a memorandum directing that, with respect to individuals who meet the criteria outlined below and are age fifteen or over, USCIS personnel should exercise their discretion, on an individual basis, in order to prevent these low priority individuals from being placed into removal proceedings or removed from the United States.   The criteria are that the individuals:

- came to the United States under the age of sixteen;
- have continuously resided in the United States for at least five years preceding the date of the Secretary's memorandum and are present in the United States on the date of the Secretary's memorandum;
- are currently in school, have graduated from high school, have obtained a general education development certificate, or are honorably discharged veterans of the Coast Guard or Armed Forces of the United States;
- have not been convicted of a felony offense, a significant misdemeanor offense, multiple misdemeanor offenses, or otherwise pose a threat to national security or public safety; and
- are not above the age of thirty.

The memorandum further directs that, for individuals who are granted deferred action by either ICE or USCIS, USCIS shall accept applications to determine whether these individuals qualify for work authorization during the period of deferred action.   Appropriate background checks will be conducted as part of this process.

We have been instructed to implement the Secretary's directive with the utmost speed and consistent with the laws and regulations that govern our work.  I look forward to updating you on our implementation plans.

Thank you.  Ali

Disclaimer

As there is no right to the favorable exercise of discretion by the agency, nothing in this memorandum should be construed to prohibit the apprehension, detention, or removal of any alien unlawfully in the United States or to limit the legal authority of DHS or any of its personnel to enforce federal immigration law. Similarly, this memorandum, which may be modified, superseded, or rescinded at any time without notice, is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil, or criminal matter.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Dooley, Sharon V |
| **To:** | # SPM ISO |
| **Subject:** | FW: Message to Field Offices on NBC Workloads & Modified Processes |
| **Date:** | Wednesday, October 17, 2012 2:07:45 PM |
| **Attachments:** | image001.jpg |
| **Importance:** | High |

Please see the following information which describes the workload shift from the NBC to the field. NBC is seeking to bring on additional staff to assist with their increased workload due to DACA. As they gain more staff, the NBC will resume its current case preparation processes and take back the adjudication of the stand-alone IR I-130 petitions. The timeframe that they will resume this work is unknown at this time.

Thank you for your patience and cooperation.

*Sharon Dooley*
Sharon Dooley
Field Office Director
U.S. Citizenship and Immigration Services
Saint Paul
Office: ▮▮(b) (6)▮▮ // BB: ▮▮(b) (6)▮▮

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO)  It contains information that may be exempt from public release under the Freedom of Information Act (5 U S C  552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator  If you are not the intended recipient please contact the originator for disposition instructions
🖎 **Go Green!  Please do not print this e-mail unless it is completely necessary.**

**From:** Gallagher, Kevin E
**Sent:** Wednesday, October 17, 2012 7:28 AM
**To:** Douglas, David M; Dooley, Sharon V
**Cc:** Garman, Gary G
**Subject:** FW: Message to Field Offices on NBC Workloads & Modified Processes

Good morning all,

This forwarded message deals with the e-mail string this morning titled ▮▮(b) (7)(E)▮▮ DD Douglas is correct, the Lean & Light NBC process is due to the workload shift.  The below e-mail string details what we are to expect due to the modified process.   Hits will be sent to the field without resolution for both AOS I-485 and N400 cases.

**Kevin E. Gallagher | Assistant Regional Director, Adjudications** | DHS | USCIS | Central Regional Office | ☎ : ▮(b) (6)
▮▮▮▮ 🖷 : ▮(b) (6)▮ ✉ : ▮▮(b) (6)▮▮ . WARNING:  This message is FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.

**From:** Garman, Gary G
**Sent:** Monday, September 17, 2012 8:03 AM
**To:** Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dedvukaj, Mick; Dooley, Sharon V; Douglas, David M; Garman, Gary G; Hamilton, Ricky W;

Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Klinger, Michael J; Lambrecht, Andrew M; Lee, Kamsing V; Leopold, Kay F; Lopez, Antonio; Loutas, Aphrodite G; Mather, Robert B; McNeer, Laura K; Medina-Maltes, Martha E; Moyer, Chester S; Mueller-Cantu, Elaine M; Ortiz, Mario R; Perry, Michelle C; Pietropaoli, Lori A; Pratt, Caroline R; Reynolds, Patti J; Sheive, Kristy A; Siegl, Mark T; Stark, Laura; Tarango, Tracy; Tasch, Helaine S; Verderosa, Geoffrey J; Webb, Russell L; Zarybnicky, Kenneth A
**Cc:** Quarantillo, Andrea J; Langton, Lynn M; Brecht, Jeffrey T; Gallagher, Kevin E; Smith, John H; Dyer, LaToya S; Gonzalez, Alfonso G; Cowan, Robert M
**Subject:** FW: Message to Field Offices on NBC Workloads & Modified Processes

Field Leadership: If you have any questions on the NBC "lean and light" process, please contact Regional ISO Jay Watkins. For questions regarding the IR I-130s that will be shipped from the Service Center and through the NBC to the field for adjudication, contact RISO Thomas Hawthorne. For questions regarding any deferred action I-821Ds that will be sent to the field as a result of the random sampling process, contact RISO Gebre Habtu.

Regards,

**Gary Garman | Associate Regional Director, Operations** |DHS|USCIS|Central Regional Office| ☎ : (b) (6)
📠 : (b) (6) | ✉ : (b) (6) WARNING: This message is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552) This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.



---

**From:** Monica, Donald J
**Sent:** Friday, September 14, 2012 4:59 PM
**To:** Woo, Ellen Y; Rust, Maureen; Garman, Gary G; Quarantillo, Andrea J; Redman, Kathy A; Tierney, Terry; Renaud, Tracy L; Goodwin, Shelley M
**Cc:** Cowan, Robert M; Robinson, Terri A; Muzyka, Carolyn L; Campagnolo, Donna P
**Subject:** Message to Field Offices on NBC Workloads & Modified Processes

Regions:

Please pass the following information to your Field Offices. This provides additional background on the transfer of work to the field while the NBC undertakes its hiring initiative. As additional staff enters on duty, the NBC will resume its current case preparation processes and take over adjudication of the stand-alone IR petitions.

Regards,
Donald J. Monica
Associate Director
Field Operations Directorate

(b) (7)(E)

Obtained via FOIA by Judicial Watch, Inc.

