# Examples of Acceptable Evidence for CR and Presence in U.S. on 6/15/12

| Evidence | Acceptable Documentation |
| --- | --- |
| Employment Records | • Pay stubs;<br>• W-2 Forms;<br>• Federal, State, or local income tax returns; or<br>• Letters from employer(s) or, if the DACA requestor has been self-employed, letters from banks, and other firms with whom he/she has done business. |
| Receipts, Bills, Letters | • Rent receipts;<br>• Utility bills bearing the requestor's name and address; or<br>• Receipts or letters from companies showing the dates during which the requestor received service. |
| School Records | Transcripts, letters, report cards, etc., from the school(s) requestor attended in the United States showing the name of school(s) and the period(s) of school attendance. |
| Medical Records | Hospital or medical records showing medical treatment or hospitalization of the requestor. Such records should show the name of the medical facility or physician, as well as the date(s) of the treatment or hospitalization. |




U.S. Citizenship and Immigration Services

# Evidence of CR and Presence on 6/15/12 (Continued)

| Evidence | Acceptable Documentation |
|---|---|
| Memberships | • Official records from a religious entity in the United States confirming the requestor's participation in or attendance at a religious ceremony, rite, or passage (e.g., baptism, first communion, wedding, etc.).<br>• Documentation showing membership in community org. (e.g. Scouts). |
| Military Records | Military records (e.g., certificate of discharge, military personnel records; or military health records). |
| Additional Documents | Additional documents to support the requestor's claim may include:<br>• Money order receipts for money sent in or out of the country;<br>• Passport entries;<br>• Birth certificates of children born in the United States;<br>• Bank books with dated transactions;<br>• Correspondence between the requestor and other persons/org.;<br>• Social Security card;<br>• Selective Service card;<br>• Automobile license receipts, title, vehicle registration, etc;<br>• Deeds, mortgages, contracts to which requestor has been a party;<br>• Tax receipts;<br>• Insurance policies, receipts, or postmarked letters; and/or<br>• Any other relevant document. |




U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines - Education

***Basic Educational Guidelines***

The educational guideline for DACA can be met in a number of different ways. The requestor can show that he/she:

- Is currently in school;
- Has graduated from high school; or
- Has obtained a certificate of completion from high school or a General Educational Development (GED) certificate.



U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

***Currently in School***

The DACA requestor can be enrolled in:

- A public or private elementary school, junior high or middle school, high school, or secondary school;
- An education, literacy, or career training program (including vocational training or an English as a Second Language (ESL) course);
- An education program assisting students either in obtaining a regular high school diploma or its recognized equivalent under State law (including a certificate of completion, certificate of attendance, or alternate award), or in passing a GED exam or other equivalent State-authorized exam; or
- A public or private college or university or a community college.



U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

***Currently in School***

The DACA requestor can be enrolled in:

- A public or private elementary school, junior high or middle school, high school, or secondary school;
- An education, literacy, or career training program (including vocational training or an English as a Second Language (ESL) course);
- An education program assisting students either in obtaining a regular high school diploma or its recognized equivalent under State law (including a certificate of completion, certificate of attendance, or alternate award), or in passing a GED exam or other equivalent State-authorized exam; or
- A public or private college or university or a community college.



U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

***School Breaks and Medical Leave***

**School Breaks:** When the DACA requestor files the DACA request, it is possible that school may not be in session due to a holiday or a semester (or quarter or trimester) break.

- A break may occur during a course, for example spring break, or it may occur between semesters, for example summer break.
- If a DACA request is filed between semesters, the requestor is considered to be currently in school if he/she is enrolled for the next semester and submits evidence of such enrollment.

**Medical Leave:** Note that a DACA requestor on temporary medical leave from school is considered to be currently in school. Evidence of the medical leave and the expected return date to school are to be provided.




U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

***Enrollment in Personal Enrichment or Recreational Classes***

A DACA requestor who is enrolled in a personal enrichment class (such as arts and crafts) or who is enrolled in a recreational class (such as canoeing) is not in an alternative educational program and thus is not considered to be "currently in school" for DACA purposes.



U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

***Enrollment in On-Line Classes***

- Evidence of enrollment in on-line courses is acceptable.
- It is not uncommon for students to be enrolled in online courses.
- Officers will focus on the completeness, credibility, relevance, and sufficiency of the evidence rather than the electronic medium over which the education was received.

U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

***Primary/Middle/Secondary School – Accepted for Enrollment***

Evidence of acceptance for enrollment may include, but is not limited to:

- An acceptance letter on school letterhead from the school's authorized representative, if the requestor was accepted for enrollment, but the classes have not yet commenced. Evidence of registration or other evidence that the student accepted the offer is also to be included;
- A current individualized education program (IEP), as required under the Individuals with Disabilities Education Act, for a student with a disability, would also be acceptable evidence of enrollment;
- A current class schedule containing the student's name, the list of courses, and the day and time of each class; or
- Any other relevant evidence.



U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

***Primary/Middle/Secondary School – Attending Classes***

DACA requestors already enrolled and attending classes may submit:

- Current school registration cards,
- Current transcripts;
- Report cards;
- Progress reports; or
- A current IEP showing the student's progress to date.



