# Advance Parole for DACA Recipients in Removal Proceedings

■ Individuals in removal proceedings, including those with final removal orders, may seek advance parole if the request meets the guidelines for advance parole consideration under DACA.

■ A departure made while under a final order of removal triggers inadmissibility issues. Outreach will include warnings about these consequences.



U.S. Citizenship
and Immigration
Services

77

App. 0709

# VII. Responding to Requests to Review Certain Denials

U.S. Citizenship
and Immigration
Services



# Module Objectives

The objective of this section is to provide a basic understanding of:

- SRMT handling procedures while a DACA request is pending;
- How to respond to a request to review a denial through the SRMT process; and
- The denial grounds that may be reviewed through the SRMT process.



U.S. Citizenship
and Immigration
Services

79

# SRMT for Pending DACA Request

80

## Change of Address:

- Change address on Form I-821D;

- Change address on Form I-765;

- Check SNAP. If an appointment has been scheduled, change the address and reprint the notice. Before mailing the notice, make a photo copy and forward to the file with a date stamp indicating the date the address change was made; and

- Complete SRMT and send response to requestor that address change has been made.



U.S. Citizenship
and Immigration
Services

App. 0712

# SRMT for Pending DACA Request (Continued)

Corrections – requests to change or correct any type of biographical information, such as name or date of birth:

▪ Every SRMT needs to be reviewed, as in some cases the correction is actually a Request for an address change based upon a typographical error on the original receipt notice. If this is the case, follow the directions for handling a change of address.

▪ If the correction is related to a biographical information capture:

  ▫ Review SRMT – do not make any biographical changes in the system.

  ▫ Complete SRMT using language below as a response:

    This information has been forwarded to your file. The officer reviewing your request for deferred action will make any appropriate changes to your filing at that time. Thank you for your inquiry.

  ▫ Print the completed SRMT and forward to the file using the special cover sheet. Attach a reference screen print of the I-821D and the I-765 .



U.S. Citizenship
and Immigration
Services

81

# Decisions

Form I-821D approvals will be issued on a Form I-797C, Notice of Action. See sample to the left.

The Form I-765 approval will be issued via the standard process which includes the EAD and the Form I-797D insert.



82

# Decisions (Continued)

- A denial template has been created for DACA and is included in the DACA SOP. This DACA denial template will be loaded to all centers' common drive/correspondence generator. Use of this denial template is mandatory. Individualized, locally created denials shall not be used. When an officer encounters an issue for which there is no check box on the denial template, the officer must work through his/her supervisor to identify the issue for SCOPS so that the template can be amended.

83

U.S. Citizenship
and Immigration
Services



# Decisions (Continued)

## Form I-821D  denial template

**Appendix E**

**NOTICE OF DENIAL OF CONSIDERATION OF DEFERRED ACTION FOR CHILDHOOD ARRIVALS, FORM I-821D**

USCIS has reviewed your Form I-821D, Consideration of Deferred Action for Childhood Arrivals. Per the reason(s) indicated below, USCIS has, in its unreviewable discretion, determined that it will not defer action in your matter. Accordingly, your Form I-765, Application for Employment Authorization, has also been denied. Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. You may not file an appeal or motion to reopen/reconsider this decision.

☐ You are under the age of fifteen (15) and are not in removal proceedings, do not have a final removal order, or do not have a voluntary departure order.

☐ You have failed to establish that you came to the United States under the age of sixteen (16).

☐ You have failed to establish that you were under age 31 on June 15, 2012.

☐ You have failed to establish that you have continuously resided in the United States since June 15, 2007, until the date of filing your request.

☐ During your period of residence in the United States, you had one or more absences that did not qualify as "brief, casual, and innocent."

☐ You have failed to establish that you were present in the United States on June 15, 2012 and that you were unlawfully present in the United States before that date.

☐ You have failed to establish that you are currently in school, have graduated or obtained a certificate of completion from high school, have obtained a general education development (GED) certificate, or that you are an honorably discharged veteran of the Coast Guard or Armed Forces of the United States.

☐ You have been convicted of a felony or a significant misdemeanor, or you have been convicted of three or more misdemeanors, or you do not warrant a favorable exercise of prosecutorial discretion.

☐ You do not warrant a favorable exercise of prosecutorial discretion because of other concerns.

☐ You have failed to pay the fee for your concurrently filed Application for Employment Authorization (Form I-765) and/or your payment for such fee or for this petition has been rejected for insufficient funds and you have failed to correct the fee deficiency within the allowed time.

☐ You failed to appear for the collection of biometrics at an Application Support Center

☐ You failed to respond to a Request for Evidence or Notice of Intent to Deny within the time prescribed.

☐ You have abandoned your Form I-821D, Consideration of Deferred Action for Childhood Arrivals because you departed the United States while the form was pending.



U.S. Citizenship
and Immigration
Services

84

# Requests for Review

DACA requestors cannot file a Motion to Reopen or Reconsider and cannot appeal denial of their Form I-821D. However, DACA requestors may request review of certain denials using the Service Request Management Tool (SRMT) process. Categories that may be reviewed fall under administrative error. There is no review through the SRMT process of substantive/discretionary denials.



