# Responding to Requests to Review (Continued)

Requestor did Appear to Have Biometrics Collected at a USCIS ASC (cont.):

| If the requestor... | Then... |
|---|---|
| Did not have his/her biometrics taken, | The reviewing officer should check:<br>• Returned Mail<br>• Address Changes<br>• Rescheduling Requests<br>• The BPU ASC Reschedule Spreadsheet |

| If you... | Then... |
|---|---|
| Locate returned mail, an address change, or a rescheduling request, | • Initiate ASC appointment rescheduling.<br>• After the biometrics results are received, adjudicate the case.<br>• If Form I-821D is approved, approve Form I-765.<br>• Update C3 with HAC SRMT DACA Approved on Service Motion for each form.<br>• If denied, issue a denial using the SRMT denial template.<br>• Update C3 with HAC SRMT DACA Denial Affirmed for each form. |
| Do not locate any returned mail, address, or rescheduling request, | Respond to the SRMT that the denial stands, using the SRMT denial template. |

93

U.S. Citizenship and Immigration Services



App. 0725

# Responding to Requests to Review (Continued)

Requestor did Appear to Have Biometrics Collected at a USCIS ASC (cont.):

| If the requestor... | Then... |
|---|---|
| Did have his/her biometrics taken, | - The ISO will adjudicate Forms I-821D and I-765.<br>- If Form I-821D is approved, ISO approves Form I-765.<br>- ISO updates C3 with HAC SRMT DACA Approved on Service Motion for each form.<br>- If denied, ISO issues a denial using the SRMT denial template.<br>- ISO updates C3 with HAC SRMT DACA Denial Affirmed for each form. |


U.S. Citizenship and Immigration Services

# Responding to Requests to Review (Continued)

Requestor requested that His/Her Biometrics Appointment at a USCIS be Rescheduled Prior to the Scheduled Date:

Follow the steps below when an SRMT is filed due to a claimed administrative error related to the request to reschedule the ASC appointment.

| Step | Action |
|---|---|
| 1 | Request A file |
| 2 | Reopen Forms I-821D and I-765 on Service Motion. |
| 3 | Update C3 with HAC code SRMT DACA Reopened on Service Motion for both forms. |
| 4 | Send an interim SRMT response using SRMT DACA 2 call-up. |

U.S. Citizenship and Immigration Services

95

App. 0727

# Responding to Requests to Review (Continued)

Requestor requested that His/Her Biometrics Appointment at a USCIS be Rescheduled Prior to the Scheduled Date (cont.):

| Step | Action |
|---|---|
| 5 | Review the filing and SRMT to determine if a request was received to reschedule the ASC appointment. |

| If the requestor... | Then... |
|---|---|
| Requested to have his/her biometrics appointment rescheduled prior to the scheduled date. | • The ISO will schedule a new ASC appointment and route the A-file to the appropriate holding shelf to await the biometrics results.<br>• Adjudicate the case after the biometrics results are received.<br>• If Form I-821D is approved, approve Form I-765.<br>• Update C3 with HAC SRMT DACA Approved on Service Motion for each form.<br>• If denied, issue a denial using the SRMT denial template.<br>• Update C3 with HAC SRMT DACA Denial Affirmed for each form. |
| Did not request to have his/her biometric appointment rescheduled prior to the scheduled date, | Respond to the SRMT that the denial stands, using the SRMT denial template. |

U.S. Citizenship and Immigration Services



96

App. 0728

# Responding to Requests to Review (Continued)

Requestor Paid the Filing and Biometric fees for the I-765:

Follow the steps below when an SRMT is filed due to a claimed administrative error related to Non-Sufficient Funds.

Review the electronic systems to see whether the requestor paid the associated fees with the filing.

| Step | Action |
|---|---|
| 1 | Records Division reviews electronic systems to determine if the fee was paid timely and properly (if necessary, request the A-file) |
| 2 | Reopen Forms I-821D and I-765 on Service Motion. |
| 3 | Update C3 with HAC code SRMT DACA Reopened on Service Motion for both forms. |
| 4 | Send an interim SRMT response using SRMT DACA 3 call-up. |

97



U.S. Citizenship and Immigration Services

# Responding to Requests to Review (Continued)

Requestor Paid the Filing and Biometric fees for the I-765 (cont.):

| If the Records Division determines... | Then... |
|---|---|
| The appropriate fees were not paid, | Respond to the SRMT that the denial stands, using the SRMT denial template. |
| The appropriate fees were paid, | <ul><li>The ISO will schedule a new ASC appointment and route the A-file to the appropriate holding shelf to await the biometrics results.</li><li>Adjudicate the case after the biometrics results are received.</li><li>If Form I-821D is approved, approve Form I-765.</li><li>Update C3 with HAC SRMT DACA Approved on Service Motion for each form.</li><li>If denied, issue a denial using the SRMT denial template.</li><li>Update C3 with HAC SRMT DACA Denial Affirmed for each form.</li></ul> |



