# EXHIBIT 12

| Deferred Action for Childhood Arrivals | | Month | | | | | | | | Cumulative Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Aug-12* | Sep-12 | Oct-12 | Nov-12 | Dec-12 | Jan-13 | Feb-13 | Mar-13 | |
| Intake | Accepted | 48,052 | 104,366 | 112,660 | 71,115 | 44,816 | 31,023 | 30,263 | 29,709 | 472,004 |
| | Rejected | 1,909 | 3,460 | 3,565 | 2,383 | 1,571 | 1,375 | 1,281 | 1,234 | 16,778 |
| | Total received | 49,961 | 107,826 | 116,225 | 73,498 | 46,387 | 32,398 | 31,544 | 30,943 | 488,782 |
| | Average accepted/day | 3,696 | 5,493 | 5,121 | 3,556 | 2,241 | 1,477 | 1,593 | 1,415 | 3,045 |
| Biometrics | Scheduled | 18,616 | 105,439 | 98,430 | 87,037 | 42,062 | 42,678 | 30,128 | 32,453 | 456,843 |
| Case Review | Under review | 0 | 29,747 | 134,858 | 152,245 | 172,533 | 153,508 | 132,255 | 116,541 | - |
| | Approved | 0 | 1,687 | 28,106 | 47,916 | 48,079 | 50,047 | 45,484 | 47,042 | 268,361 |
| | Denied | 0 | 0 | 6 | 15 | 73 | 173 | 269 | 841 | 1,377 |

*August data from August 15 - August 31, 2012

**Please note: The report reflects the most up-to-date estimate available at the time the report is generated.**

Report Created: April 10, 2013
Date range: August 15, 2012 - March 31, 2013
Systems: Biometrics Capture Systems, CIS Consolidated Operational Repository (CISCOR)
USCIS Office of Performance and Quality (OPQ)



Beginning in April 2013, the Deferred Action for Childhood Arrivals reporting period will change from a mid-month to an end-of-month cycle. In addition, beginning with the April 2013 report, the reports will include updates to data previously reported based on the availability of data as the DACA process progresses.

## Deferred Action for Childhood Arrivals

| Top Countries of Origin | Accepted to Date | Approved to Date | Residence | Accepted to Date | Approved to Date | Residence | Accepted to Date | Approved to Date |
|---|---|---|---|---|---|---|---|---|
| MEXICO | 354,002 | 209,978 | CALIFORNIA | 134,167 | 73,104 | CONNECTICUT | 3,108 | 2,130 |
| EL SALVADOR | 18,949 | 10,840 | TEXAS | 76,438 | 49,297 | NEW MEXICO | 2,976 | 1,591 |
| HONDURAS | 12,603 | 6,019 | NEW YORK | 26,365 | 12,324 | OHIO | 2,497 | 1,555 |
| GUATEMALA | 11,817 | 6,424 | ILLINOIS | 24,928 | 19,055 | ALABAMA | 2,378 | 1,546 |
| SOUTH KOREA | 7,030 | 5,476 | FLORIDA | 20,764 | 9,065 | MISSOURI | 2,053 | 1,211 |
| PERU | 6,631 | 4,468 | NORTH CAROLINA | 17,006 | 6,425 | NEBRASKA | 2,047 | 1,405 |
| BRAZIL | 5,589 | 3,374 | ARIZONA | 16,653 | 10,592 | IDAHO | 1,898 | 1,153 |
| COLOMBIA | 4,998 | 3,038 | GEORGIA | 15,417 | 8,647 | KENTUCKY | 1,816 | 1,166 |
| ECUADOR | 4,814 | 3,048 | NEW JERSEY | 14,390 | 8,483 | IOWA | 1,697 | 1,172 |
| PHILIPPINES | 3,315 | 2,370 | COLORADO | 10,105 | 6,050 | LOUISIANA | 1,187 | 741 |
| ARGENTINA | 2,970 | 1,875 | WASHINGTON | 9,732 | 5,653 | MISSISSIPPI | 881 | 583 |
| INDIA | 2,698 | 1,750 | VIRGINIA | 7,898 | 3,619 | DELAWARE | 857 | 604 |
| JAMAICA | 2,584 | 1,103 | NEVADA | 7,514 | 2,566 | RHODE ISLAND | 787 | 481 |
| VENEZUELA | 2,206 | 1,260 | OREGON | 6,661 | 4,271 | DISTRICT OF COLUMBIA | 458 | 178 |
| DOMINICAN REPUBLIC | 2,039 | 992 | MARYLAND | 6,241 | 4,315 | WYOMING | 346 | 189 |
| TRINIDAD AND TOBAGO | 1,946 | 959 | INDIANA | 6,105 | 2,399 | NEW HAMPSHIRE | 229 | 142 |
| BOLIVIA | 1,490 | 940 | UTAH | 5,437 | 3,413 | HAWAII | 201 | 98 |
| COSTA RICA | 1,441 | 930 | MASSACHUSETTS | 5,411 | 2,536 | SOUTH DAKOTA | 156 | 95 |
| URUGUAY | 1,312 | 876 | TENNESSEE | 4,859 | 1,714 | PUERTO RICO | 116 | 41 |
| PAKISTAN | 1,297 | 723 | WISCONSIN | 4,190 | 2,581 | WEST VIRGINIA | 65 | 49 |
| | | | KANSAS | 4,021 | 2,468 | VIRGIN ISLANDS | 53 | 19 |
| | | | SOUTH CAROLINA | 3,930 | 2,540 | ALASKA | 52 | 27 |
| | | | OKLAHOMA | 3,842 | 2,086 | NORTH DAKOTA | 27 | 12 |
| | | | MINNESOTA | 3,683 | 2,371 | MAINE | 24 | 14 |
| | | | MICHIGAN | 3,663 | 2,345 | MONTANA | 24 | 8 |
| | | | PENNSYLVANIA | 3,408 | 2,120 | OTHER | 20 | 8 |
| | | | ARKANSAS | 3,210 | 2,093 | GUAM | 13 | 11 |



**Please note: The report reflects the most up-to-date estimate available at the time the report is generated.**
Report Created: April 10, 2013
Date range: August 15, 2012 - March 31, 2013
Systems: CIS Consolidated Operational Repository (CISCOR)
USCIS Office of Performance and Quality (OPQ)

**App. 0744**