# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, ET AL., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| vs. | ) | Case No. 1:14-cv-254 |
| | ) | |
| UNITED STATES OF AMERICA, ET AL., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

Plaintiffs respectfully ask the Court for permission to exceed the page limits in their Reply in Support of Plaintiffs' Motion For Preliminary Injunction. Plaintiffs' motion raises complex issues in a case of national importance, and Plaintiffs need these extra pages to adequately respond to the issues raised in the United States' brief.  Plaintiffs also need additional pages to ensure that the brief represents the consolidated views of all 25 plaintiff States.  The United States does not oppose this motion.

### CONCLUSION

Plaintiffs' motion to exceed the page limit should be granted.

Respectfully submitted.

LUTHER STRANGE
*Attorney General of Alabama*

MARK BRNOVICH
*Attorney General of Arizona*

DUSTIN MCDANIEL
*Attorney General of Arkansas*

PAMELA JO BONDI
*Attorney General of Florida*

SAMUEL S. OLENS
*Attorney General of Georgia*

LAWRENCE G. WASDEN
*Attorney General of Idaho*

JOSEPH C. CHAPELLE
PETER J. RUSTHOVEN
*Counsel for the State of Indiana*

DEREK SCHMIDT
*Attorney General of Kansas*

JAMES D. "BUDDY" CALDWELL
*Attorney General of Louisiana*

TIMOTHY C. FOX
*Attorney General of Montana*

JON C. BRUNING
*Attorney General of Nebraska*

WAYNE STENEHJEM
*Attorney General of North Dakota*

MICHAEL DEWINE
*Attorney General of Ohio*
ERIC E. MURPHY
*Co-counsel for the State of Ohio*

KEN PAXTON
*Attorney General of Texas*

CHARLES E. ROY
*First Assistant Attorney General*

JAMES D. BLACKLOCK

/s/ Andrew S. Oldham
ANDREW S. OLDHAM
*Deputy Solicitor General*
    Attorney-in-Charge
    State Bar No. 24081616

J. CAMPBELL BARKER
*Deputy Solicitor General*

ARTHUR C. D'ANDREA
*Assistant Solicitor General*

ANGELA V. COLMENERO
ADAM N. BITTER
*Assistant Attorneys General*

Office of the Attorney General of Texas
P.O. Box 78711
Austin, Texas 78711-2548
512-936-1700

(additional counsel on following page)

2

E. SCOTT PRUITT
*Attorney General of Oklahoma*

ALAN WILSON
*Attorney General of South Carolina*

MARTY J. JACKLEY
*Attorney General of South Dakota*

SEAN D. REYES
*Attorney General of Utah*

PATRICK MORRISEY
*Attorney General of West Virginia*

BRAD D. SCHIMEL
*Attorney General of Wisconsin*

BILL SCHUETTE
*Attorney General for the People of
    Michigan*

DREW SNYDER
*Counsel for the Governor of Mississippi*

PAUL R. LEPAGE
*Governor of Maine*

ROBERT C. STEPHENS
*Counsel for the Governor of North
    Carolina*

TOM C. PERRY
CALLY YOUNGER
*Counsel for the Governor of Idaho*

## CERTIFICATE OF CONFERENCE

I certify that my colleague, Arthur C. D'Andrea, conferred with counsel for the Defendants, and they do not oppose this motion.

__/s/ Andrew S. Oldham_____
Andrew S. Oldham

## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on the following counsel for the Defendants via CM/ECF:

Adam D. Kirschner
Kyle D. Freeny
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7126
Washington D.C. 20001

Daniel David Hu
U.S. Attorney's Office
1000 Louisiana, Suite 2300
Houston, Texas 77002

Counsel for Defendants

__/s/ Andrew S. Oldham_____
Andrew S. Oldham