# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS; ET AL. <br><br> *Plaintiffs,* <br><br> vs. <br><br> UNITED STATES OF AMERICA; ET AL. <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:14-cv-254 |

**ORDER ON PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS**

On January 7, 2015, Plaintiffs filed a motion seeking to exceed the page limits on their Reply in Support of Plaintiffs' Motion For Preliminary Injunction. Plaintiffs motion is hereby GRANTED.

SO ORDERED.

Date: _____, 2015

_____

The Honorable Andrew S. Hanen
United States District Judge