UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-CV-254 |
|---|---|---|---|

State of Texas, et al.

versus

United States of America, et al.

United States District Court
Southern District of Texas
ENTERED
JAN - 8 2015
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ilya Shapiro<br>Cato Institute<br>1000 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001<br>202-842-0200<br>District of Columbia No. 489100 |
|---|---|

| Name of party applicant seeks to appear for: | Cato Institute |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/7/2015 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 1/8/15 | Clerk's signature [signature] |

**Order**

Dated: 1/8/15

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge