THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS; ET AL.<br><br>*Plaintiffs,*<br><br>vs.<br><br>UNITED STATES OF AMERICA; ET AL.<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:14-cv-254<br>)<br>)<br>)<br>)<br>)<br>) |

United States District Court
Southern District of Texas
ENTERED
JAN - 8 2015
David J. Bradley, Clerk of Court

## ORDER ON PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS

On January 7, 2015, Plaintiffs filed a motion seeking to exceed the page limits on their Reply in Support of Plaintiffs' Motion For Preliminary Injunction. Plaintiffs motion is hereby GRANTED.

SO ORDERED.

Date: _Jan 8_, 2015

_____
The Honorable Andrew S. Hanen
United States District Judge