UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-CV-254 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al.

United States District Court
Southern District of Texas
ENTERED
JAN - 8 2015
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Prof. Peter Margulies<br>Roger Williams University School of Law<br>Bristol, RI 02806<br>(401)254-4564; pmargulies@rwu.edu<br>Rhode Island 6261<br>D. R.I. 6261 |
|---|---|

| Name of party applicant seeks to appear for: | Texas |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ✓ No ___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/6/2015 | Signed: Peter Margulies |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 1/8/15    Clerk's signature: [signature]

**Order**

Dated: 1/8/15

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge