UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|

STATE OF TEXAS, et. al.,

*versus*

UNITED STATES OF AMERICA, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Chirag G. Badlani<br>Hughes Socol Piers Resnick & Dym, Ltd.<br>70 W. Madison Street, Suite 4000<br>Chicago, IL 60602<br>(312) 604-2776; cbadlani@hsplegal.com<br>Illinois Bar No. 6308523 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici<br>Major Cities Chiefs Police Association, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/7/2015 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 1-8-2015 | Clerk's signature *[signature]* |
|---|---|

**Order**

Dated: 1\8\15

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge