IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
|     Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
|     Defendants. | § | |

# ORDER

The Court has considered the Motion to Intervene by Mitchell Williams [Doc. No. 40] and that Motion is hereby denied.

Signed this 9th day of January, 2015.

_____
Andrew S. Hanen
United States District Judge