UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|
| Texas et al. ||||
| *versus* ||||
| United States et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Kyle R. Freeny<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Ave. NW<br>Washington, DC 20001<br>(202) 514-5108<br>California Bar No. 247857 |
|---|---|
| Seeks to appear for this party: | All Defendants (United States et al.) |
| Dated: 1/9/15 | Signed: |

| The state bar reports that the applicant's status is: |
|---|
| Dated:                Clerk's signature: |

Order    This lawyer is admitted *pro hac vice*.

Dated: _____      _____
United States District Judge