United States District Court
Southern District of Texas
**ENTERED**
JAN 0 9 2015
David J. Bradley, Clerk of Court

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|
| Texas et al. ||||
| *versus* ||||
| United States et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Kyle R. Freeny<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Ave. NW<br>Washington, DC 20001<br>(202) 514-5108<br>California Bar No. 247857 |
|---|---|
| Seeks to appear for this party: | All Defendants (United States et al.) |
| Dated: 1/9/15 | Signed: [signature] |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 1/9/15 | Clerk's signature: [signature] |

**Order**

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge

Dated: 1/9/15