| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|
| Texas et al. ||||
| *versus* ||||
| United States et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Kathleen R. Hartnett<br>U.S. Department of Justice, Civil Division<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>(202) 514-2331<br>DC Bar 483250 |
|---|---|
| Seeks to appear for this party: | All Defendants (United States et al.) |
| Dated: 1/12/15 | Signed: *Kathleen R. Hartnett* |

| The state bar reports that the applicant's status is: Active ||
|---|---|
| Dated: 1/14/15 | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____      _____
United States District Judge