UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants | Civil Action No. 1:14-cv-00254 |

## NOTICE OF SUBSTITUTION OF COUNSEL

To: The clerk of court and all parties of record.

I am admitted to practice in this court, and I appear in this case as additional counsel on behalf of all plaintiffs. Please note my substitution as Solicitor General of the State of Texas in place of Jonathan F. Mitchell, who shall be withdrawn as counsel for plaintiffs. I request that a copy of all papers served or filed in this action be forwarded to:

Scott A. Keller
*Solicitor General*
Texas State Bar No. 24062822
S.D. Tex. Bar No. 1142637
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700 phone
(512) 474-2697 fax
scott.keller@texasattorneygeneral.gov

Respectfully submitted.

KEN PAXTON
*Attorney General of Texas*

CHARLES E. ROY
*First Assistant Attorney General*

/s/ Scott A. Keller
SCOTT A. KELLER
*Solicitor General*
    Texas State Bar No. 24062822
    S.D. Tex. Bar No. 1142637

ANDREW S. OLDHAM
*Deputy Solicitor General*
    Attorney-in-Charge

J. CAMPBELL BARKER
*Deputy Solicitor General*

ARTHUR C. D'ANDREA
*Assistant Solicitor General*

ANGELA V. COLMENERO
ADAM N. BITTER
*Assistant Attorneys General*

Office of the Attorney General
P.O. Box 12548 (MC-059)
Austin, Texas 78711-2548
(512) 936-1700

Counsel for Plaintiffs

Dated: January 12, 2015

## CERTIFICATE OF SERVICE

    I certify that on January 12, 2015, this document was served to counsel of record through the Court's CM/ECF Document Filing System.

<u>/s/ Scott A. Keller</u><br>
Scott A. Keller