UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CASE No. 1-14-CV-00254 |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS BY MAJOR CITIES CHIEFS ASSOCIATION, POLICE EXECUTIVE RESEARCH FORUM, AND INDIVIDUAL SHERIFFS AND POLICE CHIEFS**

Before the Court is a Motion for Leave to Participate as *Amici Curiae* in Support of Defendants by Major Cities Chiefs Association, Police Executive Research Forum, and Individual Sheriffs and Police Chiefs. The Court hereby grants leave for the aforementioned movants to participate as *amici curiae* and file a brief in opposition to Plaintiffs' motion for a preliminary injunction.

Signed this __ day of _____, 2015.

_____
Hon. Andrew S. Hanen
United States District Judge