# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:14-cv-254 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Kathleen R. Hartnett, U.S. Department of Justice, Civil Division, DC Bar No. 483250, 950 Pennsylvania Ave., N.W., Washington, D.C., 202-514-2331, as additional counsel for the Defendants in the above-captioned matter. Ms. Hartnett will present Defendants' position at the oral argument scheduled for January 15, 2015.

Dated: January 12, 2015

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

DANIEL DAVID HU
Assistant United States Attorney
Deputy Chief, Civil Division

JOYCE R. BRANDA
Acting Assistant Attorney General

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director,
Federal Programs Branch

  */s/ Kyle R. Freeny*
KYLE R. FREENY (Cal. Bar No. 247857)
Attorney-in-Charge
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 514-5108
Fax: (202) 616-8470
Kyle.Freeny@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been delivered electronically on January 12, 2015, to counsel for Plaintiffs via the District's ECF system.

                                                        <u>/s/ Kyle R. Freeny</u>  
                                                        Counsel for Defendants