UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JAN 1 3 2015

David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-CV-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Cally Younger<br>Office of Governor C.L. "Butch" Otter<br>P.O. Box 83720<br>Boise, Idaho, 83720<br>208-854-3022, cally.younger@gov.idaho.gov<br>Idaho, Bar #8987 |
|---|---|

| Name of party applicant seeks to appear for: | Governor C.L. "Butch" Otter |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/29/2014 | Signed: [signature] |
|---|---|

| | The state bar reports that the applicant's status is: Active  Active 1/13/15 |
|---|---|
| 1/13/15 | Dated: 1/6/15   Clerk's signature [signature] |

**Order**

Dated: 1/13/15

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge