IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
|    *Defendants*. | § | |
| | § | |

## ORDER

Before the Court is a Motion for Leave to File a Brief as Amici Curiae by the States of Washington, California, Connecticut, Hawaii, Illinois, Iowa, Maryland, Massachusetts, New Mexico, New York, Oregon, and Vermont, and the District of Columbia, [Doc. No. 81]. The Court hereby grants leave for the aforementioned movants to participate as amici curiae and file a brief in opposition to Plaintiffs' Motion for Preliminary Injunction.

Signed this 13th day of January, 2015.

 

_____
Andrew S. Hanen
United States District Judge