UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 1 3 2015
David J. Bradley, Clerk of Court

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

CASE No. 1-14-CV-00254

### ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS BY MAJOR CITIES CHIEFS ASSOCIATION, POLICE EXECUTIVE RESEARCH FORUM, AND INDIVIDUAL SHERIFFS AND POLICE CHIEFS

Before the Court is a Motion for Leave to Participate as *Amici Curiae* in Support of Defendants by Major Cities Chiefs Association, Police Executive Research Forum, and Individual Sheriffs and Police Chiefs. The Court hereby grants leave for the aforementioned movants to participate as *amici curiae* and file a brief in opposition to Plaintiffs' motion for a preliminary injunction.

Signed this 13th day of January, 2015.

Hon. Andrew S. Hanen
United States District Judge