UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **State of Texas,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **United States of America,** et al., <br><br> Defendants | Civil Action No. 1:14-cv-00254 |

## NOTICE OF APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record.

I am admitted to practice in this court; please note my appearance as additional counsel on behalf of all plaintiffs. I request that a copy of all papers served or filed in this action be forwarded to:

Jonathan F. Mitchell
State Bar No. 24075463
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700
jonathan.mitchell@texasattorneygeneral.gov

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

<u>/s/ Jonathan F. Mitchell</u>
JONATHAN F. MITCHELL
State Bar No. 24075463

OFFICE OF THE ATTORNEY GENERAL
209 West 14th Street
P.O. Box 12548 (MC-059)
Austin, Texas 78711-2548
(512) 936-1700 (phone)
(512) 474-2697 (fax)
jonathan.mitchell@texasattorneygeneral.gov

COUNSEL FOR PLAINTIFFS

Dated: January 13, 2015

2

## CERTIFICATE OF SERVICE

 I certify that on January 13, 2015, this document was served to counsel of record through the Court's CM/ECF Document Filing System.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
