UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:14-CV-254 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.* | ) ) | |
| Defendants. | ) | |

**ORDER**

The Motion for Extension of Time to File a Response to Plaintiff's Preliminary Injunction Reply is granted. Defendants will have until February 2, 2015 to file their sur reply.

Signed this day _____ of January 2015.


_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE