IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Defendants, § <br> § <br> and § <br> § <br> JANE DOE #1, JANE DOE #2, and JANE DOE #3, § <br> § <br> Proposed Defendant–Intervenors § | Case No. 1:14-cv-254 |

## [PROPOSED] ORDER

The motion to intervene of movants Jane Doe #1, Jane Doe #2, and Jane Doe #3 (Docket Entry No. __) having come before this Court, and the Court having considered the papers submitted in connection with said motion, and such other relevant information and evidence as was presented to this Court, and good cause appearing, IT IS HEREBY ORDERED that:

(1) Movants' Motion for Leave to Intervene is GRANTED; and

(2) Movants be entered as Defendants–Intervenors and their counsel served with all relevant papers in the above-captioned action.

IT IS SO ORDERED on this _____ day of _____, 2015.

-2-

_____
Hon. Andrew S. Hanen
United States District Court Judge