## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| JANE DOE #1, JANE DOE #2, and JANE DOE #3, | § | |
| | § | |
| Proposed Defendant–Intervenors | § | |
| | § | |

## APPENDIX OF DECLARATIONS

Pursuant to the Court's Civil Procedures, rule 7(b), the Proposed Defendant-Intervenors Jane Doe #1, Jane Doe #2, and Jane Doe #3 hereby provide the Court with copies of the following declarations cited in support of the Proposed Defendant-Intervenors' Motion for Leave to Proceed Under Pseudonyms and Memorandum of Law in Support.

| NO. | DECLARATION |
|-----|-------------|
| 1. | Declaration of Defendant Intervenor Movant Jane Doe #1 |
| 2. | Declaration of Defendant Intervenor Movant Jane Doe #2 |
| 3. | Declaration of Defendant Intervenor Movant Jane Doe #3 |
| 4. | Declaration of Nina Perales |

Dated:  January 14, 2015

LAW OFFICE OF FRANK COSTILLA, L.P.
Frank Costilla (Tex. Bar. No. 04856500)
5 E. Elizabeth Street
Brownsville, Texas 78520
Phone:  956-541-4982
Facsimile:  956-544-3152

Respectfully submitted,

MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
By   _/s/ Nina Perales_____
Nina Perales (Tex. Bar No. 24005046;
Southern District of Tex. Bar No. 21127)
Attorney-in-Charge
David Hinojosa (Tex. Bar No. 24010689)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476 (telephone)
Facsimile:  (210) 224-5382 (facsimile)


O'MELVENY & MYERS LLP
Linda Smith (Cal. Bar No. 78238)
Adam P. KohSweeney (Cal. Bar No. 229983)
J. Jorge deNeve (Cal. Bar No. 198855)
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Phone: 310-246-6801
Facsimile: 310-246-6779

(Requests for *pro hac vice* admission to be
filed)

Attorneys for the Proposed Defendant-Intervenors **JANE DOE #1**, **JANE DOE #2,** and
**JANE DOE #3**

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, hereby certify that, on the 14th day of January 2015, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*

Nina Perales (Tex. Bar No. 24005046)
***Attorney for Proposed Defendant-Intervenors***

No. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:14-cv-254 |
| | § | |
| | § | |
| United States of America, *et al.*, | § | |
| | § | |
| Defendants. | § | |

<u>DECLARATION OF DEFENDANT INTERVENOR MOVANT JANE DOE #1</u>

My name is JANE DOE #1.  I am over the age of 18 and fully competent to make this declaration.

1.  I live in Edinburg, TX.  I have resided in the United States for 15 years.

2.  I was born in 1971 in Reynosa, Tamaulipas, Mexico.  I attended school in Mexico until the 8th grade.  In Mexico I worked as a laborer and I cooked and sold food.

3.  I am married and have four children.  My oldest child, ▆▆▆, is married; he attends college and works.  Still living at home, my daughter R▆▆▆, who is 21, attends college and works to help support our family.  My daughter G▆▆▆▆ is 14 years old and is in the ninth grade.  My son E▆▆▆ is 8 years old and in the second grade.  All of my children get good grades in school.

4.  Here in the U.S. I work making and selling tamales and other food.  I also do catalog sales.  My husband also works to support our family.

5.   Outside of work and my responsibilities at home, I volunteer at my church and participate in school field trips for my children.

6.   I came to the United States in July 1999 and have remained in the U.S. since that time.

7.   I believe that I am eligible for deferred action because I am the parent of U.S. citizen children, I have resided continuously in the U.S. since before 2010, I do not have permission to be in the U.S. and I am not an enforcement priority.

8.   I want to participate in this case in order to defend deferred action for myself and other parents in my situation.

9.   Because I do not have permission to be in the U.S., I would like to proceed in this case pseudonymously.  I am aware of the debate in Texas over immigration as reported in the media.   I am fearful that if my name and immigration status were made public, I would face opprobrium and possibly harassment from members of the public who support this lawsuit.   I understand that deferred action is discretionary on the part of the federal government and am also very concerned that revealing my name and immigration status to federal authorities will subject me to possible arrest, detention and removal from the U.S.

10.  If the Court grants my request to proceed as Jane Doe in this lawsuit, my attorneys will file under seal or in camera a second declaration executed by me on this same date in which my true name is revealed.

I declare under penalty of perjury pursuant to 28 U.S. Code § 1746 that the

foregoing is true and correct.

Executed this _12_ day of January, 2015 in Edinburg, Texas.

*JANE DOE #1*
_____
JANE DOE #1

CERTIFICATE OF TRANSLATION

1.  My name is David G. Hinojosa and I speak English and Spanish.

2.  I sight translated the foregoing declaration from English to Spanish by reading it to JANE DOE #1 in Spanish.

3. JANE DOE #1 affirmed that the contents of the declaration were true and correct to the best of his knowledge.

I declare under penalty of perjury pursuant to 28 U.S. Code § 1746 that the

foregoing is true and correct.

Executed this _12_ day of January, 2015 in McAllen, Texas.

_____
David G. Hinojosa

No. 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

State of Texas, *et al.*,                              §
                                                       §
                    Plaintiffs,                        §
                                                       §
                                                       §
                    v.                                 §        Civil Action No. 1:14-cv-254
                                                       §
                                                       §
United States of America, *et al.*,                    §
                                                       §
                    Defendants.                        §

DECLARATION OF DEFENDANT INTERVENOR MOVANT JANE DOE #2

My name is JANE DOE #2. I am over the age of 18 and fully competent to make
this declaration.

1. I live in McAllen, TX. I have resided in the United States for 13 years.

2. I was born in 1987 in Tepalcatepec, Michoacan, Mexico. I attended school in
   Mexico through the 5th grade. After my parents brought me to the United
   States, I attended school through the 10th grade.

3. I am married and have two children. My son A████ is in the first grade
   and my daughter A████ is four years old and attends a Head Start program.

4. I am currently studying for my GED. My husband is the sole wage-earner in
   our family. In addition to caring for my husband and children, I also take
   care of my mother who lives with us and who has Alzheimer's disease.

5. Outside of participating in GED classes and my responsibilities at home, I attend church every Sunday and attend Bible classes. I volunteer in church activities and I volunteer in my daughter's Head Start program.

6. I believe that I am eligible for deferred action because I am the parent of U.S. citizen children, I have resided continuously in the U.S. since before 2010, I do not have permission to be in the U.S. and I am not an enforcement priority.

7. I want to participate in this case in order to defend deferred action for myself and other parents in my situation.

8. Because I do not have permission to be in the U.S., I would like to proceed in this case pseudonymously.  I am aware of the debate in Texas over immigration as reported in the media.   I am fearful that if my name and immigration status were made public, I would face opprobrium and possibly harassment from members of the public who support this lawsuit. I understand that deferred action is discretionary on the part of the federal government and am also very concerned that revealing my name and immigration status to federal authorities will subject me to possible arrest, detention and removal from the U.S.

9. If the Court grants my request to proceed as Jane Doe in this lawsuit, my attorneys will file under seal or in camera a second declaration executed by me on this same date in which my true name is revealed.

