IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> and <br><br> JANE DOE #1, JANE DOE #2, and JANE DOE #3, <br><br> Proposed Defendant–Intervenors | § § § § § § § § § § § § § § § § § <br><br> Case No. 1:14-cv-254 |

## [PROPOSED] ORDER

The motion for leave to proceed under pseudonyms of Jane Doe #1, Jane Doe #2, and Jane Doe #3 (Docket Entry No. __) having come before this Court, and the Court having considered the submitted papers and such other relevant information and evidence as was presented to this Court, and good cause appearing, IT IS HEREBY ORDERED that:

(1) Movants' Motion for Leave to Proceed Under Pseudonyms is GRANTED.

IT IS SO ORDERED on this _____ day of _____, 2015.

_____
Hon. Andrew S. Hanen
United States District Court Judge