UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | Case No. 1:14-cv-254 |
|---|---|---|---|
| | STATE OF TEXAS, et al. | | |
| | *versus* | | |
| | UNITED STATES OF AMERICA, et al. | | |

United States District Court
Southern District of Texas
FILED
JAN 1 5 2015
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jonathon A. Moseley, Esq.<br>Freedom Watch, Inc.<br>2020 Pennsylvania Avenue N.W., Suite 345<br>Washington, D.C. 20006<br>Virginia State Bar #41058<br>U.S. District Court for the Eastern District of Virginia |
|---|---|

| Name of party applicant seeks to appear for: | Amicus Curiae, Sheriff Joe Arpaio |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ✓ No ___

On a separate sheet for each sanction, please supply the full particulars.

Dated: 1/14/2015    Signed: *[signature] Jonathon Moseley*

The state bar reports that the applicant's status is: Active

Dated: 1-15-15    Clerk's signature *Sarah Bejarano*

**Order**      This lawyer is admitted *pro hac vice.*

Dated: _____      _____
                                                                     United States District Judge



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JONATHON ALDEN MOSELEY IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. MOSELEY WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON APRIL 23, 1997, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued August 8, 2012*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER