UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|

| | STATE OF TEXAS, et al., Plaintiffs |
|---|---|
| | *versus* |
| | UNITED STATES OF AMERICA, et al., Defendants |

United States District Court
Southern District of Texas
FILED
JAN 15 2015
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Linda J. Smith<br>O'Melveny & Myers, LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>310-246-6801<br>CA - 078238 |
|---|---|
| Name of party applicant seeks to appear for: | Proposed Defendant–Intervenors JANE DOE #1, JANE DOE #2, and JANE DOE #3 |

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/13/2015 | Signed: *Linda J. Smith* |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 1-15-15 | Clerk's signature: *Sarah Bejarano* |

**Order**

This lawyer is admitted *pro hac vice.*

Dated: _____     _____
                                    United States District Judge