UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|

STATE OF TEXAS, et al., Plaintiffs

versus

UNITED STATES OF AMERICA, et al., Defendants

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Linda J. Smith<br>O'Melveny & Myers, LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>310-246-6801<br>CA - 078238 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Defendant–Intervenors JANE DOE #1, JANE DOE #2, and JANE DOE #3 |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/13/2015 | Signed: *Linda J. Smith* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 1-15-15   Clerk's signature *Sarah Bejarano* |

### Order

Dated: 1/15/15

This lawyer is admitted *pro hac vice*.

_____
United States District Judge