IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
|     *Defendants*. | § | |
| | § | |

**ORDER**

In light of the discussion held at the hearing before this Court on January 15, 2015, the Court hereby imposes the following deadlines:

1) Plaintiffs shall file any supplemental pleading adding the State of Tennessee as a party-plaintiff by January 23, 2015;

2) Any responsive pleading by Defendants to Plaintiffs' above-referenced supplemental pleading shall be filed on or before January 30, 2015; and

3) Defendants shall file any response to Plaintiffs' Reply in Support of their Motion for Preliminary Injunction on or before January 30, 2015.

Signed this 15th day of January, 2015.

                                                                             Andrew S. Hanen
                                                                             United States District Judge