| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

United States District Court
Southern District of Texas
FILED

JAN 16 2015

David J. Bradley, Clerk of Court

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et. al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Gabriel Markoff<br>O'Melveny & Myers LLP<br>2 Embarcadero Center, 28th Fl.<br>San Francisco, CA 94111<br>(415) 984-8890; gmarkoff@omm.com<br>California: #291656<br>N.D California; U.S. Court of Appeals for the Ninth Circuit |
|---|---|

| Name of party applicant seeks to appear for: | Jane Doe #1, Jane Doe #2, and Jane Doe #3 |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/14/2015 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: *Active* |
|---|
| Dated: 1-16-15 | Clerk's signature *Sarah Bejarano* |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                    United States District Judge