UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|

| | |
|---|---|
| | State of Texas et. al. |
| | *versus* |
| | United States of America et. al. |

United States District Court
Southern District of Texas
FILED
JAN 16 2015
David J. Bradley, Clerk of Court

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | J. Jorge deNeve<br>O'Melveny & Myers LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>213-430-6649<br>California Bar No. 198855<br>Admitted to 9th Cir. COA, C.D. of California; N.D. of California |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Jane Doe #1, Jane Doe #2, and Jane Doe #3 |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/15/2015 | Signed: *Jorge deNeve* (signature) |
|---|---|

| The state bar reports that the applicant's status is: *active* | |
|---|---|
| Dated: 1-16-15 | Clerk's signature *Sarah Bejarano* |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____   _____
                                                               United States District Judge