| AO 435 (Rev. 12/03) *Please Read Instructions above* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY DUE DATE: | |
|---|---|---|---|---|
| 1. NAME Kyle Freeny | 2. PHONE NUMBER (202) 514-5108 | | 3. DATE 1/15/2015 | |
| 4. MAILING ADDRESS 20 Massachusetts Ave., NW | 5. CITY Washington | | 6. STATE DC | 7. ZIP CODE 20530 |
| 8. CASE NUMBER 1:14-CV-254 | 9. JUDGE Andrew S. Hanen | DATES OF PROCEEDINGS | | |
| | | 10. FROM 1/15/2015 | 11. 1/15/2015 | |
| 12. CASE NAME State of Texas v. United States of America | | LOCATION OF PROCEEDINGS | | |
| | | 13. Brownsville, TX | 14. Brownsville, TX | |

15. ORDER FOR
☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☒ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Motion Hearing all argument | 01/15/2015 |
| ☐ BAIL HEARING | | (entire hearing) | |

United States District Court
Southern District of Texas
FILED

JAN 16 2015

David J. Bradley, Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | 150 | |
| DAILY | ☐ | ☐ | NO. OF COPIES | (e-copy to kyle.freeny@usdoj.gov) | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional)

18. SIGNATURE *[signature]*

19. DATE 1/15/2015

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY