UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et. al

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Gabriel Markoff<br>O'Melveny & Myers LLP<br>2 Embarcadero Center, 28th Fl.<br>San Francisco, CA 94111<br>(415) 984-8890; gmarkoff@omm.com<br>California: #291656<br>N.D California; U.S. Court of Appeals for the Ninth Circuit |
|---|---|

| Name of party applicant seeks to appear for: | Jane Doe #1, Jane Doe #2, and Jane Doe #3 |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 1/14/2015    Signed: [signature]

The state bar reports that the applicant's status is: *active*

Dated: 1-16-15    Clerk's signature: [signature]

FILED
JAN 16 2015
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
ENTERED

**Order**

Dated: 1/16/15

This lawyer is admitted *pro hac vice*.   JAN 16 2015

[signature]    David J. Bradley, Clerk of Court

United States District Judge