UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | Case No. 1:14-cv-254 |
|---|---|---|---|
| | STATE OF TEXAS, et al. | | |
| | *versus* | | |
| | UNITED STATES OF AMERICA, et al. | | |

United States District Court
Southern District of Texas
FILED

JAN 1 5 2015

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jonathon A. Moseley, Esq.<br>Freedom Watch, Inc.<br>2020 Pennsylvania Avenue N.W., Suite 345<br>Washington, D.C. 20006<br>Virginia State Bar #41058<br>U.S. District Court for the Eastern District of Virginia |
|---|---|

| Name of party applicant seeks to appear for: | Amicus Curiae, Sheriff Joe Arpaio |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ✓ No ___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/14/2015 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 1-15-15 | Clerk's signature: *Sarah Bejarano* |
|---|---|

United States District Court
Southern District of Texas
ENTERED

JAN 1 6 2015

David J. Bradley, Clerk of Court

**Order**

Dated: 1/16/15

This lawyer is admitted *pro hac vice*.

*[signature]*

United States District Judge