UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
JAN 1 6 2015
David J. Bradley, Clerk of Court

State of Texas et. al.
*versus*
United States of America et. al.

United States District Court
Southern District of Texas
**FILED**
JAN 1 6 2015
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | J. Jorge deNeve<br>O'Melveny & Myers LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>213-430-6649<br>California Bar No. 198855<br>Admitted to 9th Cir. COA, C.D. of California; N.D. of California |
|---|---|
| Name of party applicant seeks to appear for: | Jane Doe #1, Jane Doe #2, and Jane Doe #3 |

Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/15/2015 | Signed: *Jorge deNeve* |
|---|---|

| The state bar reports that the applicant's status is: *active* | |
| Dated: 1-16-15 | Clerk's signature *Sarah Bejarano* |

**Order**

Dated: 1/16/15

This lawyer is admitted *pro hac vice*.

_____
United States District Judge