UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **State of Texas**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **United States of America,** et al., <br><br> Defendants | Civil Action No. 1:14-cv-00254 |

## UNOPPOSED MOTION TO WITHDRAW
## JONATHAN F. MITCHELL AS COUNSEL

The State of Texas respectfully moves to withdraw Jonathan F. Mitchell as an attorney in this case. Mr. Mitchell will be leaving the Office of the Attorney General on January 20, 2015. His withdrawal will not cause undue delay and will not adversely affect the plaintiffs' interests. And the plaintiffs will continue to be represented by other counsel of record indicated below.

For these reasons, the State respectfully requests leave to withdraw Mr. Mitchell as counsel in this case.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

/s/ Andrew S. Oldham
ANDREW S. OLDHAM
Deputy Solicitor General
*Attorney-in-Charge*
State Bar No. 24081616

OFFICE OF THE ATTORNEY GENERAL
209 West 14th Street
P.O. Box 12548 (MC-059)
Austin, Texas 78711-2548
(512) 936-1700 (phone)
(512) 474-2697 (fax)
scott.keller@texasattorneygeneral.gov

COUNSEL FOR PLAINTIFF
THE STATE OF TEXAS

Dated: January 16, 2015

## CERTIFICATE OF CONFERENCE

I certify that I e-mailed counsel for the plaintiffs on January 16, 2015, asking whether they would oppose this motion. No counsel objected to the motion.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell

## CERTIFICATE OF SERVICE

I certify that on January 16, 2015, this document was served to counsel of record through the Court's CM/ECF document filing system.

/s/ Andrew S. Oldham
Andrew S. Oldham
Deputy Solicitor General