UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **State of Texas**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **United States of America**, et al., <br><br> Defendants. | Civil Action No. 1:14-cv-00254 |

## PROPOSED ORDER

It is ordered that the motion to withdraw Jonathan F. Mitchell as counsel for the plaintiffs in this case is GRANTED.

Signed on the \_\_\_\_\_ day of _____, 2015.

_____
HON. ANDREW S. HANEN
United States District Judge