IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **STATE OF TEXAS,** *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA, et al.** <br><br> Defendants | Case No. 1:14-cv-254 |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS** *AMICI CURIAE* **IN SUPPORT OF PLAINTIFFS BY SHERIFF JOE ARPAIO**

Before the Court is a Motion for Leave to Participate as *Amicus Curiae* in Support of Plaintiffs by Sheriff Joe Arpaio, elected Sheriff of Maricopa County, Arizona. Arpaio has attached that *Amicus Curiae* brief which he proposes to be received by the Court as an exhibit to that Motion, with a declaration attached to it as an exhibit.

The Court hereby grants leave for the aforementioned movant to participate as *Amicus Curiae* and file a brief in support of Plaintiffs' motion for a preliminary injunction which the Court may consider in assisting the Court evaluating the issues in the case. That brief is deemed received as the same brief already filed as an exhibit to the Motion.

Signed this __ day of _____, 2015.

_____
Hon. Andrew S. Hanen
United States District Judge