IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al. <br><br> Defendants | Case No. 1:14-cv-254 |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS BY SHERIFF JOE ARPAIO**

Before the Court is a Motion for Leave to Participate as *Amicus Curiae* in Support of Plaintiffs by Sheriff Joe Arpaio, elected Sheriff of Maricopa County, Arizona.

The Court hereby grants leave for the aforementioned movant to participate as *Amicus Curiae* and file a brief in support of Plaintiffs' motion for a preliminary injunction which the Court may consider in assisting the Court evaluating the issues in the case.

Signed this __ day of _____, 2015.

_____
Hon. Andrew S. Hanen
United States District Judge