UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **State of Texas**, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:14-cv-00254 |
| **United States of America**, et al., | |
| Defendants. | |

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 2015

David J. Bradley, Clerk of Court

## ORDER

It is ordered that the motion to withdraw Jonathan F. Mitchell as counsel for the plaintiffs in this case is GRANTED.

Signed on the 20th day of January, 2015.

HON. ANDREW S. HANEN
United States District Judge