| AO 435 (Rev. 04/11) *Please Read Instructions:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** | |
|---|---|---|---|---|
| 1. NAME<br>Ilya Shapiro | | 2. PHONE NUMBER<br>(202) 840-0200 | 3. DATE<br>1/20/2015 | |
| 4. MAILING ADDRESS<br>1000 Massachusetts Avenue, NW | | 5. CITY<br>Washington | 6. STATE<br>DC | 7. ZIP CODE<br>20001 |
| 8. CASE NUMBER<br>1:14-CV-254 | 9. JUDGE<br>Andrew S. Hanen | DATES OF PROCEEDINGS | | |
| | | 10. FROM 1/15/2015 | 11. TO 1/15/2015 | |
| 12. CASE NAME<br>State of Texas v. United States of America | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Brownsville | 14. STATE Texas | |

15. ORDER FOR
☐ APPEAL       ☐ CRIMINAL              ☐ CRIMINAL JUSTICE ACT        ☐ BANKRUPTCY
☐ NON-APPEAL   ☒ CIVIL                 ☐ IN FORMA PAUPERIS           ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>Motion Hearing all argument (entire hearing) | 1/15/2015 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

United States Courts
Southern District of Texas
FILED
JAN 20 2015
David J. Bradley, Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | copy order | |
| EXPEDITED | ☒ | ☒ | NO. OF COPIES 1 | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE
*Ilya Shapiro / AG*

19. DATE
1/20/2015

ESTIMATE TOTAL: 0.00

PROCESSED BY:

PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY
*B. Barnard*

COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY