UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|
| | State of Texas et. al. | | United States District Court Southern District of Texas FILED |
| | *versus* | | JAN 2 1 2015 |
| | United States of America et. al. | | David J. Bradley, Clerk of Court |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Adam P. KohSweeney<br>O'Melveny & Myers LLP<br>2 Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>California: 229983  New York: 3056033<br>N.D. California; U.S. Court of Appeals for the 9th Cir. |
|---|---|

| Name of party applicant seeks to appear for: | Jane Doe #1, Jane Doe #2, and Jane Doe #3 |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____   No __✓__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/15/2015 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: *active* |
|---|
| Dated: 1-21-15 | Clerk's signature: *[signature] Katrina Campos* |

| Order |                This lawyer is admitted *pro hac vice*.
|---|---|

Dated: _____          _____
                                        United States District Judge