UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
JAN 21 2015
David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-254 |
|---|---|---|---|
| | State of Texas et. al. | | United States District Court Southern District of Texas FILED |
| | *versus* | | JAN 21 2015 |
| | United States of America et. al. | | David J. Bradley, Clerk of Court |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Adam P. KohSweeney<br>O'Melveny & Myers LLP<br>2 Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>California: 229983  New York: 3056033<br>N.D. California; U.S. Court of Appeals for the 9th Cir. |
|---|---|

| Name of party applicant seeks to appear for: | Jane Doe #1, Jane Doe #2, and Jane Doe #3 |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 1/15/2015 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: active. | |
|---|---|
| Dated: 1-21-15 | Clerk's signature: *[signature]* Catrina Campos |

| **Order**<br><br>Dated: 1/21/15 | This lawyer is admitted *pro hac vice*.<br><br>*[signature]*<br>United States District Judge |
|---|---|