**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS; | ) |
| | ) |
| STATE OF ALABAMA; | ) |
| | ) |
| STATE OF ARIZONA; | ) |
| | ) |
| STATE OF ARKANSAS; | ) |
| | ) |
| STATE OF FLORIDA; | ) |
| | ) |
| STATE OF GEORGIA; | ) |
| | ) |
| STATE OF IDAHO; | ) |
| | ) |
| STATE OF INDIANA; | ) |
| | ) |
| STATE OF KANSAS; | ) |
| | ) |
| STATE OF LOUISIANA; | ) Case No. 1:14-cv-254 |
| | ) |
| STATE OF MONTANA; | ) |
| | ) |
| STATE OF NEBRASKA; | ) |
| | ) |
| STATE OF NEVADA; | ) |
| | ) |
| STATE OF NORTH DAKOTA; | ) |
| | ) |
| STATE OF OHIO; | ) |
| | ) |
| STATE OF OKLAHOMA; | ) |
| | ) |
| STATE OF SOUTH CAROLINA; | ) |
| | ) |
| STATE OF SOUTH DAKOTA; | ) |
| | ) |
| STATE OF TENNESSEE; | ) |
| | ) |
| STATE OF UTAH; | ) |

STATE OF WEST VIRGINIA;                                          )
                                                                )
STATE OF WISCONSIN;                                             )
                                                                )
ATTORNEY GENERAL BILL SCHUETTE, People of                       )
    Michigan;                                )
                                                                )
GOVERNOR PHIL BRYANT, State of Mississippi;                     )
                                                                )
GOVERNOR PAUL R. LEPAGE, State of Maine;                        )
                                                                )
GOVERNOR PATRICK L. MCCRORY, State of North                     )
    Carolina; and                            )
                                                                )
GOVERNOR C.L. "BUTCH" OTTER, State of Idaho,                    )
                                                                )
                                     *Plaintiffs*,   )
                                                                )
vs.                                                             )
                                                                )
UNITED STATES OF AMERICA;                                       )
                                                                )
JEH JOHNSON, Secretary of the Department of                     )
    Homeland Security;                       )
                                                                )
R. GIL KERLIKOWSKE, Commissioner of U.S. Customs                )
    and Border Protection;                   )
                                                                )
RONALD D. VITIELLO, Deputy Chief of U.S. Border                 )
    Patrol, U.S. Customs and Border Protection; )
                                                                )
THOMAS S. WINKOWSKI, Acting Director of U.S.                    )
    Immigration and Customs Enforcement; and )
                                                                )
LEÓN RODRÍGUEZ, Director of U.S. Citizenship and                )
    Immigration Services,                    )
                                                                )
                              *Defendants*.   )
                                                                )

## SUPPLEMENT TO THE AMENDED COMPLAINT
## FOR DECLARATORY AND INJUNCTIVE RELIEF

    1.      Pursuant to this Court's order dated January 15, 2015 [ECF No. 96],

the State of Nevada and the State of Tennessee hereby join the State of Texas, the

State of Alabama, the State of Arizona, the State of Arkansas, the State of Florida, the State of Georgia, the State of Idaho, the State of Indiana, the State of Kansas, the State of Louisiana, the State of Montana, the State of Nebraska, the State of North Dakota, the State of Ohio, the State of Oklahoma, the State of South Carolina, the State of South Dakota, the State of Utah, the State of West Virginia, the State of Wisconsin, and Attorney General Bill Schuette of Michigan, Governor Phil Bryant of Mississippi, Governor Paul R. LePage of Maine, Governor Patrick L. McCrory of North Carolina, and Governor C.L. "Butch" Otter of Idaho (collectively, "Plaintiffs" or "Plaintiff States") in seeking declaratory and injunctive relief against the United States and the above-named federal officials (collectively, "the Defendants") for their violations of the Take Care Clause, U.S. CONST. art. II, § 3, cl. 5, and the Administrative Procedure Act, 5 U.S.C. §§ 551 *et seq.*   Nevada and Tennessee also join Plaintiffs' request for a preliminary injunction.

