IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 7 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
|     *Defendants*. | § | |
| | § | |

**ORDER**

The Court is in receipt of Dr. Orly Taitz's Notice of Fraud/Misrepresentation. [Doc. No. 117]. Previously, Dr. Orly Taitz filed a "Motion to Consolidate" her pending action in this Court (1:14-cv-119) with the above-referenced action. [*See* Doc. No. 46]. The Court denied that motion. [*See* Doc. No. 59]. Dr. Taitz has not otherwise sought permission to participate in this lawsuit. Therefore, the Court hereby orders that the Clerk of the Court strike Docket Entry 117 from the record.

Signed this 27th day of January, 2015.

                                                    Andrew S. Hanen
                                                  United States District Judge