UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsvill | Case Number | B-14-254 |
|---|---|---|---|

| Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

United States District Court
Southern District of Texas
FILED

JAN 27 2015

Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Richard Dearing<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007<br>(212) 356-2500<br>New York -- Registration # 4402293; Also licensed but not practicing in Texas (#24029512) and Louisiana (#26157) |
|---|---|

| Name of party applicant seeks to appear for: | Proposed amicus curiae Bill de Blasio, Mayor of the City of New York |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/21/2015 | Signed: | /s/ Richard Dearing |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 1/27/15    Clerk's signature *Melissa Lopez*

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                  United States District Judge