IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　　　　　Defendants. | Case No. 1:14-cv-254 |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
BRIEF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS AND IN OPPOSITION
TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is a Motion for Leave to File Brief Amici Curiae in Support of Defendants and in Opposition to Plaintiffs' Motion for Preliminary Injunction, filed by Bill de Blasio, Mayor of New York, New York; Mayor Eric Garcetti of Los Angeles, California; Mayor Kasim Reed of Atlanta, Georgia; Mayor Stephanie Rawlings-Blake of Baltimore, Maryland; Mayor Byron Brown of Buffalo, New York; Mayor James Diossa of Central Falls, Rhode Island; Mayor Rahm Emanuel of Chicago, Illinois; Mayor Steve Benjamin of Columbia, South Carolina; Mayor Nan Whaley of Dayton, Ohio; Mayor Michael Hancock of Denver, Colorado; Mayor Muriel Bowser of Washington, D.C.; Mayor Riley Rogers of Dolton, Illinois; Mayor Pedro Segarra of Hartford, Connecticut; Mayor Annise Parker of Houston, Texas; Mayor Steven Fulop of Jersey City, New Jersey; Mayor Paul Soglin of Madison, Wisconsin; Mayor Betsy Hodges of Minneapolis, Minnesota; Mayor Ras Baraka of Newark, New Jersey; Mayor Libby Schaaf of Oakland, California; Mayor Michael Nutter of Philadelphia, Pennsylvania; Mayor Bill Peduto of

Pittsburgh, Pennsylvania; Mayor Charles Hales, on behalf of the City Council of the City of Portland, Oregon; Mayor Jorge O. Elorza of Providence, Rhode Island; Mayor John Dickert of Racine, Wisconsin; Mayor Tom Butt of Richmond, California; Mayor Lovely Warren of Rochester, New York; Mayor Ralph Becker of Salt Lake City, Utah; Mayor Ed Lee of San Francisco, California; Mayor Gary McCarthy of Schenectady, New York; Mayor Ed Murray of Seattle, Washington; Mayor Francis Slay of St. Louis, Missouri; Mayor Marilyn Strickland of Tacoma, Washington; Mayor Mike Spano of Yonkers, New York; the United States Conference of Mayors; and the National League of Cities.

The Court hereby grants leave for the aforementioned movants to participate as Amici Curiae and file a brief in opposition to Plaintiffs' motion for a preliminary injunction.

Signed this _____ day of _____, 2015.

_____
Hon. Andrew S. Hanen
United States District Judge