# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**[Proposed] Order**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint and Supplement to the Amended Complaint, and for good cause shown, it is hereby:

ORDERED that Defendants' Motion for Extension of Time is GRANTED; and it is

FURTHER ORDERED that Defendants' deadline to respond to Plaintiffs' Amended Complaint and Supplement to the Amended Complaint shall be extended until thirty (30) days after this Court rules on Plaintiffs' Motion for Preliminary Injunction.

Signed on January _____, 2015.

_____
The Honorable Andrew S. Hanen
United States District Judge