UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO FILE EXCESS PAGES**

Defendants hereby move, unopposed, for leave to exceed the 20-page limit for their sur-reply in opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 5), and to file a brief of up to and including 45 pages. The requested extension of pages is warranted and necessary to allow Defendants to respond to Plaintiffs' Reply, which was 67 pages and which included 35 exhibits totaling more than 1100 pages.

Dated: January 30, 2015              Respectfully submitted,

KENNETH MAGIDSON                     JOYCE R. BRANDA
United States Attorney               Acting Assistant Attorney General

DANIEL DAVID HU                      KATHLEEN R. HARTNETT
Assistant United States Attorney     Deputy Assistant Attorney General
Deputy Chief, Civil Division

                                     DIANE KELLEHER
                                     Assistant Branch Director,
                                     Federal Programs Branch

                                       */s/ Kyle R. Freeny*
                                     KYLE R. FREENY (Cal. Bar No. 247857)
                                     Attorney-in-Charge
                                     Civil Division, Federal Programs Branch
                                     U.S. Department of Justice
                                     P.O. Box 883

-1-

Washington, D.C.  20044
Tel.: (202) 514-5108
Fax: (202) 616-8470
Kyle.Freeny@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF CONFERRAL

  Pursuant to Local Civil Rule 7.1.D, undersigned counsel hereby certifies that on January 28, 2015, she contacted counsel for Plaintiffs, Arthur C. D'Andrea, for Plaintiffs' position on the foregoing Motion to File Excess Pages, who indicated that Plaintiffs do not oppose the relief sought in this Motion.

                */s/ Kyle R. Freeny*
                Counsel for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Motion to File Excess Pages has been delivered electronically on January 30, 2015, to counsel for Plaintiffs via the District's ECF system.

                                    */s/ Kyle R. Freeny*
                                    Counsel for Defendants