**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| STATE OF TEXAS, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:14-cv-254 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.* | ) ) | |
| Defendants. | ) ) ) | |

**[Proposed] Order**

Upon consideration of Defendants' Unopposed Motion to File Excess Pages, it is

HEREBY ORDERED that Defendants' Motion to File Excess Pages is GRANTED.

It is FURTHER ORDERED that Defendants may file a sur-reply of up to 45 pages.

Signed on _____ _____, 2015.

_____
The Honorable Andrew S. Hanen
United States District Judge