EXHIBIT 36

Secretary
U.S. Department of Homeland Security
Washington, DC 20528



November 20, 2014

MEMORANDUM FOR:   R. Gil Kerlikowske
Commissioner
U.S. Customs and Border Protection

Admiral Paul F. Zukunft
Commandant
U.S. Coast Guard

Thomas S. Winkowski
Acting Director
U.S. Immigration and Customs Enforcement

León Rodríguez
Director
U.S. Citizenship and Immigration Services

W. Craig Fugate
Administrator
Federal Emergency Management Agency

Alan D. Bersin
Acting Assistant Secretary for Policy

FROM:   Jeh Charles Johnson
Secretary

SUBJECT:   **Southern Border and Approaches Campaign**

I hereby direct new policies, outlined below, in furtherance of our Department-wide Southern Border and Approaches Campaign Plan that I first directed and announced on May 8, 2014.[1] These directives are an extension of this Department's new Unity of Effort initiative I announced on April 22, 2014.[2]

---

[1] *See* Memorandum for DHS Leadership entitled "DHS-Wide Inter-Component Campaign Plan for the U.S. Southern Border and Approaches" issued by me on May 8, 2014.

[2] *See* Memorandum for DHS entitled "Strengthening Department Unity of Effort" issued by me on April 22, 2014.

1

This Nation's long term investment in border security has produced significant, positive results over the years. Illegal migration into the United States peaked in the year 2000, reflected by over 1.6 million apprehensions that year. Illegal migration into this country has dropped considerably since then. In fact, apprehensions—a reflection of total attempts to cross the border—are at the lowest rate since the 1970s. Meanwhile, the estimated population of undocumented immigrants in this country has stopped growing for the first time since the 1980s, and over half of these individuals have been in this country for nearly 13 years.

This summer we saw an unprecedented spike in illegal migration into South Texas. Almost all of this migration came from Guatemala, Honduras, and El Salvador. It consisted of large numbers of unaccompanied children and adults with children. We responded aggressively, and beginning in mid-June, the numbers of illegal migrants crossing into South Texas went down considerably. Though the worst is over for now—from the spike this summer and the high rate of illegal migration 15 years ago—the President and I are committed to building an even more secure border, and a smart strategy to get there. Much of illegal migration is seasonal. The spike in migration we saw this summer could return. The poverty and violence that are the "push factors" in Honduras, Guatemala and El Salvador still exist. The economy in this country—a "pull factor"—is getting better.

Thus, there is still more we can and should do for border security. This includes the Department-wide Southern Border and Approaches Campaign Plan that I first announced and directed on May 8, 2014. In furtherance of that plan, I direct the following:

### A. Joint Task Forces

I am commissioning three Joint Task Forces. Two of these task forces will be geographically based and one will be functionally focused. All three Joint Task Forces will incorporate elements of the U.S. Coast Guard (USCG), U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), and U.S. Citizenship and Immigration Services, and integrate capabilities of the remaining components as needed. Joint Task Force East will be responsible for the Southern maritime border and approaches. Joint Task Force West will be responsible for the Southern land border and the West Coast. Joint Task Force Investigations will focus on investigations in support of the geographic Task Forces.

These Task Forces should adopt a supported-supporting component model. Among the Components of this Department, CBP will be the supported component in Joint Task Force West, the USCG will be the supported component in Joint Task Force East, and ICE will be the supported component in Joint Task Force Investigations.

Within 90 days of my commissioning of these Joint Task Forces, you are directed to realign personnel and stand up headquarters capabilities within each Joint Task Force. At the conclusion of this phase, we should conduct a first assessment on implementation.

### B. Goals, Objectives and Lines of Effort

The overarching goals of the Southern Border and Approaches Campaign are to enforce our immigration laws and interdict individuals seeking to illegally cross our land, sea, and air borders; degrade transnational criminal organizations; and decrease the terrorism threat to the Nation, all without impeding the flow of lawful trade, travel, and commerce.

The ten objectives of the Southern Border and Approaches Strategy will be:

1. Minimize the risk of terrorism.
2. Increase the perceived risk of engaging in or facilitating illegal transnational or cross-border activity.
3. Interdict people and goods attempting to enter illegally between ports of entry.
4. Increase situational awareness in the air, land, and sea border and approaches.
5. Decrease or disrupt the profitability and finances of transnational criminal activities at the optimal points.
6. Dismantle criminal and terrorist organizations and networks.
7. Prevent the illegal exploitation of legal flows.
8. Maximize the resiliency of key nodes, conveyances, pathways, and transportation infrastructure.
9. Minimize the cost to travelers and delays to shippers in being screened and vetted at ports of entry.
10. Maximize the number of travelers and value of imported goods that undergo screening before arriving at ports of entry.[3]

---

[3] Office of Policy, U.S. Department of Homeland Security, *Strategic Guidance for the U.S. Southern Border and Approaches Campaign Planning Effort,* (September 8th, 2014), page 13.

Further, the Directors of the Joint Task Forces will conduct operations consistent with the following lines of effort, to achieve the objectives identified above:

1. Reduce the terrorism risk to the Nation.
2. Combat transnational criminal organizations.
3. Prevent exploitation of legal flows at ports of entry.
4. Counter illegal flows at maritime approaches and in between ports of entry.
5. Manage lawful flows of people and goods in transit.
6. Disincentivize illegal border behavior.[4]

---

[4] Office of Policy, U.S. Department of Homeland Security, "Department of Homeland Security Campaign Plan for Securing the U.S. Southern Border and Approaches 2015-2018," U.S. Department of Homeland Security (September 30th, 2014) page 21.