IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>*Defendants.* )<br>) | No. 14-cv-254 |

**ORDER ON PROPOSED DEFENDANT-INTERVENORS' MOTION FOR
LEAVE TO INTERVENE AS DEFENDANTS**

On January 14, 2015, the Proposed Defendant-Intervenors filed a Motion for Leave to Intervene as Defendants. On January 30, 2015, the Plaintiffs filed an Opposition to Proposed Defendant-Intervenors' Motion for Leave to Intervene as Defendants. The Proposed Defendant-Intervenors' Motion for Leave to Intervene as Defendants is hereby DENIED.

SO ORDERED.

Date: _____, 2015

_____
The Honorable Andrew S. Hanen
United States District Judge