# C

OMB No. 1615-0040; Expires 04/30/2016

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# I-765, Application For Employment Authorization

**Do not write in this block.**

| Remarks | Action Block | Fee Stamp |
|---|---|---|
| A# | | |

Applicant is filing under §274a.12 _____

☐ Application Approved. Employment Authorized / Extended *(Circle One)*   until _____ (Date).
_____ (Date).

Subject to the following conditions: _____
Application Denied.
   ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
   ☐ Failed to establish economic necessity under 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:   ☐ Permission to accept employment.
   ☐ Replacement *(of lost employment authorization document).*
   ☐ Renewal of my permission to accept employment *(attach a copy of your previous employment authorization document).*

1. Name (Family Name in CAPS)   (First)   (Middle)

2. Other Names Used (include Maiden Name)

3. U.S. Mailing Address (Street Number and Name)   (Apt. Number)

   (Town or City)   (State/Country)   (ZIP Code)

4. Country of Citizenship/Nationality

5. Place of Birth (Town or City)   (State/Province)   (Country)

6. Date of Birth (mm/dd/yyyy)   7. Gender   ☐ Male   ☐ Female

8. Marital Status   ☐ Married   ☐ Single   ☐ Widowed   ☐ Divorced

9. Social Security Number (Include all numbers you have ever used, if any)

10. Alien Registration Number (A-Number) or I-94 Number (if any)

11. Have you ever before applied for employment authorization from USCIS?
   ☐ Yes (Complete the following questions.)   ☐ No (Proceed to Question 12.)

Which USCIS Office?   Date(s)

Results (Granted or Denied - attach all documentation)

12. Date of Last Entry into the U.S., on or about: (mm/dd/yyyy)

13. Place of Last Entry into the U.S.

14. Status at Last Entry (B-2 Visitor, F-1 Student, No Lawful Status, etc.)

15. Current Immigration Status (Visitor, Student, etc.)

16. Go to the **"Who May File Form I-765?"** section of the instructions. In the space below, place the letter and number of the eligibility category you selected from the instructions. (For example, (a)(8), (c)(17)(iii), etc.).

   ( )   ( )   ( )   ( )

17. If you entered the eligibility category, (c)(3)(C), in Question 16 above, list your degree, your employer's name as listed in E-Verify, and your employer's E-Verify Company Identification Number or a valid E-Verify Client Company Identification Number in the space below.

Degree: _____

Employer's Name as listed in E-Verify: _____

Employer's E-Verify Company Identification Number or a valid E-Verify Client Company Identification Number _____

## Certification

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the **"Who May File Form I-765?"** section of the instructions and have identified the appropriate eligibility category in **Question 16**.

Signature   Telephone Number   Date

**Signature of Person Preparing Form, If Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

Print Name   Address   *Signature*   Date

| Remarks | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Received | Sent | Approved | Denied | Returned |
| | | | | | | | |

Form I-765 08/06/14 Y