UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>Defendants. )<br>) | No. 1:14-cv-254 |

## Order

Upon consideration of Defendants' Unopposed Motion to File Excess Pages, it is

HEREBY ORDERED that Defendants' Motion to File Excess Pages is GRANTED.

It is FURTHER ORDERED that Defendants may file a sur-reply of up to 45 pages.

Signed on Feb 2, 2015.

_____
The Honorable Andrew S. Hanen
United States District Judge

-1-