UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB - 2 2015

David J. Bradley, Clerk of Court

|   |   |
|---|---|
| STATE OF TEXAS, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>Defendants. )<br>) | No. 1:14-cv-254 |

**Order**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint and Supplement to the Amended Complaint, and for good cause shown, it is hereby:

ORDERED that Defendants' Motion for Extension of Time is GRANTED; and it is

FURTHER ORDERED that Defendants' deadline to respond to Plaintiffs' Amended Complaint and Supplement to the Amended Complaint shall be extended until thirty (30) days after this Court rules on Plaintiffs' Motion for Preliminary Injunction.

Signed on ~~January~~ February 2, 2015.

_____
The Honorable Andrew S. Hanen
United States District Judge