IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Orig

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | United States District Court |
| V. | § | Southern District of Texas |
| | § | FILED |
| UNITED STATES OF AMERICA, ET AL., | § | CIVIL NO. B-14-254  FEB - 3 2015 |
| Defendants. | § | David J. Bradley, Clerk of Court |

MOTION FOR RECONSIDERATION OR MOTION IN THE ALTERNATIVE

Intervenor Mitchell Williams motions this Court for Reconsideration of its ORDER of January 9, 2015, or for a Motion in the Alternative. In support of these motions the Intervenor states as follows;

1. The stupid Nazi lawsuit filed by the Plaintiffs is outside the jurisdiction of any non-Nazi court and is a disgrace on the judicial process of any Texas court. The Clerk should have spit in the face of the Plaintiffs when they tried to file their B.S. and refused to file the case without a court order. Which would, of course, have been appealable.

2. As it is the basic case is such an insult to common decency that it should be dismissed out of hand. We don't need Nazisms in American law. Most of the alleged undocumented migrants are decendents from various native American tribes and as such they have a perfect legal right to come here and go as they please.

MOTION IN THE ALTERNATIVE

3. As a refreshing alternative the Intervenor suggests that after dismissing the Plaintiffs Complaint with brutal prejudice it should recaption the case: MITCHELL WILLIAMS vs. MICKEY MOUSE TIME,

1.

Et Al., Defendents. Appendix A shows the Court what that case is all about. It seeks only $10 actual damages but also an injunction against publishers of fraudulent time,<u>TEMPORAL FRAUD</u>.Publishers of fraudulent

times (mostly the telephone companies, and the radio and TV stations ) will need to be added as defendent parties. The Court will need to make it well known that it invites persons that have been injured or have children killed or injured by the effect of the temporal fraud to join this class action lawsuit. This needs to be urgently considered. There are a lot of rowdey boys in this area that carry around highpowered rifles and big pistols in their pickup trucks. When they find out that their cellphone has been lying to them about the true time of day they might just go out and fill the cellphone towers with lead. In furtherance of this motion intervenor amends his proposed complaint by adding:

4.     On April 6,2014 the intervenor went to church at about 15 minutes before Sunday School was over and missed completely Tom Bethea's lesson on the book of Revelation. The intervenor spent the remaining time explaining to the class why he was actually about 20 minutes EARLY. True local mean time comes 1 hour,26 minutes, and 44 seconds after Mickey Mouse Time (you need to wait that long for noon to actually be 12 o'clock). For missing out on Tom Bethea's lesson the intervenor claims $10 damages from the proposed defendents for publishing their fraudulent times on the other members phones and media sources. With the service of these motions the intervenor will send a service copy of this motion to some of the defendent parties that will be effected by it like AT&T, Radio Shack and others. It would be very smart to go forward on this motion ahead of the

Respondents case as they only concern who can keep the marshmellows in the air longest but TIME concerns all of life.

*Mitchell Williams*

## CERTIFICATE OF SERVICE

This is to certify that I have sent a paper copy of the foregoing motions to; Attorney General of the United States Erich Holder, Washington, D.C. 20500., Attorney Generals's Office Texas, 209 W. 14th Street, Austin, Texas 78701, Clerks Office, U.S. District Court, 600 Harrison Street, Brownsville, Texas 78520

AT&T Legal Dept. POB 105262 Atlanta, Georgia 30348-5262, Radio Shack Commons 850 S Moody Rd, Palatka FL 32177

By U.S. Mail this ___30___ day of January, 2015.

*Mitchell Williams*
Mitchell Williams
POB 33
Palatka, FL 32178
386 329-8603

3.

THE DISTRUCTION OF MICKEY MOUSE TIME

On about January 9, 1996 there occured a serious accident in Atlanta that it is hoped will lead to the complete distruction of Mickey Mouse Time (that is, Time Zone Time and Daylight Savings Time). Time Zone Time is a wicked hangover from the allpowerful railroads of the 1880s. Daylight Savings Time is a boozy hangover from WW I to save coal so that more steel could be made for the war effort.

On the above date at 7:25 AM Eastern Standard Time an 8 year old school girl and her older sister went out to catch their school bus. They needed to cross a street close to their house to get to the bus stop. The sister made it across the street but the 8 year old was hit and killed by a hit and run driver. He was later caught and convicted. At the time this happened it had been raining but had stopped. Every bush and tree was a mass of little lights reflecting auto headlights and street lamps. At this early hour there was no skylight at all as the sun had not risen enough to lighten the sky. 30 minutes later there was plenty of sunrise.

On that same day in Philadelphia which sits directly on the $75°$ line of Longitude from which the Eastern Standard Mickey Mouse Time gets its time, there was plenty of daylight. It was light in Philadelphia but dark in Atlanta at the exact same time. This is easy to see as Atlanta is about 517 miles farther West than Philadelphia.

The true time in Atlanta is 37 minutes and 42 seconds later than Eastern Mickey Mouse Time. If the time had been TRUE in Atlanta there would have been abundent daylight and the driver would have been much more likely to have seen and avoided hitting the child.

Fortunately today we have a much better weapon to use to kill this Mickey Mouse Time Dragon. The first is the Global Positioning System, the second could be the cellphone towers, and the third could be the inertial clocks used in cruise missles to guide them without GPS control. All of these are able to be set to give the TRUE time of day WHEREVER YOU MAY BE STANDING! It is time to crush Mickey Mouse Time and drive a stake through its heart.

This 9th day of April, 2014   Mitchell Williams
APP. A   POB 33, PALATKA, FL 32178

Mitchell Williams
POB 33
Palatka, FL 32178

FEB -3 2015

Office of the Clerk
United States District Court
600 Harrison St.
Brownsville, TX 78520

U.S. POSTAGE PAID
PALATKA, FL
32177
JAN. 30, 15
AMOUNT
$1.19
0003200-05

78520