# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**[Proposed] Order**

Upon consideration of the Proposed Defendant-Intervenors' Motion for Leave to Intervene [ECF No. 91], Defendants' Opposition thereto, and any other replies or responses thereto, it is

HEREBY ORDERED that the Proposed Defendant-Intervenors' Motion for Leave to Intervene is DENIED.

Signed on _____, 2015.

_____
The Honorable Andrew S. Hanen
United States District Judge