IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., § | | |
| Plaintiffs, § | | |
| § | | |
| V. § | CIVIL NO. B-14-254 | |
| § | | |
| UNITED STATES OF AMERICA, ET AL., § | | |
| Defendants. § | | |

# ORDER

The Motion to Intervene filed by Jane Doe #1, Jane Doe #2, and Jane Doe #3 is hereby denied without prejudice. All parties have opposed the intervention. The Court finds that Rule 24(a)(1) is not applicable. The Court also finds that Rule 24(a)(2) is not applicable. Nevertheless, even if Rule 24(a)(2) were applicable based upon how the outcome of this suit might affect these individuals, the Court finds that their interests are adequately represented by the United States. Further, the Court finds Rules 24(b)(1) and (2) to also be inapplicable. Finally, pursuant to Rule 24(b)(3), the Court finds this matter to be time sensitive and the addition of new parties will cause undue delay and prejudice.

Nevertheless, the pleadings filed by putative intervenors, Jane Doe(s) #1, #2, and #3, will be reviewed as if they were amici curiae. "Where he presents no new questions, a third party can contribute usually most effectively and always most expeditiously by a brief amicus curiae and not by intervention." *See Bush v. Viterna*, 740 F.2d 350, 359 (5th Cir. 1984) (per curiam).

Signed this 11th day of February, 2015.

Andrew S. Hanen
United States District Judge