

# USCIS to Begin Accepting Requests for Expanded DACA on Feb. 18

U.S. Citizenship and Immigration Services (USCIS) will expand Deferred Action for Childhood Arrivals on Feb. 18, 2015. That will be the first day to request DACA under the revised guidelines established as part of President Obama's recent anouncements on immigration.

USCIS advises the public to be extra careful to avoid immigration scams. To learn how to identify and report scams, and how to find authorized legal assistance at little or no cost, go to uscis.gov/avoidscams or uscis.gov/es/eviteestafas.

Go to uscis.gov/immigrationaction or uscis.gov/accionmigratoria and enter your email address to get updates whenever USCIS posts new content about the executive actions.

If you have questions, in English or Spanish, you can call the USCIS National Customer Service Center at 1-800-375-5283 (TDD for the hearing-impaired: 1-800-767-1833).

Last Reviewed/Updated: 01/30/2015