IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., § | | |
| Plaintiffs, § | | |
| § | | |
| V. § | CIVIL NO. B-14-254 | |
| § | | |
| UNITED STATES OF AMERICA, ET AL., § | | |
| Defendants. § | | |

*United States District Court*
*Southern District of Texas*
*ENTERED*

*FEB 2 0 2015*

*David J. Bradley, Clerk of Court*

# ORDER

Before the Court is Defendant-Intervenors' Motion for Leave to Proceed Under Pseudonyms [Doc. No. 92], Motion for Leave of Court to File Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County [Doc. No. 107], and Harold William Van Allen's Motion for Leave to File Amicus [Doc. No. 139].

The Court, after due consideration, hereby denies Defendant-Intervenors' Motion for Leave to Proceed Under Pseudonyms [Doc. No. 92] as moot, grants the Motion for Leave of Court to File Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County [Doc. No. 107], and grants Harold William Van Allen's Motion for Leave to File Amicus [Doc. No. 139].

Signed this 15th day of February, 2015.

Andrew S. Hanen
United States District Judge