IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| *Plaintiffs*, | ) |
| vs. | ) No. 14-cv-254 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| *Defendants*. | ) |

**UNOPPOSED MOTION TO WITHDRAW
ANDREW S. OLDHAM AS ATTORNEY-IN-CHARGE**

The State of Texas respectfully moves to withdraw Andrew S. Oldham as the attorney-in-charge in this case. Mr. Oldham will be leaving the Office of the Attorney General on February 20, 2015. His withdrawal will not cause undue delay or prejudice the Plaintiffs. Plaintiffs designate Angela V. Colmenero as the attorney-in-charge for any future proceedings in this Court.

For these reasons, the State respectfully requests leave to withdraw Mr. Oldham from this case.

Respectfully submitted.

| | |
|---|---|
| LUTHER STRANGE<br>*Attorney General of Alabama* | KEN PAXTON<br>*Attorney General of Texas* |
| MARK BRNOVICH<br>*Attorney General of Arizona* | CHARLES E. ROY<br>*First Assistant Attorney General* |
| DUSTIN MCDANIEL<br>*Attorney General of Arkansas* | SCOTT A. KELLER<br>*Solicitor General* |
| PAMELA JO BONDI<br>*Attorney General of Florida* | /s/ Andrew S. Oldham<br>ANDREW S. OLDHAM<br>*Deputy Solicitor General*<br>Attorney-in-Charge |
| SAMUEL S. OLENS<br>*Attorney General of Georgia* | State Bar No. 24081616 |
| LAWRENCE G. WASDEN<br>*Attorney General of Idaho* | J. CAMPBELL BARKER<br>*Deputy Solicitor General* |
| JOSEPH C. CHAPELLE<br>PETER J. RUSTHOVEN<br>*Counsel for the State of Indiana* | ANGELA V. COLMENERO<br>ADAM N. BITTER<br>*Assistant Attorneys General* |
| DEREK SCHMIDT<br>*Attorney General of Kansas* | Office of the Attorney General of Texas<br>P.O. Box 78711<br>Austin, Texas 78711-2548 |
| JAMES D. "BUDDY" CALDWELL<br>*Attorney General of Louisiana* | 512-936-1700 |
| TIMOTHY C. FOX<br>*Attorney General of Montana* | |
| JON C. BRUNING<br>*Attorney General of Nebraska* | |
| ADAM PAUL LAXALT<br>*Attorney General of Nevada* | |
| WAYNE STENEHJEM<br>*Attorney General of North Dakota* | |

MICHAEL DEWINE
*Attorney General of Ohio*
ERIC E. MURPHY
*Co-counsel for the State of Ohio*

E. SCOTT PRUITT
*Attorney General of Oklahoma*

ALAN WILSON
*Attorney General of South Carolina*

MARTY J. JACKLEY
*Attorney General of South Dakota*

HERBERT SLATERY III
*Attorney General and Reporter of
    Tennessee*

SEAN D. REYES
*Attorney General of Utah*

PATRICK MORRISEY
*Attorney General of West Virginia*

BRAD D. SCHIMEL
*Attorney General of Wisconsin*

BILL SCHUETTE
*Attorney General for the People of
    Michigan*

DREW SNYDER
*Counsel for the Governor of Mississippi*

PAUL R. LEPAGE
*Governor of Maine*

ROBERT C. STEPHENS
*Counsel for the Governor of North
    Carolina*

TOM C. PERRY
CALLY YOUNGER
*Counsel for the Governor of Idaho*

## CERTIFICATE OF SERVICE

I certify that I served a copy of this pleading on all counsel of record via this Court's CM/ECF system.

/s/ Andrew S. Oldham
ANDREW S. OLDHAM

## CERTIFICATE OF CONFERENCE

I certify that I emailed counsel for the Defendants on February 20, 2015 to conference this motion. Defendants are unopposed.

/s/ Andrew S. Oldham
ANDREW S. OLDHAM
