UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) No. 1:14-cv-254 <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.* ) <br> ) <br> Defendants. ) <br> ) | |

**ORDER**

Upon consideration of Defendants' Emergency Motion to Stay the Court's February 16, 2015 Order Pending Appeal, any memoranda filed in support thereof or opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendants' Motion is GRANTED; and it is

FURTHER ORDERED that the Court's Order of February 16, 2015 [ECF No. 144 & 145] is hereby stayed in its entirety pending resolution of Defendants' appeal.


Signed on February _____, 2015.


_____
The Honorable Andrew S. Hanen
United States District Judge