# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | )    No. 1:14-cv-254 |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, *et al.* | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants United States of America; Jeh Johnson, Secretary of Homeland Security; Gil Kerlikowske, Commissioner of U.S. Customs and Border Protection; Ronald D. Vitiello, Deputy Chief of U.S. Border Patrol, U.S. Customs and Border Protection; Sarah R. Saldaña, Acting Director of U.S. Immigration and Customs Enforcement[1]; and León Rodríguez, Director of U.S. Citizenship and Immigration Services, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Opinion and Order of February 17, 2015 [ECF Nos. 144 & 145] granting a preliminary injunction in this matter.

Dated: February 23, 2015

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

DANIEL DAVID HU
Assistant United States Attorney
Deputy Chief, Civil Division

JOYCE R. BRANDA
Acting Assistant Attorney General

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

---

[1] Ms. Saldaña is substituted for her predecessor, Thomas S. Winkowski (former Acting Director of U.S. Immigration and Customs Enforcement), as a defendant in this action pursuant to Fed. R. Civ. Proc. 25(d)(1).

_/s/ Kyle R. Freeny_
KYLE R. FREENY (Cal. Bar No. 247857)
 Attorney-in-Charge
HECTOR G. BLADUELL
BRADLEY H. COHEN
ADAM D. KIRSCHNER
JULIE S. SALTMAN
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 514-5108 / Fax: (202) 616-8470
Kyle.Freeny@usdoj.gov

_Counsel for Defendants_

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appeal has been delivered electronically on February 23, 2015, to counsel for Plaintiffs via the District's ECF system.


*/s/ Kyle R. Freeny*
Counsel for Defendants