APPEAL,APPEAL_NAT

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:14-cv-00254
## Internal Use Only

State of Texas et al v. United States of America et al

Assigned to: Judge Andrew S. Hanen

Cause: 05:551 Administrative Procedure Act

Date Filed: 12/03/2014

Jury Demand: None

Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision

Jurisdiction: U.S. Government Defendant

## Plaintiff

**State of Texas**                    represented by    **Andrew Stephen Oldham**
Texas Attorney General's Office
PO Box 12548 (MC: 059)
Austin, TX 78711-2548
512-936-1862
Email:
andy.oldham@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Margulies**
Roger Williams University School of Law
Bristol, RI 02806
Email: pmargulies@rwu.edu
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
Office of the Attorney General
PO Box12548
Austin, TX 78711-2548
512-936-2422
Email: adam.bitter@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
Texas Office Of The Attorney General
P O BOX 12548
Capitol Station
Austin, TX 78711-2548
512-475-4100
Email:
angela.colmenero@TexasAttorneyGeneral.gov

*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
Office of the Attorney General
209 W 14th St
7th Fl
Austin, TX 78701
512-936-2868
Email:
arthur.dandrea@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
Texas Attorney General's Office
PO Box 12548 (MC: 059)
Austin, TX 78711-2548
512-396-1700
Fax: 512-474-2697
Email: cam.barker@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
11505 Georgian Oaks Dr.
Austin, TX 78739
(703) 314-9276
Email: jfmitchell@mac.com
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
Office of the Attorney General
Solicitor General's Office
209 West 14th St.

7th Floor (MC 059)
Austin, TX 78701
512-936-1700
Fax: (512) 474-2697
Email: scott.keller@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Alabama**          represented by   **Andrew Stephen Oldham**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Adam Nicholas Bitter**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Angela V Colmenero**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Arthur D'Andrea**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **John Campbell Barker**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Jonathan F. Mitchell**
                                               (See above for address)
                                               *TERMINATED: 01/20/2015*
                                               *ATTORNEY TO BE NOTICED*

                                               **Scott A. Keller**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Georgia**          represented by   **Andrew Stephen Oldham**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Idaho**          represented by   **Andrew Stephen Oldham**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Adam Nicholas Bitter**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Angela V Colmenero**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Arthur D'Andrea**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Indiana**           represented by   **Andrew Stephen Oldham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C Chapelle**
Barnes & Thornburg LLP
11 South Meridian St
Indianapolis, IN 46204
317-231-7209
Email: joe.chapelle@btlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J Rusthoven**
Barnes & Thornburg LLP
11 South Meridian St
Indianapolis, IN 46204
317-231-7299
Email: peter.rusthoven@btlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Kansas**          represented by **Andrew Stephen Oldham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Louisiana**         represented by **Andrew Stephen Oldham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Montana**         represented by **Andrew Stephen Oldham**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Nebraska**            represented by   **Andrew Stephen Oldham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Lopez**
Office of Nebraska Attorney General
2115 State Capitol
Lincoln, NB 68509
402 471-2682
Email: dave.lopez@nebraska.gov
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ryan S Post**
Office of Nebraska Attorney General
2115 State Capitol
Lincoln, NB 68509
402 471-2682
Email: ryan.post@nebraska.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **State of South Carolina** | represented by | **Andrew Stephen Oldham**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of South Dakota**   represented by   **Andrew Stephen Oldham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Utah**          represented by **Andrew Stephen Oldham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of West Virginia**    represented by    **Andrew Stephen Oldham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Wisconsin**    represented by    **Andrew Stephen Oldham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel P Lennington**
Wisconsin Department of Justice
17 West Main St
Madison, WI 53707
608-267-8901
Email: lenningtondp@doj.state.wi.us
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul R. LePage**        represented by **Andrew Stephen Oldham**
*Governor, State of*                    (See above for address)
*Maine*                                 *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**

(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick L. McCrory**    represented by    **Andrew Stephen Oldham**
*Governor, State of*                           (See above for address)
*North Carolina*                              *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C.L. "Butch" Otter**          represented by   **Andrew Stephen Oldham**
*Governor, State of*                             (See above for address)
*Idaho*                                          *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Adam Nicholas Bitter**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Angela V Colmenero**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Arthur D'Andrea**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Cally Younger**
                                                 Office of Governor CL "Butch" Otter
                                                 PO Box 63720
                                                 Boise, ID 83720
                                                 208 854-3022
                                                 Email: cally.younger@gov.idaho.gov
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **John Campbell Barker**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Jonathan F. Mitchell**
                                                 (See above for address)
                                                 *TERMINATED: 01/20/2015*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Scott A. Keller**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

## Plaintiff

**Phil Bryant**
*Governor, State of Mississippi*

represented by **Andrew Stephen Oldham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Plaintiff

**State of North Dakota**

represented by **Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)

*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Ohio**          represented by   **Adam Nicholas Bitter**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Andrew Stephen Oldham**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Angela V Colmenero**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Eric E Murphy**
                                           Ohio Attorney General Mike DeWine's Office
                                           30 E. Broad St
                                           17th Fl
                                           Columbus, OH 43215
                                           614-466-8980
                                           Email: eric.murphy@ohioattorneygeneral.gov
                                           *PRO HAC VICE*
                                           *ATTORNEY TO BE NOTICED*

                                           **John Campbell Barker**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Oklahoma**    represented by    **Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Patrick R. Wyrick**
Oklahoma Attorney General's Office
313 N.E. 21st St
Oklahoma City, OK 73105
405-521-3921

Email: patrick.wyrick@oag.ok.gov
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Florida**          represented by   **Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Arizona**          represented by   **Adam Nicholas Bitter**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Arkansas**          represented by  **Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Attorney General Bill Schuette**   represented by   **Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**    represented by   **Kathleen R Hartnett**
US Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
202 514-2331
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Renee Freeny**
US Dept of Justice
20 Massachusetts Ave
Washington, DC 20001
202-514-5108
Email: kyle.freeny@usdoj.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
Office of the US Attorneys Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9518
Fax: 713-718-3303
Email: daniel.hu@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeh Johnson**    represented by   **Kathleen R Hartnett**
*Secretary of the*    (See above for address)
*Department of*    *LEAD ATTORNEY*
*Homeland Security*    *ATTORNEY TO BE NOTICED*

**Kyle Renee Freeny**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**R. Gil Kerlikowske**          represented by   **Kathleen R Hartnett**
*Commissioner of U.S.*                          (See above for address)
*Customs and Border*                            *LEAD ATTORNEY*
*Protection*                                    *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **Kyle Renee Freeny**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Daniel David Hu**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald D. Vitiello**          represented by   **Kathleen R Hartnett**
*Deputy Chief of U.S.*                           (See above for address)
*Border Patrol, U.S.*                            *LEAD ATTORNEY*
*Customs and Border of*                          *PRO HAC VICE*
*Protection*                                     *ATTORNEY TO BE NOTICED*

