# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
|     *Defendants*. | § | |
| _____ | § | |

## ORDER

Before this Court is Defendants' Emergency Expedited Motion to Stay the Court's February 16, 2015 Order Pending Appeal and Supporting Memorandum, [Doc. No. 150].  The Court orders that any response by Plaintiffs shall be filed by the close of business on Tuesday, March 2, 2015.

Signed this 24th day of February, 2015.

_____
Andrew S. Hanen
United States District Judge