IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al.,<br>*Plaintiffs*, | § § § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| UNITED STATES OF AMERICA, et al.,<br>*Defendants*. | § § § § | |

## AMENDED ORDER

Before this Court is Defendants' Emergency Expedited Motion to Stay the Court's February 16, 2015 Order Pending Appeal and Supporting Memorandum, [Doc. No. 150]. The Court orders that any response by Plaintiffs shall be filed by the close of business on Tuesday, March 3, 2015.

Signed this 24th day of February, 2015.

Andrew S. Hanen
United States District Judge