IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

| | |
|---|---|
| STATE OF TEXAS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al. <br><br> Defendants | Case No. 1:14-cv-254 |

**CERTIFICATE OF CONSULTATION
FOR SHERIFF JOE ARPAIO'S MOTION SEEKING LEAVE OF COURT TO FILE
BRIEF AND MEMORANDUM OF LAW IN OPPOSITION TO A STAY OF
PRELIMINARY INJUNCTION BY AMICUS CURIAE SHERIFF JOE ARPAIO**

*Amicus Curiae* Joe Arpaio, elected Sheriff of Maricopa County, Arizona, by counsel, inquired of the Plaintiffs and Defendants, by their counsel, if they consented or objected to the filing of the additional proposed Amicus Curiae Brief by Sheriff Joe Arpaio, addressing the question of the motion to stay the Court's temporary injunction. (See Dkt. # 152.)

Amicus Curiae's counsel received a reply by email from Angela Colmenero, Esq., of the Texas Attorney General's office informing counsel that "The Plaintiffs do not oppose your motion to file an amicus brief."

Counsel for Amicus Curaie has not received a response from the Defendants' counsel.

Dated: February 24, 2015

Respectfully submitted,

Larry Klayman, Esq.
Washington, D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com

        Of Counsel

        _____
        Jonathon Moseley, Esq.

        Virginia State Bar No. 41058
        Freedom Watch, Inc.
        2020 Pennsylvania Avenue N.W., Suite 345
        Washington, D.C. 20006
        (310) 595-0800
        leklayman@gmail.com
        Attorney for Plaintiff
        *Pro Hac Vice Approved*

## CERTIFICATE OF SERVICE

     I hereby certify that service of the foregoing motion will be delivered electronically on February 24, 2015, to counsel for Plaintiffs and Defendants through the District's Electronic Case Filing system.

_____
Jonathon Moseley, Esq.

2