HINKLE LAW FIRM LLC
8621 East 21st Street North, Suite 200
Wichita, Kansas  67206-2991
Telephone:	316-267-2000
Facsimile:	316-630-8375

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF TEXAS, *et al*,<br>    *Plaintiffs,*<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.,*<br>    *Defendants.* | C.A. NO. 1:14-cv-00254 |

**NOTICE OF APPEARANCE**

COMES NOW, Mitchell L. Herren of Hinkle Law Firm LLC, and hereby enters his appearance as attorney for Judicial Watch, Inc. in the above-captioned matter.

Respectfully Submitted,

By: /s/ Mitchell L. Herren
Mitchell L. Herren, Texas Bar No. 24052765
E-mail:	mherren@hinklaw.com
HINKLE LAW FIRM LLC
8621 East 21st Street North, Suite 200
Wichita, Kansas 67206-2991
Telephone:	316-267-2000
Facsimile:	316-630-8375
*Attorneys for Judicial Watch, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for Plaintiffs and Defendants through the Electronic Case Filing System.

/s/ Mitchell L. Herren