IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:14-CV-254 |
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Defendants, | § § § § | |

## JANE DOES' MOTION TO RECONSIDER OR AMEND ORDER DENYING AS MOOT MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS

Pursuant to Rule 60 of the Federal Rules of Civil Procedure, Jane Doe #1, Jane Doe #2, and Jane Doe #3 (together, the "Jane Does"), respectfully move that this Court reconsider or amend its February 20, 2015 Order denying as moot their unopposed motion for leave to proceed under pseudonyms. *See* Dkt. No. 146. On February 11, 2015, the Court ordered that the pleadings of the Jane Does would be reviewed as if they were *amicus curiae* filings. *See* Dkt. No. 141, Order Denying Intervention. The Jane Does request that they be allowed leave to proceed under pseudonyms in their past and future filings in this matter, but do not at this time request reconsideration of the Order denying intervention without prejudice. *See* Dkt. No. 141.

On January 14, 2015, the Jane Does, three undocumented immigrant mothers filing as Jane Doe #1, Jane Doe #2, and Jane Doe #3, moved this Court for leave to intervene as Defendant-Intervenors in this case, and concurrently filed a proposed opposition to Plaintiffs' preliminary injunction motion. *See* Dkt. No. 91; 91-1. Simultaneously, they filed an unopposed motion for leave to proceed under pseudonyms, in light of their reasonable fear of harassment

- 1 -

and deportation should their names be made public in their filings in this suit. *See* Dkt. No. 92. Although this Court denied the Jane Does' intervention motion, it nonetheless allowed them to proceed as *amici* in this matter and reviewed their papers as *amicus* filings. *See* Dkt. No. 141, Order Denying Intervention ("Nevertheless, the pleadings filed by putative intervenors, Jane Doe(s) #1, #2, and #3, will be reviewed as if they were amicus curiae."). However, this Court then denied as moot the motion for leave to proceed under pseudonyms. Dkt. No. 146.

Although the Jane Does did not expressly request leave to participate as *amicus curiae* under pseudonyms, they did request that they be allowed to proceed under pseudonyms to file their supplemental brief in opposition to the preliminary injunction motion—the same substantive pleading that this Court accepted as an *amicus curiae* filing on its own initiative. *See* Dkt. No. 92 at 1. As *amici*, the Jane Does would suffer much the same harm from being named publicly as they would had this Court granted the intervention motion. Moreover, as a result, the issue of whether they should be allowed to proceed under pseudonyms is not moot. The Jane Does respectfully request that this Court reconsider or amend its earlier Order to make clear that the Jane Does may proceed under pseudonyms in their past filings and in all other filings they may make in the future in this matter.

## CONCLUSION

Movants respectfully request that their Motion To Reconsider or Amend be granted, and that they be allowed to proceed under pseudonyms as Jane Does.

Dated:  February 27, 2015

LAW OFFICE OF FRANK COSTILLA, L.P.
Frank Costilla (Tex. Bar. No. 04856500)
5 E. Elizabeth Street
Brownsville, Texas 78520
Phone:  956-541-4982
Facsimile:  956-544-3152

Respectfully submitted,

MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
By  /s/ *Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
Southern District of Tex. Bar No. 21127
Attorney-in-Charge)
David Hinojosa (Tex. Bar No. 24010689)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476
Facsimile:  (210) 224-5382


O'MELVENY & MYERS LLP
Linda Smith (Cal. Bar No. 78238)
Adam P. KohSweeney (Cal. Bar No. 229983)
J. Jorge deNeve (Cal. Bar No. 198855)
Gabriel Markoff (Cal. Bar No. 291656)
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Phone: 310-246-6801
Facsimile: 310-246-6779

(Requests for *pro hac vice* admission to be filed)

Attorneys for Movants **JANE DOE #1**, **JANE DOE #2,** and
**JANE DOE #3**

-4-

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Plaintiffs and Defendants. Plaintiffs have advised that they are unopposed to this motion. Defendants have advised that they take no position on this motion.

/s/ *Nina Perales*
Nina Perales (Texas Bar No. 24005046)
***Attorney for Movants***

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 27th day of February 2015, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Nina Perales*
Nina Perales (Texas Bar No. 24005046)
***Attorney for Movants***