**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:14-cv-254 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| | § | |
| | § | |

## [PROPOSED] ORDER

The Motion To Reconsider Or Amend Order Denying As Moot Motion For Leave To Proceed Under Pseudonyms of Jane Doe #1, Jane Doe #2, and Jane Doe #3 (Docket Entry No. __) having come before this Court, and the Court having considered the submitted papers and such other relevant information and evidence as was presented to this Court, and good cause appearing, IT IS HEREBY ORDERED that:

(1)  The Motion To Reconsider Or Amend Order Denying As Moot Motion For Leave To Proceed Under Pseudonyms (Docket Entry No. __) is GRANTED.  Movants shall be allowed to proceed under "Jane Doe" pseudonyms in their past and future filings in this matter.

IT IS SO ORDERED on this _____ day of _____, 2015.

_____
Hon. Andrew S. Hanen
United States District Court Judge