**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*          ) | |
|          ) | |
|          Plaintiffs,          ) | No. 1:14-cv-254 |
|          ) | |
|          v.          ) | |
|          ) | |
| UNITED STATES OF AMERICA, *et al.*          ) | |
|          ) | |
|          Defendants.          ) | |

**JOINT MOTION TO EXTEND DEADLINE TO PROPOSE SCHEDULE FOR**
**RESOLUTION OF THE MERITS**

The parties jointly move to extend the deadline to file a proposed schedule for the resolution of the merits of this action until 14 days after Defendants' motion to stay the preliminary injunction pending appeal [ECF No. 150] has been finally resolved, including through any appellate channels in which relief may be sought.  The basis for this motion is as follows:

1.      In this action, Plaintiffs challenge a November 20, 2014 memorandum issued by the Secretary of Homeland Security ("Secretary") concerning Deferred Action for Parents of Americans and Lawful Permanent Residents ("DAPA") and modifications to Deferred Action for Childhood Arrivals ("modified DACA").  On February 16, 2015, the Court issued an order granting Plaintiffs' Motion for Preliminary Injunction and preliminarily enjoining Defendants from "implementing any and all aspects or phases" of DAPA and modified DACA, as set forth in the challenged November 20, 2014 memorandum.  Order of Temporary Inj. ("Order") at 1-2 [ECF No. 144].

2.      In that same Order, the Court directed the parties to "meet and confer and formulate and file with the Court by February 27, 2015 an agreed upon (to the extent possible) schedule for the resolution of the merits" of the case.  The Court also advised that it would "hold a conference call among counsel after it reviews this submission."

3.      On February 23, 2015, Defendants appealed the Court's Order and Opinion to the Fifth Circuit.  [ECF No. 149].  Defendants also simultaneously moved to stay the preliminary injunction pending resolution of that appeal.  [ECF No. 150].  On February 24, 2015, the Court directed Plaintiffs to file a response to that motion by Tuesday, March 3, 2015.  [ECF No. 156].

4.      The parties respectfully submit that their deadline to file a proposed schedule for further proceedings on the merits of this case should be deferred.  Deferral of that deadline until 14 days after Defendants' stay request has been finally resolved, including through any appellate channels in which relief may be sought will allow the parties' discussion and presentation to the Court concerning further proceedings on the merits of Plaintiffs' claims to be informed by the resolution of the stay proceedings.

Dated: February 27, 2015

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

JOYCE R. BRANDA
Acting Assistant Attorney General

DANIEL DAVID HU
Assistant United States Attorney
Deputy Chief, Civil Division

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director,
Federal Programs Branch

 /s/ Kyle R. Freeny
KYLE R. FREENY (Cal. Bar No. 247857)
Attorney-in-Charge
Civil Division, Federal Programs Branch

U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Tel.: (202) 514-5108
Fax: (202) 616-8470
Kyle.Freeny@usdoj.gov

*Attorneys for Defendants*

***

LUTHER STRANGE
*Attorney General of Alabama*

MARK BRNOVICH
*Attorney General of Arizona*

DUSTIN MCDANIEL
*Attorney General of Arkansas*

PAMELA JO BONDI
*Attorney General of Florida*

SAMUEL S. OLENS
*Attorney General of Georgia*

LAWRENCE G. WASDEN
*Attorney General of Idaho*

JOSEPH C. CHAPELLE
PETER J. RUSTHOVEN
*Counsel for the State of Indiana*

DEREK SCHMIDT
*Attorney General of Kansas*

JAMES D. "BUDDY" CALDWELL
*Attorney General of Louisiana*

TIMOTHY C. FOX
*Attorney General of Montana*

JON C. BRUNING
*Attorney General of Nebraska*

KEN PAXTON
*Attorney General of Texas*

CHARLES E. ROY
*First Assistant Attorney General*

SCOTT A. KELLER
*Solicitor General*

/s/ Angela V. Colmenero
ANGELA V. COLMENERO
*Assistant Attorney General*
   Attorney-in-Charge
   State Bar No. 24048399

J. CAMPBELL BARKER
*Deputy Solicitor General*

ADAM N. BITTER
*Assistant Attorney General*

Office of the Attorney General of Texas
P.O. Box 78711
Austin, Texas 78711-2548
512-936-1700

ADAM PAUL LAXALT
*Attorney General of Nevada*

WAYNE STENEHJEM
*Attorney General of North Dakota*


*Michael DeWine*
*Attorney General of Ohio*
*Eric E. Murphy*
*Co-counsel for the State of Ohio*

*E. Scott Pruitt*
*Attorney General of Oklahoma*

*Alan Wilson*
*Attorney General of South Carolina*

*Marty J. Jackley*
*Attorney General of South Dakota*

*Herbert Slatery III*
*Attorney    General    and    Reporter    of*
*Tennessee*

*Sean D. Reyes*
*Attorney General of Utah*

*Patrick Morrisey*
*Attorney General of West Virginia*

*Brad D. Schimel*
*Attorney General of Wisconsin*

*Bill Schuette*
*Attorney   General   for   the   People   of*
*Michigan*

*Drew Snyder*
*Counsel for the Governor of Mississippi*

*Paul R. LePage*
*Governor of Maine*

*Robert C. Stephens*
*Counsel for the Governor of North*
*Carolina*

*Tom C. Perry*
*Cally Younger*
*Counsel for the Governor of Idaho*

## CERTIFICATE OF CONFERRAL

Undersigned counsel hereby certifies that counsel for Plaintiffs, Angela Colmenero, concurred in the filing of this Joint Motion to Extend Deadline to Propose Schedule for Resolution of the Merits.

*/s/ Kyle R. Freeny*
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion to Extend Deadline to Propose Schedule for Resolution of the Merits has been delivered electronically on February 27, 2015, to counsel of record via the District's ECF system.

*/s/ Kyle R. Freeny*
Counsel for Defendants