

United States District Court
Southern District of Texas
FILED

FEB 2 7 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al ] | |
| ] | CASE NO. 1:14-cv-00254-ASH |
| PLAINTIFFS ] | |
| ] | |
| v. ] | |
| ] | |
| UNITED STATES OF AMERICA, et al ] | |
| ] | |
| DEFENDANTS ] | |

### AMICUS BRIEF OF RIGHT/NECESSITY TO PROTECT THE OFFICE OF THE PRESIDENT OF THE UNITED STATES OF AMERICA, BY THE SAID UNITED STATES

The country of the said United States, ex rel, Michael Joseph Kearns, a man created by Nature and the laws of Natures God, and NOT a "person", politically as one of the "people of the United States" and NOT one of the "inhabitants of the United States" as those terms are used in the Definitive Treaty of Peace, 1783, currently living on the land of the United States, more specifically, Texas, and NOT in the District of Columbia, enters this Amicus Brief to protect the Office of the President of the United States of America by the said United States, and would show the Court, the Plaintiffs lack standing to state a claim upon which relief can be granted.

The State(s) of _____, lack standing to sue the United States of America, for the very simple reason, everyone of them was granted authority and power to form the said State of _____ by the passing of an Enabling Act by the Congress of the United States of America, making the State(s) of _____ in reality administrative subdivisions of the United

States of America. For the created entity to sue the creator of that entity is an absurdity.

And the persons appearing for the State(s) of _____ are in no better position as the State(s) of _____, because they are all presumptively, "inhabitants of the United States" and in reality, subjects of the Crown of Great Britain, by the authority of the Definitive Treaty of Peace, 1783, signed by the Crown of Great Britain and the said United States, with the adoption of the said Treaty by the United States of America when the said Treaty was passed by the Congress of the United States of America as a Statute at Large at 8 stat 80.

The United States District Court shall take Judicial Notice of the public documents and Cases cited herein, specifically under Rule 201(d), with the public documents easily obtainable by the Court personnel.

## **BACKGROUND**

With all due respect, most people fail to start at the most important documents in our history, the Declaration of Independence and the definitive Paris Treaty of Peace, 1783. The United States of America Supreme Court in *Chisholm v. Georgia*, 2 U.S. 419 (1793) very clearly stated where the root of the sovereignty in the United States lies, in the "people of the United States."

It is clear history shows us, the early colonists were divided into two groups, one group wanted to be "free, sovereign and independent" while the other group wanted to remain loyal to the Crown of Great Britain.

The group who wanted to be "free, sovereign and independent" are mentioned as the "people of the United States" while the loyalists are mentioned as "inhabitants of the United States" and both are mentioned in the definitive Paris Treaty of Peace, 1783, specifically Article III therein, and

later in that same Article collectively as "American fishermen," confirming that two different groups were to be mentioned for specific purposes.

The "people of the United States" then went on to write the Constitution of the United States for the United States of America, with its Preamble, minus its Amendments.  The "inhabitants of the United States" had no participation in the Constitution, because they wanted to remain loyal to the Crown.

The supreme sovereigns of the United States, i.e. the "people of the United States" who are "free, sovereign and independent" wrote their offer in 1787 to the United States of America, in its agency capacity for both the Crown of Great Britain and the subjects thereof, known as, "inhabitants of the United States" to provide "essential governmental duties" to the "people of the United States" and gave the United States of America authority to administratively control the said "inhabitants of the United States," and that offer was accepted in 1789.

The two signatories to the said Definitive Treaty of Peace, 1783, were, the Crown of Great Britain, and the said United States, which acknowledged the states to be "free, sovereign and independent" states, that he treats with them as such, and for himself, his heirs, and successors, relinquishes all claims to the government, propriety, and territorial rights of the same and "every part thereof."  The United States of America adopted the said Treaty by the action of the Congress in passing the same as a Statute at Large, 8 stat 80.

The definitive Paris Treaty of Peace, 1783, was in reality a commercial exchange, the Crown of Great Britain surrendered dominion over land and people the Crown of Great Britain could not economically, legally or militarily maintain control over, in exchange for trade and taxing power over the "inhabitants of the United States," through its Agent, the United States of America.

It is absolutely necessary to fully understand the difference between the "United States" and the "United States of America." The United States is the country, while the United States of America is the nation. The United States of America does not make laws for the United States, it only makes law for the persons who are presumptively "inhabitants of the United States" and presumptively having a permanent residence/domicile in the District of Columbia.

