UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 0 2 2015
David J. Bradley, Clerk of Court

STATE OF TEXAS, *et al.*     )
                             )
            Plaintiffs,      )
                             )   No. 1:14-cv-254
    v.                       )
                             )
UNITED STATES OF AMERICA, *et al.*  )
                             )
            Defendants.      )

## ORDER

Upon consideration of the parties' Joint Motion to Extend Deadline to Propose Schedule for Resolution on the Merits, and for good cause shown, it is hereby:

ORDERED that the parties' Joint Motion to Extend Deadline to Propose Schedule for Resolution on the Merits is GRANTED; and it is

FURTHER ORDERED that the parties' deadline to "meet and confer and formulate and file with the Court by February 27, 2015 an agreed upon (to the extent possible) schedule for the resolution of the merits" of the case, as set forth in this Court's February 16, 2015 Order [ECF No. 144], is extended until 14 days after Defendants' request to stay the preliminary injunction pending appeal has been finally resolved, including through any appellate channels in which relief may be sought.

Signed on March 2, 2015.

The Honorable Andrew S. Hanen
United States District Judge