# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
| *Defendants*. | § | |
| _____ | § | |

## ORDER

Before the Court is a Motion for Leave to File an Amicus Curiae Brief in Opposition to Defendants' Emergency Expedited Motion by Judicial Watch, Inc. [Doc. No. 159]. The Court hereby grants the Motion.

Signed this 2nd day of March, 2015.

_____
Andrew S. Hanen
United States District Judge