IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
|    *Defendants*. | § | |
| | § | |

**ORDER**

Before the Court is a Motion Seeking Leave of Court to File a Brief and Memorandum of Law in Opposition to a Stay of Preliminary Injunction by Amicus Curiae Sheriff Joe Arpaio. [Doc. No. 152]. The Court hereby grants the Motion.

Signed this 2nd day of March, 2015.

_____
Andrew S. Hanen
United States District Judge