**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
| *Defendants*. | § | |
| _____ | § | |

**ORDER**

Before the Court is Jane Does' Motion to Reconsider or Amend Order Denying as Moot Motion for Leave to Proceed under Pseudonyms.  [Doc. No. 161].  On February 11, 2015, this Court denied Jane Does' Motion to Intervene, [Doc. No. 91], and, instead, reviewed the Motion as if it was an *amicus curiae* brief.  [Doc. No. 141].  The Court subsequently denied as moot in its February 19, 2015 Order, [Doc. No. 146], Jane Does' Motion for Leave to Proceed Under Pseudonyms *to file their Motion for Intervention*, [Doc. No. 92 ("In order for the Doe Intervenors *to be able to safely make the Motion for Intervention* and to file the Supplemental Brief, the Doe Intervenors request leave to proceed under pseudonyms for their protection.")].

In the Motion presently before the Court, Jane Does request that they be granted leave to proceed under pseudonyms in past and future *amici* filings in this matter.  The Court hereby grants leave for Jane Does to participate as *amici curiae* under pseudonyms in their past filings and in any future filings they may make in this matter.

Signed this 2nd day of March, 2015.

_____
Andrew S. Hanen
United States District Judge