IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
|    *Defendants*. | § | |
| | § | |

# ORDER

Before the Court is Sheriff Joe Arpaio's Motion Seeking Further Leave of Court to File Notice, Suggestion, and Recommendation for Issuance of Order to Show Cause Concerning Enforcement of Court's Order by Amicus Curiae Sheriff Joe Arpaio. [Doc. No. 160]. The Court hereby denies the aforementioned Motion.

Signed this 2nd day of March, 2015.

 

_____
Andrew S. Hanen
United States District Judge