IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al.,<br>    *Plaintiffs*, | § § § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| UNITED STATES OF AMERICA, et al.,<br>    *Defendants*. | § § § § | |

## ORDER

Before the Court is the State of Texas' Unopposed Motion to Withdraw Andrew S. Oldham as Attorney-in-Charge. [Doc. No. 148]. The Court hereby grants the Motion. Angela V. Colmenero shall be the attorney-in-charge for any future proceedings in this Court.

Signed this 2nd day of March, 2015.

 

_____
Andrew S. Hanen
United States District Judge