IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE OF TEXAS, ET AL,
    Plaintiffs,

V.

CIVIL NO. B-14-254

UNITED STATES OF AMERICA, ET AL.,
    Defendents,
_____/

NOTICE OF APPEAL

The Intervenor Mitchell Williams hereby gives notice of his Appeal of the ORDER entered in this proceeding on February 11, 2015. Appeal is taken to the 5th Circuit Court of Appeals in New Orleans.

*Mitchell Williams*

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of this NOTICE to responding parties by U.S. Mail prepaid and addressed to; Office of the Clerk, U.S. Courthouse, 600 E. Harrison Street #101, Brownsville, Texas 78520-7114, Attorney General's Office of Texas 209 W. 14th Street, Austin, Tx 78701, Attorney General of the United States Erich Holder, Washingto, DC 20500 FEB. 26, 2015

*Mitchell Williams*
Mitchell Williams
POB 33
Palatka, Fl 32178
386 329-8603

| U.S. CIRCUIT COURT OF APPEALS FOR THE 5th CIR. | For Official Use |
|---|---|
| Appellant or Petitioner:     Please print or type.<br>Mitchell Williams<br>———————————————————————<br>-vs-<br>Respondent:<br>STATE OF TEXAS, ET AL, UNITED STATES<br>                                   Case No. _____ | **Petition for Waiver<br>of Fees/Costs -<br>Affidavit of Indigency** |

Under oath I state that because of poverty, I am unable to pay the costs of this action, proceeding, or appeal, or to give security for those costs, and request waiver of those costs. I am attaching and incorporating into this affidavit a brief statement of the nature of the appeal or petition and the relief requested.

**Complete Section 1 or 2, as appropriate.**

**Section 1.**

☑ I currently receive:
    ☑ Supplemental security income      ☐ Relief funded under Wis. Stats. §59.53(21)      ☑ Medical assistance
    ☐ Food stamps      ☐ Relief funded under public assistance
    ☐ Benefits for veterans under §45.351(1) or 38 USC 501-562
    ☐ Legal representation from a civil legal services program, a public defender program, or a volunteer attorney program based on indigency. Name of program: _____
    ☐ Other means-tested public assistance: _____
My financial situation    ☐ has    ☑ has not    changed since I became eligible for this program.

*If you checked the "has" box, and such changes would make you ineligible for the program(s) if you applied today, you must complete Section 2 below.*

**Section 2.**
*Complete this section only if you do not qualify under Section 1 above, or if the instructions for that section require you to complete it.*

1. I   ☐ am   ☐ am not   married.

2. I   ☐ am   ☐ am not   employed. Name of employer: _____

3. I earn $ _____ gross   ☐ weekly.   ☐ every 2 weeks.   ☐ twice monthly.   ☐ monthly.
   My take-home pay is $ _____ per payperiod.

4. I receive monthly income totaling the amount of $ _____ from:
       ☐ Pension    ☐ Social security    ☐ Unemployment compensation
       ☐ Disability    ☐ Student loans/grants    ☐ Other: _____

5. I have the following cash assets:
       ☐ Savings accounts:    $ _____    ☐ Cash:    $ _____
       ☐ Checking accounts:    $ _____    ☐ Money owed me:    $ _____

6. I have the following other assets:
       ☐ Vehicle-Yr./Make: _____ $ _____    ☐ Household furnishings: $ _____
       ☐ Vehicle-Yr./Make: _____ $ _____    ☐ Equity in real estate: $ _____
       ☐ Other individual assets valued over $200 each: _____ $ _____

Continued on Page 2

**File original with the Clerk of the Supreme Court – Court of Appeals.**

Petition for Waiver of Fees/Costs- Affidavit of Indigency　　　　　　　Page 2 of 2　　Case No. __

## Section 2 Continued:

7. My household consists of myself and _____ others:

| | | |
|---|---|---|
| Full name: _____ | Relationship to me: _____ | Under age 18 ☐ Yes ☐ No |
| Full name: _____ | Relationship to me: _____ | Under age 18 ☐ Yes ☐ No |
| Full name: _____ | Relationship to me: _____ | Under age 18 ☐ Yes ☐ No |
| Full name: _____ | Relationship to me: _____ | Under age 18 ☐ Yes ☐ No |
| Full name: _____ | Relationship to me: _____ | Under age 18 ☐ Yes ☐ No |

8. The other members of my household have monthly income totaling the amount of $ _____ from:
   - ☐ Wages
   - ☐ Social security
   - ☐ Relief funded under public assistance
   - ☐ Food stamps
   - ☐ Pension
   - ☐ Student loans/grants
   - ☐ Unemployment compensation
   - ☐ Supplemental security income
   - ☐ Disability
   - ☐ Relief funded under §59.53(21), Wisconsin Statutes
   - ☐ Support/maintenance
   - ☐ Other: _____

9. I do not receive income from any source because: _____

10. I have the following unusual debts or expenses, other than ordinary living expenses:
    *This can include attorneys fees or cash bail, if applicable.*

    | Type: | Amount: |
    |---|---|
    | _____ | $ _____ |
    | _____ | $ _____ |
    | _____ | $ _____ |
    | _____ | $ _____ |
    | _____ | $ _____ |

11. Anticipated transcript costs for this appeal (as represented to me by the court reporter): $ _____

**Note:**
- You may attach a brief explanation of circumstances you feel the court should be made aware of in determining indigency.

- If you are a prisoner who is requesting permission to file an appeal or other proceeding in the supreme court or court of appeals without having to pay fees or costs, you are considered to have consented to the court ordering the prison to deduct the unpaid fees and costs from the prisoner's account if you lose the appeal or other proceeding. Wis. Stats. §814.29(3).

Subscribed and sworn to before me
on  2-26-15 _____

_[signature]_
Notary Public/State of ~~Wisconsin~~ FLORIDA
My commission expires: 12-21-2018

[Notary seal:]
CATHERINE M SHERIDAN
Notary Public - State of Florida
My Comm Expires Dec 21 2018
Commission # FF 168384

I understand that if my financial situation changes, I must notify the court immediately.

_[signature]_  2/26/15
Affiant　　　　　　Date

Petition for Waiver of Fees/Costs- Affidavit of Indigency
This form may be supplemented with additional material.

Wis. Stats. §814.29

Page 2 of 2

Michael Williams
POB 33
Palatka, FL 32178

MAR - 2 2015

Office of Clerk
U.S. Courthouse
600 E. Harrison st. #101
Brownsville, TX 78520-7114

7852072732G

ORLANDO FL 328
26 FEB 2015 PM 3 L