IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) ) ) |
| *Plaintiffs,* | ) ) |
| vs. | ) Case No. 1:14-cv-254 ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
| *Defendants.* | ) ) |

**ORDER DENYING DEFENDANTS'
MOTION TO STAY PENDING APPEAL
THE COURT'S FEBRUARY 16, 2015 ORDER
OF PRELIMINARY INJUNCTION**

The Court, having carefully reviewed Defendants' Motion to Stay Pending Appeal of the Court's February 16, 2015 Order of Preliminary Injunction, and the response by Plaintiffs, is of the opinion that Defendants' motion lacks merit and should be DENIED.

IT IS THEREFORE ORDERED that Defendants' Motion to Stay Pending Appeal of the Court's February 16, 2015 Order of Preliminary Injunction is hereby DENIED.

SIGNED THIS_____ day of _____, 2015.

_____
ANDREW S. HANEN
United States District Judge