IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
| Defendants. | § | |
| | § | |
| | § | |

**ORDER**

Before the Court is a Motion for Leave to Participate as *Amici Curiae* in Opposition to

Defendants' Emergency Expedited Motion to Stay the Preliminary Injunction by the American

Center for Law & Justice and the Committee to Defend the Separation of Powers.  [Doc. No.

174].  The Court hereby grants the Motion.

Signed this 4th day of March, 2015.

_____
Andrew S. Hanen
United States District Judge