

March 4, 2015

*Via CM/ECF*

The Honorable Andrew S. Hanen
600 East Harrison Street, #101
Brownsville, Texas 78520

    Re:  No. 1:14-cv-00254, *State of Texas et al. v. United States of America et al.*

Dear Judge Hanen:

    Please let this letter serve as an advisory suggesting two revisions to the official docket, for housekeeping purposes.  First, attorney Peter Marguiles is erroneously listed on the docket sheet as counsel for the State of Texas.  Mr. Marguiles did so note on his *pro hac vice* application, Dkt. No. 62, but he is in fact co-counsel with Mr. Olson for *amici curiae* the Cato Institute and Law Professors Blackman and Rabkin, Dkt. No. 61-2.  Relatedly, attorneys Arthur D'Andrea and Andrew S. Oldham have left the Texas Attorney General's Office and should be terminated on the docket as counsel for plaintiffs in this matter, to the extent that is not already reflected.

    Second, as the public officer who has now replaced defendant Thomas S. Winkowski, Sarah R. Saldaña has been "automatically substituted" as a defendant in this matter.  Fed. R. Civ. P. 25(d); *see* Dkt. No. 172 (Defendants' Notice of Appeal so reflecting).  The Court may wish to update its official caption to list Ms. Saldaña, with her title also modified to reflect that she is "Director" and not "Acting Director."  *See* ICE Leadership, http://www.ice.gov/leadership.

    If you have any questions, please contact me at (512) 936-1700.  I certify that this letter has been served on all counsel.

                            Sincerely,

                            /s/ Angela V. Colmenero
                            Angela V. Colmenero
                            *Attorney-in-Charge for Plaintiffs*

cc: All counsel of record