# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) <br> ) <br> ) |
| *Plaintiffs*, | ) <br> ) |
| vs. | ) Case No. 1:14-cv-254 <br> ) |
| UNITED STATES OF AMERICA, *et al.*, | ) <br> ) <br> ) |
| *Defendants*. | ) <br> ) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR EARLY DISCOVERY

The Court, having carefully reviewed Plaintiffs' Motion for Early Discovery, and any response thereto, is of the opinion that Plaintiffs' motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs are entitled to seek early discovery from the Defendants related to the implementation of Expanded DACA.

SIGNED THIS_____ day of _____, 2015.

_____
ANDREW S. HANEN
United States District Judge