UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|
| | State of Texas, et al. | | United States District Court<br>Southern District of Texas<br>FILED |
| | *versus* | | MAR 0 6 2015 |
| | United States of America | | David J. Bradley, Clerk of Court |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Dwight Carswell<br>Kansas Attorney General's Office<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612<br>(785) 368-8410; dwight.carswell@ag.ks.gov<br>Kansas, #25111<br>10th Circuit, no number |
|---|---|

| Name of party applicant seeks to appear for: | State of Kansas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/2/15    Signed: *Dwight Carswell*

The state bar reports that the applicant's status is: *active*

Dated: 3/6/15    Clerk's signature: *Q Tabares*

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                     United States District Judge