UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America

*FILED MAR 0 6 2015  David J. Bradley, Clerk of Court*

| | |
|---|---|
| Lawyer's Name | Dwight Carswell |
| Firm | Kansas Attorney General's Office |
| Street | 120 SW 10th Ave., 2nd Floor |
| City & Zip Code | Topeka, KS 66612 |
| Telephone & Email | (785) 368-8410; dwight.carswell@ag.ks.gov |
| Licensed: State & Number | Kansas, #25111 |
| Federal Bar & Number | 10th Circuit, no number |

| Name of party applicant seeks to appear for: | State of Kansas |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/2/15 | Signed: Dwight Carswell |
|---|---|

| The state bar reports that the applicant's status is: active | |
|---|---|
| Dated: 3/6/15 | Clerk's signature: G. Tabares |

**Order**

Dated: 3/6/15

This lawyer is admitted *pro hac vice*.

_____
United States District Judge