IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| vs. | ) Case No. 1:14-cv-254 ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
| *Defendants*. | ) ) |

**SUPPLEMENT TO PLAINTIFFS'
OPPOSED MOTION FOR EARLY DISCOVERY**

On March 5, Plaintiffs filed an Opposed Motion for Early Discovery (ECF No. 183) after Defendants reported to the Court that the U.S. Citizenship and Immigration Services (USCIS) granted Expanded DACA benefits to approximately 100,000 unauthorized aliens between late November 2014 and the Court's mid-February preliminary injunction order. As Plaintiffs explained in their motion, Defendants' conduct is difficult to square with their prior representations to the Court.

As a supplement to the motion filed yesterday, Defendants attach a transcript of a December 19, 2014 telephone conference with the Court. During this conference, Plaintiffs' counsel raised concerns over Defendants' ongoing activities regarding the implementation of Expanded DACA and DAPA, which resulted in the following exchange:

> **MR. OLDHAM:** Your Honor, the only – the only one and it's the one I [al]luded to earlier is that, you know, we have been operating under the assumption that, you know, based on the speed with which we have filed

>this and the speed – and we're grateful for the speed in which the court can resolve the matter – that we ***absolutely protected our interests in this and that there won't be any curve balls or surprises about, you know, deferred action documents being issued***, you know, tomorrow or on the first of the year, but we have tried – we just wanted to make sure that the Court was aware of the things that we have filed in our pleadings and have pointed out, that, you know, the United States has hired a thousand employees in the initial large processing center and that there are, you know, ***there is a potential for I think for prejudice or at least changing the calculus on the preliminary injunction inquiry if the state of the playing field changes*** between now and the 9th of January.
>
>**THE COURT:** Okay. Ms. Freeny, do you anticipate that happening?
>
>**MS. FREENY:** No, I do not, your Honor. The agency was ***directed to begin accepting requests for deferred action*** I believe beginning sometime in – by mid-February but even after that ***we wouldn't anticipate any decisions on those for some time thereafter***. So there – I really would not expect anything between now and the date of the hearing.

*See* Hr'g Tr. at 11-12 (attached as Ex. A) (emphasis added).  Nowhere in this colloquy did Defendants inform the Court that they were planning to consider DACA requests under the new 2014 Expanded DACA "guidance."

Plaintiffs respectfully request that the Court grant their motion for early discovery.

Respectfully submitted.

2

| | |
|---|---|
| LUTHER STRANGE<br>*Attorney General of Alabama* | KEN PAXTON<br>*Attorney General of Texas* |
| MARK BRNOVICH<br>*Attorney General of Arizona* | CHARLES E. ROY<br>*First Assistant Attorney General* |
| DUSTIN MCDANIEL<br>*Attorney General of Arkansas* | SCOTT A. KELLER<br>*Solicitor General* |
| PAMELA JO BONDI<br>*Attorney General of Florida* | /s/ Angela V. Colmenero<br>ANGELA V. COLMENERO<br>*Assistant Attorney General*<br>   Attorney-in-Charge<br>   State Bar No. 24048399 |
| SAMUEL S. OLENS<br>*Attorney General of Georgia* | |
| LAWRENCE G. WASDEN<br>*Attorney General of Idaho* | J. CAMPBELL BARKER<br>*Deputy Solicitor General* |
| JOSEPH C. CHAPELLE<br>PETER J. RUSTHOVEN<br>*Counsel for the State of Indiana* | ADAM N. BITTER<br>*Assistant Attorney General*<br><br>Office of the Attorney General of Texas |
| DEREK SCHMIDT<br>*Attorney General of Kansas* | P.O. Box 78711<br>Austin, Texas 78711-2548<br>512-936-1700 |
| JAMES D. "BUDDY" CALDWELL<br>*Attorney General of Louisiana* | |
| TIMOTHY C. FOX<br>*Attorney General of Montana* | |
| JON C. BRUNING<br>*Attorney General of Nebraska* | |
| ADAM PAUL LAXALT<br>*Attorney General of Nevada* | |
| WAYNE STENEHJEM<br>*Attorney General of North Dakota* | |

MICHAEL DEWINE
*Attorney General of Ohio*
ERIC E. MURPHY
*Co-counsel for the State of Ohio*

E. SCOTT PRUITT
*Attorney General of Oklahoma*

ALAN WILSON
*Attorney General of South Carolina*

MARTY J. JACKLEY
*Attorney General of South Dakota*

HERBERT SLATERY III
*Attorney General and Reporter of
    Tennessee*

SEAN D. REYES
*Attorney General of Utah*

PATRICK MORRISEY
*Attorney General of West Virginia*

BRAD D. SCHIMEL
*Attorney General of Wisconsin*

BILL SCHUETTE
*Attorney General for the People of
    Michigan*

DREW SNYDER
*Counsel for the Governor of Mississippi*

PAUL R. LEPAGE
*Governor of Maine*

ROBERT C. STEPHENS
*Counsel for the Governor of North
    Carolina*

TOM C. PERRY
CALLY YOUNGER
*Counsel for the Governor of Idaho*

## CERTIFICATE OF SERVICE

I certify that I served a copy of this pleading on all counsel of record via this Court's CM/ECF system.

  /s/ Angela V. Colmenero
ANGELA V. COLMENERO