# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | ) | CASE NO: 1:14-CV-00254 |
| | ) | |
| Plaintiffs, | ) | CIVIL |
| | ) | |
| vs. | ) | Brownsville, Texas |
| | ) | |
| UNITED STATES OF AMERICA, ET AL., | ) | Friday, December 19, 2014 |
| | ) | (10:05 a.m. to 10:22 a.m.) |
| Defendants. | ) | |

TELEPHONIC CONFERENCE

BEFORE THE HONORABLE ANDREW S. HANEN,
UNITED STATES DISTRICT JUDGE

Appearances:            See Next Page

Court Clerk:            Cristina Sustaeta

Court Recorder:         Rita Nieto

Law Clerks:             Katie Gray; Eleanor Mason

Transcribed by:         Exceptional Reporting Services, Inc.
                        P.O. Box 18668
                        Corpus Christi, TX 78480-8668
                        361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

EXCEPTIONAL REPORTING SERVICES, INC

1  you're not going to agree on but as things work out obviously I
2  want you-all to have tried to work things out before you bring
3  an issue to me.
4        Any contact with the court is done through my case
5  manager not my law clerks or my secretary.  So go through
6  Cristi, she's the one to talk to and quite frankly she's
7  usually the most knowledgeable on anything you'll want to know
8  anyway so you're going straight to the source, and other than
9  that, you know, I see this as a fairly straight forward legal
10 argument.  If either side foresees something different you
11 could either call Cristi and arrange a phone call with me or,
12 you know, you can make a filing and give me a heads up that
13 way.  But other than that, counsel, I'll anticipate you seeing
14 -- we'll see you Friday morning the 9th at 10:00 o'clock.
15        **MR. OLDHAM:**  That's wonderful.
16        **THE COURT:**  Now before we -- before we hang up here
17 is there anything from the State of Texas that, you know, topic
18 you want to bring up while it's just us, the lawyers and the
19 judge on the phone?
20        **MR. OLDHAM:**  Your Honor, the only -- the only one and
21 it's the one I eluded to earlier is that, you know, we have
22 been operating under the assumption that, you know, based on
23 the speed with which we have filed this and the speed -- and
24 we're grateful for the speed in which the court can resolve the
25 matter -- that we absolutely protected our interests in this

1  and that there won't be any curve balls or surprises about, you
2  know, deferred action documents being issued, you know,
3  tomorrow or on the first of the year, but we have tried -- we
4  just wanted to make sure that the Court was aware of the things
5  that we have filed in our pleadings and have pointed out, that,
6  you know, the United States has hired a thousand employees in
7  the initial large processing center and that there are, you
8  know, there is a potential for I think for prejudice or at
9  least changing the calculus on the preliminary injunction
10 inquiry if the state of the playing field changes between now
11 and the 9th of January.
12         **THE COURT:**  Okay.  Ms. Freeny, do you anticipate that
13 happening?
14         **MS. FREENY:**  No, I do not, your Honor.  The agency
15 was directed to begin accepting requests for deferred action I
16 believe beginning sometime in -- by mid-February but even after
17 that we wouldn't anticipate any decisions on those for some
18 time thereafter.  So there -- I really would not expect
19 anything between now and the date of the hearing.
20         **THE COURT:**  Mr. Oldham, let me bring one thing that
21 -- mechanical that concerns me about the plaintiffs and that is
22 I don't -- I don't have an exact count but we have like 24
23 states.  I would like you-all to get together with your co-
24 plaintiffs and, you know, either, you know, appoint one or two
25 lawyers to represent all of you-all.  Now that doesn't mean

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____        March 6, 2015

TONI HUDSON, TRANSCRIBER