IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
| Defendants. | § | |

# ORDER

The Plaintiff States filed a Motion for Early Discovery on March 5, 2015, [Doc. No. 183]. Due to the seriousness of the matters discussed therein, the Court will not rule on any other pending motions until it is clear that these matters, if true, do not impact the pending matters or any rulings previously made by this Court.

A hearing on the States' Motion is set for **March 19, 2015** at **1:30 p.m.**

In addition to being prepared to respond to the States' Motion, the Defendants shall be prepared to fully explain to this Court all of the matters addressed in and circumstances surrounding the Defendants' Advisory filed on March 3, 2015, [Doc. No. 176].

Signed this 9th day of March, 2015.

Andrew S. Hanen
United States District Judge