IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) </br> ) </br> ) |
| *Plaintiffs*, | ) </br> ) |
| vs. | ) Case No. 1:14-cv-254 </br> ) |
| UNITED STATES OF AMERICA, *et al.*, | ) </br> ) </br> ) |
| *Defendants*. | ) </br> ) |

**PLAINTIFFS' NOTICE OF
APPEARANCE OF ERIC HUDSON**

TO THE HONORABLE ANDREW S. HANEN:

      Plaintiffs file this Notice of Appearance of Counsel and hereby notify the Court that Assistant Attorney General Eric A. Hudson will appear as co-counsel for Plaintiffs in the above case, along with Assistant Attorney General Angela V. Colmenero. Mr. Hudson is a member in good standing with the State Bar of Texas and is admitted to practice in the Southern District of Texas. Ms. Colmenero will remain as Attorney-in-Charge.

Respectfully submitted,

| | |
|---|---|
| LUTHER STRANGE<br>*Attorney General of Alabama* | KEN PAXTON<br>*Attorney General of Texas* |
| MARK BRNOVICH<br>*Attorney General of Arizona* | CHARLES E. ROY<br>*First Assistant Attorney General* |
| DUSTIN MCDANIEL<br>*Attorney General of Arkansas* | SCOTT A. KELLER<br>*Solicitor General* |
| PAMELA JO BONDI<br>*Attorney General of Florida* | /s/ *Eric A. Hudson*<br>ERIC A. HUDSON<br>*Assistant Attorney General* |
| SAMUEL S. OLENS<br>*Attorney General of Georgia* | State Bar No. 24059977<br>Southern District ID No. 1000759<br>Eric.Hudson@texasattorneygeneral.gov |
| LAWRENCE G. WASDEN<br>*Attorney General of Idaho* | ANGELA V. COLMENERO<br>*Assistant Attorney General* |
| JOSEPH C. CHAPELLE<br>PETER J. RUSTHOVEN<br>*Counsel for the State of Indiana* | **Attorney-in-Charge**<br><br>J. CAMPBELL BARKER<br>*Deputy Solicitor General* |
| DEREK SCHMIDT<br>*Attorney General of Kansas* | ADAM N. BITTER<br>*Assistant Attorney General* |
| JAMES D. "BUDDY" CALDWELL<br>*Attorney General of Louisiana* | *Office of the Attorney General*<br>*P.O. Box 12548* |
| TIMOTHY C. FOX<br>*Attorney General of Montana* | *Austin, Tx. 78711-2548*<br>*(512) 463-2120* |
| JON C. BRUNING<br>*Attorney General of Nebraska* | |
| ADAM PAUL LAXALT<br>*Attorney General of Nevada* | |
| WAYNE STENEHJEM<br>*Attorney General of North Dakota* | |

MICHAEL DEWINE
*Attorney General of Ohio*
ERIC E. MURPHY
*Co-counsel for the State of Ohio*

E. SCOTT PRUITT
*Attorney General of Oklahoma*

ALAN WILSON
*Attorney General of South Carolina*

MARTY J. JACKLEY
*Attorney General of South Dakota*

HERBERT SLATERY III
*Attorney General and Reporter of Tennessee*

SEAN D. REYES
*Attorney General of Utah*

PATRICK MORRISEY
*Attorney General of West Virginia*

BRAD D. SCHIMEL
*Attorney General of Wisconsin*

BILL SCHUETTE
*Attorney General for the People of Michigan*

DREW SNYDER
*Counsel for the Governor of Mississippi*

PAUL R. LEPAGE
*Governor of Maine*

ROBERT C. STEPHENS
*Counsel for the Governor of North Carolina*

TOM C. PERRY
CALLY YOUNGER
*Counsel for the Governor of Idaho*

## CERTIFICATE OF SERVICE

  I certify that I served a copy of this notice on all counsel of record on this the 10th day of March, 2015, via this Court's CM/ECF system.

            /s/ *Eric A. Hudson*
            ERIC A. HUDSON