IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> and <br><br> JANE DOE #1, JANE DOE #2, AND JANE DOE #3, <br><br> Proposed Defendant-Intervenors | Case No. 1:14-cv-254 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Proposed Defendant-Intervenors Jane Doe #1, Jane Doe #2, and Jane Doe #3 hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order of February 11, 2015 [ECF No. 141] denying Proposed Defendant-Intervenors' Motion for Leave to Intervene as Defendants.

1

Dated:  March 9, 2015

**LAW OFFICE OF FRANK COSTILLA, L.P.**
Frank Costilla (Tex. Bar. No. 04856500)
5 E. Elizabeth Street
Brownsville, Texas 78520
Phone:  (956) 541-4982
Facsimile:  (956) 544-3152

Respectfully submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
**By**  */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046;
Southern District of Tex. Bar No. 21127)
Attorney-in-Charge
David Hinojosa (Tex. Bar No. 24010689)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476
Facsimile:  (210) 224-5382

**O'MELVENY & MYERS LLP**
Adam P. KohSweeney (Cal. Bar No. 229983)*
Gabriel Markoff (Cal. Bar No. 291656)*
2 Embarcadero Center 28th Floor
San Francisco, CA 94111-3823
Phone:  (415) 984-8700
Facsimile:  (415) 984-8701

*Admitted *pro hac vice*.

Attorneys for Proposed Defendant-Intervenors **JANE DOE #1**, **JANE DOE #2,** and **JANE DOE #3**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 9th day of March 2015, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046)
***Attorney for the Proposed Defendant-Intervenors***