

MAR 1 2 2015

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

Clerk of Court: 600 E. Harrison St. #101 Brownsville, TX 78520 (956)548-2500

**STATE OF TEXAS, et al .**

    **Plaintiffs,**

    **v.**                              Case No. l1:14-cv-00254-ASH

**UNITED STATES OF AMERICA, et al.**

    **Defendants**

---

# MOTION FOR LEAVE TO FILE THIS EMERGENCY INTERVENTION CHALLENGING THE STANDING OF NON-NATURAL BORN CITIZEN DEFENDANT BARACK OBAMA -- THE SON OF A NON-US CITIZEN -- AND THE STANDING OF HIS ADMINISTRATIVLY SUBORDINATE APPOINTED AGENCIES (DHS et al.) SECRETARIES/ DIRECTORS.

# IN THIS CASE OF UNCONSTITUTIONAL EXECUTIVE ADMINISTRATIVE ACTION OR EXECUTIVE ORDERED ILLEGAL IMMIGRANT AMNESTY AS WELL AS CONTEMPT OF INJUNCTION.

## STANDING OF MOVANT TO INTERVENE TO CHALLENGE THE STANDING OF NON-NATURAL BORN CITIZEN BARACK OBAMA

**HAROLD WILLIAM VAN ALLEN** – documented US citizen, military veteran (naval commissioned line officer), and registered federal and NYS voter residing at ▇▇▇▇ ▇▇▇▇ Hurley, NY 12443

-- a natural born US citizen of the State of Indiana (Lafayette) b. ▇▇▇▇▇, 1951 the product of two natural born US citizens – mother a US natural born citizen of Illinois (Chicago) b. ▇▇▇▇ 1913 the product of US natural born citizens of Vermont -- and father a US natural born citizen of Pennsylvania (Pittsburgh) b. ▇▇▇▇▇, 1913 the product of US natural born citizens of South Carolina and Virginia.

And now having been granted amicus (EXHIBIT A) in the originating multi-state litigation USDC-TXSD B-14-cv-254 "STATE OF TEXAS, ET AL. v UNITED STATES OF AMERICA, ET AL.)

_____
Harold William Van Allen

### CERTIFATION OF ELECTRONIC SERVICE

THIS Tuesday, March 10, 2015 on:

1:14-cv-00254 Notice has been electronically mailed to:

Adam Nicholas Bitter     adam.bitter@texasattorneygeneral.gov,
kathleen.morris@texasattorneygeneral.gov

Adam P KohSweeney     akohsweeney@omm.com

Andrew Stephen Oldham     andy.oldham@texasattorneygeneral.gov,
alex.potapov@texasattorneygeneral.gov

Angela V Colmenero     angela.colmenero@TexasAttorneyGeneral.gov,
peggy.hamil@texasattorneygeneral.gov

Anne E Egeler     anneE1@atg.wa.gov

Antonio Tony Martinez     tony@mbymlaw.com

Arthur D'Andrea     arthur.dandrea@texasattorneygeneral.gov, sylvia.rosales@texasattorneygeneral.gov

Cally Younger     cally.younger@gov.idaho.gov

Chirag G. Badlani     cbadlani@hsplegal.com

Dale L. Wilcox     dwilcox@irli.org

Daniel David Hu     daniel.hu@usdoj.gov, JJones5@usa.doj.gov, sKempen@usa.doj.gov

Daniel P Lennington     lenningtondp@doj.state.wi.us, WelteAJ@DOJ.STATE.WI.US

David A. Lopez     dave.lopez@nebraska.gov

Eric E Murphy     eric.murphy@ohioattorneygeneral.gov

Gabriel Markoff     gmarkoff@omm.com

Harold William Van Allen     hvanallen@hvc.rr.com

Ilya Shapiro     ishapiro@cato.org

J Jorge deNeve     jdeneve@omm.com

Jay Alan Sekulow     sekulow@aclj.org

John Campbell Barker     cam.barker@texasattorneygeneral.gov

Jonathan D Weissglass     jweissglass@altshulerberzon.com, aarkush@altshulerberzon.com,

smendez@altshulerberzon.com

Jonathon Alden Moseley  Contact@JonMoseley.com

Joseph C Chapelle  joe.chapelle@btlaw.com

Kyle Renee Freeny  kyle.freeny@usdoj.gov

Leif A. Olson  notices@olsonappeals.com, leif@olsonappeals.com

Linda Jane Smith  lsmith@omm.com

Michael M. Hethmon  mhethmon@irli.org, info@irli.org

Mitchell Lee Herren  mherren@hinklaw.com, dpalomino@hinklaw.com

Nina Perales  nperales@maldef.org, cleija@maldef.org

Patrick R. Wyrick  patrick.wyrick@oag.ok.gov, cara.gorden@oag.ok.gov

Peter Margulies  pmargulies@rwu.edu

Peter J Rusthoven  peter.rusthoven@btlaw.com

Richard Dearing  rdearing@law.nyc.gov

Ryan S Post  ryan.post@nebraska.gov

Scott A. Keller  scott.keller@texasattorneygeneral.gov, dustin.howell@texasattorneygeneral.gov, sabrina.wycoff@texasattorneygeneral.gov, vera.calamusa@texasattorneygeneral.gov

**HAROLD W. VAN ALLEN**
PH. (845) ▮▮▮▮
HURLEY, NY 12443-6080

No. 762
68-7487/2560
DATE 3/10/2015

PAY TO THE ORDER OF: CLERK US DISTRICT COURT — TEXAS SOUTHERN DISTRICT BROWNSVILLE    $505.00

FIVE HUNDRED AND FIVE 00/100 DOLLARS

NAVY FEDERAL CREDIT UNION
VIENNA, VIRGINIA
www.navyfcu.org

B-14-254
INTERLOCUTORY APPEAL - MANDAMUS
FOR: STANDING OF DEFENDANTS

/s/ H.W. Van Allen

---

USPS PRIORITY MAIL EXPRESS
EK 257317621 US

Postage: $19.99
Total Postage & Fees: $19.99

FROM: H.W. Van Allen
Hurley, NY 12443

TO: Clerk of Court
US District Court [illegible]
333 Constitution Ave NW
Washington DC 20001