# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Clerk of Court: 600 S. Maestri Place; New Orleans, LA 70130-3408  (804) 310-7700

IN RE: HAROLD WILLIAM VAN ALLEN

PETITIONER

15-XXXXX-OP

RELATED ORIGINATING CASES

USDC-TXSD BROWNSVILLE DIVISION

DOCKET 14-cv-254

USCA-5C DOCKET 15-40238

## ORIGINAL PETITION / SPECIAL WRIT

HAROLD WILLIAM VAN ALLEN – documented US citizen, military veteran (Navy), resident and registered federal and NYS voter residing at ███████████████, NY 12443

-- a natural born US citizen of the State of Indiana (Lafayette) ███████████1951 the product of two natural born US citizens of Illinois (Chicago) and Pennsylvania (Pittsburgh)

and now having been granted amicus (EXHIBIT A ) in the originating multi-state litigation USDC-TXSD B-14-cv-254

**"STATE OF TEXAS, ET AL. v UNITED STATES OF AMERICA, ET AL.)**

**I request leave of the court to file this Original Proceeding or special writ seeking this US COURT OF APPEALS for the Fifth Circuit undertake as a trial court the vetting of aka Barack Obama eligibility qualifications to hold office of POTUS/CINC and to self-execute under administrative procedure act a blank amnesty of millions of undocumented aliens.**

**Harold William Van Allen**

## CERTIFATION OF ELECTRONIC SERVICE

## THIS Wednesday, March 4, 2015 on:

**1:14-cv-00254 Notice has been electronically mailed to:**

Adam Nicholas Bitter    adam.bitter@texasattorneygeneral.gov, kathleen.morris@texasattorneygeneral.gov

Adam P KohSweeney    akohsweeney@omm.com

Andrew Stephen Oldham    andy.oldham@texasattorneygeneral.gov, alex.potapov@texasattorneygeneral.gov

Angela V Colmenero    angela.colmenero@TexasAttorneyGeneral.gov, peggy.hamil@texasattorneygeneral.gov

Anne E Egeler    anneE1@atg.wa.gov

Antonio Tony Martinez    tony@mbymlaw.com

Arthur D'Andrea    arthur.dandrea@texasattorneygeneral.gov, sylvia.rosales@texasattorneygeneral.gov

Cally Younger    cally.younger@gov.idaho.gov

Chirag G. Badlani    cbadlani@hsplegal.com

Dale L. Wilcox    dwilcox@irli.org

Daniel David Hu    daniel.hu@usdoj.gov, JJones5@usa.doj.gov, sKempen@usa.doj.gov

Daniel P Lennington    lenningtondp@doj.state.wi.us, WelteAJ@DOJ.STATE.WI.US

David A. Lopez    dave.lopez@nebraska.gov

Eric E Murphy    eric.murphy@ohioattorneygeneral.gov

Gabriel Markoff    gmarkoff@omm.com

Harold William Van Allen    hvanallen@hvc.rr.com

Ilya Shapiro    ishapiro@cato.org

J Jorge deNeve    jdeneve@omm.com

Jay Alan Sekulow    sekulow@aclj.org

John Campbell Barker    cam.barker@texasattorneygeneral.gov

Jonathan D Weissglass    jweissglass@altshulerberzon.com, aarkush@altshulerberzon.com, smendez@altshulerberzon.com

Jonathon Alden Moseley    Contact@JonMoseley.com

Joseph C Chapelle    joe.chapelle@btlaw.com

Kyle Renee Freeny    kyle.freeny@usdoj.gov

Leif A. Olson    notices@olsonappeals.com, leif@olsonappeals.com

Linda Jane Smith    lsmith@omm.com

Michael M. Hethmon    mhethmon@irli.org, info@irli.org

Mitchell Lee Herren    mherren@hinklaw.com, dpalomino@hinklaw.com

Nina Perales    nperales@maldef.org, cleija@maldef.org

Patrick R. Wyrick    patrick.wyrick@oag.ok.gov, cara.gorden@oag.ok.gov

Peter Margulies    pmargulies@rwu.edu

Peter J Rusthoven    peter.rusthoven@btlaw.com

Richard Dearing    rdearing@law.nyc.gov

Ryan S Post    ryan.post@nebraska.gov

Scott A. Keller    scott.keller@texasattorneygeneral.gov, dustin.howell@texasattorneygeneral.gov, sabrina.wycoff@texasattorneygeneral.gov, vera.calamusa@texasattorneygeneral.gov