```
Court Name: USDC - SDTX
Division: 1
Receipt Number: BRO003974
Cashier ID: sarahb
Transaction Date: 03/12/2015
Payer Name: HAROLD VAN ALLEN
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: HAROLD VAN ALLEN
 Case/Party: D-TXS-1-14-CV-000254-001
 Amount:        $505.00
----------------------------------
CHECK
 Check/Money Order Num: 762
 Amt Tendered: $505.00
----------------------------------
Total Due:     $505.00
Total Tendered: $505.00
Change Amt:    $0.00


A fee of $53.00 will be charged on
any returned negotiable instrument.
```