IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, *et al*, | § § | |
| Defendant. | § § | |

ORDER

The Court denies the Motion for Leave to file This Emergency Intervention [Doc.No.196] filed by Harold William Van Allen. It further orders the clerk to file the motion in order that the record is complete, but to return the filing fee to the movant.

Signed this 13th day of March, 2015.

_____
Andrew S. Hanen
United States District Judge