UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**Order**

Upon consideration of Defendants' Unopposed Motion to Stay Deadline to Respond to Plaintiffs' Amended Complaint and Supplement to the Amended Complaint, and for good cause shown, it is hereby:

ORDERED that Defendants' Motion is GRANTED; and it is

FURTHER ORDERED that Defendants' deadline to respond to the Amended Complaint and to the Supplement to the Amended Complaint is stayed until further order of this Court.

Signed on March_____, 2015.

_____
The Honorable Andrew S. Hanen
United States District Judge