| AO 435<br>(Rev. 04/11)<br>*Please Read Instructions:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|---|
| 1. NAME<br>Kendra Morries | 2. PHONE NUMBER<br>(213) 430-7801 | | 3. DATE<br>3/19/2015 |
| 4. MAILING ADDRESS<br>400 South Hope Street Room 1740 | 5. CITY<br>Los Angeles | 6. STATE<br>CA | 7. ZIP CODE<br>90071 |
| 8. CASE NUMBER<br>1:14-cv-00254 | 9. JUDGE<br>Andrew S. Hanen | DATES OF PROCEEDINGS | |
| | | 10. FROM 3/19/2015 | 11. TO 3/19/2015 |
| 12. CASE NAME<br>State of Texas, et al. v. United States of America, et al. | LOCATION OF PROCEEDINGS | | |
| | 13. CITY Brownsville | | 14. STATE TX |

15. ORDER FOR
[X] APPEAL   [ ] CRIMINAL   [ ] CRIMINAL JUSTICE ACT   [ ] BANKRUPTCY
[ ] NON-APPEAL   [X] CIVIL   [ ] IN FORMA PAUPERIS   [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Motion Hearing | 3/19/2015 |
| [ ] BAIL HEARING | | | |

United States District Court
Southern District of Texas
**FILED**
MAR 20 2015
David J. Bradley, Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [X] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL   0.00

18. SIGNATURE
*Kendra Morries*

19. DATE
3-19-2015

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES   0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT   0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE   0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY