# EXHIBIT A

```
 1                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION
     _____
 3                                       )
     STATE OF TEXAS, ET AL               )
 4                                       )
                                         ) CIVIL ACTION NO.
 5   VS.                                 ) B-14-254
                                         )
 6   UNITED STATES OF AMERICA, ET AL     )
     _____)
 7

 8

                    PRELIMINARY INJUNCTION HEARING
 9             BEFORE THE HONORABLE ANDREW S. HANEN
                        JANUARY 15, 2015
10

11
     APPEARANCES:
12
     For the Plaintiffs:        MR. ANDREW STEPHEN OLDHAM
13                              MR. ADAM NICHOLAS BITTER
                                MS. ANGELA V. COLMENERO
14                              MR. ARTHUR D'ANDREA
                                MR. JONATHAN F. MITCHELL
15                              Texas Attorney General's Office
                                P.O. Box 12548
16                              Austin, Texas  78711

17   For the Defendants:        MS. KATHLEEN R. HARTNETT
                                MS. KYLE R. FREENY
18                              US Department of Justice
                                Civil Division
19                              950 Pennsylvania Avenue
                                Washington, D.C.  20530
20
     For the Defendants:        MR. DANIEL DAVID HU
21                              U.S. Attorneys Office
                                Houston, TX
22

23   Transcribed by:            BARBARA BARNARD
                                Official Court Reporter
24                              600 E. Harrison, Box 301
                                Brownsville, Texas  78520
25                              (956)548-2591
```

1  we think -- you know, we can both -- we can talk about them

2  together only so that the Court understands what the relevant

3  facts are and the relevant legal principles are, even though as

4  the Court has acknowledged -- has pointed out and we agree, we

5  are not challenging the DACA program.

6          THE COURT:  All right.

7          MR. OLDHAM:  Thank you, Your Honor.

8          THE COURT:  Ms. Hartnett?

9          MS. HARTNETT:  Thank you, Your Honor.

10     And just to be clear on that last point, the memoranda

11  that -- the memorandum, there's one directive that the

12  plaintiffs are challenging in the complaint, and that both is

13  directed toward the DAPA program, but also is a expansion or

14  revision of the DACA program.  So to the extent that there's a

15  revision or expansion of the group that would be eligible to

16  apply for that, we do understand the plaintiffs to be

17  challenging that.

18          THE COURT:  The increase in years?

19          MR. OLDHAM:  Your Honor --

20          MS. HARTNETT:  They ask to have you direct and enjoin,

21  and that directive would allow the revisions to the DACA program

22  that we described in our brief.

23          MR. OLDHAM:  Yes, Your Honor.  I'm sorry.  When I said

24  that the DACA program, I was referring to 2012 DACA action.  We

25  are challenging the series of executive actions that were taken

1    on November 20th, 2014.

2           THE COURT:  Okay.

3           MS. HARTNETT:  And just to that point, Your Honor, I

4    would just add I didn't want to unduly object to the

5    presentation today, the PowerPoint, but it does contain a -- not

6    only additional argument, but the injunction that's proposed

7    there is different from the one they propose in their papers.

8    And to that -- the comment that was just made that there are

9    several executive actions being allegedly challenged, there was

10   one directive that was the subject of the complaint, and that's

11   what we've been briefing this case around, which is the one

12   about deferred action.

13          THE COURT:  And I'm going to give you a chance to file a

14   reply anyway, so that's -- I'm saving my housekeeping matters

15   for the end, but I know you have a motion on that.

16          MS. HARTNETT:  Yeah.  We just wanted to be able to make

17   sure we were clearly responding to that.  Although I would note

18   that much of the same logic and argument that the counsel for

19   state has been putting forth here today would not -- would

20   appear to apply to any exercise of discretion by the Department

21   of Homeland Security, including the routine use of deferred

22   action in individual cases not even part of any larger effort.

23      I would like to turn to *Heckler versus Chaney* again just

24   because that does frame our merits argument, but I first would

25   like to start with the *Youngstown* points that the counsel for

1        *(Court adjourned.)*

2                                    *  *  *

3        (End of requested transcript)

4                                    -oOo-

5        I certify that the foregoing is a correct transcript from

6    the record of proceedings in the above matter.

7

8    Date:  January 20, 2015

9

10

11                              /s/_____
                               Signature of Court Reporter

12                              Barbara Barnard

13

14

15

16

17

18

19

20

21

22

23

24

25