| AO 435<br>(Rev. 04/11)<br>*Please Read Instructions:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|---|
| 1. NAME<br>Kendra Morries | | 2. PHONE NUMBER<br>(213) 430-7801 | 3. DATE<br>3/18/2015 |
| 4. MAILING ADDRESS<br>400 South Hope Street Room1740 | | 5. CITY<br>Los Angeles | 6. STATE  CA  7. ZIP CODE  90071 |
| 8. CASE NUMBER<br>1:14-cv-00254 | 9. JUDGE<br>Andrew S. Hanen | DATES OF PROCEEDINGS<br>10. FROM 12/19/2014   11. TO 12/19/2014 | |
| 12. CASE NAME<br>State of Texas, et al. v. United States of America, et al. | | LOCATION OF PROCEEDINGS<br>13. CITY Brownsville   14. STATE TX | |

15. ORDER FOR
☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☒ NON-APPEAL   ☒ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Telephonic Conference | 12/19/2014 |
| ☐ BAIL HEARING | | | |

United States District Court
Southern District of Texas
**FILED**
MAR 23 2015
David J. Bradley, Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☒ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL   0.00

18. SIGNATURE   *Kendra Morries*
19. DATE   3/18/2015

PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY
*Exceptional Reporting Serv.*

COURT ADDRESS

| | DATE | BY | | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | 3-23-15 | SC | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY