IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL NO. B-14-254 |
| § | |
| UNITED STATES OF AMERICA, ET AL., § | |
| Defendants. § | |

## ORDER

The Motion for Leave to File Transcript of Defendants' Argument December 22, 2014 filed by *Amicus Curiae* Sheriff Joe Arpaio [Doc. No. 212] is hereby partially granted. The transcript may be filed. The request to participate actively in whatever discovery this Court may or may not allow is denied. The Court understands the similarities of the allegations raised in both lawsuits. Nevertheless, this Court finds that any questions concerning the conduct of counsel in *Arpaio v. Obama*, No. 14-cv-01966 (D.D.C. filed Nov. 20, 2014), are best left to United States District Judge Beryl A. Howell, the judge presiding over that matter.

Signed this 24th day of March, 2015.

Andrew S. Hanen
United States District Judge