IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

| | |
|---|---|
| STATE OF TEXAS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA, et al.** <br><br> Defendants | Case No. 1:14-cv-254 <br><br><br> Hon. Andrew S. Hanen, Presiding |

**MOTION TO INTERVENE BY JOSEPH ARPAIO,
ELECTED SHERIFF OF MARICOPA COUNTY, ARIZONA**

Pursuant to Federal Rules of Civil Procedure (FRCP) Rule 24(a)(2) and/or Rule 24(b)(1)(B), proposed Intervenor, the Office of Joseph Arpaio, as the elected Sheriff of Maricopa County, Arizona ("Sheriff Arpaio" below) and the chief law enforcement officer responsible for the safety of approximately sixty percent (60%) of the population of the State of Arizona, seeks to intervene as a party in the litigation, for the reasons set forth in the attached Memorandum of Law.

Dated: March 26, 2015

Respectfully submitted,

Larry Klayman, Esq.
Washington, D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
    Of Counsel

_____
Jonathon Moseley, Esq.
Virginia State Bar No. 41058

Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Plaintiff
*Pro Hac Vice Approved*

**CERTIFICATE OF CONSULTATION**

I hereby certify that this afternoon I inquired of the parties if they consented to, opposed, or had other comments to this motion as proposed. Counsel for the Defendants, Kyle Freeny, responded that the Defendants oppose the motion. As of yet, the Plaintiffs have not responded.

_____
Jonathon Moseley, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Motion to Intervene will be delivered electronically on March 26, 2015, to counsel for Plaintiffs and Defendants through the District's Electronic Case Filing system.

_____
Jonathon Moseley, Esq.

2