UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|
| Texas et al. ||||
| *versus* ||||
| United States et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Bradley H. Cohen<br>U.S. Department of Justice, Civil Division<br>P.O. Box 883<br>Washington, DC 20044<br>202-305-9855<br>D.C. Bar #495145 |
|---|---|
| Seeks to appear for this party: | All Defendants (United States et al.) |
| Dated: 3/26/2015 | Signed: |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

Order          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                       United States District Judge