UNITED STATES COURT OF APPEAL

FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

MAR 3 0 2015

David J. Bradley, Clerk of Court

STATE OF TEXAS, et al

vs.

USA, et al, USDC. 1:14-CV-254

Case No. 15-40326

## RESPONSE TO LETTER OF MARCH 13, 2015

Mitchell Williams, Appellant responds to this Court's letter dated March 13, 2015, and states as follows;

1. No transcript is needed for this appeal.

## NOTICE OF CONFLICT IN ADMINISTRATIVE ORDERS

2. Appendix A. shows the Court that the district court demanded that a DKT-13 Transcript Order form be filed with the district court no later than March 16, 2015 or suffer a certificate of noncompliance being sent by that court.

3. No DKT-13 form was sent with their demand mailed March 17, 2015 and recieved March 24, 2015. There was a notice that such a form can be found floating around in some electronic cloud by persons that have the right kind of computer, and know how to use it. The Appellant has no such computer, and it would be late in any case.

*Mitchell Williams*

### CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the included Response to; Adam N. Bitter POB 12548 Austin, Texas 78711-2548, Kathleen R. Hartnett US Department of Justice Civil Division 950 Pennsylvania Ave, NW Washington, DC 20530, David J. Bradley, Clerk USDC Southern Texas 600 E. Harrison St. #101, Brownsville, Tx 78520-7114. Jay Alan Sekulow, American Center for Law & Justice 201 Maryland Ave., NE Washington, DC 20002. This 26 day of March, 2015.

*Mitchell Williams*

POB 33
Palatka, FL 32178    386-329-8603

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

State of Texas, et al.

*versus*

United States of America, et al.

Case Number: 1:14-cv-00254
Judge Andrew S. Hanen

# NOTICE OF THE FILING OF AN APPEAL

An appeal has been filed by Mitchell Williams. The following appeal and related motions are pending in the District Court:

Notice of Appeal – #172

If the appellant fails to comply with the following requirements, then the Clerk of Court will submit a certificate of noncompliance to the Fifth Circuit Court of Appeals.

*MW.*

**FILING FEE:**
A filing fee is required to proceed on appeal. If the filing fee has not already been paid, then it must be paid or a motion to proceed *in forma pauperis* must be filed, unless appellant is an United States government agency.

**TRANSCRIPTS:**
If hearings were held in this case and the transcripts were not already produced, then transcripts must be ordered. Pursuant to FRAP 10(a)(1), a transcript order form must be filed within 14 days of the filing of the notice of appeal. Under Fifth Circuit Rule 10, the appellant's order of the transcript must be made on a DKT-13 Transcript Order form. The DKT-13 must be filed regardless of whether there were hearings or transcripts needed. A link to the DKT-13 form and instructions for ordering transcripts are available on the court's website at www.txs.uscourts.gov/transcripts. *MW.*

If there were no hearings or no transcripts are needed, file the DKT-13 form with the appropriate box marked to indicate so. For cases where transcripts are needed, prepare a separate DKT-13 for each reporter from whom you are ordering transcripts. All transcripts for electronically recorded proceedings may be ordered on one form. Each form should indicate the exact dates of the proceedings to be transcribed by that reporter.

Date: March 2, 2015.

David J. Bradley, Clerk

*APPENDIX A.*

Mitchell Williams
POB 33
Palatka, FL 32178

David J. Bradley, Clerk
USDC Southern Texas
600 E. Harrison St. #101
Brownsville, TX 78520-7114