**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

**STATE OF TEXAS, et al.**

        *Plaintiffs,*

**v.**                                     **CASE No. 1:14-CV-00254**

**UNITED STATES OF AMERICA, et al.,**

        *Defendants.*

_____

The American Center for Law & Justice hereby requests an electronic copy of the Record on Appeal for U.S.C.A. 15-40238. As we prepare to follow up our amici briefs at the 5th Circuit on appeal, we formally request a copy of the Record on Appeal.

Sincerely,

JAY ALAN SEKULOW
   *Attorney-in-Charge*
   DC Bar No. 496335
DAVID FRENCH*
JORDAN SEKULOW*
TIFFANY BARRANS*
MILES TERRY*
JOSEPH WILLIAMS*

AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Ave., NE
Washington, DC 20002
Phone: (202) 546-8890
Fax: (202) 546-9309

* Not admitted in this jurisdiction

*Attorneys for Amici Curiae*