# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

**CLERK OF COURT**                                        www.txs.uscourts.gov

April 8, 2015

In re: State of Texas et al v. United States of America et al
District Court No.: 1:14−cv−00254
Circuit Court No.: 15−40238

To Whom It May Concern:

Enclosed is the electronic record on CD for this Notice of Appeal. Please prepare your brief regarding this appeal using this copy of the paginated record.

Sealed documents are not included in the record being provided unless otherwise ordered. Requests for copies of sealed documents must be made by motion filed with the Fifth Circuit Court of Appeals.

David J. Bradley, Clerk

By: <u>Balvina Campos</u>, Deputy Clerk