IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1-14-CV-254 |
| | § | |
| UNITES STATES OF AMERICA, *et al*., | § | |
| | § | |
| Defendants. | § | |

## MOTION TO WITHDRAW DAVID G. HINOJOSA AS COUNSEL

*Amici* Jane Does respectfully moves to withdraw David G. Hinojosa as an attorney in this case.  Mr. Hinojosa has ended his employment with the Mexican American Legal Defense and Educational Fund (MALDEF).  His withdrawal will not cause undue delay and will not adversely affect the *Amici* Jane Does' interests.

*Amici* Jane Does will continue to be represented by Attorney-in-Charge, Nina Perales (MALDEF); Linda Smith, Adam KohnSweeney, J. Jorge deNeve, Gabriel Markoff (O'Melveny & Myers, LLP) and Frank Costilla (Law Office of Frank Costilla, LP).

For these reasons, the *Amici* Jane Does respectfully requests leave to withdrawal David G. Hinojosa as counsel in this case.

DATED:  April 9, 2015                           Respectfully Submitted,

LAW OFFICE OF FRANK COSTILLA, L.P.     MEXICAN AMERICAN LEGAL DEFENSE
Frank Costilla (Tex. Bar. No. 04856500)     AND EDUCATIONAL FUND
5 E. Elizabeth Street                                     By /s/ *Nina Perales*
Brownsville, Texas 78520                           Nina Perales (Tex. Bar No. 24005046);
Phone: 956-541-4982                                  Southern District of Tex. Bar No. 21127
Facsimile: 956-544-3152                             Attorney-in-Charge
                                                                       110 Broadway, Suite 300
                                                                       San Antonio, Texas 78205

1

Phone: (210) 224-5476
Facsimile: (210) 224-5382

O'MELVENY & MYERS LLP
Linda Smith (Cal. Bar No. 78238)
Adam P. KohSweeney (Cal. Bar No. 229983)
J. Jorge deNeve (Cal. Bar No. 198855)
Gabriel Markoff (Cal. Bar. No. 291656)
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Phone: 310-246-6801
Facsimile: 310-246-6779

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 9th day of April 2015, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales