IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1-14-CV-254 |
| UNITES STATES OF AMERICA, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

It is ordered that the motion to withdraw David G. Hinojosa as counsel for the *Amici* Jane Does in this case is GRANTED.

Signed on the _____ day of _____, 2015.

_____
HON. ANDREW S. HANEN
United States District Judge