# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*, | ) ) ) |
| *Plaintiffs,* | ) ) ) |
| vs. | ) Case No. 1:14-cv-254 ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
| *Defendants.* | ) ) |

**PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE BY JOSEPH ARPAIO, ELECTED SHERIFF OF MARICOPA COUNTY, ARIZONA**

On March 26, 2015, the Office of Joseph Arpaio, as the elected Sheriff of Maricopa County, Arizona ("Sheriff Arpaio"), moved to intervene in this case in support of the Plaintiffs (ECF No. 220). Sheriff Arpaio sought to intervene both as a matter of right under Federal Rule of Civil Procedure Rule 24(a)(2) and pursuant to the permissive intervention provisions of Rule 24(b)(1)(B).[1]  Plaintiffs take no position on Sheriff Arpaio's Motion to Intervene.

Respectfully submitted.

---

[1] Sheriff Arpaio was previously granted leave to participate in this proceeding as *amicus curiae* (*see, e.g.*, ECF Nos. 112, 167).

LUTHER STRANGE
*Attorney General of Alabama*

MARK BRNOVICH
*Attorney General of Arizona*

DUSTIN MCDANIEL
*Attorney General of Arkansas*

PAMELA JO BONDI
*Attorney General of Florida*

SAMUEL S. OLENS
*Attorney General of Georgia*

LAWRENCE G. WASDEN
*Attorney General of Idaho*

JOSEPH C. CHAPELLE
PETER J. RUSTHOVEN
*Counsel for the State of Indiana*

DEREK SCHMIDT
*Attorney General of Kansas*

JAMES D. "BUDDY" CALDWELL
*Attorney General of Louisiana*

TIMOTHY C. FOX
*Attorney General of Montana*

DOUG PETERSON
*Attorney General of Nebraska*

ADAM PAUL LAXALT
*Attorney General of Nevada*

WAYNE STENEHJEM
*Attorney General of North Dakota*

KEN PAXTON
*Attorney General of Texas*

CHARLES E. ROY
*First Assistant Attorney General*

SCOTT A. KELLER
*Solicitor General*

/s/ Angela V. Colmenero
ANGELA V. COLMENERO
*Assistant Attorney General*
   Attorney-in-Charge
   State Bar No. 24048399

J. CAMPBELL BARKER
*Deputy Solicitor General*

ERIC A. HUDSON
ADAM N. BITTER
*Assistant Attorneys General*

Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711-2548
512-936-1700

MICHAEL DEWINE
*Attorney General of Ohio*
ERIC E. MURPHY
*Co-counsel for the State of Ohio*

E. SCOTT PRUITT
*Attorney General of Oklahoma*

ALAN WILSON
*Attorney General of South Carolina*

MARTY J. JACKLEY
*Attorney General of South Dakota*

HERBERT SLATERY III
*Attorney General and Reporter of
    Tennessee*

SEAN D. REYES
*Attorney General of Utah*

PATRICK MORRISEY
*Attorney General of West Virginia*

BRAD D. SCHIMEL
*Attorney General of Wisconsin*

BILL SCHUETTE
*Attorney General for the People of
    Michigan*

DREW SNYDER
*Counsel for the Governor of Mississippi*

PAUL R. LEPAGE
*Governor of Maine*

ROBERT C. STEPHENS
*Counsel for the Governor of North
    Carolina*

TOM C. PERRY
CALLY YOUNGER
*Counsel for the Governor of Idaho*

## CERTIFICATE OF SERVICE

    I certify that I served a copy of this pleading on all counsel of record via this Court's CM/ECF system.

        /s/ Angela V. Colmenero
        ANGELA V. COLMENERO