UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* )<br>)<br>Plaintiffs, )<br>) <br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>Defendants. )<br>) | No. 1:14-cv-254 |

**[Proposed] Order**

Upon consideration of Motion to Intervene by Joseph Arpaio, Elected Sheriff of Maricopa County, Arizona [ECF No. 220], Defendants' Opposition thereto, and any other replies or responses thereto, it is

HEREBY ORDERED that Sheriff Arpaio's Motion to Intervene is DENIED.

Signed on _____, 2015.

_____
The Honorable Andrew S. Hanen
United States District Judge