

United States District Court
Southern District of Texas
FILED

APR 2 0 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|
|  | | | |

Texas, et al.

*versus*

United States, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel Schwei<br>US Dep't of Justice, Civil Division, Federal Programs<br>P.O. Box 883<br>Washington, D.C. 20044<br>(202) 305-8693; daniel.s.schwei@usdoj.gov<br>New York (No. 4901336) |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants (United States et al.) |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/17/2015 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 4-20-15    Clerk's signature *[signature]* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                                                         United States District Judge