UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|

| Texas, et al. |
|---|
| *versus* |
| United States, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jennifer D. Ricketts<br>US Dep't of Justice, Civil Division, Federal Programs<br>P.O. Box 883<br>Washington, D.C. 20044<br>(202) 514-3671; jennifer.d.ricketts@usdoj.gov<br>Virginia (No. 29281) |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants (United States et al.) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 4/17/2015 | Signed: *Jennifer D. Ricketts* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                United States District Judge