UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 0 2015

David J. Bradley, Clerk of Court

| | |
|---|---|
| STATE OF TEXAS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-CV-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**Order**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to this Court's April 7, 2015 Order, it is

HEREBY ORDERED that Defendants' Motion for Extension of Time is GRANTED.

It is FURTHER ORDERED that Defendants shall have until April 30, 2015, to respond to this Court's Order of April 7, 2015.

It is FURTHER ORDERED that the other deadlines in the Court's Order of April 7, 2015 are correspondingly extended, such that Plaintiffs shall have until May 11, 2015 for their filing, and Defendants shall have until May 18, 2015 to respond.

Signed on April 20, 2015.

The Honorable Andrew S. Hanen
United States District Judge