United States District Court
Southern District of Texas
ENTERED

APR 2 0 2015

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | Case No. 1-14-CV-254 |
| | § § | |
| UNITES STATES OF AMERICA, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

It is ordered that the motion to withdraw David G. Hinojosa as counsel for the *Amici* Jane Does in this case is GRANTED.

Signed on the 20th day of April, 2015.

_____
HON. ANDREW S. HANEN
United States District Judge

1