

United States District Court
Southern District of Texas
FILED

APR 2 0 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|

| Texas, et al. |
|---|
| *versus* |
| United States, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel Schwei<br>US Dep't of Justice, Civil Division, Federal Programs<br>P.O. Box 883<br>Washington, D.C. 20044<br>(202) 305-8693; daniel.s.schwei@usdoj.gov<br>New York (No. 4901336) |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants (United States et al.) |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes ___ No ✓<br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

United States District Court
Southern District of Texas
ENTERED
APR 2 0 2015
David J. Bradley, Clerk of Court

| Dated: 4/17/2015 | Signed: *Daniel Schwei* |
|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 4-20-15 | Clerk's signature |

**Order**

Dated: 4/20/15

This lawyer is admitted *pro hac vice*.

_____
United States District Judge