UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:14-CV-254 |
| UNITED STATES OF AMERICA, *et al.* | ) |
| Defendants. | ) |

## DEFENDANTS' CONSENT MOTION TO FILE EXCESS PAGES

In connection with the Court's Order of April 7, 2015, *see* ECF No. 226, Defendants hereby move for, and respectfully request, leave to file a twenty-seven page Response. Plaintiffs have indicated that they consent to the relief requested in this motion.

The Court's April 7 Order required Defendants to file certain information, and instructed that "any privileged material shall be filed *in camera* with a privilege log supplied to the Court and [Plaintiffs'] counsel." ECF No. 226 at 12. In connection with this production of information, Defendants are filing a Response, which is twenty-seven pages. Defendants respectfully seek leave to file the Response with seven excess pages. These seven excess pages are necessary for Defendants to fully address the issues raised by the Court's April 7 Order.

For the foregoing reasons, and with the consent of Plaintiffs, Defendants respectfully request leave to file a twenty-seven page Response to the Court's Order of April 7, 2015.

Dated: April 30, 2015  Respectfully submitted,

KENNETH MAGIDSON  
United States Attorney

DANIEL DAVID HU  
Assistant United States Attorney  
Deputy Chief, Civil Division

BENJAMIN C. MIZER  
Principal Deputy Assistant Attorney General

JENNIFER D. RICKETTS  
Director, Federal Programs Branch  
Attorney-in-Charge (VA Bar No. 29281)

 /s/  Daniel Schwei  
DANIEL SCHWEI  
Trial Attorney  
Civil Division, Federal Programs Branch  
U.S. Department of Justice  
P.O. Box 883  
Washington, D.C. 20044  
Tel.: (202) 305-8693  
Fax: (202) 616-8470  
Daniel.S.Schwei@usdoj.gov

*Counsel for Defendants*

-3-

## CERTIFICATE OF CONFERRAL

Pursuant to Local Civil Rule 7.1.D, undersigned counsel hereby certifies that counsel for Plaintiffs, Angela Colmenero, was contacted regarding Plaintiffs' position on the foregoing Motion to File Excess Pages, and indicated that Plaintiffs consent to the relief sought in this Motion.

*/s/ Daniel Schwei*
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to File Excess Pages has been delivered electronically on April 30, 2015, to counsel of record via the District's ECF system.

*/s/ Daniel Schwei*
Counsel for Defendants