UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) No. 1:14-CV-254 |
| v. | ) |
| UNITED STATES OF AMERICA, *et al.* | ) |
| Defendants. | ) |

**Order**

Upon consideration of Defendants' Motion to File Excess Pages, it is

HEREBY ORDERED that Defendants' Motion to File Excess Pages is GRANTED.

It is FURTHER ORDERED that Defendants may file a Response of up to twenty-seven pages.

Signed on _____ _____, 2015.

_____
The Honorable Andrew S. Hanen
United States District Judge

-1-