UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 1 2015

David J. Bradley, Clerk of Court

| | )
STATE OF TEXAS, *et al.*, | )
 | )
        Plaintiffs, | )
 | )  No. 1:14-CV-254
v. | )
 | )
UNITED STATES OF AMERICA, *et al.* | )
 | )
        Defendants. | )
 | )

**Order**

Upon consideration of Defendants' Motion to File Excess Pages, it is

HEREBY ORDERED that Defendants' Motion to File Excess Pages is GRANTED.

It is FURTHER ORDERED that Defendants may file a Response of up to twenty-seven pages.

Signed on ＿May 1＿, 2015.

                                    The Honorable Andrew S. Hanen
                                    United States District Judge