# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 07, 2015

Mr. Mitchell Williams  
P.O. Box 33  
Palatka, FL 32178

United States District Court
Southern District of Texas
FILED

MAY 0 7 2015

David J. Bradley, Clerk of Court

No. 15-40326     State of Texas, et al v. USA, et al
                 USDC No. 1:14-CV-254

Dear Mr. Williams,

You applied to the district court for in forma pauperis status and were denied.  You have 30 days from the date of this letter to pay the $505.00 appellate filing fee to the clerk of the district court, or to apply for in forma pauperis status with this Court.  If you do not do so within the time provided, we will dismiss your appeal without further notice, see 5ᵀᴴ CIR. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

*Jann Wynne*

By: _____  
Jann M. Wynne, Deputy Clerk  
504-310-7688

cc:  Mr. David J. Bradley, Clerk