IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No. 1:14-cv-254 |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Extend Deadline to File Response to Defendants' Submission Pursuant to the Court's April 7 Order, seeking an extension from May 11 to May 20, 2015, and seeking to extend the Defendants' response deadline to May 27, 2015.

The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Deadline to File Response to Defendants' Submission Pursuant to the Court's April 7 Order is extended to May 20, 2015, and Defendants' response deadline is extended to May 27, 2015.

SIGNED THIS 11th day of May, 2015.

ANDREW S. HANEN
United States District Judge