IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
|     Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
|     Defendants. | § | |

# ORDER

The Government is ordered to identify to the Court the individuals referenced in the privilege log filed with this Court on April 30, 2015. This filing should include the name, position (and whether the individual is a lawyer or paralegal), title, and agency for whom the individual works. The Government's response is due on **May 20, 2015**.

Signed this 12th day of May, 2015.

                                                    Andrew S. Hanen
                                                    United States District Judge