# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

1:14CV254



No. 15-40238

FILED
MAY 13 2015
David J. Bradley, Clerk of Court

STATE OF TEXAS; STATE OF ALABAMA; STATE OF GEORGIA;
STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS;
STATE OF LOUISIANA; STATE OF MONTANA; STATE OF NEBRASKA;
STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA;
STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF WISCONSIN;
PAUL R. LEPAGE, Governor, State of Maine;
PATRICK L. MCCRORY, Governor, State of North Carolina;
C. L. "BUTCH" OTTER, Governor, State of Idaho;
PHIL BRYANT, Governor, State of Mississippi;
STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA;
STATE OF FLORIDA; STATE OF ARIZONA; STATE OF ARKANSAS;
ATTORNEY GENERAL BILL SCHUETTE; STATE OF NEVADA;
STATE OF TENNESSEE,

      Plaintiffs–Appellees,

versus

UNITED STATES OF AMERICA;
JEH CHARLES JOHNSON, Secretary, Department of Homeland Security;
R. GIL KERLIKOWSKE,
Commissioner of U.S. Customs and Border Protection;
RONALD D. VITIELLO,
Deputy Chief of U.S. Border Patrol, U.S. Customs and Border Protection;
SARAH R. SALDANA,
Director of U.S. Immigration and Customs Enforcement;
LEON RODRIGUEZ, Director of U.S. Citizenship and Immigration Services,

      Defendants–Appellants.

---

Appeal from the United States District Court
for the Southern District of Texas

---

O R D E R :

IT IS ORDERED that the unopposed motion of the Cato Institute and Professor Jeremy Rabkin for leave to file a brief as *amici curiae* in support of appellees is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Mountain States Legal Foundation for leave to file a brief as *amicus curiae* in support of appellees is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of Professor Ernest Young for leave to file an out-of-time brief as *amicus curiae* in support of appellees is GRANTED.

                                                /s/ Jerry E. Smith
                                                JERRY E. SMITH
                                                United States Circuit Judge

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 13, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-40238    State of Texas, et al v. USA, et al  
                       USDC No. 1:14-CV-254

Enclosed is an order entered in this case.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____  
                                      Shawn D. Henderson, Deputy Clerk  
                                      504-310-7668

Mr. Alexandre I. Afanassiev  
Mr. Chirag Gopal Badlani  
Mr. J. Campbell Barker  
Mr. Michael Bekesha  
Mr. James Davis Blacklock  
Mr. David J. Bradley  
Ms. Beth S. Brinkmann  
Mr. Joseph Conrad Chapelle  
Mr. Jeffrey A. Clair  
Mrs. Angela Veronica Colmenero  
Mrs. April L. Farris  
Mr. Matthew Hamilton Frederick  
Mr. Kyle R. Freeny  
Mr. Matthew James Ginsburg  
Ms. Kathleen Roberta Hartnett  
Mr. William Ernest Havemann  
Mr. Michael Hethmon  
Mr. Lawrence John Joseph  
Mr. Scott A. Keller  
Mr. Stephen Blake Kinnaird  
Mr. Adam Paul KohSweeney  
Mr. Steven James Lechner  
Mr. Gabriel Markoff  
Mr. Scott R. McIntosh  
Mr. Benjamin C. Mizer  
Ms. Angelique Marie Montano  
Mr. Leif A. Olson  
Mr. William Jeffery Olson  
Mr. Paul Orfanedes

Ms. Nina Perales
Mr. James Peterson
Mr. Bradley S. Phillips
Mr. Alex Potapov
Mr. Matthew E. Price
Mr. Noah Guzzo Purcell
Mr. Charles Eugene Roy
Mr. Jay A. Sekulow
Mr. Ilya Shapiro
Mr. Benjamin Gross Shatz
Mr. Jeremy W. Shweder
Mr. Clifford M. Sloan
Ms. Linda J. Smith
Ms. Karen Cassandra Tumlin
Mr. Seth Paul Waxman
Mr. Jonathan Weissglass
Mr. Paul Reinherz Wolfson
Ms. Elizabeth Bonnie Wydra
Mr. Ernest Young