

## O'MELVENY & MYERS LLP

| | Two Embarcadero Center, 28th Floor | |
|---|---|---|
| BEIJING | San Francisco, California 94111-3823 | NEW YORK |
| BRUSSELS | | SEOUL |
| CENTURY CITY | TELEPHONE (415) 984-8700 | SHANGHAI |
| HONG KONG | FACSIMILE (415) 984-8701 | SILICON VALLEY |
| JAKARTA† | www.omm.com | SINGAPORE |
| LONDON | | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

WRITER'S DIRECT DIAL
(415) 984-8890

May 14, 2015

WRITER'S E-MAIL ADDRESS
gmarkoff@omm.com

Clerk of the Court
600 E. Harrison St., #101
Brownsville, TX 78520

Re:   <u>U.S.D.C. No. 1:14-cv-00254; 5th Circuit Appeal 15-40333</u>

Dear Clerk of the Court:

    Please forward via Fed Ex an electronic copy of the appeal record for the above noted case. If you have any questions, please don't hesitate to contact me.

                                Sincerely,

                                /s/ Gabriel H. Markoff
                                Gabriel Markoff
                                Attorney of record
                                for Movants-Appellants

GHM

† In association with Tumbuan & Partners