UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' SUPPLEMENT TO DEFENDANTS' MAY 7 ADVISORY

Further to the Advisory submitted by Defendants on May 7, 2015, Defendants are submitting the attached declarations of León Rodríguez and Donald Neufeld.

Date:   May 15, 2015                                Respectfully submitted,

KENNETH MAGIDSON                          BENJAMIN C. MIZER
United States Attorney                            Principal Deputy Assistant Attorney General

DANIEL DAVID HU                                JOYCE R. BRANDA
Assistant United States Attorney              Deputy Assistant Attorney General
Deputy Chief, Civil Division

                                                              KATHLEEN R. HARTNETT
                                                              Deputy Assistant Attorney General


                                                                */s/ Jennifer D. Ricketts*
                                                              JENNIFER D. RICKETTS
                                                              Branch Director, Federal Programs Branch
                                                              Attorney-in-Charge (VA Bar No. 29281)
                                                              JAMES J. GILLIGAN
                                                              Special Litigation Counsel
                                                              BRADLEY H. COHEN
                                                              KYLE R. FREENY
                                                              ADAM D. KIRSCHNER
                                                              JULIE S. SALTMAN
                                                              DANIEL SCHWEI
                                                              Civil Division, Federal Programs Branch

U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Tel.: (202) 514-3671
Fax: (202) 616-8187
Jennifer.D.Ricketts@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the Defendants' Supplement to Defendants' May 7 Advisory has been delivered electronically on May 15, 2015, to all counsel of record through the court's ECF system.

                */s/ Jennifer D. Ricketts*
                Counsel for Defendants