## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 15, 2015

B14CV254

Mr. David Bradley
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E. Harrison Street
Brownsville, TX 78520

Dear Mr. Bradley,

I am forwarding a notice of appeal erroneously sent to us. We have noted the date received here. When you file the notice of appeal, please use that date, see FED R. APP. P. 4(d).

Sincerely,

LYLE W. CAYCE, Clerk

By: Jann Wynne
Jann M. Wynne, Deputy Clerk
504-310-7688

Enclosure

cc: Mr. Mitchell Williams