IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE OF TEXAS, ET AL,
    Plaintiffs,

V.

UNITED STATES OF AMERICA, ET AL.,
    Defendents,

NO. 15- 40326

CIVIL NO. B-14-254

United States District Court
Southern District of Texas
FILED

MAY 1 4 2015

David J. Bradley, Clerk of Court

NOTICE OF APPEAL

The Intervenor Mitchell Williams hereby gives notice of his Appeal of the ORDER entered in this proceeding on APRIL 22 2015 2015. Appeal is taken to the 5th Circuit Court of Appeals in New Orleans.

*Mitchell Williams*
*Mitchell Williams*

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of this NOTICE to responding parties by U.S. Mail prepaid and addressed to; Office of the Clerk, U.S. Courthouse, 600 E. Harrison Street#101, Brownsville, Texas 78520-7114, Attorney General's Office of Texas 209 W. 14th Street, Austin, Tx 78701, Attorney General of the United States Erich Holder, Washingto, DC 20500 MAY 12 2015

*Mitchell Williams*
Mitchell Williams
POB 33
Palatka, Fl 32178
386 329-8603

*Mitchell Williams*



Mitchell Williams
POB 33
Palatka, FL 32178

ORLANDO FL 328
12 MAY 2015 PM 3 L

7013 0341 1499

Office of Clerk
5th Circuit Court of Appeals
600 S Maestri Place
New Orleans, LA 70130