UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) No. 1:14-CV-254 |
| v. | ) <br> ) |
| UNITED STATES OF AMERICA, *et al.* | ) <br> ) |
| Defendants. | ) <br> ) |

## DEFENDANTS' NOTICE OF COMPLIANCE

Defendants hereby and respectfully inform the Court that, pursuant to the Court's Order of May 12, 2015, Defendants have now provided the Court and Plaintiffs with a document identifying the individuals referenced in Defendants' privilege log, and providing the requested information for each individual.

| | |
|---|---|
| Dated: May 19, 2015 | Respectfully submitted, |
| KENNETH MAGIDSON<br>United States Attorney | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| DANIEL DAVID HU<br>Assistant United States Attorney<br>Deputy Chief, Civil Division | JOYCE R. BRANDA<br>Deputy Assistant Attorney General |
| | JENNIFER D. RICKETTS<br>Director, Federal Programs Branch<br>Attorney-in-Charge (VA Bar No. 29281) |
| | JAMES J. GILLIGAN<br>Special Litigation Counsel |
| | /s/ Daniel Schwei<br>DANIEL SCHWEI<br>Trial Attorney<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>P.O. Box 883<br>Washington, D.C. 20044<br>Tel.: (202) 305-8693<br>Fax: (202) 616-8470<br>Daniel.S.Schwei@usdoj.gov |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Notice of Compliance has been delivered electronically on May 19, 2015, to counsel of record via the District's ECF system.

*/s/ Daniel Schwei*
Counsel for Defendants