# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:14-CV-254 |
| UNITED STATES OF AMERICA, *et al.* | ) |
| Defendants. | ) |

**Order**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Filing, it is

HEREBY ORDERED that Defendants' Motion for Extension of Time is GRANTED.

It is FURTHER ORDERED that Defendants shall have until June 3, 2015, to respond to Plaintiffs' filing of May 20, 2015.

Signed on _____ _____, 2015.

_____
The Honorable Andrew S. Hanen
United States District Judge