# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 04, 2015

United States District Court  
Southern District of Texas  
FILED

JUN 0 4 2015

David J. Bradley, Clerk of Court

No. 15-40238    State of Texas, et al v. USA, et al  
              USDC No. 1:14-CV-254

Dear Counsel:

   The court requests each side to file a supplemental brief addressing pertinent portions of the majority and dissenting opinions issued by the motions panel on May 26, 2015, mindful of the relationship between motions panels and merits panels as stated in, e.g., *Mattern v. Eastman Kodak Co.*, 104 F.3d 702, 704 (5th Cir. 1997)(citing cases).  The supplemental briefs are simultaneously due Thursday June 18 and may not exceed 7,000 words.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shirley M. Engelhardt, Deputy Clerk
                              504-310-7631

cc:
   Mr. Alexandre I. Afanassiev
   Mr. Chirag Gopal Badlani
   Mr. J. Campbell Barker
   Mr. Michael Bekesha
   Mr. James Davis Blacklock
   Mr. David J. Bradley
   Ms. Beth S. Brinkmann
   Mr. Joseph Conrad Chapelle
   Mr. Jeffrey A. Clair
   Mrs. Angela Veronica Colmenero
   Mrs. April L. Farris
   Mr. Matthew Hamilton Frederick
   Mr. Matthew James Ginsburg
   Ms. Kathleen Roberta Hartnett

Mr. William Ernest Havemann
Mr. Michael Hethmon
Mr. Lawrence John Joseph
Mr. Scott A. Keller
Mr. Stephen Blake Kinnaird
Mr. Adam Paul KohSweeney
Mr. Steven James Lechner
Mr. Gabriel Markoff
Mr. Scott R. McIntosh
Mr. Benjamin C. Mizer
Ms. Angelique Marie Montano
Mr. Leif A. Olson
Mr. William Jeffery Olson
Mr. Paul Orfanedes
Ms. Nina Perales
Mr. James Peterson
Mr. Bradley S. Phillips
Mr. Alex Potapov
Mr. Matthew E. Price
Mr. Noah Guzzo Purcell
Mr. Charles Eugene Roy
Mr. Jay A. Sekulow
Mr. Ilya Shapiro
Mr. Benjamin Gross Shatz
Mr. Jeremy W. Shweder
Mr. Clifford M. Sloan
Ms. Linda J. Smith
Ms. Karen Cassandra Tumlin
Mr. Seth Paul Waxman
Mr. Jonathan Weissglass
Mr. Dale Wilcox
Mr. Paul Reinherz Wolfson
Ms. Elizabeth Bonnie Wydra
Mr. Ernest Young