*REVISED 6/5/15*

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 04, 2015

United States District Court
Southern District of Texas
FILED

JUN 05 2015

David J. Bradley, Clerk of Court

TO COUNSEL LISTED BELOW:

No. 15-40238    State of Texas, et al v. USA, et al
USDC No. 1:14-CV-254

Dear Counsel:

The court requests each side to file a supplemental brief addressing pertinent portions of the majority and dissenting opinions issued by the motions panel on May 26, 2015, mindful of the relationship between motions panels and merits panels as stated in, e.g., *Mattern v. Eastman Kodak Co.*, 104 F.3d 702, 704 (5th Cir. 1997)(citing cases). The supplemental briefs are simultaneously due Thursday June 18 and may not exceed 7,000 words.

Sincerely,

LYLE W. CAYCE, Clerk

By:
Shirley M. Engelhardt, Deputy Clerk
504-310-7631

Mr. Scott R. McIntosh
Mr. Scott A. Keller

cc:
  Mr. Alexandre I. Afanassiev
  Mr. Chirag Gopal Badlani
  Mr. J. Campbell Barker
  Mr. Michael Bekesha
  Mr. James Davis Blacklock
  Mr. David J. Bradley

Ms. Beth S. Brinkmann
Mr. Joseph Conrad Chapelle
Mr. Jeffrey A. Clair
Mrs. Angela Veronica Colmenero
Mrs. April L. Farris
Mr. Matthew Hamilton Frederick
Mr. Matthew James Ginsburg
Ms. Kathleen Roberta Hartnett
Mr. William Ernest Havemann
Mr. Michael Hethmon
Mr. Lawrence John Joseph
Mr. Scott A. Keller
Mr. Stephen Blake Kinnaird
Mr. Adam Paul KohSweeney
Mr. Steven James Lechner
Mr. Gabriel Markoff
Mr. Scott R. McIntosh
Mr. Benjamin C. Mizer
Ms. Angelique Marie Montano
Mr. Leif A. Olson
Mr. William Jeffery Olson
Mr. Paul Orfanedes
Ms. Nina Perales
Mr. James Peterson
Mr. Bradley S. Phillips
Mr. Alex Potapov
Mr. Matthew E. Price
Mr. Noah Guzzo Purcell
Mr. Charles Eugene Roy
Mr. Jay A. Sekulow
Mr. Ilya Shapiro
Mr. Benjamin Gross Shatz
Mr. Jeremy W. Shweder
Mr. Clifford M. Sloan
Ms. Linda J. Smith
Ms. Karen Cassandra Tumlin
Mr. Seth Paul Waxman
Mr. Jonathan Weissglass
Mr. Dale Wilcox
Mr. Paul Reinherz Wolfson
Ms. Elizabeth Bonnie Wydra
Mr. Ernest Young