IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
|     Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
|     Defendants. | § | |

# ORDER

The Court will hold a hearing on all pending matters on **June 23, 2015** at **10:30 a.m.** The parties have indicated a willingness to meet and confer on certain discovery/remedial action matters. The Court certainly encourages that course of action but requests that it occur prior to this hearing.

Signed this 10th day of June, 2015.

Andrew S. Hanen
United States District Judge