UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

# ORDER

Upon consideration of the parties' Joint Motion to Stay Merits Proceedings Pending Resolution of Defendants' Appeal, and for good cause shown, it is hereby:

ORDERED that the parties' Joint Motion to Stay Merits Proceedings Pending Resolution of Defendants' Appeal is GRANTED; and it is

FURTHER ORDERED that proceedings on the merits of Plaintiffs' claims, including the obligation to propose a schedule for resolving the case, are stayed pending final resolution of Defendants' appeal of the preliminary injunction, including through any additional appellate channels in which relief may be sought; and it is

FURTHER ORDERED that the parties shall meet and confer and formulate and file with the Court an agreed upon (to the extent possible) schedule for the resolution of the merits of this case, within 14 days after Defendants' appeal of the preliminary injunction has been finally resolved, including through any additional appellate channels in which relief may be sought.

Signed on _____, 2015.

_____
The Honorable Andrew S. Hanen
United States District Judge