IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
|    *Defendants*. | § | |
| | § | |

**ORDER**

Before the Court is the parties' Joint Motion to Stay Merits Proceedings Pending Resolution of Defendants' Appeal. [Doc. No. 270]. Upon consideration of the Motion, the Court orders that proceedings on the merits of Plaintiffs' claims, including the obligation to propose a schedule for resolving the case, are stayed pending final resolution of Defendants' appeal of the preliminary injunction in the United States Court of Appeals for the Fifth Circuit. It is furthered ordered that the parties shall meet and confer, and formulate and file with the Court, an agreed upon schedule for the resolution of the merits of this case within 14 days after Defendants' appeal of the preliminary injunction has been finally resolved in the United States Court of Appeals for the Fifth Circuit.

The Court notes that nothing herein has any effect on the Order issued on June 10, 2015, in which this Court ordered a hearing on all pending matters on June 23, 2015, at 10:30 a.m., and requested that the parties meet and confer with each other prior to that hearing. [Doc. No. 269].

Signed this 11th day of June, 2015.

                                                              Andrew S. Hanen
                                                             United States District Judge