# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris<br>
Clerk of the Court<br>
(202) 479-3011

June 22, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

United States District Court
Southern District of Texas
FILED

JUN 2 2 2015

David J. Bradley, Clerk of Court

Re: Mitchell Williams
v. United States, et al.
No. 14-9821
(Your No. 15-40326)
1:14cv254

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 22, 2015

Mr. David J. Bradley  
Southern District of Texas, Brownsville  
United States District Court  
600 E. Harrison Street  
Room 1158  
Brownsville, TX 78520

     No. 15-40326   State of Texas, et al v. USA, et al  
                     USDC No. 1:14-CV-254

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order dismissing certiorari.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Lisa G. Landry, Deputy Clerk  
                              504-310-7649