IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

No. 15-40333

JUN 2 4 2015

B -14- CV-254

David J. Bradley, Clerk of Court

STATE OF TEXAS; STATE OF ALABAMA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF WISCONSIN; PAUL R. LEPAGE, Governor, State of Maine; PATRICK L. MCCRORY, Governor, State of North Carolina; C. L. "BUTCH" OTTER, Governor, State of Idaho; PHIL BRYANT, Governor, State of Mississippi; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF FLORIDA; STATE OF ARIZONA; STATE OF ARKANSAS; ATTORNEY GENERAL BILL SCHUETTE; STATE OF NEVADA; STATE OF TENNESSEE,

        Plaintiffs–Appellees,

versus

UNITED STATES OF AMERICA; JEH CHARLES JOHNSON, Secretary, Department of Homeland Security; R. GIL KERLIKOWSKE, Commissioner of U.S. Customs and Border Protection; RONALD D. VITIELLO, Deputy Chief of U.S. Border Patrol, U.S. Customs and Border Protection; SARAH R. SALDANA, Director of U.S. Immigration and Customs Enforcement; LEON RODRIGUEZ, Director of U.S. Citizenship and Immigration Services,

        Defendants–Appellees,

versus

JANE DOE #1; JANE DOE #2; JANE DOE #3,

        Movants–Appellants.

Appeal from the United States District Court
for the Southern District of Texas

O R D E R :

IT IS ORDERED that appellants' motion to supplement the record on appeal with district court document Nos. 261, 265, 269, and 271 is GRANTED.

                    /s/ Lyle W. Cayce
                    LYLE W. CAYCE
                    Clerk of Court

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 24, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-40333   State of Texas, et al v. USA, et al  
                     USDC No. 1:14-CV-254

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Angelique D. Batiste, Deputy Clerk  
504-310-7715

Mr. David J. Bradley  
Mr. Jeffrey A. Clair  
Mr. William Ernest Havemann  
Mr. Adam Paul KohSweeney  
Mr. Gabriel Markoff  
Mr. Scott R. McIntosh  
Ms. Nina Perales  
Mr. Alex Potapov  
Ms. Linda J. Smith