| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts<br>TRANSCRIPT ORDER<br>*Please Read Instructions:* | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| 1. NAME<br>Bradley Cohen | 2. PHONE NUMBER<br>(202) 305-9855 | | 3. DATE<br>6/23/2015 |
| 4. MAILING ADDRESS<br>20 Massachusetts Ave. NW | 5. CITY<br>Washington | 6. STATE<br>DC | 7. ZIP CODE<br>20530 |
| 8. CASE NUMBER<br>14-cv-254 | 9. JUDGE<br>Andrew S. Hanen | DATES OF PROCEEDINGS | |
| | | 10. FROM 6/23/2015 | 11. TO 6/23/2015 |
| 12. CASE NAME<br>State of Texas, et al. v. United States, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Brownsville | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 2 4 2015<br>David J. Bradley, Clerk of Court |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Hearing on June 23, 2015 | 6/23/2015 |
| [ ] BAIL HEARING | | (entire transcript) | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | 42 | 203.70 |
| DAILY | [ ] | [ ] | NO. OF COPIES<br>(e-copy to bradley.cohen@usdoj.gov) | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional)

| | | ESTIMATE TOTAL | 203.70 |
|---|---|---|---|
| 18. SIGNATURE<br>*[signature]* | | PROCESSED BY | |
| 19. DATE<br>June 23, 2015 | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 203.70 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 203.70 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 203.70 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY