AO 435
(Rev. 04/11)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*Please Read Instructions:*

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Kendra Morries | (213) 430-7801 | 1/20/2015 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| O'Melveny & Myers, 400 South Hope Street | Los Angeles | Ca | 90071 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 1:14-cv-00254 | Hon. Andrew S. Hanen | 10. FROM 6/23/2015 | 11. TO 6/23/2015 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | | |
|---|---|---|---|
| State of Texas v. United States of America | 13. CITY Brownsville | 14. STATE Texas | |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | United States District Court |
| [ ] OPENING STATEMENT (Plaintiff) | | | Southern District of Texas |
| [ ] OPENING STATEMENT (Defendant) | | | FILED |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | JUN 2 4 2015 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | David J. Bra...... of Court |
| [ ] SENTENCING | | 6/23/2015 Hearing-complete | |
| [ ] BAIL HEARING | | transcript | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [x] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | | | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| Kendra S. Morries | |

| 19. DATE | PHONE NUMBER 956 782-9668 |
|---|---|
| 6/24/2015 | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| Barbara Barnard | 600 E. Harrison Brownsville, TX 78520 |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | 6-24-15 | | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | 0:00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY