**AO 435** (Rev. 04/11)
*Please Read Instructions:*

Administrative Office of the United States Courts

## TRANSCRIPT ORDER -COPY

**FOR COURT USE ONLY**
**DUE DATE:**

| # | Field | Value |
|---|---|---|
| 1 | NAME | Karen C. Tumlin |
| 2 | PHONE NUMBER | (213) 639-3900 |
| 3 | DATE | 6/26/2015 |
| 4 | MAILING ADDRESS | 3425 Wilshire Boulevard, Suite 2850 |
| 5 | CITY | Los Angeles |
| 6 | STATE | CA |
| 7 | ZIP CODE | 90010 |
| 8 | CASE NUMBER | 14-cv-254 |
| 9 | JUDGE | Hon. Andrew S. Hanen |
| 10 | FROM | 6/23/2015 |
| 11 | TO | 6/23/2015 |
| 12 | CASE NAME | State of Texas, et al., v. United States, et al., |
| 13 | CITY | Brownsville |
| 14 | STATE | TX |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) HEARING | 6/23/2015 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

*United States District Court, Southern District of Texas — FILED JUN 26 2015 — David J. Bradley, Clerk of Court*

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [x] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL:** 0.00

**18. SIGNATURE:** /s - Karen C. Tumlin
**19. DATE:** 6/26/2015

**PROCESSED BY:**
**PHONE NUMBER:**

**TRANSCRIPT TO BE PREPARED BY:**
**COURT ADDRESS:**

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY