UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' SUPPLEMENT TO DEFENDANTS' JULY 9 ADVISORY

Further to the Advisory submitted by Defendants on July 9, 2015, Defendants are submitting the attached directives from the Department of Homeland Security to U.S. Citizenship and Immigration Services.

Date:   July 15, 2015                    Respectfully submitted,

KENNETH MAGIDSON                         BENJAMIN C. MIZER
United States Attorney                   Principal Deputy Assistant Attorney General

DANIEL DAVID HU                          JOYCE R. BRANDA
Assistant United States Attorney         Deputy Assistant Attorney General
Deputy Chief, Civil Division

                                         KATHLEEN R. HARTNETT
                                         Deputy Assistant Attorney General

                                         JENNIFER D. RICKETTS
                                         Branch Director, Federal Programs Branch
                                         Attorney-in-Charge (VA Bar No. 29281)

                                         JAMES J. GILLIGAN
                                         Special Litigation Counsel

                                          */s/ Bradley H. Cohen*
                                         BRADLEY H. COHEN
                                         KYLE R. FREENY
                                         ADAM D. KIRSCHNER

JULIE S. SALTMAN
DANIEL SCHWEI
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Tel.: (202) 305-9855
Fax: (202) 616-8470
Bradley.cohen@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Defendants' Supplement to Defendants' July 9 Advisory has been delivered electronically on July 15, 2015, to all counsel of record through the court's ECF system.

                                                */s/ Bradley H. Cohen*
                                                Counsel for Defendants