# Natural Born Citizen Party National Committee

July 26 2015
Clerk of Court
US Court of Appeals for the District of Columbia Circuit
Attn: Deputy Special Counsel to the Clerk, <u>Nancy Dunn</u> 202-216-7313
333 Constitution Ave NW
Washington, DC 20001

United States District Court
Southern District of Texas
FILED

JUL 2 9 2015

David J. Bradley, Clerk of Court

Re: USDC-15-cv-1036 "Natural Born Citizen Party National Committee et al v FEC et al"

Dear Clerks Office:

This is to confirm Natural Born Citizen Party National Committee et al Notice of Appeal with a $505 check filed with at the USDC-DCD Clerk of the Court.

In addition, Natural Born Citizen Party National Committee et al hereby files motions in this US Court of Appeals for the DC Circuit to consolidate this new Obama eligibility and amnesty executive action/order appeal with the two pending USCA-DCC appeals 14-5325 "Arpaio v Obama et al" (USDC-DCD 14-cv-1966) and 14-5327 "Strunk and Van Allen v DOS et al" (USDC-DCD 14-cv-995).

All this as well as pending Natural Born Citizen Party National Committee et al motions to intervene and consolidate with the multi-state and pending multi-circuit unconstitutional illegal alien amnesty executive action/order filed at USDC-TXSD 14-cv-254 "State of Texas et al v USA et al". USCA-Fifth Circuit 15-40238, 15-4-326, 15-40333, 15-40702.

Harold William Van Allen
Natural Born Citizen Party National Committee
Co-chairperson, 2016 POTUS/CINC Candidate-Elector
351 North Road
Hurley NY 12443
845 389 4366
hvanallen@hvc.rr.com

cc: Clerks of Court: USDC-DCD, USDC-TXSD (Brownsville); USCA-5th Circuit

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Natural Born Citizen Party National Commi
_____
Plaintiff

vs.

Civil Action No. 15-cv-1036

Federal Elections Commission et al
_____
Defendant

# NOTICE OF APPEAL

Notice is hereby given this 26th    day of   July              , 20 15    , that

Natural Born Citizen Party National Committee et al

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from
MINUTE ORDER DENIAL MOTION TO AMEND COMPLAINT
the judgment of this Court entered on the   22nd         day of July              , 20 15
AS WELL AS MEMO ORDER 6 JULY 2015
in favor of  Federal Elections Commission et al

against said   Natural Born Citizen Party National Committee et al

_____
Harold William Van Allen

Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses
             indicated:

US Attorney General 950 Pennsylvania Ave NW, Washington, DC 20530
US Attorney for the District of Columbia 555 4th St, NW; Washinton, DC 20530
NYS Attorney General, The Capitol, Albany, NY 12224-0341

NOTICE OF APPEAL

USDC - DCD To USCA - DCC

MOTIONS TO CONSOLIDATE WITH APPEALS

USCA - DCC ⎰ 14 - 5325 ARPAIO V OBAMA ETAL
⎱ 14 - 5327 STRUNK ETAL V DOS ETAL

HAROLD W VAN ALLEN                              1089
351 NORTH ROAD                              50-7624/2219
HURLEY, NY 12443                                  03
                              JULY 26, 2015
                                    Date
CLERK
Pay to the  US DISTRICT COURT DISTRICT OF COLUMBIA  $ 505 ⁰⁰
Order of
FIVE HUNDRED FIVE & ⁰⁰/₁₀₀ ————— Dollars
        NOA USDC-DCD-15-cv-1056
MHV    DENIAL MOTION
www.mhvfcu.com  03  TO AMEND EECFAT
1-800-451-8373        AANETY RELATED
For 14-cv-1966, 14-cv-993
14 - 5325, 14 - 5327
⑈222476243⑈  200132506010⑈ 1089

NATURAL BORN CITIZEN PARTY

            NATIONAL COMMITTEE ETAL

                    V
            FEC ET AL
FEDERAL ELECTIONS COMMISSION.
        +
FEDERAL BUREAU OF INVESTIGATIONS ET AL

CLOSED,JURY,PROSE-NP,TYPE I-FOIA

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:15-cv-01036-RJL

NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE et al
v. FEDERAL ELECTION COMMISSION et al
Assigned to: Judge Richard J. Leon
Cases: 1:08-cv-02234-RJL
    1:09-cv-01295-RJL
    1:10-cv-00486-RCL
    1:14-cv-00995-RJL
Cause: 05:552 Freedom of Information Act

Date Filed: 06/30/2015
Date Terminated: 07/06/2015
Jury Demand: Plaintiff
Nature of Suit: 895 Freedom of
Information Act
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**NATURAL BORN CITIZEN PARTY
NATIONAL COMMITTEE**

**Plaintiff**

**HAROLD WILLIAM VAN ALLEN**

represented by **HAROLD WILLIAM VAN ALLEN**
351 North Road
Hurley, NY 12443
PRO SE

V.

**Defendant**

**FEDERAL ELECTION COMMISSION**

**Defendant**

**FEDERAL BUREAU OF INVESTIGATION**

**Defendant**

**U.S. DEPARTMENT OF STATE**

**Defendant**

**CENTRAL INTELLIGENCE AGENCY**

**Defendant**

**BARACK HUSSEIN OBAMA, II**

**Defendant**

**U.S. COPYRIGHT OFFICE**

**Defendant**

**NYS BOARD OF ELECTIONS**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/30/2015 | 1 | COMPLAINT against CENTRAL INTELLIGENCE AGENCY, FEDERAL BUREAU OF INVESTIGATION, FEDERAL ELECTION COMMISSION, NYS BOARD OF ELECTIONS, BARACK HUSSEIN OBAMA, II, U.S. COPYRIGHT OFFICE, U.S. DEPARTMENT OF STATE ( Filing fee $ 400, receipt number 4616071994) with Jury Demand filed by HAROLD WILLIAM VAN ALLEN, NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE. (Attachments: # 1 CES - HVA Combined Brief and Appendix for Appeal 14-10459 w NOM for Cert and OSC (2), # 2 USCA DCC 14-5327 Strunk et al v DOS et al Appellate Brief filed 4-30-2015, # 3 USCA DCC 14-5327 Strunk et al v DOS et al Appellant Brief Appendix-Part 1., # 4 USCA DCC 14-5327 Strunk et al v DOS et al Appellant Brief Appendix-Part 2, # 5 USCA DCC 14-5327 Strunk et al v DOS et al Appellant Brief Appendix-Part 3, # 6 USCA DCC 14-5327 Strunk et al v DOS et al Appellant Brief Appendix-Part 4, # 7 Civil Cover Sheet)(zrdj) (Entered: 07/01/2015) |
| 06/30/2015 | 2 | NOTICE OF RELATED CASE by HAROLD WILLIAM VAN ALLEN. Case related to Case No. 08-cv-02234-RJL, 09-cv-01295-RJL, 10-cv-00486-RCL, 14-cv-00995-RJL (zrdj) (Entered: 07/01/2015) |
| 07/02/2015 | | SUMMONS (10) Issued as to CENTRAL INTELLIGENCE AGENCY, FEDERAL BUREAU OF INVESTIGATION, FEDERAL ELECTION COMMISSION, NYS BOARD OF ELECTIONS, BARACK HUSSEIN OBAMA, II, U.S. COPYRIGHT OFFICE, U.S. DEPARTMENT OF STATE, U.S. Attorney and U.S. Attorney General (zrdj) (Entered: 07/01/2015) |
| 07/06/2015 | 3 | MEMORANDUM ORDER that Plaintiffs' Petition for Special Writ of Mandamus For Equity Relief and Removal from State Court of Closely Related Natural Bork Citizen (New York) State Trial Case(s) and Assignment to a Special Three Judge US District Court With a Special Master [Dkt. #1] is DENIED, and it is further ORDERED that Plaintiffs' Complaint is DISMISSED. SO ORDERED. Signed by Judge Richard J. Leon on 7/6/2015. (jth) (Entered: 07/06/2015) |
| 07/17/2015 | 4 | MOTION for Reconsideration re 3 MEMORANDUM ORDER by HAROLD WILLIAM VAN ALLEN (jf) (Entered: 07/20/2015) |

| 07/22/2015 | | MINUTE ORDER denying 4 Plaintiffs' Motion for Reconsideration of July 6, 2015 Order, Motion for Leave to File Amended Complaint Under Seal and Motion to Consolidate. It is hereby ORDERED that plaintiffs' Motion is DENIED in its entirety. Signed by Judge Richard J. Leon on 7/22/2015. (lcrjl2, ) (Entered: 07/22/2015) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATURAL BORN CITIZEN PARTY                  )
NATIONAL COMMITTEE, *et al.*,               )
                                            )
      Plaintiffs,                         )
                                            )
      v.                                  )   **Civil Case No. 15-1036 (RJL)**
                                            )
FEDERAL ELECTIONS COMMISSION,               )
*et al.*,                                   )
                                            )
      Defendants.                         )

**FILED**

JUL - 6 2015

Clerk, U S District & Bankruptcy
Courts for the District of Columbia

**MEMORANDUM ORDER**
(July _____, 2015) [Dkt. #1]

*Pro se* plaintiffs Natural Born Citizen Party National Committee and Harold

William Van Allen (together, "plaintiffs") filed the instant action on July 1, 2015. *See*

Complaint with Petition for Special Writ of Mandamus for Equity Relief [Dkt. #1]. Upon

consideration of plaintiffs' papers and the relevant law, the Court DENIES plaintiffs'

Petition for a Special Writ of Mandamus for Equity Relief,[1] and DISMISSES plaintiffs'

Complaint in its entirety.

    The Federal Rules of Civil Procedure are clear that although "[n]o technical form

is required," pleadings must be "simple, concise, and direct." Fed. R. Civ. P. 8(d)(1).

The Court is mindful, of course, that complaints filed by *pro se* litigants are held to less

stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines*

---

[1] The Court also DENIES plaintiffs' additional requests contained therein for Removal from
State Court of Closely Related National Born Citizen (New York) State Trial Court Case(s) and
Assignment to a Special Three Judge U.S. District Court with a Special Master. *See* [Dkt. #1].

*v. Kerner*, 404 U.S. 519, 520 (1972). Despite this less stringent standard, however, I am unable to glean from the plaintiffs' papers any legitimate grounds for granting the relief they are seeking. The statements contained in the plaintiffs' pleadings are, moreover, neither simple nor concise, and as such, fall well short of Rule 8(d)(1)'s requirements.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' Petition for Special Writ of Mandamus For Equity Relief and Removal from State Court of Closely Related Natural Bork Citizen (New York) State Trial Court Case(s) and Assignment to a Special Three Judge US District Court With a Special Master [Dkt.#1] is **DENIED**, and it is further

**ORDERED** that Plaintiffs' Complaint is **DISMISSED**.

**SO ORDERED.**

RICHARD L. LEON
United States District Judge

2

**General Docket**
**United States Court of Appeals for District of Columbia Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 14-5325<br>**Nature of Suit:** 2899 Other Statutes<br>Joseph Arpaio v. Barack Obama, et al<br>**Appeal From:** United States District Court for the District of Columbia<br>**Fee Status:** Fee Paid | **Docketed:** 12/29/2014 |

**Case Type Information:**
  **1)** Civil US
  **2)** United States
  **3)**

**Originating Court Information:**
  **District:** 0090-1 : 1:14-cv-01966-BAH                                                    **Lead:** 1:14-cv-01966-BAH
  **Court Reporter:** Barbara De Vico, Court Reporter
  **Trial Judge:** Beryl A. Howell, U.S. District Judge
  **Date Filed:** 11/20/2014
  **Date Order/Judgment:**                                  **Date NOA Filed:**
  12/23/2014                                                             12/23/2014

---

| | | |
|---|---|---|
| 03/24/2015 | ▤ | PER CURIAM ORDER filed [1543948] denying the motion of Harold William Van Allen, pro se, to participate as amicus curiae [1540421-2] in 14-5325 [14-5325] |
| 04/20/2015 | ▤ | PER CURIAM ORDER filed [1548075] allocating oral argument time as follows: Appellant - 15 Minutes, Appellees - 15 Minutes. One counsel per side to argue; directing party to file Form 72 notice of arguing attorney by 04/27/2015 [14-5325] |
| 04/20/2015 | ▤ | ENTRY OF APPEARANCE [1548088] filed by Benjamin C. Mizer on behalf of Appellees Eric H. Holder, Jr., Jeh Charles Johnson, Barack Obama and Leon Rodriguez. [14-5325] (Mizer, Benjamin) |
| 04/20/2015 | | FORM 72 submitted by arguing attorney, Benjamin C. Mizer, on behalf of Appellees Eric H. Holder, Jr., Jeh Charles Johnson, Barack Obama and Leon Rodriguez *(For Internal Use Only: Form is restricted to protect counsel's personal contact information)*. [14-5325] (Mizer, Benjamin) |
| 04/24/2015 | | FORM 72 submitted by arguing attorney, Beth S. Brinkmann, on behalf of Appellees Eric H. Holder, Jr., Jeh Charles Johnson, Barack Obama and Leon Rodriguez *(For Internal Use Only: Form is restricted to protect counsel's personal contact information)*. [14-5325] (Havemann, William) |
| 04/24/2015 | | FORM 72 submitted by arguing attorney, Larry Klayman, on behalf of Appellant Joseph M. Arpaio *(For Internal Use Only: Form is restricted to protect counsel's personal contact information)*. [14-5325] (Klayman, Larry) |
| 04/29/2015 | ▤ | LETTER FILED [1549743] by Eric H. Holder, Jr., Jeh Charles Johnson, Barack Obama and Leon Rodriguez pursuant to FRAP 28j advising of additional authorities [Service Date: 04/29/2015 ] [14-5325] (Clair, Jeffrey) |
| 05/04/2015 | ▤ | ORAL ARGUMENT HELD before Judges Brown, Srinivasan and Pillard. [14-5325] |
| 06/05/2015 | | TRANSCRIPT [1556055] of oral argument [14-5325] |

