UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) No. 1:14-CV-254 |
| v. | ) |
| UNITED STATES OF AMERICA, *et al.* | ) |
| Defendants. | ) |

**Order**

Upon consideration of Defendants' Motion to File Excess Pages, it is

HEREBY ORDERED that Defendants' Motion to File Excess Pages is GRANTED.

It is FURTHER ORDERED that Defendants may file an Expedited, Unopposed Motion to Cancel August 19 Hearing Or, In the Alternative, to Excuse Secretary Johnson and Other Defendants and to Substitute Witnesses, and Memorandum in Support of up to fifty pages.

Signed on _____ _____, 2015.

_____
The Honorable Andrew S. Hanen
United States District Judge