# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) No. 1:14-CV-254 |
| v. | )<br>) |
| UNITED STATES OF AMERICA, *et al.* | )<br>) |
| Defendants. | )<br>) |

## Order

Upon consideration of Defendants' Expedited, Unopposed Motion to Cancel August 19 Hearing Or, In the Alternative, to Excuse Secretary Johnson and Other Defendants and to Substitute Witnesses, and Memorandum in Support, it is

HEREBY ORDERED that the Defendants' Expedited, Unopposed Motion to Cancel August 19 Hearing Or, In the Alternative, to Excuse Secretary Johnson and Other Defendants and to Substitute Witnesses, and Memorandum in Support is GRANTED.

It is FURTHER ORDERED that the August 19 Hearing is canceled.

Signed on _____ _____, 2015.

_____
The Honorable Andrew S. Hanen
United States District Judge