*State of Texas, et al. v. United States of America, et al.*
**No. 1:14-CV-254**

| EXHIBIT NO. | DOCUMENT NAME | PAGE NO. |
|:---:|:---|:---:|
| 1 | Declaration of USCIS Director León Rodríguez | 1 – 70 |
| 2 | Declaration of USCIS Associate Director Donald W. Neufeld | 71 – 81 |
| 3 | Declaration of Commissioner of U.S. Customs and Border Protection R. Gil Kerlikowske | 82 – 88 |
| 4 | Declaration of Assistant Secretary and Director of U.S. Immigration and Customs Enforcement (ICE) Sarah R. Saldaña | 89 – 96 |
| 5 | Declaration of Deputy Chief of the U.S. Border Patrol Ronald Vitiello | 97 – 102 |