IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 1:14-CV-254 |
| UNITED STATES OF AMERICA, *et al*, | § § § | |
| Defendants. | § | |

ORDER

The Court will hold the hearing in this matter on August 19, 2015 as scheduled. The Court releases all individual defendants from its earlier order requiring mandatory attendance. Nevertheless, the Court remains concerns about the individuals that still possess credentials issued in violation of the Court's injunction. Counsel for the Government needs to be prepared to discuss the reasons that these individuals are not in compliance, the steps the Government has taken and will continue to take to achieve complete compliance and the time table to achieve that goal in the very near future. The Court does not consider mere substantial compliance, after an order has been in place for six months, to be acceptable and neither should counsel.

Further counsel for both sides shall be prepared to discuss their Joint Advisory, the matters still in dispute, and the manner, procedure and/or court action that needs to be taken in order to bring these matters to a conclusion.

Signed this 11th day of August, 2015.

_____
Andrew S. Hanen
United States District Judge