UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* )<br>)<br>Plaintiffs, )<br>) <br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>Defendants. )<br>) | No. 1:14-cv-254 |

**DEFENDANTS' ADVISORY**

Defendants file this advisory to notify the Court that the Department of Homeland Security ("DHS") Inspector General Report regarding the circumstances under which post-injunction, three-year EADs were issued was released today, August 13, 2015.[1] An official copy of the DHS Inspector General Report is attached to this Advisory as Exhibit 1.

Defendants also wish to notify the Court that, in addition to presentation by counsel at the August 19, 2015, hearing, as ordered by the Court on August 11 (ECF No. 289), Defendants will address the matters to be discussed at the hearing (as described in the Court's August 11 Order) by means of a declaration to be filed no later than August 18, 2015. This declaration will set forth the most current data regarding the Government's progress in retrieving any remaining, outstanding three-year EADs issued post-injunction or resulting from a post-injunction re-mailing.

---

[1] The DHS Inspector General Report is the culmination of the investigation conducted at the request of DHS Secretary Jeh Johnson, as described in the Declaration of León Rodríguez, ECF No. 287-1, at p. 6.

Date: August 13, 2015                           Respectfully submitted,

KENNETH MAGIDSON                                BENJAMIN C. MIZER
United States Attorney                          Principal Deputy Assistant Attorney General

DANIEL DAVID HU                                 JOYCE R. BRANDA
Assistant United States Attorney                Deputy Assistant Attorney General
Deputy Chief, Civil Division

                                                AUGUST E. FLENTJE
                                                Special Counsel

                                                JAMES J. GILLIGAN
                                                Special Litigation Counsel

                                                 /s/ Jennifer D. Ricketts
                                                JENNIFER D. RICKETTS
                                                Director, Federal Programs Branch
                                                Attorney-in-Charge (VA Bar No. 29281)
                                                DANIEL SCHWEI
                                                Trial Attorney
                                                Civil Division, Federal Programs Branch
                                                U.S. Department of Justice
                                                P.O. Box 883
                                                Washington, D.C. 20044
                                                Tel.: (202) 514-3671
                                                Fax: (202) 616-8187
                                                Jennifer.D.Ricketts@usdoj.gov

                                                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered electronically on August 13, 2015, to counsel of record via the District's ECF system.

                                                          /s/  Jennifer D. Ricketts
                                                          Counsel for Defendants