UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14cv254 |

State of Texas, et al.

versus

United States, et al.

| Lawyer's Name | James J. Gilligan |
| Firm | U.S. Department of Justice, Civil Division |
| Street | 20 Massachusetts Ave. NW |
| City & Zip Code | Washington, DC 20001 |
| Telephone & Email | 202-514-3358; james.gilligan@usdoj.gov |
| Licensed: State & Number | MD; DC (422152) |
| Federal Bar & Number | D.D.C.; D.C. Cir; U.S. Sup. Ct. |

| Name of party applicant seeks to appear for: | All Defendants |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 8/17/2015      Signed: *[signature]*

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

**Order**           This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                    United States District Judge