**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.* )<br>)<br>Plaintiffs, )<br>) No. 1:14-cv-254<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>Defendants. )<br>) | |

**AMENDED UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER**

As explained in the Joint Status Report of July 31, 2015 (ECF No. 285), counsel for Plaintiffs have requested personally-identifiable information regarding certain individuals maintained by U.S. Citizenship and Immigration Services (USCIS), a federal agency within the Department of Homeland Security (DHS).  In order to permit the disclosure of the information Plaintiffs have requested, and to protect the privacy concerns of non-party individuals, the parties have agreed to a Stipulated Protective Order, which is attached to this amended motion. Defendants respectfully request that the Court enter this Order, and Plaintiffs have indicated that they do not oppose this motion.

Date:  August 18, 2015       Respectfully submitted,

KENNETH MAGIDSON           BENJAMIN C. MIZER
United States Attorney            Principal Deputy Assistant Attorney General

DANIEL DAVID HU            JOYCE R. BRANDA
Assistant United States Attorney   Deputy Assistant Attorney General
Deputy Chief, Civil Division
                          AUGUST E. FLENTJE
                          Special Counsel

                          JAMES J. GILLIGAN
                          Special Litigation Counsel

                           /s/ Jennifer D. Ricketts
                          JENNIFER D. RICKETTS
                          Director, Federal Programs Branch
                          Attorney-in-Charge (VA Bar No. 29281)
                          DANIEL SCHWEI
                          Trial Attorney
                          Civil Division, Federal Programs Branch
                          U.S. Department of Justice
                          P.O. Box 883
                          Washington, D.C. 20044
                          Tel.: (202) 514-3671
                          Fax: (202) 616-8187
                          Jennifer.D.Ricketts@usdoj.gov

                          *Counsel for Defendants*

## CERTIFICATE OF CONFERRAL

Pursuant to Local Civil Rule 7.1D, undersigned counsel hereby certifies that counsel for Plaintiffs, Angela Colmenero, was contacted regarding Plaintiffs' position on the foregoing Amended Unopposed Motion for Entry of Protective Order, and indicated that Plaintiffs do not object to the relief sought in this Motion.

                                                                                                   */s/  Jennifer D. Ricketts*
                                                                                                    Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Amended Unopposed Motion for Entry of Protective Order has been delivered electronically on August 18, 2015, to counsel of record via the District's ECF system.

                                                                                                    */s/  Jennifer D. Ricketts*
                                                                                                    Counsel for Defendants