United States District Court
Southern District of Texas
**ENTERED**
**AUG 1 8 2015**
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14cv254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James J. Gilligan<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Ave. NW<br>Washington, DC 20001<br>202-514-3358; james.gilligan@usdoj.gov<br>MD; DC (422152)<br>D.D.C.; D.C. Cir; U.S. Sup. Ct. |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 8/17/2015　　Signed: *[signature]*

The state bar reports that the applicant's status is: **Active**

Dated: 8-18-15　　Clerk's signature: *RNieto*

**Order**

Dated: 8/18/15

This lawyer is admitted *pro hac vice*.

_____
United States District Judge