UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|   |   |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' SUPPLEMENT TO DEFENDANTS' AUGUST 13 ADVISORY

Further to the Advisory submitted by Defendants on August 13, 2015, Defendants are submitting the attached Declaration of León Rodríguez and exhibits.

Date:   August 18, 2015                     Respectfully submitted,

KENNETH MAGIDSON                            BENJAMIN C. MIZER
United States Attorney                      Principal Deputy Assistant Attorney General

DANIEL DAVID HU                             JOYCE R. BRANDA
Assistant United States Attorney            Deputy Assistant Attorney General
Deputy Chief, Civil Division

                                            KATHLEEN R. HARTNETT
                                            Deputy Assistant Attorney General

                                            JENNIFER D. RICKETTS
                                            Branch Director, Federal Programs Branch
                                            Attorney-in-Charge (VA Bar No. 29281)

                                            JAMES J. GILLIGAN
                                            Special Litigation Counsel

                                              /s/ Bradley H. Cohen
                                            BRADLEY H. COHEN
                                            KYLE R. FREENY
                                            ADAM D. KIRSCHNER
                                            JULIE S. SALTMAN
                                            DANIEL SCHWEI

Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Tel.: (202) 305-9855
Fax: (202) 616-8470
Bradley.cohen@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Defendants' Supplement to Defendants' August 13 Advisory has been delivered electronically on August 18, 2015, to all counsel of record through the court's ECF system.

                                              */s/ Bradley H. Cohen*
                                              Counsel for Defendants