IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
|     Plaintiffs, | § | |
| V. | § | CIVIL NO. 1:14-cv-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
|     Defendants. | § | |

**ORDER**

The Motion to Intervene filed by Harold William Van Allen is hereby denied without prejudice. The Court finds that Rule 24(a)(1) is not applicable. The Court also finds that Rule 24(a)(2) is not applicable. Nevertheless, even if Rule 24(a)(2) were applicable based upon how the outcome of this suit might affect this individual, the Court finds that his interests are adequately represented by the Plaintiff States. Further, the Court finds Rules 24(b)(1) and (2) to also be inapplicable. Finally, pursuant to Rule 24(b)(3), the Court finds this matter to be time sensitive and that the addition of new parties will cause undue delay and prejudice.

Nevertheless, the pleadings filed by putative intervenor Harold William Van Allen will be reviewed as if they were filed by an amicus curiae. "Where he presents no new questions, a third party can contribute usually most effectively and always most expeditiously by a brief amicus curiae and not by intervention." See *Bush v. Viterna,* 740 F.2d 350, 359 (5th Cir. 1984) (per curiam).

Signed this 24th day of August, 2015.

 

_____

Andrew S. Hanen

United States District Judge