IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | NO. 1:14-CV-00254 |
| UNITED STATES OF AMERICA, et al., | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF BY JANE DOE #1, JANE DOE #2, AND JANE DOE #3**

The Unopposed Motion For Leave To File Amicus Brief By Jane Doe #1, Jane Doe #2, and Jane Doe #3 (Docket Entry No. 306 ) having come before this Court, and the Court having considered the submitted papers, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Unopposed Motion For Leave To File Amicus Brief By Jane Doe #1, Jane Doe #2, And Jane Doe #3 is GRANTED.

IT IS SO ORDERED on this 16th day of September, 2015.

By:_____

Hon. Andrew S. Hanen
United States District Judge