UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:14-cv-254 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.* | ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' SEPTEMBER 2015 STATUS REPORT**

At the hearing on August 19, 2015, the Court instructed Defendants to file a status report by September 25, 2015, concerning the 11 identified individuals whose invalidated three-year EADs were not yet retrieved or otherwise accounted for, even though their deferred action and employment authorization had been terminated. *See* Minute Entry of Aug. 19, 2015; Aug. 19 Tr. at 21. Defendants have informed undersigned counsel that, as a result of U.S. Citizenship and Immigration Services's (USCIS) efforts, USCIS has now accounted for all 11 of those outstanding EADs—either by obtaining return of the EAD itself, or by obtaining a good-cause certification from the individual.

In addition, with respect to the individuals whose deferred action and employment authorization were terminated on July 31, and whose EADs have now been accounted for, USCIS is conducting a case-by-case review to determine whether to afford those individuals deferred action and employment authorization for two-year terms from their original approval date. *See* July 31 Rodríguez Decl. (ECF No. 287-1) ¶ 35; Aug. 18 Rodríguez Decl. (ECF

No. 296-1) ¶ 11.  For a subset of these individuals, USCIS has determined that such action was appropriate, and the remaining individuals continue to be reviewed on a case-by-case basis.

Per the Court's instructions, Defendants will submit another status report on May 25, 2016.

| | |
|---|---|
| Date: September 21, 2015 | Respectfully submitted, |
| KENNETH MAGIDSON<br>United States Attorney | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| DANIEL DAVID HU<br>Assistant United States Attorney<br>Deputy Chief, Civil Division | JOYCE R. BRANDA<br>Deputy Assistant Attorney General |
| | KATHLEEN R. HARTNETT<br>Deputy Assistant Attorney General |
| | AUGUST E. FLENTJE<br>Special Counsel |
| | JENNIFER D. RICKETTS<br>Branch Director, Federal Programs Branch<br>Attorney-in-Charge (VA Bar No. 29281) |
| | JAMES J. GILLIGAN<br>Special Litigation Counsel |
| |   */s/ Daniel Schwei*<br>BRADLEY H. COHEN<br>KYLE R. FREENY<br>ADAM D. KIRSCHNER<br>JULIE S. SALTMAN<br>DANIEL SCHWEI<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>P.O. Box 883<br>Washington, D.C.  20044<br>Tel.: (202) 305-8693<br>Fax: (202) 616-8470<br>Daniel.S.Schwei@usdoj.gov |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Defendants' September 2015 Status Report has been delivered electronically on September 21, 2015, to all counsel of record through the court's ECF system.

                                              */s/ Daniel Schwei*
                                              Counsel for Defendants