**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| STATE OF TEXAS, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:14-cv-254 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, *et al.* | ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Upon consideration of the parties' Joint Motion to Stay Merits Proceedings Pending Supreme Court Review, and for good cause shown, it is hereby:

ORDERED that the parties' Joint Motion to Stay Merits Proceedings Pending Supreme Court review is GRANTED; and it is

FURTHER ORDERED that proceedings on the merits of Plaintiffs' claims, including the obligation to propose a schedule for resolving the case, are stayed pending disposition of Defendants' petition for certiorari and, if granted, final disposition of Supreme Court review; and it is

FURTHER ORDERED that the parties shall meet and confer and formulate and file with the Court an agreed upon (to the extent possible) schedule for the resolution of the merits of this case, within 21 days after the Supreme Court's final disposition of the case.

Signed on _____, 2015.


_____
The Honorable Andrew S. Hanen
United States District Judge