UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

Please withdraw Kathleen R. Hartnett as counsel for the Defendants in the above-captioned matter, as she has left the Department and is therefore withdrawing from all active cases in which she entered an appearance on behalf of the United States.

Dated: November 23, 2015            Respectfully submitted,

KENNETH MAGIDSON                    BENJAMIN C. MIZER
United States Attorney              Principal Deputy Assistant Attorney General

DANIEL DAVID HU                     JENNIFER D. RICKETTS
Assistant United States Attorney    Branch Director, Federal Programs Branch
Deputy Chief, Civil Division        Attorney-in-Charge (VA Bar No. 29281)

                                    JAMES J. GILLIGAN
                                    Special Litigation Counsel

                                    JOHN R. TYLER
                                    Assistant Branch Director

                                     /s/ Kyle R. Freeny
                                    BRADLEY H. COHEN
                                    KYLE R. FREENY (Cal. Bar No. 247857)
                                    ADAM D. KIRSCHNER
                                    JULIE S. SALTMAN
                                    DANIEL SCHWEI
                                    Civil Division, Federal Programs Branch
                                    U.S. Department of Justice
                                    P.O. Box 883, Washington, D.C. 20044

Tel.: (202) 514-5108 / Fax: (202) 616-8470
Kyle.Freeny@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of this Notice of Withdrawal has been delivered electronically on November 23, 2015, to all counsel of record through the court's ECF system.

                */s/ Kyle R. Freeny*
                Counsel for Defendants