United States District Court
Southern District of Texas
**ENTERED**
December 01, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL NO. B-14-254 |
| § | |
| UNITED STATES OF AMERICA, ET AL., § | |
| Defendants. § | |

# ORDER

The Court hereby orders a hearing on the Joint Motion to Stay [Doc. No. 311]. The hearing will be held on **December 15, 2015** at **1:30 p.m.** In addition to addressing the Joint Motion to Stay, the Court wishes the parties and those who have expressed an interest in becoming parties to be ready to address the effect of the Fifth Circuit's Jane Doe(s) Opinion on the rights of individuals to intervene in this case. The Court is particularly concerned about the possible applicability of that opinion to parties beyond the three Jane Does discussed therein. To date, the following individuals have filed motions to intervene in the above named cause of action: Mitchell Williams [Doc. No. 40]; Orly Taitz [Doc. No. 137]; Harold William Van Allen [Doc. No. 295]; Joe Arpaio [Doc. No. 220]; and Jane Doe #1, Jane Doe #2, and Jane Doe #3 [Doc. No. 91].

The Court also wants the parties and those who have expressed an interest in becoming parties to be ready to address the extent to which the intervenors are going to participate in this matter.

The Clerk of the Court is ordered to make sure that all who sought to intervene and their counsel, if any, get notice of this order and this scheduled hearing. No one may participate by phone.

Signed this 1st day of December, 2015.

Andrew S. Hanen
United States District Judge