UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|

| Texas et al. |
|---|
| *versus* |
| United States et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Adam D. Kirschner<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Ave. NW<br>Washington, DC 20001<br>202-353-9265<br>adam.kirschner@usdoj.gov<br>Illinois Bar #6286601 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants (United States et al.) |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/11/2015 | Signed: *Adam Kirsch* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:              Clerk's signature |

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                                United States District Judge