UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|
| Texas et al. ||||
| *versus* ||||
| United States et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Adam D. Kirschner<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Ave. NW<br>Washington, DC 20001<br>202-353-9265<br>adam.kirschner@usdoj.gov<br>Illinois Bar #6286601 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants (United States et al.) |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/11/2015    Signed: *[signature]*

The state bar reports that the applicant's status is: Active

Dated: 12/15/2015    Clerk's signature: *[signature]*

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____

United States District Judge