UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|

Texas et al.

versus

United States et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John R. Tyler<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Ave. NW<br>Washington, DC 20001<br>202-514-2356<br>john.tyler@usdoj.gov<br>D.C. Bar 297713 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants (United States et al.) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/11/2015 | Signed: *[signature] John R. Tyler* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                United States District Judge