UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

NOTICE OF WITHDRAWAL

Please withdraw Bradley H. Cohen as counsel for the Defendants in the above-captioned matter.

Dated:  December 11, 2015                     Respectfully submitted,

KENNETH MAGIDSON                              BENJAMIN C. MIZER
United States Attorney                        Principal Deputy Assistant Attorney General

DANIEL DAVID HU                               JENNIFER D. RICKETTS
Assistant United States Attorney              Branch Director, Federal Programs Branch
Deputy Chief, Civil Division                  Attorney-in-Charge (VA Bar No. 29281)

                                              JAMES J. GILLIGAN
                                              Special Litigation Counsel

                                              JOHN R. TYLER
                                              Assistant Branch Director


                                               /s/ Bradley H. Cohen
                                              BRADLEY H. COHEN
                                              KYLE R. FREENY (Cal. Bar  No. 247857)
                                              ADAM D. KIRSCHNER
                                              JULIE S. SALTMAN
                                              DANIEL SCHWEI
                                              Civil Division, Federal Programs Branch
                                              U.S. Department of Justice
                                              P.O. Box 883
                                              Washington, D.C.  20044

Tel.: (202) 305-9855
Fax: (202) 616-8470
Bradley.cohen@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Withdrawal has been delivered electronically on December 11, 2015, to all counsel of record through the court's ECF system.

*/s/ Bradley H. Cohen*
Counsel for Defendants