United States District Court
Southern District of Texas
**ENTERED**
December 01, 2015
David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED
DEC 1 4 2015
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., Plaintiffs, | § § § |
| V. | § CIVIL NO. B-14-254 |
| UNITED STATES OF AMERICA, ET AL., Defendants. | § § § § |

RESPONSE TO JOINT MOTION TO STAY(Doc.No.311)

Mitchell Williams hereby gives his response to Court's Order requesting responses from proposed intervenors as follows;

A. The Joint Motion to Stay

   1. The Intervenor has no objection to the Joint Motion To Stay.

B. The Effect of the Fifth Circuit's Jane Doe(s) Opinion

   2. This Order would seem to include the intervention of almost any party that had protectable intrests not directly protected by other parties (like goat sales, chewing gum and YO-YOs )

   3. It is most important that Joe Arpaio be included in the parties so the Federal Marshalls can keep a careful eye on him before he is institutionalized for re-education for his Neo-Nazi activities.

_[signature]_

POB 33 Palatka, Fl 32178, 386 329-8603

CERTIFICATE OF SERVICE
This is to certify that I have served a copy of the above on Adam N. Bitter POB 12548 Austin,Tx 78711-2548, Kathleen R. Hartnett US Department of Justice, Civil Division 950 Pennsylvania Ave NW Washington, DC 20530, David J. Bradley, Clerk USDC Southern Texas 600 E. Harrison St. #101, Brownsville, Tx 78520-7114

This ___11___ day of December, 2015

_[signature]_

# State Declaration of Write-in Candidacy
## for President and Vice President

STATE  TEXAS

| office | |
|---|---|
| | ☒ President of the United States |
| | ○ Vice President of the United States    To be amended |

**personal information**

(Charles, not used)   Mitchell         Williams
first name            middle           last

email address                          phone number

                                        Palatka, Fl 32177
residential address                    city / state / zip

**campaign information**

POB 33   PALATKA, FL 32178
campaign address (if different from residential address)   city / state / zip

                              386 329-8603
email address                 phone number

CAMPAIGN SLOGAN "America deserves an UNDIVORCED President"

PRIMARY CAMPAIGN INITIATIVE; Bodies of dead Islamic terrorists need to be promptly cooked and fed to pigs. Bones should be burned and stored in ceramic Piggy banks! Take all romance out of being a FOOL!

☒ Tea DRINKERS Party

○ Independent Candidate

**oath**

I declare that the above information is true,

that I am a natural born citizen of the United States residing at the address listed above,

that I am a write-in candidate for the office as indicated above, and

that, at the time of filing this write-in declaration, I am legally qualified to assume office.

sign here [ *Mitchell Williams* ]        date here [ Dec. 11, 2015 ]

**for office use only**

date                office code

01/2016

Mitchell Williams
POB 33
Palatka, FL 32178

DEC 14 2015

ORLANDO FL 328
11 DEC 15 PM 8 L

David J. Bradley, Clerk
USDC Southern Texas
600 Harrison St. #101
Brownsville, TX 78520-7114

7E520#7273 0016

