United States District Court
Southern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**ENTERED**

December 01, 2015

David J. Bradley, Clerk

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

DEC 1 4 2015

David J. Bradley, Clerk of Court

RESPONSE TO JOINT MOTION TO STAY(Doc.No.311)

Mitchell Williams hereby gives his response to Court's

Order requesting responses from proposed intervenors as follows;

A.      The Joint Motion to Stay

        1. The Intervenor has no objection to the Joint Motion
To Stay.

B.      The Effect of the Fifth  Circuit's Jane Doe(s) Opinion

        2.  This Order would seem to include the intervention of
almost any party that had protectable intrests not directly pro-
tected by other parties (like goat sales,chewing gum and YO-YOs )

        3.   It is most important that Joe Arpaio  be included
in the parties so the Federal Marshalls can keep a careful eye on
him before he is institutionalized for re-education for his Neo-Nazi
activities.

_____

        PO3 33 Palatka.Fl 32178, 386 329-8603
        CERTIFICATE OF SERVICE
This is to certify that I have served a copy of the above on Adam
N. Bitter PO3 12548 Austin,Tx 78711-2548, Kathleen R. Hartnett
US Department of Justice,Civil Division  950 Pennsylvania Ave NW
Washington,DC 20530, David J. Bradley,Clerk USDC Southern Texas
600 E. Harrison St. #101,Brownsville,Tx 78520-7114
        This ___11___day of December,2015

# State Declaration of Write-in Candidacy
## for President and Vice President

STATE    TEXAS

| office | |
|---|---|
| | ⊗ President of the United States |
| | ○ Vice President of the United States    To be amended |

**personal information**

(Charles,not used)    Mitchell        Williams
first name                middle              last

email address                                    phone number

━━━━━━━━━━━━━━━    Palatka, Fl 32177
residential address                        city / state / zip

**campaign information**

POB 33   PALATKA,FL 32178
campaign address (if different from residential address)   city / state / zip

386 329-8603
email address                                    phone number

CAMPAIGN SLOGAN "America deserves an UNDIVORCED President"

PRIMARY CAMPAIGN INITIATIVE; Bodies of dead Islamic terrorists
need to be promptly cooked and fed to pigs.Bones should be burned
and stored in ceramic Piggy banks! Take all romance out of being
a FOOL!

⊗ Tea DRINKERS Party
_____

○ Independent Candidate

**oath**

I declare that the above information is true,

that I am a natural born citizen of the United States residing at the address listed above,

that I am a write-in candidate for the office as indicated above, and

that, at the time of filing this write-in declaration, I am legally qualified to assume office.

sign here [ *Mitchell Williams* ]          date here [ Dec. 11, 2015 ]

**for office use only**

date                    office code

01/2016

Mitchell Williams
POB 33
Palatka, FL 32178

DEC 14 2015

ORLANDO FL 328
11 DEC 15 PM 8 L

David J. Bradley, Clerk
USDC Southern Tx plea
600 Harrison St. #101
Brownsville, TX 78520-7114

7E1520#7273 0016