Case 1:14-cv-00254 Document 318 Filed in TXSD on 12/15/15 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 15, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|

| Texas et al. |
|---|
| *versus* |
| United States et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John R. Tyler<br>U.S. Department of Justice, Civil Division<br>20 Massachusetts Ave. NW<br>Washington, DC 20001<br>202-514-2356<br>john.tyler@usdoj.gov<br>D.C. Bar 297713 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants (United States et al.) |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/11/2015 | Signed: /s/ John R. Tyler |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 12/15/2015   Clerk's signature

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 12/15/15

United States District Judge