IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 15-40333

United States Court of Appeals
Fifth Circuit
**FILED**
November 9, 2015
Lyle W. Cayce
Clerk

Certified as a true copy and issued
as the mandate on Jan 04, 2016

Attest:
*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

D.C. Docket No. 1:14-CV-254

United States District Court
Southern District of Texas
FILED
JAN   4 2016
David J. Bradley, Clerk of Court

STATE OF TEXAS; STATE OF ALABAMA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; ET AL

   Plaintiffs - Appellees

v.

UNITED STATES OF AMERICA; JEH CHARLES JOHNSON, Secretary, Department of Homeland Security; R. GIL KERLIKOWSKE, Commissioner of U.S. Customs and Border Protection; RONALD D. VITIELLO, Deputy Chief of U.S. Border Patrol, U.S. Customs and Border of Protection; SARAH R. SALDANA, Director of U.S. Immigration and Customs Enforcement; LEON RODRIGUEZ,

   Defendants - Appellees

v.

JANE DOE #1; JANE DOE #2; JANE DOE #3,

   Movants - Appellants

   Appeal from the United States District Court for the
   Southern District of Texas, Brownsville

Before KING, SMITH, and ELROD, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by

counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party to bear its own costs on appeal.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 04, 2016

Mr. David J. Bradley  
Southern District of Texas, Brownsville  
United States District Court  
600 E. Harrison Street  
Room 1158  
Brownsville, TX 78520

    No. 15-40333   State of Texas, et al v. USA, et al  
                     USDC No. 1:14-CV-254

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Christina A. Gardner, Deputy Clerk  
                      504-310-7684

cc:  Ms. Beth S. Brinkmann  
     Mr. William Ernest Havemann  
     Mr. Adam Paul KohSweeney  
     Mr. Gabriel Markoff  
     Ms. Nina Perales  
     Mr. Alex Potapov  
     Ms. Linda J. Smith