IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:14-cv-254 |
| UNITED STATES OF AMERICA, *et al.*, | § § | |
| Defendants | § § § | |

## ADVISORY

Jane Doe #1, Jane Doe #2, and Jane Doe #3 (the "Jane Does") file this advisory to notify the Court that they have conferred with Plaintiffs and anticipate no difficulty in reaching an agreement to protect the Jane Does' sensitive personal information during discovery.

This Court previously granted the Jane Does leave to file *amicus curiae* briefs under Doe pseudonyms in its order of March 2, 2015. *See* ECF No. 169 (Order on Motion to Reconsider). Pursuant to this Court's instructions during the December 15, 2015 hearing, the Jane Does have now conferred with counsel for Plaintiffs, and Plaintiffs are agreeable to reviewing a proposed protective order that, should discovery start in this litigation, would allow the Plaintiffs to conduct discovery while shielding the Jane Does' sensitive personal information, including their names. Accordingly, Plaintiffs will not be prejudiced if this Court allows the Jane Does to proceed under pseudonyms as Defendants-Intervenors, as it has already allowed them to do in their earlier *amicus curiae* filings.

Furthermore, in light of the Fifth Circuit's issuance of the Mandate in Appeal No. 15-40333, reversing this Court's Order denying the Jane Does' motion to intervene and remanding for further proceedings, and this Court's statement on December 15, 2015 that it intends to grant

1

the Jane Does' intervention motion, the Jane Does provide this Court with a proposed order granting intervention. Hr'g Tr. 6, 41, Dec. 15, 2015; ECF No. 326.

Dated: January 5, 2016                                    Respectfully submitted,

| | |
|---|---|
| **O'MELVENY & MYERS LLP**<br>Adam P. KohSweeney (Cal. Bar No. 229983)*<br>Gabriel Markoff (Cal. Bar. No. 291656)*<br>2 Embarcadero Center 28th Floor<br>San Francisco, CA 94111-3823<br>Phone:  (415) 984-8700<br>Facsimile:  (415) 984-8701<br><br>**DLA PIPER LLP**<br>Linda J. Smith (Cal. Bar. No. 78238)*<br>2000 Avenue of the Stars, Ste. 400N<br>Los Angeles, CA 90067<br>Phone: (310) 595-3038<br>Facsimile: (310) 595-3300<br><br>*Admitted *pro hac vice*. | **MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**<br>**By** */s/ Nina Perales*<br>Nina Perales (Tex. Bar No. 24005046;<br>Southern District of Tex. Bar No. 21127)<br>Attorney-in-Charge<br>110 Broadway, Suite 300<br>San Antonio, Texas 78205<br>Phone:  (210) 224-5476<br>Facsimile:  (210) 224-5382 |

Attorneys for **JANE DOE #1**, **JANE DOE #2,** and **JANE DOE #3**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of January 2016, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

      */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046)
***Attorney-in-Charge for Jane Doe #1, Jane Doe #2, and Jane Doe #3***