**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:14-cv-254 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants | § | |
| | § | |
| | § | |

**[PROPOSED] ORDER**

The Mandate of the Court of Appeals for the Fifth Circuit in Appeal No. 15-40333 (ECF No. 326) having come before this Court, and the Court having considered the Mandate and accompanying Opinion, and such other relevant information, IT IS THEREFORE ORDERED that Jane Doe #1, Jane Doe #2, and Jane Doe #3 are entitled to intervene of right and shall be entered as Defendant–Intervenors in the above-captioned action, and their counsel shall be served with all relevant papers in the above-captioned action.  Defendants-Intervenors may proceed under pseudonyms as they have done to this date in their *amicus* filings pursuant to this Court's Order of March 2, 2015.

SIGNED this _____ day of _____, 2016.


_____
Hon. Andrew S. Hanen
United States District Judge