# Exhibit B

## LIST OF EXHIBITS

1. Barack Obama's tax return for 2009 posted on April 15 2010, showing him using CT SSN ████8-4425 of Harry Bounel

2. Authentication affidavit of Linda Jordan and E-Verify report showing that ████8-4425 was not assigned to Obama, "Record does not verify"

3. SSNVS report showing that Barack Obama failed SSNVS check and authentication of report by Colonel Greg Hollister

4. Affidavit of Albert Hendershot and Merlins information systems report showing Obama using a Social Security number of Harry Bounel

5. Affidavit by Licensed Investigator Susan Daniels showing Obama using invalid Social Security numbers

6. Affidavit by a senior Deportation officer John Sampson attesting that there is no legal basis for Obama to use a Connecticut Social Security number.

7. Affidavit by Chief Investigator of special Investigations unit of the US coast Guard stating that Obama's alleged Selective Service Registration is a forgery with a fabricated postal stamp attached to it.

8. Stanley Ann Dunham's (Obama's mother's) passport records showing Obama listed under the last name Soebarkah in his mother's passport.

9. Affidavit of Honolulu county Senior Elections Clerk that no birth certificate for Barack Obama was found in any hospital in Hawaii

10 Statement by the James Orenga, minister of Lands of Kenya relating to Obama's birth in Kenya.

11. Obama's biography submitted by Obama to his literary agent in 1991, stating that he was born in Kenya.

12. Affidavit of IT expert Felicito Papa attesting to the fact that Obama's alleged birth certificate is a forgery.

13. Affidavit of Scanning and copying machine expert Douglas Vogt attesting to forgery in Obama's birth certificate.

14. An article typesetting and printing expert Paul Irey attesting to forgery in Obama's birth certificate.

15 Affidavit if typesetting and typing machines expert Charles Coombs attesting to forgery in Obama's alleged birth certificate.

16. Affidavit by Sheriff Arpaio regarding forgery in Obama's IDs.

17. Barack Obama's school registration #203 from Assisi school in Jakarta, Indonesia showing him to be Indonesian citizen and his legal last name to be Soetoro, the last name of his step father

18. Evidence of destruction and forgery of immigration/ arrival NARA records for August 1-7 1961

19. Selective Service record showing Obama committing Selective Service fraud and using a Social security number ~~4425~~, which was not assigned to him

20. OCON, Official certificate of Nomination for candidate for President of Al Gore, John Kerry and Barack Obama, whereby words "legally qualified to serve under the provisions of the United States Constitution" removed from Obama's certification

21 Obama's registration as an attorney in Illinois with Obama hiding his identity under prior names and defrauding the bar, claiming not to use in the past any other names, even though he used last names Soetoro and Soebarkah

22. Barack Obama's School record from National Student clearing house, showing Obama making fraudulent statements regarding his education, as records show him attending Columbia for 9 months only, from 09.01.1982-05.31.1983, not two years as Obama claims.

23. Picture of Obama's elementary school friend Scott Inoue, showing him and Obama together at Noelani elementary school in 1963, with notation "1963, 3rd grade". according to Obama's official biogrphy he was in Indonesia from 1967-1971 and did 1-4th grade there.

| Table of Evidence of Fraud and Forgery in Obama's IDs by Attorney Orly Taitz | Obama's claims | Proof of fraud and forgery |
|---|---|---|
| 1. Forged selective service certificate | In September 2008 2 weeks after Obama was confronted with questions of selective service his SSS application surfaced | According to affidavit of the chief investigator of the special investigations unit of the US Coast Guard (ret) and special agent with the Homeland security Jeffrey Steven Coffman (Exhibit 7), according to sheriff Arpaio Obama's SSS application is a forgery Selective service contains social Security number ████-██-4425, which was never assigned to Obama according to E-Verify and SSNVS |
| 2. Obama's use of a stolen Connecticut Social security number ███-██-4425 which was never assigned to him according to E-Verify and SSNVS | On April 15 2010 Obama posted his tax returns on line and forgot to flatten the PDF file. When the file was opened with Adobe Illustrator it became visible that Obama is using a Connecticut Social security number ███-██-4425.(E 1 Affidavit Felicito Papa) Research of the number showed that it was issued in 1977 to an elderly resident of Connecticut born in 1890.(E4 Affidavit of investigator Albert Hendershot) Search of Obama's SSS application shows him using the same CT SSN, which was never assigned to him | According to former officer of the Elite Scotland Yard anti organized crime and anti communist proliferation unit Neil Sankey, licensed investigator Susan Daniels (Exhibit 5) , former senior deportation officer John Sampson (Exhibit 6), Sheriff Arpaio, investigator Zullo Obama is using a Connecticut Social Security number ███-██-4425 which was never assigned to him according Lexis Nexis, Choice Point, E-Verify (Exhibit 2 affidavit of Linda Jordan and E-Verify report)and SSNVS (Exhibit 3 SSNVS report) According to Exhibit 4, affidavit of Albert Hendershot SSN in question was assigned to Harrison J. Bounel, born in 1890 |
| 3. Forged US Postal stamp affixed to Obama's Alleged Selective Service Application | Stamp affixed to Obama's SSS application contains 2 digit year stamp "80' | All US stamps contain four digit year stamp  (Exhibit 7, Affidavit of former Chief Investigator of the Special Investigations Unit of the U.S. Coast Guard Jeffrey Stephan Coffman) |
| 4. Obama forged long form birth certificate | Obama's alleged birth certificate contains letter of different fonts and sizes | Letters of different fonts and sizes in Obama's alleged birth certificate is a clear evidence of it being a forgery, as the |

| | | |
|---|---|---|
| | | document was alleged to be created in 1961 with a typewriter. It is impossible to create  a document with a typewriter and have letters of different sizes and fonts. Type written document has letters of the same sizes and the same font Exhibit 13, 14, 15, 16 |
| 5 Obama's alleged birth certificate contains white halo around the letters | None of the published Hawaiian birth certificates contain a halo around words. the only BC with the white halo is Obama's | According to experts Paul Irey, Ivan Zatkowitch and  Douglas Vogt white halo around the words is a sign of a computer manipulation Exhibit 13 affidavit of Douglas Vogt, 14, 15 16 |
| Obama's alleged copy of the birth certificate is a compilation of bits and pieces coming from different documents | Obama claims that the document posted on WhiteHouse.gov is a true and correct copy of his original birth certificate | Obama's copy of his alleged genuine original birth certificate represents a computer generated forgery, opens in multiple layers, which were cut and pasted from different documents Exhibit 12 Affidavit of Felicito Papa,  Exhibit 13 , 16Affidavit of Douglas Vogt |
| 6. Serial number of Obama's alleged BC is inconsistent with other serial numbers | Serial numbers of twins Susan and Gretchen Nordyke, who were born three days later are lower | Inconsistent serial number is another sign of forgery Exhibit 13 |
| Obama's biography shows him born in Kenya | Obama claims to be born in Hawaii | Obama's biography submitted by Obama to his own publisher Acton -Dystal and kept on line for 16 years, 1991-2007 states that he was born in Kenya. In 2007, right before the beginning of the campaign the bio was deleted Exhibit 11 |
| On March 25, 2010  during the National assembly meeting Minister of Lands of Kenya states that Obama was born in Kenya | Obama claims to be born in Honolulu, HI | James Orenga Minister of Lands of the republic of Kenya states that Obama was born in Kenya Exhibit 10 |
| Lack of any birth certificate for Obama in any hospital in Hawaii | Obama claims to be born in Kapiolani hospital in Honolulu,Hawaii | Exhibit 9, Sworn affidavit of Timothy Lee Adams, Senior Elections Clerk of the City of Honolulu and Honolulu county, attesting to the fact that it was a common knowledge among the |

| | | officials of the county Registrar that there is no birth certificate for Obama in any hospital in Hawaii |
|---|---|---|
| 7. All immigration records of passengers arriving in Hawaii | Obama claims to be born in HI | Exhibit 18 All of the immigration records of passengers arriving in Honolulu August 1-7 disappeared from NARA (National archives). Further cover-up

Upon demands for accounting the label on arrival records from August 7-14 were falsified, "7" was erased and replaced with one to give an impression that missing August 71-7 records are contained in 7-14 page |
| Forgery of the OCON (official certificate of a candidate for President) | Obama claims to be eligible, Democratic Party of Hawaii falsified the certificate of Eligibility | Democratic Party of Hawaii falsified the official certificate of a candidate, removed the words "Eligible according to the Constitution" |
| Obama was listed under a different last name in his mother's passport, was removed from his mothers passport due to foreign allegiance | Obama claims to be the Natural Born U.S. Citizen, never lost his citizenship | Exhibit 8, Passport records of Obama's mother, Stanley Ann D. Soetoro, shows Obama under a different name, Soebarkah, shows him crossed out, removed from his mother's passport due to foreign allegiance |
| In his school records | Inconsistency: Obama claims to be

US citizen

Claims Obama to be his legal last name
Claims to be Christian | Exhibit 17 Obama's School registration #203 Asissi School in Jakarta Indonesia list him as a Citizen of Indonesia
His last name is listed as Soetoro (his step father's last name)
Religion listed as Muslim |

| | | |
|---|---|---|
| OCON (Official Certificate of a Candidate) issued by the Democratic Party of Hawaii was falsified, words "..legally qualified to serve under the provisions of the United states Constitution" were removed from Obama's OCON in order to let ineligible Obama on the ballot, while it was present in the OCON for John Kerry and Al Gore | Obama claims to be qualified under the provisions of the U.S. constitution | Exhibit 20 OCON (official Certification of a candidate) for Al Gore and John Kerry contain wording: "..legally qualified to serve under the provisions of the United states Constitution". In Obama's OCON aforementioned wording was removed and the only qualification states: "legally qualified to serve under the provisions of the National Democratic Parties balloting" |
| Evidence of fraud in the application to the to the Illinois Attorneys Bar | In his bar application Obama claimed to have never used any other names | Exhibit 21 Obama's Illinois bar application shows him committing perjury. Bar applications are made under the penalty of perjury. In his application Obama claims that he never used any other names. This is contradictory to his school registration showing him using last name Soetoro and his mother's passport records Exhibit 8 where he is listed under the last name Soebarkah |
| Modus Operandi and Pattern of fraud extends to Obama's college records | Obama claimed to have been attending Columbia university for two years | Exhibit 22 Barack Obama's college records from Student clearing House show him attending Columbia for less than one year, only 9 month. additionally there is no evidence of him residing anywhere in the US during these missing 15 months. Logical conclusion would be that his trip to Pakistan before Columbia lasted not 1month, as he claims, but 16 months. |

# EXHIBIT 1

## AFFIDAVIT

STATE OF FLORIDA )
                        )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and I competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT from ITT Technical Institute in Indianapolis, IN. I have over ten years of experience of in web designs and development and I have often used software such as Adobe Photoshop and Adobe Illustrator. .

2. On April 15, 2010, the Whitehouse website, www.whitehouse.gov, released the 2009 Form 1040 of Income Tax Return of President Barack H. Obama: http://www.whitehouse.gov/sites/default/files/president-obama-2010-complete-return.pdf.

3. I downloaded this 65-page pdf file on my computer. I observed that all information about the president's and the first lady's social security numbers were redacted. All blocks or spaces for social security numbers were blank, or "white-out."

4. I submit Exhibit A (attached herewith, page 43 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of Pres. Barack Obama. The space for his social security number is redacted or blank.

5. I submit too Exhibit B (attached herewith, page 49 part of 2009 Form 1040) Form 709 U.S. Gift Tax Return of First Lady Michelle Obama. The space for her social security number is redacted or blank.

6. Then through Adobe Illustrator software, I opened Exhibit A and B and found that these two pdf files have two layers each, not just one layer. When the top layer is turned off or dragged away, the social security numbers of both persons are revealed.

7. I submit Exhibit A1 (attached herewith) Form 709 U.S. Gift Tax Return of Pres. Barack Obama with his social security number revealed. The following information are revealed:

> 1. Barack Obama's SSN: ▓▓▓▓-4425
> 2. Michelle Obama's SSN ▓▓▓▓-2302
> 3. An initial MLO on the side of Form 709
> 4. A 1/4 inch dark square with notation on it.
> 5. Preparer's SSN or PIN P▓▓▓▓▓51
>     EIN 36▓▓▓▓▓▓
>     Phone no. 312/372-0440

8. I submit Exhibit B1 (attached herewith) Form 709 U.S. Gift Tax Return of First Lady Michelle
Obama with her social security number revealed. The following information are revealed:

    1. Michelle Obama's SSN ~~352~~~~0~~-2302
    2. Barack Obama's SSN. ~~042~~~~1~~~~4~~425
    3. Preparer's SSN or PIN P00570974
      EIN 36-2700600
      Phone no. 312/372-0440

9. It is apparent that the tax preparer for Forms 709 of Pres. Obama may have forgotten to lock or
flatten the covering top layers before posting them on the Internet. I later noticed that after April
15, 2010, the pdf file posted at the White House has been modified. The top layers on President
Obama's Income Tax Return have been locked or flatten and could no longer be dragged out. His
SSN and his wife's SSN were no longer visible.

FURTHER AFFIANT SAYETH NOT.

_____

FELICITO PAPA

LERMA V. MANSILUNGAN
Notary Public - State of Florida
My Comm. Expires Oct 27, 2016
Commission # EE 142018
Bonded Through National Notary Assn.

SUBSCRIBED TO AND SWORN TO before me on May 23, 2013.

_____

NOTARY PUBLIC

FL DL - P100·245-45-082-0
Exp. 03/02/2020

Form **709**

Department of the Treasury
Internal Revenue Service

### United States Gift (and Generation-Skipping Transfer) Tax Return

(For gifts made during calendar year 2009)

► See separate instructions.

OMB No. 1545-0020

**2009**

| | | |
|---|---|---|
| 1  Donor's first name and middle initial<br>BARACK H. | 2  Donor's last name<br>OBAMA | 3  Donor's social security number<br>~~XXX-XX-4425~~ |
| 4  Address (number, street, and apartment number)<br>1600 PENNSYLVANIA AVENUE, NW | | 6  Legal residence (domicile)<br>ILLINOIS |
| 6  City, state, and ZIP code<br>WASHINGTON, DC   20500 | | 7  Citizenship (see instructions)<br>UNITED STATES |

<table>
<tr><td rowspan="15" style="writing-mode:vertical-lr">Part 1 - General Information</td></tr>
<tr><td colspan="2">8   If the donor died during the year, check here  ► ☐  and enter date of death</td><td></td><td>Yes</td><td>No</td></tr>
<tr><td colspan="2">9   If you extended the time to file this Form 709, check here  ► ☐</td><td></td><td></td><td></td></tr>
<tr><td colspan="2">10  Enter the total number of donees listed on Schedule A. Count each person only once. ►                   2</td><td></td><td></td><td></td></tr>
<tr><td colspan="3">11a Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b.</td><td>X</td><td></td></tr>
<tr><td colspan="3"> b  If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)?</td><td></td><td>X</td></tr>
<tr><td colspan="5">12  Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.)</td></tr>
<tr><td colspan="3"></td><td></td><td>X</td></tr>
<tr><td colspan="2">13  Name of consenting spouse  MICHELLE L. OBAMA</td><td>14  SSN ~~XXX-XX-2382~~</td><td></td><td></td></tr>
<tr><td colspan="3">15  Were you married to one another during the entire calendar year? (see instructions)</td><td></td><td>X</td></tr>
<tr><td colspan="3">16  If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ►</td><td></td><td></td></tr>
<tr><td colspan="3">17  Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.)</td><td></td><td>X</td></tr>
<tr><td colspan="5">18  Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent.</td></tr>
<tr><td colspan="3">Consenting spouse's signature ►X  <i>Michelle Obama</i></td><td colspan="2">Date ►  4-7-10</td></tr>
</table>

MLO

<table>
<tr><td rowspan="21" style="writing-mode:vertical-lr">Part 2 - Tax Computation</td></tr>
<tr><td>1</td><td>Enter the amount from Schedule A, Part 4, line 11</td><td>1</td><td>0.</td></tr>
<tr><td>2</td><td>Enter the amount from Schedule B, line 3</td><td>2</td><td>0.</td></tr>
<tr><td>3</td><td>Total taxable gifts. Add lines 1 and 2</td><td>3</td><td>0.</td></tr>
<tr><td>4</td><td>Tax computed on amount on line 3 (see Table for Computing Gift Tax in separate instructions)</td><td>4</td><td>0.</td></tr>
<tr><td>5</td><td>Tax computed on amount on line 2 (see Table for Computing Gift Tax in separate instructions)</td><td>5</td><td>0.</td></tr>
<tr><td>6</td><td>Balance. Subtract line 5 from line 4</td><td>6</td><td>0.</td></tr>
<tr><td>7</td><td>Maximum unified credit (nonresident aliens, see instructions)</td><td>7</td><td>345,800.</td></tr>
<tr><td>8</td><td>Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C)</td><td>8</td><td></td></tr>
<tr><td>9</td><td>Balance. Subtract line 8 from line 7</td><td>9</td><td>345,800.</td></tr>
<tr><td>10</td><td>Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions)</td><td>10</td><td></td></tr>
<tr><td>11</td><td>Balance. Subtract line 10 from line 9</td><td>11</td><td>345,800.</td></tr>
<tr><td>12</td><td>Unified credit. Enter the smaller of line 6 or line 11</td><td>12</td><td>0.</td></tr>
<tr><td>13</td><td>Credit for foreign gift taxes (see instructions)</td><td>13</td><td></td></tr>
<tr><td>14</td><td>Total credits. Add lines 12 and 13</td><td>14</td><td></td></tr>
<tr><td>15</td><td>Balance. Subtract line 14 from line 6. Do not enter less than zero</td><td>15</td><td>0.</td></tr>
<tr><td>16</td><td>Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total)</td><td>16</td><td></td></tr>
<tr><td>17</td><td>Total tax. Add lines 15 and 16</td><td>17</td><td>0.</td></tr>
<tr><td>18</td><td>Gift and generation-skipping transfer taxes prepaid with extension of time to file</td><td>18</td><td></td></tr>
<tr><td>19</td><td>If line 18 is less than line 17, enter balance due (see instructions)</td><td>19</td><td>0.</td></tr>
<tr><td>20</td><td>If line 18 is greater than line 17, enter amount to be refunded</td><td>20</td><td></td></tr>
</table>

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? [X] Yes ☐ No

X _____  Signature of donor                        4-7-10  Date

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | <i>(signature)</i> | Date  3/30/10 | Check if self-employed ☐ |
| Firm's name (or yours if self-employed), address, and ZIP code | WINEBERG SOLHEIM HOWELL & SHAIN, PC<br>180 N LASALLE ST, STE 2200<br>CHICAGO, IL 60601 | Preparer's SSN or PTIN ~~XX-XXXXXXX~~ |  |
| | | EIN  36-~~XXXXXXX~~ | Phone no. 312/372-0440 |

LHA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.      Form **709** (2009)

709501
12-15-09

1

14380330 ~~131470~~ 01111D          2009.03030 OBAMA, BARACK H.          01111D 1

Form **709**

Department of the Treasury
Internal Revenue Service

### United States Gift (and Generation-Skipping Transfer) Tax Return

(For gifts made during calendar year 2009)

▶ See separate instructions.

OMB No. 1545-0020

**2009**

| | |
|---|---|
| 1  Donor's first name and middle initial | 2  Donor's last name |
| MICHELLE L. | OBAMA |

3  Donor's social security number
~~███████~~ 2102

4  Address (number, street, and apartment number)
1600 PENNSYLVANIA AVENUE, NW

5  Legal residence (domicile)
ILLINOIS

6  City, state, and ZIP code
WASHINGTON, DC  20500

7  Citizenship (see instructions)
UNITED STATES

**Part 1 - General Information**

|   | | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ ☐ and enter date of death | | |
| 9 | If you extended the time to file this Form 709, check here ▶ ☐ | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ▶ 2 | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | X | |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below.  If the answer is "No," skip lines 13-18 and go to Schedule A.) | X | |
| 13 | Name of consenting spouse  BARACK H. OBAMA | 14  SSN ~~███████~~ 4426 | |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | X | |
| 16 | If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ▶ | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | X | |
| 18 | Consent of Spouse. I consent to have the gifts (and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | |
| | Consenting spouse's signature ▶ X  *[signature]*          Date ▶ 4/7/10 | | |

**Part 2 - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Schedule A, Part 4, line 11 | 1 | 0. |
| 2 | Enter the amount from Schedule B, line 3 | 2 | 0. |
| 3 | Total taxable gifts. Add lines 1 and 2 | 3 | 0. |
| 4 | Tax computed on amount on line 3 (see *Table for Computing Gift Tax* in separate instructions) | 4 | 0. |
| 5 | Tax computed on amount on line 2 (see *Table for Computing Gift Tax* in separate instructions) | 5 | 0. |
| 6 | Balance. Subtract line 5 from line 4 | 6 | 0. |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 7 | 345,800. |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col C) | 8 | |
| 9 | Balance. Subtract line 8 from line 7 | 9 | 345,800. |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | |
| 11 | Balance. Subtract line 10 from line 9 | 11 | 345,800. |
| 12 | Unified credit. Enter the smaller of line 6 or line 11 | 12 | 0. |
| 13 | Credit for foreign gift taxes (see instructions) | 13 | |
| 14 | Total credits. Add lines 12 and 13 | 14 | |
| 15 | Balance. Subtract line 14 *from line 6.* Do not enter less than zero | 15 | 0. |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, Total) | 16 | |
| 17 | Total gift tax. Add lines 15 and 16 | 17 | 0. |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | |
| 19 | If line 18 is less than line 17, enter balance due (see instructions) | 19 | 0. |
| 20 | If line 18 is greater than line 17, enter amount to be refunded | 20 | |

*Attach check or money order here.*

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

▶ X  *Michelle Obama* 4/7/10
Signature of donor          Date

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ *[signature]* | Date 3/30/10 | Check if self-employed ☐ | Preparer's SSN or PTIN ~~████~~ |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | WINEBERG SOLHEIM HOWELL & SHAIN, PC | EIN ~~██████~~ |
| | 180 N LASALLE ST, STE 2200 | Phone no. 312/372-0440 |
| | CHICAGO, IL 60601 | |

LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 12 of the separate instructions for this form.

Form **709** (2009)

7

14580330 131470 01111D          2009.03030 OBAMA, BARACK H.          01111D 1

Original Tax Posting.pdf Properties                    [ ⊠ ]

General    PDF    Details

Title:

Author:

Subject:

Keywords:

Created:         Thursday, April 15, 2010, 11:15:29 AM

Modified:        Thursday, April 15, 2010, 11:15:29 AM

Application:

PDF Producer:    Mac OS X 10.5.8 Quartz PDFContext

Fast Web View:   No            PDF Version:    1.3

Information on this page reflects the actual contents of
the Adobe PDF file. This page may differ from other
pages of this property sheet that display information
from the Windows file system.

OK            Cancel

Form **709**

United States Gift (and Generation-Skipping Transfer) Tax Return

**2009**

► See separate instructions.

| | |
|---|---|
| 1 Donor's first name and middle initial | 2 Donor's last name |
| BARACK H. | OBAMA |

3 Donor's social security number
___-__-4425

| 4 Address (number, street, and apartment number) |
|---|
| 1600 PENNSYLVANIA AVENUE, NW |

5 Legal residence (domicile)
ILLINOIS

| 6 City, state, and ZIP code |
|---|
| WASHINGTON, DC   20500 |

7 Citizenship (see instructions)
UNITED STATES

**General Information**

| | | Yes | No |
|---|---|---|---|
| 8 If the donor died during the year, check here ► ☐ and enter date of death ____ | | | |
| 9 If you extended the time to file this Form 709, check here ► ☐ | | | |
| 10 Enter the total number of donees listed on Schedule A. Count each person only once. ► | 2 | | |
| 11a Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | | | X |
| b If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | |
| 12 Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13 18 and go to Schedule A.) | | X | |
| 13 Name of consenting spouse MICHELLE L. OBAMA | 14 SSN ___-__-2502 | | |
| 15 Were you married to one another during the entire calendar year? (see instructions) | | X | |
| 16 If 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed/deceased, and give date ► | | | |
| 17 Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | | X | |

Current Tax Posting.pdf Properties    [ 23 ]

General    PDF    Details

Title:

Author:

Subject:

Keywords:

Created:        Thursday, April 15, 2010, 11:15:29 AM

Modified:       Thursday, April 15, 2010, 6:17:52 PM

Application:

PDF Producer:    Mac OS X 10.5.8 Quartz PDFContext

Fast Web View:   Yes         PDF Version:    1.6

Information on this page reflects the actual contents of
the Adobe PDF file. This page may differ from other
pages of this property sheet that display information
from the Windows file system.

OK            Cancel

**Form 709**

Department of the Treasury
Internal Revenue Service

# United States Gift (and Generation-Skipping Transfer) Tax Return

For gifts made during calendar year 2009

► See separate instructions.

OMB No. 1545-0020

**2009**

## Part 1 - General Information

| | |
|---|---|
| 1 Donor's first name and middle initial | 2 Donor's last name |
| BARACK H. | OBAMA |

3 Donor's social security number

| 4 Address (number, street, and apartment number) |
|---|
| 1600 PENNSYLVANIA AVENUE, NW |

5 Legal residence (domicile)
ILLINOIS

| 6 City, state, and ZIP code |
|---|
| WASHINGTON, DC  20500 |

7 Citizenship (see instructions)
UNITED STATES

| | | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ► [ ] and enter date of death ► [ ] [ ] | | |
| 9 | If you extended the time to file this Form 709, check here ► [ ] | | |
| 10 | Enter the total number of donees listed on Schedule A. Count each person only once. ► 2 | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If "No," skip line 11b | X | |
| b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | X |
| 12 | Gifts by husband or wife to third parties. Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | X | |
| 13 | Name of consenting spouse MICHELLE L. OBAMA | 14 SSN | | |
| 15 | Were you married to one another during the entire calendar year? (see instructions) | X | |
| 16 | If 15 is "No," check whether [ ] married [ ] divorced or [ ] widowed/deceased, and give date ► | | |
| 17 | Will a gift tax return for this year be filed by your spouse? (If "Yes," mail both returns in the same envelope.) | X | |
| 18 | Consent of Spouse. I consent to have the gifts and generation-skipping transfers) made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | |

Consenting spouse's signature ► *Michelle Obama*     Date ► 4-7-10



**709** United States Gift (and Generation-Skipping Transfer) Tax Return

▶ See separate instructions

**2009**

MICHELLE OBAMA

1600 PENNSYLVANIA AVENUE, NW

WASHINGTON DC 20500

ILLINOIS

UNITED STATES

Yes   No

X

X

X

BARACK H. OBAMA

X

X

Date ▶ 4/7/10

| | |
|---|---|
| 2 | 0. |
| 3 | 0. |
| 4 | 0. |
| 5 | 0. |
| 6 | 0. |
| 7 | 345,800. |
| 8 | |
| 9 | 345,800. |
| 10 | |
| 11 | 345,800. |
| 12 | 0. |
| 13 | |
| 14 | |
| 15 | 0. |
| 16 | |
| 17 | |
| 18 | |
| 19 | 0. |

**Sign Here** ▶ Michelle Obama 4/7/10

X Yes   No

**Paid Preparer Use Only** ▶ WINBERG SOLHEIM POWELL & SHAIN PC
227 N LASALLE ST, STE 2200
CHICAGO, IL 60601

709

I, Linda Jordan am over 18 years old, do not suffer from any mental impairment, have personal knowledge of the facts listed below and declare under penalty of perjury:

I used the government run E-Verify System to verify the employment eligibility for Barack H Obama (Obama) and it revealed a "Notice of Mismatch" between Obama's name, birth date and Social Security Number (SSN), compared to the information the Social Security Administration has on file.

