UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>Defendants. ) | No. 1:14-cv-254 |

NOTICE OF WITHDRAWAL

Please withdraw the appearance of Kyle R. Freeny as counsel for the Defendants in the above-captioned matter.

Dated:  January 20, 2016               Respectfully submitted,

KENNETH MAGIDSON                       BENJAMIN C. MIZER
United States Attorney                 Principal Deputy Assistant Attorney General

DANIEL DAVID HU                        JENNIFER D. RICKETTS
Assistant United States Attorney       Branch Director, Federal Programs Branch
Deputy Chief, Civil Division           Attorney-in-Charge (VA Bar No. 29281)

                                       JAMES J. GILLIGAN
                                       Special Litigation Counsel

                                       JOHN R. TYLER
                                       Assistant Branch Director

                                        /s/ Kyle R. Freeny
                                       KYLE R. FREENY (Cal. Bar No. 247857)
                                       ADAM D. KIRSCHNER
                                       JULIE S. SALTMAN
                                       DANIEL SCHWEI
                                       Civil Division, Federal Programs Branch
                                       U.S. Department of Justice
                                       P.O. Box 883, Washington, D.C. 20044
                                       Tel.: (202) 514-5108 / Fax: (202) 616-8470
                                       Kyle.Freeny@usdoj.gov
                                       *Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been delivered electronically on January 20, 2016, to counsel for Plaintiffs via the District's ECF system.

                /s/ Kyle R. Freeny
                Counsel for Defendants