# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 19, 2016

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

United States District Court
Southern District of Texas
FILED

JAN 2 0 2016

David J. Bradley, Clerk of Court

Re: United States, et al.
v. Texas, et al.
No. 15-674
(Your No. 15-40238)

1:14CV254

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. In addition to the questions presented by the petition, the parties are directed to brief and argue the following question: Whether the Guidance violates the Take Care Clause of the Constitution, Art. II, Sec.3.

Sincerely,

Scott S. Harris, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 20, 2016

Mr. David J. Bradley  
Southern District of Texas, Brownsville  
United States District Court  
600 E. Harrison Street  
Room 1158  
Brownsville, TX 78520

    No. 15-40238    State of Texas, et al v. USA, et al  
                       USDC No. 1:14-CV-254

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order granting certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

*Charlene A. Vogelaar*  
By: _____  
Charlene A. Vogelaar, Deputy Clerk  
504-310-7648