United States District Court
Southern District of Texas
FILED

FEB 12 2016

David J. Bradley, Clerk of Court

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
December 21, 2015
Lyle W. Cayce
Clerk

No. 15-40326
Summary Calendar

D.C. Docket No. 1:14-CV-254

STATE OF TEXAS; STATE OF ALABAMA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA, ET AL

Plaintiffs - Appellees

v.

UNITED STATES OF AMERICA, ET AL

Defendants

MITCHELL WILLIAMS,

Movant - Appellant

Certified as a true copy and issued
as the mandate on Feb 12, 2016
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeals from the United States District Court for the
Southern District of Texas, Brownsville

Before HIGGINBOTHAM, SMITH, and OWEN, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

IT IS FURTHER ORDERED that movant-appellant pay to plaintiffs-appellees the costs on appeal to be taxed by the Clerk of this Court.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 12, 2016

Mr. David J. Bradley  
Southern District of Texas, Brownsville  
United States District Court  
600 E. Harrison Street  
Room 1158  
Brownsville, TX 78520

    No. 15-40326    State of Texas, et al v. USA, et al  
                        USDC No. 1:14-CV-254

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      James deMontluzin, Deputy Clerk  
                      504-310-7679

cc:  
    Mr. Joseph Conrad Chapelle  
    Mrs. Angela Veronica Colmenero  
    Mr. Alex Potapov  
    Mr. Mitchell Williams