United States District Court
Southern District of Texas
**ENTERED**
February 18, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al. | § | |
| *Plaintiffs,* | § | |
| | § | Civil Action No. 1:14-cv-00254 |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, et al. | § | |
| *Defendants.* | § | |
| _____ | § | |

## ORDER

Before the Court are two pleadings submitted by William F. Reade, Jr. LTC USA (ret). They are a Motion for Leave to File Amicus Curiae Brief in Opposition to Defendant's Emergency Expedited Motion [Doc. No. 336] and a Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 335].

The Court observes that the Southern District of Texas does not charge a fee for filing an amicus curiae brief. For this reason, the Court denies Reade's Motion for Leave to Proceed *In Forma Pauperis* as moot. The Court grants Reade's Motion for Leave to File Amicus Curiae Brief, with the requirement that it not exceed 30 pages.

Signed this 18th day of February, 2016.

_____
The Honorable Andrew S. Hanen
United States District Judge