WILLIAM F. READE, Jr. LTC USA (Ret)
24 Wildflower Lane
Yarmouth Port, MA 02675-1474
508-362-1230; wfreadejr@comcast.net

Hon. David J. Bradley                                    February 27, 2016
Clerk of Court
600 E. Harrison St., #101
Brownsville, TX 78520

    Dear Mr. Bradley attached herewith is an Amicus Curiae Brief and a motion for consideration of the same complying with the Order of the Honorable Andrew S. Hanen.

    As it is my belief that Citizen/Resident under the "Jurisdiction of these United States" has a duty to contribute any knowledge in their possession to any in power to properly address it conformably to our Constitution and laws, as examples I submit the following:

    XIV Amendment Sec. 1

All persons born or naturalized in the United States, and subject to the *jurisdiction* thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

    TITLE 28 App.  FEDERAL  ARTICLE RULE 201. JUDICIAL NOTICE OF ADJUDICATIVE FACTS

United States Constitution ARTICLE, III,
§1.
The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish.

§ 2.
The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, **and treaties made, or which shall** be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to

controversies to which the United States shall be a party;--to controversies between two or more states;--<u>between a state and citizens of another state;</u>--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.

## 18 USC § 2 – PRINCIPALS

(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.

(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal.

## 18 USC § 3 - ACCESSORY AFTER THE FACT

Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact.

Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section <u>3571</u>) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.

## 18 USC § 4 - MISPRISION OF FELONY

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

Being under the impression that the information I am including would be of invaluable assistance in this instance, and it being my duty to do so, I am submitting it for consideration.

Sincerely

*William F. Reade Jr.* (signature)

WILLIAM F. READE, Jr. LTC USA (Ret)
24 Wildflower Lane
Yarmouth Port, MA 02675-1474
508-362-1230;  wfreadejr@comcast.net

United States District Court
Southern District of Texas
**ENTERED**
February 18, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al. | § | |
| *Plaintiffs*, | § | |
| | § | Civil Action No. 1:14-cv-00254 |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, et al. | § | |
| *Defendants*. | § | |
| | § | |

## ORDER

Before the Court are two pleadings submitted by William F. Reade, Jr. LTC USA (ret). They are a Motion for Leave to File Amicus Curiae Brief in Opposition to Defendant's Emergency Expedited Motion [Doc. No. 336] and a Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 335].

The Court observes that the Southern District of Texas does not charge a fee for filing an amicus curiae brief. For this reason, the Court denies Reade's Motion for Leave to Proceed *In Forma Pauperis* as moot. The Court grants Reade's Motion for Leave to File Amicus Curiae Brief, with the requirement that it not exceed 30 pages.

Signed this 18th day of February, 2016.

The Honorable Andrew S. Hanen
United States District Judge

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



William F. Reade, Jr.
24 Wildflower Lane
Yarmouth Port  MA US  02675-1474

---

Case: 1:14-cv-00254   Instrument: 339   (1 pages)   pty
Date: Feb 18, 2016
Control: 16028122
Notice: The attached order has been entered.



**WILLIAM F READE JR**
24 WILDFLOWER LN
YARMOUTH PORT MA 02675-1474

Hon. David J. Bradley
Clerk of Court
600 E. Harrison St., #101
Brownsville, TX 78520



ORIGIN ID:HYAA (508) 362-1230
WILLIAM F READE JR
24 WILDFLOWER LN
YARMOUTH PORT, MA 02675
UNITED STATES US

TO HON DAVID J BRADLEY
CLERK OF COURTS
600 E HARRISON ST RM 101

(508) 111-1111
INV:
PO:

BROWNSVILLE TX 78520

REF:

DEPT:

SHIP DATE: 27FEB16
ACTWGT: 0.60 LB
CAD: 006994283/SSFE1621

BILL CREDIT CARD

TRK# 7824 7454 8515
0201

SH HRLA

TUE – 01 MAR 10:30A
MORNING 2DAY

78520
TX-US HRL

FedEx Express
J161016020501uv