United States District Court
Southern District of Texas
**ENTERED**
March 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
| Defendants. | § | |

# ORDER

The Court has considered the Motion to Intervene by Joseph Arpaio, Elected Sheriff of Maricopa County, Arizona [Doc. No. 220], Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Filing [Doc. No. 263], Defendants' Unopposed Motion to File Excess Pages [Doc. No. 286], and Defendants' Expedited, Unopposed Motion to Cancel August 19 Hearing or, in the Alternative, to Excuse Secretary Johnson and Other Defendants and to Substitute Witnesses, and Memorandum in Support [Doc No. 287]. It is the opinion of the Court that said motions are hereby denied as moot.

Signed this 3rd day of March, 2016.

Andrew S. Hanen
United States District Judge