

**U.S. Department of Justice**
Federal Programs Branch
Civil Division

20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

**JENNIFER D. RICKETTS**
Director

Tel: (202) 514-3671
Fax: (202) 616-8187
Email: Jennifer.D.Ricketts@usdoj.gov

**VIA ECF**

April 8, 2016

The Honorable Andrew S. Hanen
600 East Harrison Street, #101
Brownsville, Texas 78520

    Re:    No. 1:14-cv-00254, *State of Texas et al. v. United States of America et al.*

Dear Judge Hanen:

In connection with this Court's April 8, 2016, Order, Defendants respectfully ask this Court to deliver the identified Envelopes to the U.S. Attorney's Office for the Southern District of Texas, Brownsville Division, care of Christopher Pineda, Assistant United States Attorney.

Sincerely,

*Jennifer D. Ricketts*

Jennifer D. Ricketts