# EXHIBIT A: EXCERPTS OF DOCKET SHEET

STAYED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Brownsville)
### CIVIL DOCKET FOR CASE #: 1:14–cv–00254

State of Texas et al v. United States of America et al
Assigned to: Judge Andrew S. Hanen
Case in other court: 107th District Court, Cameron County, Texas, 2015–DCL–662–A
Cause: 05:551 Administrative Procedure Act

Date Filed: 12/03/2014
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**State of Texas**     represented by    **Andrew Stephen Oldham**
Texas Attorney General's Office
PO Box 12548 (MC: 059)
Austin, TX 78711–2548
512–936–1862
Email: andy.oldham@texasattorneygeneral.gov
*TERMINATED: 03/02/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
Office of the Attorney General
PO Box12548
Austin, TX 78711–2548
512–936–2422
Email: adam.bitter@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
Texas Office Of The Attorney General
P O BOX 12548
Capitol Station
Austin, TX 78711–2548
512–475–4100
Email: angela.colmenero@TexasAttorneyGeneral.gov
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
Office of the Attorney General
209 W 14th St
7th Fl
Austin, TX 78701
512–936–2868
Email: arthur.dandrea@texasattorneygeneral.gov
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
Texas Attorney General
300 W. 15th St.
Austin, TX 78711
512–463–2120
Fax: 512–320–0667
Email: Eric.hudson@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
Texas Attorney General's Office
PO Box 12548 (MC: 059)
Austin, TX 78711–2548

Rancho Santa Margarita, CA 92688  
949–683–5411  
Fax: 949–766–7603  
Email: orly.taitz@hushmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Movant**

**Jane Doe #1**  
*TERMINATED: 02/11/2015*

represented by **Gabriel Markoff**  
O'Melveny &Meyers LLP  
2 Embarcadero Center  
28th Fl  
San Francisco, CA 94111–3823  
415–984–8700  
Email: gmarkoff@omm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**J Jorge deNeve**  
O'Melveny &Meyers LLP  
400 S. Hope St  
18th Fl  
Los Angeles, CA 91001  
Email: jdeneve@omm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Nina Perales**  
MALDEF  
110 Broadway  
Ste 300  
San Antonio, TX 78205  
210–224–5476  
Fax: 210–224–5382  
Email: nperales@maldef.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Adam P KohSweeney**  
OMelveny and Myers LLP  
2 Embarcadero Ctr  
28th Fl  
San Francisco, CA 94111  
415–984–8912  
Email: akohsweeney@omm.com  
*ATTORNEY TO BE NOTICED*

**Linda Jane Smith**  
DLA Piper LLP (US)  
2000 Ave of the Stars  
Ste 4000 North Tower  
Los Angeles, CA 90067–4704  
310–595–3038  
Email: linda.smith@dlapiper.com  
*ATTORNEY TO BE NOTICED*

**Movant**

**Jane Doe #2**  
*TERMINATED: 02/11/2015*

represented by **Gabriel Markoff**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**J Jorge deNeve**  
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam P KohSweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda Jane Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Movant** | | |
| **Jane Doe #3**<br>*TERMINATED: 02/11/2015* | represented by | **Gabriel Markoff**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**J Jorge deNeve**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam P KohSweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda Jane Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Movant** | | |
| **Harold William Van Allen**<br>*TERMINATED: 03/13/2015* | represented by | **Harold William Van Allen**<br>351 North Road<br>Hurley, NY 12443<br>(845)3894366<br>Email: hvanallen@hvc.rr.com<br>PRO SE |
| **Movant** | | |
| **Natural Born Citizen Party National Committee** | represented by | **Natural Born Citizen Party National Committee**<br>c/o Harold W. Van Allen, Co−Chairperson<br>351 North Rd<br>Hurley, NY 12443<br>845−389−4366<br>Email: hvanallen@hvc.rr.com<br>PRO SE |

V.

