UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,, § § Plaintiff, § § § CIVIL NO. B-14-254 v. § § UNITED STATES OF AMERICA, § *et al.*, § Defendant. § § | |

## DEFENDANTS' MAY 25, 2016, STATUS REPORT

Due to the present uncertainty[1] regarding which lawyers from the Department of Justice are no longer admitted to practice pro hac vice before this Court, the United States Attorney for the Southern District of Texas, files the attached declaration.

Dated:  May 25, 2016

                                              Respectfully submitted,

                                              BENJAMIN C. MIZER
                                              Principal Deputy Assistant Attorney General

                                              KENNETH MAGIDSON
                                              United States Attorney

---

[1]  In its May 19, 2016, Memorandum Opinion and Order, the Court stated that, "[b]y a separate sealed order that it is simultaneously issuing," it is "revok[ing] the pro hac vice status" of certain out-of-state lawyers.  As of this filing that sealed order has not arrived at the office of Defendants' Attorney in Charge.

JOYCE R. BRANDA
Deputy Assistant Attorney General

By: /s/ Daniel David Hu
    DANIEL DAVID HU
    Assistant United States Attorney
    Chief, Civil Division
    S.D. I.D. 7959
    1000 Louisiana, Suite 2300
    Houston, TX 77002
    Daniel.hu@usdoj.gov
    (713) 567-9518 (PHONE);
    (713) 718-3303 (FAX)

    *Attorneys for Defendants*

## Certificate of Service

I hereby certify that on May 25, 2016 a true and correct copy of the foregoing Status Report was served via CM/ECF.

/s/Daniel David Hu<br>
DANIEL DAVID HU