UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*,, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| | | CIVIL NO. B-14-254 |
| v. | | |
| UNITED STATES OF AMERICA, *et al.*, | | |
| Defendant. | | |

UNOPPOSED MOTION FOR ELECTRONIC SERVICE OF ORDER

Due to the present uncertainty[1] regarding which lawyers from the Department of Justice are no longer admitted to practice pro hac vice before this Court, the United States Attorney for the Southern District of Texas, files this request. As of May 26, 2016, at 4 P.M., the Attorney in Charge of this case for the Department of Justice has not yet received via U.S. Mail a copy of the Court's Sealed Order, docket 348, Having a copy of the order will eliminate uncertainty on who can file pleadings and will allow Department of Justice counsel to proceed accordingly. Therefore, the Department of Justice asks that a copy of the sealed order be sent at the earliest convenience of the clerk via e-mail to Jennifer Ricketts

---

[1] In its May 19, 2016, Memorandum Opinion and Order, the Court stated that, "[b]y a separate sealed order that it is simultaneously issuing," it is "revok[ing] the pro hac vice status" of certain out-of-state lawyers.

or, alternatively, a paper copy of the order be released to an AUSA in the United States Attorney's Office in Brownsville.

Adam Kirschner from DOJ conferred with counsel for Texas and MALDEF on May 26, 2016, and they do not oppose this motion.

Dated:  May 27, 2016

                                      Respectfully submitted,

                                      BENJAMIN C. MIZER
                                      Principal Deputy Assistant Attorney General

                                      KENNETH MAGIDSON
                                      United States Attorney

                                      JOYCE R. BRANDA
                                      Deputy Assistant Attorney General

                               By:  /s/ Daniel David Hu
                                      DANIEL DAVID HU
                                      Assistant United States Attorney
                                      Chief, Civil Division
                                      S.D. I.D. 7959
                                      1000 Louisiana, Suite 2300
                                      Houston, TX  77002
                                      Daniel.hu@usdoj.gov
                                      (713) 567-9518 (PHONE);
                                      (713) 718-3303 (FAX)

                              *Attorneys for Defendants*

3

## Certificate of Service

I hereby certify that on May 27, 2016 a true and correct copy of the foregoing motion was served via CM/ECF.

/s/Daniel David Hu
DANIEL DAVID HU