UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*,, | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL NO. B-14-254 |
| v. | § § | |
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Defendant. | § § | |

# UNOPPOSED ORDER

Defendants' Unopposed Motion for Electronic Service of Order is GRANTED; and it is

ORDERED that the clerk of this Court send a copy of the sealed order, ECF No. 348, via electronic mail to Jennifer Ricketts, attorney-in-charge for Defendants.

[in the alternative]
ORDERED that the clerk release a paper copy of the sealed order, ECF No. 348, to an Assistant United States Attorney in the United States Attorney's Office in Brownsville.

Signed on May _____, 2016

_____
Andrew S. Hanen
United States District Judge