United States District Court
Southern District of Texas
**ENTERED**
May 27, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., <br> Plaintiffs, | § <br> § <br> § | |
| V. | § <br> § | CIVIL NO. B-14-254 |
| UNITED STATES OF AMERICA, ET AL., <br> Defendants. | § <br> § <br> § | |

# ORDER

Defendants' Unopposed Motion for Electronic Service of Order is granted; and it is ordered that the clerk of this Court send a copy of the sealed order, ECF No. 348, via electronic mail to Jennifer Ricketts, attorney-in-charge for Defendants.

Signed this 27th day of May, 2016.

_____
Andrew S. Hanen
United States District Judge