# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | )   No. 1:14-cv-254-ASH |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION TO STAY MAY 19, 2016 ORDER PENDING FURTHER REVIEW

Defendants respectfully move for a stay of the Court's May 19, 2016, Memorandum Opinion and Order [ECF No. 347] pending further review, whether by appeal, mandamus, or both. The grounds for this motion are set forth in the accompanying memorandum, the declaration of Lee J. Lofthus, and the declaration of León Rodríguez.

Pursuant to Local Rule 7.1(D), Defendants aver that their counsel conferred with counsel for Plaintiffs, and the parties cannot agree about the disposition of the motion. Defendants' counsel conferred with counsel for the Intervenors, who do not oppose this motion.

A proposed order is attached in accordance with Local Rule 7.2.

Date: May 31, 2016

                                Respectfully submitted,

KENNETH MAGIDSON                BENJAMIN C. MIZER
United States Attorney          Principal Deputy Assistant Attorney General

DANIEL DAVID HU                 JOYCE R. BRANDA
Assistant United States Attorney Deputy Assistant Attorney General
Chief, Civil Division

AUGUST E. FLENTJE
Special Counsel

JENNIFER D. RICKETTS
Branch Director, Federal Programs Branch
Attorney-in-Charge (VA Bar No. 29281)


 /s/   *James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Tel.:  (202) 514-3358
Fax:  (202) 616-8470
james.gilligan@usdoj.gov

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Defendants' Motion to Stay May 19, 2016 Order Pending Further Review, with attachments, has been delivered electronically on May 31, 2016, to all counsel of record through the Court's ECF system.

                                                          */s/ James J. Gilligan*
                                                          Counsel for Defendants