# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:14-cv-254-ASH |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Stay May 19, 2016 Order Pending Further Review, and for good cause shown, it is hereby:

ORDERED that Defendants' Motion to Stay May 19, 2016 Order Pending Further Review is GRANTED; and it is

FURTHER ORDERED that this Court's May 19, 2016, Memorandum Opinion and Order [ECF 347] is stayed pending disposition of the review Defendants seek, whether by appeal, mandamus, or both, with respect to the Order.

Signed on _____, 2016

_____
The Honorable Andrew S. Hanen
United States District Court Judge