IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § § Plaintiffs, § § v. § § UNITED STATES OF AMERICA, *et al.*, § § Defendants § § and § § JANE DOE #1, JANE DOE #2, AND JANE § DOE #3, § § Defendant-Intervenors § § | Case No. 1:14-cv-254 |

## [PROPOSED] ORDER

The Motion to Use Pseudonymous Declaration of Javier H. G. in Support of Response to Defendants' Motion to Stay (ECF No. _____) having come before this Court, and the Court having considered the Motion, IT IS THEREFORE ORDERED that the Motion to Use Pseudonymous Declaration of Javier H. G. in Support of Response to Defendants' Motion to Stay is GRANTED.

SIGNED this _____ day of _____, 2016.

_____
Hon. Andrew S. Hanen
United States District Judge