**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:14-cv-254 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| JANE DOE #1, JANE DOE #2, AND JANE | § | |
| DOE #3, | § | |
| | § | |
| Defendant-Intervenors. | § | |
| | § | |
| | § | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant-Intervenors[1] Jane Doe #1, Jane Doe #2, and

Jane Doe #3 (the "Jane Does") hereby appeal to the United States Court of Appeals for the Fifth

Circuit from the portion of this Court's Order of May 19, 2016 [ECF No. 347] ordering the

federal Defendants to file with the Court "all personal identifiers and locators including names,

addresses, 'A' file numbers and all available contact information, together with the date the

three-year renewal or approval was granted" of individuals in the Plaintiff states granted three-

---

[1] As of the filing of this Notice of Appeal, the district court docket sheet has not yet been updated
to reflect the Jane Does' party status, but the district court has acknowledged that the Jane Does
are parties to this case. *See* ECF No. 353 at 1 ("[T]his Court granted the intervention of the Jane
Does on December 15, 2015. . . . The Jane Does remain parties in this case, and have the right to
participate fully in it, as indeed they already have.").

year periods of deferred action pursuant to the 2014 DHS Directive during the period November

20, 2014 – March 3, 2015.

Dated:  June 5, 2016                                    Respectfully submitted,

**O'MELVENY & MYERS LLP**                              **MEXICAN AMERICAN LEGAL**
Adam P. KohSweeney (Cal. Bar No. 229983)*             **DEFENSE AND EDUCATIONAL FUND**
Gabriel Markoff (Cal. Bar. No. 291656)*               **By**  */s/ Nina Perales*
2 Embarcadero Center 28th Floor                        Nina Perales (Tex. Bar No. 24005046;
San Francisco, CA 94111-3823                           Southern District of Tex. Bar No. 21127)
Phone:  (415) 984-8700                                 Attorney-in-Charge
Facsimile:  (415) 984-8701                             110 Broadway, Suite 300
                                                       San Antonio, Texas 78205
**DLA PIPER LLP**                                      Phone:  (210) 224-5476
Linda J. Smith (Cal. Bar. No. 78238)*                  Facsimile:  (210) 224-5382
2000 Avenue of the Stars, Ste. 400N
Los Angeles, CA 90067
Phone: (310) 595-3038
Facsimile: (310) 595-3300

*Admitted *pro hac vice.*

Attorneys for Defendant-Intervenors **JANE DOE #1**, **JANE DOE #2,** and **JANE DOE #3**

## CERTIFICATE OF SERVICE

        I, the undersigned, hereby certify that, on the 5th day of June 2016, I electronically filed
the above and foregoing document using the CM/ECF system, which automatically sends notice
and a copy of the filing to all counsel of record.

                                    */s/ Nina Perales*
                                    Nina Perales (Tex. Bar No. 24005046)
                                    ***Attorney-in-Charge for Defendant-***
                                    ***Intervenors Jane Does***

2