IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Case No. 1:14-cv-254 |
| UNITED STATES OF AMERICA, *et al.*, | | |
| Defendants, | | |
| and | | |
| JANE DOE #1, JANE DOE #2, AND JANE DOE #3, | | |
| Defendant-Intervenors. | | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant-Intervenors[1] Jane Doe #1, Jane Doe #2, and Jane Doe #3 (the "Jane Does") hereby appeal to the United States Court of Appeals for the Fifth Circuit from the portion of this Court's Order of May 19, 2016 [ECF No. 347] ordering the federal Defendants to file with the Court "all personal identifiers and locators including names, addresses, 'A' file numbers and all available contact information, together with the date the three-year renewal or approval was granted" of individuals in the Plaintiff states granted three-

---

[1] As of the filing of this Notice of Appeal, the district court docket sheet has not yet been updated to reflect the Jane Does' party status, but the district court has acknowledged that the Jane Does are parties to this case. *See* ECF No. 353 at 1 ("[T]his Court granted the intervention of the Jane Does on December 15, 2015. . . . The Jane Does remain parties in this case, and have the right to participate fully in it, as indeed they already have.").

year periods of deferred action pursuant to the 2014 DHS Directive during the period November 20, 2014 – March 3, 2015.

Dated: June 5, 2016

Respectfully submitted,

**O'MELVENY & MYERS LLP**
Adam P. KohSweeney (Cal. Bar No. 229983)*
Gabriel Markoff (Cal. Bar. No. 291656)*
2 Embarcadero Center 28th Floor
San Francisco, CA 94111-3823
Phone: (415) 984-8700
Facsimile: (415) 984-8701

**DLA PIPER LLP**
Linda J. Smith (Cal. Bar. No. 78238)*
2000 Avenue of the Stars, Ste. 400N
Los Angeles, CA 90067
Phone: (310) 595-3038
Facsimile: (310) 595-3300

*Admitted *pro hac vice*.

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
**By** */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046;
Southern District of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382

Attorneys for Defendant-Intervenors **JANE DOE #1**, **JANE DOE #2,** and **JANE DOE #3**

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 5th day of June 2016, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046)
*Attorney-in-Charge for Defendant-Intervenors Jane Does*