United States District Court
Southern District of Texas
**ENTERED**
June 06, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
| Defendants. | § | |

## ORDER

The Court has received information sent to it by counsel for Angelica Villalobos, Juan Escalente, Jane Doe #4, and Jane Doe #5 suggesting they wish to address the issues discussed in the Defendants' pending Motion to Stay [Doc. No. 354]. By copy of this order, the Court hereby notifies counsel for these individuals that the Court is holding a hearing on that motion. The hearing is scheduled for June 7, 2016, at 10:00 a.m.

Signed this 6th day of June, 2016.

_____
Andrew S. Hanen
United States District Judge