# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>Defendants. )<br>) | No. 1:14-cv-254 |

### DEFENDANTS' AMENDED MEET-AND-CONFER STATEMENT REGARDING MOTION TO STAY MAY 19, 2016 ORDER

Following the filing of Defendants' motion to stay, ECF No. 354, counsel for Defendants have further conferred with counsel for Plaintiffs. With respect to Defendants' obligation to produce certain individuals' information to the Court, *see* ECF No. 347 at 22-23, Plaintiffs remain opposed to Defendants' requested stay, but do not oppose a postponement of the production deadline and maintenance of the status quo *ante* on the personally identifiable information portion of the order, until 30 days after the Supreme Court decides the pending preliminary-injunction appeal.

Date: June 6, 2016

KENNETH MAGIDSON
United States Attorney

DANIEL DAVID HU
Assistant United States Attorney
Deputy Chief, Civil Division

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOYCE R. BRANDA
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

JENNIFER D. RICKETTS
Branch Director, Federal Programs Branch
Attorney-in-Charge (VA Bar No. 29281)

JAMES J. GILLIGAN
Special Litigation Counsel

 /s/ Daniel Schwei
DANIEL SCHWEI
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 305-8693
Fax: (202) 616-8470
Daniel.S.Schwei@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Defendants' Amended Meet-and-Confer Statement Regarding Motion to Stay May 19, 2016 Order has been delivered electronically on June 6, 2016, to all counsel of record through the court's ECF system.

      */s/ Daniel Schwei*
      Counsel for Defendants