IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:14-cv-254 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants | § |
| and | § |
| JANE DOE #1, JANE DOE #2, AND JANE DOE #3, | § |
| Defendant-Intervenors | § |

### SUPPLEMENT TO JANE DOES' RESPONSE IN SUPPORT OF DEFENDANTS' MOTION TO STAY

Defendant-Intervenors submit the attached Declaration of Cristina R. to supplement their Response supporting Defendants' stay motion (ECF No. 356).  The Declaration of Cristina R., like the already-filed Declaration of Javier H. G. (ECF No. 356-1), provides evidence demonstrating the existence of the injury that this Court's May 19 order is already causing to thousands of DACA recipients and their family members nationwide, thereby further demonstrating why a stay pending the entire duration of the appeal should be issued.  Defendant-Intervenors respectfully request that this Court consider the attached declaration of Cristina R. in ruling on Defendants' motion to stay (ECF No. 354).  Defendant-Intervenors further request that this Court allow the declaration of Cristina R. to be filed under that pseudonym for the reasons set forth in their Motion to Use Pseudonymous Declaration (ECF No. 357).  Both declarants,

Javier H. G. and Cristina R., should be allowed to submit declarations under pseudonyms for the reasons set forth in the motion. (*See* ECF No. 357).

Dated: June 6, 2016

Respectfully submitted,

<div style="display: flex;">

**O'MELVENY & MYERS LLP**
Adam P. KohSweeney (Cal. Bar No. 229983)*
Gabriel Markoff (Cal. Bar. No. 291656)*
2 Embarcadero Center 28th Floor
San Francisco, CA 94111-3823
Phone: (415) 984-8700
Facsimile: (415) 984-8701

**DLA PIPER LLP**
Linda J. Smith (Cal. Bar. No. 78238)*
2000 Avenue of the Stars, Ste. 400N
Los Angeles, CA 90067
Phone: (310) 595-3038
Facsimile: (310) 595-3300

*Admitted *pro hac vice*.

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
By  */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046;
Southern District of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382

</div>

Attorneys for **JANE DOE #1**, **JANE DOE #2,** and **JANE DOE #3**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June 2016, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046)
***Attorney-in-Charge for Jane Doe #1, Jane Doe #2, and Jane Doe #3***