United States District Court
Southern District of Texas
**ENTERED**
June 07, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| | § | |
| STATE OF TEXAS, et al., | § | |
| Plaintiffs, | § | |
| V. | § | Civil No. 1:14-cv-254 |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
| Defendants. | § | |
| _____ | § | |

## ORDER

The Court orders the parties to appear for a status conference before it on August 22, 2016 at 11 a.m. The Court hereby stays its order of May 19, 2016 [Doc. No. 347] pending the outcome of that hearing and furthermore stays all proceedings on the merits per the outcome of that hearing.

Defendants have until July 31, 2016 to file any submission they wish as to an appropriate sanction for the misrepresentations which were the subject of this Court's May 19, 2016 order and/or any evidence they may have concerning the misrepresentations discussed in that order.

Signed this 7th day of June, 2016.

_____

Andrew S. Hanen

United States District Judge