IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

JUN - 8 2016

David J. Bradley, Clerk of Court

No. 16-40797

In re: ANGELICA VILLALOBOS; JUAN ESCALANTE; JANE DOE 4; JANE DOE 5,

    Petitioners

1:14-CV-254

Petition for a Writ of Mandamus to the
Southern District of Texas, Brownsville

ORDER:

IT IS ORDERED that Petitioners' motion to withdraw the previously filed motion for stay pending appeal is GRANTED.

                              /s/Edith H. Jones
                              EDITH H. JONES
                              UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 08, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-40797    In re: Angelica Villalobos, et al  
                           USDC No. 1:14-CV-254

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Jann M. Wynne, Deputy Clerk  
504-310-7688

Mr. David J. Bradley, Clerk  
Ms. Beth S. Brinkmann  
Mr. Scott A. Keller  
Ms. Nina Perales  
Ms. Karen Cassandra Tumlin