AO 435
(Rev. 04/11)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| | | |
|---|---|---|
| 1. NAME Karen C. Tumlin | 2. PHONE NUMBER (213) 674-2834 | 3. DATE 6/7/2016 |
| 4. MAILING ADDRESS 3435 Wilshire Boulevard, Suite 1600 | 5. CITY Los Angeles | 6. STATE CA   7. ZIP CODE 90010 |
| 8. CASE NUMBER 1:14-cv-00254 | 9. JUDGE Hon. Andrew S. Hanen | DATES OF PROCEEDINGS |
| | | 10. FROM 6/2/2016   11. TO 6/7/2016 |
| 12. CASE NAME State of Texas, et. al. v. United States, et. al. | | LOCATION OF PROCEEDINGS |
| | 13. CITY Brownsville | 14. STATE TX |

15. ORDER FOR

☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL    ☒ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | United States District Court Southern District of Texas FILED |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | JUN – 8 2016 |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | David J. Bradley, Clerk of Court |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Entire Hearing | June 7, 2016 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☒ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | 0.00 |
| 18. SIGNATURE /s/ - Karen C. Tumlin | | | | PROCESSED BY | |
| 19. DATE 6/7/2016 | | | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | | | COURT ADDRESS | |
| | ORDER RECEIVED | DATE | BY | | |
| | DEPOSIT PAID | | | DEPOSIT PAID | |
| | TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| | TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| | ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| | PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY