UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | No. 1:14-CV-254 ) ) |
| UNITED STATES OF AMERICA, *et al.* | ) ) |
| Defendants. | ) ) |

**Order**

Upon consideration of Defendants' Motion to Vacate Sanctions Orders of May 19, 2016 to Preserve the Court's Jurisdiction, it is

HEREBY ORDERED that Defendants' motion is GRANTED.

It is FURTHER ORDERED that both the public and sealed orders issued on May 19, 2016, *see* ECF Nos. 347 and 348, are hereby VACATED.

Signed on _____ _____, 2016.

_____
The Honorable Andrew S. Hanen
United States District Judge