# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

1:14-cv-254

United States District Court
Southern District of Texas
FILED

JUN 24 2016

David J. Bradley, Clerk of Court

No. 16-40795

---

In re: UNITED STATES OF AMERICA; JEH CHARLES JOHNSON, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; R. GIL KERLIKOWSKE, Commissioner of U.S. Customs and Border Protection; RONALD D. VITIELLO, Deputy Chief of U.S. Border Patrol, U.S. Customs and Border of Protection; SARAH R. SALDANA, Director of U.S. Immigration and Customs Enforcement; LEON RODRIGUEZ, Director of U.S. Citizenship and Immigration Services,

Petitioners

---

No. 16-40797

In re: ANGELICA VILLALOBOS; JUAN ESCALANTE; JANE DOE 4; JANE DOE 5,

Petitioners

---

Petitions for a Writ of Mandamus
to the Southern District of Texas, Brownsville

---

Before DAVIS, JONES, and HAYNES, Circuit Judges.

PER CURIAM:

It is ORDERED that the petitions for mandamus are dismissed without prejudice as premature in light of the district court's decision to hold another hearing on matters raised by the petition.

The motion to proceed anonymously is **DISMISSED** as moot.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 24, 2016

Mr. David J. Bradley  
Southern District of Texas, Brownsville  
United States District Court  
600 E. Harrison Street  
Room 1158  
Brownsville, TX 78520

    No. 16-40795   In re: USA, et al  
                          USDC No. 1:14-CV-254

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
James deMontluzin, Deputy Clerk  
504-310-7679

cc w/encl:  
    Ms. Beth S. Brinkmann  
    Ms. Sarah Wendy Carroll  
    Mr. William Ernest Havemann  
    Mr. Scott A. Keller  
    Ms. Nina Perales