IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

*1:14 CV254*

United States District Court
Southern District of Texas
FILED

JUL 6 2016

David J. Bradley, Clerk of Court

No. 16-40796

STATE OF TEXAS; STATE OF ALABAMA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF WISCONSIN; PAUL R. LEPAGE, Governor, State of Maine; PATRICK L. MCCRORY, Governor, State of North Carolina; C. L. "BUTCH" OTTER, Governor, State of Idaho; PHIL BRYANT, Governor, State of Mississippi; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF FLORIDA; STATE OF ARIZONA; STATE OF ARKANSAS; ATTORNEY GENERAL BILL SCHUETTE; STATE OF NEVADA; STATE OF TENNESSEE,

        Plaintiffs - Appellees

v.

UNITED STATES OF AMERICA; JEH CHARLES JOHNSON, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; R. GIL KERLIKOWSKE, Commissioner of U.S. Customs and Border Protection; RONALD D. VITIELLO, Deputy Chief of U.S. Border Patrol, U.S. Customs and Border of Protection; SARAH R. SALDANA, Director of U.S. Immigration and Customs Enforcement; LEON RODRIGUEZ, Director of U.S. Citizenship and Immigration Services,

        Defendants - Appellees

v.

JANE DOE #1; JANE DOE #2; JANE DOE #3,

        Intervenors – Appellants

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

O R D E R:

IT IS ORDERED that appellants' unopposed motion to stay further proceedings in this court and suspend the briefing schedule is GRANTED.

/s/Edith H. Jones
EDITH H. JONES
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 06, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-40796    State of Texas, et al v. USA, et al  
                       USDC No. 1:14-CV-254

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Dawn Shulin*  
Dawn M. Shulin, Deputy Clerk  
504-310-7658

Mr. J. Campbell Barker  
Mr. David J. Bradley  
Ms. Beth S. Brinkmann  
Mr. Joseph Conrad Chapelle  
Mr. Jeffrey A. Clair  
Mrs. Angela Veronica Colmenero  
Mr. Matthew Hamilton Frederick  
Mr. Kyle R. Freeny  
Ms. Kathleen Roberta Hartnett  
Mr. William Ernest Havemann  
Mr. Scott A. Keller  
Mr. Adam Paul KohSweeney  
Mr. Gabriel Markoff  
Mr. Scott R. McIntosh  
Mr. Benjamin C. Mizer  
Ms. Nina Perales  
Ms. Linda J. Smith