# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| vs. | ) Case No. 1:14-cv-254 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## ORDER DENYING DEFENDANTS' MOTION TO VACATE SANCTIONS ORDERS OF MAY 19, 2016

The Court, having carefully reviewed Defendants' Motion to Vacate Sanctions Orders of May 19, 2016 to Preserve the Court's Jurisdiction, and the response by Plaintiffs, is of the opinion that Defendants' motion lacks merit and should be DENIED.

IT IS THEREFORE ORDERED that Defendants' Motion to Vacate Sanctions Orders of May 19, 2016 to Preserve the Court's Jurisdiction is hereby DENIED.

SIGNED THIS_____ day of _____, 2016.

_____
ANDREW S. HANEN
United States District Judge