UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

_____
                                        )
STATE OF TEXAS, *et al.*,               )
                                        )
              Plaintiffs,               )
                                        )   No. 1:14-CV-254
    v.                                  )
                                        )
UNITED STATES OF AMERICA, *et al.*      )
                                        )
              Defendants.               )
_____)

**Order**

Upon consideration of Defendants' Unopposed Motion to File Excess Pages, it is HEREBY ORDERED that Defendants' motion is GRANTED.

It is FURTHER ORDERED that Defendants may file a Response of up to fifty-one pages.

Signed on _____ _____, 2016.

_____
The Honorable Andrew S. Hanen
United States District Judge