United States District Court
Southern District of Texas
**ENTERED**
August 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:14-CV-254 ) ) |
| UNITED STATES OF AMERICA, *et al.* | ) ) |
| Defendants. | ) ) |

**Order**

Upon consideration of Defendants' Motion for an Extension of One Hour Fifty-Five Minutes to File Their Memorandum in Response to The Court's Order of June 7, 2016, it is

HEREBY ORDERED that Defendants' motion is GRANTED.

It is FURTHER ORDERED that Defendants' Response shall be deemed filed, *nunc pro tunc*, on July 31, 2016.

Signed on August 3, 2016.

The Honorable Andrew S. Hanen
United States District Judge

-1-