United States District Court
Southern District of Texas
**ENTERED**
August 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE OF TEXAS, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES OF AMERICA, *et al.*,

    *Defendants*.

No. 1:14-cv-254-ASH

### ORDER GRANTING MOTION TO FILE *IN CAMERA* AND, TO THE EXTENT NECESSARY, FOR LEAVE TO FILE

Upon due consideration, it is hereby:

ORDERED that Sealed Filer's Motion to File *In Camera* and, to the Extent Necessary, for Leave to File is GRANTED;

IT IS FURTHER ORDERED that Sealed Filer will CONTINUE TO APPEAR on the public docket as "Sealed Filer"; and

IT IS FURTHER ORDERED that Sealed Filer may FILE UNDER SEAL counsel's Notice of Appearance, and the Motion to File *In Camera* and, to the Extent Necessary, for Leave to File; and may FILE *IN CAMERA* the Individual Response of [Sealed Filer] to the Order of June 7, 2016, and the Declaration of [Sealed Filer].

Signed on ___August 3___, 2016

The Honorable Andrew S. Hanen
United States District Court Judge