United States District Court
Southern District of Texas
**ENTERED**
August 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.* <br><br> Defendants. | No. 1:14-CV-254 |

### Order

Upon consideration of Defendants' Unopposed Motion to File Excess Pages, it is HEREBY ORDERED that Defendants' motion is GRANTED.

It is FURTHER ORDERED that Defendants may file a Response of up to fifty-one pages.

Signed on August 3, 2016.

_____
The Honorable Andrew S. Hanen
United States District Judge

-1-