United States District Court
Southern District of Texas
**ENTERED**
August 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:14-CV-254 ) ) |
| UNITED STATES OF AMERICA, *et al.* | ) ) ) |
| Defendants. | ) ) |

**Order**

Upon consideration of Defendants' Unopposed Motion for Leave to File Under Seal and *In Camera* Their Response to the Court's Order of June 7, 2016, it is

HEREBY ORDERED that Defendants' motion is GRANTED.

It is FURTHER ORDERED that Defendants are granted leave to file under seal, and *in camera*, their Response to the Court's Order of June 7, 2016 and accompanying declarations.

It is FURTHER ORDERED that Defendants shall file a redacted version of their submission on the public docket no later than August 8, 2016.

Signed on August 4, 2016.

The Honorable Andrew S. Hanen
United States District Judge

-1-