United States District Court
Southern District of Texas
**ENTERED**
August 05, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
|     Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
|     Defendants. | § | |

# ORDER

The Court hereby resets the status conference schedule for August 22, 2016 at 11:00 a.m. to **August 31, 2016** at **1:30 p.m.**

Signed this 5th day of August, 2016.

_____
Andrew S. Hanen
United States District Judge