# TRUMP

## MAKE AMERICA GREAT AGAIN!

June 13, 2016

Rhonda Fleming

PO Box 27137

Ft. Worth, TX 76127

Dear Rhonda,

Thank you for contacting our Campaign Team regarding policy issues. Your suggestions have been taken into consideration and will be regarded with the utmost attention. We truly appreciate your support and encouragement on the issue. It's Americans like you who are helping to ensure that Mr. Trump becomes the next President of the United States.

Mr. Trump is dedicated to putting the interests of Americans first – protecting their jobs, boosting their incomes, and defending their rights against those who would violate them.

His only special interest is you, the American voter.  And he will never stop fighting for you.

Rhonda, we are honored to call you a valuable member of Team Trump and to work with you on rescuing the future of our country.  Supporters like you are the key to realizing our dreams for a country where people, not politicians, come first.  Sharing your enthusiasm for this campaign, and your commitment to improving your country, is the key to success in November – and the key to saving this country for the Americans of today and tomorrow.


Together we can Make America Great Again!

Sincerely,

Team Trump

Paid for by Donald J. Trump For President, Inc.


EX-A