TRULINCS 11670025 - OSTEEN, DIANA L - Unit: CRW-I-S

---

FROM: 11670025
TO: Wujek, Stella
SUBJECT: Declaration
DATE: 08/08/2016 05:08:11 PM

OSTEEN DECLARATION PURSUANT TO 28 U.S.C. Section 1746

I, Diana Osteen, certify under penalty of perjury that the following statement is true and correct:

I am currently incarcerated at Carswell Federal Medical Center in Fort Worth, Texas. I considered joining the case State of Texas Plaintiff, Robin Clarice Parezanin, Reheleh Ziaei, Tammy Willis, Rhonda Ann Fleming vs United States of America No B-14-254. After careful consideration, however, I decided not to join because I feared hostile retaliation from the illegal aliens in which we are greatly outnumbered here.

Executed on August 8, 2016

Diana Osteen

*Diana Osteen* (signature)

EX-B