IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*. | No.: 1:14-CV-254 |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF JANE DOE #4 & JANE DOE #5 FOR LEAVE TO PROCEED UNDER PSEUDONYMS**

Before the Court is the Unopposed Motion of Jane Doe #4 and Jane Doe # 5 for Leave to Proceed Under Pseudonyms.

MOTION IS HEREBY GRANTED.

Signed this _____ day of August, 2016.

_____
Andrew S. Hanen
United States District Judge