UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | BROWNSVILLE | Case Number | 1:14-CV-254 |
|---|---|---|---|

STATE OF TEXAS, et al.,

*versus*

UNITED STATES OF AMERICA, et al.,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Karen C. Tumlin<br>National Immigration Law Center<br>3435 Wilshire Boulevard, Suite 1600<br>Los Angeles, CA 90010<br>CA  234691 |
|---|---|

| Name of party applicant seeks to appear for: | Amici Curiae by Angelica Villalobos, Juan Escalante, Jane Doe #4 and Jane Doe #5 |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/9/2016 | Signed: | s/ - Karen C. Tumlin |
|---|---|---|

| The state bar reports that the applicant's status is:  Active. | | |
|---|---|---|
| Dated: 8/15/2016 | Clerk's signature | s/ Balvina Campos |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge