UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | BROWNSVILLE | Case Number | 1:14-CV-254 |
|---|---|---|---|

STATE OF TEXAS, et al.,

*versus*

UNITED STATES OF AMERICA, et al.,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nora A. Preciado<br>National Immigration Law Center<br>3435 Wilshire Boulevard, Suite 1600<br>Los Angeles, CA 90010<br>CA 239235 |
|---|---|

| Name of party applicant seeks to appear for: | Amici Curiae by Angelica Villalobos, Juan Escalante, Jane Doe #4 and Jane Doe #5 |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/9/2016 | Signed: *Nora Preciado* |
|---|---|

| The state bar reports that the applicant's status is: | Active. |
|---|---|
| Dated: 8/15/2016 | s/ Balvina Campos<br>Clerk's signature |

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                        United States District Judge