UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | BROWNSVILLE | Case Number | 1:14-CV-254 |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Justin B. Cox<br>National Immigration Law Center<br>1989 College Avenue NE<br>Atlanta, GA 30317<br>(678) 404-9119, cox@nilc.org<br>Georgia Bar Number: 748945 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Curiae Angelica Villalobos, Juan Escalante, Jane Doe #4 and Jane Doe #5 |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/9/2016 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

**Order**      **This lawyer is admitted *pro hac vice*.**

Dated: _____      _____

                                                     United States District Judge