| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | BROWNSVILLE | Case Number | 1:14-CV-254 |
|---|---|---|---|

STATE OF TEXAS, et al.,

*versus*

UNITED STATES OF AMERICA, et al.,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Justin B. Cox<br>National Immigration Law Center<br>1989 College Avenue NE<br>Atlanta, GA 30317<br>(678) 404-9119, cox@nilc.org<br>Georgia Bar Number: 748945 |
|---|---|
| Name of party applicant seeks to appear for: | Proposed Amici Curiae Angelica Villalobos, Juan Escalante, Jane Doe #4 and Jane Doe #5 |

Has applicant been sanctioned by any bar association or court?  Yes _____  No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/9/2016 | Signed: [signature] |
|---|---|
| The state bar reports that the applicant's status is: | Active member in good standing. |
| Dated: 8/15/2016 | Clerk's signature   s/ Balvina Campos |

**Order**  This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge