| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 14-cv-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Omar Jadwat<br>American Civil Liberties Union<br>  Immigrants' Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2620<br>ojadwat@aclu.org<br>Licensed: NY 4118170 |
|---|---|

| Name of party applicant seeks to appear for: | Angelica Villalobos, Juan Escalante, Jane Doe #4, and Jane Doe #5 |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/11/2016 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                      United States District Judge