UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 14-cv-254 |
|---|---|---|---|
| | State of Texas, et al. | | |
| | *versus* | | |
| | United States of America, et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Cody Wofsy<br>American Civil Liberties Union<br>  Immigrants' Rights Project<br>39 Drumm Street<br>San Francisco, CA 94111<br>(415) 343-0785<br>cwofsy@aclu.org<br>Licensed: CA 294179 |
|---|---|

| Name of party applicant seeks to appear for: | Angelica Villalobos, Juan Escalante, Jane Doe #4, and Jane Doe #5 |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/11/2016 | Signed: *(signature)* |
|---|---|

| The state bar reports that the applicant's status is: | Active. |
|---|---|
| Dated: 8/15/2016 | Clerk's signature    s/ Balvina Campos |

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                  United States District Judge