United States District Court
Southern District of Texas
**ENTERED**
August 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
| Defendants. | § | |

# ORDER

Before the Court is the Unopposed Motion of Angelica Villalobos, Juan Escalante, Jane Doe #4, and Jane Doe #5 for Leave to File Brief as *Amici Curiae*. (Doc. No. 395). The motion is granted.

Signed this 22nd day of August, 2016.

Andrew S. Hanen
United States District Judge