UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

AUG 2 2 2016

David J. Bradley, Clerk of Court

STATE OF TEXAS, et al.,
    Plaintiffs,

ROBIN CLARICE PAREZANIN,
RAHELEH ZIAEI,
TAMMY WILLIS,
RHONDA ANN FLEMING,
    Plaintiff-Intervenors,

v.                             No. B-14-254

UNITED STATES OF AMERICA

ADDENDUM TO THE MOTION FOR EXPEDITED EVIDENTIARY HEARING

TO THE HONORABLE JUDGE ANDREW S. HANEN:

    The Plaintiff-Intervenors would like the Court to be made aware that an email was sent to all 2nd Shift Housing Officers that all televisions had to be placed on the channel televising Hillary Clinton's acceptance speech on or about July 28, 2016.

    This was not done for the Republican Party Convention. This is important because it is evidence of political bias even in a prison where most of the inmates are not allowed to vote. Some officers did not want to comply with the order, but the prison has a new captain and they did not want to face retaliation.

Respectfully Submitted,

*Tammy Willis*
Tammy Willis, Plaintiff-Intervenor
August 10, 2016

CERTIFICATE OF SERVICE

    A copy of the same has been sent by U.S. Mail on the same day to the U.S. DOJ, 950 Pennsylvania Ave., Washington, D.C. 20530 and the Atty. Gen. of Texas, P.O. Box 12548, Austin, TX 78711

*Rhonda Fleming*