UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:14-cv-254 |
| UNITED STATES OF AMERICA, *et al.* | ) |
| Defendants. | ) |

**DEFENDANTS' AMENDED CERTIFICATE OF SERVICE REGARDING DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE**

Defendants hereby amend their certificate of service for their opposition to the Motion to Intervene, ECF No. 406. Defendants hereby certify that a true and correct copy of Defendants' Opposition to Motion to Intervene was delivered electronically on August 29, 2016, to all counsel of record through the court's ECF system. In addition, Defendants hereby certify that a true and correct copy of Defendants' Opposition to Motion to Intervene was sent via First Class Mail on August 30, 2016, to Rhonda Fleming 20446-009, Federal Medical Center, Carswell, Fort Worth, TX 76127.

Dated: August 30, 2016            Respectfully submitted,

KENNETH MAGIDSON                   BENJAMIN C. MIZER
United States Attorney             Principal Deputy Assistant Attorney General

DANIEL DAVID HU                    JENNIFER D. RICKETTS
Assistant United States Attorney   Branch Director, Federal Programs Branch
Deputy Chief, Civil Division       Attorney-in-Charge (VA Bar No. 29281)

                                   JOHN R. TYLER
                                   Assistant Branch Director

-1-

-2-

   */s/ Adam D. Kirschner*
ADAM D. KIRSCHNER (IL Bar #6286601)
JULIE S. SALTMAN
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants' Amended Certificate of Service Regarding Defendants' Opposition to Motion to Intervene has been delivered electronically on August 30, 2016, to all counsel of record through the court's ECF system. I further certify a true and correct copy of Defendants' Amended Certificate of Service Regarding Defendants' Opposition to Motion to Intervene was sent via First Class Mail on August 30, 2016, to Rhonda Felming 20446-009, Federal Medical Center, Carswell, Fort Worth, TX 76127.

*/s/ Adam D. Kirschner*
Counsel for Defendants