IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants <br><br> and <br><br> JANE DOE #1, JANE DOE #2, AND JANE DOE #3, <br><br> Defendant-Intervenors | Case No. 1:14-cv-254 |

## **NOTICE OF APPEARANCE OF CARLOS M. GARCIA**

Defendant-Intervenors, *Jane Doe, et al.,* hereby file their Notice of Appearance of Carlos M. Garcia as Counsel, and in support thereof, would show this Court the following:

1. Counsel and attorney-in-charge on behalf of Defendant-Intervenors in this matter is Nina Perales.

2. Mr. Garcia, State Bar No. 24065265 and Southern District Bar No. 1081768, will be appearing as counsel for Defendant-Intervenors in this case.

3. Mr. Garcia is a member in good standing of the State Bar of Texas.

ACCORDINGLY, Plaintiff respectfully requests that the Court notice Carlos M. Garcia as counsel for Defendant- Intervenors and that all notices, correspondence or communications of any kind regarding the above-styled and numbered cause be also sent to Mr. Garcia at the address set forth below:

Carlos M. Garcia<br>
Garcia & Garcia, Attorneys at Law, P.L.L.C.<br>
P.O. Box 4545<br>
McAllen, Texas 78502<br>
Telephone: (956) 630-3889<br>
Fax: (956) 630-3899<br>
Email: cgarcia@garciagarcialaw.com

Dated: August 30, 2016     Respectfully submitted,

**O'MELVENY & MYERS LLP**
Adam P. KohSweeney (Cal. Bar No. 229983)*
Gabriel Markoff (Cal. Bar. No. 291656)*
2 Embarcadero Center 28th Floor
San Francisco, CA 94111-3823
Phone: (415) 984-8700
Facsimile: (415) 984-8701

**DLA PIPER LLP**
Linda J. Smith (Cal. Bar. No. 78238)*
2000 Avenue of the Stars, Ste. 400N
Los Angeles, CA 90067
Phone: (310) 595-3038
Facsimile: (310) 595-3300

*Admitted *pro hac vice*.

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
**By** */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046;
Southern District of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382

**GARCIA & GARCIA, ATTORNEYS AT LAW, P.L.L.C.**
Carlos M. Garcia (Tex. Bar No. 24065265;
Southern District of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, Texas 78502
Telephone: (956) 630-3889
Fax: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for **JANE DOE #1**, **JANE DOE #2,** and **JANE DOE #3**

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August 2016, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046)
***Attorney-in-Charge for Jane Doe #1, Jane Doe #2, and Jane Doe #3***