UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 14-cv-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Cecillia Wang<br>American Civil Liberties Union<br> Immigrants' Rights Project<br>39 Drumm Street<br>San Francisco, CA 94111<br>(415) 343-0775<br>Licensed: CA 187782 & NY 4124889 |
|---|---|

| Name of party applicant seeks to appear for: | Angelica Villalobos, Juan Escalante, Jane Doe #4, and Jane Doe #5 |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/11/2016 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is:   Active. |||
|---|---|---|
| Dated: 8/15/2016 | Clerk's signature | s/ Balvina Campos |

**Order**

Dated: 8/30/16

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge