Case 1:14-cv-00254   Document 412   Filed on 08/30/16 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 30, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | BROWNSVILLE | Case Number | 1:14-CV-254 |
|---|---|---|---|

STATE OF TEXAS, et al.,

*versus*

UNITED STATES OF AMERICA, et al.,

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Justin B. Cox<br>National Immigration Law Center<br>1989 College Avenue NE<br>Atlanta, GA 30317<br>(678) 404-9119, cox@nilc.org<br>Georgia Bar Number: 748945 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Curiae Angelica Villalobos, Juan Escalante, Jane Doe #4 and Jane Doe #5 |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/9/2016 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: | Active member in good standing. |
|---|---|
| Dated: 8/15/2016 | Clerk's signature   s/ Balvina Campos |

**Order**

Dated: 8/30/16

This lawyer is admitted *pro hac vice*.

_____
United States District Judge