United States District Court
Southern District of Texas
**ENTERED**
August 30, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | BROWNSVILLE | Case Number | 1:14-CV-254 |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Karen C. Tumlin<br>National Immigration Law Center<br>3435 Wilshire Boulevard, Suite 1600<br>Los Angeles, CA 90010<br>CA  234691 |
|---|---|

| Name of party applicant seeks to appear for: | Amici Curiae by Angelica Villalobos, Juan Escalante, Jane Doe #4 and Jane Doe #5 |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/9/2016 | Signed: | s/ - Karen C. Tumlin |
|---|---|---|

| The state bar reports that the applicant's status is: Active. | | |
|---|---|---|
| Dated: 8/15/2016 | Clerk's signature | s/ Balvina Campos |

**Order**

Dated: 8/30/16

This lawyer is admitted *pro hac vice.*

_____
United States District Judge