Case 1:14-cv-00254 Document 415 Filed on 08/30/16 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 30, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | BROWNSVILLE | Case Number | 1:14-CV-254 |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nora A. Preciado<br>National Immigration Law Center<br>3435 Wilshire Boulevard, Suite 1600<br>Los Angeles, CA 90010<br>CA 239235 |
|---|---|

| Name of party applicant seeks to appear for: | Amici Curiae by Angelica Villalobos, Juan Escalante, Jane Doe #4 and Jane Doe #5 |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/9/2016 | Signed: *[signature] Nora Preciado* |
|---|---|

| The state bar reports that the applicant's status is: Active. |
|---|
| Dated: 8/15/2016 | Clerk's signature  s/ Balvina Campos |

**Order**

Dated: 8/30/16

This lawyer is admitted *pro hac vice*.

_____
United States District Judge