United States District Court
Southern District of Texas

**ENTERED**

October 06, 2016

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 1:14-CV-254 |
| | § | |
| UNITED STATES OF AMERICA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In light of the Supreme Court of the United States's denial of the Petition for Rehearing, and taking into account the parties' agreement, disclosed to this Court in the last hearing, the parties shall meet and confer among themselves to see if they can agree to an appropriate Scheduling Order which, if adopted by this Court, will govern this matter to its conclusion. This conference should take place before November 11, 2016. If an agreement is reached, the parties should file the proposed schedule for consideration by this Court. If an agreement can not be reached, the parties should jointly file a pleading outlining the areas of agreement and disagreement. The appropriate filing shall be accomplished by November 18, 2016. The Court will wait to review the parties' submission before determining whether a scheduling hearing will be necessary.

Signed this 6th day of October, 2016.

Andrew S. Hanen
United States District Judge