

United States District Court
Southern District of Texas
FILED

OCT 1 1 2016

David J. Bradley, Clerk of Court

October 3, 2016

United States District Court
600 E Harrison Street
Brownsville, TX 78520

RE: Texas v. United States
        No. B-14-254

        Notice of Appeal

Dear Clerk:

    A Motion to Intervene
was filed August 10, 2016 and
a family friend checked with
your office, today, and was
told the Motion was denied.
    We did not receive a
copy of the Order.

— 1 —

Please provide a copy of
the Order and accept this
letter as Notice of Appeal
of the Order denying
intervention.

Respectfully,
Rhonda Fleming

cc: file
5th Circuit Court of Appeals

Name: Rhonda Fleming
Reg. No. 20446-009
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

Legal Mail

MAILED
United States District Court
Southern District of Texas

OCT 11 2016

RECEIVED
David J. Bradley, Clerk of Court

78520717699

NORTH TEXAS TX FROM
DALLAS TX 750
06 OCT 2016 PM 3 L

<> 20446-009 <>
Federal District Clerk
600 E Harrison ST
Federal Courthouse
Brownsville, TX 78520
United States