

United States District Court
Southern District of Texas
FILED

OCT 11 2016

David J. Bradley, Clerk of Court

October 3, 2016

United States District Court
600 E Harrison Street
Brownsville, TX 78520

RE: Texas v. United States
   No. B-14-254

Notice of Appeal

Dear Clerk:

A Motion to Intervene was filed August 10, 2016 and a family friend checked with your office, today, and was told the Motion was denied.

We did not receive a copy of the Order.

-1-

Please provide a copy of the Order and accept this letter as Notice of Appeal of the Order denying intervention.

Respectfully,
Rhonda Fleming

cc: file
5th Circuit Court of Appeals

Name: Rhonda Fleming
Reg. No. 20446-009
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

**MAIL**
United States District Court
Southern District of Texas

**RECEIVED**
OCT 11 2016
David J. Bradley, Clerk of Court

Legal Mail

NORTH TEXAS TX 760
DALLAS TX 750
05 OCT 2016 PM 3 L

⇔ 20446-009 ⇔
Federal District Clerk
600 E Harrison ST
Federal Courthouse
Brownsville, TX 78520
United States

7852071 7699

