UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE

United States District Court
Southern District of Texas
FILED

OCT 17 2016

David J. Bradley, Clerk of Court

STATE OF TEXAS,

ROBIN CLARICE PAREZANIN,
RHONDA FLEMING,
    Plaintiff-Intervenors,

v.                                No. B-14-254

UNITED STATES OF AMERICA

NOTICE OF APPEAL

   The Plaintiff-Intervenors appeal the denial of their Motion to Intervene, filed August 10, 2016. The Plaintiff-Intervenors have not received a copy of the Order denying the Motion, but their families were informed the Motion was denied.

   The Plaintiff-Intervenors respectfully request that the Clerk of Court file this Notice of Appeal and transfer the case to the Fifth Circuit Court of Appeals.

Respectfully Submitted,

/s/ Rhonda Fleming

Rhonda Fleming, Plaintiff
October 13, 2016

cc:  5th Circuit Clerk

Name Rhonda Fleming
Reg. No. 20446-009
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

RECEIVED
David J. Bradley, Clerk of Court
OCT 17 2016

Legal Mail

⇔ 20446-009 ⇔
Federal District Clerk
600 E Harrison ST
Federal Courthouse
Brownsville, TX 78520
United States

7852071765S