APPEAL,APPEAL_NAT,STAYED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Brownsville)
# CIVIL DOCKET FOR CASE #: 1:14-cv-00254
# Internal Use Only

State of Texas et al v. United States of America et al
Assigned to: Judge Andrew S. Hanen
Related Case: 1:16-cv-00119
Case in other court: 107th District Court, Cameron County,
                 Texas, 2015-DCL-662-A
Cause: 05:551 Administrative Procedure Act

Date Filed: 12/03/2014
Jury Demand: None
Nature of Suit: 899 Other Statutes:
Administrative Procedures Act/Review
or Appeal of Agency Decision
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**State of Texas**  represented by  **Andrew Stephen Oldham**
Texas Attorney General's Office
PO Box 12548 (MC: 059)
Austin, TX 78711-2548
512-936-1862
Email:
andy.oldham@texasattorneygeneral.gov
*TERMINATED: 03/02/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548
512-475-4055
Fax: 512-320-0667
Email: adam.bitter@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
Texas Office Of The Attorney General
P O BOX 12548
Capitol Station
Austin, TX 78711-2548
512-475-4100
Email: angela.colmenero@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
Office of the Attorney General

209 W 14th St
7th Fl
Austin, TX 78701
512-936-2868
Email:
arthur.dandrea@texasattorneygeneral.gov

*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
Texas Attorney General
300 W. 15th St.
Austin, TX 78711
512-463-2120
Fax: 512-320-0667
Email:
Eric.hudson@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
Texas Attorney General's Office
PO Box 12548 (MC: 059)
Austin, TX 78711-2548
512-396-1700
Fax: 512-474-2697
Email:
cam.barker@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
350 Sharon Park Drive
Apt G3
Menlo Park, CA 94025
(703) 314-9276
Email: jfmitchell@mac.com
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
Office of the Attorney General
Solicitor General's Office
209 West 14th St.
7th Floor (MC 059)
Austin, TX 78701
512-936-1700
Fax: (512) 474-2697
Email:

scott.keller@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Alabama**                 represented by **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Georgia**                 represented by **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Idaho**                    represented by   **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**State of Indiana**          represented by   **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C Chapelle**
Barnes & Thornburg LLP
11 South Meridian St
Indianapolis, IN 46204
317-231-7209
Email: joe.chapelle@btlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J Rusthoven**
Barnes & Thornburg LLP
11 South Meridian St
Indianapolis, IN 46204
317-231-7299
Email: peter.rusthoven@btlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Kansas**                    represented by  **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dwight Carswell**
Kansas Attorney General's Office
120 SW 10th Avenue
2nd Floor
Topeka, KS 66612
785-368-8410
Email: dwight.carswell@ag.ks.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Louisiana**                    represented by   **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**

(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Montana**                    represented by   **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of Nebraska**                    represented by    **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Lopez**
Office of Nebraska Attorney General
2115 State Capitol
Lincoln, NB 68509
402 471-2682
Email: dave.lopez@nebraska.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan S Post**
Office of Nebraska Attorney General
2115 State Capitol
Lincoln, NB 68509
402 471-2682
Email: ryan.post@nebraska.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**State of South Carolina**          represented by   **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of South Dakota**                    represented by   **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Utah**                    represented by   **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of West Virginia**                    represented by **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Wisconsin**                    represented by  **Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Daniel P Lennington**
Wisconsin Department of Justice
17 West Main St
Madison, WI 53707
608-267-8901
Email: lenningtondp@doj.state.wi.us
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)

*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul R. LePage**                    represented by    **Andrew Stephen Oldham**
*Governor, State of Maine*                              (See above for address)
                                                        *TERMINATED: 03/12/2015*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

Scott A. Keller
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick L. McCrory**          represented by   **Andrew Stephen Oldham**
*Governor, State of North Carolina*                (See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C.L. "Butch" Otter**          represented by   **Andrew Stephen Oldham**
*Governor, State of Idaho*                          (See above for address)
*TERMINATED: 03/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Cally Younger**
Office of Governor CL "Butch" Otter
PO Box 63720
Boise, ID 83720
208 854-3022
Email: cally.younger@gov.idaho.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phil Bryant**                          represented by   **Andrew Stephen Oldham**
*Governor, State of Mississippi*                          (See above for address)
                                                          *TERMINATED: 03/12/2015*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Adam Nicholas Bitter**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of North Dakota**                    represented by   **Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Ohio**                    represented by    **Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric E Murphy**
Ohio Attorney General Mike DeWine's
Office
30 E. Broad St
17th Fl
Columbus, OH 43215
614-466-8980
Email:
eric.murphy@ohioattorneygeneral.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Oklahoma**                    represented by   **Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Patrick R. Wyrick**
Oklahoma Attorney General's Office
313 N.E. 21st St
Oklahoma City, OK 73105
405-521-3921

Email: patrick.wyrick@oag.ok.gov
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Florida**                    represented by   **Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Arizona**                    represented by   **Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State of Arkansas**                    represented by   **Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*
*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Attorney General Bill Schuette**          represented by   **Adam Nicholas Bitter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Stephen Oldham**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Angela V Colmenero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Campbell Barker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*TERMINATED: 01/20/2015*

*ATTORNEY TO BE NOTICED*

**Scott A. Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur D'Andrea**
(See above for address)
*TERMINATED: 03/12/2015*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Nevada**                    represented by   **Andrew Stephen Oldham**
                                                        (See above for address)
                                                        *TERMINATED: 03/12/2015*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Peter J Rusthoven**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Adam Nicholas Bitter**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Angela V Colmenero**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Arthur D'Andrea**
                                                        (See above for address)
                                                        *TERMINATED: 03/12/2015*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Eric Alan Hudson**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John Campbell Barker**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Scott A. Keller**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Tennessee**                    represented by   **Andrew Stephen Oldham**
                                                           (See above for address)
                                                           *TERMINATED: 03/12/2015*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Peter J Rusthoven**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Adam Nicholas Bitter**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Angela V Colmenero**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Arthur D'Andrea**
                                                           (See above for address)
                                                           *TERMINATED: 03/12/2015*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Eric Alan Hudson**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **John Campbell Barker**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Scott A. Keller**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**              represented by   **Kathleen R Hartnett**
                                                           US Department of Justice
                                                           Civil Division
                                                           950 Pennsylvania Avenue, NW
                                                           Washington, DC 20530
                                                           202 514-2331

*TERMINATED: 11/24/2015*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Renee Freeny**
US Dept of Justice
20 Massachusetts Ave
Washington, DC 20001
202-514-5108
Email: kyle.freeny@usdoj.gov
*TERMINATED: 01/20/2016*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam David Kirschner**
USDOJ, Civil Division
P. O. Box 883
20 Massachusetts Ave., N.W.
Room 7126
Washington, DC 20044
202-353-0265
Fax: 202-616-8470
Email: adam.kirschner@usdoj.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bradley Heath Cohen**
US Dept of Justice
Civil Div, Fed Programs Branch
PO Box 883
Washington, DC 20044
202-305-9855
Email: bradley.cohen@usdoj.gov
*TERMINATED: 12/11/2015*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
Office of the US Attorneys Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9518
Fax: 713-718-3303
Email: daniel.hu@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Daniel Stephen Garrett Schwei**
US Dept of Justice
Civil Div, Federal Programs Branch
PO Box 883
Washington, DC 20044
202-305-8693
Email: daniel.s.schwei@usdoj.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James J Gilligan**
U.S. Department of Justice - Civil
Division
20 Massachusetts Ave. NW
Washington, DC 20001
202-514-3358
Email: james.gilligan@usdoj.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer D Ricketts**
US Dept of Justice, Civil Division
20 Massachusetts Ave
Rm 6100
Washington, DC 20530
202-514-3671
Email: jennifer.d.ricketts@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John R Tyler**
US Department of Justice Civil Division
20 Massachusetts Ave NW
Washington, DC 20001
(202)514-2356
Email: john.tyler@usdoj.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeh Johnson**
*Secretary of the Department of*
*Homeland Security*

represented by **Kathleen R Hartnett**
(See above for address)
*TERMINATED: 11/24/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Renee Freeny**
(See above for address)
*TERMINATED: 01/20/2016*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam David Kirschner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bradley Heath Cohen**
(See above for address)
*TERMINATED: 12/11/2015*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Stephen Garrett Schwei**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James J Gilligan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer D Ricketts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R Tyler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**R. Gil Kerlikowske**
*Commissioner of U.S. Customs and
Border Protection*

represented by **Kathleen R Hartnett**
(See above for address)
*TERMINATED: 11/24/2015*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Renee Freeny**
(See above for address)
*TERMINATED: 01/20/2016*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam David Kirschner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bradley Heath Cohen**
(See above for address)
*TERMINATED: 12/11/2015*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Stephen Garrett Schwei**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James J Gilligan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer D Ricketts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R Tyler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald D. Vitiello**                         represented by   **Kathleen R Hartnett**
*Deputy Chief of U.S. Border Patrol,*                          (See above for address)
*U.S. Customs and Border of Protection*                        *TERMINATED: 11/24/2015*
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Kyle Renee Freeny**
                                                               (See above for address)
                                                               *TERMINATED: 01/20/2016*
                                                               *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam David Kirschner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bradley Heath Cohen**
(See above for address)
*TERMINATED: 12/11/2015*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Stephen Garrett Schwei**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James J Gilligan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer D Ricketts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R Tyler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sarah R Saldana**                    represented by  **Kathleen R Hartnett**
*Director of U.S. Immigration and*                     (See above for address)
*Customs Enforcement*                                  *TERMINATED: 11/24/2015*
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Kyle Renee Freeny**
                                                       (See above for address)
                                                       *TERMINATED: 01/20/2016*
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Adam David Kirschner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bradley Heath Cohen**
(See above for address)
*TERMINATED: 12/11/2015*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Stephen Garrett Schwei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James J Gilligan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer D Ricketts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R Tyler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leon Rodriguez**                      represented by   **Kathleen R Hartnett**
*Director of U.S. Citizenship and*                       (See above for address)
*Immigration Services*                                   *TERMINATED: 11/24/2015*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Kyle Renee Freeny**
                                                         (See above for address)
                                                         *TERMINATED: 01/20/2016*
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Adam David Kirschner**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Bradley Heath Cohen**
(See above for address)
*TERMINATED: 12/11/2015*
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Stephen Garrett Schwei**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James J Gilligan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer D Ricketts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R Tyler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Mitchell Williams**                    represented by  **Mitchell Williams**
*TERMINATED: 01/09/2015*                                 PO Box 33
                                                          Palatka, FL 32178
                                                          *PRO SE*

**Movant**

**Dr Orly Taitz**                        represented by  **Orly Taitz**
*TERMINATED: 01/07/2015*                                 Law Office of Orly Taitz
                                                          29839 Santa Margarita Pkwy
                                                          Ste 100
                                                          Rancho Santa Margarita, CA 92688
                                                          949-683-5411
                                                          Fax: 949-766-7603
                                                          Email: orly.taitz@hushmail.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Movant**

**Jane Doe #1**                     represented by   **Gabriel Markoff**
O'Melveny & Meyers LLP
2 Embarcadero Center
28th Fl
San Francisco, CA 94111-3823
415-984-8700
Email: gmarkoff@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Jorge deNeve**
O'Melveny & Meyers LLP
400 S. Hope St
18th Fl
Los Angeles, CA 91001
Email: jdeneve@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
MALDEF
110 Broadway
Ste 300
San Antonio, TX 78205
210-224-5476
Fax: 210-224-5382
Email: nperales@maldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam P KohSweeney**
OMelveny and Myers LLP
2 Embarcadero Ctr
28th Fl
San Francisco, CA 94111
415-984-8912
Email: akohsweeney@omm.com
*ATTORNEY TO BE NOTICED*

**Carlos Moctezuma Garcia**
Garcia & Garcia Attorneys at Law,
P.L.L.C.
4905-A N. McColl
McAllen, TX 78504
956-630-3889
Email: cgarcia@garciagarcialaw.com
*ATTORNEY TO BE NOTICED*

**Linda Jane Smith**
DLA Piper LLP (US)
2000 Ave of the Stars
Ste 4000 North Tower
Los Angeles, CA 90067-4704
310-595-3038
Email: linda.smith@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Jane Doe #2**                    represented by **Gabriel Markoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Jorge deNeve**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam P KohSweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carlos Moctezuma Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda Jane Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Jane Doe #3**                    represented by **Gabriel Markoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Jorge deNeve**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam P KohSweeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carlos Moctezuma Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda Jane Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Harold William Van Allen**                  represented by   **Harold William Van Allen**
*TERMINATED: 03/13/2015*                                         351 North Road
                                                                Hurley, NY 12443
                                                                (845)3894366
                                                                Email: hvanallen@hvc.rr.com
                                                                PRO SE

<u>**Movant**</u>

**Natural Born Citizen Party National**       represented by   **Natural Born Citizen Party National**
**Committee**                                                   **Committee**
                                                                c/o Harold W. Van Allen, Co-
                                                                Chairperson
                                                                351 North Rd
                                                                Hurley, NY 12443
                                                                845-389-4366
                                                                Email: hvanallen@hvc.rr.com
                                                                PRO SE

<u>**Movant**</u>

**Robin Clarice Parezanin**                   represented by   **Robin Clarice Parezanin**
                                                                20263-298
                                                                Fed Medical Center -Carswell
                                                                P.O. Box 27137
                                                                Fort Worth, TX 76127
                                                                PRO SE

<u>**Movant**</u>

**Raheleh Ziaei**                             represented by   **Raheleh Ziaei**
                                                                42548-298

Fed Medical Center-Carswell
P.O. Box 27137
Fort Worth, TX 76127
PRO SE

**Movant**

**Tammy Willis**                    represented by   **Tammy Willis**
32203-001
Fed Medical Center-Carswell
P.O. Box 27137
Fort Worth, TX 76127
PRO SE

**Movant**

**Rhonda Ann Fleming**              represented by   **Rhonda Ann Fleming**
20446-009
Fed Medical Center-Carswell
P.O. Box 27137
Fort Worth, TX 76127
PRO SE

V.

**Amicus**

**American Center for Law & Justice**   represented by   **Jay Alan Sekulow**
*Committee to Defend the Separation of*                   American Center for Law & Justice
*Powers and Select Members of*                            201 Maryland Ave., NE
*Congress*                                                Washington, DC 20002
                                                          202-546-8890
                                                          Email: sekulow@aclj.org
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Service Employees International**    represented by   **Jonathan D Weissglass**
**Union**                                              ALTSHULER BERZON LLP
                                                       177 Post Street
                                                       Ste 300
                                                       San Francisco, CA 94108
                                                       415-421-7151
                                                       Fax: 415-362-8064
                                                       Email: jweissglass@altshulerberzon.com
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

**Amicus**

**Immigration Reform Law Institute**          represented by   **Dale L. Wilcox**
Immigration Reform Law Institute
25 Massachusetts Ave. Ste. 335
Washington, DC 20001
202-232-5590
Email: dwilcox@irli.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael M. Hethmon**
Immigration Law Reform Institute
25 Massachusetts Ave NW. Ste 335
Washington, DC 20001
202-232-5590
Fax: 202-464-3590
Email: mhethmon@irli.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>
**Filemon Vela**          represented by   **Antonio Tony Martinez**
Martinez Barrera & Martinez
1201 East Van Buren Street
Brownsville, TX 78520
956-546-7159
Email: tony@mbymlaw.com
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>
**Cato Institute**          represented by   **Ilya Shapiro**
Cato Institute
1000 Massachusetts Ave NW
Washington, DC 20001
202-842-0200
Email: ishapiro@cato.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leif A. Olson**
The Olson Firm PLLC
4830 Wilson Rd Ste 300
PMB 188
Humble, TX 77396
281-849-8382
Email: notices@olsonappeals.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Margulies**
Roger Williams University School of
Law
Bristol, RI 02806
Email: pmargulies@rwu.edu
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Josh Blackman**                    represented by   **Leif A. Olson**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Jeremy A. Rabkin**                 represented by   **Leif A. Olson**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Major Cities Chiefs Police**       represented by   **Chirag G. Badlani**
**Association, et al.**                                Hughes Socol Piers Resnick & Dym, Ltd.

                                                      70 W. Madison St. Ste. 4000
                                                      Chicago, IL 60602
                                                      312-604-2776
                                                      Email: cbadlani@hsplegal.com
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**State of Washington**              represented by   **Anne E Egeler**
                                                      Washington Office of Attorney General
                                                      1125 Washington Street SE
                                                      Olympia, WA 98504-0100
                                                      360-753-7085
                                                      Email: anneE1@atg.wa.gov
                                                      *ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Joe Arpaio**                       represented by   **Jonathon Alden Moseley**
*Sheriff*                                             Freedom Watch Inc.

