**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

State of Texas, et al.

*versus*                                                   Case Number: 1:14–cv–00254

United States of America, et al.

# NOTICE OF NON–COMPLIANCE

The appellant or counsel for the appellant has failed to:

- Pay the notice of appeal filing fee.
- Submit the DKT13 transcript order form.

Date: October 26, 2016.

David J. Bradley, Clerk