**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

---

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

---

**JOINT MOTION TO STAY MERITS PROCEEDINGS**

Pursuant to this Court's October 6, 2016, Order, the parties have met and conferred and have reached agreement on how to proceed in this case. For the reasons stated below, the parties jointly move to stay proceedings on the merits of Plaintiffs' claims, including the obligation to propose a schedule for resolution of the case, until February 20, 2017. The basis for this motion is as follows:

1.       This Court previously stayed the merits of this litigation, including the obligation to propose a schedule to resolve the merits of this action, pending Fifth Circuit and Supreme Court proceedings so that the Court and the parties could benefit by knowing the disposition of any appeal. *See* ECF Nos. 164, 200, 271, 320, 364, 422; Minute Entry (Aug. 31, 2016).

2.       This case is at a unique juncture in which a preliminary injunction has been fully litigated to the Supreme Court and the case has now returned to this Court. Given the change in Administration, the parties jointly submit that a brief stay of any further litigation in this Court before beginning any further proceedings would serve judicial efficiency and economy so that the parties have a better understanding of how they might choose to move forward. In the

meantime, this Court's preliminary injunction of February 16, 2015, would remain in effect for the duration of any stay.

    3.    This Court has the authority to issue a stay of proceedings: "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes of its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936).  Accordingly, the parties respectfully submit that further proceedings on the merits of this case, including the submission of a schedule for resolving the merits, should be stayed until February 20, 2017.  Because all parties are amenable to a stay of the merits proceedings, moreover, the balance of interests weighs heavily in favor of granting that stay.


Dated: November 18, 2016                    Respectfully submitted,

KENNETH MAGIDSON                            BENJAMIN C. MIZER
United States Attorney                      Principal Deputy Assistant Attorney General

DANIEL DAVID HU                             JENNIFER D. RICKETTS
Assistant United States Attorney            Branch Director, Federal Programs Branch
Deputy Chief, Civil Division                Attorney-in-Charge (VA Bar No. 29281)

                                            JOHN R. TYLER
                                            Assistant Branch Director

                                              */s/ Adam D. Kirschner*
                                            ADAM D. KIRSCHNER (IL Bar #6286601)
                                            JULIE S. SALTMAN
                                            Civil Division, Federal Programs Branch
                                            U.S. Department of Justice
                                            P.O. Box 883
                                            Washington, D.C.  20044
                                            Tel.: (202) 353-9265
                                            Fax: (202) 616-8470
                                            Adam.Kirschner@usdoj.gov

                                            *Attorneys for Defendants*

2

LUTHER STRANGE
*Attorney General of Alabama*

MARK BRNOVICH
*Attorney General of Arizona*

LESLIE RUTLEDGE
*Attorney General of Arkansas*

PAMELA JO BONDI
*Attorney General of Florida*

SAMUEL S. OLENS
*Attorney General of Georgia*

LAWRENCE G. WASDEN
*Attorney General of Idaho*

JOSEPH C. CHAPELLE
PETER J. RUSTHOVEN
*Counsel for the State of Indiana*

DEREK SCHMIDT
*Attorney General of Kansas*

JEFF LANDRY
*Attorney General of Louisiana*

TIMOTHY C. FOX
*Attorney General of Montana*

DOUG PETERSON
*Attorney General of Nebraska*

ADAM PAUL LAXALT
*Attorney General of Nevada*

WAYNE STENEHJEM
*Attorney General of North Dakota*

KEN PAXTON
*Attorney General of Texas*

JEFFREY C. MATEER
*First Assistant Attorney General*

BRANTLEY STARR
*Deputy First Assistant Attorney General*

SCOTT A. KELLER
*Solicitor General*

/s/    *Angela V. Colmenero*
ANGELA V. COLMENERO
*Assistant Attorney General*
**Attorney-in-Charge**
Tx. Bar No. 24048399
Southern District ID No. 1002881

J. CAMPBELL BARKER
*Deputy Solicitor General*

ERIC A. HUDSON
ADAM N. BITTER
*Assistant Attorneys General*

Office of the Attorney General of Texas
P.O. Box 12548
Austin, Tx.  78711-2548
(512) 936-1700

3

MICHAEL DEWINE
*Attorney General of Ohio*
ERIC E. MURPHY
*Co-counsel for the State of Ohio*

E. SCOTT PRUITT
*Attorney General of Oklahoma*

ALAN WILSON
*Attorney General of South Carolina*

MARTY J. JACKLEY
*Attorney General of South Dakota*

HERBERT SLATERY III
*Attorney General and Reporter of Tennessee*

SEAN D. REYES
*Attorney General of Utah*

PATRICK MORRISEY
*Attorney General of West Virginia*

BRAD D. SCHIMEL
*Attorney General of Wisconsin*

BILL SCHUETTE
*Attorney General for the People of Michigan*

DREW SNYDER
*Counsel for the Governor of Mississippi*

PAUL R. LEPAGE
*Governor of Maine*

ROBERT C. STEPHENS
*Counsel for the Governor of North
    Carolina*

CALLY YOUNGER
*Counsel for the Governor of Idaho*

**O'MELVENY & MYERS LLP**
Adam P. KohSweeney
Cal. Bar No. 229983)*
Gabriel Markoff (Cal. Bar. No. 291656)*
2 Embarcadero Center 28th Floor
San Francisco, CA 94111-3823
Tel:  (415) 984-8700
Fax:  (415) 984-8701

**DLA PIPER LLP**
Linda J. Smith (Cal. Bar. No. 78238)*
2000 Avenue of the Stars, Ste. 400N
Los Angeles, CA 90067
Tel: (310) 595-3038
Fax: (310) 595-3300

*Admitted *pro hac vice*

**MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND**

**By**  */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046;
Southern District of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Tel:  (210) 224-5476
Fax:  (210) 224-5382
nperales@maldef.org

**GARCIA & GARCIA, ATTORNEYS AT LAW,
P.L.L.C.**
Carlos M. Garcia (Tex. Bar No. 24065265;
Southern District of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, Texas 78502
Tel: (956) 630-3889
Fax: (956) 630-3899

*Attorneys for Intervenors*

**CERTIFICATE OF CONFERRAL**

Undersigned counsel hereby certifies that counsel for Plaintiffs, Angela

Colmenero, and counsel for Intervenors, Nina Perales, concurred in the filing of this Joint

Motion to Stay Merits Proceedings.

*/s/ Adam D. Kirschner*
Counsel for Defendants

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a true and correct copy of the foregoing

Joint Motion to Stay Merits Proceedings has been delivered electronically on November

18, 2016, to counsel of record via the District's ECF system.

*/s/ Adam D. Kirschner*
Counsel for Defendants
