UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the parties' Joint Motion to Stay Merits Proceedings, and for good cause shown, it is hereby:

ORDERED that the parties' Joint Motion to Stay Merits Proceedings GRANTED; and it is

FURTHER ORDERED that proceedings on the merits of Plaintiffs' claims, including the obligation to propose a schedule for resolving the case, are stayed until February 20, 2017; and it is

FURTHER ORDERED that the parties shall meet and confer and formulate and file with the Court an agreed upon (to the extent possible) schedule for the resolution of the merits of this case no later than February 20, 2017.

Signed on _____, 2016.

_____
The Honorable Andrew S. Hanen
United States District Judge