United States District Court
Southern District of Texas
FILED

DEC 28 2016

David J. Bradley, Clerk of Court

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT



No. 16-41411

1:14-CV-254

STATE OF TEXAS

    Plaintiff

RHONDA ANN FLEMING,

    Movant - Appellant

A True Copy
Certified order issued Dec 28, 2016

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

v.

UNITED STATES OF AMERICA; JEH CHARLES JOHNSON, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; R. GIL KERLIKOWSKE, Commissioner of United States Customs and Border Protection; RONALD D. VITIELLO, Deputy Chief of United States Border Patrol, United States Customs and Border Protection; SARAH R. SALDANA, Director of United States Immigration and Customs Enforcement; LEON RODRIGUEZ, Director of United States Citizenship and Immigration Services,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 28, 2016, for want of prosecution. The appellant failed to timely pay the docketing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Angelique D. Batiste*

By: _____
Angelique D. Batiste, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 28, 2016

Mr. David J. Bradley  
Southern District of Texas, Brownsville  
United States District Court  
600 E. Harrison Street  
Room 1158  
Brownsville, TX 78520

      No. 16-41411   State of Texas v. USA, et al  
                          USDC No. 1:14-CV-254

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Angelique D. Batiste, Deputy Clerk  
                          504-310-7715

cc w/encl:  
    Ms. Sarah Wendy Carroll  
    Ms. Rhonda Ann Fleming