IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
| Defendants. | § | |

# ORDER

The parties in the case have filed a joint motion to stay this case given the pending change in administration. [Doc. No. 430]. The parties have requested the stay until February 27, 2016. The Court understands the reasons underlying the request for stay and hereby grants it. Nevertheless, this Court questions whether the time requested is adequate given the vagaries involved in a change of administrations. Consequently, the Court grants a stay until March 17, 2016.

If no definitive action which affects the disposition of this case has occurred by that date, the Court will, in consultation with counsel, enter a scheduling order. Alternatively, the Court will consider an additional stay if good cause exists and if agreed to by all parties. If a decision which affects the subject matter of this case is made prior to that date, the parties can jointly inform the Court and offer their joint or, if not agreed to, their respective positions as to how the case should proceed. The Court will then decide if a further hearing is warranted.

The Defendant-Intervenors' Motion to Use a Pseudonymous Declaration by Jane Doe #1, Jane Doe #2, and Jane Doe #3 [Doc. No. 357] is denied as moot. The Motion to Proceed Under

Pseudonyms filed by Jane Doe #4 and Jane Doe #5 in their capacity as amici is granted.  [Doc. No. 396].  The sealed Motion [Doc. No. 432] is granted.

Signed this 19th day of January, 2017.

                                        Andrew S. Hanen
                                      United States District Judge