UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-254 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Julie Saltman<br>United States Department of Justice. Civil Division<br>20 Massachusetts Ave NW<br>Washington, DC 20001<br>(202) 532-4252; julie.saltman@usdoj.gov<br>DC Bar No. 975015 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants (United States of America, et al.) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/17/17 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

**Order**                    This lawyer is admitted *pro hac vice.*

Dated: _____        _____
                                      United States District Judge