# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:14-cv-254 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Unopposed Motion to Stay Merits Proceedings, and for good cause shown, it is hereby:

ORDERED that Defendants' Unopposed Motion to Stay Merits Proceedings GRANTED; and it is

FURTHER ORDERED that proceedings on the merits of Plaintiffs' claims, including the obligation to propose a schedule for resolving the case, are stayed until June 15, 2017; and it is

FURTHER ORDERED that the parties shall meet and confer and formulate and file with the Court an agreed upon (to the extent possible) schedule for the resolution of the merits of this case no later than June 15, 2017.

Signed on _____, 2017.

_____
The Honorable Andrew S. Hanen
United States District Judge