United States District
Southern District of Texas
FILED
APR 06 2017
David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS



20170322-133

Tammy Willis
32203-001 Fed Medical Center-Carswell
P.O. Box 27137
Fort Worth, TX US 76127

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, March 22, 2017
Case Number: 1:14-cv-00254
Document Number: 439 (1 page)
Notice Number: 20170322-133
Notice: The attached order has been entered.



**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

United States District Court
Southern District of Texas
**FILED**
APR 06 2017
David J. Bradley, Clerk of Court

RETURN TO SENDER
☒ Unable to identify
___ Inmate no longer here
___ Unauthorized mail

NIXIE    758 DE 1    0004/05/17

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 7720810101010    *0933-00043-23-43*

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 77002
02 1W
0001374615 MAR. 23. 2017.
$ 000.46°