# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

APR 0 6 2017

David J. Bradley, Clerk of Court

20170322-132

Raheleh Ziaei
42548-298 Fed Medical Center-Carswell
P.O. Box 27137
Fort Worth, TX US 76127

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, March 22, 2017
Case Number: 1:14-cv-00254
Document Number: 439 (1 page)
Notice Number: 20170322-132
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States District Court
Southern District of Texas
FILED
APR 06 2017
David J. Bradley, Clerk of Court

NIXIE          750  DE 1          0004/03/17

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010          *0933-00050-23-43

RETURN TO SENDER
____ Unable to identify
____ Inmate no longer here
____ Unauthorized mail

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77002
02 1W
0001374615 MAR 23 2017
$ 000.46°