UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:14-cv-00254 |
|---|---|---|---|
| | Texas et al. | | |
| | *versus* | | |
| | United States et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel Halainen<br>U.S. Department of Justice, Civil Division, Federal Programs<br>20 Massachusetts Ave. NW<br>Washington, DC 20530<br>(202) 616-8101, daniel.j.halainen@usdoj.gov<br>Massachusetts, No. 694582 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants (United States et al.) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/7/2017 | Signed: *Daniel Halainen* |
|---|---|

| The state bar reports that the applicant's status is: *active* |
|---|
| Dated: 6/8/17 | Clerk's signature: *J. Tabares* |

**Order**            This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                          United States District Judge