# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.* ) <br> ) <br> Defendants. ) <br> ) | No. 1:14-cv-254 |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiffs file this Notice of Appearance of Counsel and hereby notify the Court that Assistant Attorney General Adam Arthur Biggs will appear as co-counsel for the Plaintiffs in the above case, along with Assistant Attorney General Angela V. Colmenero, who will remain lead counsel. Mr. Biggs is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules.

Dated: June 8, 2017                                                  Respectfully submitted,

| | |
|---|---|
| LUTHER STRANGE<br>*Attorney General of Alabama* | KEN PAXTON<br>*Attorney General of Texas* |
| MARK BRNOVICH<br>*Attorney General of Arizona* | JEFFREY C. MATEER<br>*First Assistant Attorney General* |
| LESLIE RUTLEDGE<br>*Attorney General of Arkansas* | BRANTLEY STARR<br>*Deputy First Assistant Attorney General* |
| PAMELA JO BONDI<br>*Attorney General of Florida* | SCOTT A. KELLER<br>*Solicitor General* |
| CHRIS CARR<br>*Attorney General of Georgia* | /s/    Adam Arthur Biggs<br>ANGELA V. COLMENERO<br>*Assistant Attorney General*<br>**Attorney-in-Charge**<br>Tx. Bar No. 24048399<br>Southern District ID No. 1002881 |
| LAWRENCE G. WASDEN<br>*Attorney General of Idaho* | |
| JOSEPH C. CHAPELLE<br>PETER J. RUSTHOVEN<br>*Counsel for the State of Indiana* | J. CAMPBELL BARKER<br>*Deputy Solicitor General* |
| DEREK SCHMIDT<br>*Attorney General of Kansas* | ERIC A. HUDSON<br>ADAM N. BITTER<br>ADAM ARTHUR BIGGS<br>Southern District ID No. 2964087<br>Adam.Biggs@oag.texas.gov |
| JEFF LANDRY<br>*Attorney General of Louisiana* | |
| TIMOTHY C. FOX<br>*Attorney General of Montana* | *Assistant Attorneys General* |
| DOUG PETERSON<br>*Attorney General of Nebraska* | Office of the Attorney General of Texas<br>P.O. Box 12548<br>Austin, Tx.  78711-2548<br>(512) 936-1700 |
| ADAM PAUL LAXALT<br>*Attorney General of Nevada* | |
| WAYNE STENEHJEM<br>*Attorney General of North Dakota* | |

2

MICHAEL DEWINE
*Attorney General of Ohio*
ERIC E. MURPHY
*Co-counsel for the State of Ohio*

E. SCOTT PRUITT
*Attorney General of Oklahoma*

ALAN WILSON
*Attorney General of South Carolina*

MARTY J. JACKLEY
*Attorney General of South Dakota*

HERBERT SLATERY III
*Attorney General and Reporter of Tennessee*

SEAN D. REYES
*Attorney General of Utah*

PATRICK MORRISEY
*Attorney General of West Virginia*

BRAD D. SCHIMEL
*Attorney General of Wisconsin*

BILL SCHUETTE
*Attorney General for the People of Michigan*

DREW SNYDER
*Counsel for the Governor of Mississippi*

PAUL R. LEPAGE
*Governor of Maine*

ROBERT C. STEPHENS
*Counsel for the Governor of North Carolina*

CALLY YOUNGER
*Counsel for the Governor of Idaho*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Plaintiffs' Notice of Appearance of Counsel has been delivered electronically on June 8, 2017, to counsel of record via the District's ECF system.

                                               */s/   Adam Arthur Biggs*
                                               Adam Arthur Biggs
                                               Counsel for Plaintiffs