*Cc:*
*RE: USDC-TXSD (Brownsville)*
*14-cv-254*

| | | |
|---|---|---|
| No. 16Axxxx | | |
| Title: | HAROLD WILLIAM VAN ALLEN Applicant-intervenor | **United States District Court** |
| | v. | **Southern District of Texas** |
| | | **FILED** |
| | John G Roberts, Jr et al. | JUN 2 0 2017 |
| Docketed: | June xx, 2017 | |
| Lower Ct: | United States District Court for the District of Columbia | David J. Bradley, Clerk of Court |
| | (1:2017-CV-00517) | |

Re: new SCOTUS application 16-XXXX Van Allen v Roberts, et. al. and pending SCOTUS Applications 16-A-1190 Trump et.al v IRAP, et. al. and 16-A-1191 Trump et al v Hawaii, et. al. response due 3PM June 12, 2017

Case Nos.:
- ■ And, USDC-DCD 17-cv-517 pending release of summons and service of complaint;
- ■ And, USCAAF 16-0413 (bound courtesy copy attached);
- ■ Related Article 2 and Article 3 judicial authority natural born citizen qualification of POTUS judicial nominating authority mandamus cases – USCA4C 15-2505; USCA9C 15-80195;
- ■ And, further related mandamus cases in all circuit courts USCA1C 15-2379, USCA1C 16-1158; USCA2C 15-3370, USCA2C 15-3472, USCA2C 16-1023; USCA3C 15-3463, USCA3C 15-3759; USCA5C 15-41276 (originating case USDC TXSD Brownsville 14-cv-254); USCA6C 15-6327; USCA7C 15-3896; USCA8C 15-3775; USCA10C 15-1464; USCA11C 15349; USCA-DCC 16-5120, USCA-DCC 15-5251, USCA-DCC 15-5218

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~

Jun xx, 2017 Application (16Axxxx), delivered /submitted to SCOTUS Clerk of Court Justice Gorsuch June 12, 2017

~~Name~~~~~~~~~~~~~~~~~~~~~ ~~~~~~Address~~~~~~~~~~~~~~~~~ ~~Phone~~~

**Informal SCOTUS admitted legal-advocate-attorney for Applicant-Intervenor Petitioners:**

**Harold William Van Allen**
**and**
**Natural Born Citizen Party,**                                                  216-970-9013
**And**
**Public Officer Project**
**National Committees**

Walker F. Todd

EL266134357US

**Delivered:**
WASHINGTON. DC 20543 on June 12, 2017 at 11:00 am

**Scheduled Delivery Day:**
Monday, June 12, 2017, at 3:00 pm
Money Back Guarantee

**Signed for By: J KOUROS // WASHINGTON, DC 20543 // 11:00 am**

1. Additional Information
   Your item was delivered at 11:00 am on June 12, 2017 in WASHINGTON, DC 20543 to SUPREME COURT 20543. The item was signed for by J KOUROS.
2. Get Text Updates
3. Get Email Updates

**Tracking History**

**June 12, 2017**
**11:00 am**
Delivered,
WASHINGTON, DC 20543


**June 12, 2017**
**10:25 am**
Available for Pickup,
WASHINGTON, DC 20543


**June 12, 2017**
**10:01 am**
Arrived at Post Office,
WASHINGTON, DC 20018


**June 12, 2017**
**5:52 am**
In Transit to Destination,


**June 11, 2017**
**5:52 am**
Arrived at USPS Destination Facility,
WASHINGTON, DC 20066


**June 10, 2017**
**7:05 pm**
Departed USPS Facility,
NEWBURGH, NY 12555

**June 10, 2017**
**3:03 pm**
Arrived at USPS Origin Facility,
NEWBURGH, NY 12555


**June 10, 2017**
**12:04 pm**
Departed Post Office,
HURLEY, NY 12443


**June 10, 2017**
**10:50 am**
Acceptance,
HURLEY, NY 12443


Close
Add from Contacts
Add Another Email
**Send me updates for**

**Delivery/delivery attempts only.**We'll send you an email for each delivery or delivery attempt. **All future activity for this item.**We'll send you an email for each track update - including delivery or delivery attempts.Get Updates
CloseAdd from Contacts
Must be a text enabled U.S. or Canadian number. Standard message and data rates may apply
Learn More About USPS Text Tracking

