United States District Court
Southern District of Texas
**ENTERED**
June 29, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | Case No. 1:14-cv-00254 |
| UNITED STATES OF AMERICA, ET AL., | § | |
| *Defendants*. | § | |
| | § | |
| _____ | § | |

### ORDER

Before the Court is the parties' Unopposed Motion to Stay Merits Proceedings. This Court has previously stayed this case until June 15, 2017. On June 15, 2017, Secretary John Kelly from the Department of Homeland Security issued a memorandum providing guidance on the November 20, 2014 policy at issue in this case. The memorandum, titled "Rescission of November 20, 2014 Memorandum Providing for Deferred Action for Parents of Americans and Lawful Permanent Residents ('DAPA')," rescinds the November 20, 2014 policy, noting "the preliminary injunction in this matter, the ongoing litigation, the fact that DAPA never took effect, and our new immigration enforcement priorities." Ex. A. The memorandum "does not alter the remaining periods of deferred action under the Expanded [Deferred Action for Childhood Arrivals] DACA policy granted between issuance of the November 20, 2014 Memorandum and [this Court's] February 16, 2015 preliminary injunction order in the Texas litigation, nor does it affect the validity of related Employment Authorization Documents (EADs) granted during the same span of time." *Id.* In light of this new development, the parties

have asked to stay the case for an additional two weeks such that they can confer and determine how best to proceed with the case.

Having considering the applicable law and facts, the Court finds good cause to stay the case. Therefore, the Court hereby orders that this case is stayed until July 7, 2017. After the parties have determined the course of action they wish to pursue, they shall notify the Court by way of a filing a joint status report. The Court will schedule any necessary hearings at that time.

Signed this 29th day of June, 2017.

_____
Andrew S. Hanen
United States District Judge