IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL. | § | |
| | § | |
| *Plaintiffs*, | § | |
| v. | § | |
| | § | Civil Action No. 1:14-cv-254 |
| UNITED STATES OF AMERICA, ET AL. | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**ORDER GRANTING MOTION TO STAY MERITS PROCEEDINGS**

On this day came on to be considered the Plaintiff States' Motion to Stay Merits Proceeding. After due consideration, the Court finds that the Motion should be and is hereby **Granted.**

IT IS HEREBY ORDERED that all merits proceedings are stayed until September 5, 2017.

SIGNED this the _____ day of _____, 2017.

_____
Honorable Andrew S. Hanen
U.S.D.J.