

**WILLIAM F READE JR**
55 CAPTAIN NICKERSON RD
S YARMOUTH MA 02664-1745

Hon. David J. Bradley, Clerk
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
PO Box 61010
Houston, TX 77208

