United States District Court
Southern District of Texas
**ENTERED**
July 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., *Plaintiffs,* | § § § § § § § § § | |
| v. | | Case No. 1:14-cv-00254 |
| UNITED STATES OF AMERICA, ET AL., *Defendants*. | | |

## ORDER

On July 7, 2017, Plaintiff, State of Texas, filed an opposed motion to stay. [Doc. No. 447]. According to the motion, all parties except the Intervenors are in favor of the Court granting a stay until September 5, 2017 to give the Plaintiff States and United States government time to negotiate issues surrounding the continued application of the Deferred Action for Childhood Arrivals ("DACA") executive order.

The Court hereby orders the intervenor parties to file a response to the State of Texas's motion to stay by July 28, 2017.

Signed this 14th day of July, 2017.

_____
Andrew S. Hanen
United States District Judge