# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20170629-124
```
Justin B Cox
National Immigration Law Center
1989 College Avenue NE
Atlanta, GA 30317

United States Courts
Southern District of Texas
FILED

JUL 14 2017

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, June 29, 2017
Case Number: 1:14-cv-00254
Document Number: 446 (2 pages)
Notice Number: 20170629-124
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 JUN 29 2017
$ 000.46°

David J. Bradley, Clerk of Court
JUL 14 2017

NIXIE    300   FE 1    0007/09/17

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 7720821010    *0153-10906-29-46