# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS



United States Courts
Southern District of Texas
**FILED**

JUL 24 2017

**David J. Bradley, Clerk of Court**

Tammy Willis
32203-001 Fed Medical Center-Carswell
P.O. Box 27137
Fort Worth, TX US 76127

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Thursday, June 29, 2017
Case Number: 1:14-cv-00254
Document Number: 446 (2 pages)
Notice Number: 20170629-121
Notice: The attached order has been entered.

---

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

Southern District of Texas
United States Courts
FILED
JUL 24 2017
David J. Bradley, Clerk of Court

RETURN TO SENDER
Unable to identify
Home is no longer here
Unauthorized mail

NIXIE        750    DE 1        0007/17/17

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77208101010        *0133-10910-29-45

77208>1010

U.S. POSTAGE PITNEY BOWES

ZIP 77002  $ 000.46⁰
02 1W
0001374615 JUN 29 2017