# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS



FILED
JUL 24 2017
David J. Bradley, Clerk of Court



20170629-120

Raheleh Ziaei
42548-298 Fed Medical Center-Carswell
P.O. Box 27137
Fort Worth, TX US 76127

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, June 29, 2017
Case Number: 1:14-cv-00254
Document Number: 446 (2 pages)
Notice Number: 20170629-120
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.46⁰
02 1W
0001374615 JUN. 29. 2017

JUL 24 2017
David J. Bradley, Clerk of Court

NIXIE     750    DE 1    0007/17/17

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77208101010    *0133-10911-29-45

RETURN TO SENDER
Unable to identify
No longer here
Unauthorized mail