# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS




20170714-88

Justin B Cox
National Immigration Law Center
1989 College Avenue NE
Atlanta, GA 30317

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, July 14, 2017
Case Number: 1:14-cv-00254
Document Number: 449 (1 page)
Notice Number: 20170714-88
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



David J. Bradley, Clerk of Court

JUL 24 2017

NIXIE    300    FE 1    0007/20/17
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD

BC: 77208101010    *2288-04447-14-46

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 77002
02 1W
0001374615 JUL. 14. 2017.
$ 000.46⁰