IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:14-cv-254 |
| UNITED STATES OF AMERICA, *et al.*, | § § | |
| Defendants | § § | |
| and | § § | |
| JANE DOE #1, JANE DOE #2, AND JANE DOE #3, | § § § | |
| Defendant-Intervenors | § § § § | |

## [PROPOSED] ORDER

The Defendant-Intervenors Jane Does' Motion to Dismiss Plaintiffs' Complaint as Moot Without Leave to Amend (Docket Entry No. __) having come before this Court, and the Court having considered the submitted papers and such other relevant information and evidence as was presented to this Court, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiffs' First Amended Complaint (ECF No. 14) is dismissed as MOOT without leave to amend.

IT IS SO ORDERED on this _____ day of _____, 2017.

_____
Hon. Andrew S. Hanen
United States District Court Judge