# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| 20170714-83<br>Raheleh Ziaei<br>42548-298 Fed Medical Center-Carswell<br>P.O. Box 27137<br>Fort Worth, TX US 76127 | <br>AUG 02 2017<br>David J. Bradley, Clerk of Court | CLERK OF COURT<br>P.O. BOX 61010<br>HOUSTON, TEXAS 77208<br>http://www.txs.uscourts.gov |

Date: Friday, July 14, 2017
Case Number: 1:14-cv-00254
Document Number: 449 (1 page)
Notice Number: 20170714-83
Notice: The attached order has been entered.

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.46
02 1W
0001374615 JUL. 14. 2017

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

AUG 02 2017

David J. Bradley, Clerk of Court

NIXIE    750    FE 1    0007/30/17

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010    *2288-04442-14-46*

RETURN TO SENDER
Unable to identify
Inmate no longer here
Unauthorized mail