# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**FILED**
AUG 02 2017
David J. Bradley, Clerk of Court

20170714-82
Robin Clarice Parezanin
20263-298 Fed Medical Center -Carswell
P.O. Box 27137
Fort Worth, TX US 76127

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, July 14, 2017
Case Number: 1:14-cv-00254
Document Number: 449 (1 page)
Notice Number: 20170714-82
Notice: The attached order has been entered.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

RETURN TO SENDER
X Unable to identify Inmate no longer here
___ Unauthorized mail

United States Courts
Southern District of Texas
FILED
AUG 02 2017
David J. Bradley, Clerk of Court

NIXIE    750    DE 1        0007/30/17
         RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 77208101010    *2288-04441-14-46