# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20170714-84

Tammy Willis
32203-001 Fed Medical Center-Carswell
P.O. Box 27137
Fort Worth, TX US 76127

**FILED**
AUG 02 2017
David J. Bradley, Clerk of Court
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Friday, July 14, 2017
Case Number: 1:14-cv-00254
Document Number: 449 (1 page)
Notice Number: 20170714-84
Notice: The attached order has been entered.

---



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.46⁰
02 1W
0001374615 JUL. 14. 2017

NIXIE    750 FE 1    0007/30/17
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 7720810101010    *2288-04443-14-46

RETURN TO SENDER
—X— Unable to identify
—— Inmate no longer here
—— Unauthorized mail