# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20170629-119

Robin Clarice Parezanin
20263-298 Fed Medical Center -Carswell
P.O. Box 27137
Fort Worth, TX US 76127

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov



AUG 03 2017

David J. Bradley, Clerk of Court 

Date: Thursday, June 29, 2017
Case Number: 1:14-cv-00254
Document Number: 446 (2 pages)
Notice Number: 20170629-119
Notice: The attached order has been entered.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

Phoenix FCI
37910 N 45th Ave
Phoenix, AZ 85086

PHX.

N TEXAS
DALLAS 750
14 JUL '17
PM 5 L

ZIP 77002
02 1W
0001374615
U.S. POSTAGE PITNEY BOWES
$ 000.46°
JUN 29 2017

AUG 03 2017
David J. Bradley, Clerk of Court

NIXIE    850  DE 1           0007/30/17
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 77208101010        *0133-10912-29-46

772083>1010   ANK