

**NATIONAL IMMIGRATION LAW CENTER**

August 8, 2017

*via UPS*

David J. Bradley
Clerk of Court
600 E. Harrison St., #101
Brownsville, TX 78520
956-548-2500

United States District Court
Southern District of Texas
FILED

AUG 1 0 2017

David J. Bradley, Clerk of Court

Re: *Texas, et al., v. United States of America, et al.*, Case No. 14-cv-00254

Dear Clerk of the Court:

Justin B. Cox, attorney for *amici* Angelica Villalobos, *et al.*, gives notice of a change of address. Please note that, effective immediately, the new address will be:

> Justin B. Cox
> National Immigration Law Center
> P.O. Box 170208
> Atlanta, GA 30317
> Telephone: (678) 279-5441

Please direct all future correspondence to the new address.

If you have any questions or concerns, please do not hesitate to contact me at alcala@nilc.org or at 213-481-6046.

Regards,

Bianca Alcala-Ruiz
Paralegal
NATIONAL IMMIGRATION LAW CENTER

www.nilc.org

LOS ANGELES (Headquarters)
3435 Wilshire Blvd., Suite 1600
Los Angeles, CA 90010
213 639-3900
213 639-3911 fax

WASHINGTON, DC
1121 14th Street, NW, Suite 200
Washington, DC 20005
202 216-0261
202 216-0266 fax