United States District Court
Southern District of Texas
**ENTERED**
August 17, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL. § | |
| § | |
| *Plaintiffs*, § | |
| v. § | |
| § | Civil Action No. 1:14-cv-254 |
| UNITED STATES OF AMERICA, ET AL. § | |
| § | |
| *Defendants*. § | |
| § | |

## ORDER GRANTING MOTION TO STAY MERITS PROCEEDINGS

On this day came on to be considered the Plaintiff States' Motion to Stay Merits Proceeding. After due consideration, the Court finds that the Motion should be and is hereby **Granted.**

IT IS HEREBY ORDERED that all merits proceedings are stayed until September 5, 2017.

SIGNED this the 17th day of August, 2017.

Honorable Andrew S. Hanen
U.S.D.J.