# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS



20170817-35

William F. Reade, Jr.
24 Wildflower Lane
Yarmouth Port, MA US 02675-1474

United States Courts
Southern District of Texas
FILED

AUG 2 1 2017

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Thursday, August 17, 2017
Case Number: 1:14-cv-00254
Document Number: 463 (1 page)
Notice Number: 20170817-35
Notice: The attached order has been entered.

---



U.S. POSTAGE ›› PITNEY BOWES

ZIP 77002 $ 000.46⁰
02 1W
0001374615 AUG. 17. 2017

AUG 2 1 2017

David J. Bradley, Clerk of Court

FORWARD TIME EXP L 8161#9868/A77/17
RENDER TIME EXP RTN TO SEND
CAPTAIN NICKERSON RD
S YARMOUTH MA 02664-1745

RETURN TO SENDER

7775 NFE L

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS