United States District Court
Southern District of Texas
**ENTERED**
August 31, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| *Plaintiffs*, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
| *Defendants*. | § | |

# **ORDER**

Before the Court is a Motion for Court Order Granting Injunctive Relief on Unopposed Motion for Preliminary Injunction. [Doc. No. 419]. Putative Plaintiff-Intervenors have filed the motion. The Court, however, has denied their Motion to Intervene [Doc. No. 392] from the bench. Consequently, putative Plaintiff-Intervenors are not parties to this case and have no standing to file a motion for injunctive relief. The Court, therefore, denies their Motion for Court Order Granting Injunctive Relief on Unopposed Motion for Preliminary Injunction. [Doc. No. 419].

Signed this 31st day of August, 2017.

_____
Andrew S. Hanen
United States District Judge