United States District Court
Southern District of Texas
**ENTERED**
August 31, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
|     *Plaintiffs*, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
|     *Defendants*. | § | |

# ORDER

The Court denied the Plaintiff-Intervenors' Motion to Intervene [Doc. No. 392] from the bench. The Plaintiff-Intervenors filed two notices of appeal to the United States Court of Appeals for the Fifth Circuit regarding the denial of their Motion to Intervene. [Doc. Nos. 423, 425]. A notice of non-compliance issued [Doc. No. 427] as the Plaintiff-Intervenors did not pay the fee necessary for appeal. The Plaintiff-Intervenors have filed a motion to proceed *in forma pauperis* on appeal. [Doc. No. 429]. The Plaintiff-Intervenors have also filed a Motion to Reconsider the Court's denial of their Motion to Intervene. [Doc. No. 428].

Regarding the motion to proceed *in forma pauperis*, this Court previously ordered the Plaintiff-Intervenors to file affidavits listing their assets as well as certified copies of their prison trust fund accounts by February 17, 2017. [Doc. No. 436]. This order was in compliance with 28 U.S.C. § 1915(a). Plaintiff-Intervenors did not file any such documents. Therefore, the Court denies Plaintiff-Intervenors motion to proceed *in forma pauperis*. [Doc. No. 429]. Moreover, the Court denies Plaintiff-Intervenors Motion to Reconsider. [Doc. No. 428].

Signed this 31st day of August, 2017.

                                                                                 Andrew S. Hanen
                                                                                 United States District Judge