IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS ET AL. | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| *v.* | § | Civil Action No. 1:14-cv-254 |
| | § | |
| UNITED STATES OF AMERICA ET AL. | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

On June 15, 2017, the U.S. Department of Homeland Security released a memorandum entitled *Rescission of November 20, 2014 Memorandum Providing for Deferred Action for Parents of Americans and Lawful Permanent Residents ("DAPA").* On September 5, 2017, the Department released a memorandum entitled *Rescission of the June 15, 2012 Memorandum Entitled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children."* Given these memoranda rescinding the DAPA program and phasing out the DACA and Expanded DACA programs, Plaintiffs file this notice voluntarily dismissing this action. *See* Fed. R. Civ. P. 41(a)(1)(A) (allowing plaintiffs to dismiss an action, without court order, by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this dismissal is without prejudice because Plaintiffs have not previously dismissed any federal- or state-court action based on or including the same claim.

Respectfully submitted.

KEN PAXTON
*Attorney General of Texas*

JEFFREY C. MATEER
*First Assistant Attorney General*

BRANTLEY STARR
*Deputy First Assistant Attorney General*

/s/  Angela V. Colmenero
ANGELA V. COLMENERO
*Assistant Attorney General*
**Attorney-in-Charge**
TX Bar No. 24048399
Southern District ID No. 1002881

ADAM N. BITTER
*Assistant Attorney General*
TX Bar No. 24085070
Southern District ID No. 2167538

ERIC A. HUDSON
ADAM ARTHUR BIGGS
*Assistant Attorneys General*

Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
(512) 936-1700

**COUNSEL FOR PLAINTIFF STATES**

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorney(s) and/or parties of record, via the CM/ECF service.

/s/  *Angela V. Colmenero*
ANGELA V. COLMENERO
Assistant Attorney General

3