# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS



SEP 0 6 2017

David J. Bradley, Clerk of Court



20170817-36

Robin Clarice Parezanin
20263-298 Fed Medical Center -Carswell
P.O. Box 27137
Fort Worth, TX US 76127

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, August 17, 2017
Case Number: 1:14-cv-00254
Document Number: 463 (1 page)
Notice Number: 20170817-36
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

SEP 06 2017

David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.46⁰
02 1W
0001374615 AUG. 17. 2017

RETURN TO SENDER
Unable to identify
Inmate no longer here
Unauthorized mail

NIXIE        750    FE 1              0008/31/17
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 772081010         *6833-02956-17-41