United States District Court
Southern District of Texas
**ENTERED**
September 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL NO. B-14-254 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
| Defendants. | § | |

# ORDER

All pending motions are hereby denied as moot including Doc. Nos. 437, 442, 444, 454, and 464.

Signed this 14th day of September, 2017.

Andrew S. Hanen
United States District Judge