# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS



20170908-129

Robin Clarice Parezanin
20263-298 Fed Medical Center -Carswell
P.O. Box 27137
Fort Worth, TX US 76127

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov



United States Courts
Southern District of Texas
FILED

SEP 25 2017

David J. Bradley, Clerk of Court

---

Date: Friday, September 8, 2017
Case Number: 1:14-cv-00254
Document Number: 471 (4 pages)
Notice Number: 20170908-129
Notice: The attached order has been entered.

---



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002
02 1W
0001374615 SEP 08 2017
$ 000.46⁰

SEP 25 2017

David J. Bradley, Clerk of Court

RETURN TO SENDER
Unable to identify
Inmate no longer here
Unauthorized mail

NIXIE        773     DE 1        7209/23/17

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010        *0493-03827-23-21