IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

1:14-cv-254

No. 16-40796

United States District Court
Southern District of Texas
FILED

DEC - 8 2017

David J. Bradley, Clerk of Court

STATE OF TEXAS; STATE OF ALABAMA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF WISCONSIN; PAUL R. LEPAGE, Governor, State of Maine; PATRICK L. MCCRORY, Governor, State of North Carolina; C. L. "BUTCH" OTTER, Governor, State of Idaho; PHIL BRYANT, Governor, State of Mississippi; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF FLORIDA; STATE OF ARIZONA; STATE OF ARKANSAS; ATTORNEY GENERAL BILL SCHUETTE; STATE OF NEVADA; STATE OF TENNESSEE,

    Plaintiffs - Appellees

v.

UNITED STATES OF AMERICA; ELAINE C. DUKE, ACTING SECRETARY, DEPARTMENT OF HOMELAND SECURITY; R. GIL KERLIKOWSKE, Commissioner of U.S. Customs and Border Protection; RONALD D. VITIELLO, Deputy Chief of U.S. Border Patrol, U.S. Customs and Border of Protection; SARAH R. SALDANA, Director of U.S. Immigration and Customs Enforcement; LEON RODRIGUEZ, Director of U.S. Citizenship and Immigration Services,

    Defendants - Appellees

v.

JANE DOE #1; JANE DOE #2; JANE DOE #3,

    Intervenors - Appellants



A True Copy
Certified order issued Dec 08, 2017

Jyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court
for the Southern District of Texas

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of December 08, 2017, pursuant to Intervenors -Appellants' motion.

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> By: *Sabrina B. Short*
> Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 08, 2017

Mr. David J. Bradley  
Southern District of Texas, Brownsville  
United States District Court  
600 E. Harrison Street  
Room 1158  
Brownsville, TX 78520

    No. 16-40796    State of Texas, et al v. USA, et al  
                        USDC No. 1:14-CV-254

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____  
                                  Sabrina B. Short, Deputy Clerk  
                                  504-310-7817

cc w/encl:  
    Mr. J. Campbell Barker  
    Mr. Joseph Conrad Chapelle  
    Mr. Jeffrey A. Clair  
    Mrs. Angela Veronica Colmenero  
    Mr. Matthew Hamilton Frederick  
    Mr. Kyle R. Freeny  
    Ms. Kathleen Roberta Hartnett  
    Mr. William Ernest Havemann  
    Mr. Scott A. Keller  
    Mr. Adam Paul KohSweeney  
    Mr. Gabriel Markoff  
    Mr. Scott R. McIntosh  
    Mr. Benjamin C. Mizer  
    Ms. Nina Perales  
    Ms. Linda J. Smith