(b) (7)(E)

## Immediate Relative I-130 Process

**August 15, 2012**—California and Vermont Service centers began shipping Immediate Relative I-130s to NBC for distribution to the field for completion. NBC will ship I-130s to the field bi-weekly based on zip code jurisdiction starting the week of **September 17<u>th</u>**. Below is a quick summary of the NBC IR I-130 process:

- Until Lockbox is ready to receipt with MSC receipts, these I-130s will have WAC or EAC receipt numbers
- Lockbox plans to start assigning MSC receipt numbers to stand alone Immediate Relative I-130s **October 1, 2012**.
- Case information should be available in ICMS for field to update by the time they receive the I-130s
- NBC plans regular shipments to the field every 2 weeks starting the week of **September 17, 2012**.
- As agreed to, we will ship I-130s to the field office with jurisdiction over the petitioner's ZIP code.
- NBC will not perform full TECS checks or any evidence review on these cases before we ship to the field.
- The I-130s will ship in receipt files, not A-files.
- NBC will report bi-weekly (to align with shipments) on the volumes shipped to the field by office and region.
- We'll post the reports on Connect at USCIS Connect\Working Resources\NBC Recurring Reports.

The NBC will provide more details on related aspects associated with this process in the near future.

## Lean and Lite AOS I-485 Process:

**September 20, 2012**—"Lean and lite" AOS I-485 initial evidence review starts for cases received at NBC on/after September 20, 2012. NBC will complete a modified frontend process and initial evidence review on all family based I-485s. This includes:

- Initial file setup, system checks, order related files and visa petition, review passenger list and run initial evidence checklist.
- If all initial evidence is present, the case will move forward in NBC's process—wait for Fingerprints, name check results, A-files, visa petition. Once all interview-ready criteria is present, the case will be made available for interview scheduling.
- If initial evidence is needed, we'll continue to request that evidence and have the

Obtained via FOIA by Judicial Watch, Inc.

contractor review the responses to those requests.
- NBC will continue to adjudicate Lack of Prosecution denials for cases where we do not receive a response to the request for evidence and for cases where the applicant fails to appear for fingerprinting or fails to pay the biometrics fee.

**What changes will occur in this process—**
- Where before a case might have gone to an officer for more detailed review and/or application of officer discretion (ORB) before RFE, instead the case will go to the field for officer review and adjudication.
- If the initial evidence review results in a request for evidence, the RFE will be issued, and we will review the RFE response (if any). If the response is sufficient, the case will go to the field for adjudication.
- If the RFE response is NOT sufficient, where before the case would have gone to an officer for further review, possible denial, or application of officer discretion (Failed Validation), instead the case will go to the field for officer review and adjudication.
- NBC will no longer have officers review cases where the applicant might currently be in proceedings to determine if USCIS has jurisdiction over their I-485. Instead these cases will go to the field for review and adjudication.
- A "Memo to File" will indicate further review is needed in the field.  The cases will then move forward in NBC's process—wait for Fingerprints, name check results, A-files, visa petition.  Once all interview-ready criteria is present, the case will be made available for interview scheduling.

**I-821D QA Process:**
**Approximately October 1, 2012**, the NBC will ship I-821D cases received from the Service Centers to the field for QA interviews. The NBC will review these cases for Fingerprint results and complete IBIS prior to sending to the field for manual scheduling.  Any cases identified with (b) (7)(E)  will be flagged appropriately with a cover sheet and routed to the field office (b) (7)(E) /resolution.  Resolutions will not be completed at the NBC.

**Other Important Dates:**
- **August 1, 2012**—NBC stopped shipping interview waived I-485s to California Service Center. NBC began working the IW I-485s.
- **August 15, 2012**—Lockbox began receipting I-90s MSC receipt numbers and shipping to NBC. (we are still working on identifying the changes for the field (ASCs) based on modifications made at the NBC)
- **Fall 2012** (exact date TBD)—I-601A provisional waiver goes into effect.  NBC will be responsible for adjudicating I-601As.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: Midsummer Update |
| **Date:** | Wednesday, November 14, 2012 12:38:26 PM |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, ▓▓▓ (b) (6) ▓▓
Bloomington, MN 55425
(b) (6) ▓▓▓▓ | ▓▓▓▓▓ | ✉ (b) (6) ▓▓▓▓

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient please contact the originator for disposition instructions.

♺ Go Green! Please do not print this e-mail unless it is completely necessary.

**From:** Douglas, David M
**Sent:** Friday, July 27, 2012 11:22 AM
**To:** #KAN - CIS; #WIC - CIS; #STL - CIS; # OMA CIS; # DSM Field Office; # SPM Field Office
**Subject:** Midsummer Update

To all District 15 Employees,

Greetings to all of District 15!  I thought this would be a good time for me to send out a message that might touch on a few topics and reiterate how excited I am to be here with you working toward our shared goals.  After having a chance to see each of the offices within the district at least once, I am aware of your hard work, our challenges, and our opportunities to make decisions and protect the nation.

There are more challenges ahead, of course.  I'm sure many of you have been eager to find out more about how our agency will meet the challenge of the "Deferred Action for Childhood Arrivals" or DACA program as it has become known.  I must ask for your continued patience to some extent, as many of the procedures on how these requests will be processed are still being designed.  You can anticipate more information arriving on August 1st, which the Secretary has designated as the agency's due date.  We will most likely begin allowing requests to be filed in the middle of August.

One by-product of DACA will be field offices taking on work that has previously been processed at the Service Centers.  Again, some of the final decisions are still in development, but it appears likely that the field will be taking on I-130 (IR) cases at least temporarily.  In order to prepare for that work, we have been challenged with doing everything we can to eliminate older cases and continued pending cases so that more time can be devoted to these petitions.  To the extent possible, we need to ensure that our I-485 and N-400 processing times remain within the targeted

Obtained via FOIA by Judicial Watch, Inc.

ranges.  Toward this end, additional overtime funds have been made available to USCIS staff, and there is a likelihood that more may be available.  If you are interested in working overtime, please make your interest known to your supervisors and Field Office Directors.  We will be making hours available for several projects.

I've mentioned to many of you in brief meetings about the importance of updating systems.  Correct updates to NFTS, ICMS, and CLAIMS4 (to name a few) have always been important, but as we move into an era of transformation, this is even more critical.  Please ensure that you are making correct updates to agency systems, and that databases such as ICMS and CLAIMS4 accurately reflect the status of cases.  This is very important from a standpoint of information, (we need to be able to see the real status of a case within our systems rather than just the paper record) but also because managers, supervisors, and I want everyone to get credit for their hard work.  If intermediate steps are required prior to a final decision on a case, the system should reflect those actions.

Another initiative that I've discussed with the Field Office Directors is to reach out to all employees to make themselves available to work on Individual Development Plans (IDPs).  IDPs are an optional tool that can be used to plan out one's goals and be a roadmap for where you might choose to be at a future point in your career.  If you want to read more about IDPs, please visit the Human Capital and Training website on USCIS Connect at the following link:

http://connect.uscis.dhs.gov/org/MGMT/HCT/Pages/IndividualDevelopmentPlans.aspx

If you are interested in creating an IDP with the assistance of your supervisors, please reach out to them and make your interest known.