U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

***GED***

To show "currently in school" based on enrollment in a class for a GED or other equivalent State-authorized exam, officers will look for a letter or other document from an authorized representative of the program, that includes information such as:

- The requestor's name and date of enrollment;
- The duration of the program and expected completion date;
- Whether the course of study is for or a GED exam or other equivalent State-authorized exam;
- The program's source of public funding (Federal, State, county, or municipal), if any; and
- The program's authorized representative's contact information.



U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

## ***GED (Continued)***

If the GED/Equivalency program is not publicly funded in whole or in part, documentation from the program is also to provide information about its demonstrated effectiveness. Such information could include, but is not limited to:

- The duration of the program's existence;
- The program's track record in assisting students in obtaining a GED, or a recognized equivalent certificate;
- Receipt of awards or special achievement or recognition that indicate the program's overall quality; and/or
- Any other information indicating the program's overall quality.



U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

***Public or Private College or University, or Community College – Accepted for Enrollment***

Evidence of enrollment in a public or private college or university or a community college may include, but is not limited to:

- An acceptance package and related materials on school letterhead from the school's authorized representative, if the requestor was accepted for enrollment, but the classes have not yet commenced. Evidence of registration or other evidence that the student accepted the offer is also to be included.



U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

***Public or Private College or University, or Community College – Accepted for Enrollment (Continued)***

Evidence of acceptance for enrollment can also include:

- A current individualized education program (IEP), as required under the Individuals with Disabilities Education Act, for a student with a disability;
- A copy of the student's current tuition bill;
- The student's current class schedule containing the list of courses, and the day and time of each class; or
- Any other relevant evidence.



U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

***<u>Public or Private College or University, or Community College – Attending Classes:</u>***

For DACA requestors already enrolled and attending classes, evidence may include, but is not limited to:

- Current school registration cards;
- Current transcripts;
- Report cards;
- Progress reports; or
- A current IEP showing the student's progress to date.

The document(s) presented are to show the name of the student, the name of the school, the time period or semester covered by the document, and the current grade level or class year.



U.S. Citizenship
and Immigration
Services

# Applying the DACA Guidelines – Education (Continued)

## *Alternative Educational Programs (Continued)*

**Alternative Educational Programs – Funding/Effectiveness**

| Type of Program | Non-Profit Status | Public Funding (in whole or in part) | Demonstrated Effectiveness – Required for each program that is not publicly funded. (Does not apply to non-profit literacy programs). |
|---|---|---|---|
| ESL | N/A | Letter from the ESL program administrator or authorized representative providing basic details about the source(s) of funding. | The program administrator or authorized representative is to provide information about the program's demonstrated effectiveness. Such information could include, but is not limited to:<br>• The duration of the program's existence;<br>• The program's track record in placing students in post-secondary education, job training, or employment;<br>• Receipt of awards or special achievement or recognition that indicate the program's overall quality; and/or<br>• Any other information indicating the program's overall quality. |
| **Literacy | A copy of the IRS letter confirming tax exempt status under 501(c)(3) | If, not tax exempt, but publicly funded, a letter from the program administrator providing basic details about the source(s) of funding. | |
| Career Training and Vo-Tech | N/A | Letter from the school registrar or authorized school representative providing basic details about the source(s) of public funding. | ** Refer the case to CFDO if enrolled in a literacy program run by a **for-profit** entity. |



U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Education (Continued)

## Alternative Educational Programs – Evidence of Acceptance for Enrollment or Attending Classes

### Enrolled in/Attending Literacy or ESL Program

**ESL**

A letter from the program administrator or authorized representative providing information such as:

- The requestor's name;
- Date of enrollment;
- Duration of the ESL program and expected end date;
- The program admin/auth. Rep's contact info.

**Career Training and Vo-Tech**

**Accepted for Enrollment**

An acceptance letter on school letterhead from the school registrar/authorized school representative. Letter is to include: name and address of the program, a brief description of the program, the duration of the program, the date classes will begin, with evidence of registration.

Evidence of acceptance for enrollment may also include a copy of the current year registration (intake form/enrollment form), or any other relevant documentation.

**Attending Classes**

- Current attendance records
- Transcripts
- Report cards
- Test reports
- Progress reports

Documents are to show the name of the school, the name of the requestor, the time period or semester covered by the document, and, if relevant, the current educational or grade level.

# Applying the DACA Guidelines – Education (Continued)

***Graduated from School***

Evidence of "graduated from school" may include copies of:

- A diploma;
- Transcripts showing the date of graduation; or
- A GED Certificate, certificate of completion, certificate of attendance, or alternate award from a public or private high school/secondary school.

Evidence of GED or equivalent certificate includes, but is not limited to:

- Passed a GED exam; or
- Other comparable State-authorized exam resulting in the issuance of a recognized equivalent of a regular high school diploma under State law.



U.S. Citizenship and Immigration Services

# Applying the DACA Guidelines – Honorable Military Discharge

As an alternative to showing that he/she is currently in school or has graduated from school, a DACA requestor can meet the Secretary's guidelines by showing that he/she is an honorably discharged veteran of the U.S. armed forces or U.S. Coast Guard.

Examples of acceptable evidence of honorable military/Coast Guard discharge include:

- Form DD-214, Certificate of Release or Discharge from Active Duty;
- NGB Form 22, National Guard Report of Separation and Record of Service;
- Military personnel records;
- Military health records; or
  - A military health record will indicate branch of service, but not the character of the service member's discharge;
- Any other relevant document.



U.S. Citizenship and Immigration Services