U.S. Citizenship
and Immigration
Services

85

# Requests to Review (Continued)

## Administrative Errors Related to Material Facts:

- The denial of the DACA request on the grounds that the requestor did not come to the United States prior to reaching his/her 16th birthday, but the evidence submitted at the time of filing shows that the requestor did, in fact, arrive before the required age; or

- The denial of the DACA request on the grounds that the requestor was under age 15 at the time of filing, but not in removal proceedings, but the evidence submitted at the time of filing and/or systems checks show that the requestor was, in fact, in removal proceedings when the DACA request was filed; or

- The denial of the DACA request on the grounds that the requestor was not under the age of 31 on June 15, 2012, but the evidence submitted at the time of filing shows that the requestor did not exceed the upper age limit on June 15, 2012; or

- The denial of the DACA request on the grounds that the requestor was not in an unlawful immigration status as of June 15, 2012, but the evidence submitted at the time of filing shows that the requestor was, in fact, in an unlawful status on June 15, 2012; or

- The denial of the DACA request on the grounds that the requestor was not physically present in the United States on June 15, 2012, up through the date of filing, but the evidence submitted at the time of filing establishes that the requestor was, in fact, present.



U.S. Citizenship
and Immigration
Services

86

# History Action Codes

The following special HACs will be used to track the requests for review through the SRMT process and must be used when responding to requests:

- **SRMT DACA**: When providing an Interim Response to a Request Via SRMT to Review a Denied DACA request.

- **SRMT DACA Reopened on Service Motion**: When reopening a Denied DACA Request on Service Motion.

- **SRMT DACA Approved on Service Motion**: When Approving a Denied DACA Request that has been Reopened on Service Motion.

- **SRMT DACA Denial Affirmed**: When Affirming the Denial of a DACA Request that has been Reopened on Service Motion.

87



U.S. Citizenship
and Immigration
Services

# Standard Responses and Templates

Standard responses, to include some interim responses, have been developed to inform the requestor that his/her denial has been reopened on a service motion and that the denial is correct or incorrect.

88



U.S. Citizenship and Immigration Services

App. 0720

# Responding to Requests to Review

Requestors will be provided 30 days from the date of denial to request review of the denial.

When a request is received at the call center, TIER 1 personnel will review the date of denial in CRIS.

If the request is 30 days beyond the date of the denial, the call center will not process such request and instead will issue the following notification:

- You did not request a review of the denial of your Form I-821D, Consideration of Deferred Action for Childhood Arrivals within the required 30 days. Therefore, we will not be able to process your request. However, you may file a new Form I-821D concurrently with a new Form I-765, Application for Employment Authorization, with a new fee.

U.S. Citizenship
and Immigration
Services

89

# Responding to Requests to Review (Continued)

## Administrative Errors Related to Material Facts:

- The denial of the DACA request on the grounds that the requestor did not come to the United States prior to reaching his/her 16th birthday, but the evidence submitted at the time of filing shows that the requestor did, in fact, arrive before the required age; or

- The denial of the DACA request on the grounds that the requestor was under age 15 at the time of filing, but not in removal proceedings, but the evidence submitted at the time of filing and/or systems checks show that the requestor was, in fact, in removal proceedings when the DACA request was filed; or

| Step | Action |
|---|---|
| 1 | Request the file. |
| 2 | Respond to the SRMT with an interim response. |
| 3 | Update C3 (with HAC code), indicating SRMT DACA. |
| 4 | Reopen the I-821D and I-765 on Service Motion and update C3 with the HAC Codes SRMT DACA Reopened on Service Motion. for each form. |
| 5 | Route the file to the reviewing ISO. |

U.S. Citizenship
and Immigration
Services

90

App. 0722

# Responding to Requests to Review (Continued)

## Administrative Errors Related to Material Facts (cont.):

| Step 6 | Action |
|---|---|
| **If the denial...** | **Then...** |
| **Was correct,** | • The ISO will route the filing to the SISO for concurrence.<br>• The SISO will concur or not concur and route back to the ISO for appropriate systems updating.<br>• If SISO concurs, the ISO updates C3 with HAC code SRMT DACA Denial Affirmed and respond to the DACA requestor using the appropriate DACA SRMT call-up in Appendix G of the DACA SOP.<br>• If SISO does not concur, follow the instructions below (was not Correct) |
| **Was not correct,** | • The SISO routes the filing to the ISO for review.<br>• The ISO approves Forms I-821D and I-765.<br>• The ISO updates C3 with HAC code SRMT Approved on Service Motion for each to show that the case was approved on Service Motion. |
| **Was not correct, but other reasons for denial still exist,** | • The ISO will route the filing to the SISO for concurrence.<br>• If the SISO concurs, the ISO will re-deny the case.<br>• The ISO updates C3 with the HAC code SRMT DACA Denial Affirmed for each form.<br>• The ISO produces a new denial using the SRMT denial template found in Appendix H of the DACA SOP. |



U.S. Citizenship
and Immigration
Services

App. 0723

# Responding to Requests to Review (Continued)

Requestor did Appear to Have Biometrics Collected at a USCIS ASC:

- Follow the steps below when an SRMT is filed due to a claimed administrative error related to the requestor's biometrics collection.

| Step | Action |
|---|---|
| 1 | Review the electronic systems to see whether the requestor had his/her biometrics taken. Request the A-file (if needed). |
| 2 | Reopen Forms I-821D and I-765 on Service Motion. |
| 3 | Update C3 with HAC codes SRMT DACA Reopened on Service Motion, for both forms. |
| 4 | Send an interim SRMT response using SRMT DACA 1 call-up. |



U.S. Citizenship and Immigration Services

92