U.S. Citizenship and Immigration Services

98

# Responding to Requests to Review (Continued)

USCIS Denied the Request for DACA based on Abandonment and the Requestor Claims He/She did Respond to a RFE Within the Prescribed Time:

Follow the steps below when an SRMT is filed due to a claimed administrative error related to the requestor's response to a RFE.

| Step | Action |
|---|---|
| 1 | Request A file |
| 2 | Reopen Forms I-821D and I-765 on Service Motion. |
| 3 | Update C3 with HAC code SRMT DACA Reopened on Service Motion for both forms. |
| 4 | Send an interim SRMT response using SRMT DACA 4 call-up. |



U.S. Citizenship and Immigration Services

99

# Responding to Requests to Review (Continued)

USCIS Denied the Request for DACA based on Abandonment and the Requestor Claims He/She did Respond to a RFE Within the Prescribed Time (cont.):

| Step | If the requestor... | Action Then... |
|---|---|---|
| 5 | | Review the filing and SRMT to determine if a request was received to reschedule the ASC appointment. |
| | Responded to the RFE within the prescribed time, | • Route the filing to the reviewing officer.<br>• Adjudicate the case based on the evidence submitted initially and the RFE response.<br>• If Form I-821D approved, approve Form I-765.<br>• Update C3 with HAC SRMT DACA Approved on Service Motion for each form.<br>• If denied, issue a denial using the SRMT denial template.<br>• Route to SISO for denial concurrence.<br>• Update C3 with HAC SRMT DACA Denial Affirmed for each form. |
| | Did not respond within the required time, or no response was received, | Respond to the SRMT that the denial stands, using the SRMT denial template. |

# Responding to Requests to Review (Continued)

USCIS Mailed the RFE to the Wrong Address and the Requestor Submitted a COA Prior to the RFE Issuance:

Follow the steps below when an SRMT is filed due to a claimed administrative error related to the requestor's change of address.

| Step | Action |
|---|---|
| 1 | Request A file |
| 2 | Reopen Forms I-821D and I-765 on Service Motion. |
| 3 | Update C3 with HAC code SRMT DACA Reopened on Service Motion for both forms. |
| 4 | Send an interim SRMT response using SRMT DACA 5 call-up. |
| 5 | Verify the requestor's address |

101



U.S. Citizenship and Immigration Services

App. 0733

# Responding to Requests to Review (Continued)

USCIS Mailed the RFE to the Wrong Address and the Requestor Submitted a COA Prior to the RFE Issuance (cont.):

| If the requestor... | Then... |
|---|---|
| Filed a change of address, prior to the issuance of an RFE | • Re-issue the RFE with a new 87-day response time to the correct address and route the A-file to the RFE hold shelf.<br>• After the RFE response is received, adjudicate Forms I-821D and I-765 based on the evidence submitted initially and the RFE response.<br>• If Form I-821D is approved, approve Form I-765.<br>• Update C3 with HAC SRMT DACA Approved on Service Motion for each form.<br>• If denied, issue a denial using the SRMT denial template.<br>• Route to SISO for denial concurrence.<br>• Update C3 with HAC SRMT DACA Denial Affirmed for each form. |



U.S. Citizenship and Immigration Services

102

# Responding to Requests to Review (Continued)

## USCIS Mailed the RFE to the Wrong Address and the Requestor Submitted a COA Prior to the RFE Issuance (cont.):

| If the requestor... | Then... |
|---|---|
| Did not file a COA prior to the issuance of an RFE. | Review that the RFE was sent to the correct address. |

| If the RFE was sent to... | Then... |
|---|---|
| The correct address, | Respond to the SRMT that the denial stands, using the SRMT denial template. |
| An incorrect address, | <ul><li>Route the filing to the SISO.</li><li>The ISO shall re-issue the RFE with a new 87-day response time to the correct address and route the A-File to the RFE hold shelf.</li><li>After the RFE response is received, adjudicate the case based on the evidence submitted initially and the RFE response.</li><li>If Form I-821D approved, approve Form I-765.</li><li>Update C3 with HAC SRMT DACA Approved on Service Motion for each form.</li><li>If denied, issue a denial using the SRMT denial template.</li><li>Update C3 with HAC SRMT DACA Denial Affirmed for each form.</li></ul> |



U.S. Citizenship and Immigration Services

103

App. 0735