I declare under penalty of perjury pursuant to 28 U.S. Code § 1746 that the

foregoing is true and correct.

Executed this 12th day of January, 2015 in McAllen, Texas.

Jane Doe #2
JANE DOE #2

CERTIFICATE OF TRANSLATION

1. My name is David G. Hinojosa and I speak English and Spanish.

2. I sight translated the foregoing declaration from English to Spanish by reading it to JANE DOE #2 in Spanish.

3. JANE DOE #2 affirmed that the contents of the declaration were true and correct to the best of his knowledge.

I declare under penalty of perjury pursuant to 28 U.S. Code § 1746 that the

foregoing is true and correct.

Executed this 12th day of January, 2015 in McAllen, Texas.

David G. Hinojosa

No. 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:14-cv-254 |
| | § | |
| | § | |
| United States of America, *et al.*, | § | |
| | § | |
| Defendants. | § | |

DECLARATION OF DEFENDANT INTERVENOR MOVANT JANE DOE #3

My name is JANE DOE #3.  I am over the age of 18 and fully competent to make this declaration.

1.  I live in Donna, TX.  I have resided in the United States for 11 years.

2.  I was born in 1983 in Acapetahua, Chiapas, Mexico and completed high school in Mexico.

3.  I have a daughter who is two years old.   In order to support myself and my daughter, I sell items at the flea market and I make and sell food.  I have also worked as a waitress at a taco restaurant and worked taking care of children in my home.

4.  I believe that I am eligible for deferred action because I am the parent of a U.S. citizen child, I have resided continuously in the U.S. since before 2010, I do not have permission to be in the U.S. and I am not an enforcement priority.

5.  I want to participate in this case in order to defend deferred action for myself and other parents in my situation.

6.  Because I do not have permission to be in the U.S., I would like to proceed in this case pseudonymously.  I am aware of the debate in Texas over immigration as reported in the media.   I am fearful that if my name and immigration status were made public, I would face opprobrium and possibly harassment from members of the public who support this lawsuit. I also understand that deferred action is discretionary on the part of the federal government and am also very concerned that revealing my name and immigration status to federal authorities will subject me to possible arrest, detention and removal from the U.S.

7.  If the Court grants my request to proceed as Jane Doe in this lawsuit, my attorneys will file under seal or in camera a second declaration executed by me on this same date in which my true name is revealed.

I declare under penalty of perjury pursuant to 28 U.S. Code § 1746 that the

foregoing is true and correct.

Executed this 12ᵗ ᴴ day of January, 2015 in Donna, Texas.

<u>Jane Dee #3</u>
JANE DOE #3

CERTIFICATE OF TRANSLATION

1.  My name is David G. Hinojosa and I speak English and Spanish.

2.  I sight translated the foregoing declaration from English to Spanish by reading it to JANE DOE #3 in Spanish.

3.  JANE DOE #3 affirmed that the contents of the declaration were true and correct to the best of his knowledge.

I declare under penalty of perjury pursuant to 28 U.S. Code § 1746 that the

foregoing is true and correct.

Executed this 12 day of January, 2015 in Donna, Texas.

David G. Hinojosa

No. 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| JANE DOE #1, JANE DOE #2, and JANE DOE #3, | § | |
| | § | |
| | § | |
| Proposed Defendant– Intervenors | § | |
| | § | |

**<u>DECLARATION OF NINA PERALES</u>**

I, Nina Perales, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      My name is Nina Perales.  I am over 21 years of age and am competent to testify as to the facts stated herein based on my personal knowledge and review of relevant documents.

2.      I am a member of the State Bar of Texas.  I am an attorney with the Mexican American Legal Defense & Educational Fund and am one of the lawyers responsible for representing Proposed Defendant-Intervenors Jane Doe #1, Jane Doe #2, and Jane Doe #3 in this action.  I make this Declaration in order to provide the Court copies of publicly available documents that are cited in Proposed Defendant-Intervenors' Motion for Leave to Proceed Under

Pseudonyms And Memorandum In Support Thereof.  If sworn as a witness, I could and would testify competently to those facts.

3.      Attached hereto as Exhibit A is a true and correct copy, pulled from the LexisNexis service, of the article *Volunteers Surging to Patrol Border*, published in the Houston Chronicle on January 6, 2015, at page A1.

4.      Attached hereto as Exhibit B is a true and correct copy, pulled from the LexisNexis service, of the article *Dan Patrick Linking Immigration and Violent Crime*, published by the Houston Chronicle on January 19, 2014, a version of which is available online at http://www.houstonchronicle.com/news/columnists/fikac/article/Dan-Patrick-linking-immigration-and-violent-crime-5158206.php.

5.      Attached hereto as Exhibit C is a true and correct copy, pulled from __, of the article *Dan Patrick Has Called Illegal Immigration An Invasion And Said Immigrants Bring 'Third-World diseases'*, published by the Austin-American Statesman on June 20, 2014, a version of which is available online at http://www.politifact.com/texas/statements/2014/jun/20/battleground-texas/dan-patrick-has-called-illegal-immigration-invasio/.

6.      Attached hereto as Exhibit D is a true and correct copy, pulled from the LexisNexis service, of the article *Militias Patrolling Texas Border Draw Scrutiny, Concern*, published by the Los Angeles Times on July 31, 2014, a version of which is available online at http://www.latimes.com/nation/nationnow/la-na-texas-border-militias-20140731-story.html.

7.      Attached hereto as Exhibit E is a true and correct copy, pulled from the LexisNexis service, of the article *Kris Kobach Dismissed Controversy Over 'Ethnic Cleansing'*

*Comment*, published by the Wichita Eagle on November 21, 2014, a version of which is available online at http://www.kansas.com/news/politics-government/article4047969.html.

8.      Attached hereto as Exhibit F is a true and correct copy, pulled from the LexisNexis service, of the article *New-Nazis vs. the Klan? It Must Be East Texas*, published by the *Fort Worth Star-Telegram* November 1, 2014, a version of which is available online at http://www.star-telegram.com/opinion/opn-columns-blogs/bud-kennedy/article3894428.html.

9.      Attached hereto as Exhibit G is a true and correct copy, pulled from the LexisNexis service, of the article *Rep. Steve King Thinks Dreamers Who Want To Join Military Should Be Deported*, published by the *UPI* service on April 4, 2014, a version of which is available online at http://www.upi.com/Top_News/US/2014/04/04/Rep-Steve-King-thinks-Dreamers-who-want-to-join-military-should-be-deported/8021396624047/.

10.     Attached hereto as Exhibit H is a true and correct copy, pulled from the *Washington Post* website, of the article *House Votes To Block Obama's Immigration Actions—But Exposes New GOP Divisions*, published by the *Washington Post* on January 14, 2015, a version of which is available online at http://www.washingtonpost.com/blogs/post-politics/wp/2015/01/14/house-votes-to-block-obamas-immigration-actions-but-exposes-new-gop-divisions/.

11.     Attached hereto as Exhibit I is a true and correct copy, pulled from the *CNN Wire* service, of the article *Showdown: California Town Turns Away Buses Of Detained Immigrants*, published by *CNN* on July 3, 2014.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 14th day of January, 2015.