2.     Nevada and Tennessee have standing to seek declaratory and injunctive relief for all of the reasons that the other Plaintiff States do — including because both States are obligated to provide driver's licenses to beneficiaries of the 2014 DHS Directive, *see* NEV. REV. STAT. § 483.290, NEV. ADMIN. CODE §§ 483.050(1)(g), 483.0787(1)(a)(7), TENN. CODE ANN. § 55-50-321(h), both States will incur costs to remediate the consequences of Defendants' actions, *see Massachusetts v. EPA*, 549 U.S. 497 (2007), both States will suffer *parens patriae* injuries from economic discrimination against its citizens, *see Alfred L. Snapp & Son, Inc. v. Puerto Rico ex rel. Barez*, 458 U.S. 592 (1982), and both States will have

3

their police powers preempted by federal actions that do not comport with bicameralism and presentment, *see Wyeth v. Levine*, 555 U.S. 555 (2009). *See also* Plaintiffs' Motion for Preliminary Injunction at 25-28 (Dec. 4, 2014) [ECF No. 5]; Plaintiffs' Reply in Support of Motion for Preliminary Injunction at 42-64 (Jan. 7, 2015) [ECF No. 64].

Respectfully submitted.

LUTHER STRANGE
*Attorney General of Alabama*

MARK BRNOVICH
*Attorney General of Arizona*

DUSTIN MCDANIEL
*Attorney General of Arkansas*

PAMELA JO BONDI
*Attorney General of Florida*

SAMUEL S. OLENS
*Attorney General of Georgia*

LAWRENCE G. WASDEN
*Attorney General of Idaho*

JOSEPH C. CHAPELLE
PETER J. RUSTHOVEN
*Counsel for the State of Indiana*

DEREK SCHMIDT
*Attorney General of Kansas*

JAMES D. "BUDDY" CALDWELL
*Attorney General of Louisiana*

TIMOTHY C. FOX
*Attorney General of Montana*

JON C. BRUNING
*Attorney General of Nebraska*

ADAM PAUL LAXALT
*Attorney General of Nevada*

WAYNE STENEHJEM
*Attorney General of North Dakota*

KEN PAXTON
*Attorney General of Texas*

CHARLES E. ROY
*First Assistant Attorney General*

SCOTT A. KELLER
*Solicitor General*

/s/ Andrew S. Oldham
ANDREW S. OLDHAM
*Deputy Solicitor General*
   Attorney-in-Charge
   State Bar No. 24081616

J. CAMPBELL BARKER
*Deputy Solicitor General*

ARTHUR C. D'ANDREA
*Assistant Solicitor General*

ANGELA V. COLMENERO
ADAM N. BITTER
*Assistant Attorneys General*

Office of the Attorney General of Texas
P.O. Box 78711
Austin, Texas 78711-2548
512-936-1700

(*additional counsel on following page*)

5

MICHAEL DEWINE
*Attorney General of Ohio*
ERIC E. MURPHY
*Co-counsel for the State of Ohio*

E. SCOTT PRUITT
*Attorney General of Oklahoma*

ALAN WILSON
*Attorney General of South Carolina*

MARTY J. JACKLEY
*Attorney General of South Dakota*

HERBERT SLATERY III
*Attorney General and Reporter of
    Tennessee*

SEAN D. REYES
*Attorney General of Utah*

PATRICK MORRISEY
*Attorney General of West Virginia*

BRAD D. SCHIMEL
*Attorney General of Wisconsin*

BILL SCHUETTE
*Attorney General for the People of
    Michigan*

DREW SNYDER
*Counsel for the Governor of Mississippi*

PAUL R. LEPAGE
*Governor of Maine*

ROBERT C. STEPHENS
*Counsel for the Governor of North
    Carolina*

TOM C. PERRY
CALLY YOUNGER
*Counsel for the Governor of Idaho*

## CERTIFICATE OF SERVICE

I certify that I served a copy of this pleading on the following counsel for the Defendants via this Court's CM/ECF system:

Adam Kirschner
Kyle R. Freeny
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7126
Washington, D.C. 20001

Daniel David Hu
U.S. Attorney's Office
1000 Louisiana, Suite 2300
Houston, Texas 77002

/s/ Andrew S. Oldham
ANDREW S. OLDHAM