                                                 **Kyle Renee Freeny**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Daniel David Hu**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas S. Winkowski**   represented by   **Kathleen R Hartnett**
*Acting Director of U.S.*                  (See above for address)

*Immigration and*
*Customs Enforcement*

                    *LEAD ATTORNEY*
                    *PRO HAC VICE*
                    *ATTORNEY TO BE NOTICED*

                    **Kyle Renee Freeny**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Daniel David Hu**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Leon Rodriguez**          represented by   **Kathleen R Hartnett**
*Director of U.S.*                                          (See above for address)
*Citizenship and*                                       *LEAD ATTORNEY*
*Immigration Services*                             *ATTORNEY TO BE NOTICED*

                    **Kyle Renee Freeny**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Daniel David Hu**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

**Movant**

**Mitchell Williams**          represented by   **Mitchell Williams**
*TERMINATED:*                                           PO Box 33
*01/09/2015*                                              Palatka, FL 32178
                    PRO SE

**Movant**

**Dr Orly Taitz**          represented by   **Orly Taitz**
*TERMINATED:*                                           Law Office of Orly Taitz
*01/07/2015*                                              29839 Santa Margarita Pkwy
                    Ste 100
                    Rancho Santa Margarita, CA 92688
                    949-683-5411
                    Fax: 949-766-7603
                    Email: orly.taitz@hushmail.com

*TERMINATED: 02/11/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Jane Doe #1**                  represented by   **Gabriel Markoff**
*TERMINATED:*                                    O'Melveny & Meyers LLP
*02/11/2015*                                     2 Embarcadero Center
                                                 28th Fl
                                                 San Francisco, CA 94111-3823
                                                 415-984-8700
                                                 Email: gmarkoff@omm.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **J Jorge deNeve**
                                                 O'Melveny & Meyers LLP
                                                 400 S. Hope St
                                                 18th Fl
                                                 Los Angeles, CA 91001
                                                 Email: jdeneve@omm.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Nina Perales**
                                                 MALDEF
                                                 110 Broadway
                                                 Ste 300
                                                 San Antonio, TX 78205
                                                 210-224-5476
                                                 Fax: 210-224-5382
                                                 Email: nperales@maldef.org
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Adam P KohSweeney**
                                                 OMelveny and Myers LLP
                                                 2 Embarcadero Ctr
                                                 28th Fl
                                                 San Francisco, CA 94111
                                                 415-984-8912
                                                 Email: akohsweeney@omm.com
                                                 *ATTORNEY TO BE NOTICED*

**Linda Jane Smith**
OMelveny and Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
310-246-6801
Fax: 310-246-6779
Email: lsmith@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

| **Jane Doe #2** | represented by | **Gabriel Markoff** |
| *TERMINATED:* | | (See above for address) |
| *02/11/2015* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**J Jorge deNeve**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam P KohSweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda Jane Smith**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

| **Jane Doe #3** | represented by | **Gabriel Markoff** |
| *TERMINATED:* | | (See above for address) |
| *02/11/2015* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**J Jorge deNeve**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam P KohSweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda Jane Smith**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Amicus**

| **American Center for Law & Justice** *Committee to Defend the Separation of Powers and Select Members of Congress* | represented by | **Jay Alan Sekulow** American Center for Law & Justice 201 Maryland Ave., NE Washington, DC 20002 202-546-8890 Email: sekulow@aclj.org *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
|---|---|---|

**Amicus**

| **Service Employees International Union** | represented by | **Jonathan D Weissglass** ALTSHULER BERZON LLP 177 Post Street Ste 300 San Francisco, CA 94108 415-421-7151 Fax: 415-362-8064 Email: jweissglass@altshulerberzon.com *LEAD ATTORNEY* *PRO HAC VICE* |
|---|---|---|

*ATTORNEY TO BE NOTICED*

**Amicus**

**Immigration Reform**       represented by   **Dale L. Wilcox**
**Law Institute**                             Immigration Reform Law Institute
                                              25 Massachusetts Ave. Ste. 335
                                              Washington, DC 20001
                                              202-232-5590
                                              Email: dwilcox@irli.org
                                              *LEAD ATTORNEY*
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

                                              **Michael M. Hethmon**
                                              Immigration Law Reform Institute
                                              25 Massachusetts Ave NW. Ste 335
                                              Washington, DC 20001
                                              202-232-5590
                                              Fax: 202-464-3590
                                              Email: mhethmon@irli.org
                                              *LEAD ATTORNEY*
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

**Amicus**

**Filemon Vela**             represented by   **Antonio Tony Martinez**
                                              Martinez Barrera & Martinez
                                              1201 East Van Buren Street
                                              Brownsville, TX 78520
                                              956-546-7159
                                              Email: tony@mbymlaw.com
                                              *ATTORNEY TO BE NOTICED*

**Amicus**

**Cato Institute**           represented by   **Ilya Shapiro**
                                              Cato Institute
                                              1000 Massachusetts Ave NW
                                              Washington, DC 20001
                                              202-842-0200
                                              Email: ishapiro@cato.org
                                              *LEAD ATTORNEY*
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

**Leif A. Olson**
The Olson Firm, PLLC
PMB 188
4830 Wilson Rd Ste 300
Humble, TX 77396
281-849-8382
Fax: 281-248-2190
Email: notices@olsonappeals.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Josh Blackman**         represented by **Leif A. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jeremy A. Rabkin**      represented by **Leif A. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Major Cities Chiefs**   represented by **Chirag G. Badlani**
**Police Association, et** Hughes Socol Piers Resnick & Dym, Ltd.
**al.**                   70 W. Madison St. Ste. 4000
Chicago, IL 60602
312-604-2776
Email: cbadlani@hsplegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**State of Washington**   represented by **Anne E Egeler**
Washington Office of Attorney General
1125 Washington Street SE
Olympia, WA 98504-0100
360-753-7085
Email: anneE1@atg.wa.gov
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Joe Arpaio**<br>*Sheriff* | represented by | **Jonathon Alden Moseley**<br>Freedom Watch Inc.<br>2020 Pennsylvania Avenue NW<br>Ste 345<br>Washington, DC 20006<br>703-656-1230<br>Email: Contact@JonMoseley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Bill de Blasio**<br>*Mayor, City of New York* | represented by | **Richard Dearing**<br>New York Law Department<br>100 Church St<br>New York, NY 10007<br>212-356-2500<br>Fax: 212-356-2509<br>Email: rdearing@law.nyc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Harold William Van Allen** | represented by | **Harold William Van Allen**<br>351 North Road<br>Hurley, NY 12443<br>(845)3894366<br>Email: hvanallen@hvc.rr.com<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2014 | 1 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 0541-14130337) filed by South Dakota, Louisiana, C.L. "Butch" Otter, Alabama, Texas, West Virginia, Patrick L. McCrory, Kansas, Georgia, Nebraska, Utah, Wisconsin, Paul R. LePage, Montana, Idaho, Phil Bryant, South Carolina, Indiana. (Attachments: # 1 Civil Cover Sheet)(Oldham, Andrew) (Entered: 12/03/2014) |
| 12/03/2014 | 2 | NOTICE of Appearance by Arthur C. D'Andrea on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. |