When you read Article 1 of the said definitive Paris Treaty of Peace, 1783, you will note the Crown of Great Britain retained two positions for itself, the Arch Treasurer and the Prince Elector of the United States of America. The Crown retained control of the "public rights" of "inhabitants of the United States" in The United States of America, while it released the "private rights", when it declared the states, "free, sovereign and independent." With the United States Supreme Court in a Case titled, *Karnuth v. United States of America*, 279 U.S. 231 (1929) stated the Paris Treaty of Peace, 1783, was as operative today as it was when it was first adopted in 1783.

In reality what happened in the definitive Paris Treaty of Peace, 1783, is, the United States of America became an agent of the Crown of Great Britain for two reasons, to provide "essential governmental duties" to the "free, sovereign and independent" "people of the United States" and to provide administrative democratic control (mob rule) over the "inhabitants of the United States" for the purpose of taking the census and collecting taxes and forwarding the same to the Crown of Great Britain.

*Texas v. White*, 74 U.S. 700 (1868) states what a "state" consists of, "people, land, and the law/government." You don't have to be a rocket scientist to figure out which of the three cares about being "free, sovereign and independent."

TODAY IN AMERICA, the United States of America, presumes everyone is an "inhabitant of the United States" until such time as an individual makes his own Declaration of Political Character and Status made as part of a claim for the said United States and made to the United States of America.  The problem is, the average "person" has no idea about what I just explained to you.

Slaves/Subjects of the Crown of Great Britain have no standing to interfere with a Treaty of the United States, that is still effective today according the United States of America Supreme Court in, *KARNUTH v. UNITED STATES OF AMERICA*, 49 S.Ct 274 (1929).

RESPECTFULLY COMMANDED FROM ONE OF THE SUPREME SOVEREIGNS, ONE OF THE "PEOPLE OF THE UNITED STATES," TO THE TEMPORAL SOVEREIGNS, "INHABITANTS OF THE UNITED STATES," ACTING FOR THE TEMPORAL SOVEREIGN, THE UNITED STATES OF AMERICA AS AGENT FOR THE CROWN OF GREAT BRITAIN, this Court has not alternative but to dismiss this Case as to all plaintiff parties for "failure to state a claim upon which relief can be granted."

> Respectfully, the said United States, submitted by one of the Supreme Sovereigns of the United States
>
> *[signature]*
> By, Michael Joseph Kearns, one of the "free sovereign and independent" "people of the United States"
> c/o 9739 Hidden Falls
> San Antonio   78250
> Texas   United States
> 210-523-7154

## CERTIFICATE OF SERVICE

I, Michael Joseph Kearns, hereby certify I placed a copy of this AMICUS BRIEF OF RIGHT/NECESSITY TO PROTECT THE OFFICE OF THE PRESIDENT OF THE UNITED STATES OF AMERICA, BY THE SAID UNITED STATES in the U.S. Mail, handdelivered, emailed or sent by facsimile, on the ____25th____ day of February, 2015, addressed:

hvanallen@hvc.rr.com,
chris@strunk.ws,
leklayman@gmail.com,
leklayman@yahoo.com,
craig.lawrence@usdoj.gov
andy.oldham@texasattorneygeneral.gov,
pmargulies@rwu.edu,
adam.bitter@texasattorneygeneral.gov,
angela.colmenero@texasattorneygeneral.gov,
Arthur.dadrea@texasattorneygeneral.gov,
cam.barker@texasattorneygeneral.gov,
scott.keller@texasattorneygeneral.gov,
joe.chapelle@btlaw.com,
peter.rusthoven@btlaw.com,
dave.lopez@nebraska.gov,
ryan.post@nebraska.gov,
lenningtondp@doj.state.wi.us,
cally.younger@gov.idaho.gov,
eric.murphy@ohioattorneygeneral.gov,
Patrick.wyrick@oag.ok.gov,
kyle.freeny@usdoj.gov,
Daniel.hu@usdoj.gov,
orly.taitz@hushmail.com,
gmarkoff@omm.com,
ideneve@omm.com,
nperales@maldef.org,
akohsweeney@omm.com,
lsmith@omm.com,
sekulaw@aclj.org,
jweissglass@altshulerberzon.com,
dwilcox@irli.org,
mhethmon@irli.org,
tony@mbymlaw.com,
ishapiro@cato.org,
notices@olsonappeals.com,
cbadlani@hsplegal.com,
anneE1@atg.wa.gov,
contact@jonmoseley.com,
rdearing@law.nyc.gov,
scott.mcintosh@usdoj.gov,
Jeffrey.clair@usdoj.gov,
William.e.havemann@usdoj.gov

_Michael Joseph Kearns_
Michael Joseph Kearns



Clerk of Court
United States Courthouse
600 E. Harrison St., #101
Brownsville, Texas 78520

FEB 27 2015

Michael Joseph Kearns
c/o 9739 Hidden Falls
San Antonio 78250
Texas United States