06/10/2015    NOTICE FILED [1556689] by Joseph M. Arpaio Of New, Supplemental Authority. [Service Date: 06/10/2015 ] [14-5325] (Klayman, Larry)

**General Docket
United States Court of Appeals for District of
Columbia Circuit**

---

**Court of Appeals Docket #: 14-5327**                                      **Docketed: 12/29/2014**
**Nature of Suit:** 2890 Other Statutory Actions
Christopher Strunk, et al v. DOS, et al
**Appeal From:** United States District Court for the District of Columbia
**Fee Status:** IFP

**Case Type Information:**
   **1)** Civil US
   **2)** United States
   **3)**

**Originating Court Information:**
   **District:** 0090-1 : 1:14-cv-00995-RJL                                 **Lead:** 1:14-cv-00995-RJL
   **Trial Judge:** Richard J. Leon, U.S. District Judge
   **Date Filed:** 06/10/2014
   **Date Order/Judgment:**                    **Date NOA Filed:**
   11/10/2014                                   12/10/2014

**Prior Cases:**
   None

**Current Cases:**
   None

**Panel Assignment:**    Not available

---

| Christopher Earl Strunk | Plaintiff - Appellant | Christopher Earl Strunk<br>Direct: 845-901-6767<br>[NTC Pro Se]<br>Firm: 212-307-4444<br>593 Vanderbilt Avenue<br>#281<br>Brooklyn, NY 11238 |
|---|---|---|
| Harold W. Van Allen | Plaintiff - Appellant | Harold W. Van Allen<br>Direct: 845-389-4366<br>Email: hvanallen@hvc.rr.com<br>[NTC Pro Se]<br>Firm: 845-389-4366<br>351 North Road<br>Hurley, NY 12443 |
| v. | | |

| | |
|---|---|
| United States Department of State <br> Defendant – Appellee | R. Craig Lawrence <br> Email: craig.lawrence@usdoj.gov <br> [LD NTC Gvt US Attorney] <br> U.S. Attorney's Office <br> (USA) Civil Division <br> Firm: 202-252-2500 <br> 555 4th Street, NW <br> Washington, DC 20530 |
| Central Intelligence Agency <br> Defendant – Appellee | R. Craig Lawrence <br> [LD NTC Gvt US Attorney] <br> (see above) |
| Barack Hussein Obama <br> Defendant – Appellee | R. Craig Lawrence <br> [LD NTC Gvt US Attorney] <br> (see above) |
| US Copyright Office <br> Defendant – Appellee | R. Craig Lawrence <br> [LD NTC Gvt US Attorney] <br> (see above) |
| Eric H. Holder, Jr., US Attorney General <br> **Terminated:** 05/01/2015 <br> Defendant – Appellee | |
| Loretta E. Lynch, US Attorney General <br> Defendant – Appellee | R. Craig Lawrence <br> [LD Gvt US Attorney] <br> (see above) |
| New York State Board of Elections <br> Defendant – Appellee | |

Christopher Earl Strunk; Harold W. Van Allen,

Plaintiffs – Appellants

v.

United States Department of State; Central Intelligence Agency; Barack Hussein Obama; US Copyright Office; Loretta E. Lynch, US Attorney General; New York State Board of Elections,

Defendants – Appellees

| 12/29/2014 | | US CIVIL CASE docketed. [14-5327] |
|---|---|---|
| 12/29/2014 | 🗎 <br> 17 pg, 1.65 MB | NOTICE OF APPEAL filed [1529431] by Christopher Earl Strunk and Harold W. Van Allen seeking review of a decision by the U.S. District Court in 1:14-cv-00995-RJL. Assigned USCA Case Number [14-5327] |

| | |
|---|---|
| 12/29/2014<br>8 pg, 625.47 KB | CLERK'S ORDER filed [1529434] directing party to file motion to proceed on appeal in forma pauperis or payment of docketing fee. APPELLANT payment of docketing fee or motion to proceed IFP in district court due 01/28/2015, Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail. [14-5327] |
| 12/29/2014 | FIRST CLASS MAIL SENT [1529441] of order [1529434-2] to both appellants [14-5327] |
| 12/29/2014 | CERTIFIED MAIL SENT [1529442] with return receipt requested [Receipt No.7007 0710 0004 7190 2782 for Strunk, and 7007 0710 0004 7190 2799 for Van Allen] of order [1529434-2]. Certified Mail Receipt due 01/28/2015 from Christopher Earl Strunk and Harold W. Van Allen. [14-5327] |
| 01/08/2015 | CERTIFIED MAIL RECEIPT [1531377] RECEIVED from Rob Wharf for order [1529442-2] sent to Appellant Christopher Earl Strunk [14-5327] |
| 01/08/2015 | CERTIFIED MAIL RECEIPT [1531425] RECEIVED from Harold Van Allen [signed for on 01/05/2015] for order [1529442-2] sent to Appellant Harold W. Van Allen [14-5327] |
| 01/23/2015<br>20 pg, 1.19 MB | MOTION filed [1534672] by Harold W. Van Allen leave to proceed ifp in the district court [Service Date: 01/28/2015 ] Pages: 1-10. [14-5327] |
| 01/23/2015<br>19 pg, 1.18 MB | MOTION filed [1534674] by Harold W. Van Allen for judicial notice. [Service Date: 01/28/2015 ] Pages: 1-10. [14-5327] |
| 01/28/2015<br>1 pg, 39.51 KB | CLERK'S ORDER filed [1534679] referring motion ifp in district court [1534672-2] to the district court for consideration., holding case in abeyance. Case 14-5327 held in abeyance pending IFP decision in 1:14cv995-RJL from U.S. District Court; The Clerk is directed to transmit a copy of this order and the original motion to the district court. [14-5327] |
| 01/30/2015<br>4 pg, 38.34 KB | NOTICE [1535125] filed from Clerk, District Court leave to proceed ifp in the district court is granted for Harold W. Van Allen [Case Number 14-5327: IFP] [14-5327] |
| 01/30/2015<br>9 pg, 870.7 KB | MOTION filed [1535393] by Christopher Earl Strunk leave to proceed ifp in the district court [Service Date: 01/26/2015 ] Pages: 1-10. [14-5327] |
| 02/02/2015<br>1 pg, 39.04 KB | CLERK'S ORDER filed [1535394] referring apellant Strunk's motion ifp in district court [1535393-2] to the district court for consideration. Case 14-5327 held in abeyance pending decision in 1:14cv995-RJL from U.S. District Court; The Clerk is directed to transmit a copy of this order and the original motion to the district court. [14-5327] |
| 02/04/2015<br>78 pg, 1.92 MB | MOTION filed [1536137] by Harold W. Van Allen for judicial notice. (Response to Motion served by mail due on 02/20/2015) [Service Date: 02/05/2015 by Clerk] Pages: 1-10. [14-5327] |
| 02/04/2015 | MOTION filed [1536139] by Harold W. Van Allen for judicial notice.[Electronic Version Unavailable, Original Paper Document in File] (Response to Motion served by mail due on 02/20/2015) [Service Date: 02/05/2015 by Clerk] Pages: 1-10. [14-5327] |
| 02/11/2015<br>50 pg, 2.78 MB | NOTICE FILED [1537275] by Christopher Earl Strunk of filing in Supreme Court. [Service Date: 02/11/2015 ] [14-5327] |

| | | |
|---|---|---|
| 02/19/2015<br>195 pg, 7.77 MB | 📄 | MOTION filed [1538853] by Harold W. Van Allen for judicial notice. (Response to Motion served by mail due on 03/02/2015) [Service Date: 02/17/2015 by Email] Pages: 1-10. [14-5327] |
| 03/09/2015<br>5 pg, 41.81 KB | 📄 | NOTICE [1541400] filed from Clerk, District Court leave to proceed ifp in the district court is granted for Christopher Strunk [Case Number 14-5327: IFP] [14-5327] |
| 03/10/2015<br>2 pg, 46.49 KB | 📄 | CLERK'S ORDER filed [1541568] setting briefing schedule: APPELLANTs Brief due 04/29/2015. APPENDIX due 04/29/2015, Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail., removing case from abeyance [14-5327] |
| 03/10/2015 | | FIRST CLASS MAIL SENT [1541582] of order [1541568-4] to appellant [14-5327] |
| 03/10/2015 | | CERTIFIED MAIL SENT [1541585] with return receipt requested [Receipt No.7007 0710 0004 7190 7978] of order [1541568-6]. Certified Mail Receipt due 04/09/2015 from Christopher Earl Strunk. [14-5327] |
| 03/10/2015 | | CERTIFIED MAIL SENT [1541586] with return receipt requested [Receipt No.7007 0710 0004 7190 7961] of order [1541568-6]. Certified Mail Receipt due 04/09/2015 from Harold W. Van Allen. [14-5327] |
| 03/20/2015 | | CERTIFIED MAIL RECEIPT [1543735] RECEIVED from Harold Van Allen [signed for on 03/16/2015] for order [1541586-2] sent to Appellant Harold W. Van Allen [14-5327] |
| 04/30/2015<br>22 pg, 760.47 KB | 📄 | APPELLANT BRIEF [1550157] filed by Christopher Earl Strunk and Harold W. Van Allen [Service Date: 05/01/2015 ] Length of Brief: 3772 words. [14-5327] |
| 04/30/2015<br>437 pg, 38.5 MB | 📄 | APPENDIX [1550250] filed by Christopher Earl Strunk and Harold W. Van Allen. [Volumes: 1] [Service Date: 05/01/2015 ] [14-5327] |
| 05/05/2015<br>1 pg, 92.24 KB | 📄 | CERTIFIED MAIL RECEIPT [1550747] RECEIVED from Christopher Strunk [signed for on 04/15/2015] for order [1541585-2] sent to Appellant Christopher Earl Strunk [14-5327] |
| 07/21/2015<br>1 pg, 38.95 KB | 📄 | PER CURIAM ORDER filed [1563494] that the court will dispose of the appeal without oral argument on the basis of the record and presentations in the briefs pursuant to Fed. R. App. 34(a)(2); D.C.Cir.Rule 34(j). Before Judges: Rogers, Millett and Wilkins. [14-5327] |
| 07/21/2015<br>1 pg, 37.71 KB | 📄 | [THIS JUDGMENT VACATED BY ORDER OF 07/21/15] PER CURIAM JUDGMENT filed [1563505] (without memorandum), dismissing as moot 01/23/15 motion for judicial notice [1534674-2]; denying February 4 and February 19, 2015 motions for judicial notice [1538853-2], [1536139-2], [1536137-2], FURTHER ORDERED AND ADJUDGED that the district court's orders filed on June 16 and November 10, 2014 be affirmed. (SEE JUDGMENT FOR DETAILS) withholding issuance of the mandate. Before Judges: Rogers, Millett and Wilkins. [14-5327] |
| 07/21/2015<br>1 pg, 37.71 KB | 📄 | CLERK'S ORDER filed [1563551] ORDERED on the court's own motion, that the judgment issued July 21 ,2015, be vacated as entered in error [1563505-2] [14-5327] |

## Case Selection Page

| Case Number<br>Title | Opening<br>Date | Last<br>Docket<br>Entry | Originating Case Number<br>Origin |
|---|---|---|---|
| 15-40238<br>State of Texas, et al v. USA, et<br>al | 02/23/2015 | 07/15/2015<br>11:33:41 | 0541-1 : 1:14-CV-254<br>Southern District of Texas,<br>Brownsville |
| 15-40326<br>State of Texas, et al v. USA, et<br>al | 03/06/2015 | 07/15/2015<br>13:39:53 | 0541-1 : 1:14-CV-254<br>Southern District of Texas,<br>Brownsville |
| 15-40333<br>State of Texas, et al v. USA, et<br>al | 03/10/2015 | 07/10/2015<br>12:56:28 | 0541-1 : 1:14-CV-254<br>Southern District of Texas,<br>Brownsville |
| 15-40702<br>State of Texas, et al v. USA, et<br>al | 05/19/2015 | | 0541-1 : 1:14-CV-254<br>Southern District of Texas,<br>Brownsville |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

USDC-DCD -15-cv-1036-RJL

————————————————————————————x

**NATURAL BORN CITIZEN PARTY**
**NATIONAL COMMITTEE**
**AND HAROLD WILLIAM VAN ALLEN**
**(NBCP NATIONAL CO- CHAIRPERSON & 2016 POTUS-CINC CANDIDATE-ELECTOR)**
351 NORTH ROAD, HURLEY NY 12443 845-389-4366 hvanallen@hvc.rr.com
AND THOSE ESTIMATED EXCESS OF 50,000,000 SIMILARLY SITUATED NATURAL BORN U.S.
CITIZENS INCLUDING RELATED CASE 14-cv-00995-RJL CHRISTOPHER EARL STRUNK
                                    Plaintiffs