I saw Obama's Selective Service Registration (SSR) form which was available on the web at www.sss.gov and copied the SSN Obama used on that form. I also read the reports of licensed investigators Neil Sankey, Susan Daniels and the opinion of retired senior deportation officer of the department of Homeland Security John Sampson, that the SSN Obama was using was fraudulent and/or never issued to him.

Between October 2008 and May 2011, I submitted several requests to agencies and people with the legal responsibility and authority to investigate the use of forged documents and election fraud, concerning Obama's birth records and SSN. (attachment A)

To date no one with the legal responsibility and authority has responded to any of my requests.

I read part of the testimony of Marianna LaCanfora before the Committee on Ways and Means Sub Committee on Social Security in the House of Representatives dated April 14th, 2011. She explained that a SSN in conjunction with a proper identity document determine whether a person is authorized to work. LaCanfora said that the E-Verify system run by the government is a free, Internet-based system that allows employers to electronically verify the employment eligibility of their employees. The Immigration Reform and Control Act of 1986 required all employers to verify the identity and employment eligibility of all new employees regardless of citizenship or national origin.

I considered myself to be one of the employers of the President of the United States.

1

On July 26, 2011. I tried to enroll in the E-Verify System but it required the employer to enter data from their employees I-9 Employment Eligibility Verification Form. I have been unable to locate one for Obama.

On August 17, 2011. I went back on the E-Verify website and saw that there was a "Self-Service" function that was more streamlined and easier to use when checking an employees eligibility. I entered the name Barack H Obama, birth date August 4, 1961 and SSN⟨⟩4425. This data was entered correctly. The report I got back from the SSA included a "Notice of Mismatch with Social Security Administration (SSA) Records". (attachment B)

Signed _____

Linda Jordan  4419 So. Dawson St. Seattle WA 98118 206.723.6471

In the city of _____, County of _____

        Seattle Washington                    King

Dated the _____ day of _____, _____.

                  August        2011

Signature of the Notary _____

Date _____

Self Check : Notice of Mismatch with Social Security Administration...          https: selfcheck.uscis.gov SelfCheck?! ssaContact.html