**Amicus**

represented by

| | | |
|---|---|---|
| 08/21/2015 | 300 | AO 435 TRANSCRIPT ORDER FORM by Plaintiffs. This is to order a transcript of Miscellaneous Hearing held on 8/19/15 before Judge Andrew S. Hanen (copy). Court Reporter/Transcriber: Laura Wells; filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello. (Cohen, Bradley) Modified on 8/21/2015 (bcampos, 1). (Entered: 08/21/2015) |
| 08/24/2015 | 301 | Notice of Filing of Official Transcript as to 299 Transcript. Party notified, filed. (dahumada, 1) (Entered: 08/24/2015) |
| 08/24/2015 | 302 | ORDER denying 295 Motion to Intervene.Finally, pursuant to Rule 24(b)(3), the Court finds this matter to be time sensitive and that the addition of new parties will cause undue delay and prejudice. Nevertheless, the pleadings filed by putative intervenor Harold William Van Allen will be reviewed as if they were filed by an amicus curae.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 08/24/2015) |
| 08/24/2015 | 303 | AO 435 TRANSCRIPT ORDER FORM by Kendra Morries. This is to order a transcript of Hearing held on 8/19/15 before Judge Andrew S. Hanen (original). Court Reporter: Laura Wells, filed. (rnieto, 1) (Entered: 08/25/2015) |
| 09/04/2015 | 304 | ADVISORY by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed.(Colmenero, Angela) (Entered: 09/04/2015) |
| 09/04/2015 | 305 | MEMORANDUM Following the Hearing of August 19, 2015 by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed.(Schwei, Daniel) (Entered: 09/04/2015) |
| 09/04/2015 | 306 | Unopposed MOTION for Leave to File Amicus Brief by Jane Doe #1, Jane Doe #2, and Jane Doe #3 by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 9/25/2015. (Attachments: # 1 [Proposed] Amicus Brief, # 2 Proposed Order)(Perales, Nina) (Entered: 09/04/2015) |
| 09/09/2015 | 307 | AO 435 TRANSCRIPT ORDER FORM by Karen C. Tumlin. This is to order a transcript of Hearing held on 08/19/2015 before Judge Andrew S. Hanen (copy). Court Reporter/Transcriber: Laura Wells , filed. (dahumada, 1) Modified on 9/10/2015 (dahumada, 1). (Entered: 09/09/2015) |
| 09/16/2015 | 308 | ORDER granting 306 Motion for Leave to File Amicus Brief.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 09/17/2015) |
| 09/16/2015 | 309 | AMICUS BRIEF of Jane Doe #1, Jane Doe #2, Jane Doe #3 Opposing Certain Sanctions Requested by Plaintiffs, filed.(jtabares, 1) (Entered: 09/17/2015) |
| 09/21/2015 | 310 | STATUS REPORT by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed.(Schwei, Daniel) (Entered: 09/21/2015) |
| 11/23/2015 | 311 | Joint MOTION to Stay *Merits Proceedings Pending Resolution of Supreme Court Review* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 12/14/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 11/23/2015) |
| 11/23/2015 | 312 | NOTICE *of Withdrawal* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Freeny, Kyle) (Entered: 11/23/2015) |
| 12/01/2015 | 313 | ORDER Setting Hearing on Motion 311 Joint MOTION to Stay *Merits Proceedings Pending Resolution of Supreme Court Review* : Motion Hearing set for 12/15/2015 at 01:30 PM in Courtroom 6 before Judge Andrew S. Hanen. (Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 12/01/2015) |