2020 Pennsylvania Avenue NW
Ste 345
Washington, DC 20006
703-656-1230
Email: Contact@JonMoseley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Bill de Blasio**                              represented by   **Richard Dearing**
*Mayor, City of New York*                                       New York Law Department
                                                               100 Church St
                                                               New York, NY 10007
                                                               212-356-2500
                                                               Fax: 212-356-2509
                                                               Email: rdearing@law.nyc.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Judicial Watch, Inc.**                        represented by   **Mitchell Lee Herren**
                                                               Hinkle Law Firm LLC
                                                               8621 East 21st Street North, Suite 200
                                                               Wichita, KS 67206-2991
                                                               316-267-2000
                                                               Fax: 316-630-8375
                                                               Email: mherren@hinklaw.com
                                                               *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**William F. Reade, Jr.**                       represented by   **William F. Reade, Jr.**
                                                               24 Wildflower Lane
                                                               Yarmouth Port, MA 02675-1474
                                                               PRO SE

<u>Amicus</u>

**Angelica Villalobos**                         represented by   **Cecillia D. Wang**
                                                               American Civil Liberties Union
                                                               Immigrants Rights Project
                                                               39 Drumm St
                                                               San Francisco, CA 94111
                                                               415-343-0775
                                                               Email: cwqang@aclu.org
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Cody Wofsy**
                                                               American Civil Liberties Union

Immigrants' Rights Project
39 Drumm St
San Francisco, CA 94111
415-343-0785
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
American Civil Liberties Union of Texas
1500 McGowen
Suite 250
Houston, TX 77004
7139428146
Fax: 7139428966
Email: esaldivar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen C Tumlin**
National Immigration Law Center
3435 Wilshire Blvd
Suite 1600
Los Angeles, CA 90010
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nora A Preciado**
National Immigration Law Center
3435 Wilshire Blvd
Suite 1600
Los Angeles, CA 90010
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin B Cox**
National Immigration Law Center
1989 College Avenue NE
Atlanta, GA 30317
678-409-9119
*ATTORNEY TO BE NOTICED*

**Omar Jadwat**
American Civil Liberties Union
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2620
*ATTORNEY TO BE NOTICED*

**Amicus**

**jane doe #4**                                   represented by   **Cecillia D. Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cody Wofsy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen C Tumlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nora A Preciado**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin B Cox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Jadwat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**jane doe #5**                                   represented by   **Cecillia D. Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cody Wofsy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Karen C Tumlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nora A Preciado**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin B Cox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar Jadwat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Juan Escalante**                           represented by   **Cecillia D. Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cody Wofsy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin B Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen C Tumlin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nora A Preciado**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Omar Jadwat**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Sealed Filer**                              represented by   **Murray J Fogler**
                                                              Fogler, Brar, Ford, O'Neil & Gray LLP
                                                              711 Louisiana
                                                              Suite 500
                                                              Houston, TX 77002
                                                              713-481-1010
                                                              Fax: 713-574-3224
                                                              Email: mfogler@fbfog.com
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/03/2014 | 🌐1 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 0541-14130337) filed by South Dakota, Louisiana, C.L. "Butch" Otter, Alabama, Texas, West Virginia, Patrick L. McCrory, Kansas, Georgia, Nebraska, Utah, Wisconsin, Paul R. LePage, Montana, Idaho, Phil Bryant, South Carolina, Indiana. (Attachments: # 1 Civil Cover Sheet) (Oldham, Andrew) (Entered: 12/03/2014) |
| 12/03/2014 | 🌐2 | NOTICE of Appearance by Arthur C. D'Andrea on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, State of Louisiana, State of Alabama, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (D'Andrea, Arthur) (Entered: 12/03/2014) |
| 12/03/2014 | 🌐3 | NOTICE of Appearance by Jonathan F. Mitchell on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, State of Louisiana, State of Alabama, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Mitchell, Jonathan) (Entered: 12/03/2014) |
| 12/04/2014 | 🌐4 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 3/31/2015 at 01:30 PM in Courtroom 6 before Judge Andrew S. Hanen(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 12/04/2014) |
| 12/04/2014 | 🌐5 | Opposed MOTION for Preliminary Injunction by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, State of Louisiana, State of Alabama, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of South |

| | | |
|---|---|---|
| | | Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. Motion Docket Date 12/26/2014. (Attachments: # 1 Proposed Order)(Oldham, Andrew) (Entered: 12/04/2014) |
| 12/04/2014 | 6 | Unopposed MOTION for Leave to File Excess Pages by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, State of Louisiana, State of Alabama, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. Motion Docket Date 12/26/2014. (Attachments: # 1 Proposed Order)(Oldham, Andrew) (Entered: 12/04/2014) |
| 12/04/2014 | 7 | Request for Issuance of Summons as to All Defendants, filed. (Attachments: # 1 USA, # 2 President, # 3 Johnson, # 4 Rodriguez, # 5 Kerlikowske, # 6 Vitiello, # 7 Winkowski)(Oldham, Andrew) (Main Document 7 replaced on 4/13/2015) (sbejarano, 1). (Attachment 1 replaced on 4/13/2015) (sbejarano, 1). (Attachment 2 replaced on 4/13/2015) (sbejarano, 1). (Attachment 3 replaced on 4/13/2015) (sbejarano, 1). (Attachment 4 replaced on 4/13/2015) (sbejarano, 1). (Attachment 5 replaced on 4/13/2015) (sbejarano, 1). (Attachment 6 replaced on 4/13/2015) (sbejarano, 1). (Attachment 7 replaced on 4/13/2015) (sbejarano, 1). (Entered: 12/04/2014) |
| 12/05/2014 | 8 | MOTION for Daniel P Lennington to Appear Pro Hac Vice by State of Wisconsin, filed. Motion Docket Date 12/26/2014. (bcampos, 1) (Entered: 12/05/2014) |
| 12/05/2014 | 9 | NOTICE *Amended Notice of Appearance for Jonathan F. Mitchell* re: 3 Notice of Appearance, by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, State of Louisiana, State of Alabama, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Mitchell, Jonathan) (Entered: 12/05/2014) |
| 12/05/2014 | | Summons Issued as to 1.) Jeh Johnson, 2.) R. Gil Kerlikowske, 3.) Leon Rodriguez, 4.) Ronald D. Vitiello, 5.) Thomas S. Winkowski, 6.) U.S. Attorney, 7.) U.S. Attorney General, and 8.) President of the United States. Issued summons returned to plaintiff by: First-class mail. (bcampos, 1) (Entered: 12/05/2014) |
| 12/05/2014 | 10 | ORDER granting 6 Motion to Exceed Page Limits. (Signed by Judge Andrew S. Hanen) Parties notified. (rnieto, 1) (Entered: 12/05/2014) |
| 12/05/2014 | 11 | ORDER granting 8 Motion to Appear Pro Hac Vice.(Signed by Judge Andrew S. Hanen) Parties notified.(sbejarano, 1) (Entered: 12/09/2014) |
| 12/09/2014 | 12 | MOTION for Joseph C. Chapelle to Appear Pro Hac Vice by State of Indiana, filed. Motion Docket Date 12/30/2014. (D'Andrea, Arthur) |

| | | (Additional attachment(s) added on 12/10/2014: # 1 Verified Status of Bar Membership for Motion Pro Hac Vice) (avleal, 1). (Entered: 12/09/2014) |
|---|---|---|
| 12/09/2014 | 13 | MOTION for Peter J. Rusthoven to Appear Pro Hac Vice by State of Indiana, filed. Motion Docket Date 12/30/2014. (D'Andrea, Arthur) (Additional attachment(s) added on 12/10/2014: # 1 Verified Status of Bar Membership for Motion Pro Hac Vice) (avleal, 1). (Attachment 1 replaced on 12/10/2014) (avleal, 1). (Entered: 12/09/2014) |
| 12/09/2014 | 14 | First AMENDED Complaint against All Defendants filed by State of South Dakota, State of Louisiana, State of Alabama, C.L. "Butch" Otter, State of Texas, State of West Virginia, Patrick L. McCrory, State of Kansas, State of Georgia, State of Nebraska, State of Utah, State of Wisconsin, Paul R. LePage, State of Montana, State of Idaho, Phil Bryant, State of South Carolina, State of Indiana, State of North Dakota, State of Ohio, State of Oklahoma, State of Florida, State of Arizona, State of Arkansas, Bill Schuette.(D'Andrea, Arthur) (Entered: 12/09/2014) |
| 12/10/2014 | 15 | NOTICE of Appearance by Daniel P. Lennington on behalf of State of Wisconsin, filed. (Lennington, Daniel) (Entered: 12/10/2014) |
| 12/10/2014 | 16 | ORDER granting 12 Motion to Appear Pro Hac Vice as to Joseph C. Chapelle.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 12/10/2014) |
| 12/11/2014 | 17 | ORDER granting 13 Motion to Appear Pro Hac Vice as to Peter J. Rusthoven.(Signed by Judge Andrew S. Hanen) Parties notified. (mperez, 1) (Entered: 12/11/2014) |
| 12/11/2014 | 18 | MOTION for Eric Murphy to Appear Pro Hac Vice by State of Ohio, filed. Motion Docket Date 1/2/2015. (sbejarano, 1) (Entered: 12/11/2014) |
| 12/12/2014 | 19 | ORDER granting 18 Motion to Appear Pro Hac Vice as to Eric E. Murphy. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 12/12/2014) |
| 12/12/2014 | 20 | Motion and Order for Admission Pro Hac Vice as to Jay Alan Sekulow. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 12/12/2014) |
| 12/15/2014 | 21 | MOTION for Patrick R. Wyrick to Appear Pro Hac Vice by State of Oklahoma, filed. Motion Docket Date 1/5/2015. (dahumada, 1) (Entered: 12/16/2014) |
| 12/16/2014 | 22 | Unopposed MOTION Motion for Leave to Participate as Amici by American Center for Law & Justice, filed. Motion Docket Date 1/6/2015. (Attachments: # 1 Proposed Amici Brief)(Sekulow, Jay) (Entered: 12/16/2014) |

| 12/16/2014 | 🌐 23 | ADVISORY by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Attachments: # 1 Exhibit Juarez-Escobar Opinion)(Oldham, Andrew) (Entered: 12/16/2014) |
|---|---|---|
| 12/17/2014 | 🌐 24 | ORDER granting 21 Motion to Appear Pro Hac Vice.(Signed by Judge Andrew S. Hanen) Parties notified.(sbejarano, 1) (Entered: 12/17/2014) |
| 12/18/2014 | 🌐 25 | NOTICE of Appearance by Adam N. Bitter on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Bitter, Adam) (Entered: 12/18/2014) |
| 12/18/2014 | 🌐 26 | NOTICE of Appearance by Angela V. Colmenero on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Bitter, Adam) (Entered: 12/18/2014) |
| 12/19/2014 | 🌐 27 | NOTICE of Appearance by Kyle R. Freeny on behalf of Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. (Freeny, Kyle) (Entered: 12/19/2014) |
| 12/19/2014 | 🌐 | Minute Entry for proceedings held before Judge Andrew S. Hanen. TELEPHONE CONFERENCE held on 12/19/2014. Appearances: Plaintiff Attorneys: A. Oldham; A. D'Andrea; Defendants Attorneys: K.Freeny; D.Hu;(ERO:R.Nieto)(10:06-10:22) Discussion held. Defendants response due 12/24/14. Plaintiffs reply due 01/02/15. Defendants have one week to 10 days to file reply to Plaintiffs reply if needed. Preliminary Injunction Hearing set for 01/09/15 at 10:00 am in Brownsville, Texas., filed.(csustaeta, 1) (Entered: 12/19/2014) |
| 12/19/2014 | 🌐 28 | NOTICE of Setting. Parties notified. Injunction Hearing set for 1/9/2015 at 10:00 AM in Courtroom 6 before Judge Andrew S. Hanen, filed. (csustaeta, 1) (Entered: 12/19/2014) |

| 12/19/2014 | 🌐 29 | ORDER granting 22 Motion for Leave to Participate as Amici Curiae in Support of Plaintiffs by Members of Congress, the American Center for Law & Justice, and the Committee to Defend the Separation of Powers.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 12/19/2014) |
|---|---|---|
| 12/19/2014 | 🌐 30 | NOTICE of Appearance by Daniel David Hu on behalf of United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. (Hu, Daniel) (Entered: 12/19/2014) |
| 12/19/2014 | 🌐 31 | Amici Curiae BRIEF in Support of re: 5 Opposed MOTION for Preliminary Injunction by American Center for Law & Justice, filed. (melopez, 1) (Entered: 12/22/2014) |
| 12/22/2014 | 🌐 34 | MOTION for Ryan S. Post to Appear Pro Hac Vice by State of Nebraska, filed. Motion Docket Date 1/12/2015. (jtabares, 1) (Main Document 34 replaced on 1/6/2015) (rnieto, 1). (Entered: 12/23/2014) |
| 12/22/2014 | 🌐 35 | MOTION for David A. Lopez to Appear Pro Hac Vice by State of Nebraska, filed. Motion Docket Date 1/12/2015. (jtabares, 1) (Main Document 35 replaced on 1/6/2015) (rnieto, 1). (Entered: 12/23/2014) |
| 12/23/2014 | 🌐 32 | Unopposed MOTION for Extension of Time Reply Brief by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. Motion Docket Date 1/13/2015. (Attachments: # 1 Proposed Order)(Oldham, Andrew) (Entered: 12/23/2014) |
| 12/23/2014 | 🌐 33 | MOTION for Jonathan Weissglass to Appear Pro Hac Vice by Service Employees International Union, filed. Motion Docket Date 1/13/2015. (Weissglass, Jonathan) (Additional attachment(s) added on 12/24/2014: # 1 Continuation) (dahumada, 1). (Entered: 12/23/2014) |
| 12/24/2014 | 🌐 36 | NOTICE of additional Members of Congress as amici by American Center for Law & Justice, filed. (Sekulow, Jay) (Entered: 12/24/2014) |
| 12/24/2014 | 🌐 37 | Unopposed MOTION for Leave to File Excess Pages by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 1/14/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 12/24/2014) |
| 12/24/2014 | 🌐 38 | RESPONSE in Opposition to 5 Opposed MOTION for Preliminary Injunction, filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, |

| | | |
|---|---|---|
| | | # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Errata 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Proposed Order)(Freeny, Kyle) (Entered: 12/24/2014) |
| 12/29/2014 | 39 | MOTION for Leave to File PARTICIPATE AS AMICI CURIAE IN SUPPORT OF DEFENDANTS BY AMERICAN IMMIGRATION COUNCIL, AMERICAN IMMIGRATION LAWYERS ASSOCIATION, DEFINE AMERICAN, NATIONAL IMMIGRANT JUSTICE CENTER, NATIONAL IMMIGRATION LAW CENTER, NEW ORLEANS WORKERS CENTER FOR RACIAL JUSTICE, SERVICE EMPLOYEES INTERNATIONAL UNION, SOUTHERN POVERTY LAW CENTER, AND UNITED WE DREAM by Service Employees International Union, filed. Motion Docket Date 1/20/2015. (Attachments: # 1 AMICI CURIAE BRIEF, # 2 [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS AMICI CURIAE)(Weissglass, Jonathan) (Entered: 12/29/2014) |
| 12/29/2014 | 40 | MOTION to Intervene by Mitchell Williams, filed. Motion Docket Date 1/20/2015. (avleal, 1) (Entered: 12/30/2014) |
| 12/30/2014 | 43 | MOTION for Michael M. Hathmon to Appear Pro Hac Vice, filed. Motion Docket Date 1/20/2015. (jguajardo, 1) (Entered: 01/06/2015) |
| 01/05/2015 | 41 | ORDER granting 32 Unopposed Motion to Extend Time. Brief due by 1/7/2015 Injunction Hearing set for 1/15/2015 at 10:00 AM in Courtroom 6 before Judge Andrew S. Hanen.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/05/2015) |
| 01/06/2015 | 44 | NOTICE of Appearance by Daniel P. Lennington on behalf of State of Wisconsin, filed. (Lennington, Daniel) (Entered: 01/06/2015) |
| 01/06/2015 | 45 | NOTICE of Appearance by Daniel P. Lennington on behalf of State of Wisconsin, filed. (Lennington, Daniel) (Entered: 01/06/2015) |
| 01/06/2015 | 46 | MOTION to Consolidate B14CV254 and B14CV119 by Orly Taitz, filed. Motion Docket Date 1/27/2015. (Attachments: # 1 Exhibit 1-2) (bcampos, 1) (Entered: 01/06/2015) |
| 01/06/2015 | 47 | ORDER granting 43 Motion to Appear Pro Hac Vice as to Michael M. Hethmon.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/06/2015) |
| 01/06/2015 | 48 | ORDER granting 33 Motion to Appear Pro Hac Vice as to Jonathan Weissglass.(Signed by Judge Andrew S. Hanen) Parties notified. (mperez, 1) (Entered: 01/06/2015) |
| 01/06/2015 | 49 | Unopposed MOTION for Leave to File Amicus Curiae Brief by |

| | | |
|---|---|---|
| | | Filemon Vela, filed. Motion Docket Date 1/27/2015. (Attachments: # 1 Proposed Order Proposed Order, # 2 Proposed Brief)(Martinez, Antonio) (Entered: 01/06/2015) |
| 01/06/2015 | 50 | NOTICE of Appearance by John Campbell Barker on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Barker, John) (Entered: 01/06/2015) |
| 01/07/2015 | 51 | ORDER granting 37 Defendant's Unopposed Motion for Leave to File Excess Pages.(Signed by Judge Andrew S. Hanen) Parties notified. (bcampos, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 52 | MOTION for Leave to File Over-Length Amicus Curiae Brief by Proposed Amicus Curiae Immigration Reform Law Institute, filed. Motion Docket Date 1/28/2015. (Attachments: # 1 Exhibit Amicus Curiae Brief)(Hethmon, Michael) (Entered: 01/07/2015) |
| 01/07/2015 | 53 | ORDER granting 34 Motion to Appear Pro Hac Vice as to Ryan S. Post.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 54 | ORDER granting 35 Motion to Appear Pro Hac Vice as to David A. Lopez.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 55 | MOTION for Dale L. Wilcox to Appear Pro Hac Vice, filed. Motion Docket Date 1/28/2015. (jguajardo, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 56 | ORDER granting 49 Motion for Leave to Participate as Amicus Curiae and file a brief in Opposition to Plaintiffs' Motion for Preliminary Injunction by Congressman Filemon Vela in his official capacity. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 57 | ORDER granting 52 Motion for Leave to File an Overlength Amicus Curiae Brief in Support of Plaintiffs Motion for Preliminary Injunction. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 58 | MOTION for Attorney Anne E. Egeler to Appear Pro Hac Vice for the State of Washington, filed. Motion Docket Date 1/28/2015. (rnieto, 1) (Entered: 01/07/2015) |
| 01/07/2015 | 59 | ORDER denying 46 Motion to Consolidate 14-CV-254 and 14-CV-119. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/07/2015) |

| 01/07/2015 | 🌐60 | ORDER re: 58 MOTION for Attorney Anne E. Egeler to Appear Pro Hac Vice for the State of Washington.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 01/07/2015) |
|---|---|---|
| 01/07/2015 | 🌐61 | Unopposed MOTION for Leave to File Brief as Friends of the Court Supporting Plaintiffs by Cato Institute, Josh Blackman, Jeremy A. Rabkin, filed. Motion Docket Date 1/28/2015. (Attachments: # 1 Proposed Order, # 2 Proposed brief)(Olson, Leif) (Entered: 01/07/2015) |
| 01/07/2015 | 🌐62 | MOTION for Peter Margulies to Appear Pro Hac Vice by Josh Blackman, Cato Institute, Jeremy A. Rabkin, filed. Motion Docket Date 1/28/2015. (Olson, Leif) (Entered: 01/07/2015) |
| 01/07/2015 | 🌐63 | MOTION for Ilya Shapiro to Appear Pro Hac Vice by Josh Blackman, Cato Institute, Jeremy A. Rabkin, filed. Motion Docket Date 1/28/2015. (Olson, Leif) (Entered: 01/07/2015) |
| 01/07/2015 | 🌐64 | REPLY in Support of 5 Opposed MOTION for Preliminary Injunction, filed by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin. (Attachments: # 1 Exhibit Ex 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3, # 4 Exhibit Ex. 4, # 5 Exhibit Ex. 5, # 6 Exhibit Ex. 6, # 7 Exhibit Ex. 7, # 8 Exhibit Ex. 8, # 9 Exhibit Ex. 9.a, # 10 Exhibit Ex. 9.b, # 11 Exhibit Ex. 10.a, # 12 Exhibit Ex. 10.b, # 13 Exhibit Ex. 10.c, # 14 Exhibit Ex. 10.d, # 15 Exhibit Ex. 10.e, # 16 Exhibit Ex. 10.f, # 17 Exhibit Ex. 10.g, # 18 Exhibit Ex. 10.h, # 19 Exhibit Ex. 10.i, # 20 Exhibit Ex. 10.j, # 21 Exhibit Ex. 10.k, # 22 Exhibit Ex. 10.l, # 23 Exhibit Ex. 10.m, # 24 Exhibit Ex. 10.n, # 25 Exhibit Ex. 10.0, # 26 Exhibit Ex. 10.p, # 27 Exhibit Ex. 10.q, # 28 Exhibit Ex. 10.r, # 29 Exhibit Ex. 10.s, # 30 Exhibit Ex. 11, # 31 Exhibit Ex. 12, # 32 Exhibit Ex. 13, # 33 Exhibit Ex. 14, # 34 Exhibit Ex. 15, # 35 Exhibit Ex. 16, # 36 Exhibit Ex. 17, # 37 Exhibit Ex. 18, # 38 Exhibit Ex. 19, # 39 Exhibit Ex. 20, # 40 Exhibit Ex. 21, # 41 Exhibit Ex. 22, # 42 Exhibit Ex. 23, # 43 Exhibit Ex. 24, # 44 Exhibit Ex. 25, # 45 Exhibit Ex. 26, # 46 Exhibit Ex. 27, # 47 Exhibit Ex. 28, # 48 Exhibit Ex. 29, # 49 Exhibit Ex. 30, # 50 Exhibit Ex. 31, # 51 Exhibit Ex. 32, # 52 Exhibit Ex. 33, # 53 Exhibit Ex. 34, # 54 Exhibit Ex. 35)(Oldham, Andrew) (Entered: 01/07/2015) |
| 01/07/2015 | 🌐65 | Unopposed MOTION for Leave to File Excess Pages by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of |