**Send me updates for**
**Delivery/delivery attempts only.**We'll send you a text for each delivery or delivery attempt. **All future activity for this item.**We'll send you a text for each track update - including delivery or delivery attempts. I have read, understand and agree to the
Terms and Conditions.Get Updates
Close

Save
Close

Your access to, and use of, USPS Text Tracking is subject to our website Terms of Use and all applicable laws and regulations. By clicking "I have read, understand and agree" or otherwise accessing and using USPS Text Tracking, you accept, without limitation or qualification, the Terms of Use.


USPS Text Tracking provides you with text message updates, including the date and time of delivery, as your package moves through the USPS system. Your telecommunications carrier may charge data usage fees (including additional charges when roaming) to receive TEXT messages. Please contact your wireless carrier for complete pricing details.

SUPREME COURT OF THE UNITED STATES
1 First Street, N.E.
Washington DC 20543

Clerk of Court
202 479-3011

SERVICE VIA USPS EXPRESS MAIL June 10, 2017

Petitioner
Harold William Van Allen
351 North Road
PO Box 312
Hurley, NY 12443
845 389 4366
PublicOfficerProject.com/org
Natural Born Citizen Party, National Committee

Re: new SCOTUS application 16-XXXX Van Allen v Roberts, et. al. and pending SCOTUS Applications 16-A-1190 Trump et.al v IRAP, et. al. and 16-A-1191 Trump et al v Hawaii, et. al. response due 3PM June 12, 2017

- And, USDC-DCD 17-cv-517 pending release of summons and service of complaint;
- And, USCAAF 16-0413 (bound courtesy copy attached);
- Related Article 2 and Article 3 judicial authority natural born citizen qualification of POTUS judicial nominating authority mandamus cases – USCA4C 15-2505; USCA9C 15-80195;
- And, further related mandamus cases in all circuit courts USCA1C 15-2379, USCA1C 16-1158; USCA2C 15-3370, USCA2C 15-3472, USCA2C 16-1023; USCA3C 15-3463, USCA3C 15-3759; USCA5C 15-41276 (originating case USDC TXSD Brownsville 14-cv-254); USCA6C 15-6327; USCA7C 15-3896; USCA8C 15-3775; USCA10C 15-1464; USCA11C 15349; USCA-DCC 16-5120, USCA-DCC 15-5251, USCA-DCC 15-5218

Re: RULE 22 Application to Individual Justice

Both district court orders staying foreign travel executive orders by judges in the related applications lacked authority to be nominated by aka BH Obama. Only SCOTUS defines the text of the US Constitution.

– this application request that Assoc. Justice Gorsuch first rule on his own authority regarding i.e. his (Gorsuch's) own SCOTUS nomination (by natural born US citizen Donald J Trump – that is, Trump being born at a location under US jurisdiction with both parents being citizens of the United States on the date of his birth, and authority defined in the constitutional Article 2 eligibility terminology "natural born citizen" for POTUS (Trump)/VPOTUS (Pence) and by extension for Chief Judge Roberts and for precedential effect first by Gorsuch based upon the (John Jay) Judiciary Act of 1789 defining administrative / executive Article 2 authority of SCOTUS Chief Justice based upon his/her nomination by a "natural born citizen" President of the United States.

And, this application also seeks an order to USDC-DCD USDJ Sullivan USDC DCD 17-cv-517 (PACER Docket text MINUTE ORDER attached dated June 6 2017) to release summons and have US Marshal electronically serve SUMMONS and Complaint on each SCOTUS justice (Chief and Associate) and service on all subordinate federal and state court Chief Judges in executive roles and their respective Clerks of Court -- including all active and senior district and circuit Courts of Appeals Article 3 USC federal judges/justices.

And Order for "special three judge district court" be assigned to the case based upon GORSUCH definition of POTUS/VPOTUS eligibility/executive Article 2 authority to nominate Chief Justice in his Article 2 role of the Supreme Court of the United States and all subordinate federal and state courts.