Lastly, during one of my short details to Kansas City prior to entering on duty as District Director, I asked the Field Office Directors if the district had a nickname.  Since we didn't seem to have one, I asked for some suggestions.  The one that rose to the top of the list was "The Heartland District".  District 15 is the geographic center of our country, and a critical resource for the nation in terms of agriculture, industry, and hard work.  The "Heartland" is well known as a center of dedicated effort, strong values, and assistance to others.  I hope you will join me in using this moniker as we build an identity for the district and our employees.  I think it stresses the importance of our offices and of the work we do.

That's it for now, thanks for taking the time to read this message.  I am very much appreciative of your hard work and dedication to our mission, let's continue to make USCIS an example of what works!

*David M. Douglas*
District Director
USCIS District 15, Kansas City
*"The Heartland District"*
(b) (6) (office)

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: PLEASE DISTRIBUTE IMMEDIATELY: USCIS Public Engagement Division: Deferred Action Call Postponed |
| **Date:** | Wednesday, November 14, 2012 12:38:26 PM |
| **Importance:** | High |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, ▮▮ (b) (6) ▮▮
Bloomington, MN 55425
(b)(6) ▮▮▮▮ | (b)(6) ▮▮▮▮ | ✉ ▮▮▮ (b) (6) ▮▮▮

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO)  It contains information that may be exempt from public release under the Freedom of Information Act (5 U S C  552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator  If you are not the intended recipient please contact the originator for disposition instructions
♻ **Go Green! Please do not print this e-mail unless it is completely necessary.**

---

**From:** Fuentes-Rivera, Luis O
**Sent:** Thursday, July 26, 2012 1:28 PM
**To:** Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dedvukaj, Mick; Dooley, Sharon V; Douglas, David M; Gallagher, Kevin E; Garman, Gary G; Hamilton, Ricky W; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Klinger, Michael J; Lee, Kamsing V; Leopold, Kay F; Lopez, Antonio; Mather, Robert B; Medina-Maltes, Martha E; Mischke, Mary L; Moyer, Chester S; Ortiz, Mario R; Perry, Michelle C; Pietropaoli, Lori A; Pratt, Caroline R; Reynolds, Patti J; Tarango, Tracy; Tasch, Helaine S; Verderosa, Geoffrey J
**Cc:** Agin, David A; Bazzi, Majdie; Berdusis, Marilyn; Burke, James E; Cavazos, Rose M; Cordas, Aimee J; Dillon, Marc W; Egli, Nathan C; Elizondo, Ana R; Ellis, Joyce; Falcon, Fernando; Frost, Carmen L; Gossett, Steve; Goudge, Laurie A; Hardy, Gwendolyn; Hennig, Evelyn M; Hernandez, Dexter; Jones, Linda L; Kirschman, Erminia C; McCann, Charlene A; McNeer, Laura K; Mendez, Christopher M; Micks, Elizabeth; Nahle, Claudia; Neal, Jeffrey L; Nickols, Marta M; Rogers, Richard W; Sondag, Christine; St. Louis Congressional Unit; Zarybnicky, Kenneth A; Zepeda, Laura J
**Subject:** FW: PLEASE DISTRIBUTE IMMEDIATELY: USCIS Public Engagement Division: Deferred Action Call Postponed
**Importance:** High

---

**PLEASE DISTRIBUTE THIS MESSAGE IMMEDIATELY.**

---

**From:** U.S. Citizenship and Immigration Services ▮▮▮ (b) (6) ▮▮▮
**Sent:** Thursday, July 26, 2012 2:16 PM
**To:** ▮▮ (b) (6) ▮▮
**Subject:** USCIS Public Engagement Division: Deferred Action Call Postponed

Dear Stakeholder,

Today's 4pm EST conference call on deferred action for childhood arrivals is postponed.  We will let you know of the new date and time as soon as possible.  We apologize for any inconvenience.

Kind Regards,

U.S. Citizenship and Immigration Services

---

**Please do not reply to this message.  See our Contact Us page for phone numbers and e-mail addresses.**

---

Obtained via FOIA by Judicial Watch, Inc.

USCIS signature

STAY CONNECTED:





SUBSCRIBER SERVICES:
Manage Preferences   |   Delete profile   |   Help



U.S. Citizenship and Immigration Services sending to luz.irizarry@dhs.gov
20 Massachusetts Ave NW, Washington DC 20529 · 1-800-375-5283

Obtained via FOIA by Judicial Watch, Inc.

| From: | Egli_Nathan C |
| --- | --- |
| To: | Balcom_Sherrie K |
| Subject: | FW: REMINDER - FOR INTERNAL USE ONLY - Deferred Action for Young People |
| Date: | Wednesday, November 14, 2012 12:38:23 PM |
| Attachments: | image001.wmz |
| | image002.gif |
| | image002.gif |
| | image004.gif |
| | image001.wmz |
| | image003.gif |
| | image001.wmz |
| | image003.wmz |
| | image004.png |
| Importance: | High |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
**2901 Metro Drive,** (b) (6)
**Bloomington, MN 55425**

(b) (6)  (b) (6)  ✉  (b) (6)

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO)  It contains information that may be exempt from public release under the Freedom of Information Act (5 U S C  552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator  If you are not the intended recipient please contact the originator for disposition instructions

♻ **Go Green! Please do not print this e-mail unless it is completely necessary.**

---

**From:** Fuentes-Rivera, Luis O
**Sent:** Thursday, July 12, 2012 3:48 PM
**To:** Adams, Kim; Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dedvukaj, Mick; Douglas, David M; Gallagher, Kevin E; Garman, Gary G; Hamilton, Ricky W; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Klinger, Michael J; Leopold, Kay F; Lopez, Antonio; Mather, Robert B; Medina-Maltes, Martha E; Mischke, Mary L; Ortiz, Mario R; Perry, Michelle; Reynolds, Patti J; Tarango, Tracy; Tasch, Helaine S
**Cc:** Agin, David A; Badgett, Joe R; Bazzi, Majdie; Berdusis, Marilyn; Burke, James E; Cavazos, Rose M; Cordas, Aimee J; Dillon, Marc W; Egli, Nathan C; Elizondo, Ana R; Ellis, Joyce; Falcon, Fernando; Frost, Carmen L; Gossett, Steve; Hardy, Gwendolyn; Hennig, Evelyn M; Hernandez, Dexter; Hodges, Clinton; Jones, Linda L; Kirschman, Erminia C; Lee, Kamsing V; McCann, Charlene A; McNeer, Laura K; Micks, Elizabeth; Nahle, Claudia; Nickols, Marta M; Pratt, Caroline R; Rogers, Richard W; Soria, Adeline L; St. Louis Congressional Unit; Verderosa, Geoffrey J; Zarybnicky, Kenneth A
**Subject:** FW: REMINDER - FOR INTERNAL USE ONLY - Deferred Action for Young People
**Importance:** High

Good Afternoon Central Region

The information below is for internal use only.