_Nina Perales_
Nina Perales

Exhibit A



4 of 233 DOCUMENTS

Copyright 2015 The Houston Chronicle Publishing Company
All Rights Reserved
The Houston Chronicle

**January** 6, 2015 Tuesday
3 STAR EDITION

**SECTION:** A; Pg. 1

**LENGTH:** 1366 words

**HEADLINE:** Immigration;Volunteers surging to patrol border;

**BYLINE:** By Lomi Kriel

**BODY:**

Michael Vickers has been on what he likes to call the front lines in the battle against illegal immigration for more than a decade, finding dead bodies of migrants on his South **Texas** ranch.

Vickers and about 300 volunteers, many from Houston, patrol Brooks County's brushy mesquite each month to hunt out **immigrants** here illegally and report them to U.S. Border Patrol.

Just 70 miles from the **Mexico** border, the area has been a busy crossing for migrants. And it's now attracting renewed attention after President Barack Obama announced his sweeping executive action for immigrants in November. Since then, Vickers said he's seen an uptick in people wanting to join **Texas** Border Volunteers, which he founded in 2005.

"Everybody's frustrated. It's just insane to do what he's proposing," the 65-year-old veterinarian said. "All that's going to do is create more traffic, more illegal smuggling, more dead bodies in Brooks County. We have absolutely nothing to gain and everything to lose."

Obama's changes would provide work permits to 4.7 million immigrants who've been here illegally for years and strengthen border security, though few details have been released as to how. But federal officials have said recent border-crossers are now their highest priority.

Still, Vickers isn't alone in worrying about the executive order's impact. Powerful conservative national grass-roots groups like NumbersUSA and Heritage Action are rallying supporters to pressure Congress. Others are joining **militia** groups like the one Vickers leads or myriad others with names like the Oathkeepers and American Patriots which sprang up or resurged after an influx of Central American children on the Southwest border last summer. In all, conservative groups expect the flurry of anti-immigration activity to escalate this year as lawmakers return.

Immigration;Volunteers surging to patrol border; The Houston Chronicle January 6, 2015 Tuesday

"People are discouraged and disgusted," said Larry Korkmas, the tea party-aligned president of the Houston-based Texans for Immigration Reduction and Enforcement. "There has been self-mobilization all over."

Maria Espinoza, director of the Remembrance Project, a Houston-based nonprofit focused on honoring Americans who've been killed by immigrants here illegally, said her members are closely monitoring how Congress acts.

"Our families are asking for the bare minimum here, lawfulness," she said, calling Obama's action **illegal**. Espinoza, the daughter of a **Mexican immigrant** who came here on a work visa in the 1950s, said her group's membership has grown across the nation because there's a need.

"Every time an American is killed by someone who wasn't supposed to be here in the first place, that's personal," she said.

Unlike previous high-profile immigration clashes focused on California and Arizona, **Texas** now is the battle's center stage.

"Arizona pretty much replaced California as the hot spot for several years, but **Texas** is so much bigger, and once **Texas** takes on something big, it just kind of takes over the room," said Roy H. Beck, who heads NumbersUSA, an advocacy group focused on reducing immigration. "I'd say on this immigration fight that's happening."

It's a marked shift for the state, as for decades **Texas** Republicans were GOP outliers on immigration, allowing, for instance, in-state public college tuition for youth here illegally, approved by Gov. Rick Perry.

"**Texas** has always been happy with being a border state, its mixed cultures," Beck said. "The **Texas** way of dealing with its Mexican-American population has always been different. It's the **Texas** exceptionalism."

It started with Prop 187

The major immigration crisis unfolded first in California, which passed Proposition 187, a controversial 1994 ballot measure limiting social services to immigrants here illegally. It was later found unconstitutional. The California Minutemen Project exploded into a nationwide movement with hundreds of **militia** groups patrolling the Arizona border in 2005. They helped stymie a GOP effort at immigration reform attempted under then-President George W. Bush.

Since then Arizona has taken the lead in pushing for tough anti-immigration laws, including one in 2010 requiring police to determine someone's immigration status if there's "reasonable suspicion" they're here illegally.

But the anti-**illegal immigrant** movement faded from view after Mitt Romney lost his 2012 presidential bid. The number of armed border patrols dwindled from more than 300 at its peak in 2010 to just more than 30 in 2013, said Mark Potok, a senior fellow at the Southern Poverty Law Center, an Alabama-based civil rights organization monitoring hate groups.

Intense infighting between the groups split them, Potok said. Criminal scandals, most notably the 2011 murder conviction in Arizona of vigilante Shawna Forde for **shooting** and killing a 29-year-old Hispanic man and his 9-year-old daughter, shamed the movement. Many conservative state legislatures adopted policies for which the groups had advocated.

"It looked like the politicians were doing the work these groups wanted and nothing much happened really until the unaccompanied children crisis," Potok said.

The arrival of more than 63,000 Central American children in South **Texas** last year thrust immigration into the spotlight, making it a major political crisis. About 17 **militia** "teams" are active on the **Texas** border, more than in any other state, according to the website Patriot Information Hotline, which helps recruit and organize groups. Many formed

human chains blocking immigrants at the border. Two **militia** members were arrested for having explosives and possessing firearms as felons. And in July, Chris Davis of Von Ormy, a 37-year-old commander of the **militia** group "Operation Secure Our Border: Laredo Sector," said in a since-deleted Youtube video, "You see an illegal. You point your gun dead at him, right between his eyes, and you say, 'Get back across the border or you will be shot.' "

Republicans move right

Meanwhile, **Texas** Republicans' stance on immigration has moved right. In the last eight years, Perry, a likely 2016 presidential contender, has spent more than $800 million on beefed-up border security, touting it as an example of his leadership. Gov.-elect Greg Abbott is leading the charge to unravel Obama's executive action by challenging its legal authority. New Lt. Gov. Dan Patrick has pledged border security as his top priority and has warned immigrants "are bringing Third World diseases with them." In all, the new Legislature, convening in January, is more conservative on immigration than it has ever been.

Serious activism trying to undo Obama's executive action will pick up in January, said Ira Mehlman, spokesman for the Federation for American Immigration Reform, a Washington D.C.-based organization pushing for limited immigration.

"People are still coming to grips with the scope of the amnesty," he said. "But generally our members aren't taking to the streets for mass rallies, that's something for the other side. Our people are showing up at town hall meetings, members' offices, they're phoning, they're emailing."

It's unclear how effective these groups can be. A poll released this month by the Pew Research Center and USA Today found the public is essentially equally divided over executive action. Fifty percent disapprove and 46 percent approve.

And if anyone could have stopped executive action, they would have already done so, said Frank Sharry, executive director of America's Voice, a national immigration reform group.

"They have no viable strategy to stop it," he said.

At the same time, Border Patrol figures show that in the past two months apprehensions of immigrants crossing the southwest border illegally fell 24 percent to 51,129 compared to the same period last year. In all, immigrant apprehensions - considered the best gauge for how many are crossing illegally - are at their lowest levels since the 1970s, according to Homeland Security.