| | | |
|---|---|---|
| | | "Butch" Otter, State of Louisiana, State of Alabama, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (D'Andrea, Arthur) (Entered: 12/03/2014) |
| 12/03/2014 | 3 | NOTICE of Appearance by Jonathan F. Mitchell on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, State of Louisiana, State of Alabama, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Mitchell, Jonathan) (Entered: 12/03/2014) |
| 12/04/2014 | 4 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 3/31/2015 at 01:30 PM in Courtroom 6 before Judge Andrew S. Hanen(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 12/04/2014) |
| 12/04/2014 | 5 | Opposed MOTION for Preliminary Injunction by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, State of Louisiana, State of Alabama, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. Motion Docket Date 12/26/2014. (Attachments: # 1 Proposed Order)(Oldham, Andrew) (Entered: 12/04/2014) |
| 12/04/2014 | 6 | Unopposed MOTION for Leave to File Excess Pages by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, State of Louisiana, State of Alabama, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. Motion Docket Date 12/26/2014. (Attachments: # 1 Proposed Order)(Oldham, Andrew) (Entered: 12/04/2014) |
| 12/04/2014 | 7 | Request for Issuance of Summons as to All Defendants, filed. (Attachments: # 1 USA, # 2 President, # 3 Johnson, # 4 Rodriguez, # 5 Kerlikowske, # 6 Vitiello, # 7 Winkowski) |

| | | |
|---|---|---|
| | | (Oldham, Andrew) (Entered: 12/04/2014) |
| 12/05/2014 | 8 | MOTION for Daniel P Lennington to Appear Pro Hac Vice by State of Wisconsin, filed. Motion Docket Date 12/26/2014. (bcampos, 1) (Entered: 12/05/2014) |
| 12/05/2014 | 9 | NOTICE *Amended Notice of Appearance for Jonathan F. Mitchell* re: 3 Notice of Appearance, by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, State of Louisiana, State of Alabama, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Mitchell, Jonathan) (Entered: 12/05/2014) |
| 12/05/2014 | | Summons Issued as to 1.) Jeh Johnson, 2.) R. Gil Kerlikowske, 3.) Leon Rodriguez, 4.) Ronald D. Vitiello, 5.) Thomas S. Winkowski, 6.) U.S. Attorney, 7.) U.S. Attorney General, and 8.) President of the United States. Issued summons returned to plaintiff by: First-class mail.(bcampos, 1) (Entered: 12/05/2014) |
| 12/05/2014 | 10 | ORDER granting 6 Motion to Exceed Page Limits. (Signed by Judge Andrew S. Hanen) Parties notified. (rnieto, 1) (Entered: 12/05/2014) |
| 12/05/2014 | 11 | ORDER granting 8 Motion to Appear Pro Hac Vice.(Signed by Judge Andrew S. Hanen) Parties notified.(sbejarano, 1) (Entered: 12/09/2014) |
| 12/09/2014 | 12 | MOTION for Joseph C. Chapelle to Appear Pro Hac Vice by State of Indiana, filed. Motion Docket Date 12/30/2014. (D'Andrea, Arthur) (Additional attachment(s) added on 12/10/2014: # 1 Verified Status of Bar Membership for Motion Pro Hac Vice) (avleal, 1). (Entered: 12/09/2014) |
| 12/09/2014 | 13 | MOTION for Peter J. Rusthoven to Appear Pro Hac Vice by State of Indiana, filed. Motion Docket Date 12/30/2014. (D'Andrea, Arthur) (Additional attachment(s) added on 12/10/2014: # 1 Verified Status of Bar Membership for Motion Pro Hac Vice) (avleal, 1). (Attachment 1 replaced on 12/10/2014) (avleal, 1). (Entered: 12/09/2014) |
| 12/09/2014 | 14 | First AMENDED Complaint against All Defendants filed by State of South Dakota, State of Louisiana, State of Alabama, |

| | | |
|---|---|---|
| | | C.L. "Butch" Otter, State of Texas, State of West Virginia, Patrick L. McCrory, State of Kansas, State of Georgia, State of Nebraska, State of Utah, State of Wisconsin, Paul R. LePage, State of Montana, State of Idaho, Phil Bryant, State of South Carolina, State of Indiana, State of North Dakota, State of Ohio, State of Oklahoma, State of Florida, State of Arizona, State of Arkansas, Bill Schuette.(D'Andrea, Arthur) (Entered: 12/09/2014) |
| 12/10/2014 | 15 | NOTICE of Appearance by Daniel P. Lennington on behalf of State of Wisconsin, filed. (Lennington, Daniel) (Entered: 12/10/2014) |
| 12/10/2014 | 16 | ORDER granting 12 Motion to Appear Pro Hac Vice as to Joseph C. Chapelle.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 12/10/2014) |
| 12/11/2014 | 17 | ORDER granting 13 Motion to Appear Pro Hac Vice as to Peter J. Rusthoven.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 12/11/2014) |
| 12/11/2014 | 18 | MOTION for Eric Murphy to Appear Pro Hac Vice by State of Ohio, filed. Motion Docket Date 1/2/2015. (sbejarano, 1) (Entered: 12/11/2014) |
| 12/12/2014 | 19 | ORDER granting 18 Motion to Appear Pro Hac Vice as to Eric E. Murphy. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 12/12/2014) |
| 12/12/2014 | 20 | Motion and Order for Admission Pro Hac Vice as to Jay Alan Sekulow. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 12/12/2014) |
| 12/15/2014 | 21 | MOTION for Patrick R. Wyrick to Appear Pro Hac Vice by State of Oklahoma, filed. Motion Docket Date 1/5/2015. (dahumada, 1) (Entered: 12/16/2014) |
| 12/16/2014 | 22 | Unopposed MOTION Motion for Leave to Participate as Amici by American Center for Law & Justice, filed. Motion Docket Date 1/6/2015. (Attachments: # 1 Proposed Amici Brief)(Sekulow, Jay) (Entered: 12/16/2014) |
| 12/16/2014 | 23 | ADVISORY by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of |