                                        v

**FEDERAL ELECTIONS COMMISSION**
999 E Street NW; Washington DC 20463
**FEDERAL BUREAU OF INVESTIGATION**
935 PENNSYLVANIA AVE, NW; WASHINGTON DC 20535-0001
And other defendants in related case USDC-DCD 14-cv-00995-RJL Including:
**US DEPARTMENT OF STATE;** 2201 C Street NW; Washington DC 20520
**CENTRAL INTELLIGENCE AGENCY;** Washington DC 20505
**BARACK HUSSEIN OBAMA II;** 1600 Pennsylvania Ave NW; Washington, DC 20500
**US COPYRIGHT OFFICE;** 101 Independence Ave SE; Washington, DC 20559-6000
**NYS Board of Elections** by its agents at 40 North Pearl St Suite 5; Albany, NY 12207-2729
                                    Defendants
US ATTORNEY GENERAL; 950 Pennsylvania Ave NW, Washington, DC 20530
NYS ATTORNEY GENERAL; The Capitol, Albany, NY 12224-0341

---

# MOTION FOR RECONSIDERATION JULY 6, 2015 ORDER,
# MOTION FOR LEAVE TO FILE AMENDED COMPLAINT UNDER
# SEAL
## MOTION TO CONSOLIDATE
## WITH MULTI-STATE CIVIL ACTION
## USDC-TXSD (BROWNSVILLE) 14-cv-254-ASH
### ADMINISTRATIVE PROCEDURE ACT ADDED CAUSE OF ACTION
### REGARDING 2016 ELECTION OF NATURAL BORN CITIZEN POTUS/CinC

COMPLAINT with Petition for Assignment to Special Three Judge District Court
and Petition for Writ of Mandamus
Page 1

AMNESTY OF ILLEGAL IMMIGRANTS AND ORGANIZED CRIME COMBATANTS VIA
UNCONSTITUTIONAL EXECUTIVE ACTIONS

# SEALED COMPLAINT and PETITION
## ADMINISTRATIVE PROCEDURES ACT 5 U.S.C. Chapter 5 FBI FOIA RE: ORGANIZED INTERNATIONAL CRIMINAL CONTROL OF FEDERAL AND STATE ELECTONS FREEDOM OF INFORMATION ACT APPEAL 5 U.S.C. § 552,

### And

## FEC FOR A SPECIAL WRIT OF MANDAMUS FOR EQUITY RELIEF OF
## 28 U.S.C. § 2201 and 2202

### And

## REMOVAL FROM STATE COURT OF CLOSELY RELATED NATURAL BORN CITIZEN (NEW YORK) STATE TRIAL COURT CASE(S)

### And finally

## ASSIGNMENT TO A SPECIAL MULTI-CIRCUIT THREE JUDGE US DISTRICT COURT
## WITH A SPECIAL MASTER UNDER 28 U.S.C. § 2284 CONTROLLING DISPURSMENT OF NATURAL BORN CITIZEN PARTY $5 BILLION 2016 NATURAL BORN CITIZEN CANDIDATE-ELECTOR VETTING

COMPLAINT with Petition for Assignment to Special Three Judge District Court
and Petition for Writ of Mandamus
Page 2

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

### NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
### IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

     Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

     Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

     Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

I.    RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

     A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

    [ ]  (a)    relates to common property

    [X]  (b)    involves common issues of fact

    [X]  (c)    grows out of the same event or transaction

    [ ]  (d)    involves the validity or infringement of the same patent

    [ ]  (e)    is filed by the same pro se litigant

2.    RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

     A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

     Check box if new case is related to a dismissed case:  [ ]

3.    NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

    USDC-TXSD UNITED STATES DISTRICT COURT - TEXAS SOUTHERN DISTRICT (BROWNSVILLE DIVISION)

4.    CAPTION AND CASE NUMBER OF RELATED CASE(ES). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

    STATE OF TEXAS ET AL    v.  USA ET AL    C.A. No. 14-cv-254

    July 16, 2015
    DATE                        Signature of Plaintiff/Defendant (or counsel)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATURAL BORN CITIZEN PARTY | ) |
| NATIONAL COMMITTEE, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Case No. 15-1036 (RJL) |
| | ) |
| FEDERAL ELECTIONS COMMISSION, | ) |
| *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**FILED**

JUL - 6 2015

Clerk, U S District & Bankruptcy
Courts for the District of Columbia

**MEMORANDUM ORDER**
(July ____, 2015) [Dkt. #1]

*Pro se* plaintiffs Natural Born Citizen Party National Committee and Harold

William Van Allen (together, "plaintiffs") filed the instant action on July 1, 2015. *See*

Complaint with Petition for Special Writ of Mandamus for Equity Relief [Dkt. #1]. Upon

consideration of plaintiffs' papers and the relevant law, the Court DENIES plaintiffs'

Petition for a Special Writ of Mandamus for Equity Relief,[1] and DISMISSES plaintiffs'

Complaint in its entirety.

The Federal Rules of Civil Procedure are clear that although "[n]o technical form

is required," pleadings must be "simple, concise, and direct." Fed. R. Civ. P. 8(d)(1).

The Court is mindful, of course, that complaints filed by *pro se* litigants are held to less

stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines*

---

[1] The Court also DENIES plaintiffs' additional requests contained therein for Removal from
State Court of Closely Related National Born Citizen (New York) State Trial Court Case(s) and
Assignment to a Special Three Judge U.S. District Court with a Special Master. *See* [Dkt. #1].

1

*v. Kerner*, 404 U.S. 519, 520 (1972). Despite this less stringent standard, however, I am unable to glean from the plaintiffs' papers any legitimate grounds for granting the relief they are seeking. The statements contained in the plaintiffs' pleadings are, moreover, neither simple nor concise, and as such, fall well short of Rule 8(d)(1)'s requirements.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' Petition for Special Writ of Mandamus For Equity Relief and Removal from State Court of Closely Related Natural Bork Citizen (New York) State Trial Court Case(s) and Assignment to a Special Three Judge US District Court With a Special Master [Dkt.#1] is **DENIED**, and it is further

**ORDERED** that Plaintiffs' Complaint is **DISMISSED**.

**SO ORDERED.**

RICHARD L. LEON
United States District Judge

2



U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

July 7, 2015

MR. HAROLD WILLIAM VAN ALLEN
351 NORTH ROAD
HURLEY, NY 12443

Request No.:NFP-47650
Subject:   ESTIMATE OF FBI FOIA
RELATED EFFORTS TO SEARCH VITAL
STATISTICS FOR EVERY US CITIZEN ETC.

Dear Mr. Van Allen:

This is in response to your Freedom of Information Act (FOIA) request regarding estimates of FBI FOIA related efforts to search vital statistics for every US citizen etc.

The FOIA does not require federal agencies to answer inquiries, create records, conduct research, or draw conclusions concerning queried data.   Rather the FOIA requires agencies to provide access to reasonably described, nonexempt records.   The questions posed in the referenced letter are not FOIA requests because they do not comply with the FOIA and its regulations.

For questions on how to reasonably describe your request, please email us at foipaquestions@ic.fbi.gov.   You may also visit www.fbi.gov and select "Stats and Services," "FOIA/Records Requests," and "Requesting FBI Records" for additional guidance.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html.   Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely.   The envelope and the letter should be clearly marked "Freedom of Information Appeal."   Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI Fact Sheet.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure



United States District Court
Southern District of Texas
FILED

MAR 1 2 2015

David J. Bradley, Clerk of Court

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

Clerk of Court: 600 E. Harrison St. #101 Brownsville, TX 78520 (956)548-2500

STATE OF TEXAS, et al .

      Plaintiffs,

      v.               Case No. l1:14-cv-00254-ASH

UNITED STATES OF AMERICA, et al.

      Defendants

---

# MOTION FOR LEAVE TO FILE THIS EMERGENCY INTERVENTION CHALLENGING THE STANDING OF NON-NATURAL BORN CITIZEN DEFENDANT BARACK OBAMA -- THE SON OF A NON-US CITIZEN -- AND THE STANDING OF HIS ADMINISTRATIVLY SUBORDINATE APPOINTED AGENCIES (DHS et al.) SECRETARIES/ DIRECTORS.

# IN THIS CASE OF UNCONSTITUTIONAL EXECUTIVE ADMINISTRATIVE ACTION OR EXECUTIVE ORDERED ILLEGAL IMMIGRANT AMNESTY AS WELL AS CONTEMPT OF INJUNCTION.

## STANDING OF MOVANT TO INTERVENE TO CHALLENGE THE STANDING OF NON-NATURAL BORN CITIZEN BARACK OBAMA

**HAROLD WILLIAM VAN ALLEN** – documented US citizen, military veteran (naval commissioned line officer), and registered federal and NYS voter residing at ██████████ ██████ Hurley, NY 12443

-- a natural born US citizen of the State of Indiana (Lafayette) b. ██████████ 1951 the product of two natural born US citizens – mother a US natural born citizen of Illinois (Chicago) b. ██████ 1913 the product of US natural born citizens of Vermont -- and father a US natural born citizen of Pennsylvania (Pittsburgh) b. ██████████, 1913 the product of US natural born citizens of South Carolina and Virginia.

And now having been granted amicus (EXHIBIT A ) in the originating multi-state litigation USDC-TXSD B-14-cv-254 "STATE OF TEXAS, ET AL. v UNITED STATES OF AMERICA, ET AL.)

Harold William Van Allen

## CERTIFATION OF ELECTRONIC SERVICE

### THIS Tuesday, March 10, 2015 on:

1:14-cv-00254 Notice has been electronically mailed to:

Adam Nicholas Bitter     adam.bitter@texasattorneygeneral.gov,
kathleen.morris@texasattorneygeneral.gov

Adam P KohSweeney     akohsweeney@omm.com

Andrew Stephen Oldham     andy.oldham@texasattorneygeneral.gov,
alex.potapov@texasattorneygeneral.gov

Angela V Colmenero     angela.colmenero@TexasAttorneyGeneral.gov,
peggy.hamil@texasattorneygeneral.gov

Anne E Egeler     anneE1@atg.wa.gov

Antonio Tony Martinez     tony@mbymlaw.com

Arthur D'Andrea     arthur.dandrea@texasattorneygeneral.gov, sylvia.rosales@texasattorneygeneral.gov

Cally Younger     cally.younger@gov.idaho.gov

Chirag G. Badlani     cbadlani@hsplegal.com

Dale L. Wilcox     dwilcox@irli.org

Daniel David Hu     daniel.hu@usdoj.gov, JJones5@usa.doj.gov, sKempen@usa.doj.gov

Daniel P Lennington     lenningtondp@doj.state.wi.us, WelteAJ@DOJ.STATE.WI.US

David A. Lopez     dave.lopez@nebraska.gov

Eric E Murphy     eric.murphy@ohioattorneygeneral.gov

Gabriel Markoff     gmarkoff@omm.com

Harold William Van Allen     hvanallen@hvc.rr.com

Ilya Shapiro     ishapiro@cato.org

J Jorge deNeve     jdeneve@omm.com

Jay Alan Sekulow     sekulow@aclj.org

John Campbell Barker     cam.barker@texasattorneygeneral.gov

Jonathan D Weissglass     jweissglass@altshulerberzon.com, aarkush@altshulerberzon.com,

smendez@altshulerberzon.com

Jonathon Alden Moseley    Contact@JonMoseley.com

Joseph C Chapelle    joe.chapelle@btlaw.com

Kyle Renee Freeny    kyle.freeny@usdoj.gov

Leif A. Olson    notices@olsonappeals.com, leif@olsonappeals.com

Linda Jane Smith    lsmith@omm.com

Michael M. Hethmon    mhethmon@irli.org, info@irli.org

Mitchell Lee Herren    mherren@hinklaw.com, dpalomino@hinklaw.com

Nina Perales    nperales@maldef.org, cleija@maldef.org

Patrick R. Wyrick    patrick.wyrick@oag.ok.gov, cara.gorden@oag.ok.gov

Peter Margulies    pmargulies@rwu.edu

Peter J Rusthoven    peter.rusthoven@btlaw.com

Richard Dearing    rdearing@law.nyc.gov

Ryan S Post    ryan.post@nebraska.gov

Scott A. Keller    scott.keller@texasattorneygeneral.gov, dustin.howell@texasattorneygeneral.gov, sabrina.wycoff@texasattorneygeneral.gov, vera.calamusa@texasattorneygeneral.gov



HAROLD W. VAN ALLEN
PH. (845)
HURLEY, NY 18448-6080

DATE 3/10/2015

762

60-7437/2550

PAY TO THE
ORDER OF  CLERK US DISTRICT COURT        $ 505 00

TEXAS SOUTHERN DISTRICT BROWNSVILLE  00

FIVE HUNDRED AND FIVE 00/100 DOLLARS

NAVY
FEDERAL
CREDIT UNION
VIENNA, VIRGINIA
www.navyfcu.org

B-14-254
INTERLOCARRY
APPEAL - MANDAMUS

FOR  STANDING OF DEFENDANT

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Clerk of Court: 600 S. Maestri Place; New Orleans, LA 70130-3408  (804) 310-7700

IN RE: HAROLD WILLIAM VAN ALLEN

PETITIONER

15-XXXXX-OP

RELATED ORIGINATING CASES

USDC-TXSD BROWNSVILLE DIVISION

DOCKET 14-cv-254

USCA-5C DOCKET 15-40238

## ORIGINAL PETITION / SPECIAL WRIT

HAROLD WILLIAM VAN ALLEN – documented US citizen, military veteran (Navy), resident and registered federal and NYS voter residing at ▓▓▓▓▓▓▓▓▓▓▓▓ NY 12443

-- a natural born US citizen of the State of Indiana (Lafayette) ▓▓▓▓▓▓ 1951 the product of two natural born US citizens of Illinois (Chicago) and Pennsylvania (Pittsburgh)

and now having been granted amicus (EXHIBIT A ) in the originating multi-state litigation USDC-TXSD B-14-cv-254

**"STATE OF TEXAS, ET AL. v UNITED STATES OF AMERICA, ET AL.)**

I request leave of the court to file this Original Proceeding or special writ seeking this US COURT OF APPEALS for the Fifth Circuit undertake as a trial court the vetting of aka Barack Obama eligibility qualifications to hold office of POTUS/CINC and to self-execute under administrative procedure act a blank amnesty of millions of undocumented aliens.