# Self Check™

## Notice of Mismatch with Social Security Administration (SSA) Records

Print                    Ver en Español

## Bring this notice with you when you visit SSA.

For SSA Field Office Staff: Do not use EV-STAR; See POMS RM 10250.000ff

Obama Barack H
Name of the employee (Last Name, First Name.
MI)
08/17/2011
Date of Mismatch

~~~~~~-4425
Employee's Social Security Number (SSN)
2011229111431GY
Case Verification Number

Reason for this Notice:

   **SSN does not match.** The Social Security Number (SSN) entered in Self Check is valid, but the name and/or date of birth entered do not match SSA records.

   **SSN is invalid.** The Social Security Number (SSN) entered in Self Check is not a valid number

   **SSA unable to confirm U.S. Citizenship.** Cannot confirm that the employee is eligible to work because the SSA records do not show that the SSN Holder is a U S  Citizen

   ✓ **SSA record does not verify. Other reason.** SSA found a discrepancy in the record

   **SSA unable to process data.** SSA found a discrepancy in other data in the record.

**Instructions**

**attachment B**                    8 17 2011 8:09 AM

# EXHIBIT 3

**GREG HOLLISTER**< greg_hollister@msn.com>                    Wed. Feb 9, 2011 at 5.39 AM
To: orly.taitz@gmail.com
Cc. "John Hemenway DC Council" <johndhemenway@comcast.net>. Larry Elgin
<lawnet.lae@gmail com>. Susan Private Investigator <susandanielspi@aol.com>. "Linda Bent.
SONORAN NEWS" <lindabent@aol.com>

Dear Ms. Taitz.

I have been monitoring your efforts at a distance reference the eligibility of Barack Obama to serve as
POTUS. I see that you are now filing suit reference his many SSNs.

I have a copy of Obama's selective service card with the SSN affixed. I, as a small business owner.
have access to the Social Security Number Verification System. As a result, I checked the SSNVS for
the SSN Obama used for registering with Selective Service. The SSNVS search resulted in a report
sheet that states that number Obama used to register for Selective Service was never issued.

Let me be direct - I have not agreed with many of your tactics in this endeavor. However, I have
continued to follow your efforts to see where there may be synergy and this is one.

Therefore if you think the documents will be helpful, please let me know and I will send you the PDF
files for both the Selective Service Card and the SSNVS report that states that SSN was never
issued.

Sincerely

Greg Hollister

Gregory S. Hollister, Colonel, USAF, Retired
President. Hollister Enterprises LLC

Social Security Online

# Business Services Online

www.socialsecurity.gov
Navigation | Logout

BSO Main Menu | BSO Information | Contact Us | Keyboard

 **Social Security Number Verification System (SSNVS)**

**■ SSNVS Help**

## SSN Verification Results

Employer's EIN:
Records Submitted:  1
Failed:  1
Verified Records:  0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6.

Verify More SSNs
What to do if an SSN fails to verify
Field Office Locator

- **Failed** - Data does not match Social Security Administration's records. Select What to do if an SSN Fails to Verify for more information.

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select Field Office Locator to find the office nearest you.

- **Verified** - Data matches Social Security Administration's records.

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---------|---------------|-----------|-------------|-----------|--------|------------------------|------------|----------------------|
| Failed | ████4425 | BARACK | - | OBAMA | - | 08041961 | M | 1 |

| Verification Results | |
|------|-------------|
| **Code** | **Description** |
| 1 | SSN not in file (never issued). |

Have a question? Call **1-800-772-6270** Mon. - Fri. 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**.

https://secure.ssa.gov/apps12z/SSNVS/interactiveVerification.do

# EXHIBIT 4

Affidavit of Albert Hendershot

I, Albert Hendershot am a professional debt collector, I am over 18 years old, I have personal knowledge of the facts provided herein and I will be able to competently testify in court of the facts as listed in this affidavit:

1. I personally performed a search with Merlin Information Systems and http//www.acxiom.com/identity-solutions database which is routinely used by professional debt collectors

2. I found that both Barack Obama and Harry J. Bounel are listed as holders of the same Connecticut Social Security number ●●●●●-4425 and resided at the same address 5046 S. Greenwood Ave, Chicago , Illinois, Exhibit 1 attached herein is the true and correct copy of the printout from http//www.acxiom.com/identity-solutions database.  Exhibit 2 attached herein is the (FOIA) Freedom of Information Act request which was completed for numident ●●●●●-4425 with Harry Bounel as the name associated with said numident ●●●●●-4425.  Exhibit 2 clearly states that the aforementioned numident belongs to Harry Bounel and not Barack H Obama as detailed in the response from the Social Security Administration dated November 2012.

3. Michelle Obama  is listed as a relative of both Harrison (Harry) J. Bounel and Barack Obama.

4. http//www.acxiom.com/identity-solutions database  shows that the last change in the record of Harry J. Bounel Social security number ●●●●●-4425  was performed by Michelle Obama in and around November 2009, who is listed as a relative of Harry J. Bounel.

I attest under the penalty of perjury that all of the foregoing is true and correct to the best of my knowledge and informed belief.

Affiant further says naught.

Signed Albert Hendershot _____

Dated _____
Feb 1, 2013 .

Signature of the Notary Public

Luke Keim

SOCIAL SECURITY

Refer to:
S9H: A17967

November 16, 2013

This letter is in response to your Internet request for a Numident for Mr. Harry Bournel.

The Privacy Act of 1974 (5 U.S.C. § 552a) restricts disclosure of the information you requested. The only exception that might permit us to disclose these records to you without consent would be the exception for disclosure required by the Freedom of Information Act (FOIA) (5 U.S.C. § 552).

When we receive a request from a member of the public to release personal information about another individual from our records, we must balance the individual's privacy interest in withholding the information against the public interest in disclosing the information. We must determine whether disclosure would affect a personal privacy interest. There is clearly a substantial privacy interest in the personal details furnished to the Government. The only public interest we must consider is if the information sought would shed light on the way an agency performs its statutory duties. We may not consider the identity of the requester or the purpose for requesting the information. While there clearly is a public interest in knowing how the Social Security Administration administers the Social Security Act, disclosing records containing personal information about named individuals would not shed light on how the agency performs its statutory duties. Therefore, disclosing this information would be a clearly unwarranted invasion of personal privacy, and the FOIA (5 U.S.C. § 552(b)(6)) does not require disclosure.

If you disagree with this decision, you may request a review. Mail your appeal within 30 days after you receive this letter to the Social Security Administration, Office of Privacy and Disclosure, 617 Altmeyer Building, 6401 Security Boulevard, Baltimore, Maryland 21235. Mark the envelope "Freedom of Information Appeal."

Sincerely,

Dawn S Wiggins

Dawn S. Wiggins
Freedom of Information Officer

# Barack H Obama aka Harrison J Bounel
# Alias Has Been Scrubbed From Databases

**03/11/2011** The alias of Harrison J Bounel is discovered sharing the same SSN and home address as Barack H Obama as of 11/2009 by AL Hendershot.

**03/11/2011** Conflicting information is discovered as to the registered Owners of 5046 S Greenwood Ave., the supposed home owned by the Obama's showing that it is not the Obama's as the true owners of the Hyde Park Mansion.

**03/14/2011** Harrison J Bounel alias hits the internet as a searchable term for Barack H Obama's alias as of 2009

**04/20/2011** WND and Jerome Corsi re-open the case concerning 5046 S Greenwood with the article, "Why Do 3 Supporters Own Obama Home"

**05/14/2011**

The Obama Hustle Blog

www.theobamahustle@wordpress.com

Goes live exposing evidence on Barack H Obama

**08/14/2011** WND and Jerome Corsi re-open the case concerning the the $104,500.00 "Obama Buffer Zone" in an article, "Tax fraud suspected in Obama land deal".

As of 08/20/2011 a recent search was completed on the Obama SSN ~~~~4425 of the same database that was used when Harrison J Bounel alias was originally discovered and the alias had been completely scrubbed and all evidence has been eliminated. The following graphic images will point that out.

**05/20/2011** Al Hendershot is interviewed by Trunews Radio (with a combined 300K plus hits on youtube as of 08/2011) concerning the Obama alias of "Harrison J Bounel "and the real estate and tax fraud issues associated with 5046 S Greenwood Ave.

# People Search Results (2)

| Personal Information | | |
|---|---|---|
| **BOUNEL HARRISON J**<br>Aliases: HARRISON J<br>BOUNEL<br>Gender: U<br>SSN: 042-68-XXXX<br>(B) CSCORE<br>(A) RELATIVES | 5046 S GREENWOOD AVE<br>CHICAGO, IL 60615<br>Single-Family Dwelling | 11/2009 |
| **BARBACK H OBAMA**<br>Aliases: BARACK H<br>OBAMA, BARACK H<br>OBAMA, BARACK<br>OBAMA, BARBACK<br>OBAMA, OBAMA BARACK<br>DOB: 08/1961<br>Gender: M<br>SSN: 042-68-XXXX<br>(B) CSCORE<br>(A) RELATIVES | 227 6TH ST NE<br>WASHINGTON, DC 20002<br>Single-Family Dwelling | 02/2006 -<br>12/2006 |
| | 5046 S GREENWOOD AVE<br>CHICAGO, IL 60615<br>Single-Family Dwelling | 11/2006 |
| | 300 MASSACHUSETTS AVE NW<br>WASHINGTON, DC 20001<br>Multi-Family Dwelling | 09/2006 |
| | 5450 S EAST VIEW PARK<br>Apt. 1<br>CHICAGO, IL 60615<br>Single-Family Dwelling | 09/2006 |
| **Cell Phone(s) Available $** | 7436 S EUCLID AVE<br>CHICAGO, IL 60649<br>Single-Family Dwelling | 10/1997 |
| | 365 BROADWAY<br>Apt. B1<br>SOMERVILLE, MA 02145<br>Multi-Family Dwelling | Not Available |

# Relatives Search Results (1)

## Personal Information

**MICHELLE L OBAMA**
**Aliases:** BARACK H
OBAMA, MICHELLE E
OBAMA, MICHELLE L
ROBINSON, MICHELLE
OBAMA, MICHELLE
ROBINSON, ROBINSON
MICHELLE
**DOB:** 01/1964
**Gender:** F
**SSN:** XXX-XX-XXXX
**Possible Relationship:**
Sister/Spouse
C-SCORE
RELATIVES

**Cell Phone(s) Available $**

| Address | Date |
|---|---|
| 5046 S GREENWOOD AVE CHICAGO, IL 60615 Single Family Dwelling | 07/2005 - 12/2010 |
| 7436 S EUCLID AVE CHICAGO, IL 60649 Single Family Dwelling | 09/2006 |
| 5450 S EAST VIEW PARK Apt. 1 CHICAGO, IL 60615 Single Family Dwelling | 02/2004 |
| 5470 S EVERETT AVE Apt. 1S CHICAGO, IL 60615 Multi Family Dwelling | 09/1997 |
| 5470 S EVERETT AVE Apt. 1S CHICAGO, IL 60615 Multi Family Dwelling | Not Available |
| 180 N LA SALLE ST Apt. 2200 CHICAGO, IL 60601 | Not Available |
| 3550 S RHODES AVE Apt. 1802 CHICAGO, IL 60653 Multi Family Dwelling | UNLISTED  Not Available |

# EXHIBIT 5

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al.,<br>Plaintiffs, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action: |
| Barack Hussein Obama,<br>Michelle L.R. Obama,<br>Hillary Rodham Clinton, Secretary of State,<br>Robert M. Gates, Secretary of Defense,<br>Joseph R. Biden, Vice-President and<br>President of the Senate,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | **SACV09-00082-DOC (Anx)** |

## Affidavit of Susan Daniels

1.      My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.      I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3.      I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc., incorporated in March 1995, license number 65199565509.

4.      I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5.      I located a social security number for Barack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut but as I investigated

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6.     I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, includimg one that does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington, D.C.

7.     The true and correct copies I personally obtained are attached.

8.     I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

9.     I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in _Mentor_, _OH_ on this _19th_ day of October, 2009.

By _Susan Elizabeth Daniels_
    Susan Elizabeth Daniels

# NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this _19_ day of October, 2009, in _Mentor_ (city), _Lake County Ohio_ (state), _U.S.A_ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

_____

Notary Public in the State of Ohio

Business Address of Notary: _8039 BROADMOOR MENTOR, OH 44060_

JAMES V. LOIACONO, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 O.R.C.

My Seal Appears Above this line.

My Printed Name is: _JAMES V. LOIACONO_ ; my notarial commission or license expires on: _LIFETIME & STATEWIDE_

Person Search

https://secure.accurint.com/app/bps/main

| | All | Full Name | Age/DOB | Address | Dates | Phone Information | |
|---|---|---|---|---|---|---|---|
| | | MICHELLE OBAMA Gender: Female xxxx | | 5046 S GREENWOOD AVE CHICAGO IL 60615-2806 | Aug 05 - Aug 07 | | |
| | | MICHELLE OBAMA Gender: Female | | 1 OLD STATE CAPITOL PLZ APT SPRINGFIELD IL 62701-1512 | May 09 - Sep 09 | | |
| | | MICHELLE OBAMA Gender: Female xxxx | | 1600 PENNSYLVANIA AVE NW WASHINGTON DC 20500-0003 Newspaper facility. | Jun 08 - Sep 09 | | |
| | | MICHELLE OBAMA Gender: Female xxxx | | 5030 QUENTIN ST DENVER CO 80239-4312 | Jul 09 - Aug 09 | 303-365-5697 - MDT | |
| | | MICHELLE OBAMA Gender: Female | | 123 W NORTH AVE CAROL STREAM IL 60188-2001 | Mar 09 - Aug 09 | | |
| | | MICHELLE OBAMA Gender: Female 324-56-xxxx | | 936 4 MILE RD NW APT GRAND RAPIDS MI 49544-1503 | Jan 09 - Jul 09 | | |
| | | MICHELLE OBAMA Gender: Female | | 505 CATHARINE ST PHILADELPHIA PA 19147-3009 | Apr 07 | | |
| | | MICHELLE OBAMA Gender: Female | | 3550 S RHODES AVE APT 1802 CHICAGO IL 60653-1273 | | | |
| | | MICHELLE OBAMA Gender: Female | | 1901 COLLEGE AVE FREDERICK MD 21701 | Jun 09 - Sep 09 | | |
| | | MICHELLE OBAMA Gender: Female | | 1 PENNSYLVANNIA BEVERLY HILLS CA 90210 | Jan 09 - Sep 09 | | |

10/19/09 9:15 AM

# SSN Verifier Plus

## SSN ████████4425

| Year(s) and State Issued | |
|---|---|
| Year(s) Issued: | 1977-1979 |
| State Issued: | Connecticut |

| Social Security Death Index |
|---|
| SSN not found in Social Security Death Index |

| Names Associated With SSN |
|---|
| OBAMA, BARACK |
| OBAMA, BARACK HUSSEIN |

| Dates of Birth Associated With SSN |
|---|
| 1890 |
| 08/04/1961 |
| 04/08/1961 |

Tracers Information Specialists, Inc. – Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

# Standard People Search

## 105 Records

**Search Criteria**

**Name:** OBAMA, BARACK

**Flags:** Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 295 HARVARD ST 1505<br>CAMBRIDGE MA 02139-2382<br>**Reported:** 01/2009 - 01/01/2009<br>**County:** Middlesex | 2x | Map It | | | N |
| | OBAMA BARACK | 1600 PENN AVE<br>WASHINGTON DC 20007<br>**Reported:** 12/2008 - 12/2008<br>**County:** District of Columbia | 1x | Map It | | | N |
| | OBAMA BARACK | 559 W GOLF RD<br>ARLINGTON HTS IL 60005-3904<br>**Reported:** 11/2008 - 11/2008<br>**County:** Cook | 1x | Map It | | | N |
| | OBAMA BARACK | 56 THORNTON RD<br>NEEDHAM MA 02492-4330<br>**Reported:** 09/2008 - 11/2008<br>**County:** NORFOLK | 1x | Map It | | | N |
| | OBAMA BARACK | 713 HART SENATE<br>WASHINGTON DC 20510-0001<br>**Reported:** 11/2008 - 11/2008<br>**County:** District of Columbia | 1x | Map It | | | N |
| | OBAMA BARACK | 3535 OLIVE ST<br>DENVER CO 80207-1523<br>**Reported:** 09/2008 - 11/2008<br>**County:** Denver | 1x | Map It | | (720)336-7722 | N |
| | OBAMA BARACK | 810 E 13TH AVE<br>EUGENE OR 97401-3742<br>(POSSIBLE HIGH RISK)<br>**Reported:** 09/2008 - 11/2008<br>**County:** Lane | 1x | Map It | | | N |
| | OBAMA BARACK | 435 DALLAS AVE<br>LANCASTER TX 75146<br>**Reported:** 09/2008 - 11/2008<br>**County:** Dallas | 1x | Map It | | | N |
| | OBAMA BARACK L | 1930 WALLACE ST<br>PHILADELPHIA PA 19130-3220<br>**Reported:** 09/17/2008 - 10/03/2008<br>**County:** Philadelphia | 2x | Map It | | Landline:<br>(215)235-3040 | N |
| | OBAMA BARACK | 1000 NW 33 AVE<br>FORT WORTH TX 76180<br>**Reported:** 04/2008 - 09/2008<br>**County:** Tarrant | 2x | Map It | 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 | | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK | 123 MAIN ST<br>CHARLESTON SC 29464<br>**Reported:** 08/2008 - 09/2008<br>**County:** Charleston | 1x | Map It | | | N |

1 of 8                                                                                          10/2/09 9:14 AM

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK<br>CHICAGO IL 60615<br>**Reported:** 08/20/2008 - 08/20/2008<br>**County:** Cook | **1x** | Map It | ▪▪▪▪-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST<br>CHICAGO IL 60654<br>(POSSIBLE HIGH RISK)<br>**Reported:** 08/20/2008 - 08/20/2008<br>**County:** Cook | **1x** | Map It | | Cell:<br>(312)310-0069 | N |
| E-mail: bobama@lawmbg.com | | | (No IP Address Reported) | | | Phone: (312)751-1170 | |
| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 60615<br>**Reported:** 08/18/2008 - 08/18/2008<br>**County:** Cook | | | | | N |
| | OBAMA BARACK | 180 N LASALLE<br>CHICAGO IL 60601<br>(POSSIBLE HIGH RISK)<br>**Reported:** 08/18/2008 - 08/18/2008<br>**County:** Cook | **1x** | Map It | | | N |
| | OBAMA BARACK | 83775 BATES RD<br>JACKSON NJ 08527<br>**Reported:** 02/2008 - 08/2008<br>**County:** Ocean | **2x** | Map It | 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 (DECEASED) _See_<br>**Issued:** 1954-1955 in IA _attached "A"_ | | N |
| | OBAMA BARACK | 1000 33RD AVE<br>FORT WORTH TX 76180<br>**Reported:** 08/2008 - 08/2008<br>**County:** Tarrant | **1x** | Map It | | | N |
| | OBAMA BARACK | 505 FARR C<br>COLUMBUS GA 31907-6275<br>**Reported:** 01/2008 - 08/2008<br>**County:** Muscogee | **3x** | Map It | 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 | | N |
| | OBAMA BARACK | 1603 RUCKER RD<br>ALPHARETTA GA 30004-1435<br>**Reported:** 08/2008 - 08/2008<br>**County:** FULTON | **1x** | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200<br>CHICAGO IL 60601-2610<br>(POSSIBLE HIGH RISK)<br>**Reported:** 06/01/2007 - 06/01/2008<br>**County:** Cook | **4x** | Map It | ▪▪▪▪-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK | OBAMA LN<br>FRANKLIN WI 53132<br>**Reported:** 05/2008 - 06/2008<br>**County:** Milwaukee | **1x** | Map It | | | N |
| | OBAMA BARACK | 123 WHITE HOUSE<br>IRVINE CA 92618<br>**Reported:** 06/2008 - 06/2008<br>**County:** ORANGE | **1x** | Map It | | | N |
| | OBAMA BARACK | 15 A 1A<br>MANALAPAN FL 33462<br>**Reported:** 05/2008 - 05/2008<br>**County:** Palm Beach | **1x** | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported:** 12/01/2007 - 04/01/2008<br>**County:** Cook | **5x** | Map It | ▪▪▪▪-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |

Tracers Information Specialists, Inc. - Standard People Search — https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
|  | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 **1x** CHICAGO IL 60615 Reported: 03/25/2008 - 03/25/2008 County: Cook | Map It | ▇4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
|  | OBAMA BARACK | NO ADDRESS REPORTED CHICAGO IL 0 Reported: 03/03/2008 - 03/03/2008 | | | | N |
|  | OBAMA BARACK | 40 TRANSFER ST **1x** DENVER CO 80207 Reported: 03/2008 - 03/2008 County: Denver | Map It | | Landline: (303)545-0199 | N |
|  | OBAMA BARACK | 111 PENNSYLVANIA AVE **3x** WASHINGTON UT 84780 Reported: 08/2007 - 02/2008 County: Washington | Map It | 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 | | N |
|  | OBAMA BARACK | 505 FARR C **1x** COLUMBUS GA 31907 Reported: 02/2008 - 02/2008 County: Muscogee | Map It | 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 Issued: 1988-1989 in AL | | N |
|  | OBAMA BARACK LWYR | 14 W ERIE ST **7x** CHICAGO IL 60610 (POSSIBLE HIGH RISK) Reported: 01/02/2008 - 01/02/2008 County: Cook | Map It | | Landline: (312)751-1170 Cell: (312)310-0069 | N |

E-mail: bobama@lawmbg.com (No IP Address Reported) Phone: (312)751-1170

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
|  | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK **8x** CHICAGO IL 60615 Reported: 01/02/2008 - 01/02/2008 County: Cook | Map It | ▇4425 Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
|  | OBAMA BARACK | PO BOX 1236 **1x** PROVO UT 84603-1236 Reported: 01/2008 - 01/2008 County: Utah | | | | N |
|  | OBAMA BARACK | 15 A1A **1x** MANALAPAN FL 33434 Reported: 01/2008 - 01/2008 County: Palm Beach | Map It | 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 | | N |
|  | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 **8x** CHICAGO IL 60615 Reported: 11/15/2007 - 11/15/2007 County: Cook | Map It | ▇4425 Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
|  | MR OBAMA BARACK H | 5046 S GREENWOOD AVE **12x** CHICAGO IL 60615-2806 (POSSIBLE HIGH RISK) Reported: 07/2005 - 11/15/2007 County: Cook | Map It | ▇4425 Issued: 1977-1979 in CT DOB: 08/01/1961 Age: 48 | | N |
|  | OBAMA BARACK HUSSEIN | 365 BROADWAY **3x** SOMERVILLE MA 02145 Reported: 06/01/1986 - 10/01/2007 County: Middlesex | Map It | ▇-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
|  | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 **12x** SOMERVILLE MA 02145 Reported: 07/17/2001 - 10/01/2007 County: Middlesex | Map It | ▇4425 Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
|  | OBAMA BARACK | 918 BAINBRIDGE ST **1x** PHILADELPHIA PA 19147 Reported: 08/2007 - 08/2007 County: Philadelphia | Map It | | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| 🖼 | OBAMA BARACK | 123 MAIN ST LANSING MI 48910 **Reported:** 07/2007 – 07/2007 **County:** Ingham | 1x | Map It | | | N |
| 🖼 | OBAMA BARACK H | 180 N LA SALLE ST 2200N CHICAGO IL 60601-2501 (POSSIBLE HIGH RISK) **Reported:** 02/2007 – 06/2007 **County:** Cook | 2x | Map It | ▇4425 **Issued:** 1977-1979 in CT | | N |

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| 🖼 | OBAMA BARACK | 1236 PO BOX PROVO UT 84603 **Reported:** 06/2007 – 06/2007 **County:** Utah | 2x | | 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 | | N |
| 🖼 | OBAMA BARACK | 610 E OLD WILLOW RD PROSPECT HEIGHTS IL 60070-1913 **Reported:** 04/2007 – 04/2007 **County:** Cook | 1x | Map It | | | N |
| 🖼 | OBAMA BARACK | 505 CATHARINE ST PHILADELPHIA PA 19147-3009 **Reported:** 04/2007 – 04/2007 **County:** Philadelphia | 1x | Map It | | | N |
| 🖼 | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5916 **Reported:** 07/2006 – 07/2006 **County:** Cook | 3x | Map It | ▇4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| 🖼 | OBAMA BARACK S | 607 E ADAMS ST SPRINGFIELD IL 62701-1634 (POSSIBLE HIGH RISK) **Reported:** 04/21/2006 – 05/07/2006 **County:** Sangamon | 9x | Map It | | Landline: (217)492-5089 | N |
| 🖼 | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE 5 WASHINGTON DC 20001 **Reported:** 02/01/2006 – 02/01/2006 **County:** District of Columbia | 1x | Map It | ▇4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| 🖼 | OBAMA BARACK HUSSEIN | 227 6TH ST WASHINGTON DC 20002 **Reported:** 02/01/2006 – 02/01/2006 **County:** District of Columbia | 1x | Map It | ▇4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| 🖼 | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE WASHINGTON DC 20001-2629 **Reported:** 09/2005 – 02/01/2006 **County:** District of Columbia | 10x | Map It | ▇4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| 🖼 | OBAMA BARACK H | 300 MASSACHUSETTS AV WASHINGTON DC 20001-2640 **Reported:** 06/01/1988 – 02/01/2006 **County:** District of Columbia | 3x | Map It | ▇4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 | N |
| 🖼 | OBAMA BARACK HUSSEIN | 227 6TH ST WASHINGTON DC 20002 **Reported:** 02/01/2006 – 02/01/2006 **County:** District of Columbia | 8x | Map It | ▇4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| 🖼 | OBAMA BARACK H AKA: OBAMA BARACK AKA: | 227 6TH ST WASHINGTON DC 20002-6067 **Reported:** 06/01/1988 – 02/01/2006 **County:** District of Columbia | 2x | Map It | ▇4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 | N |

4 of 8

Tracers Information Specialists, Inc. – Standard People Search        https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | | |
|---|---|---|---|---|---|---|
| | OBAMA<br>BARBACK | | | | | |
| 📇 | OBAMA<br>BARACK | 14 W ERIE ST          **2x**<br>CHICAGO IL 60610-5397<br>(POSSIBLE HIGH RISK)<br>**Reported:** 12/21/2004 – 01/2006<br>**County:** Cook | Map<br>It | | Landline:<br>(312)751-1170 | N |

E-mail: bobama@lawmbg.com                    (No IP Address Reported)                    Phone: (312)751-1170

| | | | | | | |
|---|---|---|---|---|---|---|
| 📇 | OBAMA<br>BARACK | 5046 S GREENWOOD AVE    **2x**<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported:** 07/2005 – 11/2005<br>**County:** Cook | Map<br>It | ▮4425<br>**Issued:** 1977-1979 in CT | Landline:<br>(773)684-4809 | N |
| 📇 | OBAMA<br>BARACK<br>HUSSEIN | 54501 E VIEW PARK      **6x**<br>CHICAGO IL 60615<br>**Reported:** 06/01/1997 – 05/26/2005<br>**County:** Cook | Map<br>It | ▮4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| 📇 | OBAMA<br>BARACK<br>HUSSEIN | 7436 S EUCLID AVE 2    **1x**<br>CHICAGO IL 60649<br>**Reported:** 05/26/2005 – 05/26/2005<br>**County:** Cook | Map<br>It | ▮4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| 📇 | OBAMA<br>BARACK<br>HUSSEIN | 54501 SE VW            **1x**<br>CHICAGO IL 60615<br>**Reported:** 05/26/2005 – 05/26/2005<br>**County:** Cook | Map<br>It | ▮4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| 📇 | OBAMA<br>BARACK<br>HUSSEIN | 5450 E VIEW PARK 1     **1x**<br>CHICAGO IL 60615<br>**Reported:** 05/26/2005 – 05/26/2005<br>**County:** Cook | Map<br>It | ▮4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| 📇 | OBAMA<br>BARACK | 5450 S EAST VIEW PARK 1 **1x**<br>CHICAGO IL 60615-5916<br>**Reported:** 05/2005 – 05/2005<br>**County:** Cook | Map<br>It | | | N |
| 📇 | OBAMA<br>BARACK | 1013 E 53RD ST         **9x**<br>CHICAGO IL 60615-4311<br>**Reported:** 12/21/2004 – 01/14/2005<br>**County:** Cook | Map<br>It | | Landline:<br>(773)363-1996 | N |
| 📇 | OBAMA<br>BARACK | 14 W ERIE ST           **1x**<br>CHICAGO IL 60654-5397<br>(POSSIBLE HIGH RISK)<br>**Reported:** 12/21/2004 – 01/06/2005<br>**County:** Cook | Map<br>It | | Landline:<br>(312)751-1170 | N |

E-mail: bobama@lawmbg.com                    (No IP Address Reported)                    Phone: (312)751-1170

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| 📇 | OBAMA<br>BARACK | 10131/ 53RD ST         **1x**<br>CHICAGO IL 60615<br>**Reported:** 07/2003 – 07/2003<br>**County:** Cook | Map<br>It | | Landline:<br>(773)363-1996 | N |
| 📇 | OBAMA<br>BARACK | 10131 53RD ST          **1x**<br>CHICAGO IL 60615<br>**Reported:** 07/2003 – 07/2003<br>**County:** Cook | Map<br>It | | Landline:<br>(773)363-1996 | N |
| 📇 | OBAMA<br>BARACK<br>SEN | 1741 E 71ST ST         **7x**<br>CHICAGO IL 60649<br>**Reported:** 02/01/2003 – 02/01/2003<br>**County:** Cook | Map<br>It | | Landline:<br>(773)363-1996 | N |

E-mail: jenmasondist13@prodigy.net          IP address: 192.100.76.133          Reported: 10/0

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1   **4x** CHICAGO IL 60615-5916 **Reported:** 10/1997 - 10/2002 **County:** Cook | | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1   **1x** CHICAGO IL 60615 **Reported:** 07/2002 - 07/2002 **County:** Cook | | Map It | ████-4425 **Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1   **1x** CHICAGO IL 60615 **Reported:** 07/2002 - 07/2002 **County:** Cook | | Map It | 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 **Issued:** 1975-1976 in IL | | N |
| | OBAMA BARACK H | 365 BROADWAY   **7x** SOMERVILLE MA 02145-2440 **Reported:** 06/01/1986 - 07/17/2001 **County:** Middlesex | | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2   **8x** CHICAGO IL 60649 **Reported:** 11/13/2000 - 11/13/2000 **County:** Cook | | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 7436 S EUCLID AV   **8x** CHICAGO IL 60649-3626 **Reported:** 06/01/1986 - 11/13/2000 **County:** Cook | | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA   **8x** CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK H | 54501 SE VIEW PK   **1x** CHICAGO IL 60615 **Reported:** 06/01/1986 - 10/01/1999 **County:** Cook | | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PK   **1x** CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PA 1   **5x** CHICAGO IL 60615-5916 **Reported:** 06/01/1986 - 10/01/1999 **County:** Cook | | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | 684-4809 Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PA   **1x** CHICAGO IL 60615 **Reported:** 10/01/1999 - 10/01/1999 **County:** Cook | | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 49798 PO BOX   **1x** CHICAGO IL 60649 **Reported:** 09/01/1999 - 09/01/1999 **County:** Cook | | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | B49798 PO   **1x** CHICAGO IL 60649 **Reported:** 09/01/1999 - 09/01/1999 **County:** Cook | | Map It | ████-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | B49798 PO   **2x** CHICAGO IL 60649 **Reported:** 09/1999 - 09/1999 **County:** Cook | | Map It | ████-4425 **Issued:** 1977-1979 in CT | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 49798                     2x<br>CHICAGO IL 60649<br>Reported: 09/1999 - 09/1999<br>County: Cook | | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK SEN | 2152 E 71ST ST                   7x<br>CHICAGO IL 60649<br>Reported: 05/01/1999 - 05/01/1999<br>County: Cook | Map It | | Landline:<br>(773)363-1996 | N |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST                   8x<br>CHICAGO IL 60615<br>Reported: 01/01/1999 - 01/01/1999<br>County: Cook | Map It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST                   1x<br>CHICAGO IL 60615<br>Reported: 01/01/1999 - 01/01/1999<br>County: Cook | Map It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1                  1x<br>SOMERVILLE MA 02143<br>Reported: 11/12/1997 - 11/12/1997<br>County: Middlesex | Map It | 4425<br>Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 54501 E VIEW PARK               4x<br>CHICAGO IL 60615<br>Reported: 06/1997 - 06/1997<br>County: Cook | Map It | 4425<br>Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 54501 VIEW PA                   16x<br>CHICAGO IL 60615<br>Reported: 10/01/1994 - 10/01/1994<br>County: Cook | Map It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK H | 54501 SE VIEW PA                 5x<br>CHICAGO IL 60615-5942<br>Reported: 06/01/1986 - 10/01/1994<br>County: Cook | Map It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1            1x<br>CHICAGO IL 60615<br>Reported: 06/01/1986 - 10/01/1994<br>County: Cook | Map It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PA                 2x<br>CHICAGO IL 60615<br>Reported: 10/01/1994 - 10/01/1994<br>County: Cook | Map It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | 365 BROADWAY ST                  4x<br>BOSTON MA 02111<br>(POSSIBLE HIGH RISK)<br>Reported: 08/01/1994 - 08/01/1994<br>County: Suffolk | Map It | | Landline:<br>(617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST                  1x<br>BOSTON MA 02111<br>(POSSIBLE HIGH RISK)<br>Reported: 08/01/1994 - 08/01/1994<br>County: Suffolk | Map It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE               8x<br>CHICAGO IL 60615<br>Reported: 12/01/1993 - 12/01/1993<br>County: Cook | Map It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE               1x<br>CHICAGO IL 60615<br>Reported: 12/01/1993 - 12/01/1993 | Map It | 4425<br>Issued: 1977-1979 in CT<br>DOB: 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. – Standard People Search      https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | | County: Cook | | | | |
| | OBAMA BARACK | 5450 EASTVIEW PK 1  **1x**  CHICAGO IL 60615  **Reported: 08/01/1993 - 09/01/1993**  **County:** Cook | Map It | 4425  **Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK | 7436 S EUCLID AVE  **2x**  CHICAGO IL 60649-3626  **Reported: 08/1993 - 08/1993**  **County:** Cook | Map It | 4425  **Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK HUSSEIN | 365 W BROADWAY  **1x**  BOSTON MA 02127  (POSSIBLE HIGH RISK)  **Reported: 07/01/1991 - 07/01/1991**  **County:** Suffolk | Map It | 4425  **Issued: 1977-1979 in CT**  **DOB: 08/04/1961 Age: 48** | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5324 S KIMBARK AVE  **3x**  CHICAGO IL 60615-5287  **Reported: 06/01/1986 - 12/1990**  **County:** Cook | Map It | 4425  **Issued: 1977-1979 in CT**  **DOB: 08/04/1961 Age: 48** | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1  **1x**  SOMERVILLE MA 02145  **Reported: 08/01/1988 - 09/01/1988**  **County:** Middlesex | Map It | 4425  **Issued: 1977-1979 in CT**  **DOB: 1990** | Landline: (617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 1N N  **1x**  CHICAGO IL 60615  **Reported: 01/01/1988 - 01/01/1988**  **County:** Cook | Map It | 4425  **Issued: 1977-1979 in CT**  **DOB: 08/04/1961 Age: 48** | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | N 1N  **2x**  CHICAGO IL 60615  **Reported: 01/1988 - 01/1988**  **County:** Cook | Map It | 4425  **Issued: 1977-1979 in CT**  **DOB: 08/04/1961 Age: 48** | | N |
| | OBAMA BARACK HUSSEIN | 5429 S HARPER AVE 1N  **1x**  CHICAGO IL 60615  **Reported: 10/01/1986 - 10/01/1986**  **County:** Cook | Map It | 4425  **Issued: 1977-1979 in CT**  **DOB: 08/04/1961 Age: 48** | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5429 S HARPER AVE 1N  **3x**  CHICAGO IL 60615-5548  **Reported: 06/01/1986 - 10/1986**  **County:** Cook | Map It | 4425  **Issued: 1977-1979 in CT**  **DOB: 08/04/1961 Age: 48** | | N |
| | OBAMA BARACK H | 1440 E 52ND ST  **1x**  CHICAGO IL 60615-4131  **Reported: 04/1986 - 04/1986**  **County:** Cook | Map It | DOB: 08/1961 Age: 48 | | N |
| | OBAMA BARACK H | 5450 EASTVIEW PARK 1  **2x**  CHICAGO IL 60615  **County:** Cook | Map It | 4425  **Issued: 1977-1979 in CT**  **DOB: 08/1961 Age: 48** | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1  **2x**  SOMERVILLE MA 02145-2440  **County:** Middlesex | Map It | 4425  **Issued: 1977-1979 in CT**  **DOB: 1890** | | N |
| | OBAMA BARACK H | 5450 E VIEW PARK 1  **2x**  CHICAGO IL 60615  **County:** Cook | Map It | 4425  **Issued: 1977-1979 in CT** | | N |
| | OBAMA BARACK H | 54501 SE VW  **2x**  CHICAGO IL 60615  **County:** Cook | Map It | 4425  **Issued: 1977-1979 in CT**  **DOB: 08/04/1961 Age: 48** | 684-4809 | N |

10/2/09 9:14 AM

Social Security Death Index Search Results

http://ssdi.rootsweb.ancestry.com/cgi-bin/ssdi.cgi

Welcome to RootsWeb.com Sign in

**roots**web   *Finding our roots together.*

AN
ancestry
COMMUNITY

DISCOVER MORE >

| Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

### Type In Your Name & Get Your Instant Family Tree!

Your First Name:          Your Last Name:          Your State:
                                                   Nationwide ▾        Search

## Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009

The most full-featured SSDI search engine on the internet

?The key to your research
Join Ancestry.com Today!

| Field | Value | Records | Results |
|---|---|---|---|
| SSN | ▓▓▓▓5154 | 1 | |

Search
Hundreds of
Thousands
of
Family Tree

Viewing 1-1 of 1

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|---|---|---|---|---|---|---|---|---|
| LUCILLE I BALLANTYNE | 22 Dec 1912 | 13 Sep 1998 (V) | 50140 (Lamoni, Decatur, IA) | (none specified) | ▓▓▓▓5154 | Iowa | SS-5 Letter Add Post-em Search Ancestry.com | 🛒 |

Viewing 1-1 of 1

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration
online at https://secure.ssa.gov/apps9/eFOIA-FEWeb/internet/main.jsp

First Name:

Last Name:

Search

One Family

| Last name | | Exact ▾ |
|---|---|---|
| First Name | | |
| Middle Name | | (initial) |
| SSN | ▓▓▓▓5154 | |

| Last | Residence | | Last | Benefit |
|---|---|---|---|---|
| Zip | | | | |
| State | | | | |
| County | | | | |
| City | | | | |
| Birth | | | | |

1 of 2

10/19/09 10:08 AM

# EXHIBIT 6

Dr. Orly Taitz, Esq
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dr. Orly Taitz, Esquire, Pro Se,  )
        Plaintiff        )
                        )
                        )        Civil Action:
     v.        )
                        )
Barrack Hussein Obama,          )
        Defendant         )

### Affidavit of John N. Sampson

1.     My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.     I am a citizen of the United States of America, I am 58 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.     I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4.     I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

5.     On, or about, November 16, 2009, Orly Taitz, the attorney who is prosecuting the above captioned matter, requested that I access LocatePlus, a commercial database that I subscribe to,

which is located in the State of Massachusetts, and with whom I have a user agreement, and requested that I obtain any and all legally available information relating to U.S. Social Security number ████8-4425.

6.      On, or about, November 16, 2009, pursuant to the aforementioned request by Orly Taitz, I requested from LocatePlus, any and all legally obtainable information relating to SSN 0████ 4425.

7.      As a result of this inquiry, I came to learn that Plaintiff Barrack Hussein Obama, has used this Social Security number since at least from June 1, 1986 to present. A detailed report was generated showing family relationships, past residence history, real property owned by Mr. Obama, and other detailed information to include, but not limited to, driver's license information, telephone numbers associated with Mr. Obama, and people possibly related to Mr. Obama.

8.      This information was obtained pursuant to a legitimate and permissible search under the user agreement I have with LocatePlus. This request was made in connection with a pending civil action, which is one of the expressed permissible purposes to conduct such an inquiry through LocatePlus, as well as a possible criminal violation of United States law, and possible fraud.

9.      As a result of this search and the results that were obtained, on or about November 17, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com/. The information this site provided me was that SSN ████ 4425 was issued by the Social Security Administration based upon an application filed for a Social Security Number in the State of Connecticut between the years 1976 and 1977.

10.     Based upon information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never claimed residency in the State of Connecticut.

11.     I am a recently retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on August 30, 2008.

12.     As a result of my formal training as an immigration officer, conducted at the Federal Law Enforcement Training Center (FLETC), located in Brunswick, Georgia, and advanced training received at FLETC in Artesia, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief that Social Security Numbers can only be applied for in the State in which the applicant habitually resides and has their official residence.

13.     During the period between January 1, 1976 and December 31, 1977 inclusive, it is my knowledge and belief that Barrack Hussein Obama habitually resided solely within the State of Hawaii and was between the ages of 14 and 16 during the time period stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, Madelyn and Stanley Dunham in the State of Hawaii.

14.    On or about February 2, 2010, I received an email from a person identifying himself as "Jim Russo", Operations Manager for LocatePlus, 100 Cummings Center, Suite 235M, Beverly, MA, 01915, requesting that I contact him regarding my account.

15.    On or about February 3, 2010, I telephoned Mr. Russo at 978-921-2727, extension 319 and inquired as to why he wished to discuss my account. At that time, Mr. Russo stated that LocatePlus had noticed I had conducted what he called a "celebrity political figure" inquiry and wanted to know why I had done so and which permissible reason pursuant to the user agreement I was under with LocatePlus pertained to my making my inquiry.

16.    I told Mr. Russo that I was a private investigator in the State of Colorado, that I had been tasked by Dr. Orly Taitz, an attorney in California who was prosecuting a civil suit involving Mr. Obama and that I had emails and other documentation that I could send him verifying that fact. Mr. Russo stated that he would appreciate it if I would send that information to him which I did on or about February 3, 2010. He assured me at that time that if I were to provide this information to him it would resolve any "issues" LocatePlus may have regarding my inquiry into a "political celebrity".

17.    In the email I sent to Mr. Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been tasked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email.

18.    On or about February 4, 2010, Dr. Orly Taitz, at my request, sent Mr. Russo an email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a private investigator, related to SSN ~~~~ 4425.

19.    Numerous emails have been exchanged between me and Mr. Russo due to the fact that as of February 2, 2010, my account with LocatePlus has been frozen and I can no longer access this database despite the fact that I responded to their inquiries and have provided evidence to them indicating that I had followed the user agreement we have entered into. I have repeatedly asked that my account be unlocked, unfrozen, and made available to me.

20.    Despite all of this, as of March 8, 2010, my account remains frozen and I am unable to conduct legitimate, legal database searches in connection with my business. As a result, I am being financially harmed, unable to conduct legal, lawful, legitimate investigations pursuant to law, and unable to provide to my clients, the services they have contracted with me to provide, thereby subjecting me to possible civil litigation for failing to provide contracted services.

21.    Based upon information and belief, misuse of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a federal felony punishable under Title 18 United States Code by fine or imprisonment of up to five years, or both.

22.     I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

23.     I have not been compensated for making this affidavit.

Further, Affiant sayeth not.

Signed and executed in Aurora, Colorado on this 8 day of March, 2010.

By: _____

John N. Sampson

# EXHIBIT 7

State of Texas          )
                        ) ss.
County of Montgomery )

### AFFIDAVIT

Jeffery Stephen Coffman, being duly sworn, on oath deposes and says:

1. I am a resident of Texas.  The information contained in this affidavit is based on my personal knowledge.
2. I am a licensed Private Investigator (licensed A620963) in the State of Texas.
3. I am a retired Resident Agent in Charge/Special Agent from the Department of Homeland Security having retired after 20 years during June 2007.
4. I am a retired Chief Investigator with the United States Coast Guard Investigative Service (Reserve) having retired after 22 years during March 2010.
5. I was formerly an Investigator with the Office of the Attorney General with the State of Texas serving from August 2008 until I quit during September 2009.
6. On my own and not as an Investigator or Special Agent with any state or federal agency I looked into circumstances surrounding then U.S. Senator Barack Obama's Selective Service registration.
7. I have utilized the Selective Service's "Check A Registration" online function (www.sss.gov) numerous times to verify whether a required registration was properly completed.
8. On or about February 13, 2008, I sent an email to information@sss.gov asking why Senator Obama's registration didn't show up when queried on the Selective Service website (www.sss.gov).
9. On the same day (February 13, 2008) I received an email from information@sss.gov stating "Sir: There may be an error in his file or many other reasons why his registration cannot be confirmed on-line. However, I did confirm with our Data Management Center that he is, indeed, registered with the Selective Service System, in compliance with Federal law. Sincerely, Janice L. Hughes/SSS".
10. On September 7, 2008 I viewed a televised interview in which then Senator Obama stated that he registered for the Selective Service when he graduated from high school.  I recalled that Senator Obama graduated from high school in 1979 and the Selective Service registration requirements were not reinstituted until 1980.
11. I submitted a Freedom Of Information Act (FOIA) to the Selective Service System for Senator Obama's Selective Service registration.  I received a copy of a Selective Service registration in the name of Barack Hussein Obama and a copy of a computer screen print out with a date of 09/09/08.
12. Reviewing these copies I noted several areas of concern.  For example, I noted that on the registration copy the signature of the registrant was dated July 30, 1980, but the United States Postal cancellation stamp indicating date received was dated the previous day of July 29, 80.  I also noted that the "No ID" block was checked indicating that the registrant did not present an ID when the registration



was said to have been presented to the postal clerk. The most outstanding aspect
of the registration card was that the aforementioned U.S. Postal Cancellation
Stamp had only a two digit year instead of the usual four digit year.

13. During my active military service with the US Army from 1973 to 1977, I served
as a collateral duty as one of my unit's mail clerk. During that service I was
familiar with US Postal regulations and procedures. It was my understanding that
the US Postal Cancellation stamp was a four digit year and not a two digit year. I
also knew that the day, month, and year of that model postal cancellation stamp
are removable inserts that the postal clerk changes as appropriate. I have never
seen a two digit insert for that model postal cancellation stamp.

14. Over several weeks, I researched the issue on the internet attempting to find any
other incident where that model cancellation stamp had a two digit year instead of
the usual four digit year. I was unable to find any other instance where that model
postal cancellation stamp had a two digit year instead of the usual four digit year.

15. Using my training and experiences, I analyzed the image of the postal
cancellation stamp on the copy of the registration. It is my conclusion that a four
digit year insert ending in "08" was modified by cutting off the first two digits
and reinserting the "08" upside down into the postal cancellation stamp to indicate
a year of "80". The only four digit year ending in "08" I felt that would be
reasonably available would be a "2008" year insert.

16. On the copy of the computer screen printout received under the FOIA I noticed
that there was a line marked DLN and the number of "8089 708 0632". I also
noted that on the copy of the Selective Service registration card there was a
similar number in the upper right hand corner. This number was "0897080632".
The number on the registration card appeared to be a "Bates" type print that
automatically changes with each impression.

17. The differences between the DLN number on the computer screen printout and
the registration card printout appears to be the addition of the digit "8". I know of
no reason for the addition of the "8" in the DLN.

18. Based on my observations, research, experience and training, it is my belief that
the Selective Service registration card I received under the Freedom Of
Information Act request under the name of Barack Obama has been altered.

Jeffery Stephen Coffman

Sworn to me and subscribed before me this

_____ 2ᵗ _____ day of January 2013.

TYLER G. WELLS
Notary Public

```
                        RIMS HISTORY INQUIRY SCREEN            PAGE 001 OF 002
                                                               DATE:   09/09/08
     SSS-NO:              615-11-25539          TRANS-CODE/TYPE:    110 /
     LAST NAME:           OBAMA
     FIRST NAME:          BARACK HUSSEIN
     CURRENT ADDRESS:     1617 S BERETANIA APT 1008
     CITY/STATE/ZIP:      HONOLULU                      HI   96826
     PERMANENT ADDRESS:   1617 S BERETANIA APT 1008
     CITY/STATE/ZIP:      HONOLULU                           96826
     DATE OF BIRTH:       08/04/61
     SSAN:                ████████
     TELEPHONE:           808 000 0000
     DLN:                 8089 708 0632      REASON:
     TRANSACTION DATE:    09/04/80
                                             ID INDICATOR:       2