| | | |
|---|---|---|
| 12/11/2015 | 314 | MOTION for Adam Kirschner to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 1/1/2016. (Kirschner, Adam) (Additional attachment(s) added on 12/15/2015: # 1 Verification of Bar Membership for Motion Pro Hac Vice) (avleal, 1). (Entered: 12/11/2015) |
| 12/11/2015 | 315 | MOTION for John Tyler to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 1/1/2016. (Kirschner, Adam) (Additional attachment(s) added on 12/15/2015: # 1 Verification of Bar Membership for Motion Pro Hac Vice) (avleal, 1). (Entered: 12/11/2015) |
| 12/11/2015 | 316 | NOTICE *of Withdrawal* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Cohen, Bradley) (Entered: 12/11/2015) |
| 12/14/2015 | 317 | RESPONSE to 311 Joint MOTION to Stay *Merits Proceedings Pending Resolution of Supreme Court Review* filed by Mitchell Williams. (scastillo, 1) (Additional attachment(s) added on 12/14/2015: # 1 Unredacted attachment) (scastillo, 1). (Entered: 12/14/2015) |
| 12/15/2015 | | Minute Entry for proceedings held before Judge Andrew S. Hanen. MOTION HEARING held on 12/15/2015. Appearances: Attorneys for Plaintiffs: Angela V. Colmenero; Adam Nicholas Bitter; Attorneys for Defendants: John R. Tyler; Jennifer D. Ricketts; Daniel Hu; Adam D. Kirschner; Attorney Nina Perales for Jane Doe #1, Jane Doe #2, Jane Doe #3; Attorney Orly Taitz for Orly Taitz; (Court Reporter: Sheila Heinz)(01:34–02:26) Discussion held as to 311 . 311 Joint MOTION to Stay *Merits Proceedings Pending Resolution of Supreme Court Review* –GRANTED as outlined in todays hearing. Discussion held as to 91 MOTION to Intervene by Jane Doe #1, Jane Doe #2, Jane Doe #3. Discussion held as to 137 MOTION to Intervene as an Additional Plaintiff by Orly Taitz and Court will take under advisement. Parties may file any pleadings by 01/08/16., filed.(csustaeta, 1) (Entered: 12/15/2015) |
| 12/15/2015 | 318 | ORDER granting 315 Motion to Appear Pro Hac Vice.(Signed by Judge Andrew S. Hanen) Parties notified.(scastillo, 1) (Entered: 12/15/2015) |
| 12/15/2015 | 319 | ORDER granting 314 Motion to Appear Pro Hac Vice as to Adam D. Kirschner. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 12/15/2015) |
| 12/15/2015 | 320 | ORDER 311 Joint MOTION to Stay *Merits Proceedings Pending Resolution of Supreme Court Review*. FURTHER ORDERED that the parties shall meet and confer and formulate and file with the Court an agreed upon (to the extent possible) schedule for the resolution of the merits of this case, within 21 days after the Supreme Court's denial of certiorari of the pending appeal or its ultimate disposition of the pending appeal(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 12/16/2015) |
| 12/17/2015 | 321 | AO 435 TRANSCRIPT REQUEST by Adam Kirschner for Transcript of Hearing held on 12/15/15 before Judge Hanen. 14–Day turnaround requested. Court Reporter/Transcriber: Sheila E. Heinz, filed. (jtabares, 1) (Entered: 12/17/2015) |
| 12/21/2015 | 322 | AO 435 TRANSCRIPT REQUEST by Angela V. Colmenero for Transcript of Motion Hearing held on 12/15/15 before Judge Hanen. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Sheila Heinz , filed. (Colmenero, Angela) Modified on 12/22/2015 (jtabares, 1). (Entered: 12/21/2015) |
| 12/21/2015 | 323 | AO 435 TRANSCRIPT REQUEST by Kendra Morries for Transcript of Hearing held 12/15/2015 before Judge Hanen. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Not Listed, filed. (avleal, 1) (Entered: 12/21/2015) |
| 12/21/2015 | 324 | TRANSCRIPT re: Joint Motion to Stay Hearing held on 12/15/15 before Judge Andrew S. Hanen. Court Reporter/Transcriber Sheila E. Heinz. Ordering Party Adam Kirschner Release of Transcript Restriction set for 3/20/2016, filed. (jtabares, 1) (Entered: 12/21/2015) |