| | | |
|---|---|---|
| | | West Virginia, State of Wisconsin, filed. Motion Docket Date 1/28/2015. (Attachments: # 1 Proposed Order)(Oldham, Andrew) (Entered: 01/07/2015) |
| 01/08/2015 | 66 | MOTION for Chirag G. Badlani to Appear Pro Hac Vice for Proposed Amici Major Cities Chiefs Police Association, et al, filed. Motion Docket Date 1/29/2015. (jtabares, 1) (Entered: 01/08/2015) |
| 01/08/2015 | 67 | ORDER granting 63 Motion to Appear Pro Hac Vice as to Ilya Shapiro. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Main Document 67 replaced on 1/8/2015) (mperez, 1). (Entered: 01/08/2015) |
| 01/08/2015 | 68 | ORDER granting 61 Motion for Leave to File Brief as Friends of the Court Supporting Plaintiffs Request for a Preliminary Injunction. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/08/2015) |
| 01/08/2015 | 69 | ORDER granting 65 Motion to Exceed Page Limits.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/08/2015) |
| 01/08/2015 | 70 | ORDER granting 55 Motion to Appear Pro Hac Vice as to Dale L. Wilcox.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/08/2015) |
| 01/08/2015 | 71 | ORDER granting 62 Motion to Appear Pro Hac Vice as to Prof. Peter Margulies.(Signed by Judge Andrew S. Hanen) Parties notified. (mperez, 1) (Entered: 01/08/2015) |
| 01/08/2015 | 72 | ORDER granting 66 Motion to Appear Pro Hac Vice as to Chirag G. Badlani.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/08/2015) |
| 01/09/2015 | 73 | ORDER granting 39 Motion for Leave to File. The Court hereby grants leave for the aforementioned movants to participate as *amici curiae* and file a brief in opposition to Plaintiffs' motion for a preliminary injunction. (Signed by Judge Andrew S. Hanen) Parties notified.(avleal, 1) (Entered: 01/09/2015) |
| 01/09/2015 | 75 | ORDER denying 40 Motion to Intervene.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/09/2015) |
| 01/09/2015 | 77 | MOTION for Kyle R. Freeny to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 1/30/2015. (Freeny, Kyle) (Entered: 01/09/2015) |
| 01/09/2015 | 78 | ORDER granting 77 Motion to Appear Pro Hac Vice as to Kyle R. Freeny.(Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 01/09/2015) |
| 01/12/2015 | 79 | MOTION for Kathleen R. Hartnett to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion |

| | | |
|---|---|---|
| | | Docket Date 2/2/2015. (Freeny, Kyle) (Additional attachment(s) added on 1/14/2015: # 1 Verified Status of Bar Membership for Motion Pro Hac Vice) (avleal, 1). (Entered: 01/12/2015) |
| 01/12/2015 | 80 | NOTICE of attorney substitution by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin. Attorney Scott A. Keller added. Attorney Jonathan F. Mitchell terminated, filed. (Keller, Scott) (Entered: 01/12/2015) |
| 01/12/2015 | 81 | Unopposed MOTION Filing of Amicus Brief of Washington and States by State of Washington, filed. Motion Docket Date 2/2/2015. (Attachments: # 1 Appendix Part 1, # 2 Appendix Part 2)(Egeler, Anne) (Entered: 01/12/2015) |
| 01/12/2015 | 82 | ORDER re: 79 MOTION for Kathleen R. Hartnett to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 01/12/2015) |
| 01/12/2015 | 83 | MOTION for Leave to File Leave to File Amici Curiae Brief of Major Cities Chiefs Association et al. by Proposed Amici Major Cities Chiefs Police Association, et al., filed. Motion Docket Date 2/2/2015. (Attachments: # 1 Exhibit 1-Proposed Amici Curiae Brief, # 2 Exhibit 2-Proposed Order)(Badlani, Chirag) (Entered: 01/12/2015) |
| 01/12/2015 | 84 | NOTICE of Appearance by Kathleen R. Hartnett on behalf of Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. (Freeny, Kyle) (Entered: 01/12/2015) |
| 01/13/2015 | 85 | MOTION for Cally Younger to Appear Pro Hac Vice by C.L. "Butch" Otter, filed. Motion Docket Date 2/3/2015. (lcayce, 2) (Entered: 01/13/2015) |
| 01/13/2015 | 86 | ORDER re: 85 MOTION for Cally Younger to Appear Pro Hac Vice by C.L. "Butch" Otter,.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 01/13/2015) |
| 01/13/2015 | 87 | ORDER granting 81 Unopposed MOTION Filing of Amicus Brief of Washington and States by State of Washington. The Court hereby grants leave for the aforementioned movants to participate as amici curiae and file a brief in opposition to Plaintiffs' Motion for Preliminary Injunction(Signed by Judge Andrew S. Hanen) Parties notified. (jtabares, 1) (Entered: 01/13/2015) |
| | | |

| | | |
|---|---|---|
| 01/13/2015 | 88 | ORDER granting 83 Motion for Leave to File. The Court hereby grants leave for the aforementioned movants to participate as *amici curiae* and file a brief in opposition to Plaintiffs' motion for a preliminary injuction. (Signed by Judge Andrew S. Hanen) Parties notified.(avleal, 1) (Entered: 01/13/2015) |
| 01/14/2015 | 89 | NOTICE of Appearance by Jonathan F. Mitchell on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Mitchell, Jonathan) (Entered: 01/14/2015) |
| 01/14/2015 | 90 | MOTION for Extension of Time to Respond to Plaintiffs' Reply by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 2/4/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 01/14/2015) |
| 01/14/2015 | 91 | MOTION to Intervene by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 2/4/2015. (Attachments: # 1 Exhibit 1 - [Proposed] Defendant-Intervenors' Joinder in Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Preliminary Injunction and Supplemental Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction, # 2 Exhibit 2 - [Proposed] Answer to Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief, # 3 Appendix of Authorities, # 4 Appendix of Declarations, # 5 Proposed Order)(Perales, Nina) (Entered: 01/14/2015) |
| 01/14/2015 | 92 | MOTION to Proceed under Pseudonyms and Memorandum in Support Thereof by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 2/4/2015. (Attachments: # 1 Appendix of Declarations and Exhibits, # 2 Proposed Order)(Perales, Nina) (Entered: 01/14/2015) |
| 01/15/2015 | 🔒 93 | MOTION for Jonathan Alden Moseley to Appear Pro Hac Vice for Amicus, Sheriff Joe Arpaio, filed. Motion Docket Date 2/5/2015. (bcampos, 1) (Additional attachment(s) added on 1/15/2015: # 1 Statement) (bcampos, 1). (Entered: 01/15/2015) |
| 01/15/2015 | 94 | MOTION for Linda J. Smith to Appear Pro Hac Vice for Defendant-Intervenors, Jane Doe 1, Jane Doe 2, and Jane Doe 3, filed. Motion Docket Date 2/5/2015. (bcampos, 1) (Entered: 01/15/2015) |
| 01/15/2015 | | Minute Entry for proceedings held before Judge Andrew S. Hanen. Preliminary INJUNCTION HEARING held on 1/15/2015. Appearances: Attorneys for Plaintiffs: A. Oldham; A. Bitter; A. Colmenero; A. D'Andrea; J. Mitchell; Attorneys for Defendants: K. |

| | | |
|---|---|---|
| | | Hartnett; K. Freeny; D. Hu;(Court Reporter: B.Barnard)(10:05-11:35 / 11:49-01:13). Court addressed the Parties. Oral argument heard. Court Break. Court Resumes. Oral argument heard. The state of Tennessee would like to be part of this case. Supplemental complaint joining Tennessee by 01/23/15 with reply by 01/30/15. 90 MOTION for Extension of Time to Respond to Plaintiffs' Reply by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, -Discussed and due 1/30/15. Court will rule expeditiously has it can. Court adjourned., filed.(csustaeta, 1) (Entered: 01/15/2015) |
| 01/15/2015 | 🌐 95 | ORDER granting 94 Motion to Appear Pro Hac Vice for attorney Linda Jane Smith. (Signed by Judge Andrew S. Hanen) Parties notified. (bcampos, 1) (Entered: 01/15/2015) |
| 01/15/2015 | 🌐 96 | ORDER entered. The Court hereby imposes the following deadlines: 1) Plaintiffs shall file any supplemental pleading adding the State of Tennessee as a party-plaintiff by January 23, 2015; 2) Any responsive pleading by Defendants to Plaintiffs' above-referenced supplemental pleading shall be filed on or before January 30, 2015; and 3) Defendants shall file any responses to Plaintiffs' Reply in Support of their Motion for Preliminary Injunction on or before January 30, 2015. (Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 01/15/2015) |
| 01/16/2015 | 🌐 97 | MOTION for Gabriel Markoff to Appear Pro Hac Vice by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 2/6/2015. (avleal, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 🌐 98 | MOTION for J. Jorge deNeve to Appear Pro Hac Vice by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 2/6/2015. (avleal, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 🌐 99 | ORDER entered. The Court hereby cancels the initial pretrial conference scheduled for March 31, 2015. (Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 🌐 100 | AO 435 TRANSCRIPT ORDER FORM by Kyle Freeny. This is to order a transcript of Motion Hearing held on 01/15/2015 before Judge Andrew S. Hanen (original). Court Reporter/Transcriber: Barbara Barnard, filed. (dahumada, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 🌐 101 | AO 435 TRANSCRIPT ORDER FORM by Karen C. Tumblin. This is to order a transcript of Preliminary Injunction Hearing held on 1/15/15 before Judge Andrew S. Hanen (copy). Court Reporter: Barbara Barnard, filed. (jtabares, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 🌐 102 | ORDER granting 97 Motion to Appear Pro Hac Vice, for attorney Gabriel Markoff.(Signed by Judge Andrew S. Hanen) Parties notified. (bcampos, 1) (Entered: 01/16/2015) |
| | | |

| 01/16/2015 | 103 | ORDER granting 93 Motion to Appear Pro Hac Vice, attorney Jonathon A Moseley.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 01/16/2015) |
|---|---|---|
| 01/16/2015 | 104 | ORDER granting 98 Motion to Appear Pro Hac Vice.(Signed by Judge Andrew S. Hanen) Parties notified.(avleal, 1) (Entered: 01/16/2015) |
| 01/16/2015 | 105 | MOTION for Jonathan F. Mitchell to Withdraw as Attorney by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. Motion Docket Date 2/6/2015. (Attachments: # 1 Proposed Order Proposed Order)(Oldham, Andrew) (Entered: 01/16/2015) |
| 01/20/2015 | 106 | TRANSCRIPT re: Preliminary injunction hearing held on 1/15/15 before Judge Andrew S. Hanen. Court Reporter/Transcriber Barbara Barnard. Ordering Party Kyle Freeny Release of Transcript Restriction set for 4/20/2015., filed. (bbarnard, ) (Entered: 01/20/2015) |
| 01/20/2015 | 107 | Unopposed MOTION for Leave to File Friend of the Court Brief by Joe Arpaio, filed. Motion Docket Date 2/10/2015. (Attachments: # 1 Supplement Proposed Amicus Curiae Brief by Sheriff Joe Arpaio, # 2 Affidavit Stating Data published by Defendants re: Funding Requests for Enforcement of Immigration Laws, attested to by Jonathon Moseley in Arpaio v. Obama case, # 3 Proposed Order)(Moseley, Jonathon) (Entered: 01/20/2015) |
| 01/20/2015 | 108 | MOTION for Leave to File Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County by Joe Arpaio, filed. Motion Docket Date 2/10/2015. (Attachments: # 1 Proposed Order, # 2 Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County)(jtabares, 1) (Entered: 01/20/2015) |
| 01/20/2015 | 109 | ORDER granting 105 Motion to Withdraw as Attorney. Attorney Jonathan F. Mitchell terminated.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 01/20/2015) |
| 01/20/2015 | 110 | AO 435 TRANSCRIPT ORDER FORM by Ilya Shapiro. This is to order a transcript of Hearing held on 1/15/2015 before Judge Andrew S. Hanen (Copy Order). Court Reporter: B. Barnard, filed. (pcrawford, 4) (Entered: 01/21/2015) |
| 01/21/2015 | 111 | MOTION for Adam P KohSweeney to Appear Pro Hac Vice by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. (Bar Membership verified) Motion Docket Date 2/11/2015. (bcampos, 1) (Entered: 01/21/2015) |

| 01/21/2015 | 🌐 112 | ORDER granting 108 Motion for Leave to File to Participate as Amici Curiae in Support of Plaintiffs by Sheriff Joe Arpaio.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 01/21/2015) |
| 01/21/2015 | 🌐 113 | Amicus BRIEF in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County, filed. (bcampos, 1) (Entered: 01/21/2015) |
| 01/21/2015 | 🌐 114 | ORDER granting 111 Motion to Appear Pro Hac Vice as to attorney, Adam P. KohSweeney.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 01/21/2015) |
| 01/23/2015 | 🌐 115 | SUPPLEMENT to 14 Amended Complaint/Counterclaim/Crossclaim etc., by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed.(Oldham, Andrew) (Entered: 01/23/2015) |
| 01/27/2015 | 🔒 🌐 116 | Certified Mail Receipt Returned, executed on 1/20/15 re: 76 Document (s) Sent - receipt attached, access restricted to court users for privacy reasons -, filed. (mperez, 1) (Entered: 01/27/2015) |
| 01/27/2015 | 🌐 117 | NOTICE of Fraud/ Misrepresentation Committed by Orly Taitz, filed. (Attachments: # 1 attachment)(sbejarano, 1) (Entered: 01/27/2015) |
| 01/27/2015 | 🌐 118 | ORDER Striking Document re: 117 Notice of Fraud/ Misrepresentation (Signed by Judge Andrew S. Hanen) Parties notified.(sbejarano, 1) (Entered: 01/27/2015) |
| 01/27/2015 | 🌐 119 | MOTION for Richard Dearing to Appear Pro Hac Vice by Bill de Blasio, filed. Motion Docket Date 2/17/2015. (mperez, 1) (Entered: 01/27/2015) |
| 01/27/2015 | 🌐 120 | MOTION for Leave to File Brief Amici Curiae In Support of Defendants and Opposition to Plaintiff's Motion for Preliminary Injunction by Bill de Blasio, filed. Motion Docket Date 2/17/2015. (Attachments: # 1 Proposed Order)(mperez, 1) (Entered: 01/27/2015) |
| 01/27/2015 | 🌐 121 | BRIEF for the Amici Curiae the Mayors of New York and Los Angeles, the Mayor of Thirty-One Additional Cities, the United States Conferences of Mayors, and the National League of Cities in Opposition to Plaintiffs' Motion for Preliminary Injunction by Bill de Blasio, filed.(mperez, 1) (Entered: 01/27/2015) |
| 01/28/2015 | 🌐 122 | ORDER granting 120 Motion for Leave to File Brief Amici Curaie in Support of Defendants and in Opposition to Plaintiff's Motion for Preliminary Injunction.(Signed by Judge Andrew S. Hanen) Parties notified. (rnieto, 1) (Entered: 01/28/2015) |

| | | |
|---|---|---|
| 01/28/2015 | 🌐 123 | ORDER re: 119 MOTION for Richard Dearing to Appear Pro Hac Vice by Bill de Blasio.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 01/28/2015) |
| 01/28/2015 | 🌐 124 | AO 435 TRANSCRIPT ORDER FORM by Kendra Morries. This is to order a transcript of Preliminary Injunction Hearing held on 1/15/15 before Judge Andrew S. Hanen (copy order). Court Reporter/Transcriber: Barbara Barnard, filed. (rnieto, 1) (Entered: 01/28/2015) |
| 01/29/2015 | 🔒 🌐 125 | Certified Mail Receipt Returned, executed on 1/20/15 re: 42 Document (s) Sent - receipt attached, access restricted to court users for privacy reasons -, filed. (mperez, 1) (Entered: 01/29/2015) |
| 01/30/2015 | 🌐 126 | Unopposed MOTION for Extension of Time to Respond to Plaintiffs' Amended Complaint and Supplement to the Amended Complaint by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 2/20/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 01/30/2015) |
| 01/30/2015 | 🌐 127 | APPENDIX re: 121 Brief, by Bill de Blasio, filed.(Dearing, Richard) (Entered: 01/30/2015) |
| 01/30/2015 | 🔒 🌐 128 | Certified Mail Receipt Returned as to Mitchell Williams re: 74 Document(s) Sent - receipt attached, access restricted to court users for privacy reasons -, filed. (bcampos, 1) (Entered: 01/30/2015) |
| 01/30/2015 | 🌐 129 | Unopposed MOTION for Leave to File Excess Pages by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 2/20/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 01/30/2015) |
| 01/30/2015 | 🌐 130 | SURREPLY to 5 Opposed MOTION for Preliminary Injunction, filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski. (Attachments: # 1 Exhibit 34, # 2 Exhibit 35, # 3 Exhibit 36, # 4 Exhibit 37, # 5 Exhibit 38, # 6 Exhibit 39, # 7 Exhibit 40, # 8 Exhibit 41, # 9 Exhibit 42, # 10 Exhibit 43, # 11 Exhibit 44, # 12 Exhibit 45, # 13 Exhibit 46)(Freeny, Kyle) (Entered: 01/30/2015) |
| 01/30/2015 | 🌐 131 | RESPONSE to 91 MOTION to Intervene filed by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin. (Attachments: # 1 Proposed Order Proposed Order) (Oldham, Andrew) (Entered: 01/30/2015) |