<div style="text-align: right;">Harold William Van Allen</div>

Certification of service USPS Priority Mail June 10, 2017 on:

Jeffery B. Wall,
Acting Solicitor General
USDOJ 950 Pennsylvania Ave, NW,
Washington DC 20530-0001
202-514-2217

Hogan Lovells US LLP
555 Thirteenth St. NW
Washington DC 20004
202-637-5800

Omar C. Jadwat
ACLU Foundation
125 Broad Street 18th Floor
New York, NY 10004

Scott A Keller
Solicitor General
Office of the Attorney General
PO Box 12548
Capital Station (MC 059)
Austin, TX 78711-2548

PROSE-NP.TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:17-cv-00517-EGS

| | |
|---|---|
| VAN ALLEN v. ROBERTS et al | Date Filed: 03/20/2017 |
| Assigned to: Judge Emmet G. Sullivan | Jury Demand: None |
| Cause: 42:1973 Voting Rights Act | Nature of Suit: 441 Voting |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**HAROLD WILLIAM VAN ALLEN**  represented by  **HAROLD WILLIAM VAN ALLEN**
351 North Road
Hurley, NY 12443
(845) 389-4366
PRO SE

V.

**Defendant**

**JOHN G. ROBERTS, JR.**
*Chief Justice of the Supreme Court*

**Defendant**

**DONALD J. TRUMP**
*President of the United States*

**Defendant**

**MICHAEL R. PENCE**
*Vice President of the United States*

**Defendant**

**JEFFERSON BEAUREGARD SESSIONS, III**
*United States Attorney General*

**Date Filed** # **Docket Text**

| | | |
|---|---|---|
| 03/20/2017 | 1 | COMPLAINT against MICHAEL R. PENCE, JOHN G. ROBERTS, JR, JEFFERSON B. SESSIONS, III, DONALD J. TRUMP ( Filing fee $ 400, receipt number 4616083623) filed by HAROLD WILLIAM VAN ALLEN. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(jf) (Entered: 03/23/2017) |
| 03/20/2017 | | SUMMONS Not Issued as to MICHAEL R. PENCE, JOHN G. ROBERTS, JR. JEFFERSON B. SESSIONS, III, DONALD J. TRUMP (jf) (Entered: 03/23/2017) |
| 06/06/2017 | | MINUTE ORDER. Under Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the defendant with a summons and a complaint within 90 days after the filing of the complaint. To date, the Court has no record that defendants have been served with a summons or the complaint, and the 90-day time limit is about to expire. Accordingly, it is hereby ORDERED that by no later than June 19, 2017, plaintiff must either: (1) file with the Court proof that defendants have been served with a summons and the complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If plaintiff fails to comply with this Order, or if the Court determines that plaintiff has not shown good cause for the failure to comply with Rule 4(m), this case will be dismissed without prejudice. Signed by Judge Emmet G. Sullivan on June 6, 2017. (lcegs2) (Entered: 06/06/2017) |
| 06/06/2017 | | Set/Reset Deadlines: Plaintiff File With The Court Proof That Defendants Have Been Served With A Summons And The Complaint, or (2) Provide The Court With A Written Explanation For Why Service Of Process Has Not Been Completed due by 6/19/2017. (mac) (Entered: 06/06/2017) |

No. 16A1190
Title: Donald J. Trump, President of the United States, et al., Applicants
v.
International Refugee Assistance Project, et al.

Docketed:
Linked with 16-1436
Lower Ct: United States Court of Appeals for the Fourth Circuit
Case Nos.: (17-1351)