V/R

*Luis O. Fuentes-Rivera*

Congressional Liaison Specialist
Central Region Congressional Lead (Acting)
USCIS Office of Legislative Affairs
20 Massachusetts Avenue NW, (b) (6)
Washington, DC 20529
(b) (6)
Fax (b) (6)

*For access to the USCIS Resource Guide for Congress, please visit www.uscis.gov/congressionalresources.*

*Please ensure that you have a Privacy Release from your constituent. Should the constituent require legal advice, it is recommended they contact an accredited legal representative and/or Community Based Organization.*
*WARNING: This document is FOR OFFICIAL USE ONLY.  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C.552).  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.  If you have received this document by mistake please contact the originator for specific handling and destruction procedures*

Obtained via FOIA by Judicial Watch, Inc.

**From:** Irazabal, Luz
**Sent:** Thursday, July 12, 2012 1:37 PM
**To:** #USCIS-OLA LEADS; Varshay, Libby M
**Cc:** McCament, James W; Roles, Rebecca J; Wooden, Janeen R; Rowe, Monterey; Tintary, Ruth E
**Subject:** REMINDER - FOR INTERNAL USE ONLY - Deferred Action for Young People
**Importance:** High

Colleagues,



We will keep you informed of any further information available. Again, thank you for your patience and understanding.

Thanks,
Luz

Luz Figuereo Irazábal
USCIS Office of Legislative Affairs
(b) (6)    office
(b) (6)    blackberry
(b) (6)

---

**From:** Irazabal, Luz
**Sent:** Friday, June 15, 2012 10:10 AM
**To:** #USCIS-OLA LEADS
**Cc:** #USCIS-HQOLA
**Subject:** FOR INTERNAL USE ONLY - Message from the Director: Secretary Napolitano Announcement
**Importance:** High

Colleagues, ██████████████ (b) (7)(E) ██████████████
████████████████████████████████████

We will continue to keep appraised of any additional information as it becomes available.

Thank you,
Luz

Luz Figuereo Irazábal
Associate Chief (National Coordination)
Office of Legislative Affairs
U.S. Citizenship and Immigration Services
(b) (6)    office
(b) (6)    blackberry
(b) (6)

For access to the USCIS Resource Guide for Congress, please visit www.uscis.gov/congressionalresources.

This e-mail (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law.  If you are not the intended recipient, your disclosure, copying, distribution or other use of (or reliance upon) the information contained in this email is strictly prohibited.  If you are not the intended recipient, please notify the sender and delete or destroy all copies.

---

**From:** USCIS Director
**Sent:** Friday, June 15, 2012 9:59 AM
**Subject:** Message from the Director: Secretary Napolitano Announcement

**App. 0197**

Obtained via FOIA by Judicial Watch, Inc.

June 15, 2012

Colleagues,

Today, Secretary Napolitano issued a memorandum directing that, with respect to individuals who meet the criteria outlined below and are age fifteen or over, USCIS personnel should exercise their discretion, on an individual basis, in order to prevent these low priority individuals from being placed into removal proceedings or removed from the United States.   The criteria are that the individuals:

- came to the United States under the age of sixteen;
- have continuously resided in the United States for at least five years preceding the date of the Secretary's memorandum and are present in the United States on the date of the Secretary's memorandum;
- are currently in school, have graduated from high school, have obtained a general education development certificate, or are honorably discharged veterans of the Coast Guard or Armed Forces of the United States;
- have not been convicted of a felony offense, a significant misdemeanor offense, multiple misdemeanor offenses, or otherwise pose a threat to national security or public safety; and
- are not above the age of thirty.

The memorandum further directs that, for individuals who are granted deferred action by either ICE or USCIS, USCIS shall accept applications to determine whether these individuals qualify for work authorization during the period of deferred action.   Appropriate background checks will be conducted as part of this process.

We have been instructed to implement the Secretary's directive with the utmost speed and consistent with the laws and regulations that govern our work.  I look forward to updating you on our implementation plans.

Thank you.  Ali

Disclaimer

As there is no right to the favorable exercise of discretion by the agency, nothing in this memorandum should be construed to prohibit the apprehension, detention, or removal of any alien unlawfully in the United States or to limit the legal authority of DHS or any of its personnel to enforce federal immigration law. Similarly, this memorandum, which may be modified, superseded, or rescinded at any time without notice, is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil, or criminal matter.



Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: USCIS Deferred Action For Childhood Arrival Information |
| **Date:** | Wednesday, November 14, 2012 12:38:53 PM |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, ████ (b) (6)
Bloomington, MN 55425
████ (b) (6) ████ | ████ (b) (6) ████ | ✉ ████ (b) (6) ████

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO) It contains
information that may be exempt from public release under the Freedom of Information
Act (5 U S C 552) This document is to be controlled, handled, transmitted, distributed,
and disposed of in accordance with DHS policy relating to Sensitive But Unclassified
(SBU) information and is not to be released to the public or other personnel who do not
have a valid "need-to-know" without prior approval from the originator If you are not
the intended recipient please contact the originator for disposition instructions

🌿 **Go Green! Please do not print this e-mail unless it is completely necessary.**

**From:** Fuentes-Rivera, Luis O
**Sent:** Tuesday, August 14, 2012 3:47 PM
**To:** Adams, Kim; Agin, David A; Bazzi, Majdie; Berdusis, Marilyn; Burke, James E; Cavazos, Rose M; Cordas, Aimee J; Dillon, Marc W; Egli, Nathan C; Elizondo, Ana R; Ellis, Joyce; Falcon, Fernando; Frost, Carmen L; Gossett, Steve; Goudge, Laurie A; Hardy, Gwendolyn; Hennig, Evelyn M; Hernandez, Dexter; Jones, Linda L; Kirschman, Erminia C; Lee, Kamsing V; McCann, Charlene A; McNeer, Laura K; Mendez, Christopher M; Micks, Elizabeth; Nahle, Claudia; Neal, Jeffrey L; Nickols, Marta M; Pratt, Caroline R; Rogers, Richard W; Sondag, Christine; St. Louis Congressional Unit; Verderosa, Geoffrey J; Zarybnicky, Kenneth A; Zepeda, Laura J
**Cc:** Adams, Raymond P; Bard, Jodi; Blakeway, Albert W; Coates, Timothy S; Conway, Michael J; Dedvukaj, Mick; Dooley, Sharon V; Douglas, David M; Gallagher, Kevin E; Garman, Gary G; Hamilton, Ricky W; Hansen, Mark B; Heathman, Sandy M; Kehl, Lisa M; Kent, Jeanne M; Klinger, Michael J; Leopold, Kay F; Lopez, Antonio; Mather, Robert B; Medina-Maltes, Martha E; Moyer, Chester S; Ortiz, Mario R; Perry, Michelle C; Pietropaoli, Lori A; Reynolds, Patti J; Tarango, Tracy; Tasch, Helaine S
**Subject:** FW: USCIS Deferred Action For Childhood Arrival Information

Good Afternoon Central Region

FYI - the following information was distributed to congressional staff – both in Capitol Hill and your respective
jurisdictions.