Nevertheless in Brooks County, Vickers said his group recently wrapped up a four-day mission helping catch about 20 migrants a night, five times more than they saw throughout the fall.

"Our traffic has quadrupled in just a few weeks," he said. "This executive action is just going to be another magnet."

lomi.kriel@chron.com

**GRAPHIC:** Courtesy photo Members of volunteer groups on the U.S.-Mexico border carry weapons and tactical gear and wear masks and camouflage in their activities.

**LOAD-DATE:** January 6, 2015

Exhibit B



5 of 13 DOCUMENTS

Copyright 2014 The Houston Chronicle Publishing Company
All Rights Reserved
The Houston Chronicle

**January** 20, 2014 Monday
3 STAR EDITION

**SECTION:** B; Pg. 1

**LENGTH:** 592 words

**HEADLINE:** Commentary;Sen. Patrick linking immigration and violent crime;

**BYLINE:** By Peggy **Fikac**

**BODY:**

At a forum where statewide candidates strutted their stuff for leading business groups, Sen. Dan Patrick could have focused on pretty much any angle when he talked about immigration.

There is the reality that people working here without documents are woven into the economy. There's the question of how much responsibility businesses should bear for checking on prospective workers' immigration status. There is the fact that key business leaders stymied so-called sanctuary city legislation in the 2011 legislative session.

Patrick - locked in a tough GOP primary fight for lieutenant governor in which candidates are positioned - chose to tie it to violent crime.

He pounded the need for border security by citing "hardened criminals we arrested from 2008 to 2012 - not illegals who were here for a job, who got four speeding tickets, but hardened criminals - 141,000 we put in our jails just in four years in Texas."

"They threaten your family. They threaten your life. They threaten your business. They threaten our state," he said, adding that they were charged with 447,000 crimes including 2,000 murders and 5,000 rapes.

Violent crime is scary, and if you're a law-abiding person, you're probably against it, no matter your stand on immigration.

But Patrick's stark language could seem a counterpoint to concerns that Republicans' future depends on the party attracting more support from the growing Hispanic population.

Patrick, of Houston, didn't back away when I talked to him about it later.

"I'm trying to sound the alarm that this is about crime," he said. "When I talk to Hispanic groups about this, they don't object to this message. Most of that crime, one might argue, is in their neighborhoods. That's where these people are setting up shop."

Commentary;Sen. Patrick linking immigration and violent crime; The Houston Chronicle
January 20, 2014 Monday

Although the other GOP candidates for lieutenant governor used generally less strident language in speaking to the Texas Business Roundtable, there's little daylight among them on key immigration-related issues.

Patrick, Lt. Gov. David Dewhurst, Land Commissioner Jerry Patterson and Agriculture Commissioner Todd Staples all want to target so-called sanctuary cities. Sanctuary-city legislation has sought to ensure officers can question detainees about their immigration status regardless of whether their chiefs think it's a good idea (many don't, fearing that community cooperation will be damaged).

All four want to scrap the law that allows in-state college tuition for certain undocumented immigrants. All oppose amnesty.

In addition, Patterson (who has an initiative to reach out to Hispanics) and Staples have backed separate proposals for guest-worker programs.

And when the dust settles, whoever captures the GOP nod will face Sen. Leticia Van de Putte, a Latina who will present a stark contrast to voters as she runs for lieutenant governor.

Van de Putte, D-San Antonio, sponsored the 2001 in-state tuition law, and she spoke in forceful, personal terms in opposing the 2011 sanctuary city bill. While not a supporter of automatic amnesty, she supports a pathway to citizenship for those who want to stay.

When she announced for lieutenant governor, she gave a preview of the battle to come.

"They'll say we can't win because Texas is a red state. They'll say that little ol' Leticia Rosa San Miguel Van de Putte from the barrio becoming lieutenant governor will never happen," she said then.

"Well, take my word for it, since I'm an actual Hispanic. You can't successfully fight for the Hispanic vote unless you successfully fight for Hispanic families."

pfikac@express-news.net

twitter.com/pfikac

**LOAD-DATE:** January 20, 2014

Exhibit C



20 of 34 DOCUMENTS


Copyright 2014 The Austin American-Statesman
All Rights Reserved
Austin American-Statesman (Texas)

**June** 23, 2014 Monday
Final Edition

**SECTION:** METRO; Pg. B1

**LENGTH:** 543 words

**HEADLINE:** Patrick has referred to an 'invasion' of immigrants in Texas

**BYLINE:** W. Gardner Selby American-Statesman Staff

**BODY:**

A claim about **Dan Patrick** by an organizer for Battleground Texas, a pro-Democratic group, rang a bell.

Jeremy Bird said in a recent Bloomberg TV interview that Patrick, the Houston state senator who dusted incumbent David Dewhurst in the May 2014 primary runoff for the Republican lieutenant governor nomination, has "called immigration into Texas an invasion" and "said immigrants coming into Texas bring â  third-world diseases.'"

We looked into whether Patrick made these statements.

We found that Patrick, championing his desire to secure the Texas-Mexico border, has often called for a stop to "the invasion," referring to individuals who cross the border without legal documentation.

Spokeswoman Lynda Tran of Battleground Texas noted by email that Patrick has an undated online post in which he asks supporters to donate "if you agree we must stop the illegal invasion!"

According to a January 2014 news story in the Dallas Morning News, Patrick and another GOP aspirant blasted Dewhurst in a Jan. 27 debate for not doing more to secure the Texas border from illegal immigration. "The first question is to stop the invasion," Patrick said. "Until you secure the border, you cannot address any other issues."

A Feb. 24, 2006, Texas Observer story described Patrick, then waging his first Senate campaign, as blaming illegal immigrants for a rising crime rate, overcrowded schools, an overburdened health care system and runaway growth in the state budget.

"The number one problem we are facing," the Observer quoted Patrick as saying, "is the silent invasion of the border. We are being overrun. It is imperiling our safety."

The Observer story revealed Patrick's claims about disease along the border, saying he characterized illegal immigrants as walking pathogens. "They are bringing

Patrick has referred to an 'invasion' of immigrants in Texas Austin
American-Statesman (Texas) June 23, 2014 Monday

Third World diseases with them," Patrick said, mentioning "tuberculosis, malaria, polio and leprosy."

More recently, Patrick has suggested critics distort what he said in 2006.

He bridled after San Antonio Mayor Julian Castro said to him in an immigration debate in April: "You have talked about undocumented immigrants bringing third-world diseases including leprosy and polio to Texas. You have said that we're seeing an illegal invasion from Mexico."

Patrick shot back that his comment about disease in 2006 was based on information distributed by the U.S. Centers for Disease Control indicating tuberculosis cases were up nationally and in Texas, "particularly along the Texas-Mexico border - and those cases were coming from Latin America," Patrick said.

Texas Department of State Health Services spokesman Chris Van Deusen told us that the diseases listed by Patrick are not experiencing outbreaks tied to immigration.

Our ruling:

The Battleground Texas activist said Patrick has "called immigration into Texas an invasion" and has "said immigrants coming into Texas bring 'third-world diseases.'"