| | | |
|---|---|---|
| | | Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Attachments: # 1 Exhibit Juarez-Escobar Opinion)(Oldham, Andrew) (Entered: 12/16/2014) |
| 12/17/2014 | 24 | ORDER granting 21 Motion to Appear Pro Hac Vice. (Signed by Judge Andrew S. Hanen) Parties notified. (sbejarano, 1) (Entered: 12/17/2014) |
| 12/18/2014 | 25 | NOTICE of Appearance by Adam N. Bitter on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Bitter, Adam) (Entered: 12/18/2014) |
| 12/18/2014 | 26 | NOTICE of Appearance by Angela V. Colmenero on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Bitter, Adam) (Entered: 12/18/2014) |
| 12/19/2014 | 27 | NOTICE of Appearance by Kyle R. Freeny on behalf of Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. (Freeny, Kyle) (Entered: 12/19/2014) |
| 12/19/2014 | | Minute Entry for proceedings held before Judge Andrew S. Hanen. TELEPHONE CONFERENCE held on 12/19/2014. Appearances: Plaintiff Attorneys: A. Oldham; A. D'Andrea; Defendants Attorneys: K.Freeny; D.Hu;(ERO:R.Nieto) (10:06-10:22) Discussion held. Defendants response due 12/24/14. Plaintiffs reply due 01/02/15. Defendants have one week to 10 days to file reply to Plaintiffs reply if needed. Preliminary Injunction Hearing set for 01/09/15 at 10:00 am |

| | | |
|---|---|---|
| | | in Brownsville, Texas., filed.(csustaeta, 1) (Entered: 12/19/2014) |
| 12/19/2014 | 28 | NOTICE of Setting. Parties notified. Injunction Hearing set for 1/9/2015 at 10:00 AM in Courtroom 6 before Judge Andrew S. Hanen, filed. (csustaeta, 1) (Entered: 12/19/2014) |
| 12/19/2014 | 29 | ORDER granting 22 Motion for Leave to Participate as Amici Curiae in Support of Plaintiffs by Members of Congress, the American Center for Law & Justice, and the Committee to Defend the Separation of Powers.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 12/19/2014) |
| 12/19/2014 | 30 | NOTICE of Appearance by Daniel David Hu on behalf of United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. (Hu, Daniel) (Entered: 12/19/2014) |
| 12/19/2014 | 31 | Amici Curiae BRIEF in Support of re: 5 Opposed MOTION for Preliminary Injunction by American Center for Law & Justice, filed.(melopez, 1) (Entered: 12/22/2014) |
| 12/22/2014 | 34 | MOTION for Ryan S. Post to Appear Pro Hac Vice by State of Nebraska, filed. Motion Docket Date 1/12/2015. (jtabares, 1) (Main Document 34 replaced on 1/6/2015) (rnieto, 1). (Entered: 12/23/2014) |
| 12/22/2014 | 35 | MOTION for David A. Lopez to Appear Pro Hac Vice by State of Nebraska, filed. Motion Docket Date 1/12/2015. (jtabares, 1) (Main Document 35 replaced on 1/6/2015) (rnieto, 1). (Entered: 12/23/2014) |
| 12/23/2014 | 32 | Unopposed MOTION for Extension of Time Reply Brief by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. Motion Docket Date 1/13/2015. (Attachments: # 1 Proposed Order)(Oldham, Andrew) (Entered: 12/23/2014) |
| 12/23/2014 | 33 | MOTION for Jonathan Weissglass to Appear Pro Hac Vice by Service Employees International Union, filed. Motion |

| | | |
|---|---|---|
| | | Docket Date 1/13/2015. (Weissglass, Jonathan) (Additional attachment(s) added on 12/24/2014: # 1 Continuation) (dahumada, 1). (Entered: 12/23/2014) |
| 12/24/2014 | 36 | NOTICE *of additional Members of Congress as amici* by American Center for Law & Justice, filed. (Sekulow, Jay) (Entered: 12/24/2014) |
| 12/24/2014 | 37 | Unopposed MOTION for Leave to File Excess Pages by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 1/14/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 12/24/2014) |
| 12/24/2014 | 38 | RESPONSE in Opposition to 5 Opposed MOTION for Preliminary Injunction, filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Errata 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Proposed Order)(Freeny, Kyle) (Entered: 12/24/2014) |
| 12/29/2014 | 39 | MOTION for Leave to File PARTICIPATE AS AMICI CURIAE IN SUPPORT OF DEFENDANTS BY AMERICAN IMMIGRATION COUNCIL, AMERICAN IMMIGRATION LAWYERS ASSOCIATION, DEFINE AMERICAN, NATIONAL IMMIGRANT JUSTICE CENTER, NATIONAL IMMIGRATION LAW CENTER, NEW ORLEANS WORKERS CENTER FOR RACIAL JUSTICE, SERVICE EMPLOYEES INTERNATIONAL UNION, SOUTHERN POVERTY LAW CENTER, AND UNITED WE DREAM by Service Employees International Union, filed. Motion Docket Date 1/20/2015. (Attachments: # 1 AMICI CURIAE BRIEF, # 2 [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS AMICI CURIAE)(Weissglass, Jonathan) (Entered: 12/29/2014) |
| | | |

| | | |
|---|---|---|
| 12/29/2014 | 40 | MOTION to Intervene by Mitchell Williams, filed. Motion Docket Date 1/20/2015. (avleal, 1) (Entered: 12/30/2014) |
| 12/30/2014 | 43 | MOTION for Michael M. Hathmon to Appear Pro Hac Vice, filed. Motion Docket Date 1/20/2015. (jguajardo, 1) (Entered: 01/06/2015) |
| 01/05/2015 | 41 | ORDER granting 32 Unopposed Motion to Extend Time. Brief due by 1/7/2015 Injunction Hearing set for 1/15/2015 at 10:00 AM in Courtroom 6 before Judge Andrew S. Hanen.(Signed by Judge Andrew S. Hanen) Parties notified. (mperez, 1) (Entered: 01/05/2015) |
| 01/06/2015 | 44 | NOTICE of Appearance by Daniel P. Lennington on behalf of State of Wisconsin, filed. (Lennington, Daniel) (Entered: 01/06/2015) |
| 01/06/2015 | 45 | NOTICE of Appearance by Daniel P. Lennington on behalf of State of Wisconsin, filed. (Lennington, Daniel) (Entered: 01/06/2015) |
| 01/06/2015 | 46 | MOTION to Consolidate B14CV254 and B14CV119 by Orly Taitz, filed. Motion Docket Date 1/27/2015. (Attachments: # 1 Exhibit 1-2)(bcampos, 1) (Entered: 01/06/2015) |
| 01/06/2015 | 47 | ORDER granting 43 Motion to Appear Pro Hac Vice as to Michael M. Hethmon.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/06/2015) |
| 01/06/2015 | 48 | ORDER granting 33 Motion to Appear Pro Hac Vice as to Jonathan Weissglass.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/06/2015) |
| 01/06/2015 | 49 | Unopposed MOTION for Leave to File Amicus Curiae Brief by Filemon Vela, filed. Motion Docket Date 1/27/2015. (Attachments: # 1 Proposed Order Proposed Order, # 2 Proposed Brief)(Martinez, Antonio) (Entered: 01/06/2015) |
| 01/06/2015 | 50 | NOTICE of Appearance by John Campbell Barker on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State |