Harold William Van Allen

## CERTIFICATION OF ELECTRONIC SERVICE

## THIS Wednesday, March 4, 2015 on:

1:14-cv-00254 Notice has been electronically mailed to:

Adam Nicholas Bitter    adam.bitter@texasattorneygeneral.gov, kathleen.morris@texasattorneygeneral.gov

Adam P KohSweeney    akohsweeney@omm.com

Andrew Stephen Oldham    andy.oldham@texasattorneygeneral.gov, alex.potapov@texasattorneygeneral.gov

Angela V Colmenero    angela.colmenero@TexasAttorneyGeneral.gov, peggy.hamil@texasattorneygeneral.gov

Anne E Egeler    anneE1@atg.wa.gov

Antonio Tony Martinez    tony@mbymlaw.com

Arthur D'Andrea    arthur.dandrea@texasattorneygeneral.gov, sylvia.rosales@texasattorneygeneral.gov

Cally Younger    cally.younger@gov.idaho.gov

Chirag G. Badlani    cbadlani@hsplegal.com

Dale L. Wilcox    dwilcox@irli.org

Daniel David Hu    daniel.hu@usdoj.gov, JJones5@usa.doj.gov, sKempen@usa.doj.gov

Daniel P Lennington    lenningtondp@doj.state.wi.us, WelteAJ@DOJ.STATE.WI.US

David A. Lopez    dave.lopez@nebraska.gov

Eric E Murphy    eric.murphy@ohioattorneygeneral.gov

Gabriel Markoff    gmarkoff@omm.com

Harold William Van Allen    hvanallen@hvc.rr.com

Ilya Shapiro    ishapiro@cato.org

J Jorge deNeve    jdeneve@omm.com

Jay Alan Sekulow    sekulow@aclj.org

John Campbell Barker    cam.barker@texasattorneygeneral.gov

Jonathan D Weissglass    jweissglass@altshulerberzon.com, aarkush@altshulerberzon.com, smendez@altshulerberzon.com

Jonathon Alden Moseley    Contact@JonMoseley.com

Joseph C Chapelle    joe.chapelle@btlaw.com

Kyle Renee Freeny    kyle.freeny@usdoj.gov

Leif A. Olson    notices@olsonappeals.com, leif@olsonappeals.com

Linda Jane Smith    lsmith@omm.com

Michael M. Hethmon    mhethmon@irli.org, info@irli.org

Mitchell Lee Herren    mherren@hinklaw.com, dpalomino@hinklaw.com

Nina Perales    nperales@maldef.org, cleija@maldef.org

Patrick R. Wyrick    patrick.wyrick@oag.ok.gov, cara.gorden@oag.ok.gov

Peter Margulies    pmargulies@rwu.edu

Peter J Rusthoven    peter.rusthoven@btlaw.com

Richard Dearing    rdearing@law.nyc.gov

Ryan S Post    ryan.post@nebraska.gov

Scott A. Keller    scott.keller@texasattorneygeneral.gov, dustin.howell@texasattorneygeneral.gov,
sabrina.wycoff@texasattorneygeneral.gov, vera.calamusa@texasattorneygeneral.gov

Case 1:14-cv-00254 Document 284 Filed on 07/29/15 in TXSD Page 31 of 72
Case 1:14-cv-00254 Document 196-2 Filed in TXSD on 03/12/15 Page 1 of 1
Case 1:14-cv-00254 Document 146 Filed in TXSD on 02/19/15 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant-Intervenors' Motion for Leave to Proceed Under Pseudonyms [Doc. No. 92], Motion for Leave of Court to File Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County [Doc. No. 107], and Harold William Van Allen's Motion for Leave to File Amicus [Doc. No. 139].

The Court, after due consideration, hereby denies Defendant-Intervenors' Motion for Leave to Proceed Under Pseudonyms [Doc. No. 92] as moot, grants the Motion for Leave of Court to File Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County [Doc. No. 107], and grants Harold William Van Allen's Motion for Leave to File Amicus [Doc. No. 139].

Signed this _15__ day of February, 2015.

Andrew S. Hanen
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

Clerk of Court: 600 E. Harrison St. #101 Brownsville, TX 78520 (956)548-2500

STATE OF TEXAS, et al .

       Plaintiffs,

       v.                   Case No. I1:14-cv-00254-ASH

UNITED STATES OF AMERICA, et al.

       Defendants

---

**MOTION for Leave to File in support of plaintiffs as an Amicus in a related and already docketed (doc # 108) case "Arpaio v Obama" USCA-DCC 14-cv-5325 and related case USCA-DCC 14-cv-5327 "Strunk et al. v US Department of State et al.**

**"NOTICE OF MOTION TO SEAL AND ..." in this court as a related multi-state unconstitutional executive amnesty litigation matter "State of Texas et al. v United States of America et al." 14-cv-254-ASH USDC-TXSD.**

01/20/2015    108    MOTION for Leave to File Amicus Brief in Support of Plaintiffs'
Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa
County by Joe Arpaio. filed. Motion Docket Date 2/10/2015.
(Attachments: # 1 Proposed Order, # 2 Amicus Brief in Support of
Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of
Maricopa County)(jtabares, 1) (Entered: 01/20/2015)

**Filed by Harold William Van Allen pro se non-attorney Plaintiff/Appellant United States Court of Appeals for the District of Columbia Circuit 14-cv-5327 and United States District Court for the District of Columbia District 14-cv-995-RJL**

2/8/2015

H. William Van Allen

351 North Road Hurley, NY 12443

(845) 389-4366

hvanallen@hvc.rr.com

Certificate of electronic service this date Sunday, February 8, 2015 upon:

andy.oldham@texasattorneygeneral.gov

pmargulies@rwu.edu

adam.bitter@texasattorneygeneral.gov

angela.colmenero@TexasAttorneyGeneral.gov

arthur.candrea@texasattorneygeneral.gov

jam.parker@texasattorneygeneral.gov

scott.keller@texasattorneygeneral.gov

joe.chapelle@btlaw.com

peter.n.sthoven@btlaw.com

dave.lopez@nebraska.gov

ryan.post@nebraska.gov

lenningtondp@doj.state.wi.us

cally.younger@gov.idaho.gov

eric.murphy@ohioattorneygeneral.gov

patrick.wyrick@oag.ok.gov

kyle.freeny@usdoj.gov

daniel.hu@usdoj.gov

orly.taitz@hushmail.com

gmarkoff@omm.com

ideneve@omm.com

nperales@maldef.org

akohsweeney@omm.com

ismith@omm.com

sdlutow@aclj.org

pweinglass@alshulerberzon.com

dwilson@ij.org

mhethmon@irli.org

tom@robinslaw.com

jshapiro@cair.org

notices@ph-appeals.com

cbadlani@hsplegal.com

anneti@atg.wa.gov

Contact@JonMoseley.com

rdearing@law.nyc.gov

lekayman@gmail.com

scott.mcintosh@usdoj.gov

jeffrey.clair@usdoj.gov

william.e.havemann@usdoj.gov

craig.lawrence@usdoj.gov

CEStrunc@yahoo.com

Case 1:14-cv-00254 Document 284 Filed on 07/29/15 in TXSD Page 35 of 72
Case 1:14-cv-00254 Document 196-2 Filed in TXSD on 03/12/15 Page 5 of 15

Case 1:14-cv-00995-RJL Document 9 Filed 12/10/14 Page 10 of 12

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

------------------------------------------------x  Case No.: **14-cv-00995 (RJL.)**

**CHRISTOPHER EARL STRUNK**
593 Vanderbilt Avenue PMB 281 NYC, NY 11238
845-901-6767 chris@strunk.ws.
and **H. WILLIAM VAN ALLEN**
351 North Road Hurley NY 12443          :
845-389-4366 hvanallen@hvc.rr.com       .

          Plaintiffs,     .     **NOTICE OF MOTION**

v.                                            **TO SEAL AND**

**U.S. DEPARTMENT OF STATE (DOS)** by
JOHN F. KERRY (SOS) at 2201 C Street NW
Washington, DC 20520 TTY:1-800-877-8339
**CENTRAL INTELLIGENCE AGENCY**
by JOHN O. BRENNAN, DCI
Washington, D.C. 20505 fax: (571) 204-3800  :
**BARACK HUSSEIN OBAMA II**
1600 Pennsylvania Ave. NW Washington DC 20500 :
**U.S. COPYRIGHT OFFICE**
101 Independence Avenue SE
Washington, DC 20559-6000 (202) 707-3000   .
and **THE NEW YORK STATE BOARD**
**OF ELECTIONS** and its agents at
46 North Pearl Street, Suite 5
Albany, NY 12207-2729 Fax (518) 486-4068

         Defendants.

**ERIC HOLDER,** US ATTORNEY GENERAL
950 Pennsylvania Ave NW Washington DC 20530
------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed affidavit of Christopher-Earl: Strunk

affirmed November 8, 2014 with exhibits will move with Fed Rules of Civil Procedure and

Local Rules to Seal the Case and 

until further notice as supplement to the Motion Reargue the Order to Dismiss entered June 16,

2014 in order to Supplement the Complaint filed 10 June 2014 with Fed. R. Civ. P Rule

15(a)(1)(A), and Rule 19(a)(1)(A)(B), heard before the Honorable Richard J. Leon USDJ at the

Case 1:14-cv-00254 Document 284 Filed on 07/29/15 in TXSD Page 36 of 72
Case 1:14-cv-00254 Document 196-2 Filed in TXSD on 03/12/15 Page 6 of 15

Case 1:14-cv-00995-RJL Document 9 Filed 12/10/14 Page 11 of 12

designated Courtroom in the Courthouse at 333 Constitution Avenue NW Washington DC

20001, before the 24th day of November 2014, at a time designated by the Court or as soon

thereafter as counsel can be heard.

**Dated:** Brooklyn, New York          /s/
          November 8th, 2014
          _____
          **Christopher-Earl: Strunk** in esse Sui juris
          secured beneficiary agent of the Debtor Trust
          transmitting utility ™CHRISTOPHER EARL
          STRUNK© Plaintiff, the Executor and Settlor
          for the _Express Deed In Trust To The United_
          _States Of America_, located at
          593 Vanderbilt Avenue – PMB 281
          Brooklyn, New York Zipcode excepted 11238
          Cell: 845-901-6767 Email: chris@strunk.ws

SERVICE LIST:

PERSONAL & CONFIDENTIAL FOR RECIPIENT EYES ONLY with COURTESY COPY
REDACTED MOTION WITHOUT EXHIBITS TO RECIPIENT:

**US Attorney for**
Washington District of Columbia
Judiciary Center Building
555 Fourth Street NW
Washington DC 20530

**JOSHUA PEPPER, AAG for**
Eric Schneiderman, Attorney General for
The State of New York
120 Broadway 25th Floor
New York, New York 10271

**H. William Van Allen**
351 North Road
Hurley, New York 12443

**MICHAEL SHRIMPTON**
8 Jusons Glebe,
Wendover, United Kingdom HP22 6PF

**PAUL EDWARD IREY**
c/o CHRISTOPHER EARL STRUNK
593 Vanderbilt Avenue PMB 281
Brooklyn, New York

**The Honorable David I. Schmidt J.S.C.**
New York Supreme Court for the County of Kings
Part 47 Courtroom 541
360 Adams Street
Brooklyn, New York 11201

**The Honorable Ron Johnson**
United States Senator from the State of Wisconsin
328 Hart Senate Office Building
Washington, DC 20510

**The Honorable Jeff Sessions**
United States Senator from the State of Alabama
326 Russell Senate Office Building
Washington, DC 20510

## Harold Van Allen

| | |
|---|---|
| **From:** | Harold Van Allen <hvanallen@hvc.rr.com> |
| **Sent:** | Thursday, February 5, 2015 9:40 PM |
| **To:** | Larry Klayman Esq (leklayman@gmail.com); Larry Klayman Esq (leklayman@yahoo.com); craig. lawrence (craig.lawrence@usdoj.gov); Christopher Earl Strunk (CEStrunck@yahoo.com) |
| **Subject:** | https://www.scribd.com/doc/254873203/USCA-DCC-14-5327-Motion-for-Judicial-Notice-of-USCA-DCC-14-5325-as-Related-Case-Arpaio-v-Obama-Appellant-Brief-and-Appendix-I-II |

https://www.scribd.com/doc/254873203/USCA-DCC-14-5327-Motion-for-Judicial-Notice-of-USCA-DCC-14-5325-as-Related-Case-Arpaio-v-Obama-Appellant-Brief-and-Appendix-I-II

From: Harold Van Allen [mailto:hvanallen@hvc.rr.com]
Sent: Thursday, February 5, 2015 9:04 PM
To: Larry Klayman Esq (leklayman@gmail.com); Larry Klayman Esq (leklayman@yahoo.com); craig. lawrence (craig.lawrence@usdoj.gov); Christopher Earl Strunk (CEStrunck@yahoo.com)
Subject: RE: Emailing: USCA-DCC 14-5327 Motion for Judicial Notice of USCA-DCC 14-5325 as Related Case Arpaio v Obama Appellant Brief and Appendix I II

### General Docket
### United States Court of Appeals for District of Columbia Circuit

**Court of Appeals Docket #:** 14-5327                              **Docketed:** 12/29/2014
**Nature of Suit:** 2890 Other Statutory Actions
Christopher Strunk, et al v. DOS, et al
**Appeal From:** United States District Court for the District of Columbia
**Fee Status:** IFP Pending USDC

**Case Type Information:**
  1) Civil US
  2) United States
  3)

**Originating Court Information:**
  **District:** 0090-1 : 1:14-cv-00895-RJL                    **Lead:** 1:14-cv-00895-RJL
  **Trial Judge:** Richard J. Leon, U.S. District Judge
  **Date Filed:** 06/10/2014
  **Date Order/Judgment:**                **Date NOA Filed:**
  11/10/2014                              12/10/2014

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**    Not available

1

Christopher Earl Strunk

    Plaintiff - Appellant

Christopher Earl Strunk
Direct: 845-901-6767
[NTC Pro Se]
Firm: 212-307-4444
593 Vanderbilt Avenue
#281
Brooklyn, NY 11238

Harold W. Van Allen

    Plaintiff - Appellant

Harold W. Van Allen
Direct: 845-389-4366
Email: hvanallen@hvc.rr.com
[NTC Pro Se]
Firm: 845-389-4366
351 North Road
Hurley, NY 12443

    v.