     LAST ACTION DATE:    09/04/80
     RELATED SSN:         00 0000000 0
```

PRESS: CLEAR ==> END    PF7 ==> PAGE BACKWARD    PF8 ==> PAGE FORWARD

**SELECTIVE SERVICE SYSTEM**
**Registration Form**
READ PRIVACY ACT STATEMENT ON REVERSE
PLEASE PRINT CLEARLY

0897050632

**1** DATE OF BIRTH   0 8 0 1 6 1

August        4        61
Name of Month    Day    Year

**2** SEX
☑ MALE
☐ FEMALE

**4** PRINT FULL NAME

OBAMA                    BARACK                    HUSSEIN
Last                     Full                      Middle

**5** CURRENT MAILING ADDRESS

1617 S. BERETANIA  APT. 100B   HONOLULU        HAWAII         96826
Number and Street              City            State or Foreign Country   Zip Code

**6** PERMANENT RESIDENCE

SAME AS ABOVE
Number and Street              City            State or Foreign Country   Zip Code

**7** CURRENT PHONE NUMBER

808              949 2317
Area Code        Number

**8** ☐ Check here if we may give your name, address and telephone number to Armed Forces recruiters.

Postal Date Stamp & Clerk Initials

☐ ID
☑ NO ID
☐ OTHER

**9** I AFFIRM THE FOREGOING STATEMENTS ARE TRUE

JULY 30, R80              Barack H. Obama
Today's Date              Signature of Registrant

SSS Form 1 (Feb 80)                    (Previous Editions Will Not Be Used)                    OMB Approval 19XX-XXXX

**EXHIBIT 8**



United States Department of State

*Washington, D.C. 20520*

DEC 1 0 2010

Case No.: 200900535
Segment: PPT

Ms. Pamela Barnett
2541 Warrego Way
Sacramento, CA 95826

Dear Ms. Barnett:

I refer to your request letter we received on January 2, 2009 under the Freedom
of Information Act (Title 5 USC Section 552) for a copy of documents relating
to Stanley Ann Dunham. We initiated a search of the Office of Passport
Services.

The search of the records of the Office of Passport Services has been
completed and has resulted in the retrieval of six documents that are responsive
to your request. These documents have been reviewed and the results are set
forth in the accompanying letter (with enclosures) of Jonathan M. Rolbin,
Director.

We have now completed the processing of your request. If you have any
questions with respect to our handling of your case, you may write to the
Office of Information Programs and Services, SA-2, Department of State,
Washington, D.C. 20522-8100.  Please be sure to refer to the case number
shown above in all correspondence about this case.

We hope that the Department has been of service to you in this matter.

Sincerely,

Alex Galovich, Co-Director, Acting
Office of Information Programs and Services

Enclosures:
   As stated



United States Department of State

*Washington, D.C.   20520*

NOV ·    2010

In reply refer to:
CA/PPT/L/LE – Case Control Number:  200900535


Pamela Barnett
2541 Warrego Way
Sacramento, CA 95826

Dear Ms. Barnett:

The following is in response to your request to the Department of State dated January 2, 2009, requesting the release of material under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

We have completed a search for records responsive to your request. The search resulted in the retrieval of six documents that are responsive to your request. After careful review of these documents, we have determined that that all six documents may be released in full.

We did not locate a 1965 passport application referenced in an application for amendment of passport that is included in the released documents.  Many passport applications and other non-vital records from that period were destroyed during the 1980s in accordance with guidance from the General Services Administration.

Passport records typically consist of applications for United States passports and supporting evidence of United States citizenship.  Passport records do not include evidence of travel such as entrance/exit stamps, visas, residence permits, etc. since this information is entered into the passport book after issuance.

-2-

This completes the processing of your request.

Sincerely,

Jonathan M. Rolbin, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosure:
As stated

FORM APPROVED BUDGET BUREAU NO. 47-R059.8

DEPARTMENT OF STATE
**APPLICATION FOR AMENDMENT OF PASSPORT**

(Passport Office Use Only)

Amend as shown in section:

☐ B  ☐ C  ☐ D  ☒ E  ☐ F

☐ Add visa pages.

**INSTRUCTIONS:** All requests for inclusion of persons must be sworn to (or affirmed) before an Agent of the Department of State or Clerk of Court. Photographs, which meet the requirements below, and evidence of citizenship must be submitted for all persons to be included by this amendment. If such persons have had, or been included in, a previous passport, it should be submitted instead of other documents, and Section G completed.

**A**

| PASSPORT NO. OF APPLICANT | DATE ISSUED |
|---|---|
| F 777735 | July 19, 1965 |

MAIL PASSPORT TO

STREET *2234 University Ave.*

CITY *Honolulu,* STATE *Hawaii*
*96822*

IN CARE OF

[PLEASE PRINT NAME IN FULL]
(First name) (Middle name) (Last name)

I, *Stanley Ann Soetoro*, a citizen of the United States, do hereby request that my passport, which is enclosed, be amended as indicated below.

BIRTH CERTIFICATE(S) SEEN

| CHILD(REN)'S | (WIFE'S) | (HUSBAND'S) |
|---|---|---|
| FILED SR CR CITY | FILED SR CR CITY | |
| MARRIAGE CERT. | NATZ'N. CERT. | ☐ OTHER |
| ☒ S & R | ☐ S & R | |

*(signature) 6-29-67*

**B** INCLUDE MY CHILD(REN), AS FOLLOWS: (Also complete Section H if child(ren) acquired citizenship by naturalization, and have not had a previous passport.)

| NAME IN FULL | PLACE OF BIRTH (City, State) | DATE OF BIRTH |
|---|---|---|
| | | |
| | | |

(Photo requirements for inclusion)

STAPLE ONE PHOTO HERE
DO NOT MAR FACE

Photos must be ONLY of persons to be included by this amendment. The two photos must be duplicates, approximately 2½ by 2½ inches in size; be on thin, unglazed paper with a plain, light background and have been taken within 2 years of date submitted. Photos should be front view, but not full-length, and may not be snapshot, Polaroid, acetate or film base prints. When more than 1 person is to be included, a group photo is required. Color photos are acceptable.

DO NOT STAPLE SECOND PHOTO
ATTACH BY PAPER CLIP

(STAPLE HERE) (STAPLE HERE)

**C** INCLUDE MY (WIFE) (HUSBAND), AS FOLLOWS: (Also complete Section H if (wife) (husband) acquired citizenship by naturalization, and/or Section I if wife was previously married before March 3, 1931.)

| (WIFE'S) (HUSBAND'S) FULL LEGAL NAME | PLACE OF BIRTH (City, State) |
|---|---|
| | |
| DATE OF BIRTH | DATE OF MARRIAGE |
| | |

**D** EXCLUDE PERSONS, AS FOLLOWS:

☐ MY WIFE

☐ MY HUSBAND

☐ MY CHILDREN (Give name(s))

WHO IS/ARE

☐ TO APPLY FOR SEPARATE PASSPORT

☐ NOT TO ACCOMPANY

☐

**E** CHANGE TO READ IN MARRIED NAME, AS FOLLOWS:

MARRIED NAME *Stanley Ann Soetoro* ~~Soetoro~~

PLACE OF MARRIAGE (City, State) *Molokai, Hawaii*

DATE OF MARRIAGE *3/15/65*

HUSBAND'S NAME IN FULL *Lolo Soetoro*

WHO IS ☐ A UNITED STATES CITIZEN
☒ A CITIZEN OF *Indonesia*

**F** CHANGE TO READ AS FOLLOWS:

**G** (CHILD(REN)'S) (WIFE'S) (HUSBAND'S) LAST U.S. PASSPORT

| NUMBER | DATE ISSUED |
|---|---|
| | |
| IN NAME OF | ☐ IS SUBMITTED HEREWITH |
| | ☐ OTHER DISPOSITION (State) |

FORM DSP-19
7-64

(OVER)

*(right margin, vertical text:)* (Last name) *Soetoro* TO BE PRINTED IN FULL (First name) *Stanley* (Middle name) *Ann*

H TO BE COMPLETED BY AN APPLICANT REQUESTING INCLUSION IN THE PASSPORT OF A RELATIVE WHO ACQUIRED CITIZENSHIP THROUGH NATURALIZATION

| MY IMMIGRATED TO THE U. S. ON (Month, day, year) | ACQUIRED U. S. CITIZENSHIP ON (Month, day, year) | THROUGH THE NATURALIZATION OF ☐ SELF ☐ PARENT ☐ FORMER HUSBAND |
|---|---|---|
| WHO WAS NATURALIZED BEFORE THE (Name of court) | | LOCATED IN (City, State) |
| AS SHOWN BY THE ACCOMPANYING CERTIFICATE OF NATURALIZATION NO. | | |

I TO BE COMPLETED BY AN APPLICANT WHOSE WIFE WAS PREVIOUSLY MARRIED BEFORE MARCH 3, 1931, AND WHO IS TO BE INCLUDED IN PASSPORT (If married more than twice, set forth facts in a supplemental statement)

| HER MAIDEN NAME WAS | DATE OF PREVIOUS MARRIAGE |
|---|---|
| NAME OF FORMER HUSBAND | PLACE OF PREVIOUS MARRIAGE |
| FORMER HUSBAND'S PLACE OF BIRTH | MARRIAGE WAS TERMINATED BY ☐ DEATH ☐ DIVORCE DATE |

J IN THE EVENT OF DEATH OR ACCIDENT NOTIFY

| NAME IN FULL | RELATIONSHIP | STREET ADDRESS, CITY, STATE |
|---|---|---|
| | | |

K I have not (and no other person included or to be included in the passport has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

*(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included or to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)*

I solemnly swear (affirm) that the statements herein made are true and that I have not previously asked to have these additional persons included in my passport; that they are not now in possession of valid passports, and that they have not made application for passports and been refused.

X Stanley Ann Soetoro
*(Signature of Applicant)*

Subscribed and sworn to (affirmed) before me this ________ day of ________, 19 ____

*(Agent, Department of State or Clerk of Court)*

FORM 7-64 DSP 19

★ U. S. RNMENT PRINTING OFFICE : 1964 O - 793-220 (212)

FORM APPROVED
BUDGET BUREAU NO. 47-R117.5

DEPARTMENT OF STATE
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

**APPLICATION FOR**

☑ RENEWAL ☐ AMENDMENT ☐ EXTENSION
OF

☑ PASSPORT ☐ CARD OF IDENTITY
☐ REGISTRATION ☐ CERTIFICATE OF IDENTITY

Document No. F 777788 Date Issued _____

POST **Djakarta, Indonesia**

☐ REFERRED TO DEPARTMENT FOR ACTION
☒ RENEWED (EXTENDED) TO **Jul.18,1970**
☐ AMENDED AS REQUESTED

$ **5.00** FEE COLLECTED
☐ NO FEE COLLECTED

(PLEASE PRINT NAME IN FULL)

I, **Stanley Ann Dunham Sutoro** (FIRST NAME) (MIDDLE NAME) (LAST NAME), a citizen of the United States, do hereby apply for the service indicated above. (If amendment, set forth details on REVERSE.)

DATE OF BIRTH (Month, day, year) **Nov 29,1942** PLACE OF BIRTH **Wichita Kansas**

NOW RESIDING AT **Djakarta, Indonesia**

UNITED STATES RESIDENCE (Street address, city, county, state)

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)
**Stanley Armour Dunham Bank of Hawaii Honolulu**

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? IF THE ANSWER IS YES, EXPLAIN WHEN AND WHY

**NO**

| PROPOSED TRAVEL PLANS | IF RETURNING TO U.S. COMPLETE THE FOLLOWING |
|---|---|
| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN **Indefinite** YEARS ____ MONTHS | PORT OF DEPARTURE |
| I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE **INDEFINATE MARRIED TO AN INDONESIAN CITIZEN** | NAME OF SHIP OR AIRLINE |
| | DATE OF DEPARTURE |

I have not (and no other person included or to be included in the passport or documentation has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included in the passport or documentation, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

(To be signed by Applicant)

Subscribed and Sworn to (affirmed) before me this **13th** day of **August**, 19__

(SEAL)

**Vice** Consul _____ of the United States at **Djakarta, Indonesia**

(The Department will assume that the consular officer, forwarding the application for the Department's decision, is fully satisfied as to the applicant's identity unless a notation to the contrary is made.)

FORM FS-299
7-64

PAGE 3

## AMEND TO INCLUDE (EXCLUDE) (WIFE)(HUSBAND)

| NAME | BIRTHPLACE | BIRTHDATE |
|---|---|---|
| | | |

| SPOUSE WAS PREVIOUSLY MARRIED TO | PREVIOUS MARRIAGE TERMINATED BY |
|---|---|
| ---·- | ☐ DIVORCE   ☐ DEATH |

| NUMBER OF MY SPOUSE'S PREVIOUS PASSPORT | DISPOSITION OF MY SPOUSE'S PREVIOUS PASSPORT |
|---|---|
| | ☐ ATTACHED   ☐ CANCELED _____ (DATE) |

## AMEND TO INCLUDE (EXCLUDE) CHILDREN

| NAMES | RESIDENCE | BIRTHPLACE | BIRTHDATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## AMEND TO READ IN MARRIED NAME

NAME

| DATE MARRIED | PLACE MARRIED | MARRIED TO |
|---|---|---|
| | | |

CITIZENSHIP OF HUSBAND    ☐ U. S. CITIZEN   ☐ ALIEN-CITIZEN OF _____

## OTHER AMENDMENT(S) (DESCRIBE IN DETAIL ACTION REQUESTED)

DOCUMENTARY EVIDENCE SUBMITTED TO DEPARTMENT BY CONSULAR OFFICER

DOCUMENTARY EVIDENCE SEEN AND RETURNED TO APPLICANT BY CONSULAR OFFICER

STATEMENT OF ACTION BY POST UPON DEPARTMENT'S AUTHORIZATION (To be executed only in connection with cases referred to Dept.)

THE ☐ PASSPORT              ☐ RENEWED TO _____   DATE _____
☐ CARD OF IDENTITY    WAS    ☐ AMENDED AS REQUESTED
☐ CERTIFICATE              ☐ EXTENDED TO _____

AUTHORITY _____                    (Consul of the United States of America)

| X                          X | OPINION OF CONSULAR OFFICER |
|---|---|

(Photo required for inclusions)

STAPLE ONE PHOTO HERE
DO NOT MAR FACE

The passport photos required must be approximately 2½ by 2½ inches in size; be on thin unglazed paper, show full front view of applicant with a plain, light background; and have been taken within 2 years of date submitted. When dependents are included they should be shown in a group photograph. The consul will not accept photos that are not a good likeness. Color photographs are acceptable.

Do not staple second photo. Attach loosely by paper clip.

(STAPLE HERE)    (STAPLE HERE)

(Consul of the United States of America)

FORM FS-299
7-54

In certain cases specific authorization by the Department will be required. In these cases an extra copy of the form should be prepared. Upon receipt of the Department's reply the extra copy should be transmitted with a notation of the action taken.

AVOID THE LAST MINUTE RUSH — (PLEASE TYPE OR PRINT) — DON'T PUT IT OFF APPLY NOW

DEPARTMENT OF STATE
## APPLICATION FOR PASSPORT BY MAIL

Your previous passport issued within the past eight years, two signed photographs and the fee of $10 MUST accompany this application.

(Passport Office Use Only) R D NF END 030097

SERIES C
JAN 4 '72
DEPARTMENT OF STATE
HONOLULU, HAWAII

**A**

| (First name) | (Middle name) | (Last name) |
|---|---|---|
| I, Stanley | Ann Dunham | Soetoro |

a citizen of the United States, do hereby apply to the Department of State for ~~a passport~~

MAIL PASSPORT TO:
IN CARE OF (If applicable) Stanley Dunham
STREET 1617 South Beretania
CITY Honolulu STATE Hawaii ZIP CODE 96814
PHONE NOS. Area Code: — Home: 949-2317 Business: —

| DATE OF BIRTH Month | Day | Year | PLACE OF BIRTH (City, State, Province, Country) |
|---|---|---|---|
| Nov | 29 | 42 | Wichita, Kansas |

| HEIGHT | COLOR OF HAIR (Spell out) | COLOR OF EYES (Spell out) | APPROXIMATE DATE OF DEPARTURE |
|---|---|---|---|
| 5 FT. 5½ IN. | brown | brown | Jan 14, 1972 |

VISIBLE DISTINGUISHING MARKS:
OCCUPATION: teacher

**B**

MOST RECENT PASSPORT ISSUED WITHIN PAST 8 YEARS MUST BE ATTACHED
No. F777788 Issue Date July 19, 1965

SOCIAL SECURITY NUMBER:

MY PERMANENT RESIDENCE (If same as mailing address, write "Same"): DJL. TAMAN MATRAMAN BARAT 22 PAV, DJAKARTA, INDONESIA

IF YOU WERE BORN ABROAD, WERE BOTH OF YOUR PARENTS U.S. CITIZENS AT THE TIME OF YOUR BIRTH? ☐ Yes ☐ No

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Do not show name of a person who will accompany you when traveling)

| (Name in full) | (Relationship) | (Street address, City, State, ZIP Code) |
|---|---|---|
| STANLEY A. DUNHAM | FATHER | 1617 S. BERETANIA HONOLULU |

**C** PROPOSED TRAVEL PLANS

PURPOSE OF TRIP: return home
PROPOSED LENGTH OF STAY: INDEFINATE
NO. OF PREVIOUS TRIPS ABROAD WITHIN LAST 12 MONTHS:

MEANS OF TRANSPORTATION: Sea ☐ Air ☑ Other ☐ (Departure / Return)

DO YOU EXPECT TO TAKE ANOTHER TRIP ABROAD? ☑ Yes ☐ No IF SO, WITHIN ☐ 1 year ☐ 2 Years ☑ Years

COUNTRIES TO BE VISITED: INDONESIA

**D**

WARNING: False statements made knowingly and willfully in passport applications or affidavits or other supporting documents are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. The alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under 18 USC 1543. The use of a passport in violation of the restrictions therein is punishable by fine and/or imprisonment under 18 USC 1544.

I have not since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath, or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the Government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be struck out, and a supplementary explanatory statement should be attached, signed and made a part of this application.)

### DECLARATION

I declare under the penalties of 18 USC 1001 and 1542 (see WARNING, above) that the statements made in this application are true and complete to the best of my knowledge and belief. I further declare that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I take this obligation freely, without mental reservation or purpose of evasion.

Jan 4 1972 (Date) — S. Ann Dunham Soetoro (Signature of applicant)

(Passport Office Use Only) JAN-4-72 12002

FORM 4-71 DSP-82

FORM APPROVED BUDGET BUREAU NO. 47-R017

DEPARTMENT OF STATE
REQUEST BY UNITED STATES NATIONAL FOR AND REPORT OF
EXCEPTION TO SECTION 53.1, TITLE 22 OF THE CODE OF FEDERAL REGULATIONS

## REQUEST

I have been informed that my passport is not valid and that a valid passport is required by law to enter the United States. I request that an exception be granted to me, as provided in Section 53.2(h), Title 22 of the Code of Federal Regulations. I understand that a fee of $25 is required under Section 53.2(h) and I will remit such fee to the Passport Office, Department of State, Washington, D. C., 20524, within 30 days.

_Stanley Ann Dunham Soetoro_
(Signature)

## REPORT - Pursuant to Section 215 of the Immigration and Nationality Act of 1952

TO:
Director, Passport Office
Department of State
Washington, D. C. 20524
Attn: PT/AC

## SUBJECT

| NAME | DESCRIPTION | 5'6" |
|---|---|---|
| STANLEY ANN SOETORO | | Brown   Brown |
| | | 135 lb. |

HOME ADDRESS Djalan Taman Matraman 22 Pav., Djakarta, Indonesia
(Honolulu, 1617 South Beretania, c/o Stanley Dunham)

96814

| BIRTHDATE | NATURALIZATION DATE | PASSPORT NO., DATE AND PLACE OF ISSUANCE |
|---|---|---|
| Nov. 29, 1942 | N. A. | F 777788 |
| BIRTHPLACE | | 07-19-65 |
| Wichita, Kansas | | Honolulu, Hawaii |

## DEPARTURE FROM UNITED STATES

| DATE AND PLACE OF DEPARTURE | DESTINATION |
|---|---|
| October 1967, Honolulu, Hawaii | Djakarta, Indonesia |
| FLIGHT NUMBER OR VESSEL | NAME OF CARRIER |
| — | Japan Airlines |

## TRAVEL TO UNITED STATES

| DATE AND PLACE OF DEPARTURE FROM ABROAD | IDENTITY DOCUMENTS PRESENTED |
|---|---|
| October 20, 1971, Djakarta, Indonesia | Passport as shown above |
| FLIGHT NUMBER OR VESSEL | NAME OF CARRIER |
| PAA 812 | Pan American Airways |
| DATE AND PLACE OF ENTRY | DESTINATION |
| October 21, 1971, Honolulu, Hawaii | Honolulu, Hawaii |

## ACTION TAKEN

Identity and citizenship established.

Exception granted under 22 CFR 53.2(h).

OCT 21 1971
(Inspector's Stamp)

| PLACE (Immigration and Naturalization Service) | SIGNATURE (Immigration Officer) |
|---|---|
| HONOLULU, HAWAII | _Leonard Soon_ |

B.I.F. SENT — 11/29/71   (✓ waiver recorded) 11-29-71

| (PLEASE PRINT OR TYPE · PENCIL NOT ACCEPTABLE) | | For Department Decision |
|---|---|---|

**DEPARTMENT OF STATE**

APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION

POST LOCATION Jakarta, Indonesia

POST ACTION

PASSPORT ISSUED

No. Z2433100

Date June 2, 1976

Expires June 1, 1981

REGISTRATION APPROVED

Date _____

Expires _____

CARD OF IDENTITY AND REG.

No. _____

Date _____

☐ $3 fee collected (for card)

☐ 48-page passport

☑ $3 Application fee collected

☑ $10 Fee collected

☐ No Fee passport

☐ Official passport

**A**

Complete ALL entries in all sections that apply to you. If information is unknown, write "Unknown". Do not leave blank spaces. Use additional sheets where space provided is not adequate.

**TO BE COMPLETED BY ALL APPLICANTS**

(First name)  (Middle name)  (Last name)
DUNHAM

I STANLEY  ANN  SOETORO, a citizen of the United States, do hereby apply for (a passport) (registration)

DATE OF BIRTH
Month 11  Day 29  Year 42

PLACE OF BIRTH (City, state/province, country)
WICHITA, KANSAS, USA

HEIGHT 5 Ft. 5½ In.

COLOR OF HAIR (Spell out) BROWN

COLOR OF EYES (Spell out) BROWN

SOCIAL SECURITY NO. 535-40-852?

OCCUPATION GRAD. STUDENT

VISIBLE DISTINGUISHING MARKS NONE

MY LAST PASSPORT WAS OBTAINED FROM
(Note: If included in another's passport, state name of bearer)

Location of Issuing Office HONOLULU

Date of Issuance JAN. 4, 1972

Number C 030047

☐ Submitted herewith
☒ Cancelled and returned
☐ Seen and returned

Bearer: [signature]

☐ Other disposition (state)

NOW RESIDING AT DJL. HADJI ROMLI 23 MENTENG DALAM, JAKARTA

PERMANENT RESIDENCE (Street address, city, state, zip code) (If same as above, state) 1617 S. BERETANIA, HONOLULU, HAWAII, 96814

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED

Location of Registering Office _____

Date of Registration _____

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)
STANLEY DUNHAM (FATHER) 1617 S. BERETANIA # 1008 HONOLULN, HI. ZIP 96814

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? ☐ Yes ☒ No
IF ANSWER IS "YES", EXPLAIN WHEN AND WHY

**B**

**TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION**

| I IMMIGRATED TO THE U.S. (Month, year) | I RESIDED CONTINUOUSLY IN THE U.S. From (Year) To (Year) | NATURALIZATION CERTIFICATE NO. ☐ Submitted herewith ☐ Seen and returned ☐ Previously submitted |
|---|---|---|

| PLACE NATURALIZED (City, state) | NATURALIZATION COURT | DATE NATURALIZED |
|---|---|---|

**C**

**COMPLETE ONLY IF OTHERS ARE TO BE INCLUDED IN PASSPORT OR REGISTRATION AND SUBMIT GROUP PHOTOGRAPH**

| (WIFE'S) (HUSBAND'S) FULL LEGAL NAME | ☐ NATIVE BORN ☐ NATURALIZED | NATURALIZATION CERTIFICATE NO. ☐ Seen and returned |
|---|---|---|

| PLACE NATURALIZED (City, state) | NATURALIZATION COURT | DATE NATURALIZED |
|---|---|---|

| (WIFE'S) (HUSBAND'S) PLACE OF BIRTH (City, State or Province, Country) | DATE OF BIRTH (Mo., Day, Year) |
|---|---|

| NAME IN FULL OF CHILDREN INCLUDED | PLACE OF BIRTH (City, state/province, country) | DATE OF BIRTH (Month, day, year) | RESIDED IN U.S. (From-To) |
|---|---|---|---|
| | | | |
| | | | |

**D**

**EVIDENCE OF PRIOR DOCUMENTATION OF ABOVE-NAMED PERSONS TO BE INCLUDED (For completion by Consular Office)**

| NAMES | PASSPORT NO. | DATE OF ISSUE | CANCELED OR OTHER DISPOSITION | DATE OF REGISTRATION OR BIRTH REPORT | LOCATION OF OFFICE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**E**

OTHER EVIDENCE OF U.S. CITIZENSHIP PRESENTED (State disposition)

FORM FS-176
9-74

(OVER · YOU MUST COMPLETE PAGE 2)

FORM APPROVED    BUDGET BUREAU NO. 47-R0012

FORM FS-176    9-74                                                                                  PAGE 2

**F**

| FATHER'S NAME | FATHER'S PLACE OF BIRTH (City, State, Province or Country) | ☑ U.S. CITIZEN |
| STANLEY DUNHAM | WICHITA, KANSAS | ☐ NOT U.S. CITIZEN |

| DATE NATURALIZED | PLACE NATURALIZED (City, state) |

| FATHER'S DATE OF BIRTH | ☐ FATHER DECEASED | FATHER RESIDED IN U.S. |
| MARCH 23, 1918 | ☑ FATHER RESIDING AT HONOLULU, HI | From BIRTH To PRESENT |

| MOTHER'S MAIDEN NAME | MOTHER'S PLACE OF BIRTH (City, State, Province or Country) | ☑ U.S. CITIZEN |
| MADELYN PAYNE | PERU, KANSAS | ☐ NOT U.S. CITIZEN |

| DATE NATURALIZED | PLACE NATURALIZED (City, state) |

| MOTHER'S DATE OF BIRTH | ☐ MOTHER DECEASED | MOTHER RESIDED IN U.S. |
| OCT. 26, 1922 | ☑ MOTHER RESIDING AT HONOLULU, HI | From BIRTH To PRESENT |

**G**

☐ I WAS NEVER MARRIED        PRESENT FULL LEGAL NAME OF HUSBAND OR WIFE
☑ I WAS LAST MARRIED ON (Date) MARCH 15, 1965 LOLO SOETORO

| HUSBAND'S OR WIFE'S PLACE OF BIRTH (City, state) | HUSBAND'S OR WIFE'S DATE OF BIRTH | ☐ HUSBAND OR WIFE IS U.S. CITIZEN |
| BANDUNG, INDONESIA | JAN. 2, 1935 | ☑ HUSBAND OR WIFE IS NOT U.S. CITIZEN |

HUSBAND OR WIFE NOW RESIDING AT
DJAKARTA, INDONESIA

☑ MARRIAGE NOT TERMINATED
☐ MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE ON

**H**

PROPOSED TRAVEL PLANS

☑ I INTEND TO RETURN TO THE UNITED STATES WITHIN __1__ MONTHS
☐ YEARS TO ☑ RESIDE ☑ VISIT. ☐ INDEFINITE
☐ I NEVER INTEND TO RETURN TO THE UNITED STATES

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING REASON PLAN TO
RETURN TO INDONESIA SEPT., FEB 77
TO COMPLETE DISSERTATION RESEARCH

COMPLETE IF RETURNING TO U.S.

**I**

| PORT OF DEPARTURE | DATE OF DEPARTURE |
| DJAKARTA | JUNE 16, 1976 |

NAME OF SHIP OR AIRLINE
PAN AM

**J**

WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544.

I have not (and no other person included in the application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport or registration, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I solemnly swear (or affirm) that the statements made on all the pages of this application are true and that the photograph attached is a likeness of me and of those persons to be included in the passport.

| (To be signed at same time by husband/wife to be included in passport) | S. Ann Dunham Soetoro |
|  | (To be signed by Applicant in presence of person administering oath) |

Subscribed and sworn to (affirmed) before me this __2nd__ day of _____ , 19__76__

(Seal)        Alfred Harding IV        Alfred Harding IV

Consul _____ of the United States at _____ Jakarta, Indonesia

IDENTIFYING DOCUMENTS SUBMITTED (See 8 FAM 243, Procedures)

F D L B D 49

**APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION**

Make ALL entries in all sections that apply to you. If information is unknown, write "Unknown." Do not leave blank spaces. Use additional sheets where space provided is not adequate. PRINT OR TYPE ENTRIES.

POST ACTION:
PASSPORT ISSUED   REGISTRATION APPROVED
No. Z3037221     Date _____
Date 4/28/81     Expires _____
Expires 4/27/86   CARD OF IDENTITY AND REG.

☒ $3 Application fee collected   No. _____
☒ $10 Fee collected              Date _____
☐ No Fee passport   ☐ $5 fee collected (for card)
☐ Official passport ☐ 48-page ☐ 96-page passport

### TO BE COMPLETED BY ALL APPLICANTS

(First name) STANLEY   (Middle name) ANN   (Last name) DUNHAM

I, _____, a citizen of the United States, do hereby apply for (a passport) (registration).

| SEX (M/F) | BIRTHPLACE (City, State or Province, Country) | BIRTH DATE Month Day Year |
|---|---|---|
| F | WICHITA, KANSAS, U.S.A. | Nov. 29 1942 |

**APPLICANT'S EVIDENCE OF CITIZENSHIP**
☐ Birth Certificate   ☒ Passport
☐ Certificate of Naturalization or Citizenship
Date: 6/2/76
Bearer's Name: self
No.: Z2433100   ☐ Submitted Herewith
                ☒ Canceled & Returned
Place: Jakarta   ☐ Seen & Returned

| HEIGHT | COLOR OF HAIR (Spell out) | COLOR OF EYES (Spell out) | SOCIAL SECURITY NO. (Not mandatory) |
|---|---|---|---|
| 5 Ft. ½ In. | BROWN | BROWN | 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 |

NOW RESIDING AT   Jalan Daksa I/14, Kebayoran Baru
Jakarta Selatan, Indonesia

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED

PERMANENT RESIDENCE (Street Address, City, State, U.S. ZIP Code) (If same as above, so indicate) 1617 South Beretania, Apt.1008, Hon., Hawaii

Location of Registering Office | Date of Registration

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Not mandatory) (Do not give name of a person who will accompany you when traveling)
Name in full: Stanley Dunham   Relationship: father
Address: 1617 South Beretania, Apt. 1008, Honolulu, Hawaii   Phone No.: (808) 949-2317

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? ☐ Yes ☒ No
IF ANSWER IS "YES," EXPLAIN WHEN AND WHY

| FATHER'S NAME STANLEY DUNHAM | BIRTHPLACE WICHITA, KANSAS, U.S.A. | BIRTH DATE March 18 | U.S. CITIZEN ☒ Yes ☐ No |
|---|---|---|---|
| MOTHER'S MAIDEN NAME MADELYN PAYNE | BIRTHPLACE PERU, KANSAS, U.S.A. | BIRTH DATE Oct.26, '22 | U.S. CITIZEN ☒ Yes ☐ No |

☒ I WAS LAST MARRIED on March 5, '64   TO (Wife's/Husband's full legal/maiden name - complete what [if] married, widowed or divorced)
☐ I WAS NEVER MARRIED   Lolo Soetoro, MAUI, HAWAII

| WIFE'S/HUSBAND'S BIRTHPLACE Bandung, Indonesia | WIFE'S/HUSBAND'S BIRTH DATE Jan. 2,1936 | U.S. CITIZEN ☐ Yes ☒ No | ☐ MARRIAGE NOT TERMINATED ☐ MARRIAGE TERMINATED BY ☐ DEATH ☒ DIVORCE ON Aug.28, 1980 |
|---|---|---|---|

YOU OR ANYONE INCLUDED IN SECTION B OF THIS APPLICATION BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT? ☒ Yes ☐ No
IF YES, SUBMIT PASSPORT. IF UNABLE TO SUBMIT MOST RECENT PASSPORT, STATE ITS
DISPOSITION: Am submitting   No.: Z2433100   Issue Date: June 2, 1976

**COMPLETE IF CHILDREN OR BROTHERS AND SISTERS UNDER AGE 13, AND/OR WIFE/HUSBAND, ARE TO BE INCLUDED AND SUBMIT PHOTO**

(CONSULAR OFFICE USE ONLY)
WIFE'S/HUSBAND'S EVIDENCE

(PHOTO REQUIREMENTS FOR PERSONS TO BE INCLUDED)

Photos must be ONLY of persons to be included (other than passport bearer). When more than one person is to be included, a group photograph of the inclusions is required.

CONSULATE WILL STAPLE PHOTO OF INCLUSIONS HERE.

DO NOT IMPRESS SEAL ON PHOTOGRAPHS.

WIFE'S/HUSBAND'S FULL LEGAL NAME

| BIRTHPLACE (City, State or Province, Country) | BIRTH DATE (Mo.,Day,Yr.) |
|---|---|

☐ Submitted Herewith
☐ Canceled & Returned
☐ Seen & Returned

| CHILD(REN)'S NAME(S) IN FULL | BIRTHPLACE(S) (City, State or Country) | BIRTH DATE(S) (Mo., Day, Yr.) | CHILD(REN)'S EVIDENCE |
|---|---|---|---|

☐ Submitted Herewith
☐ Canceled & Returned
☐ Seen & Returned

I have not (and no other person included in this application has), since acquiring United States citizenship, performed any of the acts listed in section I on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on all of the pages of this application are true and the photograph(s) attached is (are) a likeness of me and of those persons to be included in the passport.

(To be signed at same time by husband/wife to be included in passport)   (SEAL)   _S. Ann Kuchibhai_ (To be signed by Applicant in presence of person administering oath)

Subscribed and sworn to (affirmed) before me this __27__ day of __April__ 19 __81__

_____   Consul   of the United States at _Jakarta, Indonesia_   _____ (Signature of person taking application)

OPTIONAL FORM 178
(FORMERLY FS-176)

(OVER - YOU MUST COMPLETE PAGE 2)

January 1978
Dept. of State

O D C N   0050

**APPLICATION FOR PASSPORT BY MAIL**

**URGENT**

IMPORTANT READ INSTRUCTIONS ON BACK OF FORM
TYPE OR PRINT IN INK IN WHITE AREAS ONLY