| | | |
|---|---|---|
| 12/22/2015 | 325 | Notice of Filing of Official Transcript as to 324 Transcript. Party notified, filed. (rnieto, 1) (Entered: 12/22/2015) |
| 01/04/2016 | 326 | Order of USCA; Judgment issued as mandate 1/04/2016 re: 190 Notice of Appeal ; USCA No. 15–40333. It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court, filed.(mperez, 1) (Entered: 01/04/2016) |
| 01/04/2016 | 327 | Order of USCA – Per Curiam re: 190 Notice of Appeal ; USCA No. 15–40333. For the foregoing reasons, the Jane Does are entitled to intervene by right. REVERSED and REMANDED, filed.(mperez, 1) (Entered: 01/04/2016) |
| 01/04/2016 | 328 | Order of USCA; Judgment issued as mandate 15–40238 re: 257 Notice of Appeal ; USCA No. 15–40238. This cause was considered on the record on appeal and was argued by counsel. It is ordered and adjudged that the judgment of the District Court is affirmed, filed.(dahumada, 1) (Entered: 01/05/2016) |
| 01/04/2016 | 329 | Order of USCA re: 257 Notice of Appeal ; USCA No. 15–40238, filed.(dahumada, 1) (Entered: 01/05/2016) |
| 01/05/2016 | 330 | ADVISORY by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/05/2016) |
| 01/08/2016 | 331 | SUPPLEMENT to Motion Hearing,,, by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Attachments: # 1 Attachment A)(Kirschner, Adam) (Entered: 01/08/2016) |
| 01/08/2016 | 332 | Summary of the Supplemental Brief, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(dahumada, 1) (Entered: 01/08/2016) |
| 01/20/2016 | 333 | NOTICE *of Withdrawal* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Freeny, Kyle) (Entered: 01/20/2016) |
| 01/20/2016 | 334 | The petition for a writ of certiorari filed with the Supreme Court has been granted (USCA No. 15–40238) (USSC No. 15–674), filed.(scastillo, 1) (Entered: 01/20/2016) |
| 01/28/2016 | 335 | Motion for Leave to Proceed In Forma Pauperis by William F. Reade, Jr., filed. Motion Docket Date 2/18/2016. (dbenavides, 1) (Entered: 01/28/2016) |
| 01/28/2016 | 336 | Motion for Leave to File Amicus Relief In Opposition to Defendant's Emergency Expedited Motion by William F. Reade, Jr., filed. Motion Docket Date 2/18/2016. (dbenavides, 1) (Entered: 01/28/2016) |
| 02/12/2016 | 337 | Order of USCA – Judgment; Judgment issued as mandate 15–40326 re: 257 Notice of Appeal ; USCA No. 15–40326. The appeal is dismissed as frivolous., filed.(bcampos, 1) (Entered: 02/12/2016) |
| 02/12/2016 | 338 | Order of USCA – Per Curiam re: 257 Notice of Appeal ; USCA No. 15–40326. The appeal is dismissed as frivolous. Mitchell Williams' Motion to Proceed IFP on appeal is DENIED and the appeal is DISMISSED as frivolous., filed.(bcampos, 1) (Entered: 02/12/2016) |
| 02/18/2016 | 339 | ORDER denying as moot 335 Motion for Leave to Proceed in forma pauperis; granting 336 Motion for Leave to File. The Court observes that the Southern District of Texas does not charge a fee for filing an amicus curiae brief. For this reason, the Court denies Reade's Motion for Leave to Proceed In Forma Pauperis as moot. The Court grants Reade's Motion for Leave to File Amicus Curiae Brief, with the requirement that it not exceed 30 pages. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 02/18/2016) |
| 03/01/2016 | 340 | AMICI CURIAE BRIEF by William F. Reade, Jr., filed. (Attachments: # 1 Exhibit, # 2 cover letter)(bcampos, 1) (Entered: 03/01/2016) |
| 03/03/2016 | 341 | Order entered by the Court Denying as moot 263 Motion for Extension of Time; denying as moot 286 Motion for Leave to File Excess Pages; denying as moot 287 Motion; denying as moot 220 Motion to Intervene.(Signed by Judge Andrew S. |

| | | |
|---|---|---|
| | | Hanen) Parties notified.(dbenavides, 1) (Entered: 03/03/2016) |
| 04/08/2016 | 342 | ORDER – This Court intends to issue an order soon, it needs the Government to take a definitive position on whether or not it wants the Court to review the subset of documents contained in envelopes Two and Three before it rules. The Court can not and will not base a ruling on evidence it has not seen. Therefore, the Court is returning Envelopes Two and Three to counsel for the Government unopened. It has not and will not consider them. They have not been officially filed nor have they been reviewed in camera so they are not in any sense a part of the Court's record. If the Government wants the Court to consider the contents of these envelopes, it should have them delivered to the Court by close of business on April 15, 2016. If it chooses to do that, the Court will review the contents before it rules. If the documents are not delivered by 5:00 p.m. (Central Time) on April 15, 2016, the Court will assume the Government did not want them considered. The Court hereby orders the District Clerk's Office to photograph the unopened envelopes and attach those photos as sealed exhibits to this order. It is also orders the District Clerk's Office to ship the unopened envelopes back to the attorney who sent them to the Court. (Signed by Judge Andrew S. Hanen) Parties notified.(rdv, 1) (Additional attachment(s) added on 4/8/2016: # 1 Sealed Exhibits) (rdv, 1). (Entered: 04/08/2016) |
| 04/08/2016 | 344 | NOTICE *of Delivery* re: 342 Order,,,,, by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Ricketts, Jennifer) (Entered: 04/08/2016) |
| 04/15/2016 | 345 | NOTICE *of Submission of Documents* re: 342 Order,,,,, by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Schwei, Daniel) (Entered: 04/15/2016) |
| 04/19/2016 | 346 | Order of USCA – PER CURIAM; Judgment issued as mandate 4/19/2016 re: 257 Notice of Appeal ; USCA No. 15–41276. The petition for writ of mandamus is dismissed as frivolous. A sanction warning is issued., filed.(dnoriega, 1) (Entered: 04/19/2016) |
| 05/19/2016 | 347 | MEMORANDUM OPINION AND ORDER.(Signed by Judge Andrew S Hanen) Parties notified.(scastillo, 1) (Entered: 05/19/2016) |
| 05/19/2016 | 348 | Sealed Order, filed. (Entered: 05/19/2016) |