| 02/02/2015 | 🌐 132 | SUPPLEMENT to 5 Opposed MOTION for Preliminary Injunction by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Attachments: # 1 Exhibit Ex A, # 2 Exhibit Ex B, # 3 Exhibit Ex C, # 4 Exhibit Ex D, # 5 Exhibit Ex E, # 6 Exhibit Ex F)(Oldham, Andrew) (Entered: 02/02/2015) |
|---|---|---|
| 02/02/2015 | 🌐 133 | ORDER granting 129 Motion for Leave to File Excess Pages.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 02/02/2015) |
| 02/02/2015 | 🌐 134 | ORDER granting 126 Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint and Supplement to the Amended Complaint.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 02/02/2015) |
| 02/03/2015 | 🌐 135 | MOTION for Reconsideration or Motion in the Alternative by Intervenor Mitchell Williams, filed. Motion Docket Date 2/24/2015. (rnieto, 1) (Entered: 02/03/2015) |
| 02/03/2015 | 🌐 136 | RESPONSE in Opposition to 91 MOTION to Intervene, filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 02/03/2015) |
| 02/05/2015 | 🌐 137 | MOTION to Intervene as an Additional Plaintiff by Orly Taitz, filed. Motion Docket Date 2/26/2015. (rnieto, 1) (Entered: 02/05/2015) |
| 02/06/2015 | 🌐 138 | REPLY in Support of 91 MOTION to Intervene, filed by Jane Doe #1, Jane Doe #2, Jane Doe #3. (Perales, Nina) (Entered: 02/06/2015) |
| 02/11/2015 | 🌐 139 | MOTION for Leave to File Amicus by Harold William Van Allen, filed. Motion Docket Date 3/4/2015. (dnoriega, 1) (Entered: 02/11/2015) |
| 02/11/2015 | 🌐 140 | ORDER denying 137 Motion to Intervene filed by Dr. Orly Taitz. (Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 02/11/2015) |
| 02/11/2015 | 🌐 141 | ORDER denying 91 MOTION to Intervene by Jane Doe #1, Jane Doe #2, Jane Doe #3.(Signed by Judge Andrew S. Hanen) Parties notified. (jtabares, 1) (Entered: 02/11/2015) |
| 02/11/2015 | 🌐 142 | ORDER denying 135 Motion for Reconsideration.(Signed by Judge Andrew S. Hanen) Parties notified.(dnoriega, 1) (Entered: 02/11/2015) |
| 02/11/2015 | 🌐 143 | Supplemental EXHIBITS by Joe Arpaio, filed. (Attachments: # 1 Exhibit DHS Announcement accepting deferred action applications Feb |

| | | 18, # 2 Exhibit DHS announcement immediate application of deferred action requirements)(Moseley, Jonathon) (Entered: 02/11/2015) |
|---|---|---|
| 02/16/2015 | 🌐 144 | ORDER granting 5 Motion for Preliminary Injunction.(Signed by Judge Andrew S. Hanen) Parties notified.(rdv, 1) (Entered: 02/16/2015) |
| 02/16/2015 | 🌐 145 | MEMORANDUM OPINION AND ORDER (Signed by Judge Andrew S. Hanen) Parties notified.(rdv, 1) (Main Document 145 replaced on 2/17/2015) (rdv, 1). Modified on 2/17/2015 (rdv, 1). (Entered: 02/16/2015) |
| 02/19/2015 | 🌐 146 | ORDER denying as moot 92 Motion for leave proceed under pseudonyms ; granting 107 Motion for Leave to File; granting 139 Motion for Leave to File Amicus.(Signed by Judge Andrew S. Hanen) Parties notified.(dahumada, 1) Modified on 2/20/2015 (dahumada, 1). (Entered: 02/20/2015) |
| 02/19/2015 | 🌐 147 | Amicus Brief in Support of Plaintiffs' Motion for Preliminary Injunction by Joe Arpaio as Sheriff of Maricopa County, filed. (dahumada, 1) (Entered: 02/20/2015) |
| 02/20/2015 | 🌐 148 | Unopposed MOTION for Andrew S. Oldham to Withdraw as Attorney by State of Texas, filed. Motion Docket Date 3/13/2015. (Oldham, Andrew) (Entered: 02/20/2015) |
| 02/23/2015 | 🌐 149 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 145 Order, Memorandum and Opinion, 144 Order on Motion for Preliminary Injunction by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed.(Freeny, Kyle) (Entered: 02/23/2015) |
| 02/23/2015 | 🌐 150 | MOTION to Stay *the Court's February 16, 2015 Order Pending Appeal (Emergency/Expedited)* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 3/16/2015. (Attachments: # 1 Affidavit Declaration of Sarah R. Saldaa, Director of ICE, # 2 Affidavit Declaration of of R. Gil Kerlikowske, Commissioner of CBP, # 3 Proposed Order)(Freeny, Kyle) (Entered: 02/23/2015) |
| 02/23/2015 | 🌐 151 | ADVISORY by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Colmenero, Angela) (Entered: 02/23/2015) |
| 02/23/2015 | 🌐 152 | MOTION for Leave to File Amicus Curiae Brief Opposing Stay by Joe Arpaio, filed. Motion Docket Date 3/16/2015. (Attachments: # 1 Supplement Proposed Amicus Curiae Brief by Sheriff Joe Arpaio, # 2 |

| | | |
|---|---|---|
| | | Exhibit Statement by USCIS Director on Intent, # 3 Exhibit Admission by IRS Commissioner of $24,000 Bounty to Amnesty Recipients) (Moseley, Jonathon) (Entered: 02/23/2015) |
| 02/23/2015 | 153 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 150 MOTION to Stay *the Court's February 16, 2015 Order Pending Appeal (Emergency/Expedited)*, 152 MOTION for Leave to File Amicus Curiae Brief Opposing Stay, 149 Notice of Appeal. Fee status: GOV. Reporter(s): Barbara Barnard; ERO, filed. (Attachments: # 1 Notice of Appeal, # 2 Order of Temporary Injunction, # 3 Memorandum Opinion and Order, # 4 Public Docket Sheet) (jtabares, 1) (Entered: 02/23/2015) |
| 02/24/2015 | 154 | Notice of Assignment of USCA No. 15-40238 re: 149 Notice of Appeal,, filed.(sbejarano, 1) (Entered: 02/24/2015) |
| 02/24/2015 | 155 | ORDER entered. Motion-related deadline set re: 150 MOTION to Stay *the Court's February 16, 2015 Order Pending Appeal (Emergency/Expedited)*. Responses due by 3/2/2015.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 02/24/2015) |
| 02/24/2015 | 156 | AMENDED ORDER entered. Motion-related deadline set re: 150 MOTION to Stay *the Court's February 16, 2015 Order Pending Appeal (Emergency/Expedited)* Responses due by 3/3/2015.(Signed by Judge Andrew S. Hanen) Parties notified.(csustaeta, 1) (Entered: 02/24/2015) |
| 02/24/2015 | 157 | SUPPLEMENT to 152 MOTION for Leave to File Amicus Curiae Brief Opposing Stay by Joe Arpaio, filed.(Moseley, Jonathon) (Entered: 02/24/2015) |
| 02/25/2015 | | Appeal Review Notes re: 149 Notice of Appeal,. Fee status: GOV. The appellant is a U.S. government agency, and no fee is required.Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number of DKT-13 Forms expected: 2, filed.(jtabares, 1) (Entered: 02/25/2015) |
| 02/25/2015 | 158 | NOTICE of Appearance by Mitchell L. Herren on behalf of Judicial Watch, Inc., filed. (Herren, Mitchell) (Entered: 02/25/2015) |
| 02/25/2015 | 159 | MOTION for Leave to File Amicus Curiae Brief by Judicial Watch, Inc., filed. Motion Docket Date 3/18/2015. (Attachments: # 1 Exhibit A - Amicus Curiae Brief)(Herren, Mitchell) (Entered: 02/25/2015) |
| 02/27/2015 | 160 | Opposed MOTION for Leave to File Notice and Suggestion of Reports of Non-Compliance with Temporary Injunction and Suggesting Show Cause by Joe Arpaio, filed. Motion Docket Date 3/20/2015. (Attachments: # 1 Supplement Notice and Suggestion of Reports of Non-Compliance with Injunction, # 2 Exhibit News of Pres. Obama's statement in Miami, Florida, # 3 Exhibit News of DHS source: Programs continuing 'Full Throttle', # 4 Exhibit News report: DHS |

| | | |
|---|---|---|
| | | rushing to implement programs, # 5 Exhibit News obama moving ahead with program, # 6 Exhibit News: ICE agents will face consequences)(Moseley, Jonathon) (Entered: 02/27/2015) |
| 02/27/2015 | 161 | MOTION for Reconsideration of 146 Order on Motion for Miscellaneous Relief,, Order on Motion for Leave to File,,, by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 3/20/2015. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 02/27/2015) |
| 02/27/2015 | 162 | Joint MOTION for Extension of Time to Propose Schedule for Resolution of Merits by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed. Motion Docket Date 3/20/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 02/27/2015) |
| 02/27/2015 | 163 | AMICUS BRIEF OF RIGHT by Michael Joseph Kearns, filed. (dnoriega, 1) (Entered: 03/02/2015) |
| 03/02/2015 | 164 | ORDER granting 162 Motion for Extension of Time. The parties' deadline to "meet and confer and formulate and file with the court by February 27, 2015 an agreed upon (to the extent possible) schedule for the resolution of the merits" of the case, as set forth in this Court's 2/16/2015 order, is extended until 14 days after the Defendants' request to stay the preliminary injunction pending appeal has been finally resolved, including through any appellate channels in which relief may be sought.(Signed by Judge Andrew S. Hanen) Parties notified. (dnoriega, 1) (Entered: 03/02/2015) |
| 03/02/2015 | 165 | ORDER granting 159 Motion for Leave to File Amicus Curiae Brief in Opposition to Defendant's Emergency Expedited Motion. (Signed by Judge Andrew S. Hanen) Parties notified. (rnieto, 1) Modified on 3/2/2015 (rnieto, 1). (Entered: 03/02/2015) |
| 03/02/2015 | 166 | AMICUS CURIAE BRIEF of Judicial Watch, Inc., filed. (rnieto, 1) (Entered: 03/02/2015) |
| 03/02/2015 | 167 | ORDER granting 152 Motion for Leave to File a Brief and Memorandum of Law in Opposition to a Stay of Preliminary Injunction. (Signed by Judge Andrew S. Hanen) Parties notified. (rnieto, 1) (Entered: 03/02/2015) |
| 03/02/2015 | 168 | BRIEF and Memorandum of Law in Opposition to Stay of Preliminary Injunction by Amicus Curiae Sheriff Joe Arpaio, filed. (rnieto, 1) (Entered: 03/02/2015) |
| 03/02/2015 | 169 | ORDER granting 161 Leave for Jane Does to participate as amici curiae under pseudonyms in their past filings and in any future filings they may make in this matter. (Signed by Judge Andrew S. Hanen) Parties notified. (rnieto, 1) (Entered: 03/02/2015) |
| 03/02/2015 | 170 | ORDER denying 160 Motion for Leave to File Notice, Suggestion, and |

| | | |
|---|---|---|
| | | Recommendation for Issuance of Order to Show Cause concerning Enforcement of Court's Order by Amicus Curiae Sheriff Joe Arpaio. (Signed by Judge Andrew S. Hanen) Parties notified. (rnieto, 1) (Entered: 03/02/2015) |
| 03/02/2015 | 171 | ORDER granting 148 Motion for Andrew S. Oldham as Attorney-in-Charge for State of TX. Angela V. Colmenero shall be the attorney-in-charge for any future proceedings in this Court. (Signed by Judge Andrew S. Hanen) Parties notified. (rnieto, 1) (Entered: 03/02/2015) |
| 03/02/2015 | 172 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit and Motion to Proceed IFP re: 142 Order on Motion for Reconsideration by Mitchell Williams (Filing fee $ 505), filed.(dnoriega, 1) Modified on 4/14/2015 (sbejarano, 1). (Entered: 03/02/2015) |
| 03/02/2015 | 173 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 172 Notice of Appeal. Fee status: Not Paid, filed. (Attachments: # 1 Notice of Appeal, # 2 Order, # 3 Public Docket Sheet) (dnoriega, 1) (Entered: 03/02/2015) |
| 03/02/2015 | | Appeal Review Notes re: 172 Notice of Appeal. Fee status: Not paid. A motion to proceed in forma pauperis is pending.Hearings were held in the case - transcripts were produced. Number of DKT-13 Forms expected: 1. The motion for IFP is within the Notice of Appeal, filed. (dnoriega, 1) (Entered: 03/02/2015) |
| 03/03/2015 | 174 | MOTION for Leave to File Amici Brief by American Center for Law & Justice, filed. Motion Docket Date 3/24/2015. (Attachments: # 1 Exhibit Amicus Brief)(Sekulow, Jay) (Entered: 03/03/2015) |
| 03/03/2015 | 175 | RESPONSE in Opposition to 150 MOTION to Stay *the Court's February 16, 2015 Order Pending Appeal (Emergency/Expedited)*, filed by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin. (Attachments: # 1 Proposed Order)(Colmenero, Angela) (Entered: 03/03/2015) |
| 03/03/2015 | 176 | ADVISORY by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed.(Freeny, Kyle) (Entered: 03/03/2015) |
| 03/04/2015 | 177 | ORDER granting 174 Motion for Leave to File.(Signed by Judge Andrew S. Hanen) Parties notified.(dnoriega, 1) (Entered: 03/04/2015) |
| 03/04/2015 | 178 | AMICI CURIAE BRIEF in Opposition re: 150 MOTION to Stay *the* |

| | | |
|---|---|---|
| | | *Court's February 16, 2015 Order Pending Appeal (Emergency/Expedited)* by American Center for Law & Justice, filed. (dnoriega, 1) (Entered: 03/04/2015) |
| 03/04/2015 | 179 | AO 435 TRANSCRIPT ORDER FORM by Angela V. Colmenero. This is to order a transcript of Conference held on 12/19/2014 before Judge Andrew S. Hanen (Original), filed. (mmapps, 4) ***Electronically forwarded to Exceptional 3/5/15. Estimated transcript completion date: 3/6/15.*** Modified on 3/5/2015 (mperez, 1). (Entered: 03/04/2015) |
| 03/04/2015 | 180 | ADVISORY by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, Thomas S. Winkowski, filed.(Freeny, Kyle) (Entered: 03/04/2015) |
| 03/04/2015 | 181 | ADVISORY by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed.(Colmenero, Angela) (Entered: 03/04/2015) |
| 03/04/2015 | 182 | AO 435 TRANSCRIPT ORDER FORM by Kyle R. Freeny. This is to order a transcript of Telephone Conference held on 12/19/2014 before Judge Andrew S. Hanen (copy). Court Reporter/Transcriber: Transcriber, filed. (avleal, 1) ***Electronically forwarded to Exceptional 3/5/15. Estimated transcript completion date: 3/6/15.*** Modified on 3/5/2015 (mperez, 1). (Entered: 03/05/2015) |
| 03/05/2015 | | Notice of Assignment of USCA No. 15-40238 re: 172 Notice of Appeal, filed.(dahumada, 1) (Entered: 03/05/2015) |
| 03/05/2015 | 183 | Opposed MOTION for Discovery by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. Motion Docket 3/26/2015. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Colmenero, Angela) (Entered: 03/05/2015) |
| 03/06/2015 | 184 | TRANSCRIPT re: TELEPHONIC CONFERENCE held on 12/19/14 before Judge Andrew S. Hanen. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ANGELA COLMENERO Release of Transcript Restriction set for 6/4/2015., filed. (thudson, ) (Entered: 03/06/2015) |
| | | |

| 03/06/2015 | 🌐 185 | Notice of Filing of Official Transcript as to 184 Transcript. Party notified, filed. (dahumada, 1) (Entered: 03/06/2015) |
|---|---|---|
| 03/06/2015 | 🌐 186 | MOTION for Dwight Carswell to Appear Pro Hac Vice by the State of Kansas, filed. Motion Docket Date 3/27/2015. (sbejarano, 1) Modified on 3/6/2015 (sbejarano, 1). (Entered: 03/06/2015) |
| 03/06/2015 | 🌐 187 | ORDER granting 186 Motion for Dwight Carswell to Appear Pro Hac Vice for the State of Kansas. (Signed by Judge Andrew S. Hanen) Parties notified.(rnieto, 1) (Entered: 03/06/2015) |
| 03/06/2015 | 🌐 188 | SUPPLEMENT to 183 Opposed MOTION for Discovery by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Attachments: # 1 Exhibit A)(Colmenero, Angela) (Entered: 03/06/2015) |
| 03/09/2015 | 🌐 189 | DKT-13 TRANSCRIPT ORDER FORM by United States, et al. Transcript is already on file in Clerks office. This order form relates to the following: 172 Notice of Appeal, filed.(jtabares, 1) (Entered: 03/09/2015) |
| 03/09/2015 | 🌐 190 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 141 Order on Motion to Intervene by Jane Doe #1, Jane Doe #2, Jane Doe #3 (Filing fee $ 505, receipt number 0541-14540322), filed. (Perales, Nina) (Entered: 03/09/2015) |
| 03/09/2015 | 🌐 191 | ORDER entered. In addition to being prepared to respond to the States' Motion, the Defendants shall be prepared to fully explain to this Court all of the matters addressed in and circumstances surrounding the Defendant's Advisory filed on March 3, 2015 [Doc. No. 176]. Motion Hearing set for 3/19/2015 at 01:30 PM in Courtroom 6 before Judge Andrew S. Hanen.(Signed by Judge Andrew S. Hanen) Parties notified. (avleal, 1) (Entered: 03/09/2015) |
| 03/10/2015 | 🌐 193 | NOTICE of Appearance by Eric A. Hudson on behalf of Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. (Hudson, Eric) (Entered: 03/10/2015) |
| 03/11/2015 | 🌐 194 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal |