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~

| Date | Proceedings and Orders |
|---|---|
| Jun 1 2017 | Application (16A1190) for a stay pending the disposition of the petition for a writ of certiorari, submitted to The Chief Justice. |
| Jun 2 2017 | Application (16A1190) referred to the Court. |
| Jun 2 2017 | Response to application due on or before 3 p.m., Monday, June 12, 2017. |
| Jun 5 2017 | Motion (16A1190) for leave to file amici brief filed by The States of Texas, et al. in support of petitioners. |
| Jun 9 2017 | Motion (16A1190) for leave to file amicus brief filed by T.A. in support of respondents. |
| Jun 9 2017 | Motion (16A1190, 16A1191) for leave to file amici brief filed by Association of American Medical Colleges and Others in support of respondents. |
| Jun 9 2017 | Motion (16A1191) for leave to file amici brief filed by American Center for Law and Justice in support of petitioners. |
| Jun 12 2017 | Response to application from respondents International Refugee Assistance Project, et al. filed. |
| Jun 12 2017 | Motion for leave to file amicus brief filed by The Becket Fund for Religious Liberty in support of neither party. |
| Jun 12 2017 | Motion for leave to file amici brief filed by Constitutional Law Scholars in support of respondents. |
| Jun 12 2017 | Motion (16A1190, 16A1191) for leave to file amicus brief filed by Eagle Forum Education & Legal Defense Fund, Inc. in support of petitioners. |
| Jun 12 2017 | Motion (16A1190, 16A1191) for leave to file amici brief filed by The States of Virginia, et al.in opposition to the stay applications. |
| Jun 12 2017 | Motion in (16A-1190) for leave to file amici brief filed by Citizens United, et al. |
| Jun 12 2017 | Motion in (16A-1190, 16A-1191) for leave to file amici brief filed by Interfaith Group of Religious and Interreligious Organizations. |
| Jun 14 2017 | Reply of applicants Donald J. Trump, President of the United States, et al. filed. |

| ~~Name~~ | ~~Address~~ | ~~Phone~~ |
|---|---|---|
| **Attorneys for Petitioners:** | | |
| Jeffrey B. Wall | Acting Solicitor General | (202) 514-2217 |
| Counsel of Record | United States Department of Justice | |
| | 950 Pennsylvania Avenue, N.W. | |
| | Washington, DC 20530-0001 | |
| Party name: Donald J. Trump, President of the United States, et al. | | |
| **Attorneys for Respondents:** | | |
| Omar C. Jadwat | American Civil Liberties Union Foundation | (212) 549-2620 |
| Counsel of Record | 125 Broad Street, 18th Floor | |
| | New York, NY 10004 | |

Party name: International Refugee Assistance Project, et al.
**Other:**

| | | |
|---|---|---|
| Scott A. Keller | Solicitor General | (512) 936-1700 |
| | Office of the Attorney General | |
| | P.O. Box 12548 Capitol Station (MC 059) | |
| | Austin, TX 78711-2548 | |

Party name: The States of Texas, et al.

| | | |
|---|---|---|
| Richard D. Bernstein | Willkie Farr & Gallagher LLP | (202) 303-1100 |
| | 1875 K Street, NW | |
| | Washington, DC 20006 | |

Party name: T.A.

| | | |
|---|---|---|
| Herbert W. Titus | William J. Olson, PC | (703) 356-5070 |
| | 370 Maple Avenue West | |
| | Suite 4 | |
| | Vienna, VA 22180 - 5615 | |

Party name: Citizens United, et al.

| | | |
|---|---|---|
| Joshua David Rogaczewski | McDermott Will & Emery, LLP | 202-756-8195 |
| | The McDermott Building, 500 North Capitol Street, Northwest | |
| | Washington, DC 20001 | |

Party name: Association of American Medical Colleges and Others in support of respondents

| | | |
|---|---|---|
| Jay Alan Sekulow | American Center for Law & Justice | (202) 546-8890 |
| | 201 Maryland Ave., N.E. | |
| | Washington, DC 20002 | |

Party name: American Center for Law and Justice

| | | |
|---|---|---|
| Roberta A. Kaplan | Paul, Weiss, Rifkind, Wharton & Garrison LLP | (212) 373-3000 |
| | 1285 Avenue of the Americas | |
| | New York, NY 10019-6064 | |

Party name: Constitutional Law Scholars

| | | |
|---|---|---|
| Mark L. Rienzi | The Becket Fund for Religious Liberty | (202) 955-0095 |
| | 1200 New Hampshire Avenue, NW | |
| | Suite 700 | |
| | Washington, DC 20036 | |