V/R



Congressional Liaison Specialist
Central Region Congressional Lead (Acting)
USCIS Office of Legislative Affairs
20 Massachusetts Avenue NW, Suite 4008
Washington, DC 20529
████ (b) (6) ████
Fax ████ (b) (6) ████

*For access to the USCIS Resource Guide for Congress, please visit www.uscis.gov/congressionalresources.*

*Please ensure that you have a Privacy Release from your constituent. Should the constituent require legal advice, it is recommended they contact an
accredited legal representative and/or Community Based Organization.*
*WARNING: This document is FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom
of Information Act (5 U.S.C.552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS
policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a
valid "need-to-know" without prior approval from the originator. If you have received this document by mistake please contact the originator for
specific handling and destruction procedures*

Obtained via FOIA by Judicial Watch, Inc.

dhs



On June 15, 2012, the Secretary of Homeland Security Janet Napolitano announced that certain young people who came to the United States as children, do not present a risk to national security or public safety, and meet several other key guidelines will be considered for relief from removal from the country or from being entered into removal proceedings.  This new process will be implemented tomorrow, August 15, 2012.

In an effort to support your office in responding to casework inquiries relating to the Deferred Action for Childhood Arrivals process, below are links to the following information:

- Form and Instructions:
  http://www.uscis.gov/USCIS/files/form/i-821dinstr.pdf
  http://www.uscis.gov/USCIS/files/form/i-821d.pdf
  http://www.uscis.gov/files/form/i-765instr.pdf
  http://www.uscis.gov/files/form/i-765.pdf
- A "How do I" brochure with process guidelines and filing information:

  http://www.uscis.gov/USCIS/Resources/daca.pdf
- An Informational Flyer:

  http://www.uscis.gov/USCIS/Humanitarian/Deferred%20Action%20for%20Childhood%20Arrivals/daca-consider.pdf

USCIS has also developed a web resource center available at www.uscis.gov/childhoodarrivals to provide the most up to date information.

If you have questions, please contact the USCIS Office of Legislative Affairs at 202-272-1940 or by email at uscisgcongressionalinquiries@uscis.dhs.gov.

---

Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please contact support@govdelivery.com.

This service is provided to you at no charge by U.S. Citizenship and Immigration Services.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: USCIS Leadership Guidance #56-12 |
| **Date:** | Wednesday, November 14, 2012 12:38:40 PM |
| **Attachments:** | image002.png |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, ▮(b) (6)▮
Bloomington, MN 55425
▮(b) (6)▮  ▮(b) (6)▮  ✉  ▮(b) (6)▮

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient please contact the originator for disposition instructions.

♻ **Go Green! Please do not print this e-mail unless it is completely necessary.**

---

**From:** Dooley, Sharon V
**Sent:** Sunday, August 05, 2012 3:21 PM
**To:** # SPM ISO
**Subject:** FW: USCIS Leadership Guidance #56-12

*Sharon Dooley*
Sharon Dooley
Field Office Director
U.S. Citizenship and Immigration Services
Saint Paul
Office: ▮(b) (6)▮ // BB: ▮(b) (6)▮

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO) It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C 552) This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator  If you are not the intended recipient please contact the originator for disposition instructions

♻ **Go Green!  Please do not print this e-mail unless it is completely necessary.**

---

**From:** INTERNAL COMMUNICATIONS, USCIS
**Sent:** Thursday, July 26, 2012 9:39 AM
**Subject:** USCIS Leadership Guidance #56-12

Obtained via FOIA by Judicial Watch, Inc.

# Leadership Guidance

July 26, 2012
#56-12

1. **Multilingual Resource Center**
2. **Deferred Action for Childhood Arrivals**

## 1. Multilingual Resource Center

On July 26, 2012, the USCIS Office of Communications will launch the Multilingual Resource Center, a new website to serve as a hub for all USCIS resources that are offered in foreign languages. By translating certain immigration application information into other languages, we are able to communicate across many cultures and reach a broader audience. This will also ensure that customers obtain information directly from USCIS and not from unofficial—and possibly unscrupulous—sources.

The site provides documents in 22 different languages, including 13 newly translated *How do I…* guides in Chinese. Visitors to the site can now view and download these and other documents.

One of the highlights of the Multilingual Resource Center is the inclusion of a new Spanish translation of *The Handbook for Employers: Instructions for Completing Form I-9* (M-274). The Handbook provides step-by-step guidance, clarifies the law, and answers frequently asked questions on how to complete the form. The Spanish translation of the M-274 also will be included on the I-9 Central and E-Verify websites.

This initiative is part of USCIS's efforts to ensure that important information regarding immigration benefits is accessible to individuals with limited English proficiency.

## 2. Deferred Action for Childhood Arrivals

The USCIS Office of Communications has updated the Public Affairs Guidance on the Deferred Action for Childhood Arrivals initiative. Please use this information when speaking with your staff about the deferred action process and USCIS's ongoing preparation.

The USCIS Leadership Guidance is a product of the USCIS Office of Communications. To submit questions or cleared items, or to access previous Leadership Guidance, email USCIS Internal Communications.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Egli, Nathan C |
| **To:** | Balcom, Sherrie K |
| **Subject:** | FW: USCIS Leadership Guidance #57-12 |
| **Date:** | Wednesday, November 14, 2012 12:38:39 PM |
| **Attachments:** | image002.png |

FYI

**Nathan C. Egli | Immigration Services Officer**
DHS | USCIS | Saint Paul Field Office
2901 Metro Drive, ▮(b) (6)▮
Bloomington, MN 55425
▮(b) (6)▮ ▮(b) (6)▮ | ✉ ▮(b) (6)▮

**WARNING:** This document is FOR OFFICIAL USE ONLY
(FOUO). It contains information that may be exempt from public
release under the Freedom of Information Act (5 U.S.C. 552). This
document is to be controlled, handled, transmitted, distributed, and
disposed of in accordance with DHS policy relating to Sensitive But
Unclassified (SBU) information and is not to be released to the
public or other personnel who do not have a valid "need-to-know"
without prior approval from the originator. If you are not the
intended recipient please contact the originator for disposition
instructions.
♺ **Go Green! Please do not print this e-mail unless it is completely necessary.**