We're not judging whether Patrick was right about either of those things. But he did say them. The Democratic group's statement is True.

Contact W. Gardner Selby

at 512-445-3644.

Twitter: @gardnerselby

@politifacttexas
Battleground Texas
    Statement: Says **Dan Patrick** has "called immigration into Texas an invasion" and "said immigrants coming into Texas bring â  third-world diseases.'"

**LOAD-DATE:** June 23, 2014

Exhibit D



4 of 9 DOCUMENTS

Copyright 2014 Los Angeles Times
All Rights Reserved
Los Angeles Times

**August** 1, 2014 Friday
Home Edition

**SECTION:** MAIN NEWS; National Desk; Part A; Pg. 7

**LENGTH:** 739 words

**HEADLINE:** Militias draw scrutiny at **Texas border**;
The groups, some armed, are patrolling private land with permission from worried ranch owners.

**BYLINE:** Molly Hennessy-Fiske

**DATELINE:**  HOUSTON

**BODY:**

  Masked militias have arrived in south Texas with semiautomatic rifles and tactical gear, causing a stir not only in border communities but among state officials.

  News of the militias has spread at a time when the border has grown more militarized in response to an influx of tens of thousands of Central American immigrants, many of them families and children who made the crossing unaccompanied.

  Last month, Gov. Rick Perry activated 1,000 National Guard troops, drawing from the Texas State Guard as well as the Texas Air and Army National Guard. That activation came on top of a state Department of Public Safety border surge, bringing the state's total monthly cost to more than $17 million.

  Perry has so far said the troops do not have arrest powers, something immigrant advocates and some local officials oppose, although it appears they could if authorized by the state.

  Militia members started arriving on the **Texas border** in recent weeks to assist as part of a deployment they called Operation Secure Our Border: Laredo Sector. The effort entails creating a training command near San Antonio and rotating groups south to patrol private ranch land on the border with the permission of ranch owners.

  The early groups included Oath Keepers, Three Percenter's Club and Patriots. Then the Minutemen announced that they too were deploying.

  There has been an online controversy. A militia member who appeared on YouTube advising members to confront and intimidate those caught crossing the border illegally caused a backlash. And there have been tensions between militia groups, though no major clashes have been reported.

  Response to the groups has been mixed.

Militias draw scrutiny at Texas border; The groups, some armed, are patrolling private land with permission from worried ranch owners. Los Angeles Times August 1, 2014 Friday

Supporters of the militias are planning a weeklong convoy from Murrieta, Calif. -- site of recent anti-immigrant protests -- to the border city of McAllen, Texas. The convoy, scheduled to start Saturday, will be "stopping to support citizen border patrols along the way."

Mike Morris, who works with the Three Percenter's Club, told the Los Angeles Times that several militia groups were invited to south Texas by ranchers who face regular break-ins and "incursions" by migrant groups.

"It is a dangerous situation," he said.

Morris said there were numerous militias operating without a central command, some armed. Though some groups "observe and report," he said, others saw the need to be armed in remote areas because if a threat arises "the Border Patrol are stretched so thin -- they may not respond."

"Some parts of the border these days, Border Patrol has pulled back and it's not safe," Morris said.

Local law enforcement circulated a bulletin among themselves after a group camped out near an international bridge to Mexico in Pharr, Texas.

Some sheriffs declined the militias' assistance, while others refused to take a position on their presence.

This week, the San Antonio Express-News published photographs of militia members patrolling the border, including an image of a Border Patrol agent leaning through an armed militia member's car window and pointing to a map. The paper reported that a militia provided the photos on condition that the paper blur members' faces because they feared being identified by cartels and gangs.

Outraged, members of the Texas Democratic congressional delegation wrote a letter to the state's attorney general demanding he denounce the militias and define what they can legally do.

The dozen members of the delegation said they were "deeply disturbed" by the images of "armed and masked militia groups purportedly patrolling our **Texas border** in response to the arrival of unaccompanied children from Central America to our state."

They called the militias "lawless," warned that they "perpetuate the stigma that the border is a war zone" and requested that the attorney general "clarify the jurisdiction these militia groups have to patrol alongside local law enforcement and Border Patrol agents."

Atty. Gen. Greg Abbott, a Republican campaigning to replace Perry as governor, dismissed the letter through a spokeswoman.

Abbott backed the National Guard deployment and the state border surge, and has demanded the federal government foot the bill.

Abbott spokeswoman Lauren Bean called the letter a "partisan political stunt" and said that instead of complaining about the militias, the Democrats "should work with their Republican colleagues to secure federal funding for the state's border security efforts."

--

molly.hennessy-fiske@latimes.com

**LOAD-DATE:** August 1, 2014

Exhibit E



7 of 29 DOCUMENTS

Copyright 2014 The Wichita Eagle
All Rights Reserved

The Wichita Eagle

Found on WichitaEagle ● com

The Wichita Eagle (Kansas)

**November** 21, 2014 Friday

**SECTION:** politics_government

**LENGTH:** 692 words

**HEADLINE: Kris Kobach** dismisses controversy over 'ethnic cleansing' comment

**BYLINE:**  Bryan Lowry; The Wichita Eagle

**BODY:**

Secretary of State **Kris Kobach** says that he did not mean to imply President Barack Obama's executive action on immigration would lead to ethnic cleansing and that liberal news sites have taken his words out of context and twisted their meaning.

Kobach hosts a two-hour call-in radio show on KCMO Talk Radio on Sunday evenings. The second hour of his most recent show focused on Obama's action on immigration, which has halted deportation for nearly 5 million undocumented immigrants.

A caller asked Kobach if the executive action, which the president announced in a speech Thursday, could lead to southwestern states experiencing a wave of border crossings and whether that would lead to ethnic cleansing of whites.

Kobach didn't exactly say yes. But he didn't exactly say no either. He used the caller's inquiry as a jumping off point to discuss "the rule of law," which he accused Obama of violating.

"What protects us in America from any kind of ethnic cleansing is the rule of law, of course. And the rule of law used to be unassailable...And now, of course, we have a president who disregards the law when it suits his interests," Kobach said as riffs from the song "Mysterious Ways" by U2 played. "So, while I normally would answer that by saying, 'Steve of course we have the rule of law, that could never happen in America.' I wonder what could happen. I still don't think it's going to happen in America, but I have to admit, things are strange and they are happening."

Kobach's comments and an excerpt of the audio were posted on the liberal website Right Wing Watch on Thursday several hours before Obama delivered his address to the nation. The two full hours of the show can be downloaded from KCMO's site.

The comments began circulating widely, picked up by national and local news outlets and sparking criticism.

Kris Kobach dismisses controversy over 'ethnic cleansing' comment The Wichita Eagle (Kansas) November 21, 2014 Friday

"Good to see the Kansas Secretary of State believes Obama's immigration order will lead to 'ethnic cleansing.' Reasoned, intelligent response," Dave Anthony, a Los Angeles-based writer and comedian, wrote sarcastically on Twitter.

Barb Shelly, an opinion columnist for the Kansas City Star, The Eagle's sister paper, called Kobach's comments ridiculous and demagogic, accusing him of "ginning up fears and resentment toward immigrants."