| | | |
|---|---|---|
| | | of Utah, State of West Virginia, State of Wisconsin, filed. (Barker, John) (Entered: 01/06/2015) |
| 01/07/2015 | 51 | ORDER granting 37 Defendant's Unopposed Motion for Leave to File Excess Pages.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 52 | MOTION for Leave to File Over-Length Amicus Curiae Brief by Proposed Amicus Curiae Immigration Reform Law Institute, filed. Motion Docket Date 1/28/2015. (Attachments: # 1 Exhibit Amicus Curiae Brief)(Hethmon, Michael) (Entered: 01/07/2015) |
| 01/07/2015 | 53 | ORDER granting 34 Motion to Appear Pro Hac Vice as to Ryan S. Post.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 54 | ORDER granting 35 Motion to Appear Pro Hac Vice as to David A. Lopez.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 55 | MOTION for Dale L. Wilcox to Appear Pro Hac Vice, filed. Motion Docket Date 1/28/2015. (jguajardo, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 56 | ORDER granting 49 Motion for Leave to Participate as Amicus Curiae and file a brief in Opposition to Plaintiffs' Motion for Preliminary Injunction by Congressman Filemon Vela in his official capacity. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 57 | ORDER granting 52 Motion for Leave to File an Overlength Amicus Curiae Brief in Support of Plaintiffs Motion for Preliminary Injunction. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 58 | MOTION for Attorney Anne E. Egeler to Appear Pro Hac Vice for the State of Washington, filed. Motion Docket Date 1/28/2015. (rnieto, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 59 | ORDER denying 46 Motion to Consolidate 14-CV-254 and 14-CV-119. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 60 | ORDER re: 58 MOTION for Attorney Anne E. Egeler to Appear Pro Hac Vice for the State of Washington.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) |

| | | |
|---|---|---|
| | | (Entered: 01/07/2015) |
| 01/07/2015 | 61 | Unopposed MOTION for Leave to File Brief as Friends of the Court Supporting Plaintiffs by Cato Institute, Josh Blackman, Jeremy A. Rabkin, filed. Motion Docket Date 1/28/2015. (Attachments: # 1 Proposed Order, # 2 Proposed brief)(Olson, Leif) (Entered: 01/07/2015) |
| 01/07/2015 | 62 | MOTION for Peter Margulies to Appear Pro Hac Vice by Josh Blackman, Cato Institute, Jeremy A. Rabkin, filed. Motion Docket Date 1/28/2015. (Olson, Leif) (Entered: 01/07/2015) |
| 01/07/2015 | 63 | MOTION for Ilya Shapiro to Appear Pro Hac Vice by Josh Blackman, Cato Institute, Jeremy A. Rabkin, filed. Motion Docket Date 1/28/2015. (Olson, Leif) (Entered: 01/07/2015) |
| 01/07/2015 | 64 | REPLY in Support of 5 Opposed MOTION for Preliminary Injunction, filed by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin. (Attachments: # 1 Exhibit Ex 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3, # 4 Exhibit Ex. 4, # 5 Exhibit Ex. 5, # 6 Exhibit Ex. 6, # 7 Exhibit Ex. 7, # 8 Exhibit Ex. 8, # 9 Exhibit Ex. 9.a, # 10 Exhibit Ex. 9.b, # 11 Exhibit Ex. 10.a, # 12 Exhibit Ex. 10.b, # 13 Exhibit Ex. 10.c, # 14 Exhibit Ex. 10.d, # 15 Exhibit Ex. 10.e, # 16 Exhibit Ex. 10.f, # 17 Exhibit Ex. 10.g, # 18 Exhibit Ex. 10.h, # 19 Exhibit Ex. 10.i, # 20 Exhibit Ex. 10.j, # 21 Exhibit Ex. 10.k, # 22 Exhibit Ex. 10.l, # 23 Exhibit Ex. 10.m, # 24 Exhibit Ex. 10.n, # 25 Exhibit Ex. 10.0, # 26 Exhibit Ex. 10.p, # 27 Exhibit Ex. 10.q, # 28 Exhibit Ex. 10.r, # 29 Exhibit Ex. 10.s, # 30 Exhibit Ex. 11, # 31 Exhibit Ex. 12, # 32 Exhibit Ex. 13, # 33 Exhibit Ex. 14, # 34 Exhibit Ex. 15, # 35 Exhibit Ex. 16, # 36 Exhibit Ex. 17, # 37 Exhibit Ex. 18, # 38 Exhibit Ex. 19, # 39 Exhibit Ex. 20, # 40 Exhibit Ex. 21, # 41 Exhibit Ex. 22, # 42 Exhibit Ex. 23, # 43 Exhibit Ex. 24, # 44 Exhibit Ex. 25, # 45 Exhibit Ex. 26, # 46 Exhibit Ex. 27, # 47 Exhibit Ex. 28, # 48 Exhibit Ex. 29, # 49 Exhibit Ex. 30, # 50 Exhibit Ex. 31, # 51 Exhibit Ex. 32, # |

| | | |
|---|---|---|
| | | 52 Exhibit Ex. 33, # 53 Exhibit Ex. 34, # 54 Exhibit Ex. 35) (Oldham, Andrew) (Entered: 01/07/2015) |
| 01/07/2015 | 65 | Unopposed MOTION for Leave to File Excess Pages by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. Motion Docket Date 1/28/2015. (Attachments: # 1 Proposed Order)(Oldham, Andrew) (Entered: 01/07/2015) |
| 01/08/2015 | 66 | MOTION for Chirag G. Badlani to Appear Pro Hac Vice for Proposed Amici Major Cities Chiefs Police Association, et al, filed. Motion Docket Date 1/29/2015. (jtabares, 1) (Entered: 01/08/2015) |
| 01/08/2015 | 67 | ORDER granting 63 Motion to Appear Pro Hac Vice as to Ilya Shapiro.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Main Document 67 replaced on 1/8/2015) (mperez, 1). (Entered: 01/08/2015) |
| 01/08/2015 | 68 | ORDER granting 61 Motion for Leave to File Brief as Friends of the Court Supporting Plaintiffs Request for a Preliminary Injunction.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/08/2015) |
| 01/08/2015 | 69 | ORDER granting 65 Motion to Exceed Page Limits.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/08/2015) |
| 01/08/2015 | 70 | ORDER granting 55 Motion to Appear Pro Hac Vice as to Dale L. Wilcox.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/08/2015) |
| 01/08/2015 | 71 | ORDER granting 62 Motion to Appear Pro Hac Vice as to Prof. Peter Margulies.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/08/2015) |
| 01/08/2015 | 72 | ORDER granting 66 Motion to Appear Pro Hac Vice as to Chirag G. Badlani.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/08/2015) |
| 01/09/2015 | 73 | ORDER granting 39 Motion for Leave to File. The Court |