United States Department of State

    Defendant - Appellee

R. Craig Lawrence
Email: craig.lawrence@usoj.gov
[LD NTC Gvt Atty USAO/AUSA]
U.S. Attorney's Office
(USA) Civil Division
Firm: 202-252-2500
555 4th Street, NW
Washington, DC 20530

Central Intelligence Agency

    Defendant - Appellee

R. Craig Lawrence
[LD NTC Gvt Atty USAO/AUSA]
(see above)

Barack Hussein Obama

    Defendant - Appellee

R. Craig Lawrence
[LD NTC Gvt Atty USAO/AUSA]
(see above)

US Copyright Office

    Defendant - Appellee

R. Craig Lawrence
[LD NTC Gvt Atty USAO/AUSA]
(see above)

Eric H. Holder, Jr., US Attorney General

    Defendant - Appellee

R. Craig Lawrence
[LD Gvt Atty USAO/AUSA]
(see above)

New York State Board of Elections

    Defendant - Appellee

Christopher Earl Strunk; Harold W. Van Allen,

    Plaintiffs - Appellants

    v

United States Department of State; Central Intelligence Agency; Barack Hussein Obama; US Copyright Office; Eric H. Holder, Jr., US Attorney General; New York State Board of Elections,

Defendants - Appellees

| | | |
|---|---|---|
| 12/29/2014 | | US CIVIL CASE docketed. [14-5327] |
| 12/29/2014 | 17 pg. 1.65 MB | NOTICE OF APPEAL filed [1529431] by Christopher Earl Strunk and Harold W. Van Allen seeking review of a decision by the U.S. District Court in 1:14-cv-00995-RJL. Assigned USCA Case Number [14-5327] |
| 12/29/2014 | 3 pg. 625.47 KB | CLERK'S ORDER filed [1529434] directing party to file motion to proceed on appeal in forma pauperis or payment of docketing fee. APPELLANT payment of docketing fee or motion to proceed IFP in district court due 01/28/2015. Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail, return receipt requested and by 1st class mail. [14-5327] |
| 12/29/2014 | | FIRST CLASS MAIL SENT [1529441] of order [1529434-2] to both appellants [14-5327] |
| 12/29/2014 | | CERTIFIED MAIL SENT [1529442] with return receipt requested [Receipt No.7007 0710 0004 7190 2782 for Strunk, and 7007 0710 0004 7190 2799 for Van Allen] of order [1529434-2]. Certified Mail Receipt due 01/28/2015 from Christopher Earl Strunk and Harold W. Van Allen. [14-5327] |
| 01/08/2015 | | CERTIFIED MAIL RECEIPT [1531377] RECEIVED from Rob Wharf for order [1529442-2] sent to Appellant Christopher Earl Strunk [14-5327] |
| 01/08/2015 | | CERTIFIED MAIL RECEIPT [1531425] RECEIVED from Harold Van Allen [signed for on 01/05/2015] for order [1529442-2] sent to Appellant Harold W. Van Allen [14-5327] |
| 01/23/2015 | 20 pg. 1.19 MB | MOTION filed [1534672] by Harold W. Van Allen leave to proceed ifp in the district court [Service Date: 01/28/2015 ] Pages: 1-10. [14-5327] |
| 01/23/2015 | 19 pg. 1.18 MB | MOTION filed [1534674] by Harold W. Van Allen for judicial notice. [Service Date: 01/28/2015 ] Pages: 1-10. [14-5327] |
| 01/28/2015 | 1 pg. 39.51 KB | CLERK'S ORDER filed [1534679] referring motion ifp in district court [1534672-2] to the district court for consideration., holding case in abeyance. Case 14-5327 held in abeyance pending IFP decision in 1:14cv995-RJL from U.S. District Court; The Clerk is directed to transmit a copy of this order and the original motion to the district court. [14-5327] |
| 01/30/2015 | 4 pg. 38.34 KB | NOTICE [1535125] filed from Clerk, District Court leave to proceed ifp in the district court is granted for Harold W. Van Allen [Case Number 14-5327: IFP] [14-5327] |
| 01/30/2015 | 9 pg. 870 7 KB | MOTION filed [1535393] by Christopher Earl Strunk leave to proceed ifp in the district court [Service Date: 01/26/2015 ] Pages: 1-10. [14-5327] |
| 02/02/2015 | 1 pg. 39.04 KB | CLERK'S ORDER filed [1535394] referring apellant Strunk's motion ifp in district court [1535393-2] to the district court for consideration. Case 14-5327 held in abeyance pending decision in 1:14cv995-RJL from U.S. District Court; The Clerk is directed to transmit a copy of this order and the original motion to the district court. [14-5327] |
| 02/04/2015 | 78 pg. 1 92 MB | MOTION filed [1536137] by Harold W. Van Allen for judicial notice. (Response to Motion served by mail due on 02/20/2015) [Service Date: 02/05/2015 by Clerk] Pages: 1-10. [14-5327] |
| 02/04/2015 | | MOTION filed [1536139] by Harold W. Van Allen for judicial notice.[Electronic Version Unavailable, Original Paper Document in File] (Response to Motion served by mail due on 02/20/2015) [Service Date: 02/05/2015 by Clerk] Pages: 1-10. [14-5327] |

-----Original Message-----
From: Harold Van Allen [mailto:hvanallen@hvc.rr.com]
Sent: Thursday, February 5, 2015 9:02 PM

To: Larry Klayman Esq (leklayman@gmail.com); Larry Klayman Esq (lexiayman@yahoo.com); craig. lawrence (craig.lawrence@usdoj gov); Christopher Earl Strunk (CEStrunck@yahoo.com)
Subject: Emailing: USCA-DCC 14-5327 Motion for Judicial Notice of USCA-DCC 14-5325 as Related Case Arpaio v Obama Appellant Brief and Appendix I II

Your message is ready to be sent with the following file or link attachments:

USCA-DCC 14-5327 Motion for Judicial Notice of USCA-DCC 14-5325 as Related Case Arpaio v Obama Appellant Brief and Appendix I II

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

Case 1:14-cv-00254 Document 284 Filed on 07/29/15 in TXSD Page 41 of 72
Case 1:14-cv-00254 Document 196-2 Filed in TXSD on 03/12/15 Page 11 of 15

Case 1:14-cv-00254 Document 108 Filed in TXSD on 01/20/15 Page 1 of 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JAN 2 0 2015

David J. Bradley, Clerk of Court

STATE OF TEXAS, *et al.*

          Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.

          Defendants

Case No. 1:14-cv-254

---

**MOTION FOR LEAVE OF COURT TO FILE**
**AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY**
**INJUNCTION BY JOE ARPAIO AS SHERIFF OF MARICOPA COUNTY**

Movant Joe Arpaio, elected Sheriff of Maricopa County, Arizona, ("Sheriff Arpaio")

respectfully requests leave to participate as an *amicus curiae* and to file a brief in support of the

Plaintiffs' Motion for Preliminary Injunction and causes of action for judgment. The proposed

brief is submitted with this motion. Counsel for proposed *amicus curiae* requested counsel for

Plaintiffs and Defendants to consent to this motion via e-mail sent on January 13, 2015.

Defendants take no position on this motion, while Plaintiffs have not responded.

**I.    INTEREST OF AMICUS CURIAE AND REASONS FOR BRIEF**

The Defendants have presented as their Exhibit #1 the memorandum opinion and

decision in Sheriff Arpaio's similar lawsuit. Because the Defendants' Opposition relies

significantly upon the decision of Judge Beryl A. Howell in Washington, D.C. in Sheriff

Arpaio's case there, this Court now would lack a proper and full briefing of the issues without

learning of the position of the Plaintiffs in that case. The citations of the Defendants to Sheriff

Case 1:14-cv-00254   Document 284   Filed on 07/29/15 in TXSD   Page 42 of 72
Case 1:14-cv-00254   Document 196-2   Filed in TXSD on 03/12/15   Page 12 of 15

Case 1:14-cv-00254   Document 108   Filed in TXSD on 01/20/15   Page 2 of 5

Arpaio's case would not provide a balanced or complete perspective.

Defendants here extensively cite to and rely upon a similar lawsuit filed by Sheriff Arpaio and a decision rendered in that court case – although that decision is on appeal in the U.S. Court of Appeals for the District of Columbia Circuit. ("DC Circuit"). Because Defendants here cite from that precedent to support Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction in this case, the relevance and importance of his knowledge and involvement in this issue is conceded.

Sheriff Arpaio sued in the United States District Court for the District of Columbia ("DC District Court"), Civil Action No. 1:14-cv-01966, President Barack Obama ("President Obama"); Secretary of Homeland Security Jeh Johnson; and Director of the U.S. Citizenship and Immigration Service ("USCIS") Leon Rodriguez to challenge the Defendants' executive action amnesty for illegal aliens.

*Arpaio v. Obama* necessarily – by the Defendants' timetable, not Sheriff Arpaio's nor the Plaintiffs' actions – has been rushed through briefing and a hearing on an accelerated basis without discovery or development of facts relating to questions such as standing.

Therefore, it would be especially helpful for this Court to understand both points of view on citations here to *Arpaio v. Obama*. Sheriff Arpaio and counsel always expected the issues to be decided mainly on appeal, not in the D.C. District Court.

In sum, the importance of *Arpaio v. Obama*, which Defendants raised, makes it compelling for this Court to consider the fatally flawed nature of the D.C. District Court's order. This amicus brief is being filed now in part because the decision in *Arpaio v. Obama* did not come until December 23, 2014 and Defendants then cited to it significantly in this case here.

Case 1:14-cv-00254   Document 284   Filed on 07/29/15 in TXSD   Page 43 of 72
Case 1:14-cv-00254   Document 196-2   Filed in TXSD on 03/12/15   Page 13 of 15

Case 1:14-cv-00254   Document 108   Filed in TXSD on 01/20/15   Page 3 of 5

Furthermore, the State of Arizona is one of the Plaintiffs in this case. *Amicus Curiae* Sheriff Arpaio is the elected Sheriff of Maricopa County, Arizona, one of the largest Sheriff's offices in the United States. Maricopa County is the most populated County in the State of Arizona with 4,009,412 citizens.[1]  The County holds more than sixty percent (60%) of all of the population of entire State of Arizona. Sheriff Arpaio's Office effectively is nearly all of the State of Arizona in terms of law enforcement. Maricopa County is the fourth most populated County in the United States by most reports. If Maricopa County by itself were a State, the County would be larger by population than twenty-four (24)[2] of the States within the United States of America and larger than Puerto Rico and more than five times larger than the entire District of Columbia.

Sheriff Arpaio suffers direct economic harm from the Defendants' executive action amnesty for illegal aliens (citizens belonging to a foreign country).   On June 15, 2012, Defendants launched their DACA program. As a result, from February 1, 2014, through December 17, 2014, the financial harm from illegal aliens to the Office of the Sheriff of Maricopa County, Arizona was at least $9,293,619.96 consisting of the costs of holding illegal aliens in the Sheriff's jails, for those inmates flagged with INS "detainers." These costs of jail confinement are but one financial impact, easily quantified.

---

[1]   "**State & County Quick Facts,**" Maricopa County, Arizona, U.S. Census Bureau. http://quickfacts.census.gov/qfd/states/04/04013.html
[2]   "**State Population by Rank, 2013**", InfoPlease. http://www.infoplease.com/us/states/population-by-rank.html

Case 1:14-cv-00254 Document 284 Filed on 07/29/15 in TXSD Page 44 of 72
Case 1:14-cv-00254 Document 196-2 Filed in TXSD on 03/12/15 Page 14 of 15

Case 1:14-cv-00254 Document 108 Filed in TXSD on 01/20/15 Page 4 of 5

## II. PROPOSED AMICUS CURIAE'S BRIEF WILL BE USEFUL TO THE COURT

In his accompanying brief, proposed *Amicus Curiae* supplements Plaintiffs' Motion for Preliminary Injunction by drawing on his unique knowledge and experiences with litigation of these issues and with local law enforcement practices and effective policing.

Sheriff Joe Arpaio of Maricopa, Arizona, hereby respectfully requests leave of court in the Court's discretion to file an *Amicus Curiae* brief in support of the Plaintiffs' Motion for Preliminary Injunction.