**IDENTIFYING INFORMATION**

**NAME**

FIRST/MIDDLE  STANLEY / ANN

LAST  DUNHAM

NR3 G 155268
HONOLULU PASSPORT AGENCY

MAILING ADDRESS (In Care Of if applicable, Street, City, State, ZIP Code)

1512 SPRECKELS **WILL CALL**
APT. 402      4/1 2 PM
HONOLULU, HAWAII 96822

Issue Date

R D O DP   Endorsement

**SEX**  Male / Female ✓

**PLACE OF BIRTH** City, State or Province, Country
WICHITA, (KANSAS) USA

**DATE OF BIRTH**
11 29 42
Month Day Year

**SOCIAL SECURITY NUMBER** (Not Mandatory)
535 40 8522

**HEIGHT** 5 6 Feet Inches

**COLOR OF HAIR** BROWN

**COLOR OF EYES** BROWN

**HOME PHONE** (Area Code) 808 714 284 154

**BUSINESS PHONE** (Area Code)

**MOST RECENT PASSPORT ISSUED WITHIN PAST 8 YEARS MUST BE ATTACHED**

**PASSPORT NUMBER** Z 13013172 211

**ISSUE DATE** 14 27 81 Month Day Year

**OCCUPATION** CONSULTANT

**DEPARTURE DATE** ~~APRIL~~ APRIL 6, 86

** 4/9/86 - ppt mailed to perm.
address per her written request attached

**PERMANENT ADDRESS** (Street, City, State, ZIP Code)
1512 SPRECKELS ST APT 402   HONOLULU, HI

SUBMIT TWO RECENT IDENTICAL PHOTOS SIGNED ON THE REVERSE



**PROPOSED TRAVEL PLANS AND EMERGENCY ADDRESS** (Not Mandatory)

LENGTH OF STAY  1 WEEK

COUNTRIES TO BE VISITED  PHILIPPINES

PERSON TO NOTIFY IN CASE OF EMERGENCY (Not Traveling With You)

NAME IN FULL  STANLEY ANN MADELYN DUNHAM

ADDRESS  1617 S. BERETANIA #1008

PHONE NUMBER  808 949 2317   RELATIONSHIP  PARENTS

**OATH AND SIGNATURE** (If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be lined out, and a supplementary explanatory statement should be attached, signed, and made a part of this application.)

I have not, since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath, or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the Government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States, or conspiring to overthrow, put down or destroy by force the Government of the United States.

WARNING: False statements made knowingly and willfully in passport applications or affidavits or other supporting documents are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. The alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under 18 USC 1543. The use of a passport in violation of the restrictions therein is punishable by fine and/or imprisonment under 18 USC 1544.

DECLARATION: I declare that the statements made in this application are true and complete to the best of my knowledge and belief, that the attached photographs are a true likeness of me, and that I have not been issued or included in a passport issued subsequent to the one submitted herein.

X March 27, 1986
(Date)

X Stanley Ann Dunham
Signature of applicant (Must be signed by applicant)

FOLLOW INSTRUCTIONS CAREFULLY—INCOMPLETE OR UNACCEPTABLE APPLICATIONS WILL DELAY THE ISSUANCE OF YOUR PASSPORT.

**FOR PASSPORT SERVICES USE ONLY**   RECORD: Type of Document(s), Number, Date Filed/Issued, Court/Place, Bearer's Name as Appropriate.

☑ Passport   ☐ Evidence of Name Change   ☐ Other:

Bearer's Name: same   No. Z 303722 / 4/27/81 Place: Jakarta

Seen & Returned

APPLICATION APPROVAL  C. Mernasu

PT/ HH 3/27/86
Examiner Date
Office, Date

FEE  35 CK   POST

FORM DSP-

**C**

| TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION | | |
|---|---|---|
| I IMMIGRATED TO THE U.S. (Month, year) | I RESIDED CONTINUOUSLY IN THE U.S.  From (Year)     To (Year) | NATURALIZATION CERTIFICATE NO.<br>☐ Submitted herewith<br>☐ Seen and returned<br>☐ Previously submitted |
| PLACE NATURALIZED (City, state) | NATURALIZATION COURT | DATE NATURALIZED |

**D**

| TO BE COMPLETED BY ALL APPLICANTS | |
|---|---|
| OCCUPATION<br>PROGRAM OFFICER, FORD FOUNDATION | VISIBLE DISTINGUISHING MARKS<br>none |

**E**

WOMEN MUST COMPLETE FOLLOWING IF CHILDREN OF A PREVIOUS MARRIAGE ARE INCLUDED OR IF PREVIOUSLY MARRIED BEFORE MARCH 3, 1931

| I WAS PREVIOUSLY MARRIED ON | TO (Full legal name) | WHO WAS BORN AT (City, State, Country) |
|---|---|---|
| ON (Date of birth) | ☐ FORMER HUSBAND WAS U.S. CITIZEN | PREVIOUS MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE |
| | ☐ FORMER HUSBAND WAS NOT U.S. CITIZEN | ON (Date) |

**F**

COMPLETE IF APPLICANT OR ANY PERSON INCLUDED IN SECTION B WAS NOT BORN IN THE UNITED STATES AND CLAIMS CITIZENSHIP THROUGH PARENT(S)

| ENTERED THE U.S.   (Month) (Year)<br>☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | IF FATHER NATURALIZED: | | IF KNOWN, FATHER'S RESIDENCE/<br>PHYSICAL PRESENCE IN U.S.<br>From (Year)     To (Year) |
|---|---|---|---|
| | Date | Certificate No. | |
| | Before (Name of Court) | Place (City, State) | |
| RESIDENCE/CONTINUOUS PHYSICAL<br>PRESENCE IN U.S. From(Year) To (Year)<br>☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | IF MOTHER NATURALIZED: | | IF KNOWN, MOTHER'S RESIDENCE/<br>PHYSICAL PRESENCE IN U.S.<br>From (Year)     To (Year) |
| | Date | Certificate No. | |
| | Before (Name of Court) | Place (City, State) | |

**G**

| PROPOSED TRAVEL PLANS (Not Mandatory) |
|---|
| I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE<br><br>Two years contract with Ford Foundation from January 1981 - December 1982. |

| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY<br>TO RESIDE WITHIN ____ YEARS ____ MONTHS | DATE OF DEPARTURE |
|---|---|

**H**

### PRIVACY ACT STATEMENT

The information solicited on this form is authorized by, but not limited to, those statutes codified in Titles 8, 18, and 22, United States Code, and all predecessor statutes whether or not codified, and all regulations issued pursuant to Executive Order 11295 of August 5, 1966. The primary purpose for soliciting the information is to establish citizenship, identity and entitlement to issuance of a United States Passport or related facility, and to properly administer and enforce the laws pertaining thereto.

The information is made available as a routine use on a need-to-know basis to personnel of the Department of State and other government agencies having statutory or other lawful authority to maintain such information in the performance of their official duties; pursuant to a subpoena or court order; and, as set forth in Part 8a, Title 22, Code of Federal Regulations (see Federal Register Volume 40, pages 45755, 45756, 47419 and 47420).

Failure to provide the information requested on this form may result in the denial of a United States Passport, related document or service to the individual seeking such passport, document or service.

NOTE: The disclosure of your Social Security Number or of the identity and location of a person to be notified in the event of death or accident is entirely voluntary. However, failure to provide this information may prevent the Department of State from providing you with timely assistance or protection in the event you should encounter an emergency situation while outside the United States.

**I**

### ACTS OR CONDITIONS

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I have not (and no other person included in this application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents submitted are subject to verification.

**J**

| (FOR USE OF OFFICE TAKING APPLICATION) | |
|---|---|
| APPLICANT'S IDENTIFYING DOCUMENT(S) | IDENTIFYING DOCUMENT(S) OF WIFE/HUSBAND TO BE INCLUDED IN PASSPORT |
| ☐ Certificate of Natural-<br> ization or Citizenship     No.: | ☐ Certificate of Natural-<br> ization or Citizenship     No.: |
| ☐ Passport     Issue Date: | ☐ Passport     Issue Date: |
| ☐ Driver's License     Place of Issue: | ☐ Driver's License     Place of Issue: |
| ☐ Other (Specify):     Issued in Name of: | ☐ Other (Specify):     Issued in Name of: |

ODCN 0050

My trip was delayed by 1 month.
Please mail my passport to

S. ANN DUNHAM
1512 SPRECKELS ST.
APT 402
HONOLULU, HI 96822

Stanley Ann Dunham        PH 942-8454

RECEIVED
APR - 9 1996
Honolulu Passport Agency

$01.39⁰

AN EQUAL OPPORTUNITY EMPLOYER

FROM, S.A. 2, Rm 8100
DEPARTMENT OF STATE
WASHINGTON, D.C. 20520
www.state.gov

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Ms. Pamela Barrett
2541 Mayweigo Way
Sacramento, CA 95826

# EXHIBIT 9

**AFFIDAVIT**

In the State of Kentucky, County of Warren, this affiant being duly sworn, deposes and says that he is Timothy Lee Adams, residing at 1132 Fairview Avenue, Apt. F, Bowling Green, KY 42101 and that the statements below are true concerning his employment at the City and County of Honolulu Elections Division in Honolulu, Hawaii:

1. I was employed at the City and County of Honolulu Elections Division from May 2008 through September 2008.
2. My position at the City and County of Honolulu Elections Division was Senior Elections Clerk.
3. My responsibilities were to oversee the activities of the Absentee Ballot Office.
4. During the course of my employment, I became aware that many requests were being made to the City and County of Honolulu Elections Division, the Hawaii Office of Elections, and the Hawaii Department of Health from around the country to obtain a copy of then-Senator Barack Obama's long-form, hospital-generated birth certificate.
5. Senior officers in the City and County of Honolulu Elections Division told me on multiple occasions that no Hawaii long-form, hospital-generated birth certificate existed for Senator Obama in the Hawaii Department of Health and there was no record that any such document had ever been on file in the Hawaii Department of Health or any other branch or department of the Hawaii government.
6. Senior officers in the City and County of Honolulu Elections Division further told me on multiple occasions that Hawaii State government officials had made inquiries about Senator Obama's birth records to officials at Queens Medical Center and Kapi'olani Medical Center in Honolulu and that neither hospital had any record of Senator Obama having been born there, even though Governor Abercrombie has asserted and various Hawaii government officials continue to assert Barack Obama, Jr. was born at Kapi'olani Medical Center on August 4, 1961.
7. During the course of my employment, I came to understand that for political reasons, various officials in the government of Hawaii, including then-Governor Linda Lingle and various officials of the Hawaii Department of Health, including Dr. Chiyome Fukino, the director of the Hawaii Department of Health, were making representations that Senator Obama was born in Hawaii, even though no government official in Hawaii could find a long-form birth certificate for Senator Obama that had been issued by a Hawaii hospital at the time of his birth.
8. During the course of my employment, I was told by senior officers in the City and County of Honolulu Elections Division to stop inquiring about Senator Obama's Hawaii birth records, even though it was common knowledge among my fellow employees that no Hawaii long-form, hospital generated birth certificate existed for Senator Obama.

In witness whereof he has hereto set his hand and seal.

Affiant's signature:  _(signature)_
Affiant's title:  _adjunct faculty, WKU_

I, _Heather Berry_ , a Notary Public of the County and State aforesaid, hereby certify that _Timothy Lee Adams_ personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been duly sworn deposes and says the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this _21st_ day of _March, 2012_ .

Notary Public's signature:  _Heather Berry_
My commission expires:  ~~My Commission Expires~~
                        ~~July 19, 2014~~

# EXHIBIT 10

# NATIONAL ASSEMBLY

## OFFICIAL REPORT

### Thursday, 25th March, 2010

The House met at 2.30 p.m.

*[Mr. Speaker in the Chair]*

### PRAYERS

### PETITION

**Dr. Khalwale:** Mr. Speaker, Sir, I stand here to make a petition on behalf of Kiborowa squatters who are a group of squatters from Trans Nzoia District under an organization called Kiborowa Squatters Alliance. The squatters reside in the rural and peri-urban slums within Trans Nzoia and like our forefathers, remain landless and living under deplorable conditions. Some of those squatters are temporary labourers on the former colonial settler farms now popularly called Agricultural Development Corporation (ADC) farms. Our girls and women are raped and forced into prostitution and early marriages, occasioning high instances of HIV/AIDS and gender biased violence. There are high poverty levels leading to early school dropouts and childhood labour. Despite those squatters making several presentations to the Government with assurances from district commissioners, permanent secretaries and Ministers for Land and Settlement since Independence, our people have yet to see any positive action. We are, therefore, praying through this petition for your humble intervention as a House, so that the Government of the Republic of Kenya may immediately settle all the squatters on the following ADC farms: Sabwani, Sekhendu and Olingatongo ADC farms. We are also praying that the Government restrains those Members of Parliament who are inciting members from non-squatter communities to invade those farms.

**Mr. Speaker:** Order, Dr. Khalwale! You caught my eye to present a petition, but I am in doubt as to whether or not you have, in fact, complied with Standing Order No.204. At least, I have no indication from the Clerk of the National Assembly, which I normally have as a matter of practice, that you have complied with Standing Order No.204. Can you satisfy me that you have done so?

**Dr. Khalwale:** Mr. Speaker, Sir, this petition was presented to the Office of the Clerk. He went through it and marked it to the Speaker of the National Assembly. The Office of the Speaker of the National Assembly marked it to Mr. Ndombi who is in the legal arm of Parliament. Mr. Ndombi invited me to his office. We went through this petition and I am glad to confirm that we have complied to the letter, to the requirements of that Standing Order.

**Mr. Speaker:** Can you, please, let me have a look at the petition to be satisfied that those steps have been taken?

**Dr. Khalwale:** Mr. Speaker, Sir, after I conclude or before?

must take the oath of office or rather the oath of solemn affirmation and an oath of allegiance. These oaths are set out on pages 185, 186 and 187. The President of the Republic, the Deputy President and the Cabinet Secretaries and the Members of Parliament are required to subscribe to these oaths before assuming office. In this affirmation oath, they swear to defend the Constitution and to govern in accordance with the spirit and letter of the Constitution. Many times, it is those who have taken the oath to defend and protect the Constitution who go against the very Constitution to corrupt the governing of the country. So, constitutions must bide rulers if they are documents which will last and bring about good governance.

Mr. Deputy Speaker, Sir, in making this Constitution, we must understand what is the problem that we want to deal with. Why is it necessary for us to have a new Constitution? There is a time when in the struggle in the streets, people were fond of shouting and saying: "Moi must go!" That was the clarion call. But we have realized that even as Moi went, this country is still nearly in the same situation that it was.

**Hon. Member:** Worse!

**The Minister for Lands** (Mr. Orengo): Somebody is saying worse. I can see it is my chairman and I cannot contradict him.

Even with those shouts that filled the nation all over that "Moi must go," we are still in nearly the same situation as we were in 1963 onwards. Hon. Ngilu is also reminding me that there was a prejudiced Christian song where we used to sing: "*Yote yanawezekana bila Moi*!" We thought that individuals by themselves can make a change and that our country can become a better place. In designing a Constitution, we must know the problem that we want to resolve. It is only by knowing the problem that we can design the Constitution that will stand the test of time. It is only by knowing the conflicts within us and how to address them that we can design a Constitution that will last for many years. In this history, there is a time when we were almost attracted to leave alone the pursuit of change through peaceful means and even imagine that we could pursue change through arms struggle. As Malcolm asked: "Is it the ballot or the bullet?" In the Kenyan tradition, other than the struggles that took place before 1963, we had decided that we will resolve conflicts, including the constitutional ones, through the ballot and that will be signified by the referendum that the people will take part in, in order to enact this new Constitution.

Mr. Deputy Speaker, Sir, we made a great achievement. This document, in other countries comes by way of revolution; by way of people shedding blood. We like citing the American Constitution, which came through struggle and a revolution. Even the French Revolution or in recent history, in South Africa, their Constitution was achieved through struggle and violence. But we are lucky here in Kenya that we are reaching this great moment, choosing the ballot rather than the bullet. And by coincidence of history, the Lancaster arrangement in 1962 and 1963 were made possible when there was a Coalition Government. I do not know whether some of you remember that. That the last phase of those discussions in Lancaster took place when both Jomo Kenyatta and Ronald Ngala were Chief Ministers in the same Government. So, it was a Grand Coalition Government like the one that we have today. So, to the extent that the Accord has made it possible for us to come together to reach this historical settlement, it is also a great achievement.

So, I want to say that this document in its entirety – I am not saying that it is perfect – but it is better than anything that we have had before, and I commend it to this Parliament and the nation. But in saying that, without leadership, however good the document is, we need men and women who will be guided by the values contained in this document. If we do not live by the values and principles contained in this Constitution, all that is contained in this Constitution will be of no significance. This is because the unmaking of Kenya began by disregard and non-compliance of the law. We ended up in a dictatorship that we had to fight for so many years.

Mr. Deputy Speaker, Sir, I have noticed that other than what my learned friend, hon. Kajwang, referred to in his contribution, about the sovereign power of the people, you will notice in the chapter dealing with the Executive, that unlike the present Constitution, the Executive authority of the President and Cabinet Secretary is derived from the people, which is quite unlike the current situation. If I can compare it with what was happening about ten to 15 years ago because the law has not changed significantly, there was a time that we were told that even to imagine or encompass the death of a President was treason. I know that many Members of Parliament who are my colleagues here were taken away and detained on the basis that they encompassed and imagined the death of the "sovereign". So, we have gone through great times and this is, therefore, a historical moment.

Mr. Deputy Speaker, Sir, I want to end this contribution by saying that the most important chapter in this Constitution is about devolution. Without devolution, I can tell you, we are back to square one, because this is a presidential system. I want to be corrected in another 20 or 30 years that if we do not have devolution, the Presidency we have created is even more powerful than the current President. This is because the current President sits in the Cabinet with elected Members of Parliament. He derives membership of his Cabinet from this Parliament. He sits in Cabinet with people who relate to the people directly. This is a President who is not a Member of the Legislature. So, the only way that we can check this Presidency is through devolution. Any system – even monarchical systems – where there is a diffusion and de-concentration of power, be it in Old Germany or the Anglo Saxons, where there was devolution, you could see that not only the promises of liberty but also development could be achieved. I assure you that what we are even trying to do through the Constituencies Development Fund (CDF) by devolving funds is not re-inventing the wheel. There was mechanism and systems for taking funds to the districts in various programmes but there was no legal and lawful framework for accountability and representation at the lowest level. So, the CDF has made a little bit more progress than the District Commissioners (DCs) who were managing large funds but had no accountability or there was no system for interrogating them.

Mr. Deputy Speaker, Sir, if we are creating regions or counties on the basis of ethnicity, you have missed the point about devolution. If we want to live in ethnic cocoons, devolution will not resolve our problems. Even a Member of Parliament said yesterday that Kenya is still a tribal country even as we say that we are a unitary State. Devolution is giving the promises of better governance because you are taking the administration, accountability and resources to the people. If you look at Nairobi today, the Maasai or Kikuyus can claim Nairobi today, but times have changed. Nairobi now is a metropolitan City. In another ten years, Mandera also will be a metropolitan city. So,

the way to look at devolution is about governance. If at all we take this Constitution without looking at the elements of devolution properly, then I am afraid we have missed the boat. We should be very courageous and brave because in 1963, resources were going to the regions. It was not by changing the Constitution that the regions went but by starving the regions of funds and even the power to tax the regions. That is how the regions were killed. But when the regions were working, even hon. Ngala was feeling better and safer as the president of the Coast region rather than being a Member of Parliament here.

The other thing that we are addressing through devolution is exclusion. What has made us suffer as a nation is exclusion. Once people feel excluded, even when you want to employ a policeman or constable or you want to build a dispensary, it must come from the centre.  In the colonial days, these things were being done on the ground and they could give bursaries and build roads. I commend devolution. Those who fear devolution are living in the past. They are being guided by their ethnic consideration and objectives. They are living in the past. If America was living in a situation where they feared ethnicity and did not see itself as a multiparty state or nation, how could a young man born here in Kenya, who is not even a native American, become the President of America? It is because they did away with exclusion. What has killed us here is exclusion; that once Mr. Orengo is President, I know of no other place than Ugenya. That is why we were fighting against these many Presidencies in the past. I hope that Kenya will come of age. This country must come of age. People want freedom and nations want liberation, but countries want independence.

I beg to support.

**Prof. Kamar:** Thank you, Mr. Deputy Speaker, Sir, for giving me the opportunity to contribute to this historic Motion. I would like to support it with amendments and I will be mentioning which ones.

Mr. Deputy Speaker, Sir, allow me, first, to congratulate those who have participated in the process of Constitution-making in this country. I want to recognize the veterans – the Orengos and Imanyaras – past and present. I also want to remember to recognize the Bomas group of delegates that gave us the first Draft (2004). I also want to remember the Committee of Experts (CoE) and our own Parliamentary Select Committee. These people have done a commendable job. The Constitution making process has been very long and tedious. Sometimes it has been acrimonious and tempers have gone up and down. But all in all, the process has brought us this far and we must thank God for that.

Mr. Deputy Speaker, Sir, it is instructive to note that while it has taken a very long time, there are some areas that have consistently remained in all the drafts that we have today. As we consider that, we are reminded of why Kenyans wanted to have a Constitution, to begin with. In the preamble, there is a statement that says: "We, the people of Kenya adopt, enact and give to ourselves and our future generation this Constitution."

Mr. Deputy Speaker, Sir, we must ensure that Kenyans get a new Constitution that will serve them and the future generations. How do we ensure this? We must ensure this by ensuring that the Proposed Constitution is good for all, fair to all and serves all. This may require the spirit of give and take, but it must all be inclusive and non exclusive. The eyes of the nation are focused on this House. We must rise to the occasion

# EXHIBIT 11



# THE VETTING - EXCLUSIVE - OBAMA'S LITERARY AGENT IN 1991 BOOKLET: 'BORN IN KENYA AND RAISED IN INDONESIA AND HAWAII'



**Barack Obama**

Barack Obama, the first African-American president of the Harvard Law Review, was born in Kenya and raised in Indonesia and Hawaii. The son

*by JOEL B. POLLAK (/COLUMNISTS/JOEL-B-POLLAK)* 17 May 2012  [1623] POST A COMMENT



**'THE HOPE AND THE CHANGE'**

*Writer/Director Stephen K. Bannon, former Democrat pollster Pat Caddell and I were interviewed by Hannity about the film he has called the best documentary he has ever seen. During the one hour special, viewers saw exclusive clips from the film and heard several members of the 40 person cast go into greater detail about why they've given up on Obama.*

Full Article (/Big-Government/2012/08/26/The-Hope-and-The-Change)

## MOST POPULAR

* Team Obama: 'America Doesn't Need a Birther-In-Chief (http://www.breitbart.com/Big-Government/2012/08/25/Team-Obama-Birther-In-Chief)
506 comments · 1 minute ago

* Brandon Darby on Anarchist Plans for the RNC: Take Down the EMS System (http://www.breitbart.com/Big-Government/2012/08/24/Brandon-Darby-on-Anarchist-Plans-for-the-RNC-Including-Taking-Down-the-City-s-EMS-System)
102 comments · 6 minutes ago

* Mormon War: Abby Huntsman Slams Romney Being Under Secret Church Control (http://www.breitbart.com/Breitbart-TV/2012/08/25/Mormon-War-Abby-Huntsman-Slams-Romney-Being%20Under-Secret-Mormon-Church-Control)
224 comments · 2 minutes ago

* Box Office: Obama Doc '2016' Stuns Hollywood (http://www.breitbart.com/Big-Hollywood/2012/08/25/Box-Office-Aug-25-2012)
364 comments · 2 minutes ago

*Note from Senior Management:*

*Andrew Breitbart was never a "Birther," and Breitbart News is a site that has never advocated the narrative of "Birtherism." In fact, Andrew believed, as we do, that President Barack Obama was born in Honolulu, Hawaii, on August 4, 1961.*

*Yet Andrew also believed that the complicit mainstream media had refused to examine President Obama's ideological past, or the carefully crafted persona he and his advisers had constructed for him.*

*It is for that reason that we launched "The Vetting," an ongoing series in which we explore the ideological background of President Obama (and other presidential candidates)—not to re-litigate 2008, but because ideas and actions have consequences.*

*It is also in that spirit that we discovered, and now present, the booklet described below—that includes a marketing pitch for a forthcoming book by a then-young, otherwise unknown former president of the Harvard Law Review.*

*It is evidence--not of the President's foreign origin, but that Barack Obama's public persona has perhaps been presented differently at different times.*

***

### RELATED NEWS



**Obama 'Kenya' Lit Booklet Raises Question MSM Will Refuse to Ask (/Big-Journalism/2012/05/17/Obama-Lit-Booklet-About-MSM-Failure)**
*by JOHN NOLTE (/COLUMNISTS/JOHN-NOLTE)*
100 days ago [41]



**Obama's Lit Agency Used 'Born In Kenya' Bio Until 2007 (/Big-Government/2012/05/17/Obama-pamphlet-in-use-2007)**
*by BEN SHAPIRO (/COLUMNISTS/BEN-SHAPIRO)*
100 days ago [644]

Breitbart News has obtained a promotional booklet produced in 1991 by Barack Obama's then-literary agency, Acton & Dystel, which touts Obama as "born in Kenya and raised in Indonesia and Hawaii."

The booklet, which was distributed to "business colleagues" in the publishing industry, includes a brief biography of Obama among the biographies of eighty-nine other authors represented by Acton & Dystel.

It also promotes Obama's anticipated first book, *Journeys in Black and White*—which Obama abandoned (http://www.ap.com/news-politics/politics/200911/barack-obama-writing-books-writer-robert-draper?printable=true), later publishing *Dreams from My Father* instead.

Obama's biography in the booklet is as follows (image and text below):



### Barack Obama

Barack Obama, the first African-American president of the Harvard Law Review, was born in Kenya and raised in Indonesia and Hawaii. The son of an American anthropologist and a Kenyan finance minister, he attended Columbia University and worked as a financial journalist and editor for Business International Corporation. He served as project coordinator in Harlem for the New York Public Interest Research Group, and was Executive Director of the Developing Communities Project in Chicago's South Side. His commitment to social and racial issues will be evident in his first book, *Journeys in Black and White*.

Barack Obama, the first African-American president of the Harvard Law Review, was born in Kenya and raised in Indonesia and Hawaii. The son of an American anthropologist and a Kenyan finance minister, he attended Columbia University and worked as a financial journalist and editor for Business International Corporation. He served as project coordinator in Harlem for the New York Public Interest Research Group, and was Executive Director of the Developing Communities Project in Chicago's South Side. His commitment to social and racial issues will be evident in his first book, *Journeys in Black and White*.