| | | and related motions are pending in the District Court: 190 Notice of Appeal. Fee status: Paid. Reporter(s): ERO and Barbara Barnard, filed. (Attachments: # 1 Notice of Appeal, # 2 Order, # 3 Public Docket Sheet) (rnieto, 1) (Entered: 03/11/2015) |
|---|---|---|
| 03/11/2015 | | Appeal Review Notes re: 190 Notice of Appeal. Fee status: Paid. The appeal filing fee has been paid. Hearings were held in the case - transcripts were produced. Number of DKT-13 Forms expected: 2, filed. (rnieto, 1) (Entered: 03/11/2015) |
| 03/11/2015 | | Notice of Assignment of USCA No. 15-40333 re: 190 Notice of Appeal, filed. (rnieto, 1) (Entered: 03/11/2015) |
| 03/12/2015 | 195 | SUPPLEMENT to 150 MOTION to Stay *the Court's February 16, 2015 Order Pending Appeal (Emergency/Expedited)* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed.(Freeny, Kyle) (Entered: 03/12/2015) |
| 03/12/2015 | 196 | MOTION for Leave to File Emergency Intervention by Harold William Van Allen, filed. Motion Docket Date 4/2/2015. (Attachments: # 1 Attachment, # 2 Exhibit A, # 3 Receipt)(avleal, 1) (Additional attachment(s) added on 3/13/2015: # 4 Unredacted attachment, # 5 Unredacted attachment Attachment) (avleal, 1). (Entered: 03/13/2015) |
| 03/13/2015 | 197 | ORDER denying 196 MOTION for Leave to File Emergency Intervention. FINANCE flag set. (Signed by Judge Andrew S. Hanen) Parties notified.(avleal, 1) (Entered: 03/13/2015) |
| 03/13/2015 | 199 | Unopposed MOTION to Stay *Deadline to Respond to Plaintiffs' Amended Complaint and Supplement to the Amended Complaint* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 4/3/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 03/13/2015) |
| 03/16/2015 | | Notice of Assignment of USCA No. 15-40326 re: 172 Notice of Appeal, filed.(melopez, 1) (Entered: 03/16/2015) |
| 03/16/2015 | | Notice of Assignment of USCA No. 15-40333 re: 190 Notice of Appeal, filed.(melopez, 1) (Entered: 03/16/2015) |
| 03/17/2015 | 200 | ORDER granting 199 Motion to Stay.(Signed by Judge Andrew S. Hanen) Parties notified.(dnoriega, 1) (Entered: 03/17/2015) |
| 03/19/2015 | | Minute Entry for proceedings held before Judge Andrew S. Hanen. MOTION HEARING held on 3/19/2015. Appearances: Attorneys for Plaintiffs: A. Colmenero; J. Campbell Barker; E. Hudson; J. Chadelle; Attorneys for Defendants: Kathleen R Hartnett; Kyle R. Freeny; Diane Kelleher; (Court Reporter: Barbara Barnard) (1:35 - 2:28) Court addressed the parties; Oral argument heard; Response to Motion for Early Discovery is to be filed within the next 48 hours; Court |

| | | |
|---|---|---|
| | | adjourned, filed. (mperez, 1) (Entered: 03/19/2015) |
| 03/19/2015 | 201 | AO 435 TRANSCRIPT ORDER FORM by Kyle Freeny. This is to order a transcript of Motion Hearing held on 03/19/2015 before Judge Andrew S. Hanen (original). Court Reporter/Transcriber: Barbara Barnard, filed. (dahumada, 1) (Entered: 03/19/2015) |
| 03/19/2015 | 202 | AO 435 TRANSCRIPT ORDER FORM by Angela V. Colmenero. This is to order a transcript of Motion Hearing held on 3/19/15 before Judge Andrew S. Hanen (copy). Court Reporter/Transcriber: Barbara Barnard, filed. (mperez, 1) (Entered: 03/19/2015) |
| 03/20/2015 | 203 | TRANSCRIPT re: Motion hearing held on 3/19/15 before Judge Andrew S. Hanen. Court Reporter/Transcriber Barbara Barnard. Ordering Party Kyle Freeny Release of Transcript Restriction set for 6/18/2015., filed. (bbarnard, ) (Entered: 03/20/2015) |
| 03/20/2015 | 204 | AO 435 TRANSCRIPT ORDER FORM by Dennis Cairns. This is to order a transcript of Motion Hearing held on 3/19/15 before Judge Andrew S. Hanen (original). Court Reporter: Barbara Barnard, filed. (jtabares, 1) (Entered: 03/20/2015) |
| 03/20/2015 | 205 | AO 435 TRANSCRIPT ORDER FORM by Kendra Morries. This is to order a transcript of Motion Hearing held on 3/19/15 before Judge Andrew S. Hanen (copy). Court Reporter: Barbara Barnard, filed. (jtabares, 1) (Entered: 03/20/2015) |
| 03/20/2015 | 206 | AO 435 TRANSCRIPT ORDER FORM by Karen C. Tumlin. This is to order a transcript of Hearing held on 3/19/15 before Judge Andrew S. Hanen (copy). Court Reporter: Barbara Barnard, filed. (jtabares, 1) (Entered: 03/20/2015) |
| 03/21/2015 | 207 | RESPONSE in Opposition to 183 Opposed MOTION for Discovery, filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello. (Freeny, Kyle) (Entered: 03/21/2015) |
| 03/23/2015 | 208 | Notice of Filing of Official Transcript as to 203 Transcript. Party notified, filed. (dnoriega, 1) (Entered: 03/23/2015) |
| 03/23/2015 | 209 | REPLY in Support of 183 Opposed MOTION for Discovery, filed by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin. (Attachments: # 1 Exhibit A)(Colmenero, Angela) (Entered: 03/23/2015) |
| 03/23/2015 | 210 | DKT-13 TRANSCRIPT ORDER FORM by Nina Perales. Transcript is |

| | | |
|---|---|---|
| | | already on file in Clerks office. Telephonic Conference held on 12/19/2014 before Judge Andrew S. Hanen (original), Injunction Hearing held on 01/15/2015 held before Judge Andrew S. Hanen Court Reporter/Transcriber: Barbara Barnard. This order form relates to the following: 190 Notice of Appeal, filed.(dahumada, 1) (Entered: 03/23/2015) |
| 03/23/2015 | 211 | AO 435 TRANSCRIPT ORDER FORM by Kendra Morries. This is to order a transcript of Telephonic Conference held on 12/19/2014 before Judge Andrew S. Hanen (copy). Court Reporter/Transcriber: Transcriber, filed. (dahumada, 1) (Entered: 03/23/2015) |
| 03/24/2015 | 212 | Opposed MOTION for Leave to File Supplemenqal Amicus Curiae Brief Filing Transcript from Related Case Arpaio v. Obama by Joe Arpaio, filed. Motion Docket Date 4/14/2015. (Attachments: # 1 Exhibit Proposed Supplemental Amicus Curiae Brief Filing Transcript and Highlighting Relevant Transcript Passages, # 2 Exhibit Transcript of December 22, 2014, Hearing in US District Ct for District of Columbia)(Moseley, Jonathon) (Entered: 03/24/2015) |
| 03/24/2015 | 213 | ORDER entered. The Motion for Leave to File Transcript of Defendants' Argument December 22, 2014 filed by Amicus Curiae Sheriff Joe Arpaio [Doc No. 212] is hereby partially granted. The transcript may be filed. The request to participate actively in whatever discovery this Court may or may not allow is denied. Nevertheless, this Court finds that any questions concerning the conduct of counsel in Arpaio v Obama, No. 14-cv-01966 (D.D.C. filed Nov. 20, 2014), are best left to United States District Judge Beryl A. Howell, the judge presiding over the matter. (Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 03/24/2015) |
| 03/24/2015 | 214 | TRANSCRIPT re: Motions Hearing held on 12/22/14 before Judge Beryl A. Howell Release of Transcript Restriction set for 6/22/2015, filed. (jtabares, 1) (Entered: 03/24/2015) |
| 03/25/2015 | 215 | Notice of Filing of Official Transcript as to 214 Transcript. Party notified, filed. (dnoriega, 1) (Entered: 03/25/2015) |
| 03/25/2015 | | Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: 154 USCA Case Number, 149 Notice of Appeal,, filed. (dnoriega, 1) (Entered: 03/25/2015) |
| 03/25/2015 | 216 | Transmittal Letter on Appeal re: 149 Notice of Appeal,. The electronic record on CD is being sent to Angela V. Colmenero; Eric Alan Hudson; John C. Barker; Joseph Chapelle; Kathleen R. Hartnett; Kyle R. Freeny via regular mail. (USCA No. 15-40238), filed. (dnoriega, 1) (Entered: 03/25/2015) |
| 03/25/2015 | 217 | Certified Mail Receipt Returned, executed on 3/16/15 re: 192 Document(s) Sent - receipt attached, access restricted to court users for privacy reasons -, filed. (mperez, 1) (Entered: 03/25/2015) |

| 03/25/2015 | 🔒 218 | Certified Mail Receipt Returned, executed on 3/20/15 re: 198 Document(s) Sent - receipt attached, access restricted to court users for privacy reasons -, filed. (mperez, 1) (Entered: 03/25/2015) |
|---|---|---|
| 03/26/2015 | 220 | Opposed MOTION to Intervene by Joe Arpaio, filed. Motion Docket Date 4/16/2015. (Attachments: # 1 Exhibit Memorandum of Law in Support of Motion)(Moseley, Jonathon) (Entered: 03/26/2015) |
| 03/27/2015 | 221 | MOTION for Bradley Heath Cohen to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 4/17/2015. (Cohen, Bradley) (Additional attachment(s) added on 3/30/2015: # 1 Verified Motion PHV) (mperez, 1). (Entered: 03/27/2015) |
| 03/30/2015 | 222 | Letter from Mitchell Williams, Appellant re: letter dated 3/13/15, filed. (rnieto, 1) (Entered: 03/30/2015) |
| 03/30/2015 | 223 | ORDER granting 221 Motion for Bradley H. Cohen to Appear Pro Hac Vice for the United States. (Signed by Judge Andrew S. Hanen) Parties notified. (rnieto, 1) (Entered: 03/30/2015) |
| 03/31/2015 | 🌐 | Filing fee refunded to Harold William Van Allen in the amount of $505.00 on 3/31/2015 re: 197 Order,, filed. (knguyen, 4) (Entered: 03/31/2015) |
| 04/07/2015 | 224 | REQUEST for Electronic Copy of Certified Record on Appeal re: 149 Notice of Appeal, by American Center for Law & Justice, filed. (Sekulow, Jay) (Entered: 04/07/2015) |
| 04/07/2015 | 225 | ORDER denying 150 Motion to Stay. Having considered the Emergency Motion to Stay [Doc. No. 150], the briefing filed by both sides, and the argument of counsel, the Court hereby denies the Governments Motion to Stay its February 16, 2015 Order of Temporary Injunction.(Signed by Judge Andrew S. Hanen) Parties notified.(rdv, 1) (Entered: 04/07/2015) |
| 04/07/2015 | 226 | ORDER regarding 183 Opposed MOTION for Discovery . The Government has until April 21, 2015, to comply with this Order. Following their review of the documents produced, the Plaintiff States shall file with the Court a list of any further discovery that they may deem necessary, with a brief summary of why that discovery is relevant. The States have until May 1, 2015, to do so. The Government shall have until May 8, 2015, to respond to the States request. The Court will then consider those requests and issue an appropriate order as promptly as its schedule allows.(Signed by Judge Andrew S. Hanen) Parties notified.(rdv, 1) Modified on 4/8/2015 (bcampos, 1). (Entered: 04/07/2015) |
| 04/08/2015 | 227 | Transmittal Letter on Appeal re: 149 Notice of Appeal,. The electronic record on CD is being sent to Attorney for Amici Curiae, Jay Alan |

| | | |
|---|---|---|
| | | Sekulow via regular mail. (USCA No. 15-40238), filed. (bcampos, 1) (Entered: 04/08/2015) |
| 04/09/2015 | 228 | MOTION for David Hinojosa to Withdraw as Attorney by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 4/30/2015. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 04/09/2015) |
| 04/13/2015 | | SUPPLEMENTAL Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: 172 Notice of Appeal, 149 Notice of Appeal, 190 Notice of Appeal USCA No. 15-40238, filed.(bcampos, 1) (Entered: 04/13/2015) |
| 04/13/2015 | 229 | Transmittal Letter on Appeal re: 172 Notice of Appeal, 149 Notice of Appeal, 190 Notice of Appeal. The supplemental record is being sent to Angela V. Colmenero; Eric Alan Hudson; John C. Barker; Joseph Chapelle; Kathleen R. Hartnett; Kyle R. Freeny; Jeff Clair; Attorney for Amici Curiae, Jay Alan Sekulow via regular mail. (USCA No. 15-40238), filed. (bcampos, 1) (Entered: 04/13/2015) |
| 04/15/2015 | 230 | RESPONSE to 220 Opposed MOTION to Intervene filed by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin. (Colmenero, Angela) (Entered: 04/15/2015) |
| 04/15/2015 | 231 | RESPONSE in Opposition to 220 Opposed MOTION to Intervene, filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello. (Attachments: # 1 Proposed Order)(Cohen, Bradley) (Entered: 04/15/2015) |
| 04/17/2015 | 232 | MOTION for Daniel Schwei to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 5/8/2015. (Schwei, Daniel) (Additional attachment(s) added on 4/20/2015: # 1 Verified Status of Bar Membership for Motion Pro Hac Vice) (jguajardo, 1). (Entered: 04/17/2015) |
| 04/17/2015 | 233 | MOTION for Jennifer D. Ricketts to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 5/8/2015. (Schwei, Daniel) (Additional attachment(s) added on 4/20/2015: # 1 Verified Status of Bar Membership for Motion Pro Hac Vice) (jguajardo, 1). (Entered: 04/17/2015) |
| 04/17/2015 | 234 | Unopposed MOTION for Extension of Time to Respond to This Court's April 7, 2015 Order by Jeh Johnson, R. Gil Kerlikowske, Leon |

| | | |
|---|---|---|
| | | Rodriguez, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 5/8/2015. (Attachments: # 1 Proposed Order)(Schwei, Daniel) (Entered: 04/17/2015) |
| 04/20/2015 | 235 | ORDER granting 234 Motion for Extension of Time. The defendants shall have until 4/30/2015 to respond to this court's order of 4/7/2015. It is further ordered that the other deadlines in the court's order of 4/7/2015 are correspondingly extended, such that plaintiffs shall have until 5/1/2015 for their filing, and defendants shall have until 5/18/2015 to respond. (Signed by Judge Andrew S. Hanen) Parties notified. (dnoriega, 1) (Entered: 04/20/2015) |
| 04/20/2015 | 236 | ORDER granting 228 Motion to Withdraw as Attorney. Withdrawing David G. Hinojosa as counsel for the Amici Jane Does.(Signed by Judge Andrew S. Hanen) Parties notified.(dnoriega, 1) (Entered: 04/20/2015) |
| 04/20/2015 | 237 | ORDER granting 232 Motion to Appear Pro Hac Vice as to attorney Daniel Stephen Garrett Schwei. (Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 04/20/2015) |
| 04/20/2015 | 238 | ORDER granting 233 Motion to Appear Pro Hac Vice as to attorney Jennifer D. Ricketts.(Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 04/20/2015) |
| 04/21/2015 | 239 | ORDER denying 172 Motion to Proceed IFP. The Court hereby denies Williams' Petition for Waiver of Fees/Costs for failure to comply with the requirements under Fifth Circuit Rules and Internal Operating Procedures (IOP) and Federal Rule of Appellate Procedure 24. (Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 04/21/2015) |
| 04/30/2015 | 241 | Unopposed MOTION for Leave to File Excess Pages by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 5/21/2015. (Attachments: # 1 Proposed Order)(Schwei, Daniel) (Entered: 04/30/2015) |
| 04/30/2015 | 242 | Sealed Event, filed. (Entered: 04/30/2015) |
| 04/30/2015 | 243 | RESPONSE to 226 Order,, (Redacted for Public Filing), filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello. (Schwei, Daniel) (Entered: 04/30/2015) |
| 05/01/2015 | 244 | ORDER granting 241 Motion for Leave to File Excess Pages. It is further ordered that defendants may file a response of up to twenty-seven pages.(Signed by Judge Andrew S. Hanen) Parties notified. (dnoriega, 1) (Entered: 05/01/2015) |
| 05/01/2015 | 245 | Certified Mail Receipt Returned, executed on 4/28/2015 re: 240 Document(s) Sent - receipt attached, access restricted to court users for |

| | | |
|---|---|---|
| | | privacy reasons -, filed. (dnoriega, 1) (Entered: 05/01/2015) |
| 05/07/2015 | 246 | Fifth Circuit Court of Appeals LETTER to Mitchell Williams advising IFP DENIED; filing fee due 30 days from date of this letter (USCA No. 15-40326), filed. (rnieto, 1) (Entered: 05/07/2015) |
| 05/07/2015 | 247 | ADVISORY by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Cohen, Bradley) (Entered: 05/07/2015) |
| 05/08/2015 | 248 | SUPPLEMENTAL ORDER, entered. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 05/08/2015) |
| 05/11/2015 | 249 | Unopposed MOTION for Extension of Time To File Response to Defendants' Submission Pursuant to the Court's April 7 Order by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed. Motion Docket Date 6/1/2015. (Attachments: # 1 Proposed Order) (Colmenero, Angela) (Entered: 05/11/2015) |
| 05/11/2015 | 250 | ORDER granting 249 Unopposed Motion to Extend Deadline to File Response to Defendant's Submission Pursuant to the Court's April 7 Order. IT IS THEREFORE ORDERED that Plaintiffs' Deadline to File Response to Defendants' Submission Pursuant to the Court's April 7 Order is extended to May 20, 2015, and Defendants' response deadline is extended to May 27, 2015. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 05/11/2015) |
| 05/12/2015 | 251 | Order entered by the Court. The Government is ordered to identify to the Court individuals referenced in the privilege log filed with this Court on April 30, 2015. This filing should include the name, position, (and whether the individual is a lawyer or paralegal), title, and agency for whom the individual works. Responses due by 5/20/2015.(Signed by Judge Andrew S. Hanen) Parties notified.(dahumada, 1) (Entered: 05/12/2015) |
| 05/12/2015 | | Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: 190 Notice of Appeal USCA No. 15-40333, filed.(avleal, 1) (Entered: 05/12/2015) |
| 05/13/2015 | 252 | Order of USCA regarding motions re: 172 Notice of Appeal, 149 Notice of Appeal, 190 Notice of Appeal ; USCA No. 15-40238., filed. (bcampos, 1) (Entered: 05/13/2015) |
| 05/14/2015 | 253 | REQUEST for Electronic Copy of Certified Record on Appeal re: 190 Notice of Appeal by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. |