Party name: The Becket Fund for Religious Liberty

| | | |
|---|---|---|
| Lawrence J. Joseph | 1250 Connecticut Ave., NW | (202) 355-9452 |
| | Suite 200 | |
| | Washington, DC 20036 | |

Party name: Eagle Forum Education & Legal Defense Fund, Inc.

| | | |
|---|---|---|
| Stuart A. Raphael | Solicitor General of Virginia | (804) 786-7240 |

Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219

Party name: The States of Virginia, et al.

| Marc A. Hearron | Morrison & Forester LLP | (202)-778-1663 |

2000 Pennsylvania Avenue. NW Suite 6000
Washington, DC 20006

Party name: Interfaith Group of Religious and Interreligious Organizations

June 16, 2017 | Version 2014.2
Home | About Us | Contact Us | Fellows Program | Jobs | Building Regulations
Help | Links | FAQ | Site Map | Policies and Notices | Privacy Policy | USA.GOV

**Supreme Court of the United States**

No. 16A1191

| | |
|---|---|
| Title: | Donald J. Trump, President of the United States, et al., Applicants |
| | v. |
| | Hawaii, et al. |
| Docketed: | June 2, 2017 |
| Lower Ct: | United States District Court for the District of Hawaii |
| Case Nos.: | (1:17-cv-00050-DKW-KSC) |

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| Jun 1 2017 | Application (16A1191) for a stay pending appeal, submitted to Justice Kennedy. |
| Jun 2 2017 | Application (16A1191) referred to the Court. |
| Jun 2 2017 | Response to application due on or before 3 p.m., Monday, June 12, 2017. |
| Jun 9 2017 | Motion (16A1190, 16A1191) for leave to file amici brief filed by Association of American Medical Colleges and Others, in support of respondents. |
| Jun 9 2017 | Motion for leave to file amicus brief filed by American Center for Law and Justice. |
| Jun 12 2017 | Response to application from respondents Hawaii, et al. filed. |
| Jun 12 2017 | Motion (16A1190, 16A1191) for leave to file amicus brief filed by The Becket Fund for Religious Liberty in support of neither party. |
| Jun 12 2017 | Motion (16A1190, 16A1191) for leave to file amici brief filed by Constitutional Law Scholars in support of respondents. |
| Jun 12 2017 | Motion (16A1190, 16A1191) for leave to file amicus brief filed by Eagle Forum Education & Legal Defense Fund, Inc. in support of petitioners. |
| Jun 12 2017 | Motion for leave to file amici brief filed by Former National Security Officials in support of respondents. |
| Jun 12 2017 | Motion for leave to file amicus brief filed by American Professional Society on Abuse of Children in support of respondents. |
| Jun 12 2017 | Motion (16A1190, 16A1191) for leave to file amici brief filed by The States of Virginia, et al. in opposition to the stay applications. |
| Jun 12 2017 | Motion (16A-1190, 16A-1191) for leave to file amici brief filed by Interfaith Group of Religious and Interreligious Organizations. |
| Jun 13 2017 | Letter of applicants Donald J. Trump, President of the United States, et al. received. (Distributed) |
| Jun 13 2017 | Letter of respondents Hawaii, et al. received. (Distributed) |
| Jun 13 2017 | In consideration of the June 13, 2017 letters received from applicants and respondents, applicants are directed to file a supplemental brief on or before 3 p.m., Thursday, June 15, 2017. Respondents are directed to file a response on or before 12 p.m., Tuesday, June 20, 2017. Applicants are directed to file a reply on or before 12 p.m., Wednesday, June 21, 2017. |
| Jun 15 2017 | Supplemental brief of applicants Donald J. Trump, President of the United States, et al. filed. |

| ~~Name~~~~~~~~~~~~~~~~~~~~~~ | ~~~~~~~Address~~~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
|---|---|---|
| **Attorneys for Petitioners:** | | |
| Jeffrey B. Wall | Acting Solicitor General | (202) 514-2217 |
| Counsel of Record | United States Department of Justice | |
| | 950 Pennsylvania Avenue, N.W. | |
| | Washington, DC 20530-0001 | |

Party name: Donald J. Trump, President of the United States, et al.