---

**From:** Dooley, Sharon V
**Sent:** Sunday, August 05, 2012 3:20 PM
**To:** # SPM ISO
**Subject:** FW: USCIS Leadership Guidance #57-12

*Sharon Dooley*
Sharon Dooley
Field Office Director
U.S. Citizenship and Immigration Services
Saint Paul
Office: ▮(b) (6)▮ // BB: ▮(b) (6)▮

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO) It contains information that may be exempt from public release under the Freedom of
Information Act (5 U.S.C 552) This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to
Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior
approval from the originator  If you are not the intended recipient please contact the originator for disposition instructions
♺ **Go Green!  Please do not print this e-mail unless it is completely necessary.**

---

**From:** INTERNAL COMMUNICATIONS, USCIS
**Sent:** Friday, August 03, 2012 9:40 AM
**Subject:** USCIS Leadership Guidance #57-12

App. 0203

Obtained via FOIA by Judicial Watch, Inc.

# Leadership Guidance

August 3, 2012
#57-12

**Consideration of Deferred Action for Childhood Arrivals Process**

Today USCIS will provide additional details to the public following Secretary Janet Napolitano's June 15 directive, *Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children*. We will publish a website for the *Consideration of Deferred Action for Childhood Arrivals Process*, www.uscis.gov/childhoodarrivals, at 1:30 p.m. EDT. It will feature updated FAQs intended to give the public more information on the process, as well as a new *How Do I* and a flyer that explains the process graphically.

Please visit the website this afternoon for more information regarding this new process, which we will implement on August 15, 2012.

The USCIS Leadership Guidance is a product of the USCIS Office of Communications. To submit questions or cleared items, or to access previous Leadership Guidance, email USCIS Internal Communications.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | USCIS Director |
| **Subject:** | Message From The Director: Deferred Action for Childhood Arrivals Process |
| **Date:** | Friday, August 03, 2012 1:42 01 PM |
| **Attachments:** | image001.wmz |
| | image003.png |

August 3, 2012

Dear Colleagues,

On July 15, 2012, Secretary Napolitano issued a memorandum charging USCIS with creating a process that allows certain people who came to the United States as children to request deferred action  USCIS was provided with 60 days to implement this new process  I am proud to say that we are on target  We fully expect to be able to receive requests for consideration of deferred action for childhood arrivals beginning on August 15

Senior leadership recently met with Secretary Napolitano to discuss our progress and the Secretary shared her appreciation for the hard work that has taken place so far and will continue over the weeks and months to come  USCIS employees at all levels have risen to the challenge and are, together, ensuring that we deliver a process that honors our commitment to the integrity and goals of our nation's immigration system

This afternoon, we will launch an updated webpage at www.uscis.gov/childhoodarrivals where frequently asked questions about the new deferred action process can be found   All relevant forms and instructions are planned for release on August 15   The information posted on the webpage reflects the expertise and extraordinary work of many of our colleagues throughout our agency

The deferred action for childhood arrivals process will impact many of us as we scale up our efforts and adjust existing workflows to maintain our exemplary level of service and commitment   This is yet another opportunity for us to showcase our ingenuity, dedication, and professionalism as a model for the entire government and for our nation

I am proud to be your colleague and a part of this agency   Thank you for everything you do

Ali

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | USCIS Director |
| **Subject:** | Message from the Director: Secretary Napolitano Announcement |
| **Date:** | Friday, June 15, 2012 10:00:10 AM |
| **Attachments:** | image001.wmz |
| | image002.png |

---

June 15, 2012

Colleagues,

Today, Secretary Napolitano issued a memorandum directing that, with respect to individuals who meet the criteria outlined below and are age fifteen or over, USCIS personnel should exercise their discretion, on an individual basis, in order to prevent these low priority individuals from being placed into removal proceedings or removed from the United States.   The criteria are that the individuals:

- came to the United States under the age of sixteen;
- have continuously resided in the United States for at least five years preceding the date of the Secretary's memorandum and are present in the United States on the date of the Secretary's memorandum;
- are currently in school, have graduated from high school, have obtained a general education development certificate, or are honorably discharged veterans of the Coast Guard or Armed Forces of the United States;
- have not been convicted of a felony offense, a significant misdemeanor offense, multiple misdemeanor offenses, or otherwise pose a threat to national security or public safety; and
- are not above the age of thirty.

The memorandum further directs that, for individuals who are granted deferred action by either ICE or USCIS, USCIS shall accept applications to determine whether these individuals qualify for work authorization during the period of deferred action.   Appropriate background checks will be conducted as part of this process.

We have been instructed to implement the Secretary's directive with the utmost speed and consistent with the laws and regulations that govern our work.  I look forward to updating you on our implementation plans.

Thank you.  Ali

Disclaimer

As there is no right to the favorable exercise of discretion by the agency, nothing in this memorandum should be construed to prohibit the apprehension, detention, or removal of any alien unlawfully in the United States or to limit the legal authority of DHS or any of its personnel to enforce federal immigration law. Similarly, this memorandum, which may be modified, superseded, or rescinded at any time without notice, is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil, or criminal matter.

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Dopona, Peter E (CTR) |
| **To:** | Gallagher, Kevin E; Watkins, Jay C |
| **Cc:** | Garman, Gary G |
| **Subject:** | Re: 40 machine locations |
| **Date:** | Thursday, August 02, 2012 1:42:02 PM |

Good afternoon,

We polled the sites- as far as work space for the additional machines there should not be any issues- all stated the ASC could accommodate, we may have to move some desks and relocate a few desktop CPUs to other areas in the ASC but that should be it.

Waiting areas and parking is hard to say, it would depend on the applicant volume at one time- in many cases the applicants scheduled in the afternoon appear at the ASC that morning and that could cause an issue with both parking and waiting room space. One machine would add another forty five applicants to that ASCs capacity - at present I know of no parking or waiting room issues in Central Region.

It is something that we will monitor closely and if any issues arise I will let you know ASAP.

Respectfully,

Pete Dopona

---

**From**: Gallagher, Kevin E
**Sent**: Thursday, August 02, 2012 01:24 PM
**To**: Dopona, Peter E (CTR); Watkins, Jay C
**Cc**: Garman, Gary G
**Subject**: RE: 40 machine locations

Pete,

Do you think we will run into any space issues (work space, waiting room & parking) in the facilities scheduled for additional machines?

**Kevin E. Gallagher** | **Assistant Regional Director, Adjudications** | DHS | USCIS | Central Regional Office | ☎ : (b) (6)
📠 : (b) (6)   ✉ : (b) (6)   WARNING:  This message is FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552)  This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.