Friday morning, Kobach said his comments had been "ripped out of context."

"The whole preceding hour was about the rule of law being under threat. That's all I said. But I said very clearly in the comments that I still don't think it could happen here," Kobach said. "I find the leftwing attempts to read into my statements things that are not there ridiculous."

Kobach said he was just trying to be polite to the caller.

"The guy just brought up ethnic cleansing out of the blue and I tried to be polite with him as I disagreed with him and said that's not going to happen," Kobach said. "I'm actually a very friendly host."

Sulma Arias, the executive director of Wichita-based Sunflower Community Action, a group that works to politically mobilize the Latino community, did not accept Kobach's claim that his words were strewn out of context.

"It was no mistake. He knows exactly what he puts out there. He's a very smart man and he has an agenda. And it's out there because that's what he believes," Arias said.

Arias noted that Kobach was one of the authors of a controversial Arizona law that requires police officers to determine the immigration status of a person stopped, detained or arrested if there is reasonable suspicion the person is in the country illegally. Critics say the law encourages racial profiling.

"He has a strategy," Arias said. "And I think his strategy is to demonize a group of people for so long and so many ways that...after a while it's okay to do horrendous things to them."

Arias' group held a party to watch the president's speech Thursday night. Regarding the significance of the executive action, Arias said, "It means that at least half of the people in this country that he (Kobach) persecuted will now have a little more protection for the next few years."

Reach Bryan Lowry at 785-296-3006 or blowry@wichitaeagle.com Follow him on Twitter: @BryanLowry3.

**LOAD-DATE:** November 22, 2014

Exhibit F



20 of 31 DOCUMENTS

Copyright 2014 Fort Worth Star-Telegram
All Rights Reserved

**Star-Telegram**
Found on DFW.com

Fort Worth Star-Telegram (Texas)

**November** 1, 2014 Saturday

**LENGTH:** 475 words

**HEADLINE:** Neo-Nazis vs. the Klan? It must be East Texas

**BYLINE:** Bud **Kennedy**; bud@star-telegram.com

**BODY:**

White racists will gather in East Texas next weekend.

Yes, even more than on any other weekend.

In a battle of the burning crosses, an extremist white neo-Nazi group and a Ku Klux Klan klavern plan competing rallies Saturday, campaigning for white members, money and media in the most conservative part of Texas.

The Michigan-based neo-Nazi National Socialist Movement promises a "show of force" against illegal immigration, starting on the Rockwall County Courthouse steps (where city officials are choosing not to enforce permit rules), and then moving to a private ranch for a swastika-lighting.

Nazi "Commander" Jeff Schoep was stunned to learn about his competition.

The Texas Knights of the Ku Klux Klan, based in neighboring Hunt County, are promoting a noon rally in Nacogdoches against all legal and illegal "mass" im-migration, ending with a cross burning.

I've lived in Texas my whole life, and I have never heard of dueling cross and swastika burnings.

"You mean the Klan is doing a protest just like ours ?" Schoep said by phone Friday from Detroit, sounding almost peeved.

"Which Klan group? Never heard of them!"

The Texas Knights, formerly based in Waco, are the remnants of a prominent 1990s klavern that staged much- publicized rallies in Waco, Fort Worth and throughout Central and North Texas.

A Knights flier calls for "honorable native-born white American men and women" to "keep America American."

Schoep's reply: "Hmph! Well, they're not anything like us . We're both pro-white, but our politics are very different."

Really?

Neo-Nazis vs. the Klan? It must be East Texas Fort Worth Star-Telegram (Texas)
November 1, 2014 Saturday

"Our policy is that religion is something for home and church," he said. " We're a political movement. We don't have anything to do with religion."

I see.

The New York-based Anti-Defamation League tracks extremist groups and publishes a schedule . Of 11 events in November, four are in Texas, also including two patriot-militia "training" sessions in Dallas and Big Spring.

Roberta Clark of the ADL's Dallas office quoted from the group's new website on extremist groups, Combating Hate .

"We believe that if nobody shows up [to counter-protest], there's less media and less attention, which is what they want," she said.

"The correct response to hate speech is neither silence nor more hate speech but more good speech, maybe later at an event celebrating diversity and what we stand for as Americans."

She suggested events later in Nacogdoches and Rockwall to reinforce dignity and respect for all.

"In Texas, things like this do happen pretty regularly," she said. "I can't say it's a surprise."

Schoep said he's bringing the neo-Nazis' annual November gathering to Rockwall because he had "quite a few requests from local citizens."

"It's a natural fit for Texas," he said.

Not my Texas.

Bud Kennedy's column appears Sundays, Wednesdays and Fridays. 817-390-7538

Twitter: @BudKennedy   Get alerts at RebelMouse.com/budkennedy

**LOAD-DATE:** November 6, 2014

Exhibit G



184 of 196 DOCUMENTS

Copyright 2014 U.P.I.
All Rights Reserved



UPI

**April** 4, 2014 Friday 11:47 AM EST

**LENGTH:** 327 words

**HEADLINE:** Rep. Steve King thinks Dreamers who want to join military should be deported

**BYLINE:** AILEEN GRAEF

**DATELINE:** WASHINGTON, April 4

**BODY:**

Rep. Steve King, R-Iowa, says that instead of allowing children of **undocumented** immigrants to join the military, the U.S. should tell them, "We have a bus for you to Tijuana."

"As soon as they raise their hand and say, 'I'm unlawfully present in the United States,' we're not going take your oath into the military, but we're going to take your deposition and we have a bus for you to Tijuana," said King. "That's the law."

This is the same lawmaker who compared the children of **undocumented** immigrants to drug mules. The statement is in response to the ENLIST Act proposed by Rep. Jeff Denham, R-Calif., which would allow Dreamers to enlist in the military in order to start on the path to citizenship.

Reps. Mo Brooks, R-Ala., and Louie **Gohmert,** R-Texas, stood by their fellow Republican and said, aside from the **undocumented** status of these immigrants, their loyalty to the U.S. as members of the military is not guaranteed.

"How do you ensure that illegal aliens are loyal to America and not another country?" Brooks asked. "Is it wise to entrust illegal aliens with questionable loyalties with America's military secrets and weapons, including weapons of mass destruction?"

Democrats, who have been pushing for comprehensive immigration reform to take the more than 11 million

Rep. Steve King thinks Dreamers who want to join military should be deported UPI April 4, 2014 Friday 11:47 AM EST

**undocumented** immigrants from legal limbo, fired back at the remarks by their Republican colleagues, saying that their comments are just plain **insulting**.

"This rhetoric is **insulting**, unacceptable and harmful," DNC Chairwoman Debbie Wasserman Schultz, D-Fla., said on a call with reporters. She added, "These most recent comments by my Republican colleagues are a new low in Republicans' attempts to **insult** Hispanics and the immigrant community and derail immigration reform."

The ENLIST Act is a companion bill to the DREAM Act, which allows the children of **undocumented** immigrants to start on the path towards citizenship through attending college and receiving good grades.