|  |  | hereby grants leave for the aforementioned movants to participate as *amici curiae* and file a brief in opposition to Plaintiffs' motion for a preliminary injunction. (Signed by Judge Andrew S. Hanen) Parties notified.(avleal, 1) (Entered: 01/09/2015) |
|---|---|---|
| 01/09/2015 | 75 | ORDER denying 40 Motion to Intervene.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/09/2015) |
| 01/09/2015 | 77 | MOTION for Kyle R. Freeny to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 1/30/2015. (Freeny, Kyle) (Entered: 01/09/2015) |
| 01/09/2015 | 78 | ORDER granting 77 Motion to Appear Pro Hac Vice as to Kyle R. Freeny.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/09/2015) |
| 01/12/2015 | 79 | MOTION for Kathleen R. Hartnett to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 2/2/2015. (Freeny, Kyle) (Additional attachment(s) added on 1/14/2015: # 1 Verified Status of Bar Membership for Motion Pro Hac Vice) (avleal, 1). (Entered: 01/12/2015) |
| 01/12/2015 | 80 | NOTICE of attorney substitution by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin. Attorney Scott A. Keller added. Attorney Jonathan F. Mitchell terminated, filed. (Keller, Scott) (Entered: 01/12/2015) |
| 01/12/2015 | 81 | Unopposed MOTION Filing of Amicus Brief of Washington and States by State of Washington, filed. Motion Docket Date 2/2/2015. (Attachments: # 1 Appendix Part 1, # 2 Appendix Part 2)(Egeler, Anne) (Entered: 01/12/2015) |
| 01/12/2015 | 82 | ORDER re: 79 MOTION for Kathleen R. Hartnett to Appear |

| | | |
|---|---|---|
| | | Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 01/12/2015) |
| 01/12/2015 | 83 | MOTION for Leave to File Leave to File Amici Curiae Brief of Major Cities Chiefs Association et al. by Proposed Amici Major Cities Chiefs Police Association, et al., filed. Motion Docket Date 2/2/2015. (Attachments: # 1 Exhibit 1- Proposed Amici Curiae Brief, # 2 Exhibit 2-Proposed Order) (Badlani, Chirag) (Entered: 01/12/2015) |
| 01/12/2015 | 84 | NOTICE of Appearance by Kathleen R. Hartnett on behalf of Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. (Freeny, Kyle) (Entered: 01/12/2015) |
| 01/13/2015 | 85 | MOTION for Cally Younger to Appear Pro Hac Vice by C.L. "Butch" Otter, filed. Motion Docket Date 2/3/2015. (lcayce, 2) (Entered: 01/13/2015) |
| 01/13/2015 | 86 | ORDER re: 85 MOTION for Cally Younger to Appear Pro Hac Vice by C.L. "Butch" Otter,.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 01/13/2015) |
| 01/13/2015 | 87 | ORDER granting 81 Unopposed MOTION Filing of Amicus Brief of Washington and States by State of Washington. The Court hereby grants leave for the aforementioned movants to participate as amici curiae and file a brief in opposition to Plaintiffs' Motion for Preliminary Injunction(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 01/13/2015) |
| 01/13/2015 | 88 | ORDER granting 83 Motion for Leave to File. The Court hereby grants leave for the aforementioned movants to participate as *amici curiae* and file a brief in opposition to Plaintiffs' motion for a preliminary injuction. (Signed by Judge Andrew S. Hanen) Parties notified.(avleal, 1) (Entered: 01/13/2015) |
| 01/14/2015 | 89 | NOTICE of Appearance by Jonathan F. Mitchell on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State |

| | | |
|---|---|---|
| | | of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Mitchell, Jonathan) (Entered: 01/14/2015) |
| 01/14/2015 | 90 | MOTION for Extension of Time to Respond to Plaintiffs' Reply by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 2/4/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 01/14/2015) |
| 01/14/2015 | 91 | MOTION to Intervene by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 2/4/2015. (Attachments: # 1 Exhibit 1 - [Proposed] Defendant-Intervenors' Joinder in Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Preliminary Injunction and Supplemental Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction, # 2 Exhibit 2 - [Proposed] Answer to Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief, # 3 Appendix of Authorities, # 4 Appendix of Declarations, # 5 Proposed Order)(Perales, Nina) (Entered: 01/14/2015) |
| 01/14/2015 | 92 | MOTION to Proceed under Pseudonyms and Memorandum in Support Thereof by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 2/4/2015. (Attachments: # 1 Appendix of Declarations and Exhibits, # 2 Proposed Order) (Perales, Nina) (Entered: 01/14/2015) |
| 01/15/2015 | 🔒 93 | MOTION for Jonathan Alden Moseley to Appear Pro Hac Vice for Amicus, Sheriff Joe Arpaio, filed. Motion Docket Date 2/5/2015. (bcampos, 1) (Additional attachment(s) added on 1/15/2015: # 1 Statement) (bcampos, 1). (Entered: 01/15/2015) |
| 01/15/2015 | 94 | MOTION for Linda J. Smith to Appear Pro Hac Vice for Defendant-Intervenors, Jane Doe 1, Jane Doe 2, and Jane Doe 3, filed. Motion Docket Date 2/5/2015. (bcampos, 1) (Entered: 01/15/2015) |
| 01/15/2015 | | Minute Entry for proceedings held before Judge Andrew S. Hanen. Preliminary INJUNCTION HEARING held on 1/15/2015. Appearances: Attorneys for Plaintiffs: A. Oldham; A. Bitter; A. Colmenero; A. D'Andrea; J. Mitchell; |

| | | |
|---|---|---|
| | | Attorneys for Defendants: K. Hartnett; K. Freeny; D. Hu; (Court Reporter: B.Barnard)(10:05-11:35 / 11:49-01:13). Court addressed the Parties. Oral argument heard. Court Break. Court Resumes. Oral argument heard. The state of Tennesse would like to be part of this case. Supplemental complaint joining Tennesse by 01/23/15 with reply by 01/30/15. 90 MOTION for Extension of Time to Respond to Plaintiffs' Reply by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, -Discussed and due 1/30/15. Court will rule expeditiously has it can. Court adjourned., filed. (csustaeta, 1) (Entered: 01/15/2015) |
| 01/15/2015 | 95 | ORDER granting 94 Motion to Appear Pro Hac Vice for attorney Linda Jane Smith. (Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 01/15/2015) |
| 01/15/2015 | 96 | ORDER entered. The Court hereby imposes the following deadlines: 1) Plaintiffs shall file any supplemental pleading adding the State of Tennessee as a party-plaintiff by January 23, 2015; 2) Any responsive pleading by Defendants to Plaintiffs' above-referenced supplemental pleading shall be filed on or before January 30, 2015; and 3) Defendants shall file any responses to Plaintiffs' Reply in Support of their Motion for Preliminary Injunction on or before January 30, 2015. (Signed by Judge Andrew S. Hanen) Parties notified. (jtabares, 1) (Entered: 01/15/2015) |
| 01/16/2015 | 97 | MOTION for Gabriel Markoff to Appear Pro Hac Vice by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 2/6/2015. (avleal, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 98 | MOTION for J. Jorge deNeve to Appear Pro Hac Vice by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 2/6/2015. (avleal, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 99 | ORDER entered. The Court hereby cancels the initial pretrial conference scheduled for March 31, 2015. (Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 100 | AO 435 TRANSCRIPT ORDER FORM by Kyle Freeny. This is to order a transcript of Motion Hearing held on 01/15/2015 before Judge Andrew S. Hanen (original). Court Reporter/Transcriber: Barbara Barnard, filed. (dahumada, 1) |