Unique among all other parties in the nation and involving first-hand knowledge exclusively available to Sheriff Arpaio and his legal team alone, the Amicus Curiae can inform and advise the Court in detail where exactly the Defendants' arguments miss the mark as to what is actually at stake in the issues to be decided by this Court.

Having litigated on this same issue against the Defendants with the same Defendants' counsel, Amicus Curiae Sheriff Arpaio can ensure that the Court is properly informed on the key issues that may very well be pivotal to the Court's decision and the ultimate resolution on appeal to the U.S. Supreme Court.

A constitutional republic that is governed by laws rather than men and the rule of law even apart from any immigration issues is of supreme importance to the nation and its continued existence as the most successful democracy (constitutional republic) in human history, Amicus Curiae's counsel argued in the D.C. District Court on December 23, 2014, that this is not primarily a case about immigration about following the rule of law and U.S. Constitution.

Case 1:14-cv-00254   Document 284   Filed on 07/29/15 in TXSD   Page 45 of 72
Case 1:14-cv-00254   Document 196-2   Filed in TXSD on 03/12/15   Page 15 of 15
Case 1:14-cv-00254   Document 108   Filed in TXSD on 01/20/15   Page 5 of 5

III.   **CONCLUSION**

Proposed *amicus curiae* respectfully requests that this Court grant this motion, allow him

to participate as *amici curiae*, and accept for filing the brief submitted with this motion.

Dated: January 16, 2015

Respectfully submitted.

Larry Klayman, Esq.
Washington, D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Of Counsel
*(Pro Hac Vice Application Pending)*


Jonathon Moseley, Esq.

Virginia State Bar No. 41058
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Plaintiff
*Pro Hac Vice Approved*

### CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing motion and proposed brief will be delivered
electronically on January 16, 2015, to counsel for Plaintiffs and Defendants through the
District's Electronic Case Filing system.


Jonathon Moseley, Esq.

```
Court Name: USDC - SDTX
Division: 1
Receipt Number: DR0003974
Cashier ID: sarahb
Transaction Date: 03/12/2015
Payer Name: HAROLD VAN ALLEN
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: HAROLD VAN ALLEN
 Case/Party: D-TXS-1-14-CV-000254-001
 Amount:      $505.00
-----------------------------------
CHECK
 Check/Money Order Num: 762
 Amt Tendered: $505.00
-----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


A fee of $53.00 will be charged on
any returned negotiable instrument.
```



MAR 1 2 2015

David J. Bradley, Clerk of Court

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

Clerk of Court: 600 E. Harrison St. #101 Brownsville, TX 78520 (956)548-2500

**STATE OF TEXAS, et al .**

       **Plaintiffs,**

       **v.**            **Case No. l1:14-cv-00254-ASH**

**UNITED STATES OF AMERICA, et al.**

       **Defendants**

---

# MOTION FOR LEAVE TO FILE THIS EMERGENCY INTERVENTION CHALLENGING THE STANDING OF NON-NATURAL BORN CITIZEN DEFENDANT BARACK OBAMA -- THE SON OF A NON-US CITIZEN -- AND THE STANDING OF HIS ADMINISTRATIVLY SUBORDINATE APPOINTED AGENCIES (DHS et al.) SECRETARIES/ DIRECTORS.

# IN THIS CASE OF UNCONSTITUTIONAL EXECUTIVE ADMINISTRATIVE ACTION OR EXECUTIVE ORDERED ILLEGAL IMMIGRANT AMNESTY AS WELL AS CONTEMPT OF INJUNCTION.

## STANDING OF MOVANT TO INTERVENE TO CHALLENGE THE STANDING OF NON-NATURAL BORN CITIZEN BARACK OBAMA

**HAROLD WILLIAM VAN ALLEN – documented US citizen, military veteran (naval commissioned line officer), and registered federal and NYS voter residing at ▉▉▉▉▉ ▉▉▉▉Hurley, NY 12443**

**-- a natural born US citizen of the State of Indiana (Lafayette) b. ▉▉▉▉▉▉ 1951 the product of two natural born US citizens -- mother a US natural born citizen of Illinois (Chicago) b.▉▉▉▉ 1913 the product of US natural born citizens of Vermont -- and father a US natural born citizen of Pennsylvania (Pittsburgh) b.▉▉▉▉▉, 1913 the product of US natural born citizens of South Carolina and Virginia.**

**And now having been granted amicus (EXHIBIT A ) in the originating multi-state litigation USDC-TXSD B-14-cv-254 "STATE OF TEXAS, ET AL. v UNITED STATES OF AMERICA, ET AL.)**

_(signature)_

**Harold William Van Allen**

## CERTIFATION OF ELECTRONIC SERVICE

## THIS Tuesday, March 10, 2015 on:

1:14-cv-00254 Notice has been electronically mailed to:

Adam Nicholas Bitter    adam.bitter@texasattorneygeneral.gov,
kathleen.morris@texasattorneygeneral.gov

Adam P KohSweeney    akohsweeney@omm.com

Andrew Stephen Oldham    andy.oldham@texasattorneygeneral.gov,
alex.potapov@texasattorneygeneral.gov

Angela V Colmenero    angela.colmenero@TexasAttorneyGeneral.gov,
peggy.hamil@texasattorneygeneral.gov

Anne E Egeler    anneE1@atg.wa.gov

Antonio Tony Martinez    tony@mbymlaw.com

Arthur D'Andrea    arthur.dandrea@texasattorneygeneral.gov, sylvia.rosales@texasattorneygeneral.gov

Cally Younger    cally.younger@gov.idaho.gov

Chirag G. Badlani    cbadlani@hsplegal.com

Dale L. Wilcox    dwilcox@irli.org

Daniel David Hu    daniel.hu@usdoj.gov, JJones5@usa.doj.gov, sKempen@usa.doj.gov

Daniel P Lennington    lenningtondp@doj.state.wi.us, WelteAJ@DOJ.STATE.WI.US

David A. Lopez    dave.lopez@nebraska.gov

Eric E Murphy    eric.murphy@ohioattorneygeneral.gov

Gabriel Markoff    gmarkoff@omm.com

Harold William Van Allen    hvanallen@hvc.rr.com

Ilya Shapiro    ishapiro@cato.org

J Jorge deNeve    jdeneve@omm.com

Jay Alan Sekulow    sekulow@aclj.org

John Campbell Barker    cam.barker@texasattorneygeneral.gov

Jonathan D Weissglass    jweissglass@altshulerberzon.com, aarkush@altshulerberzon.com,

smendez@altshulerberzon.com

Jonathon Alden Moseley    Contact@JonMoseley.com

Joseph C Chapelle    joe.chapelle@btlaw.com

Kyle Renee Freeny    kyle.freeny@usdoj.gov

Leif A. Olson    notices@olsonappeals.com, leif@olsonappeals.com

Linda Jane Smith    lsmith@omm.com

Michael M. Hethmon    mhethmon@irli.org, info@irli.org

Mitchell Lee Herren    mherren@hinklaw.com, dpalomino@hinklaw.com

Nina Perales    nperales@maldef.org, cleija@maldef.org

Patrick R. Wyrick    patrick.wyrick@oag.ok.gov, cara.gorden@oag.ok.gov

Peter Margulies    pmargulies@rwu.edu

Peter J Rusthoven    peter.rusthoven@btlaw.com

Richard Dearing    rdearing@law.nyc.gov

Ryan S Post    ryan.post@nebraska.gov

Scott A. Keller    scott.keller@texasattorneygeneral.gov, dustin.howell@texasattorneygeneral.gov, sabrina.wycoff@texasattorneygeneral.gov, vera.calamusa@texasattorneygeneral.gov



**HAROLD W. VAN ALLEN**
PH. (845)
HURLEY, NY 13443-8080

762

DATE 3/10/2015

PAY TO THE ORDER OF _CLERK US DISTRICT COURT_ | $ 505 00

_FIVE HUNDRED AND FIVE_ 00/100 DOLLARS

NAVY FEDERAL CREDIT UNION
VIENNA, VIRGINIA
www.navyfcu.org

B-14-254
INTERLOCUTRY
APPEAL - MANDAMUS

FOR _STANDING OF DEFENDANT_

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Clerk of Court: 600 S. Maestri Place; New Orleans, LA 70130-3408  (804) 310-7700

IN RE: HAROLD WILLIAM VAN ALLEN

   PETITIONER

15-XXXXX-OP

RELATED ORIGINATING CASES

USDC-TXSD BROWNSVILLE DIVISION

DOCKET 14-cv-254

USCA-5C DOCKET 15-40238

## ORIGINAL PETITION / SPECIAL WRIT

HAROLD WILLIAM VAN ALLEN – documented US
citizen, military veteran (Navy), resident and registered
federal and NYS voter residing at ███████████████,
NY 12443

-- a natural born US citizen of the State of Indiana
(Lafayette) ██████████ 1951 the product of two natural born
US citizens of Illinois (Chicago) and Pennsylvania
(Pittsburgh)

and now having been granted amicus (EXHIBIT A ) in the
originating multi-state litigation USDC-TXSD B-14-cv-254

## "STATE OF TEXAS, ET AL. v UNITED STATES OF AMERICA, ET AL.)

I request leave of the court to file this Original Proceeding or special writ seeking this US COURT OF APPEALS for the Fifth Circuit undertake as a trial court the vetting of aka Barack Obama eligibility qualifications to hold office of POTUS/CINC and to self-execute under administrative procedure act a blank amnesty of millions of undocumented aliens.

Harold William Van Allen

## CERTIFICATION OF ELECTRONIC SERVICE

## THIS Wednesday, March 4, 2015 on:

**1:14-cv-00254 Notice has been electronically mailed to:**

Adam Nicholas Bitter   adam.bitter@texasattorneygeneral.gov,
kathleen.morris@texasattorneygeneral.gov

Adam P KohSweeney   akohsweeney@omm.com

Andrew Stephen Oldham   andy.oldham@texasattorneygeneral.gov,
alex.potapov@texasattorneygeneral.gov

Angela V Colmenero   angela.colmenero@TexasAttorneyGeneral.gov,
peggy.hamil@texasattorneygeneral.gov

Anne E Egeler   anneE1@atg.wa.gov

Antonio Tony Martinez   tony@mbymlaw.com

Arthur D'Andrea   arthur.dandrea@texasattorneygeneral.gov, sylvia.rosales@texasattorneygeneral.gov

Cally Younger    cally.younger@gov.idaho.gov

Chirag G. Badlani    cbadlani@hsplegal.com

Dale L. Wilcox    dwilcox@irli.org

Daniel David Hu    daniel.hu@usdoj.gov, JJones5@usa.doj.gov, sKempen@usa.doj.gov

Daniel P Lennington    lenningtondp@doj.state.wi.us, WelteAJ@DOJ.STATE.WI.US

David A. Lopez    dave.lopez@nebraska.gov

Eric E Murphy    eric.murphy@ohioattorneygeneral.gov

Gabriel Markoff    gmarkoff@omm.com

Harold William Van Allen    hvanallen@hvc.rr.com

Ilya Shapiro    ishapiro@cato.org

J Jorge deNeve    jdeneve@omm.com

Jay Alan Sekulow    sekulow@aclj.org

John Campbell Barker    cam.barker@texasattorneygeneral.gov

Jonathan D Weissglass    jweissglass@altshulerberzon.com, aarkush@altshulerberzon.com, smendez@altshulerberzon.com

Jonathon Alden Moseley    Contact@JonMoseley.com

Joseph C Chapelle    joe.chapelle@btlaw.com

Kyle Renee Freeny    kyle.freeny@usdoj.gov

Leif A. Olson    notices@olsonappeals.com, leif@olsonappeals.com

Linda Jane Smith    lsmith@omm.com

Michael M. Hethmon    mhethmon@irli.org, info@irli.org

Mitchell Lee Herren    mherren@hinklaw.com, dpalomino@hinklaw.com

Nina Perales    nperales@maldef.org, cleija@maldef.org

Patrick R. Wyrick    patrick.wyrick@oag.ok.gov, cara.gorden@oag.ok.gov

Peter Margulies    pmargulies@rwu.edu

Peter J Rusthoven    peter.rusthoven@btlaw.com

Richard Dearing    rdearing@law.nyc.gov

Ryan S Post    ryan.post@nebraska.gov

Scott A. Keller    scott.keller@texasattorneygeneral.gov, dustin.howell@texasattorneygeneral.gov,
sabrina.wycoff@texasattorneygeneral.gov, vera.calamusa@texasattorneygeneral.gov

Case 1:14-cv-00254  Document 284  Filed on 07/29/15 in TXSD  Page 56 of 72
Case 1:14-cv-00254  Document 196-2  Filed in TXSD on 03/12/15  Page 1 of 18
Case 1:14-cv-00254  Document 146  Filed in TXSD on 02/19/15  Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.,<br>Plaintiffs, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL NO. B-14-254 |
| UNITED STATES OF AMERICA, ET AL.,<br>Defendants. | §<br>§<br>§ | |

## ORDER

Before the Court is Defendant-Intervenors' Motion for Leave to Proceed Under Pseudonyms [Doc. No. 92], Motion for Leave of Court to File Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County [Doc. No. 107], and Harold William Van Allen's Motion for Leave to File Amicus [Doc. No. 139].

The Court, after due consideration, hereby denies Defendant-Intervenors' Motion for Leave to Proceed Under Pseudonyms [Doc. No. 92] as moot, grants the Motion for Leave of Court to File Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County [Doc. No. 107], and grants Harold William Van Allen's Motion for Leave to File Amicus [Doc. No. 139].