A 'Fact Checking Error'—Again, and Again, and Again... (/Big-Government/2012/05/17/A-Fact-Checking-Error-Repeated-Multiple-Times-Over-Several-Years-by-Different-Agencies)
*by* BREITBART NEWS (/COLUMNISTS/BREITBART-NEWS)
100 days ago   110

A 'Fact Checking Error'? Dystel & Guderich Ask Writers to Submit Their Own Bio (/Big-Government/2012/05/18/A-biography-submission-guideline-obama-kenya-fact-checking-error)
*by* STEVE BOMAN (/COLUMNISTS/STEVE-BOMAN)
100 days ago   468



Media Works To Suppress Obama 'Born in Kenya' Bio (/Big-Journalism/2012/05/18/Media-Refuses-Coverage-Obama-Kenya-Lit-Agency)
*by* BEN SHAPIRO (/COLUMNISTS/BEN-SHAPIRO)
99 days ago   233

- Zero Bounce? A Pessimistic Preview of the RNC (http://www.breitbart.com/Big-Government/2012/08/26/Zero-Bounce-a-Pessimistic-Preview-of-the-RNC)
47 comments · 13 minutes ago

## BREITBART VIDEO PICKS


Today's Top Video

## SIGN UP FOR OUR NEWSLETTER

SUBSCRIBE



The booklet, which is thirty-six pages long, is printed in blue ink
(and, on the cover, silver/grey ink), using offset lithography. It
purports to celebrate the fifteenth anniversary of Acton & Dystel,
which was founded in 1976.



*Front cover (outside) - note Barack Obama listed in alphabetical*
*order*

*Front cover (inside)*

Jay Acton no longer represents Obama. However, Jane Dystel still
lists (http://www.dystel.com/client-list/#o) Obama as a client on
her agency's website.

According to the booklet itself, the text was edited by Miriam
Goderich, who has since become Dystel's partner at Dystel &
Goderich (http://www.dystel.com/about/), an agency founded in
1994. Breitbart News attempted to reach Goderich by telephone

several times over several days. Her calls are screened by an automated service that requires callers to state their name and company, which we did. She never answered.

The design of the booklet was undertaken by Richard Bellsey, who has since closed his business. Bellsey, reached by telephone, could not recall the exact details of the booklet, but told Breitbart News that it "sounds like one of our jobs, like I did for [Acton & Dystel] twenty years ago or more."



### Edward J. Acton

Jay Acton is a man of many talents, interests and accomplishments. Born in Worcester, Massachusetts, he received a B.A. in philosophy from Fordham University. After obtaining his J.D. from New York Law School, he became a member of the New York Bar and was of counsel to the law firm of Finn & Feldsteiger. He has also attended Union Theological Seminary for graduate studies.

Jay's experience in book publishing is extensive. He has been a trade editor at T.Y. Crowell and R. Martin. From 1976 he started work at now the Acton and Dystel agency. He is also the author of two books: May Made, Joseph Nader, The Negotiation, a Freak of the March Club softcover, and The Actor Age.

A renowned interest in real estate, broadcasting and minor league baseball, Jay currently owns the Carolina League's Peninsula Pilots, the Class A affiliate of the Seattle Mariners. He is married to Hope Sedgwick and they have two children, Robert and Elizabeth.

### Jane Dystel

Jane Dystel has had a varied and distinguished career as an editor, publisher, and agent. A Phi Beta Kappa graduate of New York University, with a B.A. in political science, she spent one year at Georgetown Law Center before she entered the world of publishing. Her first job was at Bantam Books, where she went on to become permanent editor. From there she moved on to Grosset and Dunlap, first as a managing editor and then as an acquisitions editor. In 1977, Jane became the publisher of the World Almanac, and founded World Almanac Publications, now known as Pharos Books.

Jane was the president of Newspaper Enterprise Association and United Feature Syndicate, and served on the board of trustees of Hamilton-Madison House. She joined the firm in 1986, and has been a full partner since 1989. She is married to Bryan Schumann and has a daughter, Jessica.

The parade of authors alongside Obama in the booklet includes politicians, such as former Speaker of the House Tip O'Neill; sports legends, such as Joe Montana and Kareem Abdul-Jabbar; and numerous Hollywood celebrities.

The reverse side of the page that features Barack Obama includes former Green Party presidential candidate Ralph Nader and early-1990s "boy band" pop sensation New Kids On the Block.

  

### Barack Obama

### Mark Olshaker

### Thomas P. O'Neill





### John Murphy

John Murphy has been a frequent analyst for several financial news programs over the course of the past decade. He is a technical analyst of the Futures Markets. He has also done pioneering work in the field of intermarket analysis, which is the subject of his latest book, Intermarket Technical Analysis. He was the first chairperson of the MTA's Futures Committee and has served on the board of directors. He is on the faculty of the New York Institute of Finance and heads his own consulting firm. He is also the technical analyst and commentator for CNBC TV, where he does daily broadcasts on the financial markets.

### Ralph Nader

Ralph Nader, the champion of consumer and national protections before the public, Senate and Any Speed, was published in 1965. The best-seller on the dangers of American automobiles spurred the nation's public to a host of consumer awareness. He was an adviser to the Senate and other inquiries investigated automotive hazards and has been a consultant to various government agencies, legislative committees, and universities. He is a graduate of Princeton and the Harvard Law School and he is currently working on a memoir

### New Kids On the Block

New Kids on the Block, America's hottest teen group, are an international phenomenon. New Kids on the Block tells of their astounding success. Their first three albums went platinum, selling over 16 million copies. Their latest album is "Step By Step." The all American quintet of Jonathan Knight, Jordan Knight, Joseph McIntyre, Donnie Wahlberg, and Danny Wood have the most fervent fans since the heyday of the Beatles.

Acton, who spoke to Breitbart News by telephone, confirmed precise details of the booklet and said that it cost the agency tens of thousands of dollars to produce.

He indicated that while "almost nobody" wrote his or her own biography, the non-athletes in the booklet, whom "the agents deal [t] with on a daily basis," were "probably" approached to approve the text as presented.

Dystel did not respond to numerous requests for comment, via email and telephone. Her assistant told Breitbart News that Dystel "does not answer questions about Obama."

The errant Obama biography in the Acton & Dystel booklet does not contradict the authenticity of Obama's birth certificate. Moreover, several contemporaneous accounts (http://ironicsurrealism.com/2012/03/14/obama-1990-interview-were-going-to-reshape-mean-spirited-america/) of Obama's background describe Obama as having been born in Hawaii (http://www.nytimes.com/1990/02/06/us/first-black-elected-to-head-harvard-s-law-review.html).

The biography does, however, fit a pattern in which Obama--or the people representing and supporting him--manipulate his public persona.

David Maraniss's forthcoming biography of Obama has reportedly confirmed (http://www.vanityfair.com/politics/2012/06/young-barack-obama-in-love-david-maraniss), for example, that a girlfriend Obama described in *Dreams from My Father* was, in fact, an amalgam of several separate individuals.

In addition, Obama and his handlers have a history of redefining his identity when expedient. In March 2008, for example, he famously declared (http://www.huffingtonpost.com/2008/03/18/obama-race-speech-read-th_n_92077.html): "I can no more disown [Jeremiah Wright] than I can disown the black community. I can no more disown him than I can my white grandmother."

# EXHIBIT 12

04/28/2011  00:18   9047789707                    UPS STORE                              PAGE  01/03

### Affidavit

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL)

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville,
FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment
and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in
   IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have
   often used software such as Adobe Photoshop and Adobe Illustrator.

3. I downloaded from the official Whitehouse website, www.whitehouse.gov, April
   27, 2011, the new birth certificate of Barack Obama II:
   http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-
   form.pdf

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator
   and the software revealed that this document has many layers of images on it.
   This indicates that the document was not a true copy of the original birth
   certificate, but a recently created document using Adobe Illustrator.

5. I further observed that this document does not have an embossed seal normally
   affixed by civil registrars to attest to the authenticity of government issued
   documents.

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No. DD 955008



STATE OF HAWAII     **CERTIFICATE OF LIVE BIRTH**     DEPARTMENT OF HEALTH

FILE NUMBER **151**     **61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☑ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4 | 1961 | 7:24 P.m. |

| 6a. Place of Birth: City, Town or Rural Location | | 6b. Island |
|---|---|---|
| Honolulu | | Oahu |

| 6c. Name of Hospital or Institution—(If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☑ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☑ No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☑ |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| 18. I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant | Parent ☑ | 18b. Date of Signature |
|---|---|---|---|
| | (Signed) Ann Dunham Obama | | 8-7-61 |

| 19. I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant | M.D. ☑ D.O. ☐ Midwife ☐ Other ☐ | 19b. Date of Signature |
|---|---|---|---|
| | (Signed) David A. Sinclair | | 8.8.61 |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| AUG -8 1961 | (Signed) U.K. Lee | AUG -8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

*Alvin T. Onaka, Ph.D.*
STATE REGISTRAR

# EXHIBIT 13

**THEREPOSITORY™**

**ARCHIVE INDEX SYSTEMS, INC.**
IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE

P.O. BOX 40135

BELLEVUE, WASHINGTON 98015

(425) 643.1131; FAX (240) 384-7297
For response to this letter: diehold@comcast.net

**RESELLERS OF**
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
WEB-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

**WEB PAGES**
www.archiveindex.com
www.wholesalecheckscanners.com

June 24, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct.

The reason I have issued this affidavit and notified the FBI and other government officials is because I am compelled to because of Federal Statute Title 18, Part 1, Chapter 1 Section 4: "Misprision of felony; Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both." Since I am the one who positively identified Obama's Certificate of Live Birth, presented to the American public on April 27, 2011, as a forgery it was my oblation to report it.

### My Credentials

I have a unique background that enables me to analyze this document in a competent, detailed, and extensive manner. I owned a typesetting company (Nova Typesetting) for eleven years, and thus have extensive knowledge and experience in type and form design. I have owned Archive Index Systems since 1993, a company that sells a wide selection of document scanners worldwide, and which also developed and sold document imaging software (TheRepository). Additionally, I have an extensive knowledge of how scanners function and their capabilities. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, and thus have extensive knowledge of municipal and county document imaging programs and procedures, including the design and implementation of such programs. Additionally, I have a good working knowledge of Adobe Photoshop and Illustrator. These factors will be crucial in understanding what has occurred with Obama's Certificate of Live Birth.

### What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department in Hawaii. The form is a created forgery for the following reasons.



Figure 1. Tiff Image of the Obama's Certificate of Live Birth dated August 8, 1961, presented on TV 4/27/2011.

Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side) is produced by scanning in grayscale. It also means that the county employee, who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (see Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (see Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all, and again the line just below drops down 2 pixels, but not the name *Kapiolani*.

2



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flatten the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early 1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design I think is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form.** Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form          Figure 6. Grayscale.          Figure 7. Color image.



Figure 8. Binary image.    Figure 9. An enlarged version of Figure 6 showing grayscale type.

The next question would be: What would have caused the haloing effect? We know that all the original Certificates of Live Birth (COLB) were microfilmed because we can see the Nordyke Certificate (see Figure 2) was microfilmed. Then some time after 2004 the paper original copies, in post binder books, were scanned using a commercial document scanner with a flatbed, scanned as grayscale images. The forger was working with two types of images. He/she may have used images printed from the microfilmed copy and then scanned the printout in grayscale. At that point the forger would have to invert the image so as to have a white background, black type. Figure 10 is an example of an inverted image of Figure 2. The result would be like Figure 9 but a whiter background. The image I am working with in Figure 10 is only 94 DPI but the forger was working with much higher resolution (≥240 dpi). At that point the forger converted the grayscale to a binary image and placed it onto the background form image. The problem was that there were still image values for the pixels around the placed type so when he/she placed the type image over the background and instructed the program to bring the type "forward" it blanked out the background image, hence the haloing effect around the type.



Figure 10, Inverted image of Figure 2.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 11 and Figure 4 give one example. You will notice that the *H* and, *al*, in Hospital, *I* in Institution, *If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty

4

that the form type was scanned in at a lower resolution (≤200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in. This may also further indicate that forger took some of the type images from the microfilmed copies.



Figure 11. showing a mixture of grayscale and binary type on the same line.

Another example is found in form box 1a, his name *BARACK* for some reason the "R" is a grayscale image and the rest is binary (see Figure 13). That means the "R" was originally on the form and the rest was not until it was added.

The question again is: Why did the forger leave some grayscale type images on the form and not just erase the whole form? The answer is that he/she needed the grayscale images to re-establish the baseline of the type for the superimposed binary type. This also told me that the forger was an experienced graphic artist.



Figure 13. Another example of grayscale and binary on the same line.



Figure 14. The last "1" is grayscale, but the rest are binary.

Another example is the Certificate number itself (see Figure 14). The last "1" on the form is a grayscale image but the rest of the numbers are not. It also has a different baseline. This is just another example of a cut and paste job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar supposedly accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Susan Nordyke was a twin and her sister's Certificate number is 61 10638. Keep in mind there would be only one Bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number.

Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke and her sister's Certificates looks like they were mailed sometime earlier that week and not accepted until the 11th but Susan has a Certificate four numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in three days later.

As stated in #3 the last "1" on the form is a grayscale image but the rest of the numbers are not (see Figure 14). You will also notice that the baseline of the last "1" is straight and level but the rest of the numbers are slanted. This is again irrefutable proof that the Certificate number is a composite of two numbers and hence a forgery. This forgery comes under a separate offense and carries with it 5-years in prison [see Appendix D: Title 19, Ch.47, Sec, 1028(d)(1)].

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, searched the database for someone close to the actual birth date of Obama and found someone near the 4th of August, if in fact he was born on the 4th and we should not assume that at all. Obama may have chosen the 4th of August because they had a baby who died close to his date of birth. The clerk may have cross referenced the death database to find someone who had died and had a birth date close to Obama's. It has been reported that an infant girl named Virginia Sunahara was born on August 4, 1961 at Wahiawa Hospital in Wahiawa, Oahu, HI who died on August 5, 1961 at the Kapiolani Women and Children's Medical Center, due to complications. This happens to coincide with the date of birth and birthplace of the Nordyke twins. We could make two assumptions here. 1. Wahiawa Hospital customarily would have completed the COLB form and mailed it to the County Health Department; and 2. Kapiolani Medical Center would have filled out the death certificate. The other less likely scenario could be that her medical records were transferred to Kapiolani Hospital and they would produce the birth certificate and later the death certificate which was later included in the group of birth certificates that contained the Nordyke twins.

The Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. We can conclude from this that more than one person was involved in the Hawaii Department of Health in assembling the different components that were used: 1. Someone to conduct the database searches to find the right Certificates to create the fraudulent Certificate of Live Birth; and 2. Someone who signed or stamped the fraudulent certificate. I believe that after all the components were assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. That graphic artist could be located anywhere. In short this was a multi-state conspiracy to defraud the United States.

**5. Two different colors in Form box 20, 22 and 17a *Date Accepted by Reg. General.*** What is very revealing about this box and date entry is there are two different colors on both lines where there should be no color at all. Both lines were scanned using binary mode, but I see two different colors (see Figure 15). What I think this shows us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "AUG -8 6." The rest of the type is in black. This tells me that the forger was working in color mode and what they copied from had a color value for some reason unless they put a color value on it.

6

**22.** Date Accepted by Reg
AUG -8 1961

Figure 15. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 16 again shows that the date has two different colors. The **"AUG  -8 196"** is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.

**20.** Date Accepted by Local Reg.
AUG -8 1961

Figure 16. Another example of two colors on the same line.

**6. The official seal is not part of the Certificate of Live Birth and they used the wrong size impression of a seal.** The Hawaiian law (Section 11-1-2 Seal of the Department of Health) states:

> a) The official seal of the department of health shall be circular in shape, **two and one-fourth inches in diameter**. At the curve on the top portion there shall be the words "DEPARTMENT OF HEALTH" and at the curve on the bottom portion there shall be the words "STATE OF HAWAII." At the curve on each side portion shall be a star. In the center of the seal shall be the Caduceus, a winged rod entwined with two serpents, which has long been recognized as a universal symbol of medicine. The Caduceus shall be encircled by an indentation, which shall separate it from the words "DEPARTMENT OF HEALTH" and "STATE OF HAWAII ."



Figure 17, Seal on Obamas Short Form     Figure 18: Nordyke seal from 1966     Figure 19: Obama's COLB long form Apr.2011
(Figure 19 is courtesy of Kevin Powell; http://www.pixelpatriot.blogspot.com)

The first Certification of Live Birth Obama the candidate produced in June of 2008 was the "Short Form" of the COLB. It had the Department of Health's seal embossed on it (see Figure 17) appearing on it about 1.8" from the bottom of the 11 inch paper. That told me the Health Department is using an electric embosser, which applies ample pressure to leave a clear visible embossment. Hand seal embossers have only 7/8" or less from the edge of the paper for a 1¾" seal. The Health Department seal does not appear obvious on the Obama COLB. A good embossment will distort the type and lines on a form and is clearly visible (see Figure 21). Even on the Nordyke Certificate (see Figure 18) in spite of it being an inverted image from a microfilmed image, it is clearly seen. Figure

7

19 shows Obama's seal on the COLB presented on April 27, 2011, and is visible only because a color filter was used to see it, otherwise it completely disappears in the design of the security paper (see Figure 20).



Figure 20: Seal on Obama's COLB From April 27, 2011.

Figure 21: Hand stamped seal from an original COLB from 1962.

The official seal on the Obama COLB is a second or even third generation image from another form. The seal embossing did not distort the lines or type on the form and it most likely was never part of his Certificate. We cannot make out any of the type on the seal as well as the two stars and the Caduceus. The distorted background image of a seal can be created using Photoshop or Illustrator by applying it as a watermark. Yet another indication this Certificate of Live Birth is an obvious forgery.

If that wasn't enough I then investigated the size of the latent seal image on the Obama certificate and found it to measure only about 1¾" in diameter. The procedure I used to discover the seal measurements were as follows: With the Savannah Guthrie photo (see Figure A) of the document I was able to see the left and right hand sides of the document and knew that was 8½" wide. I was then able to determine the scale of all the components on the form. I then measured the line length on the second line from the bottom. Box 20, 21 and 22 rest on. That length is 6.396" long, measured from the first bold vertical line on the left side of the form to the end of the line (see Figure 22). I then adjusted all the images I had for Certificates including non-Obama Certificates, which I had. What I found was that the alleged embossed seal on the Obama COLB were all 1¾" in diameter and that is not the legal seal as described by Hawaii state law, which should be 2¼". The administration has the wrong size seal on their certificate and that seal was supposed to be a first generation full size imprint.

Figure 22. The COLB Obama presented on 4/27/11 from the PDF file on the White House web site. The seal measured only 1-7/8" in diameter.

I then examined Certificates of other individuals that I found on the internet. Figure 23 is of a Certification short form of Patricia Decosta dated 2002 and it is also 1¾". As stated in the Hawaii state code, it must be 2.25" in diameter. The current Department of Health seal is not the same one they had in the 1960s. That one was 2¼" in diameter (see Figure 18) but the current seal is not legal—it's the wrong size and the type is not legible! You cannot make out any of the words, the stars or the Caduceus. I will be notifying the Department of Health of their gross error in the hope

8

they will fit it with a new legal seal. Some time after 1966 the original legal seal was "lost" or stolen because they do not wear out. Some bureaucrat ordered a replacement and was either ignorant of the law or too stupid to ask if there was a specific requirement for the seal. What mystifies me is that the Director of the Department of Health and the registrars did not spot the error and fix it. My conclusion is they just didn't care about the law.



Figure 23. The Certification of Patricia Decosta dated 2002.

### 7. The hand stamped certification from the current registrar is a forged stamped notice.

The Department of Health has the right to produce a legal copy of the original Certificate of Live Birth for people who have the appropriate right to receive one. The Clerk in the office would search the document imaging database and retrieve the correct Certificate. The Clerk would then print out the tiff image on the green security paper. They would then take a rubber stamp that states the following: I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH. Then below this notice would be the likeness of the State Registrar's signature, in this case it was Alvin T. Onaka, Ph.D. Then the clerk would stamp the date to the left of the certification. See Figure 24 for a Certificate done one month before the Obama's April 25, 2011 Certificate. Please note that since it is a hand stamp the certificate stamp is skewed up on the right side.



Figure 24. Registrar stamp on a persons Certificate done March 2011.

Now let us look at Obama's Certificate (see Figure 25) supposedly done on Aril 25, 2011. Notice the registrar's rubber stamp has an error on the word "the" which reads "TXE," but this error does not show up on the same rubber stamp used one month before. In Figure 26 you will see an enlargement of the word. You will notice that the "X" had been created by the graphic artist by filling in pixels so it appears like an "X" but it really is not. Also notice that the whole stamp is too straight on the form. The red lines drawn under two of the lines of type are aligned with the pixels. The stamp rises only two pixels over 3". My conclusion is that the whole stamp was placed there by the graphic artist to look as straight as possible. The only problem is that no hand stamped notice like this would be placed that perfect on the page.



Figure 25. Obama's Registrar stamp with the errors on it,



Figure 26. Enlargement of the "TXE."

Other investigators have mentioned what looks like an italic "*E*" under the capital "A" in Alvin. In Figure 24 the same artifact does not appear. This artifact also does not show up on the Savannah Guthrie photo but does appear on all the other copies and PDFs the White House displayed. We have to assume either the artifact was already on the security image the forger used, and forgot to erase it, or it was placed there deliberately for some reason that we don't know yet.

**8. Forged signatures of the Mother and Registrar.** Forgery of a signature occurs in three ways. The old methods were someone would practice signing another's signature until they got good at it. Another was to simply trace the signature from a previously known signature. The new way is to find a signature and scan it into a computer. Then place that signature, or parts of a signature, onto the desired form or check. The signature of the mother, *Ann Dunham Obama* in Box 18a is made up of two images. The "Ann D" is in grayscale and the rest of her name is a binary image. The signature of the registrar *U"K"L Lee* is also made up of the same image types. The "K" really looks like "IL" and the *I* is a binary image and the rest of his name is grayscale. That means the *I* was added in another layer. Both errors can be seen included in Figure 27. Irrefutable proof the Obama Certificate is a forgery.

**9. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. Figure 27 shows the layer that contains most of the typewriter and form text.

I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

I also opened up the White House PDF file in WordPad so I could see the codes and headers in the file. There I discovered the evidence for the nine layers embedded in the code (see below). The big surprise I discovered was that the file was finished or created on April 27, 2011 at 12:09 pm and the copy I had downloaded from the White House web site was modified on April 28, 2011 at 9:58 am, the day after the news conference. The whole White House story that the President had his Seattle-based lawyer fly to Hawaii and pick up two signed and stamped paper Certificates of Live Birth and fly directly to Washington DC, is obviously not the document the public has been shown. In other words the whole story may not true. I checked the cost for UPS to ship the documents next day and delivery by 8:30 am Tuesday and it was only $84.00. I checked the cost for a lawyer to fly last minute from Seattle to Hawaii then to Washington DC it is thousands of dollars. Their story is just not believable.

The PDF file indicates the PDF "CreatorTool" was *Preview* which is an Apple product that is just like Adobe's Acrobat Standard, which is a viewer and print driver. It is not a photo and image design program. It is just the program that created the PDF file (as a print driver). The Preview program can

also read twenty-six different image and document types, that includes Adobe Illustrator and Photoshop.

Defenders of the Administration's argument that the layers were created by an OCR program (Optical Character Recognition) are also ridiculously wrong because the PDF file is not a searchable PDF therefore no OCR process was performed and additionally no text object was found within the PDF file I examined.