| | | (Markoff, Gabriel) (Entered: 05/14/2015) |
|---|---|---|
| 05/14/2015 | 254 | Transmittal Letter on Appeal re: 190 Notice of Appeal. The electronic record on CD is being sent to John Campbell Barker, William E. Havemann, Scott R. McIntosh, Jeffrey A. Clair, Gabriel Markoff, Nina Perales, Alex Potapov, Linda Jane Smith. (USCA No. 15-40333), filed. (avleal, 1) Modified on 5/14/2015 (avleal, 1). (Entered: 05/14/2015) |
| 05/14/2015 | 257 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 239 Order, by Mitchell Williams (Filing fee $ 505), filed.(jtabares, 1) (Main Document 257 replaced on 5/18/2015) (bcampos, 1). Modified on 5/18/2015 (jtabares, 1). (Entered: 05/18/2015) |
| 05/15/2015 | 256 | SUPPLEMENT to 247 Advisory by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Attachments: # 1 Affidavit Declaration of Leon Rodriguez, # 2 Affidavit Declaration of Donald Neufeld)(Ricketts, Jennifer) (Entered: 05/15/2015) |
| 05/18/2015 | 258 | Fifth Circuit Court of Appeals LETTER re: Notice of Appeal filed by Mitchell Williams is to be docketed as of 5/14/15, filed.(bcampos, 1) (Entered: 05/18/2015) |
| 05/18/2015 | 259 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 257 Notice of Appeal. Fee status: Not Paid, filed. (Attachments: # 1 Notice of Appeal, # 2 Order, # 3 Public Docket Sheet) (jtabares, 1) (Entered: 05/18/2015) |
| 05/18/2015 | | Appeal Review Notes re: 257 Notice of Appeal. Fee status: Not Paid. The appeal filing fee has not been paid, and appellant is a pro se litigant.Hearings were held in the case - transcripts were produced. Number of DKT-13 Forms expected: 1, filed.(jtabares, 1) (Entered: 05/18/2015) |
| 05/19/2015 | 260 | NOTICE of Compliance re: 251 Order, by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Schwei, Daniel) (Entered: 05/19/2015) |
| 05/19/2015 | | Notice of Assignment of USCA No. 15-40702 re: 257 Notice of Appeal, filed.(dnoriega, 1) (Entered: 05/19/2015) |
| 05/20/2015 | 261 | RESPONSE to 226 Order,, *Plaintiffs' Response to Defendants' May 7 Advisory and Related Submission of Materials*, filed by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin. |

| | | |
|---|---|---|
| | | (Colmenero, Angela) (Entered: 05/20/2015) |
| 05/21/2015 | 🌐 | Supplemental Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: 15-40333, filed.(dnoriega, 1) (Entered: 05/21/2015) |
| 05/21/2015 | 🌐 262 | Transmittal Letter on Appeal re: 190 Notice of Appeal. The supplemental record is being sent to John Campbell Barker, Jeffrey A. Clair, Gabriel Markoff, Nina Perales, Linda Jane Smith via regular mail. (USCA No. 15-40333), filed. (dnoriega, 1) (Entered: 05/21/2015) |
| 05/21/2015 | 🌐 263 | Unopposed MOTION for Extension of Time to Respond to Plaintiffs' Filing by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 6/11/2015. (Attachments: # 1 Proposed Order)(Schwei, Daniel) (Entered: 05/21/2015) |
| 05/26/2015 | 🌐 264 | Order of USCA re: 149 Notice of Appeal, ; USCA No. 15-40238. The Motion to stay the preliminary injunction or narrow its scope pending appeal is denied. (bcampos, 1) (Entered: 05/26/2015) |
| 05/27/2015 | 🌐 | Notice of Assignment of USCA No. 15-40326 re: 257 Notice of Appeal, filed.(dnoriega, 1) (Entered: 05/27/2015) |
| 05/27/2015 | 🌐 265 | RESPONSE to 226 Order,, *and Plaintiffs' Filing of May 20, 2015*, filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello. (Schwei, Daniel) (Entered: 05/27/2015) |
| 06/01/2015 | 🌐 | Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: 257 Notice of Appeal, USCA Case Number 15-40326, filed.(dnoriega, 1) (Entered: 06/01/2015) |
| 06/01/2015 | 🌐 266 | Transmittal Letter on Appeal re: 172 Notice of Appeal, 257 Notice of Appeal. The electronic record on CD is being sent to Eric A. Hudson, Kathleen Hartnett & Mitchell Williams via regular mail. (USCA No. 15-40326), filed. (dnoriega, 1) (Entered: 06/01/2015) |
| 06/04/2015 | 🌐 267 | Fifth Circuit Court of Appeals LETTER TO COUNSEL advising each side to file a supplemental brief addressing pertinent portions of the majority and dissenting opinions issued by the motions panel on 5-26-15. Supplemental Briefs are due Thursday June 18th and may not exceed 7,000 words (USCA No. 15-40238), filed. (rnieto, 1) (Entered: 06/05/2015) |
| 06/05/2015 | 🌐 268 | Fifth Circuit Court of Appeals REVISED LETTER to all Counsel advising each side to file a supplemental brief addressing pertinent portions of the majority and dissenting opinions issued by the motions panel on May 26, 2015, mindful of the relationship between motions and merits panels. The supplemental briefs are simultaneously due Thursday June 18 and may not exceed 7,000 words. (USCA No. 15-40238), filed.(jtabares, 1) Modified on 6/5/2015 (jtabares, 1). (Entered: |

| | | 06/05/2015) |
|---|---|---|
| 06/10/2015 | 269 | ORDER entered. The Court will hold a hearing on all pending matters on 6/23/2015 at 10:30 AM in Courtroom 6 before Judge Andrew S. Hanen. (Signed by Judge Andrew S. Hanen) Parties notified.(dnoriega, 1) (Entered: 06/10/2015) |
| 06/10/2015 | 270 | Joint MOTION to Stay *Merits Proceedings Pending Resolution of Defendants Appeal* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 7/1/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 06/10/2015) |
| 06/11/2015 | 271 | ORDER re: 270 Motion to Stay. Upon consideration of the Motion, the Court orders that proceedings on the merits of Plaintiffs claims, including the obligation to propose a schedule for resolving the case, are stayed pending final resolution of Defendants appeal of the preliminary injunction in the United States Court of Appeals for the Fifth Circuit. (Signed by Judge Andrew S. Hanen) Parties notified. (mperez, 1) (Entered: 06/11/2015) |
| 06/22/2015 | 272 | The petition for a writ of certiorari filed with the Supreme Court has been dismissed. The motion of petitioner for leave to proceed in forma pauperis is denied. (USCA No. 15-40326) (USSC No. 14-9821), filed. (dnoriega, 1) (Entered: 06/22/2015) |
| 06/23/2015 | | Minute Entry for proceedings held before Judge Andrew S. Hanen. HEARING held on 6/23/2015. Appearances: Attorneys for Plaintiffs: A.V. Colmenero; A.N.Bitter; Attorneys for Defendants: J.D. Ricketts; D.Schwei, D.Hu, U.Jaddou;(Court Reporter: B.Barnard)(10:35-11:35) Court addressed Parties. Oral argument heard. Status report due 07/31/15. Court adjourned., filed.(csustaeta, 1) (Entered: 06/23/2015) |
| 06/24/2015 | 273 | Order of USCA; USCA No. 15-40333. It is Ordered that appellant's motion to supplement the record on appeal with district court document 261,265,269 and 271 is granted, filed.(dahumada, 1) (Entered: 06/24/2015) |
| 06/24/2015 | 274 | AO 435 TRANSCRIPT ORDER FORM by United States of America. This is to order a transcript of Hearing held on 6/23/15 before Judge Andrew S. Hanen (original). Court Reporter/Transcriber: Barbara Barnard, filed. (mperez, 1) (Entered: 06/24/2015) |
| 06/24/2015 | | Supplemental Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: 190 Notice of Appeal USCA No. 15-40333, filed. (jtabares, 1) (Entered: 06/24/2015) |
| 06/24/2015 | 277 | AO 435 TRANSCRIPT ORDER FORM by Jane Does / Kendra Morris. This is to order a transcript of 6/23/15 held on Hearing before Judge Andrew S. Hanen (copy). Court Reporter/Transcriber: Barbara Barnard, filed. (bcampos, 1) (Entered: 06/26/2015) |
| | | |

| 06/25/2015 | 275 | TRANSCRIPT re: Hearing held on 6/23/15 before Judge Andrew S. Hanen. Court Reporter/Transcriber Barbara Barnard. Ordering Party USA Release of Transcript Restriction set for 9/23/2015., filed. (bbarnard, ) (Entered: 06/25/2015) |
| --- | --- | --- |
| 06/26/2015 | 276 | Notice of Filing of Official Transcript as to 275 Transcript. Party notified, filed. (jtabares, 1) (Entered: 06/26/2015) |
| 06/26/2015 | 278 | AO 435 TRANSCRIPT ORDER FORM by State of Texas / Angela Colmenero. This is to order a transcript of Hearing held on 6/23/15 before Judge Andrew S. Hanen (copy). Court Reporter/Transcriber: Barbara Barnard, filed. (bcampos, 1) (Entered: 06/26/2015) |
| 06/26/2015 | 279 | AO 435 TRANSCRIPT ORDER FORM by Karen C Tumlin. This is to order a transcript of Hearing held on 6/23/15 before Judge Andrew S. Hanen (copy). Court Reporter/Transcriber: Barbara Barnard, filed. (bcampos, 1) (Entered: 06/26/2015) |
| 06/29/2015 | 280 | Transmittal Letter on Appeal re: 190 Notice of Appeal. The supplemental record is being sent to Kyle Renee Freeny, John Campbell Barker, Jeffrey A. Clair, Gabriel Markoff and Nina Perales via regular mail. (USCA No. 15-40333), filed. (jtabares, 1) (Entered: 06/29/2015) |
| 07/07/2015 | 281 | ORDER entered. Miscellaneous Hearing set for 8/19/2015 at 10:00 AM at Courtroom 6 before Judge Andrew S. Hanen. (Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 07/07/2015) |
| 07/09/2015 | 282 | ADVISORY by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Schwei, Daniel) (Entered: 07/09/2015) |
| 07/15/2015 | 283 | SUPPLEMENT to 282 Advisory by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Attachments: # 1 Exhibit DHS July 10 Directive, # 2 Exhibit DHS July 14 Directive)(Cohen, Bradley) (Entered: 07/15/2015) |
| 07/29/2015 | 284 | Letter from Harold William Van Allen re: documents filed in the USCA for the District of Columbia Circuit, filed. (bcampos, 1) (Entered: 07/29/2015) |
| 07/31/2015 | 285 | STATUS REPORT by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Attachments: # 1 Exhibit 1 - June 3 E-mails, # 2 Exhibit 2 - Schwei Letter (June 19), # 3 Exhibit 3 - Colmenero Letter (July 6), # 4 Exhibit 4 - Schwei Letter (July 17), # 5 Exhibit 5 - Colmenero Letter (July 22))(Schwei, Daniel) (Entered: 07/31/2015) |
| 07/31/2015 | 286 | Unopposed MOTION for Leave to File Excess Pages by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 8/21/2015. (Attachments: # 1 Proposed Order)(Schwei, Daniel) (Entered: |

| | | 07/31/2015) |
|---|---|---|
| 07/31/2015 | 287 | Unopposed MOTION to Cancel August 19 Hearing by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 8/21/2015. (Attachments: # 1 Exhibit 1 - Rodriguez Decl, # 2 Exhibit 1 - Attachments A-D, # 3 Exhibit 1 - Attachments E-L, # 4 Exhibit 2 - Neufeld Declaration, # 5 Exhibit 3 - Kerlikowske Declaration, # 6 Exhibit 4 - Saldana Declaration, # 7 Exhibit 5 - Vitiello Declaration, # 8 Proposed Order, # 9 Appendix Table of Contents)(Schwei, Daniel) (Entered: 08/01/2015) |
| 08/06/2015 | 288 | RESPONSE to 287 Unopposed MOTION to Cancel August 19 Hearing filed by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin. (Colmenero, Angela) (Entered: 08/06/2015) |
| 08/11/2015 | 289 | ORDER entered. The Court will hold the hearing in this matter on August 19, 2015 as scheduled. (Signed by Judge Andrew S. Hanen) Parties notified.(avleal, 1) (Entered: 08/11/2015) |
| 08/13/2015 | 290 | Unopposed MOTION for Protective Order by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 9/3/2015. (Attachments: # 1 Proposed Order Stipulated Protective Order) (Ricketts, Jennifer) (Entered: 08/13/2015) |
| 08/13/2015 | 291 | ADVISORY by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Attachments: # 1 Exhibit 1)(Ricketts, Jennifer) (Entered: 08/13/2015) |
| 08/17/2015 | 292 | MOTION for James J. Gilligan to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 9/8/2015. (Cohen, Bradley) (Additional attachment(s) added on 8/18/2015: # 1 attachment) (rnieto, 1). (Entered: 08/17/2015) |
| 08/18/2015 | 293 | Unopposed MOTION for Protective Order by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 9/8/2015. (Attachments: # 1 Proposed Order Stipulated Protective Order) (Ricketts, Jennifer) (Entered: 08/18/2015) |
| 08/18/2015 | 294 | ORDER granting 292 Motion to Appear Pro Hac Vice, James J. Gilligan for all Defendants. (Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 08/18/2015) |

| | | |
|---|---|---|
| 08/18/2015 | 🌐 295 | MOTION to Intervene by Harold William Van Allen, Natural Born Citizen Party National Committee, filed. Motion Docket Date 9/8/2015. (bcampos, 1) (Entered: 08/18/2015) |
| 08/18/2015 | 🌐 296 | SUPPLEMENT by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Attachments: # 1 Exhibit Supplemental Declaration of Leon Rodriguez)(Cohen, Bradley) (Entered: 08/18/2015) |
| 08/19/2015 | 🌐 | Minute Entry for proceedings held before Judge Andrew S. Hanen. MISCELLANEOUS HEARING held on 8/19/2015. Appearances: Attys for Plaintiffs: A. Colmenero, A. Bitter; Attorneys for Defendants: J.Ricketts, J.Gillegan, D.Hu, J.Schau-Nelson, E.Frankie, J.Meyer, (Court Reporter: Laura Wells)(10:12-11:19) 293 Unopposed MOTION for Protective Order by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello - Discussed. Oral argument-post injunction issues. Status report (are we in compliance with the injunction) due on 09/25/15 and 05/25/2016. Oral argument-pre injunction issues. Parties may file (optional) by 09/04/15 a brief. Court will sign order as to 293 . Court adjourned., filed.(csustaeta, 1) (Entered: 08/19/2015) |
| 08/19/2015 | 🌐 298 | Stipulated PROTECTIVE ORDER (Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 08/20/2015) |
| 08/20/2015 | 🌐 297 | AO 435 TRANSCRIPT ORDER FORM by Plaintiffs. This is to order a transcript of Miscellaneous Hearing held on 8/19/15 before Judge Andrew S. Hanen (original). Court Reporter/Transcriber: Laura Wells; filed by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed.(Colmenero, Angela) Modified on 8/21/2015 (bcampos, 1). (Entered: 08/20/2015) |
| 08/21/2015 | 🔓📄 299 | TRANSCRIPT re: Hearing held on 8-19-15 before Judge Andrew S. Hanen. Court Reporter/Transcriber Laura Wells. Ordering Party Angela V. Colmenero Release of Transcript Restriction set for 11/19/2015., filed. (lwells, ) (Entered: 08/21/2015) |
| 08/21/2015 | 🌐 300 | AO 435 TRANSCRIPT ORDER FORM by Plaintiffs. This is to order a transcript of Miscellaneous Hearing held on 8/19/15 before Judge Andrew S. Hanen (copy). Court Reporter/Transcriber: Laura Wells; filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello. (Cohen, Bradley) Modified on 8/21/2015 (bcampos, 1). (Entered: 08/21/2015) |
| 08/24/2015 | 🌐 301 | Notice of Filing of Official Transcript as to 299 Transcript. Party |

| | | notified, filed. (dahumada, 1) (Entered: 08/24/2015) |
|---|---|---|
| 08/24/2015 | 302 | ORDER denying 295 Motion to Intervene.Finally, pursuant to Rule 24 (b)(3), the Court finds this matter to be time sensitive and that the addition of new parties will cause undue delay and prejudice. Nevertheless, the pleadings filed by putative intervenor Harold William Van Allen will be reviewed as if they were filed by an amicus curae. (Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 08/24/2015) |
| 08/24/2015 | 303 | AO 435 TRANSCRIPT ORDER FORM by Kendra Morries. This is to order a transcript of Hearing held on 8/19/15 before Judge Andrew S. Hanen (original). Court Reporter: Laura Wells, filed. (rnieto, 1) (Entered: 08/25/2015) |
| 09/04/2015 | 304 | ADVISORY by Phil Bryant, Paul R. LePage, Patrick L. McCrory, C.L. "Butch" Otter, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin, filed.(Colmenero, Angela) (Entered: 09/04/2015) |
| 09/04/2015 | 305 | MEMORANDUM Following the Hearing of August 19, 2015 by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed.(Schwei, Daniel) (Entered: 09/04/2015) |
| 09/04/2015 | 306 | Unopposed MOTION for Leave to File Amicus Brief by Jane Doe #1, Jane Doe #2, and Jane Doe #3 by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 9/25/2015. (Attachments: # 1 [Proposed] Amicus Brief, # 2 Proposed Order)(Perales, Nina) (Entered: 09/04/2015) |
| 09/09/2015 | 307 | AO 435 TRANSCRIPT ORDER FORM by Karen C. Tumlin. This is to order a transcript of Hearing held on 08/19/2015 before Judge Andrew S. Hanen (copy). Court Reporter/Transcriber: Laura Wells , filed. (dahumada, 1) Modified on 9/10/2015 (dahumada, 1). (Entered: 09/09/2015) |
| 09/16/2015 | 308 | ORDER granting 306 Motion for Leave to File Amicus Brief.(Signed by Judge Andrew S. Hanen) Parties notified.(jtabares, 1) (Entered: 09/17/2015) |
| 09/16/2015 | 309 | AMICUS BRIEF of Jane Doe #1, Jane Doe #2, Jane Doe #3 Opposing Certain Sanctions Requested by Plaintiffs, filed.(jtabares, 1) (Entered: 09/17/2015) |
| 09/21/2015 | 310 | STATUS REPORT by Jeh Johnson, R. Gil Kerlikowske, Leon |