**Attorneys for Respondents:**

| | | |
|---|---|---|
| Neal Kumar Katyal | Hogan Lovells US LLP | (202) 637-5600 |
| Counsel of Record | 555 Thirteenth Street, N.W. | |
| | Washington, DC 20004 | |

Party name: Hawaii, et al.

**Other:**

| | | |
|---|---|---|
| Richard D. Bernstein | Willkie Farr & Gallagher LLP | (202) 303-1100 |
| | 1875 K Street, NW | |
| | Washington, DC 20006 | |

Party name: T.A. in support of respondent.

| | | |
|---|---|---|
| Jay Alan Sekulow | American Center for Law & Justice | (202) 546-8890 |
| | 201 Maryland Ave., N.E. | |
| | Washington, DC 20002 | |

Party name: American Center for Law and Justice

| | | |
|---|---|---|
| Joshua David Rogaczewski | McDermott Will & Emery, LLP | 202-756-8195 |
| | The McDermott Building, 500 North Capitol Street, Northwest | |
| | Washington, DC 20001 | |

Party name: Association of American Medical Colleges and Others, in support of respondents

| | | |
|---|---|---|
| Roberta A. Kaplan | Paul, Weiss, Rifkind, Wharton & Garrison LLP | (212) 373-3000 |
| | 1285 Avenue of the Americas | |
| | New York, NY 10019-6064 | |

Party name: Constitutional Law Scholars

| | | |
|---|---|---|
| Mark L. Rienzi | The Becket Fund for Religious Liberty | (202) 955-0095 |
| | 1200 New Hampshire Avenue, NW | |
| | Suite 700 | |
| | Washington, DC 20036 | |

Party name: The Becket Fund for Religious Liberty

| | | |
|---|---|---|
| Lawrence J. Joseph | 1250 Connecticut Ave., NW | (202) 355-9452 |
| | Suite 200 | |
| | Washington, DC 20036 | |

Party name: Eagle Forum Education & Legal Defense Fund, Inc.

| | | |
|---|---|---|
| Harold Hongju Koh | Rule of Law Clinic | (203) 432-4932 |
| | Yale Law School | |
| | 127 Wall Street, P.O. Box 208215 | |
| | New Haven, CT 06520-8215 | |

Party name: Former National Security Officials

| | | |
|---|---|---|
| Mary Kelly Persyn | Persyn Law & Policy | 628 400-1254 |
| | 912 Cole Street PMB 124 | |
| | San Francisco, CA 94117 | |

Party name: American Professional Society on Abuse of Children

| | | |
|---|---|---|
| Stuart A. Raphael | Solicitor General of Virginia | (804) 786-7240 |
| | Office of the Attorney General | |
| | 202 North Ninth Street | |
| | Richmond, VA 23219 | |
| Party name: The States of Virginia, et al. | | |
| Marc A. Hearron | Morrison & Forester LLP | (202)-778-1663 |
| | 2000 Pennsylvania Avenue, NW Suite 6000 | |
| | Washington, DC 20006 | |
| Party name: Interfaith Group of Religious and Interreligious Organizations | | |

June 16, 2017 | Version 2014.2
Home | About Us | Contact Us | Fellows Program | Jobs | Building Regulations
Help | Links | FAQ | Site Map | Policies and Notices | Privacy Policy | USA.GOV

**Supreme Court of the United States**



**PRIORITY MAIL**

DATE OF DELIVERY SPECIFIED
USPS TRACKING™ INCLUDED
INSURANCE INCLUDED
PICKUP AVAILABLE
* Domestic only

Expected Delivery Day: 06/20/2017

USPS TRACKING NUMBER

9505 5156 0202 7168 0761 60

FROM: H W Van Allen/Natural Citizen Born Party
35 North Rd
Hurley NY 12443

TO:
Clerk
US District Court
SD TX (Brownsville) Southern District
600 E. Harrison St
Brownsville TX 78520

B-14-cv-254

United States District Court
Southern District of Texas
RECEIVED
JUN 3 0 2015
David J. Bradley, Clerk of Court
11:15



U.S. POSTAGE PAID
HURLEY, NY
12443
JUN 17 17
AMOUNT
$6.65
R2305K137463-01

1006
78520



PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.