---

**From:** Dopona, Peter E (CTR)
**Sent:** Thursday, August 02, 2012 7:56 AM
**To:** Watkins, Jay C
**Cc:** Gallagher, Kevin E
**Subject:** FW: 40 machine locations
**Importance:** High

Good morning,

FYI

Attached are the proposed CR sites that may be receiving additional L1 workstations- have not heard if/when these will be arriving.

App. 0207

Obtained via FOIA by Judicial Watch, Inc.

Thanks,

Pete Dopona

USIS

NG ASC Project

Central Regional Manager

Telephone ███ (b) (6) ███

███ (b) (6) ███.

---

**From:** Gatlin, Jesse
**Sent:** Tuesday, July 31, 2012 4:06 PM
**To:** Beach, Michael; Dabalsa, Rosy M (CTR); Dopona, Peter E (CTR); Gregory, David H (CTR); Paradela, Grisel (CTR); Watts, George B (CTR); Wood, Juanita (CTR)
**Cc:** Reardon, Bob (TS) (Contr); Bob DeLuca; Lee Bandel; Marcie Moore; Polly Weaver; RJ Wooten; Sarah Bury; Tom Eaton
**Subject:** FW: 40 machine locations
**Importance:** High

Folks:  In support of the President's Deferred Action for Childhood Arrivals (DACA) initiative, USCIS is procuring 40 additional biometrics workstations.

The attached list is the current proposed distribution of those 40 new workstations.  We've been asked to confirm the ship to addresses for these 31 ASCs.  While I have reviewed and they seem correct, please confirm that the addresses are indeed correct.  Also, please confirm that the ASCs can take the proposed new equipment.

While these 40 workstations will eventually all become cabinet models, initially only 11 are going to be shipped as cabinet models and the others will be shipped as table-top models.  As soon as we are informed when the cabinets will be sent, your ASCs will also be informed.

Please send confirmations by tomorrow noon.

Jess

**Jess Gatlin**
Deputy / On-Site Manager
NGTS, USCIS ASC PMO
Office:  ███ (b) (6) ███
Fax:  ███ (b) (6) ███

---

**From:** Yarborough, Fred A
**Sent:** Tuesday, July 31, 2012 3:26 PM
**To:** Gatlin, Jesse
**Cc:** Boyajian, Michael
**Subject:** 40 machine locations

Jesse,

Please do one last check to make sure we have the correct shipping addresses to deliver the machines where your site supervisors prefer. I did not change any addresses only the numbers.

Obtained via FOIA by Judicial Watch, Inc.

Thanks,



Fred Yarborough, PMP
BD Program Manager
Program Management Branch Chief
DHS/USCIS/ESD
Biometrics Division,
(b) (6) (O)
(b) (6) (bb)

Obtained via FOIA by Judicial Watch, Inc.

| | |
|---|---|
| **From:** | Kehl, Lisa M |
| **To:** | Ortiz, Mario R; Dedvukaj, Mick; Douglas, David M; Hansen, Mark B; Heathman, Sandy M; Loutas, Aphrodite G; Mather, Robert B; Garman, Gary G; Cowan, Robert M |
| **Cc:** | Gallagher, Kevin E; Hawthorne, Thomas E; Tarango, Tracy; Sheive, Kristy A |
| **Subject:** | RE: Comments on deferred action |
| **Date:** | Wednesday, June 20, 2012 12:12:28 PM |

First round of questions/comments from Dallas District:



(b) (5)

Obtained via FOIA by Judicial Watch, Inc.



**From:** Ortiz, Mario R
**Sent:** Tuesday, June 19, 2012 8:48 AM
**To:** Cowan, Robert M
**Cc:** Gallagher, Kevin E; Mather, Robert B
**Subject:** Comments on deferred action

Deferred action



App. 0211

Obtained via FOIA by Judicial Watch, Inc.


(b) (5)

Obtained via FOIA by Judicial Watch, Inc.

**Jeffers, Lee B**

**Subject:**          FW: Updated Reminder - Processed DACA Requestors as Code-3

**From:** Keck, Peggy M
**Sent:** Wednesday, November 07, 2012 10:33 AM
**To:** Enzer, Ethan
**Subject:** FW: Updated Reminder - Processed DACA Requestors as Code-3

Ethan,

I'm not sure this falls within the parameters of the FOIA, but this is all that I found that mentions fingerprinting for background checks.

Peggy

**From:** Saucier, Shawn A
**Sent:** Wednesday, October 03, 2012 4:18 PM
**To:** #NER-ASCM-LIST
**Cc:** #NER SISOs and Section Managers; #NER-DD-FOD-COS; Goodwin, Shelley M; Kern, Suzanne C; Maxini, Melissa W; Bibona, Lisa M; O'Neill, Anne M
**Subject:** Updated Reminder - Processed DACA Requestors as Code-3

ASC ISOs,

Please be aware that due to the validity of previous FBI fingerprint results, appointment notices asking DACA requestors to appear at an ASC may indicate that the requestor be processed for biometrics as a Code – 2. This should be ignored.

All DACA requestors, unless they are under the age of 14, should be processed for biometrics as a Code – 3. The DACA Standard Operating Procedure, currently in use by the USCIS Service Center Operations Directorate, requires that prior FBI fingerprint results not be used for determining if a requestor meets the DACA guidelines.

Please let me know if you have any questions or concerns. Thank you.

**Shawn Saucier**
Immigration Services Officer
U.S. Citizenship and Immigration Services
Northeast Regional Office - Adjudications
**Tele:**    (b) (6)
**Fax:**    (b) (6)

**From:** Saucier, Shawn A
**Sent:** Wednesday, October 03, 2012 1:41 PM
**Subject:** Reminder - Processed DACA Requestors as Code-3

ASC ISO,

App. 0213

Obtained via FOIA by Judicial Watch, Inc.

(b) (5)

(b) (7)(E)

Please let me know if you have any questions or concerns. Thank you.

**Shawn Saucier**
Immigration Services Officer
U.S. Citizenship and Immigration Services
Northeast Regional Office - Adjudications
**Tele:** (b) (6)
**Fax:** (b) (6)

App. 0214

Obtained via FOIA by Judicial Watch, Inc.

**Jeffers, Lee B**

**Subject:**                    FW: DACA biometrics requirements FOIA

**From:** Hoffman, Michael K
**Sent:** Monday, September 17, 2012 8:07 AM
**To:** Enzer, Ethan
**Subject:** DACA biometrics requirements

**IMPORTANT Revised - DACA Information..**

Top of Form

09/13/2012 - 11:06:04

Posted on behalf of USCIS HQ.

Revised DACA Applicant Processing Guidance:

1. Under 14 years of age will be processed as Code-2s.
2. 14 years and older will be processed as Code-3s, regardless of what the appointment notice states.