[HuffPost Live]

**LOAD-DATE:** April 5, 2014

Exhibit H

*The Washington Post*: House votes to block Obama's immigration actions — but exposes new GOP divisions

By Ed O'Keefe January 14 at 12:24 PM

 This item has been updated.

House Republicans voted Wednesday to undo years of President Obama's immigration policies, launching a fresh attack on his executive actions as part of a plan to renew funding for the Department of Homeland Security.

But in doing so, Republicans exposed fresh rifts in their expanded ranks as more than two dozen members, mostly from suburban districts in swing states, voted against plans to end a program granting temporary legal status to hundreds of thousands of "dreamers" — or children brought to the country illegally by their parents who have served as the emotional centerpiece of the years-long debate.

House approval of the spending bill is just the opening act in a debate expected to stretch into late February, when homeland security expires. Legal challenges to Obama's immigration orders, led by Republican state attorneys general, are underway. A senior GOP lawmaker suggested Wednesday that House and Senate leaders might also file suit.

The bill passed 236 to 191 with the support of two moderate Democrats. But 10 Republicans voted against the final bill. Earlier, 26 Republicans — including several new members from suburban districts around Chicago, Las Vegas, Miami and Philadelphia — joined Democrats in voting against a proposal to end Obama's Deferred Action for Childhood Arrivals program.

Rep. Mario Diaz-Balart (R-Fla.), a veteran Miami Republican who was among those to vote against the bill and the DACA amendment, said that his party won't be able to settle the immigration fight until it negotiates a bipartisan compromise with Obama.

"Regardless of what happens this week, this month, on this issue, it will not make the issue itself go away," he said.

But Rep. Robert Aderholt (R-Ala.) said he was encouraged by the strong support the bill received from fellow Republicans. He was lead author of an amendment that would effectively invalidate the executive actions taken by Obama in November and his policy instructing federal immigration officers to focus their efforts on deporting illegal immigrants with criminal backgrounds. The amendment passed with GOP support.

"It was a strong vote. I think it sends a message to the Senate as it goes forward. And we're optimistic about it," he said.

In the wake of terrorist attacks in France last week, Republicans have faced criticism from Obama and congressional Democrats for delaying swift passage of new security funding. Some party leaders and operatives also worry that the aggressive nature of the bill will once again spoil GOP attempts to appeal to Hispanic and Asian voters in the 2016 president election. But GOP

congressional leaders have said that the legislation is designed only to respond to Obama's "executive overreach."

"We do not take this action lightly, but there is simply no alternative," Speaker John A. Boehner (R-Ohio) said ahead of the vote as he recounted the 22 times he said Obama has raised doubts about his ability to change immigration policy through presidential powers. "Enough is enough," he added later.

The White House denounced the House vote, saying Republicans were putting homeland security funding, training and long-range planning at risk. Obama's top domestic policy adviser, Cecilia Muñoz, reiterated Obama's threatened veto.

The House GOP "is interested in debating immigration but only interested in debating it if they undo the most significant and constructive actions that have taken place in many years," she said in a conference call with reporters. Republicans are doing nothing on immigration that would "move the country forward."

Gil Kerlikowske, the commissioner of U.S. Customs and Border Protection, said Obama's executive actions are aimed at allowing the department to focus resources on deporting illegal immigrants who have committed felonies or have terrorist ties, rather than those who are living in the country illegally but do not break other laws.

"Prioritization is critical for any law enforcement agency," he said.

While 218 Republicans voted for the amendment ending DACA, the "no" votes came from newly-elected Reps. Bob Dold (R-Ill.) from the Chicago suburbs; Cresent Hardy (R-Nev.) from the Las Vegas suburbs; Ryan Costello (R-Pa.) and Tom MacArthur (R-N.J.) from the Philadelphia suburbs; Carlos Curbelo (R-Fla.), who represents a Miami-area district; Martha McSally (R-Ariz.), who won her election by fewer than 200 votes; and Rep. John Katko (R-N.Y.) from an Upstate New York district that has switched parties several times in recent years.

They were joined by senior Republicans in their state delegations, including Florida's Mario Diaz-Balart and Ileana Ros-Lehtinen; Adam Kinzinger of Illinois; New Jersey's Chris Smith and Frank LoBiondo; New York's Chris Gibson, Richard Hanna and Peter King; Pennsylvania's Patrick Meehan and Charlie Dent; and Nevada's Mark Amodei and Joe Heck. Other members, including Reps. Jeff Denham (R-Calif.), Devin Nunes (R-Calif.), David Valadao (R-Calif.), Fred Upton (R-Mich.) and Mike Coffman (R-Colo.), also voted no.

In the Senate, Republicans control 54 seats, but 60 votes will be needed to advance the bill, and no Democratic senator has expressed support for it. The impasse means Republican leaders will need to negotiate a watered-down bill that can earn Democrat support, pass the Senate and be sent back to the House before current homeland security funding expires on Feb. 27.

If Republicans fail to block Obama's immigration policies through legislation, House and Senate leaders may team up on a new federal lawsuit challenging him, House Judiciary Committee Chairman Bob Goodlatte (R-Va.) said Wednesday. Noting that several states are now challenging Obama's immigration actions in court, he said a similar suit might be brought by GOP lawmakers in the House and Senate.

"No decision has been made about that," he said, at a reporter breakfast hosted by the Christian Science Monitor, adding that it's likely to be the subject of talks at a two-day GOP policy retreat that begins Thursday at a conference center in Hershey, Pa.

"Congress has the right to write the laws and appropriate funds to programs under Article I of the Constitution, and if we are successful in using that legislation and make it clear that there is no legal authority for the president's actions, then we don't need to get to litigation," he added.

Sean Sullivan and David Nakamura contributed to this report.

Exhibit I

# Showdown: California town turns away buses of detained immigrants

CNN Wire

July 3, 2014 Thursday 1:06 AM GMT

Copyright 2014 Cable News Network All Rights Reserved

**Length:** 1408 words

**Byline:** By Michael Martinez and Holly Yan, CNN

**Dateline:** (CNN)

## Body

(CNN) -- The national controversy over a surge of Central American immigrants illegally crossing the U.S. border established a new battleground this week in a Southern California small town where angry crowds thwarted detained migrants from entering their community.

In a faceoff Tuesday with three buses carrying the migrants behind screened-off windows, the demonstrators chanted "Go back home!" and "USA" and successfully forced the coaches to leave Murrieta, CNN affiliate KFMB reported.

The buses instead took the 140 or so undocumented immigrants to U.S. processing centers at least 80 miles away, in the San Diego and El Centro areas, federal officials say.

Counter-protesters squared off with the demonstrators, and a shouting match erupted over the nation's immigration system, which recently has been overwhelmed with a tide of Central American minors illegally entering the United States alone or with other children.

A mix of poverty, violence and smugglers' false promises is prompting the Central American inflow.

Unlike undocumented Mexican migrants, who are often immediately deported, the U.S. government detains and processes the Central Americans, who are eventually released and given a month to report to immigration offices. Many never show up and join the nation's 11 million undocumented population, says the National Border Patrol Council, the union representing Border Patrol agents.