| | | |
|---|---|---|
| | | (Entered: 01/16/2015) |
| 01/16/2015 | 101 | AO 435 TRANSCRIPT ORDER FORM by Karen C. Tumblin. This is to order a transcript of Preliminary Injunction Hearing held on 1/15/15 before Judge Andrew S. Hanen (copy). Court Reporter: Barbara Barnard, filed. (jtabares, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 102 | ORDER granting 97 Motion to Appear Pro Hac Vice, for attorney Gabriel Markoff.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 103 | ORDER granting 93 Motion to Appear Pro Hac Vice, attorney Jonathon A Moseley.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 104 | ORDER granting 98 Motion to Appear Pro Hac Vice. (Signed by Judge Andrew S. Hanen) Parties notified.(avleal, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 105 | MOTION for Jonathan F. Mitchell to Withdraw as Attorney by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. Motion Docket Date 2/6/2015. (Attachments: # 1 Proposed Order Proposed Order)(Oldham, Andrew) (Entered: 01/16/2015) |
| 01/20/2015 | 🔒 106 | TRANSCRIPT re: Preliminary injunction hearing held on 1/15/15 before Judge Andrew S. Hanen. Court Reporter/Transcriber Barbara Barnard. Ordering Party Kyle Freeny Release of Transcript Restriction set for 4/20/2015., filed. (bbarnard, ) (Entered: 01/20/2015) |
| 01/20/2015 | 107 | Unopposed MOTION for Leave to File Friend of the Court Brief by Joe Arpaio, filed. Motion Docket Date 2/10/2015. (Attachments: # 1 Supplement Proposed Amicus Curiae Brief by Sheriff Joe Arpaio, # 2 Affidavit Stating Data published by Defendants re: Funding Requests for Enforcement of Immigration Laws, attested to by Jonathon Moseley in Arpaio v. Obama case, # 3 Proposed Order) |

| | | |
|---|---|---|
| | | (Moseley, Jonathon) (Entered: 01/20/2015) |
| 01/20/2015 | 108 | MOTION for Leave to File Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County by Joe Arpaio, filed. Motion Docket Date 2/10/2015. (Attachments: # 1 Proposed Order, # 2 Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County)(jtabares, 1) (Entered: 01/20/2015) |
| 01/20/2015 | 109 | ORDER granting 105 Motion to Withdraw as Attorney. Attorney Jonathan F. Mitchell terminated.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 01/20/2015) |
| 01/20/2015 | 110 | AO 435 TRANSCRIPT ORDER FORM by Ilya Shapiro. This is to order a transcript of Hearing held on 1/15/2015 before Judge Andrew S. Hanen (Copy Order). Court Reporter: B. Barnard, filed. (pcrawford, 4) (Entered: 01/21/2015) |
| 01/21/2015 | 111 | MOTION for Adam P KohSweeney to Appear Pro Hac Vice by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. (Bar Membership verified) Motion Docket Date 2/11/2015. (bcampos, 1) (Entered: 01/21/2015) |
| 01/21/2015 | 112 | ORDER granting 108 Motion for Leave to File to Participate as Amici Curiae in Support of Plaintiffs by Sheriff Joe Arpaio.(Signed by Judge Andrew S. Hanen) Parties notified. (bcampos, 1) (Entered: 01/21/2015) |
| 01/21/2015 | 113 | Amicus BRIEF in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County, filed.(bcampos, 1) (Entered: 01/21/2015) |
| 01/21/2015 | 114 | ORDER granting 111 Motion to Appear Pro Hac Vice as to attorney, Adam P. KohSweeney.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 01/21/2015) |
| 01/23/2015 | 115 | SUPPLEMENT to 14 Amended Complaint/Counterclaim/Crossclaim etc.,, by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, |

| | | | |
|---|---|---|---|
| | | | State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed.(Oldham, Andrew) (Entered: 01/23/2015) |
| 01/27/2015 | 🔒 | 116 | Certified Mail Receipt Returned, executed on 1/20/15 re: 76 Document(s) Sent - receipt attached, access restricted to court users for privacy reasons -, filed. (mperez, 1) (Entered: 01/27/2015) |
| 01/27/2015 | | 117 | NOTICE of Fraud/ Misrepresentation Committed by Orly Taitz, filed. (Attachments: # 1 attachment)(sbejarano, 1) (Entered: 01/27/2015) |
| 01/27/2015 | | 118 | ORDER Striking Document re: 117 Notice of Fraud/ Misrepresentation(Signed by Judge Andrew S. Hanen) Parties notified.(sbejarano, 1) (Entered: 01/27/2015) |
| 01/27/2015 | | 119 | MOTION for Richard Dearing to Appear Pro Hac Vice by Bill de Blasio, filed. Motion Docket Date 2/17/2015. (mperez, 1) (Entered: 01/27/2015) |
| 01/27/2015 | | 120 | MOTION for Leave to File Brief Amici Curiae In Support of Defendants and Opposition to Plaintiff's Motion for Preliminary Injunction by Bill de Blasio, filed. Motion Docket Date 2/17/2015. (Attachments: # 1 Proposed Order) (mperez, 1) (Entered: 01/27/2015) |
| 01/27/2015 | | 121 | BRIEF for the Amici Curiae the Mayors of New York and Los Angeles, the Mayor of Thirty-One Additional Cities, the United States Conferences of Mayors, and the National League of Cities in Opposition to Plaintiffs' Motion for Preliminary Injunction by Bill de Blasio, filed.(mperez, 1) (Entered: 01/27/2015) |
| 01/28/2015 | | 122 | ORDER granting 120 Motion for Leave to File Brief Amici Curaie in Support of Defendants and in Opposition to Plaintiff's Motion for Preliminary Injunction.(Signed by Judge Andrew S. Hanen) Parties notified. (rnieto, 1) (Entered: 01/28/2015) |
| 01/28/2015 | | 123 | ORDER re: 119 MOTION for Richard Dearing to Appear Pro Hac Vice by Bill de Blasio.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 01/28/2015) |
| 01/28/2015 | | 124 | AO 435 TRANSCRIPT ORDER FORM by Kendra Morries. |