Signed this _15th_ day of February, 2015.

Andrew S. Hanen
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

Clerk of Court: 600 E. Harrison St. #101 Brownsville, TX 78520 (956)548-2500

STATE OF TEXAS, et al .

        Plaintiffs,

        v.                 Case No. I1:14-cv-00254-ASH

UNITED STATES OF AMERICA, et al.

        Defendants

## MOTION for Leave to File in support of plaintiffs as an Amicus in a related and already docketed (doc # 108) case "Arpaio v Obama" USCA-DCC 14-cv-5325 and related case USCA-DCC 14-cv-5327 "Strunk et al. v US Department of State et al.

## "NOTICE OF MOTION TO SEAL AND ..." in this court as a related multi-state unconstitutional executive amnesty litigation matter "State of Texas et al. v United States of America et al." 14-cv-254-ASH  USDC-TXSD.

01/20/2015    108    MOTION for Leave to File Amicus Brief in Support of Plaintiffs'
Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa
County by Joe Arpaio. filed. Motion Docket Date 2/10/2015.
(Attachments: # 1 Proposed Order. # 2 Amicus Brief in Support of
Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of
Maricopa County)(jtabares. 1) (Entered: 01/20/2015)

**Filed by Harold William Van Allen pro se non-attorney Plaintiff/Appellant United States Court of Appeals for the District of Columbia Circuit 14-cv-5327 and United States District Court for the District of Columbia District 14-cv-995-RJL**

2/8/2015

**H. William Van Allen**

351 North Road Hurley, NY 12443

(845) 389-4366

hvanallen@hvc.rr.com

Certificate of electronic service this date Sunday, February 8, 2015 upon:

andy.oldham@texasattorneygeneral.gov

pmargulies@rwu.edu

adam.bitter@texasattorneygeneral.gov

angela.colmenero@TexasAttorneyGeneral.gov

arthur.candrea@texasattorneygeneral.gov

jam.parker@texasattorneygeneral.gov

scott.keller@texasattorneygeneral.gov

joe.chapelle@btlaw.com

peter.rusthoven@btlaw.com

dave.lopez@nebraska.gov

ryan.post@nebraska.gov

lenningtondp@doj.state.wi.us

caty.younger@gov.idaho.gov

eric.murphy@ohioattorneygeneral.gov

patrick.wyrick@oag.ok.gov

kyle.freeny@usdoj.gov

daniel.hu@usdoj.gov

orly.taitz@hushmail.com

gmarkoff@omm.com

jdeneve@omm.com

nperales@maldef.org

akohsweeney@omm.com

ismith@omm.com

relatow@aclj.org

pwessler@talishalterberzon.com

dhalperin@.org

mbethune@inr.org

tony.cindy.pitre.com

bliepman@aclu.org

notices@elsonappeals.com

cbadlani@hsplegal.com

annoei@atg.wa.gov

Contact@lonivioseiev.com

rdearing@law.nyc.gov


leklayman@gmail.com

scott.mcintosh@usdoj.gov

jeffrey.clair@usdoj.gov

william.e.havemann@usdoj.gov

craig.lawrence@usdoj.gov


CEStrunca@yahoo.com

Case 1:14-cv-00254 Document 284 Filed on 07/29/15 in TXSD Page 60 of 72
Case 1:14-cv-00254 Document 196-2 Filed in TXSD on 03/12/15 Page 5 of 15

Case 1:14-cv-00995-RJL Document 9 Filed 12/10/14 Page 10 of 12

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------- -----x    Case No.: **14-cv-00995 (RJL)**

**CHRISTOPHER EARL STRUNK**
593 Vanderbilt Avenue PMB 281 NYC, NY 11235
845-901-6767 chris@strunk.ws,
and **H. WILLIAM VAN ALLEN**
351 North Road Hurley NY 12443
845-389-4366 hvanallen@hvc.rr.com

                                        Plaintiffs,                    **NOTICE OF MOTION**

                                                                      **TO SEAL AND**

**U.S. DEPARTMENT OF STATE** (DOS) by       ██████████████
**JOHN F. KERRY** (SOS) at 2201 C Street NW
Washington, DC 20520 TTY:1-800-877-8339     ██████████
**CENTRAL INTELLIGENCE AGENCY**
by **JOHN O. BRENNAN**, DCI
Washington, D.C. 20505 Fax: (571) 204-3800
**BARACK HUSSEIN OBAMA II**
1600 Pennsylvania Ave. NW Washington DC 20500 :
**U.S. COPYRIGHT OFFICE**
101 Independence Avenue SE
Washington, DC 20559-6000 (202) 707-3000
and **THE NEW YORK STATE BOARD**
**OF ELECTIONS** and its agents at
40 North Pearl Street, Suite 5
Albany, NY 12207-2729 Fax (518) 486-4068

                                        Defendants.

**ERIC HOLDER**, US ATTORNEY GENERAL
950 Pennsylvania Ave NW Washington DC 20530
--------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Christopher-Earl: Strunk

affirmed November 8, 2014 with exhibits will move with Fed Rules of Civil Procedure and

Local Rules to Seal the Case and ████████████████████████████████

until further notice as supplement to the Motion Reargue the Order to Dismiss entered June 16,

2014 in order to Supplement the Complaint filed 10 June 2014 with Fed. R. Civ. P. Rule

15(a)(1)(A), and Rule 19(a)(1)(A)(B), heard before the Honorable Richard J. Leon USDJ at the

Case 1:14-cv-00254   Document 284   Filed on 07/29/15 in TXSD   Page 61 of 72
Case 1:14-cv-00254   Document 196-2   Filed in TXSD on 03/12/15   Page 6 of 15

Case 1:14-cv-00995-RJL   Document 9   Filed 12/10/14   Page 11 of 12

designated Courtroom in the Courthouse at 333 Constitution Avenue NW Washington DC

2000!, before the 24th day of November 2014, at a time designated by the Court or as soon

thereafter as counsel can be heard.

Dated: Brooklyn, New York          /s/
       November 8th, 2014
                                   ------------------------------------
                                   **Christopher-Earl: Strunk** in esse Sui juris
                                   secured beneficiary agent of the Debtor Trust
                                   transmitting utility ™CHRISTOPHER EARL
                                   STRUNK© Plaintiff, the Executor and Settior
                                   for the *Express Deed In Trust To The United
                                   States Of America*, located at
                                   593 Vanderbilt Avenue – PMB 281
                                   Brooklyn, New York Zipcode excepted 11238
                                   Cell: 845-901-6767 Email: chris@strunk.ws

SERVICE LIST:

PERSONAL & CONFIDENTIAL FOR RECIPIENT EYES ONLY with COURTESY COPY
REDACTED MOTION WITHOUT EXHIBITS TO RECIPIENT:

US Attorney for
Washington District of Columbia
Judiciary Center Building
555 Fourth Street NW
Washington DC 20530

JOSHUA PEPPER, AAG for
Eric Schneiderman, Attorney General for
The State of New York
120 Broadway 25th Floor
New York, New York 10271

H. William Van Allen
351 North Road
Hurley, New York 12443

MICHAEL SHRIMPTON
8 Jusons Glebe,
Wendover, United Kingdom HP22 6PF

PAUL EDWARD IREY
c/o CHRISTOPHER EARL STRUNK
593 Vanderbilt Avenue PMB 281
Brooklyn, New York

The Honorable David I. Schmidt J.S.C.
New York Supreme Court for the County of Kings
Part 47 Courtroom 541
360 Adams Street
Brooklyn, New York 11201

The Honorable Ron Johnson
United States Senator from the State of Wisconsin
328 Hart Senate Office Building
Washington, DC 20510

The Honorable Jeff Sessions
United States Senator from the State of Alabama
326 Russell Senate Office Building
Washington, DC 20510

## Harold Van Allen

| | |
|---|---|
| From: | Harold Van Allen <hvanallen@hvc.rr.com> |
| Sent: | Thursday, February 5, 2015 9:40 PM |
| To: | Larry Klayman Esq (leklayman@gmail.com); Larry Klayman Esq (leklayman@yahoo.com); craig. lawrence (craig.lawrence@usdoj.gov); Christopher Earl Strunk (CEStrunck@yahoo.com) |
| Subject: | https://www.scribd.com/doc/254873203/USCA-DCC-14-5327-Motion-for-Judicial-Notice-of-USCA-DCC-14-5325-as-Related-Case-Arpaio-v-Obama-Appellant-Brief-and-Appendix-1-II |

https://www.scribd.com/doc/254873203/USCA-DCC-14-5327-Motion-for-Judicial-Notice-of-USCA-DCC-14-5325-as-Related-Case-Arpaio-v-Obama-Appellant-Brief-and-Appendix-1-II

From: Harold Van Allen [mailto:hvanallen@hvc.rr.com]
Sent: Thursday, February 5, 2015 9:04 PM
To: Larry Klayman Esq (leklayman@gmail.com); Larry Klayman Esq (leklayman@yahoo.com); craig. lawrence (craig.lawrence@usdoj.gov); Christopher Earl Strunk (CEStrunck@yahoo.com)
Subject: RE: Emailing: USCA-DCC 14-5327 Motion for Judicial Notice of USCA-DCC 14-5325 as Related Case Arpaio v Obama Appellant Brief and Appendix I II

### General Docket
### United States Court of Appeals for District of Columbia Circuit

Court of Appeals Docket #: 14-5327                                        Docketed: 12/29/2014
Nature of Suit: 2890 Other Statutory Actions
Christopher Strunk, et al v. DOS, et al
Appeal From: United States District Court for the District of Columbia
Fee Status: IFP Pending USDC

Case Type Information:
  1) Civil US
  2) United States
  3)

Originating Court Information:
  District: 0090-1 : 1:14-cv-00895-RJL                                        Lead: 1:14-cv-00895-RJL
  Trial Judge: Richard J. Leon, U.S. District Judge
  Date Filed: 06/10/2014
  Date Order/Judgment:                      Date NOA Filed:
  11/10/2014                                12/10/2014

Prior Cases:
  None

Current Cases:
  None

Panel Assignment:      Not available

1

Christopher Earl Strunk

      Plaintiff - Appellant

Christopher Earl Strunk
Direct: 845-901-6767
[NTC Pro Se]
Firm: 212-307-4444
593 Vanderbilt Avenue
#281
Brooklyn, NY 11238


Harold W. Van Allen

      Plaintiff - Appellant

Harold W. Van Allen
Direct: 845-389-4366
Email: hvanallen@hvc.rr.com
[NTC Pro Se]
Firm: 845-389-4366
351 North Road
Hurley, NY 12443

      v.


United States Department of State

      Defendant - Appellee

R. Craig Lawrence
Email: craig.lawrence@usdoj.gov
[LD NTC Gvt Atty USAO/AUSA]
U.S. Attorney's Office
(USA) Civil Division
Firm: 202-252-2500
555 4th Street, NW
Washington, DC 20530


Central Intelligence Agency

      Defendant - Appellee

R. Craig Lawrence
[LD NTC Gvt Atty USAO/AUSA]
(see above)


Barack Hussein Obama

      Defendant - Appellee

R. Craig Lawrence
[LD NTC Gvt Atty USAO/AUSA]
(see above)


US Copyright Office

      Defendant - Appellee

R. Craig Lawrence
[LD NTC Gvt Atty USAO/AUSA]
(see above)


Eric H. Holder, Jr., US Attorney General

      Defendant - Appellee

R. Craig Lawrence
[LD Gvt Atty USAO/AUSA]
(see above)


New York State Board of Elections

      Defendant - Appellee


Christopher Earl Strunk; Harold W. Van Allen,

      Plaintiffs - Appellants

      v

United States Department of State; Central Intelligence Agency; Barack Hussein Obama; US Copyright Office; Eric H. Holder, Jr., US Attorney General; New York State Board of Elections,