```
2 0 obj
<</Subtype/XML/Length 3759/Type/Metadata>>stream
<xap:CreateDate>2011-04-27T12:09:24Z</xap:CreateDate>
    <xap:CreatorTool>Preview</xap:CreatorTool>
    <xap:ModifyDate>2011-04-28T09:58:24-07:00</xap:ModifyDate>
    <xap:MetadataDate>2011-04-28T09:58:24-07:00</xap:MetadataDate>
```

The following are the header codes for the 9 layers embedded throughout the file.

```
13 0 obj
<</Subtype/Image/Length 299366/Filter/DCTDecode/BitsPerComponent 8/ColorSpace 9 0 R/Width 1652/Height 1276/Type/XObject>>stream
14 0 obj
<</Subtype/Image/Length 67980/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 1454/Height 1819/Type/XObject>>stream
15 0 obj
<</Subtype/Image/Length 5510/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 199/Height 778/Type/XObject>>stream
16 0 obj
<</Subtype/Image/Length 480/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 42/Height 274/Type/XObject>>stream
17 0 obj
<</Subtype/Image/Length 633/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 123/Height 228/Type/XObject>>stream
18 0 obj
<</Subtype/Image/Length 436/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 47/Height 216/Type/XObject>>stream
19 0 obj
<</Subtype/Image/Length 173/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 34/Height 70/Type/XObject>>stream
20 0 obj
<</Subtype/Image/Length 671/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 243/Height 217/Type/XObject>>stream
21 0 obj
<</Subtype/Image/Length 344/Filter/FlateDecode/ImageMask true/BitsPerComponent 1/Width 132/Height 142/Type/XObject>>stream
```

The discovery of nine layers in the PDF image didn't matter for my analysis 1 through 7 because I was able to export the image as a TIFF (18.35 MB) out of that PDF using my Adobe Standard software. So I was working from a flattened image and was able to find all that I did, in other words the layers were irrelevant to me but was just further proof that the Obama's Certificate of Live Birth is a forgery.



11

Figure 27: The layer that contains most of the forms text and typewriter text.

I have received other White House PDF files from Graphic artists around the country. As a result I received a PDF Certificate that was put up on the White House web site no more than 10 minutes after it was uploaded. That PDF showed nine layers, no OCR (see Figure 28), Image file created at 7:50 am on the 27th (see Figure 29) and finally the PDF file created using *Preview* (the print driver) and modified on 4/27/11 at 12:09 p.m., which is similar to my file. My conclusion is that this shows the individuals in the White House were "fixing" or changing this forgery as late as 7:50 a.m., an hour before the pre-news conference.





Figure 28. Shows 9 layers and no OCR.              Figure 29. Created 7:50 AM



Figure 30. PDF modified 4/27/11 @ 12:09 am.

### A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.

To begin with the White House PDF was not a searchable PDF therefore no OCR process was performed on the image and therefore the following rebuttal and defense of Obama's COLB is irrelevant and a very poor attempt at defending this blatant forgery.

The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News and on their web site at:

http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are three major reasons he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First the White House PDF file is not a searchable PDF and no text object could be found in the PDF file. Second, the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

The third reason is the lack of OCR files in the PDF file. My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is an ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The starting point for the image file and the matrix file is usually the upper left hand corner of the image measured in pixels. The text file and matrix files would never be seen as separate layers and there are certainly not nine layers. The three files would be in a PDF "wrapper" and that is all. All OCR programs work on the same principle.

Conclusion

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal.

Name of Notary: _____

Title: _____

I, _____, a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and being first duly sworn by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

**My Appointment Expires Feb 11, 2012**

Witness my hand and official seal this the 10th day of May, 2011.

_____
Notary Public

My Commission Expires: 02 / 11 /20 12

_____
Douglas B. Vogt

13

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org



# The American Typewriter

## How a Young Computer Graphics Person Could Not Understand How to Use a Computer to Forge a Typewritten Document.

It's been some 30 years since we have used typewriters to produce documents. Computers have replaced the typewriter and given us great advantages in document preparation. There is no need to understand the old typewriter. Except when you need to forge a typewritten document.

A computer in the hands of a young person who can creat a modern forgery is no match for the old style quirky mechanical typewriter. The forger who produced the Obama Hawaiian Long Form Health Department Birth Certificate may have thought that all typewriter typeface styles were alike. To get his letters he should have assumed that he needed only to match typewritten letters found in the old files of Hawaii birth certificates to scan ... copy and paste into his new document. Those old files should be all alike having been used to produce birth certificates in the 1961 era.

He must have understood that he needed to copy the old typewriter styles and would find them in the files.

But understanding scanners ... he also had to know that scanning a letter "t" one time and using it all over his document would be conviction assured. Because scan lines engage a letter differently every time it's done. So he scanned a bunch of old birth certificates and used a different "t" each time.

The mistake was that many of the letters in the old files were from different typewriter styles and that's something he did not realize ... resulting in many typewritten letters on his forgery that did not match each other.

I hope this helps to explain what might have happened with this document.

Paul Irey

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

| STATE OF HAWAII | CERTIFICATE OF LIVE BIRTH | FILE NUMBER 151 | DEPARTMENT OF HEALTH 61 10641 |
|---|---|---|---|

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4, | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district Yes ☒ No ☐ |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district Yes ☒ No ☐ |
|---|---|
| 6085 Kalanianaole Highway | |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? Yes ☐ No ☒ |
|---|---|
| | |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| 18a. Signature of Parent or Other Informant | 18b. Date of Signature |
|---|---|
| I certify that the above stated information is true and correct to the best of my knowledge. | (Signed) Ann Dunham Obama   Parent ☒ Other ☐ | 8-7-61 |

| 19a. Signature of Attendant | 19b. Date of Signature |
|---|---|
| I hereby certify that this child was born alive on the date and hour stated above. | (Signed) David A. Sinclair   M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ | 8-8-61 |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| AUG -8 1961 | (Signed) U. K. Lee | AUG -8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|
| |

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

BARACK HUSSEIN OBAMA, II
Male August 4, 1961 7:24 P
Honolulu Oahu
Kapiolani Maternity & Gynecological Hospital
Honolulu Oahu Honolulu Hawaii
6085 Kalanianaole Highway
BARACK HUSSEIN OBAMA African
25 Kenya, East Africa Student University
STANLEY ANN DUNHAM Caucasian
18 Wichita, Kansas None

Every typewriter typed character is assigned a number in the order it is found in the document.

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

# EVIDENCE OF FORGERY

The two capital letters "A"s are from the word "BARACK" on the birth certificate found at section 8 of the form. There is only one letter between them. Why then is #144 significantly bigger than #146 if the same type-writer key struck both.?



From Section 8

**BARACK**
143 144 145 146 147 148

> Notice the other differences seen in the same word from different locations on the birth certificate. All the letters look different. Why?

The two capital letters "R" are from the same word "BARACK" as above and the other word "BARACK" in section 1 of the form. Why then is #3 significantly shorter and wider than #145 if the same typewriter key struck both? Note also the enclosed area in #145 is smaller than the enclosed area in #3 even though #145 is taller.

From Section 1

**BARACK**
1   2   3   4   5   6

The two lower case letters "s" from the word "Hospital" in section 6c and "University" in section 12b are shown to be different because of the width of the letters. The lower case "s" #88 is wider than the lower case "s" in #198 as shown with the green and purple color bars shown under the letters.



From Section 6c

**Hospit**
86 87 88 89 90 91

From Section 12b

**ersity**
196 197 198 199 200 201

The two numbers "2" are from "7:24" in section 5b and section 10 of the form. Why then is #40 significantly wider than #168? Notice also the difference in height of #168. Can you imagine how these two typewritten letters were typed with the same typewriter?



From Section 5b

**7:24**
39   40  41

From Section 10

**25**
168 169

Page 1 of 3

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

The two lower case letters **"a"** from the word **"Male"** found in section 2 and the word **"Kapiolani"** found in section 6c. Notice that the first **"a"** #23 is not as wide as #56. Also note the differences of the shape of the enclosed areas and the serifs at the top left of both.



From Section 2

**Male**
22  23  24  25

From Section 6c

**Kapio**
55  56  57  58  59

The two lower case letters **"i"** from the word **"University"** in section 12b and **"Kopiolani"** in section 6c are shown to be different because of the dots over the letters. The dot in #199 is higher that of #58 and shows more space over the letter. Also note the color bars indicating the difference in width between the letters.



From Section 12b

**ersity**
196  197  198  199  200  201

From Section 6c

**piola**
57  58  59  60  61

The two capital letters **"S"** are from **"HUSSEIN"** in section 8 and **"STANLEY"** in section 13 of the form. Why then is #151 significantly more narrow than #201? Notice also the serif differences indicated with the arrows showing that the serif on #151 is placed further back to the left on the **"S"** than as shown on #201.



From Section 8

**HUSSEI**
149  150  151  152  153  154

From Section 13

**STANLE**
201  202  203  204  205  206

The two lower case **"n"** letters are different in size. #62 found in section 6c is much shorter than #193 found in section 12b. This is a good place to insert a photo of a typewriter key to remind us that the impression is struck by an engraved letter that is steel and incapable of changing size.



Close up of a Typewriter Key flopped for clarity



From Section 6c

**iolani**
58  59  60  61  62  63

From Section 12b

**Univer**
192  193  194  195  196  197

Page 2 of 3

Presentation & Report by Paul Irey - Typography and Type Face Expert. Copy Courtesy of: ProtectOurLiberty.org

The two lower case letters "e" #25 from the word "Male" found in section 2 and the word "Maternity" found in section 6c show us that #25 is from a different design of type style with a tilting horizontal bar and #25 is also bigger in size.

From Section 2

**Male**
**22 23 24 25**

From Section 6c

**Materni**
**64 65 66 67 68 69 70**

**ee**
**25    67**

---

The two lower case letters "u" from the word "Honolulu" #101 from section 6a and "Oahu" #105 from section 6b are shown to be different in width as indicated with the color bars above the letters. Also note the different design of the bottom part of the letters.

From Section 6a

**onolulu**
**95 96 97 98 99 100 101**

From Section 6b

**Oahu**
**102 103 104 105**

**uu**
**101    105**

---

The two numbers "1" from the date "1961" #35 from section 5a and "18 Wichita" #225 from section 15 are shown to be different in width as indicated with the color bars below the letters. Also note the different design of the bottom part of the letters.

From Section 5a

**1961**
**35 36 37 38**

From Section 15

**18Wich**
**225 226 227 228 229 230**

**11**
**35    225**

---

The Word "Student" found in section 12a of\ the birth certificate was the first problem I noticed because it was one word with two variations of the letter "t" and was clearly a different drawing of the letter mainly displaying a different extension at the bottoms of those letters. As a typographer I could see no reason for a different stlyle of letter within the same word. Other examples on the page seem to suggest that perhaps the form was transfereed to different departments to fill out different sections ... but that could not happen with one word. Later study showed that too many of the letters on the birth cert.did not match each other ... even for many typist.

**Student**

↑ Page 3 of 3 ↑

Presentation & Report by Paul Irey - Typography and Type Face Expert.   Copy courtesy of: ProtectOurLiberty.org

If all the letters are from the same typewriter ... why don't they match?  It appears that it was put together with letters from different sources

and this means it's a forgery!

* * *
* * *
*

Paul Irey can be reached via email at:  pauledwardirey (at sign) yahoo.com
A full color high-res copy of this report can be viewed and downloaded at: http://www.scribd.com/doc/59624694/

# EXHIBIT 15



CHARLIE COOMBS
1730 Valley View Ln, Apt 1093
Irving, TX 75061
crcoombs@verizon.net


January 14, 2013


Dr Orly Taitz, ESQ
29839 Santa Margarita Pkwy,
Suite 100
Rancho Santa Margarita, CA 92688

Dear Orly:

The affidavit is enclosed.

God bless you and speed your excellent work!

Charles R. Coombs

# Affidavit

My name is Charles Ralph Coombs. I am 71 years old and working as a semi-retired entrepreneur. I currently reside at 1730 Valley View Lane, Apartment 1093, Irving, Texas 75061.

I have been working as an electronic typesetter in conjunction with every job I've held since 1980. I am currently using a desktop publisher to create and typeset all the information needed to start and advertise a business. Between 1976 and 1980, I sold typewriters for Olivetti Corporation. I acquired detailed knowledge of typewriters of the type I was selling and those of our competitors. Some of the typewriters I sold were to a degree self-correcting, and comparing them with competing brands gave me a detailed knowledge of the kind of errors typewriters and typists make and how to compare outputs from different machines.

Based on my professional knowledge and experience, I believe that the document presented as an electronic copy of the birth certificate of "Barak Hussein Obama" is a forgery.

By examination of the document, I find the following typographical inconsistencies:

1. There is a variation in size between two impressions of the same character. This is not possible in a document prepared on a standard (type basket) typewriter.
2. Spacing between letters is inconsistent. This is not possible in a document prepared on type-basket typewriter.
3. Some letter pairs are kerned: They are moved closer together to avoid white space between certain letter pairs in a desktop publisher. This is not possible in a document prepared on a standard, fixed-font typewriter. Some IBM typewriters featured a ½-point "pseudo kerning" feature, but the use of this was a laborious process and there is no evidence of the original document's having been produced on such a high-end, expensive machine.
4. There are typeface (character shape) mismatches in repeated occurrences of the same character. This is not possible in a document prepared on a type basket typewriter.
5. Only one instance of one character is slanted. Slanting occurred when a typist struck two keys at once, forcing them together. The slanting would occur as a consequence of the typist's forcibly returning the keys to their normal position. This, however, causes a permanent defect in all subsequent occurrences of this character that does not occur in this document. It cannot therefore have come from the typewriter used to create the original document.
6. Some characters appear above or below the baseline. This is possible with this kind of typewriter, but at the least would indicate that the document was removed and replaced: Simply moving rolling the platen up or down would not affect the line spacing to this degree.

I declare to the best of my knowledge and belief that the information herein is true, correct and complete.

SIGNED: _____  WITNESSED: _____

Charles R Coombs

State of __Texas__ County of __Dallas__
Subscribed and sworn before me on __01/15/2015__
(Date)

_____
(Notary Signature)

ANTHONY LARA
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
06/27/2015

CHARLIE COOMBS
1730 VALLEY VIEW
IRVING, TX 75061

# EXHIBIT 16

State of Arizona       )
                           ) ss.
County of Maricopa     )

## AFFIDAVIT

I, the undersigned, being first duly sworn, do hereby state under oath and under penalty of perjury that the facts are true:

1. I am over the age of 18 and am a resident of Arizona. The information contained in this affidavit is based upon my own personal knowledge and, if called as a witness, could testify competently thereto. I am the duly elected Sheriff of Maricopa County, Arizona, and I have been a law enforcement officer and official, in both state and federal government, for 51 years.

2. In August of last year, a group of citizens from the Surprise Arizona Tea Party organization met with me in my office and presented a petition signed by approximately 250 residents of Maricopa County, asking if I would investigate the controversy surrounding President Barrack Obama's birth certificate authenticity and his eligibility to serve as the President of the United States.

3. This group expressed its concern that, up until that point, no law enforcement agency in the country had ever gone on record indicating that they had either looked into this or that they were willing to do so, citing lack of resources and jurisdictional challenges.

4. The Maricopa County Sheriff's Office is in a rather unique position. Under the Arizona Constitution and Arizona Revised Statutes, as the elected Sheriff of Maricopa County, I have the authority to request the aid of the volunteer posse, located in the county, to assist me in the execution of my duties. Having organized a volunteer posse of approximately 3,000 members, I, as the Sheriff of the Maricopa County Sheriff's Office, can authorize an investigation go forward to answer these questions at virtually no expense to the tax payer.

5. The Cold Case posse agreed to undertake the investigation requested by the 250 citizens of Maricopa County. This posse consists of former police officers and attorneys who have worked investigating the controversy surrounding Barack Obama. The investigation mainly focused on the electronic document that was

1 |

presented as President Obama's long form birth certificate to the American people and to citizens of Maricopa County by the White House on April 27, 2011.

6. The investigation led to a closer examination of the procedures regarding the registration of births at the Hawaii Department of Health and various statements made by Hawaii government officials regarding the Obama birth controversy over the last five years.

7. Upon close examination of the evidence, it is my belief that forgery and fraud was likely committed in key identity documents including President Obama's long-form birth certificate, his Selective Service Registration card, and his Social Security number.

8. My investigators and I believe that President Obama's long-form birth certificate is a computer-generated document, was manufactured electronically, and that it did not originate in a paper format, as claimed by the White House. Most importantly, the "registrar's stamp" in the computer generated document released by the White House and posted on the White House website, may have been imported from another unknown source document. The effect of the stamp not being placed on the document pursuant to state and federal laws means that there is probable cause that the document is a forgery, and therefore, it cannot be used as a verification, legal or otherwise, of the date, place or circumstances of Barack Obama's birth.

9. The Cold Case Posse law enforcement investigation into Barack Obama's birth certificate and his eligibility to be president is on-going. The on-going nature of the investigation is due to additional information that has come to light since we held the press conference in March, 2012. As soon as that information has been properly verified by the Cold Case Posse, I will release that information to the public.

Executed this _12_ day of June, 2013, in
Maricopa County, Arizona.

_____
Joseph M. Arpaio, Maricopa County Sheriff

Sworn to and subscribed before me this
_12th_ day of _June_____, 2012.

_Lynda Jenise Moreno_

LYNDA JENISE MORENO
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
January 9, 2016

2 |

# EXHIBIT 17

AP Corporate Communications
450 West 33<sup>rd</sup>
New York NY 10001
Phn: 212-621-1720
Attention: "Jack Stokes, manager of media relations
c/o Chuck Zoeller email: czoeller@ap.org
June 16, 2009

Mr. Zoeller

I request a formal notarized copy of AP "image id 89d7cc3eddae4b4b91eef36faec826f5"
allegedly of a school record #203 for one "Barry Soetoro" for evidence in a legal case.

I request formal notarized authentication and description of AP "image id
89d7cc3eddae4b4b91eef36faec826f5" of a school record #203 for one "Barry Soetoro".
Please include photographer, date taken and context.

This image was reportedly made available on January 24, 2007 by Fransiskus Assisi school in
Jakarta, Indonesia, and photographed by "Tatan Syuflana, an Indonesian AP reporter and
photographer". Following are descriptions with references with URLs for this image.


Dr. Orly Taitz
Attorney-at-Law
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

In August 2008, Daylife.com posted at
http://www.daylife.com/photo/01u33pL9Ns06D
an image listed as an "AP Photo" at:
http://cache.daylife.com/imageserve/01u33pL9Ns06D/610x.jpg
Daylife describes this as:
"This registration document, made available on Jan. 24, 2007, by the Fransiskus Assisi school in
Jakarta, Indonesia, shows the registration of Barack Obama under the name Barry Soetoro into
the Catholic school made by his step-father, Lolo Soetoro."

    Aaron Klein of WorldNetDaily cited this image as: "A 2007 Associated Press photograph
taken by Tatan Syuflana, an Indonesian AP reporter and photographer". Klein reported: "Jack
Stokes, manager of media relations for the AP, confirmed to WND the picture is indeed an AP
photo."
    Ref: "Was young Obama Indonesian citizen? Document, travel suggest 'Barry Soetero'
member of world's largest Muslim country" Posted: August 17, 2008, 8:18 pm Eastern, © 2009
WorldNetDaily

———Nedra Pickler AP reported: "A spokesman for Indonesia's Ministry of Religious Affairs
said claims that Obama studied at an Islamic school are groundless.
"SDN Menteng I is a public primary school that is open to people of all faiths," said the
spokesman, Sutopo, who goes by only one name. "Moreover, he studied earlier at Fransiskus
Assisi, which is clearly a Catholic school." . . .
At first, Obama attended the Catholic school, Fransiskus Assisis, where documents showed he
enrolled as a Muslim, the religion of his stepfather."
    "Obama Debunks Claim About Islamic School", By NEDRA PICKLER, The Associated
Press, Wednesday, January 24, 2007; 4:23 PM Washington Post, McDowell and Associated
Press reporters Ali Kotarumalos and Zakki Hakim contributed to this report from Jakarta,
Indonesia.
http://www.washingtonpost.com/wp-dyn/content/article/2007/01/24/AR2007012400371_pf.html

    Laotze at "An American Expat in Indonesia" posted on January 24, 2006:
"Above is a photo of Asisi Primary School in Jakarta, Indonesia the Catholic school that Barack
Hussein Obama attended prior to attending Besuki Primary School.

Barack Hussein Obama was registered under the name "Barry Soetoro" serial number 203 and
entered the Franciscan Asisi Primary School on 1 January 1968 and sat in class 1B.

School documents listed Barry Soetoro as an Indonesian citizen born in Honolulu, Hawaii on 4
August 1961. Barry's religion was listed as Islam. School documents further record Barry's father
as "L Soetoro Ma" who worked as an official of the Director General's office in the TNI
Topography division of the Indonesian Army.

Barry attended the Franciscan Asisi Primary School for three years until class 3 afterwards his
family moved house from H Ramir Street to Dempo Street where he attended Besuki Primary
School for one year before departing to Hawaii."
Tracking Down Obama in Indonesia - Part 3

http://laotze.blogspot.com/2007/01/tracking-down-obama-in-indonesia-part-3.html

In August 2008, an AP photo of Barack Obama/Barry Soetoro' school record was posted at daylife.com
     "This registration document, made available on Jan. 24, 2007, by the Fransiskus Assisi school in Jakarta, Indonesia, shows the registration of Barack Obama under the name Barry Soetoro into the Catholic school made by his step-father, Lolo Soetoro."
http://www.daylife.com/photo/01u33pL9Ns06D

Israel Insider refers to:
     "The AP caption reads: "This registration document, made available on Jan. 24, 2007, by the Fransiskus Assisi school in Jakarta, Indonesia, shows the registration of Barack Obama under the name Barry Soetoro into the Catholic school made by his step-father, Lolo Soetoro. The document lists Barry Soetoro as a Indonesian citizen, born on August 4, 1961 in Honolulu, and shows his Muslim step-father listed the boy's religion as Islam. (AP Photo/ Tatan Syuflana)" Syuflana is a well-known and frequently published photographer, specializing in Indonesia. A representative of the AP confirmed that the photo is authentic. The most damaging revelation in the AP photo (registration required to see the large-scale image)."
     "AP photo of school register reveals "Barry Soetoro" as muslim Indonesian"
By Israel Insider staff  August 14, 2008
http://web.israelinsider.com/Articles/Politics/13056.htm

     This article provides link from "AP photo" to apimages.com which states:
     "Please contact your local AP office or licensing representative for more information.
Refer to image id 89d7cc3eddae4b4b91eef36faec826f5" at URL:
http://www.apimages.com/OneUp.aspx?st=k&kw=Tatan%20Syuflana&showact=results&sort=r elevance&page=1&intv=None&cfas=__p%2C-
1&sh=10&dtebf=1%2F31%2F2007&dteaf=1%2F21%2F2007&kwstyle=and&adte=1218680063 &pagez=20&rids=89d7cc3eddae4b4b91eef36faec826f5&dbm=PY2007&xslt=1&dispname=070 125010606%2C%20Indonesia%20Us%20Obama%27s%20School

This image was further discussed by:
TexasDarling on August 13, 2008 and September 5, 2008
"Photo Documents Barry Soetoro: Indonesian Citizen, Muslim Religion [Re-Posted]"
http://texasdarlin.wordpress.com/2008/09/05/breaking-photo-documents-barry-soetoro-indonesian/

"Soetoro? So what?" By Pamela Geller at AtlasShrugs Thursday, August 14, 2008
http://atlasshrugs2000.typepad.com/atlas_shrugs/2008/08/so-what.html

REGISTRATION or GRADEBOOK

NO. 203.

1. The name of the pupil: Barry Soetoro

2. The place and date of birth: Honolulu 4-8-1961

3. The nation
    a. of Citizenship: Indonesia
    b. The foreign descendants:
    c. The ethnic group:

4. The religion: Islam

5. Address of the pupil: Menteng Dalam R001/R003

6. From which school (moved from) and what class: ???

7.    a. Date accepted: 1-1-1968 (January 1, 1968)
    b. Grade: I (First grade)

8.    a. The name of the parents Mr./Ms.: L. Soetoro M A (Lolo Soetoro)
    b. Occupation/Job: (???? Geography ????)
    (name of the mother will only be used if father is deceased)
    c. Address: Menteng Dalam R001/R003

9. The name of the guardian:
    (??? was filled up, ??? parents of the pupil were not available, already ???? ????
    because another thing )
    b. Occupation/Job:
    c. The address: Menteng Dalam R001/R003

10. Left this school:
    a. ?? was finished. Outside from the class:    The date:
    b. ?? recieved ?? the date:    No.
    c. ?? the school to:

11. Other information:

No. _202_

1. Nama murid : _Barry Soetoro_   L / P

2. Tempat dan tanggal lahir : _Honolulu_ _4-9-61_
3. Bangsa: a. Warga negara : _Indonesia_
    b. Keturunan asing :
    c. Suku bangsa :
4. Agama : _Islam_
5. Alamat murid : _Menh. Dalam Roo1/Roo2_
6. Dari sekolah mana (dipindahkan) dan kelas berapa : _Taman Kanak Kanak Fransiscus Assisi_

7. a. Diterima disekolah ini tgl.: _1-1-1968_
    b. Diempatkan dikelas : _I_

8. a. Nama orang tua   Ajah/Ibu : _L. Soetoro M a._

    b. Pekerdjaan : _Peg. Dinas Geografi Dit. Top. A.D._
       (nama ibu diisi, harja dijika ajah sudah meninggal)

    c. Alamat : _Menh. Dalam Roo1/Roo2_

9. a. Nama wali :
       (harja diisi, djika orang tua murid tak ada, sudah meninggal atau karena lain lain)

    b. Pekerdjaan :
    c. Alamat :
10. Meninggalkan sekolah ini :

   A. Belum tamat. Keluar dari kelas _____ tanggal _____
                        Sebab _Pindah_
       Kemana
   B. Tamat, menerima idjazah tanggal _____ No. _____
   C. Melandjutkan sekolah ke _____

11. Keterangan lain:

# EXHIBIT 18

## UNITED STATES DISTRICT COURT
### ·R THE DISTRICT OF COLUMBIA

MONTGOMERY BLAIR SIBLEY,

        PLAINTIFF,

VS.

YVETTE ALEXANDER, DON R. DINAN AND
WILLIAM LIGHTFOOT,

        DEFENDANTS.

CASE NO.:12-CV-1984

**PLAINTIFF'S EMERGENCY SECOND
MOTION FOR ORDER TO RELEASE
PRIVACY ACT-PROTECTED RECORDS AND
EXPEDITED CONSIDERATION BASED UPON
*PRIMA FACIE* EVIDENCE OF DESTRUCTION
OF EVIDENCE RELATED TO OBAMA'S
BIRTH**

/

Plaintiff, Montgomery Blair Sibley ("Sibley"), pursuant to 5 U.S.C. §552a(b)(11), moves this

Court for an Expedited Order directing the National Archives Record Administration ("NARA") to

produce and release the original I–9 arrival records described herein which relate to the nationality

of Barack Hussein Obama, II, and which NARA has claimed are documents protected by the Privacy

Act of 1974 codified at 5 U.S.C. §552a, and (ii) for expedited consideration of this Motion and for

grounds in support thereof states:

### I. BACKGROUND

Sibley has served subpoenas duces tecum which seeks Mr. Obama's: (i) Social Security

number application, (ii) Selective Service number application, (iii) Passport application, (iv) Harvard

Law School and Columbia University admission applications and (v) the originals of the two (2)

Certificates of Live Births that he has publicly released. Attorneys have thrown up a number of

procedural objections to allowing those records to be released which issues are pending resolution

before this Court.

However, one set of records subpoenaed that Mr. Obama's attorneys failed to block were

those kept by the National Archives Records Administration. The records released pursuant to that subpoena is troubling and raises legitimate concerns about Mr. Obama's past and thus his eligibility to be President under Article II of the Constitution.

Pursuant to a subpoena duces tecum, NARA made available to Sibley the "Arrival Records" for August 1 through August 10, 1961, of all passengers arriving in Honolulu, Hawaii. Sibley sought these records given the date of Obama's birth on his publicly-released Certificate of Live Birth of August 4, 1961 in Hawaii to see if he and/or his Mother arrived during that time-frame. If they did, it would prove that Mr. Obama was not born in the United States and as such is not a U.S. Citizen.

The significance of this "arrival form" evidenced can be seen from the arrival record of a three year old in Honolulu on August 8, 1961, a copy of which is attached hereto as Exhibit "A". That arrival record indicates the citizenship of the child.

What NARA produced on December 13, 2012, were two microfilm spools of the arrival records for July 28 through August 1, 1961 and August 8 through August 12, 1961. Attached hereto as Exhibit "B", is a photograph of the boxes those two microfilm spools are stored in which show the dates the spools cover. Even more significant, the date of "August 1" has been altered. It appears that "white-out" was applied and a new date was written over the original date of "August 7, 1961". Proof of that alteration comes from a photograph of the same box taken six months before on or about March 22, 2012 which reveals the date was originally "August 7, 1961". Thus, indisputably the box has been tampered with – a criminal offense.

Moreover, the microfilm of the July 28 spool ends on August 1, 1961 without the notice of "end of roll" that other microfilm spools evidence. Simply stated, someone appears to have tampered with the documents material to the question of the location of Obama's birth and altered NARA

2

records to conceal that alteration. The records for August 2 through August 7, 1961 are missing.

Title 5 U.S.C. §552a(b) "Conditions of Disclosure" states: "No agency shall disclose any record which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains, unless disclosure of the record would be . . . (11) pursuant to the order of a court of competent jurisdiction."

Here, the "relevance" under Rule 26(b)(1) of the I-9 arrival records related to the birth of Barack Hussein Obama, II, are manifest as such records will reveal the "evidence of the U.S. nationality" of Barack Hussein Obama, II. That "evidence" will address the seminal question of whether Barack Hussein Obama, II, is indeed a "natural born Citizen" eligible – under Article II, §1, clause 5 of the United States Constitution – to be President. Upon such determination of ineligibility, the Defendants will be legally barred from casting their Twelfth Amendment votes for Barack Hussein Obama, II.

WHEREFORE, Plaintiff respectfully requests an order from this Court pursuant to 5 U.S.C. §552a(b)(11) directing the National Archives Record Administration to produce and release the original I–9 arrival records described herein. Given the evidence of tampering, Plaintiff respectfully requests expedited resolution of this Motion.

### RULE 12.I(A) STATEMENT

The undersigned has consulted with Defendants' counsel who has indicated that he **does/does not oppose the relief requested herein.**

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served by U.S. Postal Service first class mail this December 19, 2012, on Andrew J. Saindon, Assistant Attorney General, Equity Section, 441 Fourth Street, N.W., 6th Floor South, Washington, D.C. 20001, Telephone: (202) 724-6643, Facsimile: (202) 730-1470, E-mail: andy.saindon@dc.gov.

I declare under penalty of perjury that the foregoing is true and correct.

**MONTGOMERY BLAIR SIBLEY**
Plaintiff
4000 Massachusetts Ave., N.W., #1518
Washington, D.C. 20016
(202) 478-0371

By:

Montgomery Blair Sibley

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTGOMERY BLAIR SIBLEY,

          PLAINTIFF,

VS.

YVETTE ALEXANDER, DON R. DINAN AND
WILLIAM LIGHTFOOT,

          DEFENDANTS.
_____/

CASE NO.:12-CV-1984

ORDER ON PLAINTIFF'S EMERGENCY
SECOND MOTION FOR ORDER TO RELEASE
PRIVACY ACT-PROTECTED RECORDS AND
EXPEDITED CONSIDERATION BASED UPON
*PRIMA FACIE* EVIDENCE OF DESTRUCTION
OF EVIDENCE RELATED TO OBAMA'S BIRTH

THIS MATTER came on to be heard on Order on Plaintiff's Emergency Second Motion for

Order to Release Privacy Act-Protected Records and Expedited Consideration Based Upon Prima

Facie Evidence of Destruction of Evidence Related to Obama's Birth and the Court being advised

in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion is granted. By the authority vested in this

Court by 5 U.S.C. §552a(b)(11), the National Archives Record Administration shall forthwith

produce and release the original I–9 arrival records to Montgomery Blair Sibley all records in its

possession relating to the arrival records in Honolulu, Hawaii for August 1 through August 10, 1961.

DONE AND ORDERED in Chambers this _____ day of _____, 2012.

By: _____

United States District Judge

Copies to:.

Montgomery Blair Sibley
Andrew J. Saindon





Exhibit "C"

# EXHIBIT 19

5/30/13

Case 1:14-cv-00254 Document 332-2 Filed on 01/08/16 in TXSD Page 135 of 152
Selective Service System: Verification Receipt



KEY INFORMATION ▼

# Selective Service Record Search Results

**Search Criteria**

**Last Name:** *obama*
**Social Security Number:** *** - ** - *4425*
**Date of Birth:** *08/04/1961*

**Matched Record**

**Selective Service Number:**
61-1125539-1

**Name:**
BARACK HUSSEIN OBAMA

**Date of Registration:**
9/4/1980

To obtain written proof of Selective Service registration CLICK HERE and follow the
instructions on our "Registration Information" page.

New Search ?

FAQs

*Last Updated: 12/21/2011*

©2011 Selective Service System

# EXHIBIT 20



Democratic Party of Hawaii
1050 Ala Moana Blvd. #2660
Honolulu, HI 96814
Phone (808)596-2980
Fax (808)596-2985
Email: dphstaff@inbox.com
Website: www.hawaii.democrats.org

## OFFICIAL CERTIFICATION OF NOMINATION

### State of Hawai'i

THIS IS TO CERTIFY that the following candidates for President and Vice President of the United States are legally qualified to serve under the provisions of the national Democratic Parties balloting at the Presidential Preference Poll and Caucus held on February 19th, 2008 in the State of Hawaii and by acclamation at the National Democratic Convention held August 27, 2008 in Denver, Colorado.

### For President of the United States

**Barack Obama**
P.O. Box 8102
Chicago, IL, 60680

### For Vice President of the United States

**Joe Biden**
1209 Barley Mill Rd.
Wilmington, DE 19807

IN TESTIMONY WHEREOF we have hereunto set our hands on this 27th day of August, 2008.

Brian E. Schatz
Chair
Democratic Party of Hawaii
1050 Ala Moana Blvd. #2660
Honolulu, HI 96814

Lynn Matusow
Secretary
Democratic Party of Hawaii
1050 Ala Moana Blvd. #2660
Honolulu, HI 96814

DEMOCRATIC PARTY OF HAWAII
1050 Ala Moana Blvd, Suite D26 • Honolulu, HI 96814 • Phone (808) 596-2980 • Fax (808) 596-2985

Democratic Party of Hawai`i
770 Kapiolani Boulevard, Suite 115
Honolulu, Hawai`i 96813
Phone (808) 596-8920
Fax (808) 592-8925
Email: statechair@hawaiidemocrats.org
Website: hawaiidemocrats.org

## OFFICIAL CERTIFICATION OF NOMINATION

### State of Hawai`i

THIS IS TO CERTIFY that the following candidates for President and Vice-President of the United States are legally qualified to serve under the provisions of the United States Constitution and are the duly chosen candidates of both the state and the national Democratic Parties by balloting at the Presidential Preference Poll and Caucus held May 30, 2004 in the State of Hawaii and by acclamation at the National Democratic Convention held July 26, 2004 in Boston, Massachussetts.

### For President of the United States

**John Kerry**
19 Louisburg Square
Boston, Massachusetts 02108

### For Vice President of the United States

**John Edwards**
3323 Alleghany Drive
Raleigh, North Carolina 27609

IN TESTIMONY WHEREOF we have hereunto set our hands on this $31^{st}$ day of August, 2004.

Brickwood M. Galuteria
770 Kapiolani Boulevard, Suite 115
Honolulu, Hawaii 96813
Chair
Democratic Party of Hawaii

Edmund Aczon
770 Kapiolani Boulevard, Suite 115
Honolulu, Hawaii 96813
Secretary
Democratic Party of Hawaii

Brickwood M. Galuteria, Chair ♦ Stephanie Ohigashi, Vice Chair ♦ Edmund Aczon, Secretary ♦ Jane Sugimura, Treasurer
Richard Port, National Committeeman ♦ Marie D. Strazar, National Committeewoman

# Democratic Party of Hawai'i

404 Ward Avenue, Suite 201
Honolulu, Hawai'i 96814
Voice (808) 596-2980   Fax (808) 596-2985
http://www.hawaiidemocrats.org
e-mail: democrat@hawaiidemocrats.org



OFFICIAL CERTIFICATION OF NOMINATION

State of Hawaii

THIS IS TO CERTIFY that the following candidates for President and Vice-President of the United States are legally qualified to serve under the provisions of the United States Constitution and are the duly chosen candidates of both the state and the national Democratic Parties by balloting at the Presidential Preference Poll and Caucus held March 7, 2000 in the State of Hawaii and by acclamation at the National Democratic Convention held August 14–17, 2000 in Los Angeles, California.

### For President of the United States

Al Gore
350 Cookeville Highway
Carthage, Tennessee 37030

### For Vice President of the United States

Joe Lieberman
10 Alston Avenue
New Haven, Connecticut 06515

IN TESTIMONY WHEREOF we have hereunto set our hands on this 8th day of September, 2000.

Alfred L. Lardizabal
2222 Citron Street, #303
Honolulu, Hawaii 96826
Vice-Chair, Democratic Party of Hawaii

Cynthia Apana
2222 Citron Street, #303
Honolulu, Hawaii 96826
Secretary, Democratic Party of Hawaii

Walter M. Heen, Chair ✳ Velma M. Santos, Vice Chair ✳ Y. Jane Sugimura, Treasurer ✳ Norman T. Taira, Assistant Treasurer
Joy Kobashigawa Lewis, Secretary ✳ Momi Minn Lee, Assistant Secretary
George R. Ariyoshi, National Committeeman ✳ Amefil R. Agbayani, National Committeewoman

**SOURCE: http://butterdezillion.wordpress.com/2010/09/09/certificate-of-nomination-summary/**

**SOURCE:  http://obamareleaseyourrecords.blogspot.com/2010/09/breaking-democratic-party-of-hawaii.html**

# EXHIBIT 21



WEBSITE INFORMATION | SEARCH SITE | HOME

**Lawyer Search**

Lawyer Registration

How to Submit a Request For Investigation

Rules and Decisions

Ethics Inquiry Program

Publications

New Filings, Hearing Schedules and Clerk's Office

Client Protection Program

Resources & Links

ARDC Organizational Information

# LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of March 4, 2010 at 1:15:21 PM:

| | |
|---|---|
| **Full Licensed Name:** | Barack Hussein Obama |
| **Full Former name(s):** | None |
| **Date of Admission as Lawyer by Illinois Supreme Court:** | December 17, 1991 |
| **Registered Business Address:** | Not available online |
| **Registered Business Phone:** | Not available online |
| **Illinois Registration Status:** | Voluntarily retired and not authorized to practice law |
| **Malpractice Insurance: (Current as of date of registration; consult attorney for further information)** | No malpractice report required as attorney is retired. |

**Public Record of Discipline and Pending Proceedings:**    None

Check carefully to be sure that you have selected the correct lawyer. At times, lawyers have similar names. The disciplinary results displayed above include information relating to any and all public discipline, court-ordered disability inactive status, reinstatement and restoration dispositions, and pending public proceedings. Investigations are confidential and information relating to the existence or status of any investigation is not available. For additional information regarding data on this website, please contact ARDC at (312) 565-2600 or, from within Illinois, at (800) 826-8625.

ARDC makes every effort to maintain the currency and accuracy of Lawyer Search. If you find any typographical errors in the Lawyer Search information, please email registration@iardc.org. For changes to contact information, including address, telephone or employer information, we require that the attorney submit a change of address form. Please consult our Address Change Requests page for details. Name changes require the filing of a motion with the Supreme Court. Please consult our Name Change Requests

page for details.

[ Return to Search ]

**IARDC ®:online access to registration and discipline information regarding Illinois lawyers presented by the Illinois Attorney Registration & Disciplinary Commission.**

Lawyer Search | Lawyer Registration | How to Submit a Request For Investigation
Rules and Decisions | Ethics Inquiry Program | Publications
New Filings, Hearing Schedules and Clerk's Office | Client Protection Program
Resources & Links | ARDC Organizational Information
Website Information | Search Site | Home

# EXHIBIT 22

  

# National Student Clearinghouse
**Verification Response**



Home   Verify a Degree or Past Attendance   Verify a Certification   Transaction/Billing History

Help
Logout



**CLICK HERE TO
VERIFY ANOTHER
DEGREE FOR THIS PERSON**

Printer
Friendly
Version
(Requires
Adobe Acrobat
Reader)

Congratulations! We have successfully completed your verification request. If you have any questions, see our DegreeVerify FAQs.

**Abbreviated View**   Expanded View

| | |
|---|---|
| **Transaction ID:** | 022313534 |
| **Requested By:** | ORLY TAITZ |
| **Status:** | Confirmed |
| **Fee:** | $10.00 |
| **Credit Card Order#:** | 6672402 |
| **Credit Card Confirm Email:** | dr_taitz@yahoo.com |

**Date Requested:** 03/06/2011 11:26 EST
**Date Notified:** 03/06/2011 11:26 EST

## INFORMATION YOU PROVIDED

| | | | |
|---|---|---|---|
| **Subject Name:** | BARACK | | OBAMA |
| | *First Name* | *Middle Name* | *Last Name* |
| **Name Used While Attending School:** | | | |
| (if different from above) | *First Name* | *Middle Name* | *Last Name* |
| **Date of Birth:** | 08/04/1961 | | |
| | *mm/dd/yyyy* | | |
| **School Name:** | COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK | | |
| **Attempt To:** | Verify a degree. | | |

## INFORMATION VERIFIED

| | |
|---|---|
| **Name On School's Records:** | BARACK HUSSEIN OBAMA |
| **Date Awarded:** | 05/17/1983 |
| **Degree Title:** | BACHELOR OF ARTS |
| **Official Name of School:** | COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK |
| **Major Course(s) of Study:** | POLITICAL SCIENCE |
| **Dates of Attendance:** | 09/01/1982 to 05/31/1983 |

# EXHIBIT 23





Cast + f Barry  3rd. grade  1969



# DR. ORLY TAITZ ESQ

## PRESIDENT

## DEFEND OUR FREEDOMS FOUNDATION

## 29839 SANTA MARGARITA STE 100

## RANCHO SANTA MARGARITA CA 92688

## PH.: 949-683-5411 FAX: 949-766-7603

## ORLY.TAITZ@HUSHMAIL.COM

**FOIA Officer**
Mary Beth Senkewicz
DC Health Benefit Exchange Authority
1100 15th Street NW 8th Floor
Washington, DC 20005
(202) 730-1638
mary.senkewicz@dc.gov
01.01. 2014                          FOIA REQUEST

Dear Ms. Senkewich,
I am writing to you based on directions provided by DC Health Benefit
Exchange Authority below.

I am requesting following information:
1. Mr. Obama originally stated that he signed up for ACA (Obamacare) at
the DC exchange.
2. Later White House reporters were told that he did not sign up on the web
site because the web site could not verify his identity and his aide
submitted Mr. Obama's application in person.
3. FOX news network White House correspondent Ed Henry stated that the
White House related to the reporters that Mr. Obama could not sign up on
the web site because the personal information of the presidents is
"scrubbed" from National databases.
4. In reality there is no court order from any court  or any judge directing
removal of the personal information of the US Presidents from the National
databases and indeed time and again the personal information in regards
to the U.S. Presidents was found in the National databases.

5. As such I am requesting **a copy of any court order by any court that directed Washington DC Health Benefit Exchange Authority to "scrub" or otherwise remove Mr. Obama's information from your database.**

6. I am submitting to you a complaint sent to Inspector General of HHS and Inspector General of Social Security administration, which shows that Mr. Obama posted his 2009 tax returns on line, on WhiteHouse.gov and originally did not flatten the PDF file, so the full unredacted Connecticut Social Security number ██████-4425 used by Mr. Obama became available to the public. This number failed both E-Verify and SSNVS and showed not to be assigned to Barack Obama. Later this number was traced to Harry (Harrison) J Bounel. Currently there are several legal actions being conducted in relation to this fraud committed by Mr. Obama.

**I am requesting documentary information, whether  Mr. Obama ultimately was enrolled in ACA after his aide   submitted his application in person, in spite of Barack Obama's use of a stolen Social Security number.**

**I am requesting any and all documents, directives, rules and regulations showing that there are safeguards in place set by Washington DC Health Exchange Authority that prevent individuals with stolen and fabricated Social Security numbers and other fraudulent IDs to be enrolled in ACA via your exchange.**

**I am requesting any documentary evidence showing that there are requirements for employees of the Washington DC exchange to report to District of Columbia Court or U.S. District Court evidence of identity theft, fabricated IDs, Social Security fraud that is obtained by these Exchange employees via applications for ACA and not to be criminally complicit in**

**18 USC § 5 Misprision of aforementioned felonies.**

This FOIA request is delivered by e-mail on 01.01.2014 and response is due within 20 business days on 01.27.2014.

If response is not received on 01.27.2014, petitioner will interpret it as a denial  of FOIA request and will seek a redress of grievance and appeal in the court of law, either in DC court or US District Court for the District of Columbia.

Respectfully

Dr. Orly Taitz, ESQ          01.01.2014
President Defend Our Freedoms Foundation



**DC Health Benefit**
**Exchange Authority**

January 3, 2014

Orly Taitz
Defend Our Freedoms Foundation
29839 Santa Margarita, Ste. 100
Rancho Santa Margarita, CA 92688

Re: FOIA 2014-1

Dear Orly Taitz,

This letter is in response to your three emails received January 1, 2014 containing a Freedom of Information Act Request (FOIA) of the DC Health Benefit Exchange Authority (the agency). Your request has been granted.

<u>Request 1:</u> I am requesting **a copy of any court order by any court that directed Washington DC Health Benefit Exchange Authority to "scrub" or otherwise remove Mr. Obama's information from your database.**

<u>Response:</u> The agency has no records responsive to this request.

<u>Request 2:</u> **I am requesting documentary information, whether Mr. Obama ultimately was enrolled in ACA after his aide submitted his application in person....**

<u>Response:</u> Record withheld in accordance with D.C. Official Code § 2-534(a)(2), reflecting information of a personal nature where the public disclosure thereof would constitute a clearly unwarranted invasion of personal privacy.

<u>Request 3:</u> **I am requesting any and all documents, directives, rules and regulations showing that there are safeguards in place set by Washington DC Health Exchange Authority that prevent individuals with stolen and fabricated Social Security numbers and other fraudulent IDs to be enrolled in ACA via your exchange.**

<u>Response:</u> The agency has no records responsive to this request.

<u>Request 4:</u> **I am requesting any documentary evidence showing that there are requirements for employees of the Washington DC exchange to report to District of Columbia Court or U.S. District Court evidence of identity theft, fabricated IDs, Social Security fraud that is obtained by these Exchange employees via applications for ACA and not to be criminally complicit in 18 USC § 5 Misprision of aforementioned felonies.**

<u>Response:</u> The agency has no records responsive to this request.



1100 15th St., NW, Suite 800, Washington, DC 20005

Please know that, under D.C. Official Code § 2-537 and 1 DCMR 412, you have the right to appeal this letter to the Mayor or to the Superior Court of the District of Columbia. If you elect to appeal to the Mayor, your appeal must be in writing and contain "Freedom of Information Act Appeal" or "FOIA Appeal" in the subject line of the letter as well on the outside of the envelope. The appeal must include (1) a copy of the original request; (2) a copy of any written denial; (3) a statement of the circumstances, reasons, and/or arguments advanced in support of disclosure; and (4) a daytime telephone number, and e-mail and/or U.S. Mail address at which you can be reached. The appeal must be mailed to: The Mayor's Correspondence Unit, FOIA Appeal, 1350 Pennsylvania Avenue, N.W., Suite 316, Washington, D.C. 20004. Electronic versions of the same information can instead be e-mailed to The Mayor's Correspondence Unit at foia.mayor@dc.gov. Further, a copy of all appeal materials must be forwarded to me as the Freedom of Information Officer of the involved agency.

Please do not hesitate to contact me if you have any questions. The file is now closed.

Sincerely,

Mary Beth Senkewicz

Mary Beth Senkewicz
Associate General Counsel and Policy Advisor
FOIA Officer