| | | |
|---|---|---|
| | | Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed.(Schwei, Daniel) (Entered: 09/21/2015) |
| 11/23/2015 | 311 | Joint MOTION to Stay *Merits Proceedings Pending Resolution of Supreme Court Review* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 12/14/2015. (Attachments: # 1 Proposed Order)(Freeny, Kyle) (Entered: 11/23/2015) |
| 11/23/2015 | 312 | NOTICE *of Withdrawal* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Freeny, Kyle) (Entered: 11/23/2015) |
| 12/01/2015 | 313 | ORDER Setting Hearing on Motion 311 Joint MOTION to Stay *Merits Proceedings Pending Resolution of Supreme Court Review* : Motion Hearing set for 12/15/2015 at 01:30 PM in Courtroom 6 before Judge Andrew S. Hanen. (Signed by Judge Andrew S. Hanen) Parties notified.(bcampos, 1) (Entered: 12/01/2015) |
| 12/11/2015 | 314 | MOTION for Adam Kirschner to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 1/1/2016. (Kirschner, Adam) (Additional attachment(s) added on 12/15/2015: # 1 Verification of Bar Membership for Motion Pro Hac Vice) (avleal, 1). (Entered: 12/11/2015) |
| 12/11/2015 | 315 | MOTION for John Tyler to Appear Pro Hac Vice by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 1/1/2016. (Kirschner, Adam) (Additional attachment(s) added on 12/15/2015: # 1 Verification of Bar Membership for Motion Pro Hac Vice) (avleal, 1). (Entered: 12/11/2015) |
| 12/11/2015 | 316 | NOTICE *of Withdrawal* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Cohen, Bradley) (Entered: 12/11/2015) |
| 12/14/2015 | 317 | RESPONSE to 311 Joint MOTION to Stay *Merits Proceedings Pending Resolution of Supreme Court Review* filed by Mitchell Williams. (scastillo, 1) (Additional attachment(s) added on 12/14/2015: # 1 Unredacted attachment) (scastillo, 1). (Entered: 12/14/2015) |
| 12/15/2015 | | Minute Entry for proceedings held before Judge Andrew S. Hanen. MOTION HEARING held on 12/15/2015. Appearances: Attorneys for Plaintiffs: Angela V. Colmenero; Adam Nicholas Bitter; Attorneys for Defendants: John R. Tyler; Jennifer D. Ricketts; Daniel Hu; Adam D. Kirschner; Attorney Nina Perales for Jane Doe #1, Jane Doe #2, Jane Doe #3; Attorney Orly Taitz for Orly Taitz; (Court Reporter: Sheila Heinz)(01:34-02:26) Discussion held as to 311 . 311 Joint MOTION to Stay *Merits Proceedings Pending Resolution of Supreme Court Review* -GRANTED as outlined in todays hearing. Discussion held as to 91 |

| | | MOTION to Intervene by Jane Doe #1, Jane Doe #2, Jane Doe #3. Discussion held as to 137 MOTION to Intervene as an Additional Plaintiff by Orly Taitz and Court will take under advisement. Parties may file any pleadings by 01/08/16., filed.(csustaeta, 1) (Entered: 12/15/2015) |
|---|---|---|
| 12/15/2015 | 318 | ORDER granting 315 Motion to Appear Pro Hac Vice.(Signed by Judge Andrew S. Hanen) Parties notified.(scastillo, 1) (Entered: 12/15/2015) |
| 12/15/2015 | 319 | ORDER granting 314 Motion to Appear Pro Hac Vice as to Adam D. Kirschner. (Signed by Judge Andrew S. Hanen) Parties notified. (mperez, 1) (Entered: 12/15/2015) |
| 12/15/2015 | 320 | ORDER 311 Joint MOTION to Stay *Merits Proceedings Pending Resolution of Supreme Court Review*. FURTHER ORDERED that the parties shall meet and confer and formulate and file with the Court an agreed upon (to the extent possible) schedule for the resolution of the merits of this case, within 21 days after the Supreme Court's denial of certiorari of the pending appeal or its ultimate disposition of the pending appeal(Signed by Judge Andrew S. Hanen) Parties notified. (jtabares, 1) (Entered: 12/16/2015) |
| 12/17/2015 | 321 | AO 435 TRANSCRIPT REQUEST by Adam Kirschner for Transcript of Hearing held on 12/15/15 before Judge Hanen. 14-Day turnaround requested. Court Reporter/Transcriber: Sheila E. Heinz, filed. (jtabares, 1) (Entered: 12/17/2015) |
| 12/21/2015 | 322 | AO 435 TRANSCRIPT REQUEST by Angela V. Colmenero for Transcript of Motion Hearing held on 12/15/15 before Judge Hanen. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Sheila Heinz , filed. (Colmenero, Angela) Modified on 12/22/2015 (jtabares, 1). (Entered: 12/21/2015) |
| 12/21/2015 | 323 | AO 435 TRANSCRIPT REQUEST by Kendra Morries for Transcript of Hearing held 12/15/2015 before Judge Hanen. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Not Listed, filed. (avleal, 1) (Entered: 12/21/2015) |
| 12/21/2015 | 324 | TRANSCRIPT re: Joint Motion to Stay Hearing held on 12/15/15 before Judge Andrew S. Hanen. Court Reporter/Transcriber Sheila E. Heinz. Ordering Party Adam Kirschner Release of Transcript Restriction set for 3/20/2016, filed. (jtabares, 1) (Entered: 12/21/2015) |
| 12/22/2015 | 325 | Notice of Filing of Official Transcript as to 324 Transcript. Party notified, filed. (rnieto, 1) (Entered: 12/22/2015) |
| 01/04/2016 | 326 | Order of USCA; Judgment issued as mandate 1/04/2016 re: 190 Notice of Appeal ; USCA No. 15-40333. It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the |

| | | opinion of this Court, filed.(mperez, 1) (Entered: 01/04/2016) |
|---|---|---|
| 01/04/2016 | 🌐 327 | Order of USCA - Per Curiam re: 190 Notice of Appeal ; USCA No. 15-40333. For the foregoing reasons, the Jane Does are entitled to intervene by right. REVERSED and REMANDED, filed.(mperez, 1) (Entered: 01/04/2016) |
| 01/04/2016 | 🌐 328 | Order of USCA; Judgment issued as mandate 15-40238 re: 257 Notice of Appeal ; USCA No. 15-40238. This cause was considered on the record on appeal and was argued by counsel. It is ordered and adjudged that the judgment of the District Court is affirmed, filed.(dahumada, 1) (Entered: 01/05/2016) |
| 01/04/2016 | 🌐 329 | Order of USCA re: 257 Notice of Appeal ; USCA No. 15-40238, filed. (dahumada, 1) (Entered: 01/05/2016) |
| 01/05/2016 | 🌐 330 | ADVISORY by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/05/2016) |
| 01/08/2016 | 🌐 331 | SUPPLEMENT to Motion Hearing,,, by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Attachments: # 1 Attachment A) (Kirschner, Adam) (Entered: 01/08/2016) |
| 01/08/2016 | 🌐 332 | Summary of the Supplemental Brief, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(dahumada, 1) (Entered: 01/08/2016) |
| 01/20/2016 | 🌐 333 | NOTICE of Withdrawal by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Freeny, Kyle) (Entered: 01/20/2016) |
| 01/20/2016 | 🌐 334 | The petition for a writ of certiorari filed with the Supreme Court has been granted (USCA No. 15-40238) (USSC No. 15-674), filed. (scastillo, 1) (Entered: 01/20/2016) |
| 01/28/2016 | 🌐 335 | Motion for Leave to Proceed In Forma Pauperis by William F. Reade, Jr., filed. Motion Docket Date 2/18/2016. (dbenavides, 1) (Entered: 01/28/2016) |
| 01/28/2016 | 🌐 336 | Motion for Leave to File Amicus Relief In Opposition to Defendant's Emergency Expedited Motion by William F. Reade, Jr., filed. Motion Docket Date 2/18/2016. (dbenavides, 1) (Entered: 01/28/2016) |
| 02/12/2016 | 🌐 337 | Order of USCA - Judgment; Judgment issued as mandate 15-40326 re: 257 Notice of Appeal ; USCA No. 15-40326. The appeal is dismissed as frivolous., filed.(bcampos, 1) (Entered: 02/12/2016) |
| 02/12/2016 | 🌐 338 | Order of USCA - Per Curiam re: 257 Notice of Appeal ; USCA No. 15-40326. The appeal is dismissed as frivolous. Mitchell Williams' Motion to Proceed IFP on appeal is DENIED and the appeal is DISMISSED as frivolous., filed.(bcampos, 1) (Entered: 02/12/2016) |
| | | |

| | | |
|---|---|---|
| 02/18/2016 | 🌐 339 | ORDER denying as moot 335 Motion for Leave to Proceed in forma pauperis; granting 336 Motion for Leave to File. The Court observes that the Southern District of Texas does not charge a fee for filing an amicus curiae brief. For this reason, the Court denies Reade's Motion for Leave to Proceed In Forma Pauperis as moot. The Court grants Reade's Motion for Leave to File Amicus Curiae Brief, with the requirement that it not exceed 30 pages. (Signed by Judge Andrew S. Hanen) Parties notified.(mperez, 1) (Entered: 02/18/2016) |
| 03/01/2016 | 🌐 340 | AMICI CURIAE BRIEF by William F. Reade, Jr., filed. (Attachments: # 1 Exhibit, # 2 cover letter)(bcampos, 1) (Entered: 03/01/2016) |
| 03/03/2016 | 🌐 341 | Order entered by the Court Denying as moot 263 Motion for Extension of Time; denying as moot 286 Motion for Leave to File Excess Pages; denying as moot 287 Motion; denying as moot 220 Motion to Intervene.(Signed by Judge Andrew S. Hanen) Parties notified. (dbenavides, 1) (Entered: 03/03/2016) |
| 04/08/2016 | 🔒 🌐 342 | ORDER - This Court intends to issue an order soon, it needs the Government to take a definitive position on whether or not it wants the Court to review the subset of documents contained in envelopes Two and Three before it rules. The Court can not and will not base a ruling on evidence it has not seen. Therefore, the Court is returning Envelopes Two and Three to counsel for the Government unopened. It has not and will not consider them. They have not been officially filed nor have they been reviewed in camera so they are not in any sense a part of the Court's record. If the Government wants the Court to consider the contents of these envelopes, it should have them delivered to the Court by close of business on April 15, 2016. If it chooses to do that, the Court will review the contents before it rules. If the documents are not delivered by 5:00 p.m. (Central Time) on April 15, 2016, the Court will assume the Government did not want them considered. The Court hereby orders the District Clerk's Office to photograph the unopened envelopes and attach those photos as sealed exhibits to this order. It is also orders the District Clerk's Office to ship the unopened envelopes back to the attorney who sent them to the Court. (Signed by Judge Andrew S. Hanen) Parties notified.(rdv, 1) (Additional attachment(s) added on 4/8/2016: # 1 Sealed Exhibits) (rdv, 1). (Entered: 04/08/2016) |
| 04/08/2016 | 🌐 344 | NOTICE of Delivery re: 342 Order,,,,, by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Ricketts, Jennifer) (Entered: 04/08/2016) |
| 04/15/2016 | 🌐 345 | NOTICE of Submission of Documents re: 342 Order,,,,, by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Schwei, Daniel) (Entered: 04/15/2016) |
| 04/19/2016 | 🌐 346 | Order of USCA - PER CURIAM; Judgment issued as mandate |

| | | |
|---|---|---|
| | | 4/19/2016 re: 257 Notice of Appeal ; USCA No. 15-41276. The petition for writ of mandamus is dismissed as frivolous. A sanction warning is issued., filed.(dnoriega, 1) (Entered: 04/19/2016) |
| 05/19/2016 | 347 | MEMORANDUM OPINION AND ORDER.(Signed by Judge Andrew S Hanen) Parties notified.(scastillo, 1) (Entered: 05/19/2016) |
| 05/19/2016 | 348 | Sealed Order, filed. (Entered: 05/19/2016) |
| 05/20/2016 | 349 | *Second Advisory Regarding the Pending Fifth Circuit Mandate* by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. (Attachments: # 1 Exhibit A-Dockets Excerpts, # 2 Exhibit B-Proposed Order)(Perales, Nina) (Entered: 05/20/2016) |
| 05/25/2016 | 350 | STATUS REPORT by United States of America, filed. (Attachments: # 1 Exhibit)(Hu, Daniel) (Entered: 05/25/2016) |
| 05/27/2016 | 351 | Unopposed MOTION Electronic Service of dkt 348 by United States of America, filed. Motion Docket Date 6/17/2016. (Attachments: # 1 Proposed Order)(Hu, Daniel) (Entered: 05/27/2016) |
| 05/27/2016 | 352 | ORDER granting 351 Motion for Electronic Service of Order 348 to be provided to Jennifer Ricketts, attorney in charge for Defendants. (Signed by Judge Andrew S Hanen) Parties notified.(dbenavides, 1) (Entered: 05/27/2016) |
| 05/27/2016 | | *** Emailed Jennifer Ricketts, Attorney in Charge for Defendants ECF No. 348., filed. (csustaeta, 1) (Entered: 05/27/2016) |
| 05/27/2016 | 353 | ORDER, entered. If a proper motion is filed and the order is unopposed (and the movants further indicate that the other parties have no objection to the lifting of the stay on the merits proceedings), this Court will immediately review it and rule. If a proper motion is filed and the order is opposed, or the lifting of the stay is opposed, the Court will set the motion for a hearing as one of its first orders of business once the stay is lifted. Regardless of what course of action counsel for the Jane Does choose with respect to their proposed order, the intervention of the Jane Does was granted in December of 2015 and they will remain parties until a further order of this Court or an appropriate appellate court. (Signed by Judge Andrew S Hanen) Parties notified.(mperez, 1) (Entered: 05/27/2016) |
| 05/31/2016 | 354 | MOTION to Stay *May 19, 2016, Order Pending Further Review* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 6/21/2016. (Attachments: # 1 Memorandum in Support of Defendants' Motion to Stay May 19, 2016 Order Pending Further Review, # 2 Affidavit (Declaration of Len Rodrguez), # 3 Affidavit (Declaration of Lee J. Lofthus), # 4 Proposed Order)(Ricketts, Jennifer) (Entered: 05/31/2016) |
| 05/31/2016 | 355 | ORDER entered; Motion-related deadline set re: 354 MOTION to Stay |

| | | |
|---|---|---|
| | | *May 19, 2016, Order Pending Further Review* Motion Hearing set for 6/7/2016 at 10:00 AM in Courtroom 6 before Judge Andrew S Hanen. (Signed by Judge Andrew S Hanen) Parties notified.(melopez, 1) (Entered: 05/31/2016) |
| 06/05/2016 | 356 | RESPONSE to 354 MOTION to Stay *May 19, 2016, Order Pending Further Review* filed by Jane Doe #1, Jane Doe #2, Jane Doe #3. (Attachments: # 1 Declaration of Javier H. G.)(Perales, Nina) (Entered: 06/05/2016) |
| 06/05/2016 | 357 | MOTION To Use Pseudonymous Declaration In Support of Response Supporting Defendants' Motion to Stay by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. Motion Docket Date 6/27/2016. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/05/2016) |
| 06/05/2016 | 358 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 347 Memorandum and Order by Jane Doe #1, Jane Doe #2, Jane Doe #3 (Filing fee $ 505, receipt number 0541-16750196), filed. (Perales, Nina) (Entered: 06/05/2016) |
| 06/06/2016 | 359 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 358 Notice of Appeal. Fee status: Paid, filed. (Attachments: # 1 Notice of Appeal, # 2 Order, # 3 Public Docket Sheet) (rnieto, 1) (Entered: 06/06/2016) |
| 06/06/2016 | | Appeal Review Notes re: 358 Notice of Appeal. Fee status: Paid. The appeal filing fee has been paid, and the appellant is represented by counsel.Hearings were held in the case - transcripts were produced. Number of DKT-13 Forms expected: 1, filed. (rnieto, 1) Modified on 6/6/2016 (rnieto, 1). (Entered: 06/06/2016) |
| 06/06/2016 | 360 | Order entered by the Court. The Court has received information sent by Counsel Angelica Villabos, Juan Escalante, Jane Doe #4 and Jane Doe #5 suggesting they wish to address the issues discussed in the Defendants' pending Motion to stay 354 . By copy of this Order, the Court hereby Notifies counsel for these individuals that the Court is holding a hearing on that motion. Hearing set for 6/7/2016 at 10:00 AM before Judge Andrew S Hanen(Signed by Judge Andrew S Hanen) Parties notified.(dbenavides, 1) (Entered: 06/06/2016) |
| 06/06/2016 | | Notice of Assignment of USCA No. 16-40796 re: 358 Notice of Appeal, filed. (rnieto, 1) (Entered: 06/06/2016) |
| 06/06/2016 | 361 | SUPPLEMENT to 354 MOTION to Stay *May 19, 2016, Order Pending Further Review* by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Schwei, Daniel) (Entered: 06/06/2016) |
| 06/06/2016 | 362 | SUPPLEMENT to 356 Response to Motion by Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. (Attachments: # 1 Declaration of Cristina R) (Perales, Nina) (Entered: 06/06/2016) |
| | | |

| 06/06/2016 | 🌐 363 | Order of USCA - Per Curiam re: 358 Notice of Appeal ; USCA No. 16-40795. This court ORDERS, lest there be any confusion, that the filing of these motions before us should not be construed to interfere with the district court's conduct of a hearing tomorrow or its issuance of a ruling on a motion to stay, filed.(mperez, 1) (Entered: 06/07/2016) |
|---|---|---|
| 06/07/2016 | 🌐 364 | ORDER entered. The Court orders the parties to appear for a status conference on August 22, 2016 at 11:00 a.m. The Court hereby stays its order of May 19, 2016 [Doc. No. 347] pending the outcome of that hearing and furthermore stays all proceedings on the merits per the outcome of that hearing. Defendants have until July 31, 2016 to file any submission they wish as to an appropriate sanction for the misrepresentations which were the subject of this Court's May 19, 2016 order and/or any evidence they may have concerning the misrepresentations discussed in that order. (Signed by Judge Andrew S Hanen) Parties notified.(jtabares, 1) (Entered: 06/07/2016) |
| 06/07/2016 | 🌐 365 | AO 435 TRANSCRIPT REQUEST by United States / Daniel Schwei for Transcript of Hearing on Stay Motion on 6/7/16 before Judge Hanen. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Sheila Perales, filed. (Schwei, Daniel) (Entered: 06/07/2016) |
| 06/07/2016 | 🌐 | Minute Entry for proceedings held before Judge Andrew S Hanen. MOTION HEARING held on 6/7/2016. Appearances: Attorney for Plaintiff: Angela V. Colmenero; Attorneys for Defendants: Jennifer D. Ricketts; James Gilligan; DHS-General Counsel: Ur Jaddou; Caitlyn Miller; Attorney for Intevenors Jane Doe 1, 2, and 3: Nina Perales; (Court Reporter: Sheila Perales)(10:00-11:07) Oral argument held as to 354 . N. Perales addressed the Court as to 356 . A. Colmernero addressed 354 Court addressed parties. Court is Staying its ruling until 08/22/16. Status Conference set for 08/22/16 at 11:00 am. Defendants have until 07/31/16 to provide to the Court evidence/suggestions to the Court as to the misrepresentations made to this Court. Court will take up pending motions as to Jane Doe #1, #2, #3 at the hearing on 08/22/16. Court adjourned., filed.(csustaeta, 1) (Entered: 06/07/2016) |
| 06/07/2016 | 🔓🌐 366 | TRANSCRIPT re: Motion Hearing held on June 7, 2016 before Judge Andrew S Hanen. Court Reporter/Transcriber sperales. Ordering Party Daniel Schwei Release of Transcript Restriction set for 9/6/2016., filed. (sperales, ) (Entered: 06/07/2016) |
| 06/07/2016 | 🌐 367 | AO 435 TRANSCRIPT REQUEST by Miriam Rozen for Transcript of Pre-Trial Proceedings. Ordinary (30 days) turnaround requested. Court Reporter/Transcriber: Sheila Perales, filed. (dbenavides, 1) (Entered: 06/08/2016) |
| 06/08/2016 | 🌐 368 | Notice of Filing of Official Transcript as to 366 Transcript. Party notified, filed. (jtabares, 1) (Entered: 06/08/2016) |
| 06/08/2016 | 🌐 369 | AO 435 TRANSCRIPT REQUEST by Plaintiffs/ Angela Colmenero |