Bottom of Form

ASC, ISO

Application Support Center, XBE
467 Silver Lane
East Hartford, CT 06118

1

App. 0215

Obtained via FOIA by Judicial Watch, Inc.

**Jeffers, Lee B**

| | |
|---|---|
| **Subject:** | FW: Identification for I-821D/DACA appointments at an ASC  FOIA |
| **Attachments:** | Redacted 821D Notice.pdf |

**From:** Jafer, Halide (Holly)
**Sent:** Wednesday, October 03, 2012 11:16 AM
**To:** Kern, Suzanne C; Goodwin, Shelley M; #NER-ASCM-LIST; Tierney, Terry; Bace, Philip; #SER-ASCM-LIST; Gallagher, Kevin E; Watkins, Jay C; #CRO-ASCM-LIST; Woo, Ellen Y; Cone, Richard K; #WRO-ASCM-LIST
**Cc:** Hope, Leslie K; Campagnolo, David; Weidemann, James A; Sartini, Ronald; Munoz-Lair, Anna; James, Ja-Nel C; Harrison, Julia L
**Subject:** Identification for I-821D/DACA appointments at an ASC

_**Please be reminded of the identification guidance/requirements as stated in Section 2.B of the ASC ISO SOP and on the I-821D appointment notice.** For your convenience, a copy of the I-821D appointment notice is attached._

## Section 2.B: Applicant Identification, Name Guidance, and Forms

_**Applicant Identification:**_ The following table provides a matrix of identification requirements for various applications and the actions to be taken if the applicant cannot provide acceptable identification.

| Application Type | Acceptable ID _without_ ASC ISO Approval | Action to be taken if no acceptable ID |
|---|---|---|
| N – 400* | • Form I – 551 Permanent Resident Card or, <br>• Passport with ADIT stamp. | Refer to ASC ISO |
| All Others to include I-821D | • USCIS-issued photo ID or, <br>• State-issued driver's license or, <br>• State-issued ID card or, <br>• Any country's official ID (passport, driver's license) or, <br>• Military photo identification. | Refer to ASC ISO |

\* See Chapter 7, Benefit Procedure – Special Cases, for N - 400 applicant supplemental processing requirements.

Biometric processing should _not_ be refused solely because an applicant does not present an acceptable ID. The ASC ISO may accept secondary forms of identification as proof of identity. Using Fraudulent Document Detection techniques and years of immigration experience, an ASC ISO can usually discern the validity of the applicant's identification. ASC ISOs shall conduct Central Index System (CIS) and/or Computer Linked Application Information Management System, version 4.0 (CLAIMS-4) and CLAIMS Mainframe checks to verify the identity of applicants that present questionable identification. ASC ISOs may also question applicants about their immigration history and biographical background. If the ASC ISO is unavailable and a questionable identity document arises, the Site Supervisor shall inform the applicant that s/he can either wait until the ASC ISO returns to be processed, or s/he may return at a later time. The ASC ISO shall _not_ approve

App. 0216

Obtained via FOIA by Judicial Watch, Inc.

the processing of applicants presenting questionable identity documents without <u>personally inspecting the original documents</u>.

If the ASC ISO is able to confirm the applicant's identity, s/he should write "Identity Confirmed" and place her/his initials in the top left hand margin of the applicant's AIW and return all documents to the Guard/Receptionist. Once the ASC ISO has confirmed the applicant's identity, there is no requirement to repeat the process. The ASC ISO's initials on the applicant's AIW will serve as notice to the receptionist, biometrics technician, and Site Supervisor that the ASC ISO is aware of the applicant's ID and that the ASC ISO has confirmed the applicant's identity. If the ASC ISO is unable to confirm the applicant's identity, the ASC ISO should dismiss the applicant and instruct her/him to return to the ASC with valid ID. Alternatively, the ASC ISO may refer the applicant to the Local Field Office (LFO) for resolution.

**See Chapter 7 for applicant identification guidance for Asylum, I-360, I-914, and I-918 applicants.**

App. 0217

Obtained via FOIA by Judicial Watch, Inc.

# ASC Appointment Notice

| | |
|---|---|
| **APPLICATION NUMBER** (b) (6) | **NOTICE DATE** (b) (6) |

**CASE TYPE**
I821D Consideration of Deferred Action for Childhood Arrivals

| **SOCIAL SECURITY NUMBER** | **USCIS A#** (b) (6) | **CODE** 3 |
| **TCR** | ~~SERVICE CENTER~~ (b) (6) | **PAGE** 1 of 1 |

(b) (6)

To process your request, U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR REQUEST WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS FAIRFAX
5949 W. PICO BLVD.
LOS ANGELES, CA 90035

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**

(b) (6)

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**I. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other requestors must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

## REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, (b) (6) 8850 Richmond Hwy, Alexandria, VA 22309-1586

**APPLICATION NUMBER I**
I821D (b) (6)

If you have any questions regarding this notice, please call 1-800-375-5283.

## WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

App. 0218

Obtained via FOIA by Judicial Watch, Inc.

**Jeffers, Lee B**

**Subject:** FW ████ (b) (7)(E) ████, October 2012 Issue FOIA
**Attachments:** ████ (b) (7)(E) ████ October 2012.pdf

**From:** Maxim, Melissa W
**Sent:** Monday, October 29, 2012 3:39 PM
**To:** #NER-ASCM-LIST
**Cc:** #NER-DD-FOD-COS; #NER SISOs and Section Managers; Saucier, Shawn A; Goodwin, Shelley M; Kern, Suzanne C; Bibona, Lisa M; O'Neill, Anne M
**Subject:** ████ (b) (7)(E) ████ October 2012 Issue

ASC ISOs,

**(b) (7)(E)**

We will disseminate future issues via email, as appropriate.

Please let me know if you have any questions,

Missy

**Melissa W. Maxim** ████████████████ (b) (6) ████████

████ This document ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

App. 0219

Obtained via FOIA by Judicial Watch, Inc.

## Jeffers, Lee B

**Subject:**                  FW: DACA Biometrics Processing FOIA

**From:** Santos-Krider, JesseLee A
**Sent:** Monday, September 17, 2012 8:14 AM
**To:** #NER-ASCM-LIST
**Cc:** #NER SISOs and Section Managers; #NER-DD-FOD-COS; Kern, Suzanne C; Goodwin, Shelley M; O'Neill, Anne M; Saucier, Shawn A; Bibona, Lisa M
**Subject:** DACA Biometrics Processing

Good morning ASC ISOs:



(b) (5)

Should you have any questions, please let me know.

Thanks!

Jesslee Santos-Krider
Northeast Regional Office
Burlington, VT

i

App. 0220