The Latin American immigrants rejected by Murrieta protesters were initially held in Texas, where U.S. facilities are so overflowing that detainees are sent to other states for processing.

The government doesn't have the room to shelter the children with adults: there's only one family immigration detention center, in Pennsylvania. To assist the unaccompanied children, President Barack Obama's administration opened shelters last month on three military bases because federal facilities more designed for adults were overrun with minors.

Tuesday's busloads of detained Central American immigrants didn't include any unaccompanied minors, said Murrieta Police Chief Sean Hadden, who put the number of protesters at 125. The children on the buses were apparently in the company of relatives or other adults, said an official with the National Border Patrol Council.

'Deport! Deport!'

The protesters, who shouted "Impeach Obama!" and "Deport! Deport!" confronted the buses a day after the town posted a notice on its website: "Murrieta Opposes Illegal Immigrant Arrival."

"This is a failure to enforce federal law at the federal level," Mayor Alan Long said in a statement Monday about the pending arrival of the 140 immigrants to the U.S. Border Patrol station. "Murrieta continues to object to the transfer of illegal immigrants to the local border patrol office."

Showdown: California town turns away buses of detained immigrants

Long spoke to CNN's "Anderson Cooper 360" later Wednesday.

"It's not against the immigrants," he said. "They're trying to leave a less desirable place and come to the greatest nation in the world. We can't blame them for that ... No one's protesting that. What we're protesting is the product of a broken system that finally reached the doorstep of our community."

Long said that neither side in the national debate is coming up with a solution: "The problem still is there. The problem is in Washington, D.C."

The local controversy was to continue with a town hall meeting scheduled for 6:30 p.m PT Wednesday. The U.S. government is scheduled to send another group of undocumented immigrants to Murrieta for processing on Friday, the union official for Border Patrol agents said.

Chief Hadden also said he was told to expect 140 immigrants every 72 hours, with the next group scheduled to arrive on Friday, the Fourth of July.

Earlier Wednesday, immigration rights advocates denounced the protesters.

"It is deplorable that people espousing anti-immigrant hate language created unnecessary tension and fear for immigrant mothers and their children," Pedro Rios, a community representative of the San Diego Immigrant Rights Consortium, said in a statement. "Even more concerning is that elected officials in the City of Murrieta instigated this tension. Mothers and their children on these buses have suffered through enough trauma."

At a Murrieta City Council meeting Tuesday night, Long seemed more conciliatory than his statement posted a day earlier on the city's website. Long thanked police and others.

"Please remember these are human beings that are fleeing the violence in their home countries," Long said. "The problem is that they need to come into this country the legal way."

Journey from Texas

The U.S. government earlier flew the 140 Central American immigrants from south Texas to San Diego. Federal agents were busing them to Murrieta for processing at the Border Patrol station when the standoff took place Tuesday, CNN affiliates reported.

After the buses turned around, the 140 immigrants were taken to the U.S. Border Patrol's San Ysidro station in San Diego, said Ron Zermeno of the National Border Patrol Council

On Wednesday, Zermeno told CNN that at least 136 immigrants were fed and screened.

Among the group, 10 children were taken to local hospitals, though it's unclear why, Zermeno said. Seven more children were diagnosed with active scabies, an itchy and highly contagious skin disease. Those children are being kept separate from the others at the San Ysidro station, he said. Seventeen of the immigrants were taken to the Boulevard station in eastern San Diego County, Zermeno said.

The U.S. government is struggling to detain and accommodate an influx of undocumented immigrants, particularly a wave of unaccompanied children from the Central American countries of El Salvador, Guatemala and Honduras. The U.S. government doesn't have enough beds, food or sanitary facilities.

Authorities estimate 60,000 to 80,000 children without parents will cross the border this year in what the White House has called an "immediate humanitarian crisis."

To help relieve crowded facilities in Texas, undocumented immigrants are now being sent elsewhere to be processed.

Showdown: California town turns away buses of detained immigrants

But Zermeno contended that processing immigrants, rather than enforcing the borders, is only making the situation worse.

"My concern is they are going to be eating in the same holding cells as someone sitting five feet away using the bathroom," he said.

Intense debate

The furor in Murrieta illustrated the conflict between protecting the borders and ensuring the safety of detained immigrants and children.

Protester Ellen Meeks said the country's identity has eroded with an influx of undocumented immigrants.

"I just wish America would be America again because it's not, and it's not just pointed to the Hispanics," Meeks said. "Everybody needs to go through the legal ways."

Other protesters told CNN affiliate KGTV said they wanted immigrants to follow the legal process to enter the United States.

"Everybody that wants to come to this nation is entitled to, but they should come the right way," Bob Cuccio told the news outlet.

"You bring in all these children and they're going to take over our schools," Bel Reeves added. "What's going to happen to the kids that were born and raised here?"

But immigration rights advocate Enrique Morones likened the migration to a refugee crisis and suggested racial antipathy was motivating protesters.

"If these children were from Canada, we would not be having this interview," Morones said. "The parents have had enough. They are saying, 'If I don't send my child north, they are going to die.'"

Last month, the Obama administration unveiled a plan to spend almost $100 million in aid to Guatemala, Honduras and El Salvador to help reintegrate the undocumented migrants whom the United States will deport, and to help keep them in their home countries.

The administration also will set aside $161.5 million this year for the Central American Regional Security Initiative (CARSI) programs in an effort to "help stem migration flows as well as address the root cause of the migration," the White House said.

The Obama administration has accused syndicates in Latin America of waging a deliberate campaign of misinformation about relocating to the United States that has caused people in poor Central American countries and Mexico to risk their lives to cross the U.S. border illegally.

CNN's Stephanie Elam, Rosalina Nieves, Traci Tamura and Greg Morrison contributed to this report.

TM & © 2014 Cable News Network, Inc., a Time Warner Company. All rights reserved.

## Notes

Update 9:05 p.m. -- Adds interview with Murrieta mayor (grafs 13-15)

## Classification

**Language:** ENGLISH

**Publication-Type:** Newswire

Showdown: California town turns away buses of detained immigrants

**Subject:**  IMMIGRATION (93%); BORDER CONTROL (90%); ILLEGAL IMMIGRANTS (90%); TERRITORIAL & NATIONAL BORDERS (90%); HISPANIC AMERICANS (90%); PROTESTS & DEMONSTRATIONS (90%); LAW ENFORCEMENT (90%); SPECIAL INVESTIGATIVE FORCES (89%); US FEDERAL GOVERNMENT (89%); TELEVISION INDUSTRY (89%); CITY GOVERNMENT (89%); DEPORTATION (89%); SMUGGLING (78%); IMMIGRANT DETENTION CENTERS (78%); MAYORS (77%); POLICE FORCES (77%); TELEVISION NEWS SHOWS (73%); California Immigrant Transfers 9

**Person:**  BARACK OBAMA (66%)

**Geographic:**  SAN DIEGO, CA, USA (79%); CALIFORNIA, USA (94%); PENNSYLVANIA, USA (79%); UNITED STATES (96%); CENTRAL AMERICA (94%); NORTH AMERICA (93%); MEXICO (79%); LATIN AMERICA (58%)

**Load-Date:** July 3, 2014