| | | | |
|---|---|---|---|
| | | | This is to order a transcript of Preliminary Injunction Hearing held on 1/15/15 before Judge Andrew S. Hanen (copy order). Court Reporter/Transcriber: Barbara Barnard, filed. (rnieto, 1) (Entered: 01/28/2015) |
| 01/29/2015 | 🔒 | 125 | Certified Mail Receipt Returned, executed on 1/20/15 re: 42 Document(s) Sent - receipt attached, access restricted to court users for privacy reasons -, filed. (mperez, 1) (Entered: 01/29/2015) |
| 01/30/2015 | | 126 | Unopposed MOTION for Extension of Time to Respond to Plaintiffs' Amended Complaint and Supplement to the Amended Complaint by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 2/20/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 01/30/2015) |
| 01/30/2015 | | 127 | APPENDIX re: 121 Brief, by Bill de Blasio, filed.(Dearing, Richard) (Entered: 01/30/2015) |
| 01/30/2015 | 🔒 | 128 | Certified Mail Receipt Returned as to Mitchell Williams re: 74 Document(s) Sent - receipt attached, access restricted to court users for privacy reasons -, filed. (bcampos, 1) (Entered: 01/30/2015) |
| 01/30/2015 | | 129 | Unopposed MOTION for Leave to File Excess Pages by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 2/20/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 01/30/2015) |
| 01/30/2015 | | 130 | SURREPLY to 5 Opposed MOTION for Preliminary Injunction, filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski. (Attachments: # 1 Exhibit 34, # 2 Exhibit 35, # 3 Exhibit 36, # 4 Exhibit 37, # 5 Exhibit 38, # 6 Exhibit 39, # 7 Exhibit 40, # 8 Exhibit 41, # 9 Exhibit 42, # 10 Exhibit 43, # 11 Exhibit 44, # 12 Exhibit 45, # 13 Exhibit 46)(Freeny, Kyle) (Entered: 01/30/2015) |
| 01/30/2015 | | 131 | RESPONSE to 91 MOTION to Intervene filed by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, |

| | | |
|---|---|---|
| | | State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin. (Attachments: # 1 Proposed Order Proposed Order)(Oldham, Andrew) (Entered: 01/30/2015) |
| 02/02/2015 | 132 | SUPPLEMENT to 5 Opposed MOTION for Preliminary Injunction by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Attachments: # 1 Exhibit Ex A, # 2 Exhibit Ex B, # 3 Exhibit Ex C, # 4 Exhibit Ex D, # 5 Exhibit Ex E, # 6 Exhibit Ex F)(Oldham, Andrew) (Entered: 02/02/2015) |
| 02/02/2015 | 133 | ORDER granting 129 Motion for Leave to File Excess Pages.(Signed by Judge Andrew S. Hanen) Parties notified. (jtabares, 1) (Entered: 02/02/2015) |
| 02/02/2015 | 134 | ORDER granting 126 Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint and Supplement to the Amended Complaint.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 02/02/2015) |
| 02/03/2015 | 135 | MOTION for Reconsideration or Motion in the Alternative by Intervenor Mitchell Williams, filed. Motion Docket Date 2/24/2015. (rnieto, 1) (Entered: 02/03/2015) |
| 02/03/2015 | 136 | RESPONSE in Opposition to 91 MOTION to Intervene, filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 02/03/2015) |
| 02/05/2015 | 137 | MOTION to Intervene as an Additional Plaintiff by Orly Taitz, filed. Motion Docket Date 2/26/2015. (rnieto, 1) (Entered: 02/05/2015) |
| 02/06/2015 | 138 | REPLY in Support of 91 MOTION to Intervene, filed by |

| | | |
|---|---|---|
| | | Jane Doe #1, Jane Doe #2, Jane Doe #3. (Perales, Nina) (Entered: 02/06/2015) |
| 02/11/2015 | 139 | MOTION for Leave to File Amicus by Harold William Van Allen, filed. Motion Docket Date 3/4/2015. (dnoriega, 1) (Entered: 02/11/2015) |
| 02/11/2015 | 140 | ORDER denying 137 Motion to Intervene filed by Dr. Orly Taitz.(Signed by Judge Andrew S. Hanen) Parties notified. (bcampos, 1) (Entered: 02/11/2015) |
| 02/11/2015 | 141 | ORDER denying 91 MOTION to Intervene by Jane Doe #1, Jane Doe #2, Jane Doe #3.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 02/11/2015) |
| 02/11/2015 | 142 | ORDER denying 135 Motion for Reconsideration.(Signed by Judge Andrew S. Hanen) Parties notified.(dnoriega, 1) (Entered: 02/11/2015) |
| 02/11/2015 | 143 | Supplemental EXHIBITS by Joe Arpaio, filed. (Attachments: # 1 Exhibit DHS Announcement accepting deferred action applications Feb 18, # 2 Exhibit DHS announcement immediate application of deferred action requirements)(Moseley, Jonathon) (Entered: 02/11/2015) |
| 02/16/2015 | 144 | ORDER granting 5 Motion for Preliminary Injunction. (Signed by Judge Andrew S. Hanen) Parties notified.(rdv, 1) (Entered: 02/16/2015) |
| 02/16/2015 | 145 | MEMORANDUM OPINION AND ORDER (Signed by Judge Andrew S. Hanen) Parties notified.(rdv, 1) (Main Document 145 replaced on 2/17/2015) (rdv, 1). Modified on 2/17/2015 (rdv, 1). (Entered: 02/16/2015) |
| 02/19/2015 | 146 | ORDER denying as moot 92 Motion for leave proceed under pseudonyms ; granting 107 Motion for Leave to File; granting 139 Motion for Leave to File Amicus.(Signed by Judge Andrew S. Hanen) Parties notified.(dahumada, 1) Modified on 2/20/2015 (dahumada, 1). (Entered: 02/20/2015) |
| 02/19/2015 | 147 | Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County, filed.(dahumada, 1) (Entered: 02/20/2015) |
| 02/20/2015 | 148 | Unopposed MOTION for Andrew S. Oldham to Withdraw as Attorney by State of Texas, filed. Motion Docket Date |

| | | |
|---|---|---|
| | | 3/13/2015. (Oldham, Andrew) (Entered: 02/20/2015) |
| 02/23/2015 | 149 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 145 Order, Memorandum and Opinion, 144 Order on Motion for Preliminary Injunction by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed.(Freeny, Kyle) (Entered: 02/23/2015) |
| 02/23/2015 | 150 | MOTION to Stay *the Court's February 16, 2015 Order Pending Appeal (Emergency/Expedited)* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 3/16/2015. (Attachments: # 1 Affidavit Declaration of Sarah R. Saldaa, Director of ICE, # 2 Affidavit Declaration of of R. Gil Kerlikowske, Commissioner of CBP, # 3 Proposed Order)(Freeny, Kyle) (Entered: 02/23/2015) |
| 02/23/2015 | 151 | ADVISORY by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed.(Colmenero, Angela) (Entered: 02/23/2015) |
| 02/23/2015 | 152 | MOTION for Leave to File Amicus Curiae Brief Opposing Stay by Joe Arpaio, filed. Motion Docket Date 3/16/2015. (Attachments: # 1 Supplement Proposed Amicus Curiae Brief by Sheriff Joe Arpaio, # 2 Exhibit Statement by USCIS Director on Intent, # 3 Exhibit Admission by IRS Commissiner of $24,000 Bounty to Amnesty Recipients) (Moseley, Jonathon) (Entered: 02/23/2015) |