Defendants - Appellees

| | | |
|---|---|---|
| 12/29/2014 | | US CIVIL CASE docketed. [14-5327] |
| 12/29/2014 | 17 pg. 1.65 MB | NOTICE OF APPEAL filed [1529431] by Christopher Earl Strunk and Harold W. Van Allen seeking review of a decision by the U.S. District Court in 1:14-cv-00995-RJL. Assigned USCA Case Number [14-5327] |
| 12/29/2014 | 3 pg. 625.47 KB | CLERK'S ORDER filed [1529434] directing party to file motion to proceed on appeal in forma pauperis or payment of docketing fee. APPELLANT payment of docketing fee or motion to proceed IFP in district court due 01/28/2015, Failure to respond shall result in dismissal of the case for lack of prosecution; The Clerk is directed to mail this order to appellant by certified mail. return receipt requested and by 1st class mail. [14-5327] |
| 12/29/2014 | | FIRST CLASS MAIL SENT [1529441] of order [1529434-2] to both appellants [14-5327] |
| 12/29/2014 | | CERTIFIED MAIL SENT [1529442] with return receipt requested [Receipt No.7007 0710 0004 7190 2782 for Strunk, and 7007 0710 0004 7190 2799 for Van Allen] of order [1529434-2]. Certified Mail Receipt due 01/28/2015 from Christopher Earl Strunk and Harold W. Van Allen. [14-5327] |
| 01/08/2015 | | CERTIFIED MAIL RECEIPT [1531377] RECEIVED from Rob Wharf for order [1529442-2] sent to Appellant Christopher Earl Strunk [14-5327] |
| 01/08/2015 | | CERTIFIED MAIL RECEIPT [1531425] RECEIVED from Harold Van Allen [signed for on 01/05/2015] for order [1529442-2] sent to Appellant Harold W. Van Allen [14-5327] |
| 01/23/2015 | 20 pg. 1.19 MB | MOTION filed [1534672] by Harold W. Van Allen leave to proceed ifp in the district court [Service Date: 01/28/2015 ] Pages: 1-10. [14-5327] |
| 01/23/2015 | 19 pg. 1.18 MB | MOTION filed [1534674] by Harold W. Van Allen for judicial notice. [Service Date: 01/28/2015 ] Pages: 1-10. [14-5327] |
| 01/28/2015 | 1 pg. 39.51 KB | CLERK'S ORDER filed [1534679] referring motion ifp in district court [1534672-2] to the district court for consideration.. holding case in abeyance. Case 14-5327 held in abeyance pending IFP decision in 1:14cv995-RJL from U.S. District Court; The Clerk is directed to transmit a copy of this order and the original motion to the district court. [14-5327] |
| 01/30/2015 | 4 pg. 38.34 KB | NOTICE [1535125] filed from Clerk. District Court leave to proceed ifp in the district court is granted for Harold W. Van Allen [Case Number 14-5327: IFP] [14-5327] |
| 01/30/2015 | 9 pg. 870 7 KB | MOTION filed [1535393] by Christopher Earl Strunk leave to proceed ifp in the district court [Service Date: 01/26/2015 ] Pages: 1-10. [14-5327] |
| 02/02/2015 | 1 pg. 39.04 KB | CLERK'S ORDER filed [1535394] referring apellant Strunk's motion ifp in district court [1535393-2] to the district court for consideration. Case 14-5327 held in abeyance pending decision in 1:14cv995-RJL from U.S. District Court; The Clerk is directed to transmit a copy of this order and the original motion to the district court. [14-5327] |
| 02/04/2015 | 78 pg. 1 92 MB | MOTION filed [1536137] by Harold W. Van Allen for judicial notice. (Response to Motion served by mail due on 02/20/2015) [Service Date: 02/05/2015 by Clerk] Pages: 1-10. [14-5327] |
| 02/04/2015 | | MOTION filed [1536139] by Harold W. Van Allen for judicial notice.[Electronic Version Unavailable. Original Paper Document in File] (Response to Motion served by mail due on 02/20/2015) [Service Date: 02/05/2015 by Clerk] Pages: 1-10. [14-5327] |

-----Original Message-----
From: Harold Van Allen [mailto:hvanallen@hvc.rr.com]
Sent: Thursday, February 5, 2015 9:02 PM

To: Larry Klayman Esq (leklayman@gmail.com); Larry Klayman Esq (leklayman@yahoo.com); craig. lawrence (craig.lawrence@usdoj.gov); Christopher Earl Strunk (CEStrunck@yahoo.com)
Subject: Emailing: USCA-DCC 14-5327 Motion for Judicial Notice of USCA-DCC 14-5325 as Related Case Arpaio v Obama Appellant Brief and Appendix I II

Your message is ready to be sent with the following file or link attachments:

USCA-DCC 14-5327 Motion for Judicial Notice of USCA-DCC 14-5325 as Related Case Arpaio v Obama Appellant Brief and Appendix I II

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

Case 1:14-cv-00254  Document 284  Filed on 07/29/15 in TXSD  Page 66 of 72
Case 1:14-cv-00254  Document 196-2  Filed in TXSD on 03/12/15  Page 11 of 15

Case 1:14-cv-00254  Document 108  Filed in TXSD on 01/20/15  Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 0 2015

David J. Bradley, Clerk of Court

STATE OF TEXAS, *et al.*

    Plaintiffs,

 v.

UNITED STATES OF AMERICA, et al.

    Defendants

Case No. 1:14-cv-254

## MOTION FOR LEAVE OF COURT TO FILE
## AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
## INJUNCTION BY JOE ARPAIO AS SHERIFF OF MARICOPA COUNTY

  Movant Joe Arpaio, elected Sheriff of Maricopa County, Arizona, ("Sheriff Arpaio")

respectfully requests leave to participate as an *amicus curiae* and to file a brief in support of the

Plaintiffs' Motion for Preliminary Injunction and causes of action for judgment. The proposed

brief is submitted with this motion.  Counsel for proposed *amicus curiae* requested counsel for

Plaintiffs and Defendants to consent to this motion via e-mail sent on January 13, 2015.

Defendants take no position on this motion, while Plaintiffs have not responded.

## I. INTEREST OF AMICUS CURIAE AND REASONS FOR BRIEF

  The Defendants have presented as their Exhibit #1 the memorandum opinion and

decision in Sheriff Arpaio's similar lawsuit.  Because the Defendants' Opposition relies

significantly upon the decision of Judge Beryl A. Howell in Washington, D.C. in Sheriff

Arpaio's case there, this Court now would lack a proper and full briefing of the issues without

learning of the position of the Plaintiffs in that case.  The citations of the Defendants to Sheriff

Case 1:14-cv-00254   Document 284   Filed on 07/29/15 in TXSD   Page 67 of 72
Case 1:14-cv-00254   Document 196-2   Filed in TXSD on 03/12/15   Page 12 of 15

Case 1:14-cv-00254   Document 108   Filed in TXSD on 01/20/15   Page 2 of 5

Arpaio's case would not provide a balanced or complete perspective.

Defendants here extensively cite to and rely upon a similar lawsuit filed by Sheriff Arpaio and a decision rendered in that court case – although that decision is on appeal in the U.S. Court of Appeals for the District of Columbia Circuit. ("DC Circuit"). Because Defendants here cite from that precedent to support Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction in this case, the relevance and importance of his knowledge and involvement in this issue is conceded.

Sheriff Arpaio sued in the United States District Court for the District of Columbia ("DC District Court"), Civil Action No. 1:14-cv-01966, President Barack Obama ("President Obama"); Secretary of Homeland Security Jeh Johnson; and Director of the U.S. Citizenship and Immigration Service ("USCIS") Leon Rodriguez to challenge the Defendants' executive action amnesty for illegal aliens.

*Arpaio v. Obama* necessarily – by the Defendants' timetable, not Sheriff Arpaio's nor the Plaintiffs' actions – has been rushed through briefing and a hearing on an accelerated basis without discovery or development of facts relating to questions such as standing.

Therefore, it would be especially helpful for this Court to understand both points of view on citations here to *Arpaio v. Obama*. Sheriff Arpaio and counsel always expected the issues to be decided mainly on appeal, not in the D.C. District Court.

In sum, the importance of *Arpaio v. Obama*, which Defendants raised, makes it compelling for this Court to consider the fatally flawed nature of the D.C. District Court's order. This amicus brief is being filed now in part because the decision in *Arpaio v. Obama* did not come until December 23, 2014 and Defendants then cited to it significantly in this case here.

Case 1:14-cv-00254  Document 284  Filed on 07/29/15 in TXSD  Page 68 of 72
Case 1:14-cv-00254  Document 196-2  Filed in TXSD on 03/12/15  Page 13 of 15

Case 1:14-cv-00254  Document 108  Filed in TXSD on 01/20/15  Page 3 of 5

Furthermore, the State of Arizona is one of the Plaintiffs in this case. *Amicus Curiae* Sheriff Arpaio is the elected Sheriff of Maricopa County, Arizona, one of the largest Sheriff's offices in the United States. Maricopa County is the most populated County in the State of Arizona with 4,009,412 citizens.[1] The County holds more than sixty percent (60%) of all of the population of entire State of Arizona. Sheriff Arpaio's Office effectively is nearly all of the State of Arizona in terms of law enforcement. Maricopa County is the fourth most populated County in the United States by most reports. If Maricopa County by itself were a State, the County would be larger by population than twenty-four (24)[2] of the States within the United States of America and larger than Puerto Rico and more than five times larger than the entire District of Columbia.

Sheriff Arpaio suffers direct economic harm from the Defendants' executive action amnesty for illegal aliens (citizens belonging to a foreign country). On June 15, 2012, Defendants launched their DACA program. As a result, from February 1, 2014, through December 17, 2014, the financial harm from illegal aliens to the Office of the Sheriff of Maricopa County, Arizona was at least $9,293,619.96 consisting of the costs of holding illegal aliens in the Sheriff's jails, for those inmates flagged with INS "detainers." These costs of jail confinement are but one financial impact, easily quantified.

---

[1]      "**State & County Quick Facts**," Maricopa County, Arizona, U.S. Census Bureau.
http://quickfacts.census.gov/qfd/states/04/04013.html
[2]      "**State Population by Rank, 2013**", InfoPlease.
http://www.infoplease.com/us/states/population-by-rank.html

Case 1:14-cv-00254  Document 284  Filed on 07/29/15 in TXSD  Page 69 of 72
Case 1:14-cv-00254  Document 196-2  Filed in TXSD on 03/12/15  Page 14 of 15

Case 1:14-cv-00254  Document 108  Filed in TXSD on 01/20/15  Page 4 of 5

## II.  PROPOSED AMICUS CURIAE'S BRIEF WILL BE USEFUL TO THE COURT

In his accompanying brief, proposed *Amicus Curiae* supplements Plaintiffs' Motion for Preliminary Injunction by drawing on his unique knowledge and experiences with litigation of these issues and with local law enforcement practices and effective policing.

Sheriff Joe Arpaio of Maricopa, Arizona, hereby respectfully requests leave of court in the Court's discretion to file an *Amicus Curiae* brief in support of the Plaintiffs' Motion for Preliminary Injunction.

Unique among all other parties in the nation and involving first-hand knowledge exclusively available to Sheriff Arpaio and his legal team alone, the Amicus Curiae can inform and advise the Court in detail where exactly the Defendants' arguments miss the mark as to what is actually at stake in the issues to be decided by this Court.

Having litigated on this same issue against the Defendants with the same Defendants' counsel, Amicus Curiae Sheriff Arpaio can ensure that the Court is properly informed on the key issues that may very well be pivotal to the Court's decision and the ultimate resolution on appeal to the U.S. Supreme Court.

A constitutional republic that is governed by laws rather than men and the rule of law even apart from any immigration issues is of supreme importance to the nation and its continued existence as the most successful democracy (constitutional republic) in human history, Amicus Curiae's counsel argued in the D.C. District Court on December 23, 2014, that this is not primarily a case about immigration about following the rule of law and U.S. Constitution.

Case 1:14-cv-00254  Document 284  Filed on 07/29/15 in TXSD  Page 70 of 72
Case 1:14-cv-00254  Document 196-2  Filed in TXSD on 03/12/15  Page 15 of 15

Case 1:14-cv-00254  Document 108  Filed in TXSD on 01/20/15  Page 5 of 5

## III.    CONCLUSION

Proposed *amicus curiae* respectfully requests that this Court grant this motion, allow him

to participate as *amici curiae*, and accept for filing the brief submitted with this motion.

Dated: January 16, 2015                        Respectfully submitted,

Larry Klayman, Esq.
Washington, D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Of Counsel
*(Pro Hac Vice Application Pending)*

Jonathon Moseley, Esq.

Virginia State Bar No. 41058
Freedom Watch, Inc.
2020 Pennsylvania Avenue N.W., Suite 345
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com
Attorney for Plaintiff
*Pro Hac Vice Approved*

### CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing motion and proposed brief will be delivered
electronically on January 16, 2015, to counsel for Plaintiffs and Defendants through the
District's Electronic Case Filing system.

Jonathon Moseley, Esq.

```
Court Name: USDC - SDTX
Division: 1
Receipt Number: BRO003974
Cashier ID: sarahb
Transaction Date: 03/12/2015
Payer Name: HAROLD VAN ALLEN
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: HAROLD VAN ALLEN
 Case/Party: D-TXS-1-14-CV-000254-001
 Amount:        $505.00
-----------------------------------
CHECK
 Check/Money Order Num: 762
 Amt Tendered:  $505.00
-----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

A fee of $53.00 will be charged on
any returned negotiable instrument.
```

PRIORITY
MAIL ★
XPRESS™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

PS10001000006

PS OF July 2013   OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

R 14-cv-254

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)                    PHONE (     )

**PAYMENT BY ACCOUNT (If applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1)
Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4)
Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's
mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)                     PHONE (     )

ZIP + 4® (U.S. ADDRESSES ONLY)

MAIL
United States District Court
Southern District of Texas FILED

RECEIVED
JUL 2 9 2015

David J. Bradley, Clerk of Court

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

UNITED STATES
POSTAL SERVICE®   |   PRIORITY
                      ★ MAIL ★
                      EXPRESS™

**NATIONAL USE**

E K 5 2 6 5 3 0 0 7 2 U S



**ORIGINAL – POSTAL SERVICE USE ONLY**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code        Scheduled Delivery Date
                   (MM/DD/YY)              Postage

Date Accepted (MM/DD/YY)   Scheduled Delivery Time    Insurance Fee    COD Fee
                           ☐ 10:30 AM  ☐ 3:00 PM
                           ☐ 12 NOON

Time Accepted   ☐ AM       10:30 AM Delivery Fee    Return Receipt Fee    Live Animal
                ☐ PM                                                      Transportation Fee

Weight    ☐ Flat Rate     Sunday/Holiday Premium Fee    Total Postage & Fees
___ lbs.  ___ ozs.

Delivery Attempt (MM/DD/YY)   Time   ☐ AM    Acceptance Employee Initials
                                     ☐ PM

Delivery Attempt (MM/DD/YY)   Time   ☐ AM    Employee Signature
                                     ☐ PM

Delivery Attempt (MM/DD/YY)   Time   ☐ AM    Employee Signature
                                     ☐ PM

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    3-ADDRESSEE COPY





UNITED STATES
POSTAL SERVICE