| | | |
|---|---|---|
| | | for Transcript of Motion hearing on 6/7/16 before Judge Andrew S. Hanen. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Sheila Perales, filed. (Colmenero, Angela) (Entered: 06/08/2016) |
| 06/08/2016 | 370 | Order of USCA, Notice of Appeal ; USCA No. 16-40797. It is so Ordered that Petitioner's motion to withdraw the previously filed motion for stay pending appeal is Granted, filed.(dbenavides, 1) (Entered: 06/08/2016) |
| 06/08/2016 | 371 | AO 435 TRANSCRIPT REQUEST by Karen C. Tumlin for Transcript of Motion Hearing held on 6/7/16 before Judge Andrew S. Hanen. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Sheila Perales, filed. (mperez, 1) (Entered: 06/08/2016) |
| 06/16/2016 | 372 | DKT13 TRANSCRIPT ORDER REQUEST by Gabriel Markoff. Transcript is already on file in Clerks office regarding Hearings on 1/15/15; 3/19/15; 6/23/15; 8/19/15; 12/15/15; 6/7/16 before Judge Hanen. (No transcript is needed). Court Reporter/Transcriber: Barbara Barnard; Laura Wells; Sheila Heinz; Sheila Perales; ERO. This order form relates to the following: 358 Notice of Appeal, filed.(jtabares, 1) (Entered: 06/16/2016) |
| 06/16/2016 | 373 | MOTION to Vacate 347 Memorandum and Order, 348 Sealed Order by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 7/7/2016. (Attachments: # 1 Proposed Order)(Schwei, Daniel) (Entered: 06/16/2016) |
| 06/17/2016 | 374 | DKT13 TRANSCRIPT ORDER REQUEST by Gabriel Markoff. Transcript is already on file in Clerks office regarding Hearings 1/15/15; 3/19/15; 6/23/15; 8/19/15; 12/15/15 and 6/7/16 held before Judge Hanen. (No transcript is needed). Court Reporter/Transcriber: Barbara Barnard, Laura Wells, Sheila Heinz, Sheila Perales and ERO. This order form relates to the following: 358 Notice of Appeal, filed. (jtabares, 1) (Entered: 06/17/2016) |
| 06/24/2016 | 375 | Order of USCA, USCA No. 16-40795. It is Ordered that the petitions for mandamus are dismissed without prejudice. The motion to proceed anonymously is Dismissed as moot, filed.(dbenavides, 1) (Entered: 06/24/2016) |
| 06/28/2016 | | Electronic Access to Record on Appeal Provided re: Notice of Appeal to J. Campbell Barker, Adam KohSweeney, Gabriel Markoff, Nina Perales, Linda Smith. Attorneys of record at the Circuit may download the record from the Court of Appeals, filed.(dbenavides, 1) (Entered: 06/28/2016) |
| 07/06/2016 | 376 | Order of USCA re: 358 Notice of Appeal; USCA No. 16-40796. IT IS ORDERED that appellants' unopposed motion to stay further proceedings in this court and suspend the briefing scheduled is |

| | | |
|---|---|---|
| | | GRANTED, filed.(avleal, 1) (Entered: 07/06/2016) |
| 07/06/2016 | 377 | RESPONSE to 373 MOTION to Vacate 347 Memorandum and Order, 348 Sealed Order filed by Paul R. LePage, Bill Schuette, State of Louisiana, State of Alabama, State of Arizona, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Kansas, State of Montana, State of Nebraska, State of Nevada, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of West Virginia, State of Wisconsin. (Attachments: # 1 Proposed Order)(Colmenero, Angela) (Entered: 07/06/2016) |
| 07/18/2016 | 378 | REPLY to Response to 373 MOTION to Vacate 347 Memorandum and Order, 348 Sealed Order, filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello. (Schwei, Daniel) (Entered: 07/18/2016) |
| 07/31/2016 | 379 | Sealed Event, filed. (Entered: 07/31/2016) |
| 07/31/2016 | 380 | Unopposed MOTION for Leave to File Under Seal and In Camera Defendants' Response to the Court's Order of June 7, 2016 by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 8/22/2016. (Attachments: # 1 Proposed Order)(Schwei, Daniel) (Entered: 07/31/2016) |
| 07/31/2016 | 381 | Sealed Event, filed. (With attachments) (Entered: 07/31/2016) |
| 07/31/2016 | 382 | Sealed Event, filed. (With attachments) (Entered: 07/31/2016) |
| 07/31/2016 | 383 | Sealed Event, filed. (With attachments) (Entered: 08/01/2016) |
| 08/01/2016 | 384 | Sealed Event, filed. (With attachments) (Entered: 08/01/2016) |
| 08/01/2016 | 385 | Unopposed MOTION for Leave to File Excess Pages by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. Motion Docket Date 8/22/2016. (Attachments: # 1 Proposed Order)(Schwei, Daniel) (Entered: 08/01/2016) |
| 08/03/2016 | 386 | ORDER granting 384 Sealed Motion. It is further Ordered that Defendant's Response shall be deemed filed, nunc pro tunc on July 31,2016.(Signed by Judge Andrew S Hanen) Parties notified. (dbenavides, 1) (Entered: 08/03/2016) |
| 08/03/2016 | 387 | Order Granting Motion to file In Camera and to the Extent Necessary for leave to file.(Signed by Judge Andrew S Hanen) Parties notified. (dbenavides, 1) (Entered: 08/03/2016) |
| 08/03/2016 | 388 | ORDER granting 385 Motion for Leave to File Excess Pages.(Signed by Judge Andrew S Hanen) Parties notified.(dbenavides, 1) (Entered: 08/03/2016) |

| 08/04/2016 | 🌐389 | ORDER granting 380 Motion for Leave to File Under Seal and In Camera Their Response to the Court's Order as of June 7, 2016.(Signed by Judge Andrew S Hanen) Parties notified.(dbenavides, 1) (Entered: 08/04/2016) |
| 08/05/2016 | 🌐390 | ORDER entered. The Court hereby resets the status Conference scheduled for August 22, 2016 at 11:00 AM to 8/31/2016 at 01:30 PM in Courtroom 6 before Judge Andrew S Hanen. Status Conference set for 8/31/2016(Signed by Judge Andrew S Hanen) Parties notified. (scastillo, 1) (Entered: 08/05/2016) |
| 08/08/2016 | 🌐391 | ADVISORY by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, etc. (Attachments: # 1 Defendants' Response to the Court's Order of June 7, 2016 REDACTED, # 2 Exhibit A - Declaration of Benjamin C. Mizer REDACTED, # 3 Exhibit B - Declaration of Joyce R. Branda REDACTED, # 4 Exhibit D - Declaration of Joseph H. Hunt REDACTED)(Schwei, Daniel) (Entered: 08/08/2016) |
| 08/10/2016 | 🌐392 | MOTION to Intervene by Robin Clarice Parezanin, Raheleh Ziaei, Tammy Willis, Rhonda Ann Fleming, filed. Motion Docket Date 8/31/2016. (bcampos, 1) (Entered: 08/10/2016) |
| 08/10/2016 | 🌐393 | MOTION for Temporary Restraining Order and Motion for Preliminary Injunction by Rhonda Ann Fleming, Robin Clarice Parezanin, Tammy Willis, Raheleh Ziaei, filed. Motion Docket Date 8/31/2016. (bcampos, 1) (Entered: 08/10/2016) |
| 08/11/2016 | 🌐394 | MOTION for Expedited Evidentiary Hearing due to the Imminent Harm or Danger to the Plaintiff-Intervenors by Rhonda Ann Fleming, Tammy Willis, Raheleh Ziaei, filed. Motion Docket Date 9/1/2016. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (rnieto, 1) (Entered: 08/11/2016) |
| 08/12/2016 | 🌐395 | Unopposed MOTION for Leave to File Amicus Brief by Angelica Villalobos, filed. Motion Docket Date 9/2/2016. (Attachments: # 1 Proposed Amicus Brief, # 2 Exhibit to Amicus Brief, # 3 Proposed Order)(Saldivar, Edgar) (Entered: 08/12/2016) |
| 08/12/2016 | 🌐396 | Unopposed MOTION Motion For Leave To Proceed Under Pseudonyms by jane doe #4, jane doe #5, filed. Motion Docket Date 9/2/2016. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Saldivar, Edgar) (Entered: 08/12/2016) |
| 08/12/2016 | 🌐397 | MOTION for Karen Tumlin to Appear Pro Hac Vice by Angelica Villalobos, jane doe #4, jane doe #5, filed. Motion Docket Date 9/2/2016. (Saldivar, Edgar) (Additional attachment(s) added on 8/15/2016: # 1 Verified bar membership) (bcampos, 1). (Entered: 08/12/2016) |
| 08/12/2016 | 🌐398 | MOTION for Nora Preciado to Appear Pro Hac Vice by Angelica |

| | | |
|---|---|---|
| | | Villalobos, jane doe #4, jane doe #5, filed. Motion Docket Date 9/2/2016. (Saldivar, Edgar) (Additional attachment(s) added on 8/15/2016: # 1 Verified bar membership) (bcampos, 1). (Entered: 08/12/2016) |
| 08/12/2016 | 399 | MOTION for Justin Cox to Appear Pro Hac Vice by Angelica Villalobos, jane doe #4, jane doe #5, filed. Motion Docket Date 9/2/2016. (Saldivar, Edgar) (Additional attachment(s) added on 8/15/2016: # 1 Verified bar membership) (bcampos, 1). (Entered: 08/12/2016) |
| 08/12/2016 | 400 | MOTION for Omar Jadwat to Appear Pro Hac Vice by Angelica Villalobos, jane doe #4, jane doe #5, filed. Motion Docket Date 9/2/2016. (Saldivar, Edgar) (Additional attachment(s) added on 8/15/2016: # 1 Verified membership status) (bcampos, 1). (Entered: 08/12/2016) |
| 08/12/2016 | 401 | MOTION for Cecillia Wang to Appear Pro Hac Vice by Angelica Villalobos, jane doe #4, jane doe #5, filed. Motion Docket Date 9/2/2016. (Saldivar, Edgar) (Additional attachment(s) added on 8/15/2016: # 1 Verified bar membership) (bcampos, 1). (Entered: 08/12/2016) |
| 08/12/2016 | 402 | MOTION for Cody Wofsy to Appear Pro Hac Vice by Angelica Villalobos, jane doe #4, jane doe #5, filed. Motion Docket Date 9/2/2016. (Saldivar, Edgar) (Additional attachment(s) added on 8/15/2016: # 1 Verified bar membership) (bcampos, 1). (Entered: 08/12/2016) |
| 08/22/2016 | 403 | ORDER granting 395 Motion for Leave to File Brief as Amici Curiae. (Signed by Judge Andrew S Hanen) Parties notified.(dnoriega, 1) (Entered: 08/22/2016) |
| 08/22/2016 | 404 | BRIEF of Angelica Villalobos, Juan Escalante, Jane Doe #4 & jane Doe #5 as Amici Curae Opposing Certain Sanctions Contemplated by the Court's May 19 Order re: 347 Memorandum and Order by Angelica Villalobos, Jane Doe #4, Jane Doe #5, filed. (Attachments: # 1 Exhibit) (dnoriega, 1) (Entered: 08/22/2016) |
| 08/22/2016 | 405 | Addendum to the Motion for Expedited Evidentiary Hearing by Tammy Willis, filed. (avleal, 1) (Entered: 08/22/2016) |
| 08/29/2016 | 406 | RESPONSE in Opposition to 392 MOTION to Intervene, 393 MOTION for Temporary Restraining Order, filed by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello. (Kirschner, Adam) (Entered: 08/29/2016) |
| 08/30/2016 | 407 | SUPPLEMENT to 406 Response in Opposition to Motion by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed.(Kirschner, Adam) (Entered: 08/30/2016) |

| 08/30/2016 | 🌐408 | NOTICE of Appearance by Carlos M. Garcia on behalf of Jane Doe #1, Jane Doe #2, Jane Doe #3, filed. (Perales, Nina) (Entered: 08/30/2016) |
|---|---|---|
| 08/30/2016 | 🌐409 | RESPONSE to 392 MOTION to Intervene, 394 MOTION for Evidentiary Hearing, 393 MOTION for Temporary Restraining Order filed by Jane Doe #1, Jane Doe #2, Jane Doe #3. (Perales, Nina) (Entered: 08/30/2016) |
| 08/30/2016 | 🌐410 | ORDER regarding 401 Motion for Cecilia Wang to Appear Pro Hac Vice. (Signed by Judge Andrew S Hanen) Parties notified. (avleal, 1) (Entered: 08/30/2016) |
| 08/30/2016 | 🌐411 | ORDER regarding 402 Motion for Cody Wofsy to Appear Pro Hac Vice.(Signed by Judge Andrew S Hanen) Parties notified. (avleal, 1) (Entered: 08/30/2016) |
| 08/30/2016 | 🌐412 | ORDER granting 399 Motion to Appear Pro Hac Vice as to Justin B. Cox.(Signed by Judge Andrew S Hanen) Parties notified.(mperez, 1) (Entered: 08/30/2016) |
| 08/30/2016 | 🌐413 | ORDER granting 400 Motion to Appear Pro Hac Vice as to Omar Jadwat.(Signed by Judge Andrew S Hanen) Parties notified.(mperez, 1) (Entered: 08/30/2016) |
| 08/30/2016 | 🌐414 | ORDER granting 397 Motion for Karen C. Tumlin to Appear Pro Hac Vice. (Signed by Judge Andrew S Hanen) Parties notified. (rnieto, 1) (Entered: 08/30/2016) |
| 08/30/2016 | 🌐415 | ORDER granting 398 Motion for Nora A. Preciado to Appear Pro Hac Vice. (Signed by Judge Andrew S Hanen) Parties notified. (rnieto, 1) (Entered: 08/30/2016) |
| 08/31/2016 | 🌐 | Minute Entry for proceedings held before Judge Andrew S Hanen. STATUS CONFERENCE held on 8/31/2016. Appearances: Attorneys for Plaintiffs: Aadam Nicholas Bitter; Attorneys for Defendants: Jennifer D. Ricketts, Daniel Hu, Daniel Schwei, James J. Gilligan, John R Tyler, ; Attorneys for Intervenors: Jane Does 1, 2,3 - Nina Perales; Carlos Garcia; Attorney for Sealed Filer: Murray J. Fogler;(Court Reporter: Sheila Perales)(01:34-02:25). Discussion held as to 354 Motion to Stay. Agreement between parties that it would be appropriate for the Court to continue the stay until the Supreme Court rules on the United States petition for re-hearing and then allow the parties 30 days to discuss before coming back to the Court on the scheduling matters. Discussion held as to 392 . 392 Motion to Intervene -DENIED along with others from same party. Discussion held as to affidavits. Court adjourned., filed.(csustaeta, 1) (Entered: 08/31/2016) |
| 09/01/2016 | 🌐416 | AO 435 TRANSCRIPT REQUEST by Defendants for Transcript of 8/31/16. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Sheila Perales, filed. (Kirschner, Adam) (Entered: 09/01/2016) |

| 09/02/2016 | 🔒 🌐417 | TRANSCRIPT re: Hearing held on August 31, 2016 before Judge Andrew S Hanen. Court Reporter/Transcriber sperales. Ordering Party Adam Kirschner Release of Transcript Restriction set for 12/1/2016., filed. (sperales, ) (Entered: 09/02/2016) |
|---|---|---|
| 09/06/2016 | 🌐418 | Notice of Filing of Official Transcript as to 417 Transcript. Party notified, filed. (mperez, 1) (Entered: 09/06/2016) |
| 09/08/2016 | 🌐419 | MOTION for Court Order Granting Injunctive Relief on Unopposed Motion for Preliminary Injunction Pursuant to 28 USC 1651(a) by Rhonda Ann Fleming, filed. Motion Docket Date 9/29/2016. (scastillo, 1) (Entered: 09/08/2016) |
| 09/12/2016 | 🌐420 | SURREPLY to 392 MOTION to Intervene, filed by Rhonda Ann Fleming. (dnoriega, 1) (Entered: 09/12/2016) |
| 09/15/2016 | 🌐421 | ADVISORY by Jeh Johnson, R. Gil Kerlikowske, Leon Rodriguez, Sarah R Saldana, United States of America, Ronald D. Vitiello, filed. (Schwei, Daniel) (Entered: 09/15/2016) |
| 10/06/2016 | 🌐422 | ORDER entered. In light of the Supreme Court of the U.S.' denial of the Petition for Rehearing and taking into account the parties' agreement, disclosed to this Court in the last hearing, the parties shall meet and confer among themselves to see if they can agree to an appropriate Scheduling Order, which, if adopted by this Court, will govern this matter to its conclusion. This conference should take place before 11-11-16. If an agreement is reached, the parties should file the proposed schedule for consideration by this Court. If an agreement cannot be reached, the parties should jointly file a pleading outlining the areas of agreement and disagreement. The appropriate filing shall be accomplished by 11-18-16. The Court will wait to review the parties' submission before determining whether a scheduling hearing will be necessary. (Signed by Judge Andrew S Hanen) Parties notified. (rnieto, 1) (Entered: 10/06/2016) |
| 10/11/2016 | 🌐423 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit regarding Order denying Motion to Intervene by Rhonda Ann Fleming, filed. (rnieto, 1) (Entered: 10/11/2016) |
| 10/11/2016 | 🌐424 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 423 Notice of Appeal. Fee status: Not Paid, filed. (Attachments: # 1 Notice of Appeal, # 2 Public Docket Sheet) (rnieto, 1) (Entered: 10/11/2016) |
| 10/11/2016 | 🌐 | Appeal Review Notes re: 423 Notice of Appeal. Fee status: Not Paid. The appeal filing fee has not been paid, and appellant is a pro se litigant.Hearings were held in the case - transcripts were produced. Number of DKT-13 Forms expected: 1, filed. (rnieto, 1) (Entered: 10/11/2016) |
| 10/17/2016 | 🌐425 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by |

| | | Rhonda Ann Fleming, filed.(bcampos, 1) (Entered: 10/17/2016) |